Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STEVEN A. WELLER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:25-cv-2070<br><br>**COMPLAINT**<br>(Employee Retirement Income Security Act of 1974, 29 U.S.C§ 1132(a)(1)(B)) |

## CAUSE OF ACTION

1.

Plaintiff brings this action under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq* ("ERISA"). Plaintiff seeks to recover from

Defendant all unpaid benefits pursuant to the Long-Term Disability ("LTD") insurance policy provided by Lincoln National Life Insurance Company ("Lincoln") pursuant to 29 U.S.C. §1132(a)(1)(B). Additionally, Plaintiff seeks pre-judgement and post-judgement interest and his costs and reasonable attorney fees pursuant to 29 U.S.C. §1132(g), (f).

## JURISDICTION AND VENUE

2.

This Court has subject-matter jurisdiction over the claims asserted in this action for monetary and equitable relief under Federal Question Jurisdiction pursuant to 28 U.S.C. § 1331 and the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(e)(1) and § 1132(f).

3.

Venue is appropriate in the United States District Court for the District of Oregon pursuant to 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391.

## PARTIES

4.



THOMAS, COON, NEWTON, & FROST
820 SW SECOND AVE STE 200
PORTLAND, OR 97204
(503) 228-5222

Plaintiff, Steven Weller, is a citizen of the United States and an insured participant under the LTD insurance policy at issue in this lawsuit.

5.

Defendant, Lincoln, is the underwriter, insurer and administrator of the insurance policy at issue in this lawsuit. Further, Lincoln is, and was, doing business within the state of Oregon as an insurer.

**CLAIMS FOR RELIEF**

6.

Mr. Weller is disabled under the terms of the LTD insurance policy.

**FACTS**

7.

Mr. Weller is insured under a group LTD insurance policy underwritten, issued and administered by Lincoln.

8.

After receiving a full term of benefits under Lincoln's short-term disability policy, Mr. Weller timely filed a claim under Lincoln's long-term disability policy



THOMAS, COON, NEWTON, & FROST
820 SW SECOND AVE STE 200
PORTLAND, OR 97204
(503) 228-5222

for his disability which began on August 21, 2023. After reviewing his claim and securing the opinion of a medical reviewer, Dr. Layno-Moses, Lincoln agreed that Mr. Weller was disabled under the policy. Per the policy, Lincoln began paying Mr. Weller's LTD benefits on February 19, 2024.

9.

On September 10, 2024, Lincoln notified Mr. Weller that it had reversed its position and now rejected his claim for disability benefits. As rationale for its reversed position, Lincoln relied exclusively on the opinion of Dr. Richardson, a physician it hired to review Mr. Weller's medical record in August 2024. Dr. Richardson, who neither examined nor spoke with Mr. Weller, summarily rejected the opinion of Lincoln's own physician, Dr. Layno-Moses, while ignoring the medical findings she identified as proof of Mr. Weller's disability

10.

Mr. Weller's has a primary diagnosis of central pain syndrome and a concurrent diagnosis of fibromyalgia.

11.



THOMAS, COON, NEWTON, & FROST
820 SW SECOND AVE STE 200
PORTLAND, OR 97204
(503) 228-5222

The medical record contained in Lincoln's administrative file shows that Mr. Weller experiences significant chronic pain that requires that he use a wheelchair much of the time. The record also shows that pain significantly limits the use of his hands and fingers.

12.

At the onset of his disability, Mr. Weller worked as a Senior Software Engineer for Apple Computers. He held that position for more than six years. His role at Apple was the culmination of a lifelong career in technology, begun decades earlier after earning his undergraduate degree in electrical engineering. He was well suited for the position, continually received strong performance reviews, and he was well compensated.

13.

During its vocational analysis, Lincoln analyzed Mr. Weller's occupation, determining that it requires a high degree of cognitive skill and constant use of the upper extremities bilaterally to keyboard.

14.



THOMAS, COON, NEWTON, & FROST
820 SW SECOND AVE STE 200
PORTLAND, OR 97204
(503) 228-5222

Mr. Weller has met and continues to meet the requirements of the insurance policy necessary to receive monthly income benefits under the LTD policy.

15.

Lincoln has failed to fully and fairly review Mr. Weller's claim for disability benefits.

16.

Mr. Weller has exhausted his pre-litigation appeals pursuant to ERISA.

17.

Mr. Weller's claim is subject to *de novo* review.

18.

At all relevant times, Lincoln has been operating under an inherent and structural conflict of interest because any monthly benefits paid to Mr. Weller are paid from Lincoln's own assets with each payment depleting those same assets.

19.

As a result of Lincoln's conduct, Mr. Weller has incurred attorney fees and costs, for which he is entitled to recover pursuant to 29 U.S.C. §1132(g).



THOMAS, COON, NEWTON, & FROST
820 SW SECOND AVE STE 200
PORTLAND, OR 97204
(503) 228-5222

**WHEREFORE**, Plaintiff prays for judgment in his favor and against Lincoln as follows:

(1) For all unpaid monthly income under the LTD policy pursuant to 29 U.S.C. §1132(a)(1)(B)

(2) For pre-judgement and post-judgement interest on all unpaid monthly income under the LTD policy

(3) For his attorney fees and costs pursuant to 29 U.S.C. §1132(g); and

(4) For such other relief as this court deems just and proper.

DATED this 6th day of November, 2025.

Respectfully submitted,

**THOMAS, COON, NEWTON & FROST**

*s/ Scott A. Sell*
Scott A. Sell
503-228-5222
*Attorney for Plaintiff*