AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

STEVEN A. WELLER

*Plaintiff*

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Defendant*

Civil Action No. 3:25-cv-2070

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINCOLN NATIONAL LIFE INSURANCE COMPANY
1127 BROADWAY STREET NE
SUITE 310
SALEM, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A. Sell
Thomas, Coon, Newton & Frost
820 SW 2nd Avenue, Suite 200
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 11/06/2025**

**By: s/S. Behrends, Deputy Clerk**