Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STEVEN A. WELLER,<br>*Plaintiff*,<br>v.<br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>*Defendant*. | Case No.: 3:25-cv-02070-JR<br><br>Affidavit of Service |

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 3:25-CV-2070

Plaintiff:
**STEVEN A. WELLER**

vs.

Defendant:
**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

For:
Scott A Sell
Thomas, Coon, Newton & Frost
820 SW 2nd Ave
Suite 200
Portland, OR 97204

Received by PI Services LLC to be served on **LINCOLN NATIONAL LIFE INSURANCE COMPANY, 1127 Broadway St NE, Suite 310, Salem, OR 97301**.

I, Karen Rider, being duly sworn, depose and say that on the **6th day of November, 2025** at **2:21 pm, I:**

Personally served the clerk on duty in the office of the registered agent with true copy(s) of **Summons, Complaint, and Scheduling Order** during normal working hours. Personally and in person to **Christina Hammock** a clerk on duty at **Corporation Service Company**, the Registered Agents for the within named corporation, limited partnership or unincorporated associations subject to suite under a common name and informed said person of the contents thereof in accordance with State Statute ORCP 7D(3)(b)(i).

I am a competent person over 18 years of age, a resident of this state and authorized to serve process. I am not a party to nor an officer, director, employee, or attorney for any party. I know that the person, firm or corporation served is the identical one named in the action. I hereby declare that the above statement is true to the best of my knowledge and belief. I understand this is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
MARK OSOSKE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1034071
MY COMMISSION EXPIRES FEBRUARY 23, 2027

Karen Rider
**Karen Rider**

11·7·2025
**Date**

**PI Services LLC**
**P.O. Box 157**
**Beaverton, OR 97075-0157**
**(503) 643-4274**

Our Job Serial Number: OSO-2025002926

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e