**Andrew M. Schpak**, OSB No. 044080
aschpak@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN A. WELLER,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:25-cv-2070-JR<br><br>**DEFENDANT'S NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew M. Schpak of the law firm Barran Liebman LLP, 601 SW 2nd Avenue, Suite 2300, Portland, Oregon 97204-3159, is appearing as counsel of record on behalf of Defendant The Lincoln National Life Insurance Company in the above-captioned matter. All future papers and pleadings in this matter should be served on Andrew M. Schpak.

DATED this 18th day of November 2025.

BARRAN LIEBMAN LLP

By s/ *Andrew M. Schpak*
Andrew M. Schpak, OSB No. 044080
aschpak@barran.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2025, I served the foregoing **DEFENDANT'S NOTICE OF APPEARANCE** on the following parties at the following addresses:

Scott A. Sell
Thomas, Coon, Newton & Frost
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR 97204
ssell@tcnf.legal

Attorneys for Plaintiff

by the following indicated method(s) set forth below:

- ☑ **Electronic Filing Using the Court's ECF System**
- ☐ **Email**
- ☐ **Facsimile**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**

*s/ Andrew M. Schpak*

Andrew M. Schpak