**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | | |
|---|---|---|
| STEVEN A. WELLER,<br><br>Plaintiff<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.: 3:25-cv-02070-JR**<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

COMES NOW Defendant, The Lincoln National Life Insurance Company, by and through its counsel, and for its corporate disclosure pursuant to Federal Rules of Civil Procedure Rule 7.1, states as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation (NYSE:LNC), a publicly held corporation.

Dated the 25th day of November 2025.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)
iwana@rademaekerslaw.com

- AND -

BARRAN LIEBMAN LLP

By: /s/ *Andrew Schpak*
**Andrew Schpak, OSB No. 044080**
ASchpak@barran.com
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Oregon, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Scott A. Sell
E-mail: ssell@tcnf.legal

Dated: November 25, 2025 By: /s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.