UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STEVEN A. WELLER

Plaintiff(s),

Case No.: 3:25-cv-02070-JR

v.

THE LINCOLN NATIONAL LIFE INS CO

Defendant(s).

**Fed. R. Civ. P. 26(a) Discovery Agreement**

Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated: 01/26/2026.

Signature: /s/ Iwana Rademaekers

Name and Bar Number: Iwana Rademaekers, Texas Bar No. 1645256

E-mail Address: iwana@rademaekerslaw.com

Firm Name: Law Offices of Iwana Rademaekers, P.C.

Mailing Address: 17304 Preston Road, Suite 800

City, State, Zip: Dallas, Texas 75252

Attorney for: Defendant, The Lincoln National Life Ins. Co

- AND -

By: /s/ Andrew Schpak
Andrew Schpak, OSB No. 044080
ASchpak@barran.com
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204

ATTORNEYS FOR DEFENDANT

cc: Counsel of Record

[Rev. 01/2018]