**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | | |
|---|---|---|
| STEVEN A. WELLER,<br><br>Plaintiff<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.: 3:25-cv-02070-JR**<br><br>**JOINT RULE 26(f) REPORT AND DISCOVERY PLAN** |

Plaintiff Steven A. Weller and Defendant The Lincoln National Life Insurance Company submit the following Joint Rule 26(f) Report and Discovery Plan.

1. Scott Sell, counsel for Plaintiff, and Iwana Rademaekers, counsel for Defendant, held a telephonic planning meeting on January 15, 2026.

2. Initial Disclosures. The Parties have agreed to forego initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) and have filed the form required under LR 26-2 (Doc 12). Defendant has agreed to produce a bates-labeled copy of the relevant Policy and Administrative Record to Plaintiff on or before **February 11, 2026**.

3. Given that ERISA governs the disposition of this long-term disability benefit case, which is subject the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *, et seq*. ("ERISA"), trial should be unnecessary for the final disposition of this case and the Parties propose the following deadlines:

A. March 9, 2026 - Completion of Discovery cut-off.

B. April 6, 2026 - Deadline to file Joint ADR Report.

C. May 4, 2026 - Deadline to file Stipulated Administrative Record.

D. June 29, 2026 - Deadline to file Plaintiff's opening brief.

E. August 4, 2026 - Deadline to file Defendant's response brief.

F. August 18, 2026 - Deadline to file Plaintiff's reply brief.

4. The parties request that the Pretrial Order be waived because they anticipate the case will be decided on the Stipulated Administrative Record and the Parties' briefs.

Dated the 26th day of January 2026.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)
iwana@rademaekerslaw.com

- AND -

BARRAN LIEBMAN LLP

By: */s/ Andrew Schpak*
**Andrew Schpak, OSB No. 044080**
ASchpak@barran.com
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

**AND**

THOMAS, COON, NEWTON & FROST LLP

By: /s/ *Scott Sell*

**Scott A. Sell, OSB No. 144297**
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
Email: ssell@tcnf.legal.com

ATTORNEYS FOR PLAINTIFF

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Oregon, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Scott A. Sell
E-mail: ssell@tcnf.legal

Dated: January 26, 2026     By: /s/ *Iwana Rademaekers*
Iwana Rademaekers