Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST LLP
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STEVEN A. WELLER,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:25-cv-02070-JR<br><br>JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

Counsel for Plaintiff, Steven A. Weller ("Plaintiff") and Defendant, The Lincoln National Life Insurance Company ("Lincoln") conferred as to alternative dispute resolution via electronic mail on January 21, 2026; February 2, 2026; and April 02, 2026. The parties have agreed to pursue informal negotiations.

DATED this 6nd day of April, 2026.

Respectfully submitted,


**By:**

/s/ Scott A. Sell
Thomas, Coon, Newton & Frost LLP
Scott A. Sell; OSB: #144297
820 SW 2nd Avenue, Suite 200
Portland, OR 97204
Phone: 503-228-5222
Fax: 503-273-9175
Email: ssell@tcnf.legal

*Attorney for Plaintiff,*
*Steven A. Weller*

**By:**

/s/ Iwana Rademaekers
Iwana Rademaekers; TX Bar No. 16452560
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Phone: 214-579-9319
Fax: 469-444-6456
Email: iwana@rademaekerslaw.com

/s/ Andrew M. Schpak
Andrew M. Schpak; OSB No. 044080
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, OR 97204
Phone: 503-276-2156
Fax: 503-274-1212
Email: aschpak@barran.com

*Attorneys for Defendant,*
*The Lincoln National Life Insurance Company*

## CERTIFICATE OF FILING

I certify that on April 06, 2026, I filed the original **JOINT ALTERNATE DISPUTE RESOLUTION REPORT** with the Clerk of the Court at the following address:

Clerk of Court, Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR, 97204

by the following method of filing: **eFile**.

## CERTIFICATE OF SERVICE

I certify that on April 06, 2026, participants in this case who are registered eFilers will be served via the electronic mail function of the eFiling system as follows:

**Iwana Rademaekers**; TX Bar No. 16452560,
*admitted pro hac vice*
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Phone: 214-579-9319
Fax: 469-444-6456
Email: iwana@rademaekerslaw.com

**Andrew M. Schpak**; OSB No. 044080
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, OR 97204
Phone: 503-276-2156
Fax: 503-274-1212
Email: aschpak@barran.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated this 6th day of April, 2026.

THOMAS, COON, NEWTON & FROST LLP
*/s/ Scott A. Sell*__________
Scott A. Sell, OSB#: 144297
820 SW Second Avenue, Suite 200
Portland, OR 97204
Telephone: 503-228-5222
Email: ssell@tcnf.legal