**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | | |
|---|---|---|
| STEVEN A. WELLER, | § | **Case No.: 3:25-cv-02070-JR** |
| | § | |
| Plaintiff | § | **STIPULATED ADMINISTRATIVE RECORD** |
| | § | |
| vs. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

Plaintiff Steven A. Weller and Defendant The Lincoln National Life Insurance Company file this Joint Submission of Stipulated Administrative Record. Plaintiff and Defendant hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1-3 that are listed below and attached hereto.

1) Group Disability Income Policy (Lincoln/Weller 0001-0049);

2) Appeal Decision Letter Dated June 9, 2025 (Lincoln/Weller 0067-0075); and

3) Administrative Record (Lincoln/Weller 0050-0066 and 0076-3020).

SUBMITTED this 6th day of May 2026.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)
iwana@rademaekerslaw.com

- AND -

BARRAN LIEBMAN LLP

By: /s/ *Andrew Schpak*
**Andrew Schpak, OSB No. 044080**
ASchpak@barran.com
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

**AND**

THOMAS, COON, NEWTON & FROST LLP

By: /s/ *Scott Sell*
**Scott A. Sell, OSB No. 144297**
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
Email: ssell@tcnf.legal

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Oregon, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Scott A. Sell
E-mail: ssell@tcnf.legal

Dated: May 6, 2026

By: /s/ *Iwana Rademaekers*
Iwana Rademaekers