**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 15113454 Claim Last Updated 06/09/2025 Printed On 11/11/2025

Claimant Information

Name STEVEN WELLER SSN Birth Date

Addres Salary Amount $ 18250.35 Mode M

Date of Hire 06/13/2016

Last Work Date 08/18/2023

Federal Tax Employee Option State Tax Yes

Phone Phys Demands Sedentary

JobDesc SW DEV ENG - SYSTEMS 4

Claim Status Closed Status Reason Not TD Own Occ Received Date 01/19/2024

Disability Date 08/21/2023 Close Date 09/11/2024 Reopen Date

Sick Days Left 182 Max Ben Date 02/18/2028 RTW FT / PT

Ben Begin Date 02/19/2024 Apprv Thru Date 09/10/2024 Gross Ben $

Diagnosis 1 Code/Desc M48.02 Spinal stenosis, cervical region

Diagnosis 2 Code/Desc M50.30 Other cervical disc degeneration, unsp cervical region

Policyholder Information

Customer ID 01 - B72V5F APPLE INC.

Subsidiary USA0 APPLE INC.

Location SW000000 APPLE INC.

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2018

Class 1B ALL ACTIVE FULL-TIME EMPLOYEES WHO DO NOT WORK IN A RETAIL STORE AND

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK

Elimination Period: Days/Type 182 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 6 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 12 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 06/13/2016 |

Additional Information:



EXHIBIT
3, part 1

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

*Claim/Event/Leave Number 15113454 **Accommodation Number**

**Note type:**

Primary Sort Order / Sec

Note Type ●

Note Number

● Note Date/Time

Accm. No.

**11/10/2025 1:04 PM - CLAIM Note 80**
Claim/Event/Leave: 15113454
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/10/2025 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**07/24/2025 4:07 PM - PHONE Note 24**
Claim/Event/Leave: 15113454
NoteSubject : Called Other
Other Subject : ATTY
Text: [07/24/2025 - SCALES, KEISHA]RET CALL TO ERIN DANIELS W TH ATTY OFFICE. NO ANSWER LVM TO ADV CLAIM FILE WAS SENT TO S SELL ON 6.30.2025. PLEASE RETURN CALL TO CRS TO CX IF NEEDS TO BE RESENT AND CX CORRECT EMAIL CLAIM FILE SHOULD BE SENT TO

**06/30/2025 10:52 AM - CLAIM Note 79**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/30/2025 - S, SREELEKSHMI]FILE COPY COMPLETED PER REQUEST FORM FOR 15113454 AND SUBMITTED VIA ONEDRIVE TO THE EMAIL PROVIDED SSELL@TCNF.LEGAL

**06/27/2025 12:48 PM - CLAIM Note 78**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : FILE COPY REQUEST
Text: [06/27/2025 - SMITH, TARA]CLAIM FILE REQUEST RECEIVED FROM ATTY-THOMAS, COON, NEWTON & FROST. REFERRED TO CLAIMSHOADMIN.

**06/09/2025 3:27 PM - CLAIM Note 77**
Claim/Event/Leave: 15113454
NoteSubject : LTR to Atty
Other Subject :
Text: [06/09/2025 - SCALES, KEISHA]SENT APPEAL UH LETTER TO ATTY

**06/05/2025 7:29 AM - CLAIM Note 76**
Claim/Event/Leave: 15113454
NoteSubject : Appeal
Other Subject : DECISION REVIEW
Text: [06/05/2025 - BICK, KAYLA]REVIEWED FILE AND AGREE WITH UPHOLD AS RECOMMENDED

**06/04/2025 11:26 AM - CLAIM Note 75**
Claim/Event/Leave: 15113454
NoteSubject : Appeal
Other Subject : OVERSIGHT REVIEW
Text: [06/04/2025 - BERRY, STEPHANIE]CLAIM RESOLUTION CONSULTANT REVIEWED AND BASED ON THE TOTALITY OF THE EVIDENCE I AGREE WITH UPHOLD RECOMMENDATIONS FOR NOT TD OWN OCC BEYOND 9/10/24. FILE PENDING DIRECTOR OVERSIGHT.

**05/29/2025 3:49 PM - CLAIM Note 74**
Claim/Event/Leave: 15113454
NoteSubject : Action Plan
Other Subject : CRS DECISION CONT

Text: [05/29/2025 - SCALES, KEISHA]NOTE 2.... LIFTING, CARRYING, PUSHING, AND PULLING 10 POUNDS OCCASIONALLY (1 TO 33% OF THE TIME) AND 5 POUNDS FREQUENTLY (33- 66% OF THE TIME) BILATERALLY. WALKING FOR UP TO 15 MINUTES AT A TIME FOR A TOTAL OF 3 HOURS PER DAY. STANDING FOR UP TO 15 MINUTES AT A TIME FOR A TOTAL OF 3 HOURS PER DAY. SITTING UNRESTRICTED. OCCASIONALLY (1-33% OF THE TIME) TWISTING, BENDING, KNEELING, CROUCHING, AND SQUATTING. OCCASIONALLY (1 TO 33% OF THE TIME), CLIMBING STAIRS. NOCLIMBING LADDERS AND NO WORKING AT HEIGHTS. FREQUENTLY REACHING, FINGERING, HANDLING, OR FEELING BILATERALLY. THE RECOMMENDED RLS DOES NOT PRECLUDE THE EE'S OO. CRS PROV ATTY 2ND RTR HOWEVER NO NEW INFO WAS RECD. CRS CX ATTY DOES NOT PLAN TO SUBMITANY ADDTL MEDICAL RECORDS FOR CONSIDERATION. BASED ON CONCLUSIONS IN PEER REVIEW, CRS RECOMMENDS UH

**05/29/2025 3:46 PM - CLAIM Note 73**
Claim/Event/Leave: 15113454
NoteSubject : Action Plan
Other Subject : CRS DECISION REVIEW
Text: [05/29/2025 - SCALES, KEISHA]63 YOM SOFTWARE DEVELOPER (SED OCC) LDW 8.18.2023 DOD 8.21.2023. OOW D/T SPINAL STENOSIS AND CERVICAL DISC DEGENERATION. INITIAL DECISION CLAIM WAS DENIED NOT TD OO BEYOND 9.10.24 BASED ON PMR REVIEW. CLMT;'S ATTY SENT REQ FOR APPEAL REVIEW WITH ADDTL MEDICAL RECORDS TO CONSIDER. DURING APPEAL REVIEW CLAIM WAS SENT FOR PAIN MED REVIEW. REVIEW CONCLUDED: NO SUPPORT FOR RLS FROM 09/11/2024 TO THE PRESENT AND BEYOND, THE AVAILABLE CLINICAL DOCUMENTATION DOES NOT SUPPORTTHE PRESENCE OF A FUNCTIONAL IMPAIRMENT THAT WOULD PRECLUDE THE CLAIMANT FROM PERFORMING WORK-RELATED ACTIVITIES. WHILE THE CLAIMANT HAS A HISTORY OF CHRONIC PAIN AND JOINT DISCOMFORT, THE RECORD DEMONSTRATES OVERALL IMPROVEMENT AND STABILIZATION OFSYMPTOMS WITH ONGOING TREATMENT AND THERAPY. ON 09/13/2024, THE CLAIMANT RECEIVED RIGHT INTRA-ARTICULAR HIP AND LEFT KNEE JOINT INJECTIONS, INDICATING ACTIVE MANAGEMENT OF LOCALIZED PAIN. BY 12/20/2024, SADIE MORSE, PA, NOTED THAT THE CLAIMANT WAS ENCOURAGED BY SLOW PROGRESS, REPORTING INCREASED MOBILITY, DISCONTINUED USE OF NAPROXEN, AND NO LONGER REQUIRING ICE, SUGGESTING IMPROVED SYMPTOM CONTROL. OCCUPATIONAL THERAPY NOTES DATED 12/31/2024 DESCRIBE CHRONIC PAIN BUT ALSO INDICATE CONSISTENT ENGAGEMENT WITH A HOME EXERCISE PROGRAM. FURTHER, ON 01/22/2025, THE CLAIMANT REPORTED STEADY IMPROVEMENT IN RIGHT HIP PAIN AND WAS STILL ACTIVELY INCORPORATING PHYSICAL THERAPY (PT) EXERCISES. THOUGH THE CLAIMANT CONTINUED TO USE AN ELECTRIC WHEELCHAIR FOR SOME OUTDOOR ACTIVITIES, THE CLAIMANT DID NOT REQUIRE IT AT HOME, REFLECTING INCREASED FUNCTIONAL INDEPENDENCE. THIS IS FURTHER SUPPORTED BY NOTES FROM 01/29/2025, WHICH DOCUMENT ONGOING IMPROVEMENT WITH WALKING, CORRECTING FOOT POSITION, ANDEASE WITH HOME EXERCISES. ADDITIONALLY, ON 01/27/2025, DR. KELLIE FOSTER CONCLUDED THAT NO FURTHER NEUROLOGICAL TESTING WAS NECESSARY AND THAT ALL LABORATORY, IMAGING, AND ELECTRODIAGNOSTIC STUDIES FOR UPPER EXTREMITY PAIN HAD BEEN REASSURING. DESPITE EARLIER REPORTS OF PAIN AND MOBILITY CONCERNS, THE CLAIMANT'S TREATMENT HISTORY REVEALS GRADUAL AND CONSISTENT IMPROVEMENT, FUNCTIONAL ADAPTATION, AND INCREASED PHYSICAL TOLERANCE OVER TIME. THE CLAIMANT'S DEMONSTRATED ABILITY TO AMBULATE WITHIN THE HOME WITHOUT ASSISTIVE DEVICES, PARTICIPATE IN EXERCISE, AND SHOW PROGRESS WITH THERAPY SUPPORTS THE CONCLUSION THAT THE CLAIMANT WAS NOT IMPAIRED FROM 09/11/2024 ONWARD. THERE IS A LACK OF CONSISTENT CLINICAL FINDINGS CORRELATING WITH TOTAL FUNCTIONAL INCAPACITY, AND THE DEMONSTRATED ACTIVITY LEVELS, INCLUDING THERAPEUTIC PARTICIPATION AND MOBILITY GAINS, SUGGEST THE CLAIMANT RETAINS THE CAPACITY FOR UNRESTRICTED WORK-RELATED TASKS. ATTY WAS PROV RTR AND HE RESPONDED WITH LETTER FROM AP. CRSSENT FOR ADDENDUM REVIEW. ADDENDUM CONCLUDED: THE NEWLY SUBMITTED DOCUMENTATION AND LETTER FROM DR. BRETT QUAVE DATED 04/18/25 HAVE BEEN CONSIDERED IN FULL. WHILE CLINICAL EVIDENCE, INCLUDING IMAGING STUDIES, ELECTRODIAGNOSTIC TESTING, AND PHYSICALEXAMINATIONS, DOES NOT DEMONSTRATE SIGNIFICANT NEUROLOGICAL DEFICITS OR PROGRESSIVE MUSCULOSKELETAL DETERIORATION, THE CLAIMANT'S REPORTED ONGOING PAIN AND PARTIAL RELIANCE ON A WHEELCHAIR FOR OUTDOOR ACTIVITIES SUGGEST THAT SOME LEVEL OF FUNCTIONALIMPAIRMENT IS REASONABLE TO ACKNOWLEDGE... DR. QUAVE'S OPINION THAT THE CLAIMANT WOULD BE INCAPABLE OF PERFORMING EVEN A SIT-STAND MODIFIED SEDENTARY OCCUPATION IS CONSIDERED DISPROPORTIONATE TO THE CLINICAL FINDINGS AND CLINICAL PROGRESS DOCUMENTEDTHROUGHOUT THE TREATMENT RECORD. THE CONCLUSIONS APPEAR PRIMARILY BASED ON SELF-REPORTED COMPLAINTS RATHER THAN REPRODUCIBLE IMPAIRMENTS, AND THERE IS NO CONSISTENT DOCUMENTATION OF PROFOUND WEAKNESS, SENSORY LOSS, OR BALANCE DEFICITS THAT WOULD FULLY PRECLUDE OCCUPATIONAL FUNCTION. WHILE RECOGNIZING THE PRESENCE OF CHRONIC PAIN, THE CLAIMANT'S DEMONSTRATED ACTIVITIES, THERAPEUTIC GAINS, AND RELATIVELY BENIGN DIAGNOSTIC FINDINGS DO NOT SUBSTANTIATE THE EXTREME LEVEL OF IMPAIRMENT ASSERTED BY DR.QUAVE. THEREFORE, SOME RESTRICTIONS AND LIMITATIONS ARE SUPPORTED, BUT COMPLETE WORK INCAPACITY IS NOT MEDICALLY JUSTIFIED. CP RECOMMENDED RLS OF: >>>> SEE NOTE 2

**05/22/2025 4:55 PM - PHONE Note 23**
Claim/Event/Leave: 15113454
NoteSubject : Other Called
Other Subject : ATTY
Text: [05/22/2025 - SCALES, KEISHA]ERIN CALLED LVM TO ADV NO ADDTL INFO COMING. OK TO MAKE DET

**05/21/2025 2:55 PM - PHONE Note 22**
Claim/Event/Leave: 15113454
NoteSubject : Called Other
Other Subject : ATTY
Text: [05/21/2025 - SCALES, KEISHA]CALLED ERIN DANIELS WITH ATTY OFFICE. RECD HER VM, LVM TO ADV SENT RTR LETTER ON 5.6.25, RESPONSE WAS DUE ON 5.19.25, TO DATE NO ADDTL INFO WAS RECD. CRS NEEDS TO CX THEY DO NOT PLAN TO SUBMIT ANY ADDTL INFO, PLEASE CONTACT BY 5.23.25, CRS PLAN TO MAKE DET AT THAT TIME.

**05/06/2025 9:20 AM - CLAIM Note 72**
Claim/Event/Leave: 15113454

NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [05/06/2025 - SCALES, KEISHA]LETTER OF APPEAL RECEIVED 03/07/2025. ATTORNEY REPRESENTED. ACTION PLAN: ADDENDUM COMPLETE. RLS DOES NOT PRECLUDE SED OCC. CRS PROCEEDING WITH RTR. RTR TOLL 5/6-5/19. TENT DAY 45 = 5.25.25, TENT DAY 90 = 7.9.2025

**05/06/2025 9:10 AM - CLAIM Note 71**
Claim/Event/Leave: 15113454
NoteSubject : LTR to Atty
Other Subject :
Text: [05/06/2025 - SCALES, KEISHA]SENT RTR LETTER TO ATTY. DUE DATE 5.19.25

**05/01/2025 7:35 AM - CLAIM Note 70**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/01/2025 - LAVOIE, DIANE]INVOICE RECEIVED ON 4/30/25 AND DATED 4/29/25 FROM DANE STREET, INVOICE #2523951 IN THE AMOUNT OF $150.00 FOR PEER REVIEW ADDENDUM. INVOICE PAID IN FULL.

**04/23/2025 8:51 PM - CLAIM Note 69**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/23/2025 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**04/23/2025 4:02 PM - CLAIM Note 68**
Claim/Event/Leave: 15113454
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [04/23/2025 - SCALES, KEISHA]LETTER OF APPEAL RECEIVED 03/07/2025. ATTORNEY REPRESENTED. ACTION PLAN: AP PROV RESPONSE TO PAIN MED REVIEW. CRS SENT FOR ADDENDUM TO CLARIFY CONCLUSIONS OF NO RLS DESPITE WHEELCHAIR USE OUTSIDE OF HOME. NEW DAY 45 = 5.11.25, NEW DAY 90 = 6.25.25

**04/23/2025 3:20 PM - CLAIM Note 67**
Claim/Event/Leave: 15113454
NoteSubject : Med Records Rcvd
Other Subject : QUAVE
Text: [04/23/2025 - SCALES, KEISHA]RECD RESPONSE FROM AP BRET QUAVE REGARDING CONCLUSIONS TO PEER REVIEW

**04/04/2025 3:11 PM - CLAIM Note 66**
Claim/Event/Leave: 15113454
NoteSubject : LTR to Atty
Other Subject :
Text: [04/04/2025 - SCALES, KEISHA]FAXED ATTY COPY OF ACK AND RTR LETTERS

**04/04/2025 3:10 PM - PHONE Note 21**
Claim/Event/Leave: 15113454
NoteSubject : Other Called
Other Subject : ATTY OFFICE
Text: [04/04/2025 - SCALES, KEISHA]RECD VM FROM ERIN REQ LETTERS BE FAXED TO 503.273.9175

**04/03/2025 2:33 PM - PHONE Note 20**
Claim/Event/Leave: 15113454
NoteSubject : Called Other
Other Subject : ATTY
Text: [04/03/2025 - SCALES, KEISHA]CALLED ERIN DANIELS AGAIN IN REFERENCE TO FAX SENT 4.2.25. NO ANSWER LVM TO CALL CRS. ADV CRS HAS SENT 2 EMAILS TO ATTY SCOTT SELL, THE ACK AND RTR. DUE DATE TO RESPOND IS 4.20.25. ADV IN VM TO PLEASE CONFIRM RECEIPT.

**04/02/2025 2:05 PM - PHONE Note 19**
Claim/Event/Leave: 15113454
NoteSubject : Called Other
Other Subject : ATTY
Text: [04/02/2025 - SCALES, KEISHA]ATTEMPTED TO CONTACT ERIN WITH ATTY OFFICE AGAIN. RECD VM. LVM TO RET CALL TO CRS

**03/31/2025 11:06 AM - PHONE Note 18**
Claim/Event/Leave: 15113454
NoteSubject : Called Other
Other Subject : ATTY
Text: [03/31/2025 - SCALES, KEISHA]ATTEMPTED TO RETURN CALL TO ERIN WITH ATTY OFFICE. 503.705.5086. LINE RANG THEN LONG SILENCE. NO VM PICKED UP

**03/31/2025 9:38 AM - CLAIM Note 65**
Claim/Event/Leave: 15113454

Claim/Event/Leave: 15113454
NoteSubject : LTR to Atty
Other Subject :
Text: [03/31/2025 - SCALES, KEISHA]SENT RTR LETTER TO ATTY. DUE DATE 4.20.2025

**03/31/2025 9:36 AM - CLAIM Note 64**
Claim/Event/Leave: 15113454
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [03/31/2025 - SCALES, KEISHA]LETTER OF APPEAL RECEIVED 03/07/2025. ATTORNEY REPRESENTED. ACTION PLAN: PAIN MED REVIEW COMPLETE. NO RLS ARE SUPPORTED. CRS PROCEEDING WITH RTR. RTR TOLL 3/31-4/20.25. TENT DAY 45 = 5.11.25, DAY 90 = 6.25.25

**03/31/2025 9:34 AM - CLAIM Note 63**
Claim/Event/Leave: 15113454
NoteSubject : Peer Review
Other Subject : PAIN MED
Text: [03/31/2025 - SCALES, KEISHA]REVIEW CONCLUDED: TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING EVIDENCE-BASED MEDICINE AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THE SUPPORTED LEVEL OF IMPAIRMENT DOES NOT TRANSLATE INTO RESTRICTIONS AND LIMITATIONS FROM 09/11/2024 TO THE PRESENT AND BEYOND. FROM 09/11/2024 TO THE PRESENT AND BEYOND, THE AVAILABLE CLINICAL DOCUMENTATION DOES NOT SUPPORT THE PRESENCE OF A FUNCTIONAL IMPAIRMENT THAT WOULD PRECLUDE THE CLAIMANT FROM PERFORMING WORK-RELATED ACTIVITIES. WHILE THE CLAIMANT HAS A HISTORY OF CHRONIC PAIN AND JOINT DISCOMFORT, THE RECORD DEMONSTRATES OVERALL IMPROVEMENT AND STABILIZATION OF SYMPTOMS WITH ONGOING TREATMENT AND THERAPY.

**03/28/2025 12:42 PM - CLAIM Note 62**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/28/2025 - SPRAGUE, TAYLA]INVOICE DATED 3/27/25 FROM DANE STREET, LLC. INV # 2492481 , IN THE AMT OF $575.00 FOR PEER REVIEW INVOICE PAID IN FULL.

**03/17/2025 12:07 PM - CLAIM Note 61**
Claim/Event/Leave: 15113454
NoteSubject : Action Plan
Other Subject : CRS INITIAL REVIEW
Text: [03/17/2025 - SCALES, KEISHA]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 01/19/2024. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OO, DATE OF DENIAL WAS 09/10/2024. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 03/09/2025. LETTEROF APPEAL RECEIVED 03/07/2025. ATTORNEY REPRESENTED. ACTION PLAN: COMPLETE APPEAL RECD. CRS WILL SEND FOR PAIN MED REVIEW. DAY 45 = 4.20.2025, DAY 90 = 6.4.2025

**03/17/2025 11:57 AM - CLAIM Note 60**
Claim/Event/Leave: 15113454
NoteSubject : LTR to Atty
Other Subject :
Text: [03/17/2025 - SCALES, KEISHA]SENT APPEAL ACK LETTER TO ATTY

**03/13/2025 9:17 AM - CLAIM Note 59**
Claim/Event/Leave: 15113454
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [03/13/2025 - AVERILL, REBECCA]ASSIGNED TO LISA MACALLISTER[03/13/2025 - AVERILL, REBECCA]REASSIGNED TO KIESHA SCALES

**03/12/2025 8:50 PM - CLAIM Note 58**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 3/12/2025 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**03/11/2025 11:47 AM - CLAIM Note 57**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : M2 REVIEW
Text: [03/11/2025 - WALLACH, KRYSTAL]AGREE WITH REFERRAL TO CRS AT THIS TIME. APPEAL ALONG WITH ADDITIONAL MEDICAL RECORDS RECEIVED 3/7/25. NO ESCALATIONS IN CARE BESIDES INJECTIONS.

**03/11/2025 11:02 AM - CLAIM Note 56**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : APPEAL
Text: [03/11/2025 - SMITH, TARA]62YOF; MARRIED; JOB TITLE: SW DEV ENG - SYSTEMS 4; LDW: 8/18/23, DOD: 8/21/23; LTD BBD: 3/18/24; DX: BILATERAL HAND PAIN, ARM PAIN, PAIN IN RIGHT HIP. APPEAL LETTER AND KAISER MEDICAL RECORDS RCVD FROM ATTY THOMAS, COON, NEWTON & FROST ON 3/11/25. DCM RECOMMENDS REFERRAL TO CLAIMS

RESOLUTIONS UNIT FOR APPEAL.

**03/11/2025 11:01 AM - CLAIM Note 55**
Claim/Event/Leave: 15113454
NoteSubject : Appeal
Other Subject : APPEAL LETTER
Text: [03/11/2025 - SMITH, TARA]APPEAL LETTER AND KAISER MEDICAL RECORDS RCVD FROM ATTY THOMAS, COON, NEWTON & FROST

**12/04/2024 11:28 AM - CLAIM Note 54**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : FILE COPY
Text: [12/04/2024 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #15113454. SUBMITTED TO THE ATTORNEY VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SSELL@TCNF.LEGAL

**12/04/2024 10:43 AM - CLAIM Note 53**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : FILE COPY
Text: [12/04/2024 - SMITH, TARA]REQ FOR FILE COPY RCVD FROM THOMAS, COON, NEWTON & FROST LAW FIRM. CLAIM REFERRED FOR FILE COPY REQUEST.

**12/03/2024 10:45 AM - PHONE Note 17**
Claim/Event/Leave: 15113454
NoteSubject : Other Called
Other Subject : ATTY
Text: [12/03/2024 - PETERSEN, LINDY]ERIN FROM ATTY OFFICE CALLED FOR FAX FOR ADCM ADVISED OF 603-334-0380

**11/26/2024 7:08 AM - OVERPMT Note 3**
Claim/Event/Leave: 15113454
NoteSubject : OP/SS
Other Subject : OP IN FULL
Text: [11/26/2024 - MEYER, MICHELE]OP RECOVERED IN FULL. NO ADDITIONAL OP MANAGEMENT NEEDED. NO DEP.

**11/12/2024 8:50 PM - CLAIM Note 52**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO MICHELE MEYER.

**11/12/2024 10:52 AM - OVERPMT Note 2**
Claim/Event/Leave: 15113454
NoteSubject : OP/SS
Other Subject : ** OP CALCULATION
Text: [11/12/2024 - MEYER, MICHELE]THE OVERPAYMENT DUE IS $15,356.56 FOR THE PERIOD OF 02/19/24 THRU 09/10/24. CLAIMANT WAS ORIGINALLY PAID $26,261.97. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $3,973.41. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $6,932.00.[11/12/2024 - MEYER, MICHELE]***SYSTEM CURRENTLY SHOWS BALANCE DUE OF $15,356.56. DUE TO YEAR END TAX AGING, IF PMT IS NOT RECEIVED BY 12/31/2024 THEN OP BALANCE WILL INCREASE TO $17,511.52.***

**11/11/2024 8:51 PM - CLAIM Note 51**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: PLZ CALC OVP. ATTY REPD. NOA IN DOCLIST.

**11/11/2024 4:13 PM - PHONE Note 16**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : SSDI
Text: [11/11/2024 - HERNANDEZ, ALEJANDRA]CALL TO EE AT ADVSD FRS WILL CALC OVP AND ONCE CALCULATED OUR FINANCIAL TEAM WILL SEND HIM A LETTER AND A BREAKDOWN OF THE CALCULATION WITH INSTRUCTIONS FOR REPAYMENT. VERIFIED NO KIDS UNDER 19. REMINDED TO HOLD PDB TO BE ABLE TO REPAY OVP. SCORING TO FRS.

**11/11/2024 4:07 PM - OVERPMT Note 1**
Claim/Event/Leave: 15113454
NoteSubject : OP/SS
Other Subject : SSDI
Text: [11/11/2024 - HERNANDEZ, ALEJANDRA]SSDB AWARD INFO RECEIVED FROM EE. DATE OF ENTITLEMENT 02/2024.

OFFSET: $3466.00. NO DEPENDENTS. PLEASE REFER TO AWD OR DOC LIST FOR DETAILED AWARD INFORMATION. FRS WILL VERIFY ACCURATE OFFSET AMOUNT AND CALCULATE POTENTIAL OVERPAYMENT.

**11/11/2024 2:40 PM - CLAIM Note 50**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : SSA
Text: [11/11/2024 - SMITH, TARA]NOA RCVD FROM EE

**09/11/2024 10:45 AM - CLAIM Note 49**
Claim/Event/Leave: 15113454
NoteSubject : Social Security
Other Subject : SSDI
Text: [09/11/2024 - HERNANDEZ, ALEJANDRA]LTD CLOSED. NO SSDI APPLICATION. CLOSING SSDI RECORD.

**09/10/2024 3:57 PM - PHONE Note 15**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : CLAIM STATUS
Text: [09/10/2024 - SMITH, TARA]CALLED EE, SPOKE WITH EE AND ADVISED OF CLAIM CLOSURE PER CLINICAL REVIEW/MEDICAL EVIDENCE NOT SUPPORTING ONGOING R&LS. DCM ADVISED OF APPEAL RIGHTS AND THAT EE CAN EXPECT COPY OF CLOSURE LETTER AND PAYMENT WITHIN 1-3 BUS DAYS FOR 8/19/24-9/10/24. EE UNDERSTOOD AND ASKED HOW CLOSURE OF LTD PAY AFFECT EMPLOYMENT. DCM ADVISED UNFORTUNATELY UNABLE TO ADVISE AS TO HOW OR IF CLOSURE WILL AFFECT EMPLOYMENT AND RECOMMENDED THAT EE CONTACT ER FOR MORE INFO ONEMPLOYMENT STATUS AS AP IS ENDORSING OOW THRU JAN 2025. EE UNDERSTOOD, THANKED DCM FOR INFO AND ASSISTANCE, HAD NFQ, CALL ENDED.

**09/09/2024 3:33 PM - CLAIM Note 48**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : M2 REVIEW
Text: [09/09/2024 - WALLACH, KRYSTAL]RECOMMEND SENDING SUMMARY OF FFR TO TREATING APS THAT WERE CONTACTED FOR P2P PRIOR TO RENDERING DECISION. UPDATED CALL COMPLETED 6/18/24 IN WHICH EE CX RECEIVED STEROID SHOTS IN KNEE AND HIP AND RECEIVED MEDS FOR INFLAMMATION. EE WAS ALSO REFERRED TO OT FOR HANDS. EE ALSO CONFIRMED HAS NOT USED WHEELCHAIR AND IS MORE MOBILE. UPDATED MEDS RECEIVED WERE SENT FOR PMR FFR WHICH CONCLUDED ON 8/31/24 THERE ARE NO IMPAIRING DIAGNOSES. THE CLAIMANT IS BEING TREATED AND EVALUATED FOR SPINAL STENOSIS OF THE CERVICAL REGION. PHYSICAL EXAM REVEALS 5/5 STRENGTH IN THE HAND, FINGER STRENGTH INTACT, SENSATION INTACT TO LIGHT TOUCH, NORMAL GAIT, DURING THE TIMEFRAME IN QUESTION, ABLE TO COMPLETE SIT-TO-STAND, ABLE TO COMPLETE STAND-TO-SUPINE TRANSFERS, NORMAL RANGE OF MOTION OF THE HIPS, NEGATIVE STRAIGHT LEG RAISE TEST, AND NEGATIVE THOMPSON TEST. MRI OF THE CERVICAL SPINE REVEALS MILD LEFT C6-C7 FORAMINAL STENOSIS WITH MODERATE DISCOGENIC MARROW EDEMA AND FACET SYNOVITIS. IT IS ACKNOWLEDGED THAT THE CLAIMANT REPORTS PERSISTENT AND CHRONIC PAIN IN MULTIPLE MUSCULOSKELETAL SITES WITH SOME DIFFICULTY WITH AMBULATION AT TIMES, BUT THIS IS INCONSISTENT AS IT IS NOTED THAT THE CLAIMANT WAS IN A MOTORIZED WHEELCHAIR DURING APRIL 2024, HOWEVER, THE CLAIMANT WAS THEN ABLE TO PERFORM SIT TO STAND AND SIT TO SUPINE TRANSFERS IN JULY 2024, THEN IN AUGUST 2024 IT STATES THE CLAIMANT CAN ONLY TOLERATE STANDING FOR 1 TO 2 MINUTES ON PHYSICAL THERAPY NOTES SHOWING INCONSISTENCIES WITHIN THE RECORDS. P2P CONTACT ATTEMPTED WITH FOSTER, ESTERBERG, LAVERY, AND LEE BUT WERE UNSUCCESSFUL. LETTER SENT TO AP LEE AND LAVERY ONLY OUTLINING ATTEMPTED CALLS BUT NO SUMMARY OF FFR. FOSTER RESPONDED WITH OOW NOTE DATED 9/6/24 STATING OOW 10/7/24-1/7/25 BUT NO ADDITIONAL MEDICAL RECORDS.[09/10/2024 - WALLACH, KRYSTAL]**AGREE WITH CLOSURE NTD OO AS ALL APS ARE WILL KAISER AND WILL BE UNABLE TO SEND SUMMARY TO EACH INDIVIDUAL AP.

**09/09/2024 9:33 AM - CLAIM Note 47**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : CLOSE NOT TD OO
Text: [09/09/2024 - SMITH, TARA]62YOF; MARRIED; JOB TITLE: SW DEV ENG - SYSTEMS 4; LDW: 8/18/23, DOD: 8/21/23; LTD BBD: 3/18/24; DX: BILATERAL HAND PAIN, ARM PAIN, PAIN IN RIGHT HIP. PM&R CP REVIEW COMPLETED 8/31/24: THE CLAIMANT IS BEING TREATED AND EVALUATED FOR SPINAL STENOSIS OF THE CERVICAL REGION. PHYSICAL EXAM REVEALS 5/5 STRENGTH IN THE HAND, FINGER STRENGTH INTACT, SENSATION INTACT TO LIGHT TOUCH, NORMAL GAIT, DURING THE TIMEFRAME IN QUESTION, ABLE TO COMPLETE SIT-TO-STAND, ABLE TO COMPLETE STAND-TO-SUPINE TRANSFERS, NORMAL RANGE OF MOTION OF THE HIPS, NEGATIVE STRAIGHT LEG RAISE TEST, AND NEGATIVE THOMPSON TEST. MRI OF THE CERVICAL SPINE REVEALS MILD LEFT C6-C7 FORAMINAL STENOSIS WITH MODERATE DISCOGENIC MARROW EDEMA AND FACET SYNOVITIS. IT IS ACKNOWLEDGED THAT THE CLAIMANT REPORTS PERSISTENT AND CHRONIC PAIN IN MULTIPLE MUSCULOSKELETAL SITES WITH SOME DIFFICULTY WITH AMBULATIONAT TIMES, BUT THIS IS INCONSISTENT AS IT IS NOTED THAT THE CLAIMANT WAS IN A MOTORIZED WHEELCHAIRDURING APRIL 2024, HOWEVER, THE CLAIMANT WAS THEN ABLE TO PERFORM SIT TO STAND AND SIT TO SUPINE TRANSFERS IN JULY 2024, THEN IN AUGUST 2024 IT STATES THE CLAIMANT CAN ONLY TOLERATE STANDING FOR 1 TO 2 MINUTES ON PHYSICAL THERAPY NOTES SHOWING INCONSISTENCIES WITHIN THE RECORDS. CONSIDERING THE CLINICAL FINDINGS INCLUDING EVIDENCE OF STABILITY IN HIS CHRONIC PAIN AND NO EVIDENCE OF ANY ACUTE DISTRESS DURING OFFICE VISITS, NO EVIDENCE OF ANY URGENT CARE VISITS FOR ACUTE PAIN OR ESCALATION INTREATMENT DUE TO UNCONTROLLED PAIN, THE OVERALL TREATMENT INTENSITY AND REPORTED FUNCTIONAL ACTIVITIES, THE MEDICAL EVIDENCE DOES NOT SUPPORT RESTRICTIONS AND LIMITATIONS PRECLUDING THE PERFORMANCE OF THE OUTLINED OCCUPATIONAL DEMANDS. DCM RECOMMENDS CLOSE NOT TD OO.

**09/03/2024 3:51 PM - CLAIM Note 46**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/03/2024 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 09/03/2024 AND DATED 08/31/2024 FROM DANE STREET, INVOICE# 2324959 IN THE AMOUNT OF $668.75 FOR PMR PEER REVIEW NO MD LISTED. INVOICE PAID IN FULL.

**09/03/2024 12:52 PM - CLAIM Note 45**
Claim/Event/Leave: 15113454
NoteSubject : Peer Review
Other Subject : PM&R CP REVIEW
Text: [09/03/2024 - SMITH, TARA]PM&R CP REVIEW COMPLETED 8/31/24: THE CLAIMANT IS BEING TREATED AND EVALUATED FOR SPINAL STENOSIS OF THE CERVICAL REGION. PHYSICAL EXAM REVEALS 5/5 STRENGTH IN THE HAND, FINGER STRENGTH INTACT, SENSATION INTACT TO LIGHT TOUCH, NORMAL GAIT, DURING THE TIMEFRAME IN QUESTION, ABLE TO COMPLETE SIT-TO-STAND, ABLE TO COMPLETE STAND-TO-SUPINE TRANSFERS, NORMAL RANGE OF MOTION OF THE HIPS, NEGATIVE STRAIGHT LEG RAISE TEST, AND NEGATIVE THOMPSON TEST. MRI OF THE CERVICAL SPINE REVEALS MILD LEFT C6-C7 FORAMINAL STENOSIS WITH MODERATE DISCOGENIC MARROW EDEMA AND FACET SYNOVITIS. IT IS ACKNOWLEDGED THAT THE CLAIMANT REPORTS PERSISTENT AND CHRONIC PAIN IN MULTIPLE MUSCULOSKELETAL SITES WITH SOME DIFFICULTY WITH AMBULATIONAT TIMES, BUT THIS IS INCONSISTENT AS IT IS NOTED THAT THE CLAIMANT WAS IN A MOTORIZED WHEELCHAIR DURING APRIL 2024, HOWEVER, THE CLAIMANT WAS THEN ABLE TO PERFORM SIT TO STAND AND SIT TO SUPINE TRANSFERS IN JULY 2024, THEN IN AUGUST 2024 IT STATESTHE CLAIMANT CAN ONLY TOLERATE STANDING FOR 1 TO 2 MINUTES ON PHYSICAL THERAPY NOTES SHOWING INCONSISTENCIES WITHIN THE RECORDS. CONSIDERING THE CLINICAL FINDINGS INCLUDING EVIDENCE OF STABILITY IN HIS CHRONIC PAIN AND NO EVIDENCE OF ANY ACUTE DISTRESS DURING OFFICE VISITS, NO EVIDENCE OF ANY URGENT CARE VISITS FOR ACUTE PAIN OR ESCALATION IN TREATMENT DUE TO UNCONTROLLED PAIN, THE OVERALL TREATMENT INTENSITY AND REPORTED FUNCTIONAL ACTIVITIES, THE MEDICAL EVIDENCE DOES NOT SUPPORT RESTRICTIONS AND LIMITATIONS PRECLUDING THE PERFORMANCE OF THE OUTLINED OCCUPATIONAL DEMANDS. BASED ON THE REVIEW OF THE MEDICAL RECORDS, THE CLAIMANT HAS NOT REPORTED SIDE EFFECTS OF MEDICATIONS.

**08/20/2024 8:50 PM - CLAIM Note 44**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 8/20/2024 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**08/20/2024 2:05 PM - CLAIM Note 43**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PM&R CP REVIEW
Text: [08/20/2024 - SMITH, TARA]CLAIM REFERRED FOR PM&R CP REVIEW ON 8/19/24 PER UPDATED RECORDS RCVD FROM KAISER.

**08/20/2024 2:03 PM - CLAIM Note 42**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : CID FORMS
Text: [08/20/2024 - SMITH, TARA]CID FORMS RCVD FROM EE

**08/19/2024 12:37 PM - CLAIM Note 41**
Claim/Event/Leave: 15113454
NoteSubject : Med Records Rcvd
Other Subject : KAISER
Text: [08/19/2024 - SMITH, TARA]3/1/24-8/15/24 OVN RCVD FROM KAISER (MULTIPLE PROVIDERS)

**08/15/2024 2:47 PM - CLAIM Note 40**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [08/15/2024 - SMITH, TARA]-----ORIGINAL MESSAGE----- FROM: STEVE WELLER < SENT: THURSDAY, AUGUST 15, 2024 1:03 PM TO: SMITH, TARA <TARA.SMITH@LFG.COM> SUBJECT: YOUR CALL AND CORRESPONDENCE ***THIS EMAIL IS FROM AN EXTERNALSOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** TARA, SORRY, MISSED YOUR CALL JUST NOW. I UPLOADED SOME SCREEN SHOTS OF RECENT PAST APPOINTMENTS AND FUTURE APPOINTMENTS WHICH HOPEFULLY ANSWERS YOUR QUESTIONS IN THE MESSAGE. PLEASE LET ME KNOW IF YOU NEED MORE. I ALSO RECEIVED FORMS TO COMPLETE IN EMAIL. MY HANDS ARE A LITTLE IMPROVED SINCE I STARTED OT EXERCISES AND TOOK ANTI-INFLAMMATORY MEASURES. MY RIGHT HIP CONTINUES TO BE PAINFUL. WHILE IT SHOWS VERY SLOWSTEADY IMPROVEMENT WHEN RESTED, IT IS EASILY INJURED. NOTE THAT I WILL BE OUT OF THE COUNTRY SEPT 18-OCT 8 VISITING MY MOTHER IN THE UK WHO RECENTLY BROKE HER HIP. I SHOULD HAVE EMAIL AND INTERNET DURING THAT TIME.

**08/15/2024 12:35 PM - CLAIM Note 39**
Claim/Event/Leave: 15113454
NoteSubject : LTR to AP
Other Subject : KAISER
Text: [08/15/2024 - SMITH, TARA]REQUEST FOR RECORDS 1/1/24-PRES SENT TO KAISER (DR. ESTERBERG (ORTHO), DR.

FOSTER (PCP), LAU (PM&R), DR. LAVERY (NEUROLOGY)

**08/15/2024 12:23 PM - PHONE Note 14**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : MED STATUS
Text: [08/15/2024 - SMITH, TARA]CALLED EE, LEFT VM ADVISING CALLING TO DISCUSS MED STATUS AND ALSO CONFIRM CONTACT INFO FOR OCCUPATIONAL AND PHYSICAL THERAPIST AS UPDATED RECORDS WILL BE REQUESTED FROM PROVIDERS FOR ONGOING REVIEW OF CLAIM. PROVIDED CONTACT INFO FOR RETURN CALL.

**06/18/2024 12:54 PM - PHONE Note 13**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : MED STATUS
Text: [06/18/2024 - SMITH, TARA]CALLED EE, TEL# SPOKE WITH EE AND ADVISED CALLING TO SEE HOW EE IS DOING MEDICALLY AND IF THERE HAVE BEEN ANY CHANGES/UPDATES TO MED STATUS, ONGOING TX PLAN, RTW, ETC. EE ADVISED: CHAD ESTERBERG (ORTHOPEDICS)LOV 3/28/24, RCVD STEROID SHOT IN KNEE AND HIP ON 4/26/24 WITH DR. KYLE NORTON. RIGHT HIP STEROID INJECTION HAD VERY LITTLE IMPACT. CANT CONTINUE AQUATIC THERAPY UNTIL KNEE PAIN IMPROVES. HAD APPT WITH NEUROLOGIST-DR. DANIEL LAVERY ON 5/9/24-APPRESCRIBED TRIAL MEDS FOR INFLAMMATION. AP LAVERY COULD NOT FIND NEUROLOGICAL CAUSE BUT THINKS ISSUES WITH HAND/FINGERS ARE A RESULT OF SOMETHING ELSE AND REFERRED EE TO OCC THERAPY FOR HANDS. ALSO ORDERED BLOOD TESTS AND REFERRED TO RHEUMATOLOGY, ALL RHEUMATOLOGICAL TESTS CAME BACK NEGATIVE. EE FEELS THAT THERE IS A NEUROLOGICAL ISSUE IN LEFT ARM THAT IS BEING TRIGGERED BY SOMETHING AS HE CAN FEEL IT WHEN HE DOES RECOMMENDED EXERCISES. NO FOLLOW UP SCHEDULED WITH NEUROLOGY SCHEDULED AT THIS TIME. HAD LOV WITH PCP-DR. KELLIE FOSTER ON 4/23/24-HAS UPCOMING APPT ON 7/10/24. HAD APPT WITH OCCUPATIONAL THERAPIST (FAYE)-FOR HAND, GAVE EE A BUNCH OF EXERCISES. EE HAS INFLAMMATION, CURRENTLY TAKING MEDS TO REDUCE INFLAMMATION, FOLLOW UP 7/17/24. WILL START PHYSICAL THERAPY FOR HIP ON 7/5/24. EE ADVISED THAT IN GENERAL, HIP PAIN HAS IMPROVED AS HE HAS MODIFIED HOW HE GETS IN AND OUT OF CHAIRS. EE PLANS TO DISCUSS HIP WITH PHYSICAL THERAPIST TO SEE IF THINGS CAN IMPROVE WITH EXERCISENOW THAT PAIN LEVEL IS DOWN. EE ADVISED THAT HE IS DOING A LITTLE BIT BETTER, MORE MOBILE THAN HE WAS. HASN T USED WHEELCHAIR IN HOUSE FOR THE LAST 3 WEEKS BUT IS STILL LIMITED IN MOBILITY. FEELS THAT HANDS ARE A LITTLE BIT BETTER, HAS BEEN WEARING COMPRESSION GLOVES AND DOING EXERCISES. STILL UNABLE TO USE COMPUTER OR TYPE DUE TO PAIN IN HANDS AND FINGERS. SSDI PENDING STILL PENDING. DCM THANKED EE FOR UPDATE AND ADVISED WILL FOLLOW BACK UP WITH EE EARLY AUG FOR STATUS AND UPDATED RECORDS WILL BE REQUESTED AT THAT TIME. DCM EXPLAINED CID, OO VS. AO. EE UNDERSTOOD, THANKED DCM FOR EXPLANATION, HAD NFQ, CALL ENDED.

**05/10/2024 9:58 AM - CLAIM Note 38**
Claim/Event/Leave: 15113454
NoteSubject : Social Security
Other Subject : SS DAY 75
Text: [05/10/2024 - HERNANDEZ, ALEJANDRA]SS DAY 75. SSDI POF NOT RECEIVED, CANNOT PLACE SSET. RESET SS TASK 6 MO TO F/U WITH EE ON SSDI FILING DCSN.

**05/03/2024 3:11 PM - CLAIM Note 37**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : DIRECT DEPOSIT
Text: [05/03/2024 - SMITH, TARA]DIRECT DEPOSIT FORM RCVD FROM EE WITH NEW ACCT INFO. DIRECT DEPOSIT UPDATED TO: ROUTING # ACCT#

**05/03/2024 1:17 PM - DOCUMENT Note 4**
Claim/Event/Leave: 15113454
NoteSubject : eSignature
Other Subject : Document Signed

**05/03/2024 12:09 PM - CLAIM Note 36**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : DD FORM
Text: [05/03/2024 - SMITH, TARA]DIRECT DEPOSIT FORM SENT TO EE VIA ESIGN

**05/03/2024 12:08 PM - CLAIM Note 35**
Claim/Event/Leave: 15113454
NoteSubject : LTR to EE
Other Subject : EMAIL TO EE
Text: [05/03/2024 - SMITH, TARA]-----ORIGINAL MESSAGE----- FROM: SMITH, TARA SENT: FRIDAY, MAY 3, 2024 12:08 PM TO: STEVE WELLER < CC: WILKERSON, SHERICKA <SHERICKA.WILKERSON@LFG.COM> SUBJECT: RE: HOW TO CHANGE BANK ACCOUNT USED FORDEPOSIT? HI STEVE, I HAVE SENT YOU A NEW DIRECT DEPOSIT FORM VIA DOCUSIGN. IF YOU COULD FILL IT OUT WITH THE NEW BANK ACCOUNT INFORMATION AT YOUR EARLIEST CONVENIENCE, I'LL GET IT UPDATED. THANK YOU,

**05/03/2024 12:08 PM - CLAIM Note 34**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : EMAIL FROM EE

Other Subject : EMAIL FROM EE
Text: [05/03/2024 - SMITH, TARA]-----ORIGINAL MESSAGE----- FROM: STEVE WELLER < SENT: FRIDAY, MAY 3, 2024 11:57 AM TO: SMITH, TARA <TARA.SMITH@LFG.COM> CC: WILKERSON, SHERICKA <SHERICKA.WILKERSON@LFG.COM> SUBJECT: HOW TO CHANGE BANKACCOUNT USED FOR DEPOSIT? ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** TARA, I D LIKE TO CHANGE THE BANK ACCOUNT THAT RECEIVES DEPOSITS. HOW CAN I DO THAT?

**05/03/2024 12:06 PM - DOCUMENT Note 3**
Claim/Event/Leave: 15113454
NoteSubject : eSignature
Other Subject : Document Requested

**04/25/2024 3:19 PM - PHONE Note 12**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : SS DAY 60
Text: [04/25/2024 - HERNANDEZ, ALEJANDRA]SS DAY 60. CALLED EE TO REMIND THAT WE ARE REQUESTING SSDI PURSUIT. THANKED EE FOR SENDING AN EMAIL TO PREV SS SPECIALIST WITH CURRENT SS ATTY CONTACT INFO, CONFIRMED WITH EE THAT SS ATTY INFO HAS BEEN UPDATED IN HIS CLAIM. RECVD EE APPROVAL TO COMMUNICATE WITH SS ATTY GOING FORWARD FOR FUTURE SSDI UPDATES/ POF. EE CONFIRMED NO SSDI IC HAS BEEN FILED, STILL WAITING FOR A CALL FROM SSA. CONFIRMED IF EE HAS MY PH # AND EXT. ADVISED SENDING LTR AND WILL CC SS ATTY. SENDING SS DAY 60 LETTER AND TASK SET FOR 15 DAYS FOR POF FROM EE OR SS ATTY.

**04/25/2024 9:33 AM - CLAIM Note 33**
Claim/Event/Leave: 15113454
NoteSubject : Social Security
Other Subject : SSDI
Text: [04/25/2024 - HERNANDEZ, ALEJANDRA]EE SUBMITTED SS ATTY INFO 4/17/24 VIA EMAIL TO PREV SS SPECIALIST. UPDATED SS ATTY INFO IN CONTACT INFO. POF STILL NEEDED.

**04/24/2024 1:25 PM - PHONE Note 11**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : MED STATUS
Text: [04/24/2024 - SMITH, TARA]CALLED EE ,TEL# SPOKE WITH EE AND ADVISED CALLING TO SEE HOW EE IS DOING MEDICALLY AND IF HE HAS HAD APPTS WITH NEW NEURO AND ORTHOPEDIC SPECIALIST. EE ADVISED HAD APPT WITH PA-LOV 3/28/24-CHAD ESTERBERG (ORTHOPEDICS), AND IS SCHEDULED FOR STEROID SHOT IN KNEE AND HIP, NOV 4/26/24, WITH DR. KYLE ROBERT NORTON. EE ADVISED THAT HE HAS AN APPT WITH NEUROLOGIST, FOV 5/9/24- DR. DANIEL LAVERY, KAISER NORTHWEST, HILLSBORO OR, WESTSIDE MEDICAL CENTER. EE ADVISEDHAD VIDEO CALL WITH DR. KELLY FOSTER ON 4/23/24, PRIOR VISIT WAS 3/21/24. EE ADVISED THAT HE ALSO HAD X-RAY OF LEFT KNEE ON 3/28/24, EE ADVISED THAT HIS KNEE PREVENTING EE FROM BEING ABLE TO EXERCISE WHICH IS ALSO NOT HELPING HIS HIP. DCM ACK ANDTHANKED EE FOR UPDATE AND ADVISED WILL FOLLOW BACK UP EARLY JUNE FOR MED STATUS AND TO SEE HOW NEUROLOGY APPT WENT. WILL REQUEST UPDATED MEDS IN AUG FOR REVIEW OF ONGOING R&L'S. EE UNDERSTOOD, THANKED DCM FOR INFO AND ASSISTANCE, HAD NFQ, CALL ENDED.

**03/27/2024 4:31 PM - PHONE Note 10**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : SSDI
Text: [03/27/2024 - HERNANDEZ, ALEJANDRA]RTN EE PHONECALL IN REGARDS TO 30 DAY LETTER. ADVISED EE THAT WE ARE REQUESTING SSDI POF. EE INFORMED ME THAT HE WILL BE CONSULTING WITH LOCAL ATTY OR CLAIMIFY AND OBTAIN THEIR ASSISTANCE WITH SSDI IC PROCESS. ADVISED EE, IF HIRING AN ATTY, EE IS RESPONSIBLE FOR PROVIDING POF AND ALL FUTURE COMMUNICATION FROM SSA. EE UNDERSTOOD AND STATED THAT HE MAY JUST OBTAIN CLAIMFY'S ASSISTANCE. EXPLAINED OFFSET/OVP FOR EE AND DEPT ONCE SSDI AWARDED. IF DENIED, CAN APPEAL THRU HEARING LEVEL. CA POL

**03/25/2024 9:59 AM - CLAIM Note 32**
Claim/Event/Leave: 15113454
NoteSubject : Social Security
Other Subject : SSDI
Text: [03/25/2024 - HERNANDEZ, ALEJANDRA]SS DAY 30 SSDI IC POF NOT RECEIVED. VENDOR HAS NOT BEEN HIRED. SENDING SS DAY 30 LETTER. 30 DAY TASK SET FOR POF RECEIPT.

**03/01/2024 8:50 PM - CLAIM Note 31**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO DEZARAE MCFARLAND.

**03/01/2024 4:25 PM - CLAIM Note 30**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [03/01/2024 - MCFARLAND, DEZARAE]REFERRAL RECEIVED AND STATE TAX WITHHOLDING HAS BEEN SET UP PER EE

SUBMISSION OF OR-W-4 LOCATED IN THE DOC LIST ON 2/29/2024.

**02/29/2024 8:50 PM - CLAIM Note 29**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: OREGON STATE TAX FORM RCVD FROM EE. SEE W-4 IN DOC LIST.

**02/29/2024 3:13 PM - CLAIM Note 28**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : W-4
Text: [02/29/2024 - SMITH, TARA]OR STATE TAX FORM, W-4 RCVD FROM EE

**02/28/2024 8:26 AM - CLAIM Note 27**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [02/28/2024 - MONAHAN, JACKIE]SET UP SCHEDULED PAYMENT FROM 02/19/2024 THROUGH 02/18/2025 BASED ON ELIGIBILITY APPROVED WKLY SNAPSHOT FILE 08.11.23 - ELIG FILE EFFECTIVE 09/24/2022 -- ANNUAL SALARY: $219,004.24 / 12 = $18,250.35 MONTHLY.. THE BENEFITIS 70% OR $12,775.25. THE MAX BEN DATE IS CALCULATED AT 02/18/2028. OFFSET (S) SET UP AS FOLLOWS: STCA FOR 02/29/24 THRU 08/25/24 IN PRORATED AMOUNT $7020.00 (WKLY $1620.00X52/12); DEDUCTIONS HAVE BEEN SET UP EFFECTIVE 02/24/2024 THROUGH 02/18/2028 AS FOLLOWS: ADDE $3.16, PTVS $9.56, PTDN $117.91, PTMD $442.76. FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $1,500.00 PER W4S FORM IN DOC LIST. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**02/23/2024 3:03 PM - PHONE Note 9**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : SSDI INTRO CALL
Text: [02/23/2024 - WILKERSON, SHERICKA]SPOKE WITH EE REGARDING SSDI APP ENCOURAGEMENT INFORMED OF ETA LETTER AND DPO. ETA LETTER AND DPO SENT. ALSO DISCUSSED POTENTIAL OVERPAYMENT/REPAYMENTS.. . .. . IS CURRENTLY 62YRS., 4MO., 27DAYS. -- NRA IS 67YRS.&& 0MO;SEPT. 2028. . . . EE SAID HE IS WAITING UNTIL NRA TO DRAW SSRT OR UNTIL AGE 70YRS. BUT NOTHING SOONER THAN THAT. .. EE THEN ASKED FOR SS CM EMAIL AS WELL AS HIS DCM EMAIL. .. ASKED DCM FOR PERMISSION TO SEND EE HER EMAIL, DCM SAID IT WAS OK TO DO SO.. . SO I EMAILED EE THE DOCUMENTATION SUBMISSION METHODS INCLUDING BOTH CM EMAILS. AS REQUESTED. . . CLAIMIFY, T2.

**02/23/2024 12:56 PM - PHONE Note 8**
Claim/Event/Leave: 15113454
NoteSubject : EE Called
Other Subject : RETURN CALL
Text: [02/23/2024 - SMITH, TARA]RETURNED CALL TO EE, TEL# SPOKE WITH EE AND ADVISED ESIGNED FORMS: DD, W4-S, FIQ, RA RCVD, DIRECT DEPOSIT INFO ENTERED. W4-S WILL BE ENTERED WHEN INITIAL CALCS ARE DONE. DCM ADVISED OF COMPANY CODE FOR MLP, PROVIDED EE WITH HELPDESK NUMBER FOR MLP IF NEEDED AND ADVISED EE IS ABLE TO UPLOAD DOCUMENTS TO CLAIM VIA MLP ONCE HE IS REGISTERED. EE UNDERSTOOD. DCM ADVISED WILL FOLLOW UP WITH EE TOWARDS END OF APRIL FOR MED STATUS UPDATE BUT IF EE HAS ANY QUESTIONS OR CONCERNS BEFORE THEN, IF REFERRED TO ANY NEW PROVIDERS OR SPECIALIST, EE CAN LET DCM KNOW. EE UNDERSTOOD AND ADVISED IS CURRENTLY IN THE PROCESS OF GETTING SET UP WITH KAISER IN OREGON. EE THANKED DCM FOR INFO AND ASSISTANCE, HAD NFQ, CALL ENDED.

**02/23/2024 12:49 PM - PHONE Note 7**
Claim/Event/Leave: 15113454
NoteSubject : EE Called
Other Subject : VM 2/23/24 1:36PM
Text: [02/23/2024 - SMITH, TARA]EE CALLED AND LEFT VM ADVISING THAT HE RETURNED ESIGN FORMS AND HASN'T HEARD ANYTHING BACK YET SO WASN'T SURE IF THERE IS ANYTHING THAT HE MAY HAVE MISSED VIA MAIL. EE ADVISED THAT HE ALSO SAW THAT MLP IS AN OPTION BUT HE HAS NO ACCESS TO PORTAL AND WANTS TO KNOW HOW HE CAN GET IN. EE ALSO WANTS TO KNOW HOW HE CAN UPLOAD DOCUMENTATION TO CLAIM AND ASKED FOR RETURN CALL

**02/20/2024 3:25 PM - CLAIM Note 26**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : W4-S
Text: [02/20/2024 - SMITH, TARA]W4-S RCVD FROM EE FOR FED WITHHOLDING IN THE AMOUNT OF $1500

**02/20/2024 3:20 PM - CLAIM Note 25**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : DIRECT DEPOSIT
Text: [02/20/2024 - SMITH, TARA]DD FORM RCVD FROM EE. DIRECT DEPOSIT ADDED FOR ROUTING # 321171731, ACCT# 000191592990

**02/18/2024 4:53 PM - DOCUMENT Note 2**

Claim/Event/Leave: 15113454
NoteSubject : eSignature
Other Subject : Document Signed

**02/15/2024 8:50 PM - CLAIM Note 24**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO JAQUELINE MONAHAN.

**02/15/2024 8:50 PM - CLAIM Note 23**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE COMPLETE INITIAL PAYMENT CALCULATION

**02/15/2024 12:16 PM - PHONE Note 6**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : APPROVAL
Text: [02/15/2024 - SMITH, TARA]CALLED EE, TEL# SPOKE WITH EE AND ADVISED OF APPROVAL. ADVISED LTD BBD 2/19/24, EE ELIG FOR 70% OF BME. ADVISED APPROVAL LETTER W/DD AND W4-S EMAILED TO EE. EE ASKED IF INSURANCE PREMIUMS: MED, DENTAL VISION WOULD STILL BE DEDUCTED. DCM ADVISED MED DEDUCTIONS WILL STILL BE TAKEN OUT OF LTD BENS. EE UNDERSTOOD AND ADVISED THAT HE ALSO WANTS TO PROVIDE A CHANGE OF ADDRESS: DCM ADVISED ADDRESS UPDATED AND ASKED IF EE RECENTLY MOVED STATES FROM CA TO OR. EE CONFIRMED MOVE DATE WAS 2/10/24. DCM ACK AND ADVISED WILL MAKE NOTE AND WILL ALSO FOLLOW BACK UP WITH EE END OF APRIL FOR MED STATUS, RTW PLANS, ETC BUT IF EE HAS ANY QUESTIONS OR CONCERNS BEFORE THEN, EE CAN CONTACT DCM. EE UNDERSTOOD, THANKED DCM FOR INFO AND ASSISTANCE, HAD NFQ, CALL ENDED.

**02/15/2024 9:21 AM - DOCUMENT Note 1**
Claim/Event/Leave: 15113454
NoteSubject : eSignature
Other Subject : Document Requested

**02/15/2024 9:04 AM - CLAIM Note 22**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : M2 REVIEW
Text: [02/15/2024 - WALLACH, KRYSTAL]AGREE WITH APPROVAL AND ACTION PLAN IN PLACE. DCM TO UPDATE DX CODES ACCORDING TO WHAT WAS LISTED IN COMPLETED FFR.

**02/15/2024 8:46 AM - PHONE Note 5**
Claim/Event/Leave: 15113454
NoteSubject : EE Called
Other Subject : VM 2/13/24 11:53AM
Text: [02/15/2024 - SMITH, TARA]EE CALLED AND LEFT VM ADVISING CALLING FOR STATUS UPDATE AND TO ALSO ADVISE OF CHANGE OF ADDRESS.

**02/15/2024 8:44 AM - CLAIM Note 21**
Claim/Event/Leave: 15113454
NoteSubject : Action Plan
Other Subject : MED REV OCT 2024
Text: [02/15/2024 - SMITH, TARA]62YOF; MARRIED; JOB TITLE: SW DEV ENG - SYSTEMS 4; LDW: 8/18/23, DOD: 8/21/23; LTD BBD: 3/18/24; DX: BILATERAL HAND PAIN, ARM PAIN, PAIN IN RIGHT HIP. PM&R CP REVIEW COMPLETED ON 2/5/24: THE FOLLOWING DIAGNOSES WERE IDENTIFIED-CERVICAL STENOSIS (M48.02) CERVICAL DEGENERATIVE DISC DISEASE (M50.30) ANTERIOR SUPERIOR LABRAL TEAR OF THE RIGHT HIP (S73.191A) MEDIAL EPICONDYLITIS OF THE LEFT ELBOW BONE MARROW EDEMA SYNDROME OF THE LEFT ELBOW. TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE-BASED MEDICINE AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THE CLAIMANT HAS A LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS AND LIMITATIONS FROM 8/21/2023 TO THE PRESENT AND BEYOND. THE CLAIMANT IS A 62-YEAR-OLD MALE WITH A MEDICAL HISTORY SIGNIFICANT FOR CERVICAL STENOSIS, CERVICAL DEGENERATIVE DISC DISEASE, ANTERIOR SUPERIOR LABRAL TEAR OF THE RIGHT HIP, MEDIAL EPICONDYLITIS OF THE LEFT ELBOW, AND BONE MARROWEDEMA SYNDROME OF THE LEFT ELBOW. DESPITE TREATMENT MODIFICATIONS, HIS PAIN CONTINUES TO BE REFRACTORY. AS SUCH, THE CLAIMANT IS CONCLUSIVELY IMPAIRED FROM A FUNCTIONAL STANDPOINT AND SHOULD LIMIT ACTIVITIES THAT MAY CAUSE AGGRAVATED SYMPTOMS. THEREFORE, THE CLAIMANT REQUIRES RESTRICTIONS AND LIMITATIONS AS OUTLINED BELOW FOR THE TIME PERIOD IN QUESTION: SITTING: CONSTANTLY, STANDING: OCCASIONALLY, WITH THE USE OF WHEELCHAIR / CANE WALKING: OCCASIONALLY, WITH THE USE OF WHEELCHAIR / CANE LIFTING: OCCASIONALLY, UP TO 20 LBS. BUE CARRYING: OCCASIONALLY, UP TO 20 LBS. BUE PUSHING: OCCASIONALLY, UP TO 20 LBS. BUE PULLING: OCCASIONALLY, UP TO 20 LBS. BUE CLIMBING STAIRS: NEVER BALANCING: NEVER STOOPING: NEVER KNEELING: NEVER CROUCHING: NEVER CRAWLING: NEVER REACHING: OCCASIONALLY OVERHEAD AND BELOW WAIST LEVEL; UNRESTRICTED DESK LEVEL USE LOWER EXTREMITIES FOR FOOT CONTROLS: OCCASIONALLY RLE; FREQUENTLY LLE FINE MANIPULATION: OCCASIONALLY BUE SIMPLE AND FIRM GRASPING: OCCASIONALLY BUE NO CLIMBING LADDERS NO WORKING AT UNPROTECTED HEIGHTS NO OPERATING HEAVY MACHINERY THE ABOVE RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE INDICATED FROM

NO OPERATING HEAVY MACHINERY THE ABOVE RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE INDICATED FROM 8/21/2023 TO PRESENT AND BEYOND WITH REASSESSMENT ON OR AROUND 08/01/2024. EE'S OCC REQUIRES FREQUENT FINGERING/TYPING/KEYBOARDING AND R&LS OF FINE MANIPULATION: OCCASIONALLY BUE WOULD PRECLUDE EE FROM PERFORMING OWN OCC. THEREFORE, DCM RECOMMENDS APPROVAL OF CLAIM. **ACTION PLAN: DCM TO DO 60-90 DAY STATUS UPDATES WITH EE FOR ONGOING TX, RTW PLANS. IF NO RTW BY AUG 2024, DCM TO REQUEST UPDATED MEDS FROM ALL TX PROVIDERS FOR REVIEW OF ONGOING R&L'S/AO DETERMINATION.

**02/07/2024 4:33 PM - CLAIM Note 20**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/07/2024 - WEBB, DEVON]INVOICE DATED 02/05/2024 FROM ECN INV # BOCA 217036 IN THE AMT OF $ 660.00 FOR PHYSICAL MEDICINE AND REHAB LAYNO-MOSES PEER REVIEW. INVOICE PAID IN FULL.

**02/07/2024 8:42 AM - CLAIM Note 19**
Claim/Event/Leave: 15113454
NoteSubject : LTR to AP
Other Subject :
Text: [02/07/2024 - SMITH, TARA] SENT LETTER REQUEST-PROVIDER-REVIEW ASSESSMENT REPORT TO DR. BRIAN LEE VIA FAX AT 4088514559. INCLUDED ATTACHMENT(S): CP/PEER REVIEW.

**02/07/2024 8:40 AM - CLAIM Note 18**
Claim/Event/Leave: 15113454
NoteSubject : LTR to AP
Other Subject :
Text: [02/07/2024 - SMITH, TARA] SENT LETTER REQUEST-PROVIDER-REVIEW ASSESSMENT REPORT TO DR. EUNICE LAU VIA FAX AT 4085302901. INCLUDED ATTACHMENT(S): CP/PEER REVIEW.

**02/07/2024 8:38 AM - CLAIM Note 17**
Claim/Event/Leave: 15113454
NoteSubject : LTR to AP
Other Subject :
Text: [02/07/2024 - SMITH, TARA] SENT LETTER REQUEST-PROVIDER-REVIEW ASSESSMENT REPORT TO DR. ERIN DOBLER VIA FAX AT 4088511739. INCLUDED ATTACHMENT(S): CP/PEER REVIEW.

**02/07/2024 8:35 AM - CLAIM Note 16**
Claim/Event/Leave: 15113454
NoteSubject : Peer Review
Other Subject : PM&R CP REVIEW
Text: [02/07/2024 - SMITH, TARA]PM&R CP REVIEW COMPLETED ON 2/5/24: BASED ON THE INFORMATION ABOVE, I OPINE THAT THE CLAIMANT REQUIRES RESTRICTIONS. THE CLAIMANT HAS GENERALIZED PAIN WHICH INCLUDES BILATERAL HAND, RIGHT HIP, AND LEFT ELBOW. HIS IMAGING FINDINGS INDICATE THAT HE SUFFERS FROM CERVICAL STENOSIS, CERVICAL DEGENERATIVE DISC DISEASE, ANTERIOR SUPERIOR LABRAL TEAR OF THE RIGHT HIP, MEDIAL EPICONDYLITIS OF THE LEFT ELBOW, AND BONE MARROW EDEMA SYNDROME OF THE LEFT ELBOW. HIS EXAMINATION SHOWED TENDER TO PALPATION ON LEFT TRAPEZIUS (MUSCLE JOINING NECK AND SHOULDER) AND UPPER THORACIC PARASPINALS, PAIN OVER THE RADIAL CAPITELLAR JOINT WITH FOREARM ROTATION, DISCOMFORT WITH LOG ROLL ON THE RIGHT, LIMITED RANGE OF MOTION, WALKS WITH ANTALGIC GAIT WITH THE USE OF WHEELCHAIR OR CANE, 4/5 RIGHT ARM AND LEFT ARM MUSCLE TESTING, LEFT SPURLING S EQUIVOCAL WITH INCREASED IN LEFT TRAPEZIUS PAIN, RIGHT NECK SIDE BENDING MORE LEFT TRAPEZIUS PAIN CONSISTENT WITH MYOFASCIAL PAIN, POSITIVE TINEL SIN LEFT ELBOW. DESPITE TREATMENT MODIFICATIONS, HIS PAIN CONTINUES TO BE REFRACTORY. AS SUCH, THE CLAIMANT IS CONCLUSIVELY IMPAIRED FROM A FUNCTIONAL STANDPOINT AND SHOULD LIMIT ACTIVITIES THAT MAY CAUSE AGGRAVATED SYMPTOMS. THEREFORE, THE CLAIMANT REQUIRES RESTRICTIONS AND LIMITATIONS AS OUTLINED BELOW FOR THE TIME PERIOD IN QUESTION: SITTING: CONSTANTLY, STANDING: OCCASIONALLY, WITH THE USE OF WHEELCHAIR / CANE WALKING: OCCASIONALLY, WITH THE USE OF WHEELCHAIR / CANE LIFTING: OCCASIONALLY,UP TO 20 LBS. BUE CARRYING: OCCASIONALLY, UP TO 20 LBS. BUE PUSHING: OCCASIONALLY, UP TO 20 LBS. BUE PULLING: OCCASIONALLY, UP TO 20 LBS. BUE CLIMBING STAIRS: NEVER BALANCING: NEVER STOOPING: NEVER KNEELING: NEVER CROUCHING: NEVER CRAWLING:NEVER REACHING: OCCASIONALLY OVERHEAD AND BELOW WAIST LEVEL; UNRESTRICTED DESK LEVEL USE LOWER EXTREMITIES FOR FOOT CONTROLS: OCCASIONALLY RLE; FREQUENTLY LLE FINE MANIPULATION: OCCASIONALLY BUE SIMPLE AND FIRM GRASPING: OCCASIONALLY BUE NO CLIMBING LADDERS NO WORKING AT UNPROTECTED HEIGHTS NO OPERATING HEAVY MACHINERY THE ABOVE RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE INDICATED FROM 8/21/2023 TO PRESENT AND BEYOND WITH REASSESSMENT ON OR AROUND 08/01/2024. SITTING: CONSTANTLY, STANDING: OCCASIONALLY, WITH THE USE OF WHEELCHAIR / CANE WALKING: OCCASIONALLY, WITH THE USE OF WHEELCHAIR / CANE LIFTING: OCCASIONALLY, UP TO 20 LBS. BUE CARRYING: OCCASIONALLY, UP TO 20 LBS. BUE PUSHING: OCCASIONALLY, UP TO 20 LBS. BUE PULLING:OCCASIONALLY, UP TO 20 LBS. BUE CLIMBING STAIRS: NEVER BALANCING: NEVER STOOPING: NEVER KNEELING: NEVER CROUCHING: NEVER CRAWLING: NEVER REACHING: OCCASIONALLY OVERHEAD AND BELOW WAIST LEVEL; UNRESTRICTED DESK LEVEL USE LOWER EXTREMITIES FORFOOT CONTROLS: OCCASIONALLY RLE; FREQUENTLY LLE FINE MANIPULATION: OCCASIONALLY BUE SIMPLE AND FIRM GRASPING: OCCASIONALLY BUE NO CLIMBING LADDERS NO WORKING AT UNPROTECTED HEIGHTS NO OPERATING HEAVY MACHINERY THE ABOVE RECOMMENDED RESTRICTIONSAND LIMITATIONS ARE INDICATED FROM 8/21/2023 TO PRESENT AND BEYOND WITH REASSESSMENT ON OR AROUND 08/01/2024. THE CLAIMANT S ABILITIES ARE SUSTAINABLE ON A FULL-TIME BASIS.

**01/25/2024 8:50 PM - CLAIM Note 15**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other

Other Subject : SCORE REFERRAL
Text: 1/25/2024 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**01/24/2024 9:53 AM - CLAIM Note 14**
Claim/Event/Leave: 15113454
NoteSubject : LTR to EE
Other Subject : MEDICAL FILE REV
Text: [01/24/2024 - SMITH, TARA]MEDICAL FILE REVIEW LETTER EMAILED TO EE

**01/24/2024 9:53 AM - CLAIM Note 13**
Claim/Event/Leave: 15113454
NoteSubject : Voc Rehab
Other Subject : OA
Text: [01/24/2024 - ASHWORTH, LORI]THE OCCUPATION IS PERFORMED AT THE SEDENTARY PHYSICAL DEMAND LEVEL.

**01/24/2024 9:38 AM - CLAIM Note 12**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Other
Other Subject : PM&R CP REVIEW
Text: [01/24/2024 - SMITH, TARA]62YOF; MARRIED; JOB TITLE: SW DEV ENG - SYSTEMS 4; LDW: 8/18/23, DOD: 8/21/23; LTD BBD: 3/18/24; DX: BILATERAL HAND PAIN, ARM PAIN, PAIN IN RIGHT HIP. CLAIM REFERRED FOR PM&R CP REVIEW TO DETERMINE R&LS BASED ON THE MEDICALEVIDENCE IN FILE AND THE DURATION FOR ANY SUPPORTED RESTRICTIONS AND OUTLINE NEXT FOLLOW UP ACTIVITY.

**01/24/2024 9:35 AM - CLAIM Note 11**
Claim/Event/Leave: 15113454
NoteSubject : Med Records Rcvd
Other Subject : KAISER
Text: [01/24/2024 - SMITH, TARA]MEDICAL RECORDS: NEUROLOGY, PM&R, PT OVN RCVD FROM MULTIPLE PROVIDERS FOR 7/5/23-12/20/23

**01/23/2024 8:51 PM - CLAIM Note 10**
Claim/Event/Leave: 15113454
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/23/2024-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW

**01/22/2024 8:50 PM - CLAIM Note 9**
Claim/Event/Leave: 15113454
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/22/2024 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**01/22/2024 3:45 PM - CLAIM Note 8**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject :
Text: [01/22/2024 - SMITH, TARA]62YOF; MARRIED; CA VDI ; LDW: 7/21/2023, DOD: 7/24/2023-PER SW REPORTS; PER EE: LDW 8/18/23 AND DOD 8/21/23 -TO BE CONFIRMED BY SW; DX: BILATERAL HAND PAIN, ARM PAIN, PAIN IN RIGHT ; TX PROVIDERS: EE WITH KAISER, MULTIPLEPROVIDERS. RECORDS REQUESTED FROM KAISER FOR 7/1/23-PRESENT. II COMPLETED 1/22/24. ACK LETTER W/N&P SENT TO EE VIA EMAIL, DUE 3/6/24. LTD FORMS ON FILE. CLAIM REFERRED FOR OA.**ACTION PLAN: ONCE LDW AND DOD CONFIRMED, AND OA COMPLETE, DCM TO REFER CLAIM FOR PM&R CPIA PER MEDICAL ON FILE, FOR INITIAL DETERMINATION.

**01/22/2024 3:42 PM - CLAIM Note 7**
Claim/Event/Leave: 15113454
NoteSubject : LTR to EE
Other Subject : ACK LETTER
Text: [01/22/2024 - SMITH, TARA]ACK LETTER W/N&P EMAILED TO EE, DUE 3/6/24

**01/22/2024 3:42 PM - CLAIM Note 6**
Claim/Event/Leave: 15113454
NoteSubject : LTR to AP
Other Subject : KAISER
Text: [01/22/2024 - SMITH, TARA]MEDICAL RECORDS 7/1/23 THRU PRESENT REQUESTED FROM KAISER

**01/22/2024 3:28 PM - PHONE Note 4**
Claim/Event/Leave: 15113454
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [01/22/2024 - SMITH, TARA]62YOF; MARRIED; DEPENDENTS: NONE UNDER 18, BUT 1 LIVING IN THE HOME THAT IS FINANCIALLY DEPENDENT AND 1 OTHER THAT IS AWAY AT COLLEGE AND IS FINANCIALLY DEPENDENT. JPB TITLE: SW DEV ENG - SYSTEMS 4 ; OTHER SOURCES OF INCOME: CONSUMING SICK LEAVE THRU ER-STARTED WITH 240 HRS, 30% OF PAY, NOT SURE OF END DATE. MAY RECEIVE SICK PAY FOR ABOUT 13 WEEKS. ALSO RECEIVING CA VDI ; LDW: 7/21/2023,

DOD: 7/24/2023-PER SW REPORTS; PER EE: LDW 8/18/23 AND DOD 8/21/23 ; DX: BILATERAL HAND PAIN, ARM PAIN, PAIN IN RIGHT HIP CURRENTLY BUT PAIN STARTED IN LEFT HIP. EE RECEVIED TX IN LEFT HIM AND RECOVERED BUT RIGHT HIP HAS NOT RECOVERED FROM TX. PAIN IS DISTRACTING ; TX PROVIDERS: EE WITH KAISER, TREATS WITH NEURO-DR. BRIAN LEE (HANDS), LOV: 1/4/24, NOV: 1/30/24; ERIN DOBLER, PA (HIPS), LOV: 8/16/23, NO FOLLOW UP VISITS. EUNICE LAU (PM&R), LOV: 10/24/23, NO FOLLOW UPS; DR. TUNG LE (ORTHO HAND SURGEON-EE SEEN FOR LEFT ELBOW), LOV: 10/26/23-DR. LE ADVISED NO SURGERY NEEDED IN ELBOW, NO FOLLOW UP VISITS.; ANGELA MENDOZA (PHYSICAL THERAPY FOR HIPS)-STARTED WEEKLY, THEN SWITCHED TO MONTHLY. LAST APPT WAS LAST WEEK AND HAD 2 MONTH BREAK PRIOR TO LAST WEEK.; AUDREY SUCIU (OCCUPATIONAL THERAPIST)-EE SAW AP 8/10/23, 8/22/23 BUT TREATMENT WASNT USEFUL. DR. ERIK MCDONALD (HAND SURGERY), LOV 9/25/23-AP MCDONALD ADVISED NO HAND SURGERY NEEDED, NO FOLLOW UPS. DR. KEVIN WANG (NEUROLOGIST), LOV: 11/6/23-ADMINISTERED MUSCLE NERVE TEST, EE HAD NO OTHER VISITS WITH AP AFTER THIS ONE.;DR. KELEIGH SANCHEZ (AUDIOLOGIST)-EE HAS SERIOUS HEARING LOSS, HAS WORN HEARING AIDS FOR OVER 30 YEARS. IT IS A DISABILITY BUT HAS NOT PREVENTED EE FROM WORKING. LOV: 10/25/23 FOR ADJUSTMENT OF NEW HEARING AIDS. ; TX PLAN: PHYSICAL THERAPY- EE DOING SIMPLE IN HOUSE EXERCISES, WATER EXCERCISES/WALKING-2-3 TIMES PER WEEK. HELPS EE TO EXERCISE WITHOUT WEIGHT ON HIS HIPS. WILL HAVE MRI THIS WEEK-1/24/24 FOR LEFT SHOULDER, UNDER THE ORDER OF DR. LEE. AP LEE TRACING NERVES FROM HAND TO SPINE. EE HASPREVIOUSLY HAD HAND AND NECK MRI'S. :R&LS: NO SPECIFIC R&LS AT THIS TIME. ; ADSL: CAN DO ADLS, TAKES BATHS INSTEAD OF SHOWERING TO REDUCE STANDING TIME. USES CANE FOR SHORT WALKING DISTANCES. FOR LONG WALKING DISTANCES, WIFE WILL PUSH EE IN WHEELCHAIR. CURRENTLY USES WHEELCHAIR AROUND THE HOUSE ABOUT 50% OF THE TIME DUE TO HIP PAIN. ALSO USES STYLUS FOR TOUCHSCREENS. ; RTW: UNSURE OF RTW PLANS. EE ADVISED THAT HE THOUGHT THAT HE COULD REST HANDS AND RECOVER SO THAT HE COULD RTW BUT HANDS HAVE NOT RECOVERED ENOUGH AT THIS TIME.; EXPECTATIONS: DCM EXPLAINED LTD PROCESS, OWN VS ANY OCC, MONTHLY LTD @ 70 % OF BME, 45 DAY N&P, CLINICAL REVIEWS, SSDI, OFFETS FOR OTHER INCOME BENEFITS AND ADVISED WILL REFER CLAIM FOR INITIAL REVIEW PER MEDICALON FILE AND FOLLOW UP WITH EE ONCE COMPLETE TO ADVISE OF DETERMINATION AND NEXT STEPS. EE UNDERSTOOD, THANKED DCM FOR INFO AND ASSISTANCE, HAD NFQ, CALL ENDED.

**01/22/2024 2:33 PM - CLAIM Note 5**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject : ELIGIBILITY
Text: [01/22/2024 - SMITH, TARA]** ERTW FIELD UPDATED: YES ** POLICY ON FILE: YES ** STAT?: CA ** CLASS DESCRIPTION: CLASS 1B ** CONTRIBUTIONS REQUIRED: YES ** BENEFIT PERCENT: 70% ** DOH: 6/13/2016 ** ELIGIBILITY WAITING PERIOD: NONE ** EFFECTIVEDATE OF COVERAGE: 6/13/2016 ** LDW: 7/21/2023 ** DOD: 7/24/2023 ** GAP: OFF WORK ** PRE EX: N/A ** STD PAID THROUGH: 1/5/2024 ** STD MAX: 2/18/2024 ** ELIMINATION PERIOD: 26 WEEKS/ STD MAX ** BBD: 2/19/2024 ** DX: BILATERAL HAND PAIN, PAININ RIGHT HIP ** DX LIMITATIONS:N/A ** PRIOR MN CLAIM: N/A ** OWN OCC: 12 MONTHS ** JD ON FILE: REQUESTED FROM ER ** JOB TITLE: SW DEV ENG - SYSTEMS 4 ** OTHER INCOME: CA VDI ** MONTHLY EARNINGS: $18,250.35

**01/19/2024 10:19 AM - CLAIM Note 4**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject :
Text: [01/19/2024 - OWENS, ARIEL]FORMS RECEIVED - SEE DOC LIST. ASSIGNED TO NEXT LTD DCM

**01/17/2024 2:13 PM - CLAIM Note 3**
Claim/Event/Leave: 15113454
NoteSubject : LTR to EE
Other Subject : DAY 30
Text: [01/17/2024 - OWENS, ARIEL]SENT 15 DAY WARNING LTR WITH ANOTHER COPY OF LTD FORMS ATTACHED. DEADLINE TO RETURN ALL FORMS: 2/1/24

**01/17/2024 2:10 PM - PHONE Note 3**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : LTD BENS
Text: [01/17/2024 - OWENS, ARIEL]CALLED TO DISCUSS LTD BENS. LEFT V/M ADV IF NEEDING LTD BENS, COMPLETE AND RETURN FORMS. IF NOT, R/C TO NOTIFY AND CLAIM CAN BE CLOSED.

**01/03/2024 1:21 PM - PHONE Note 2**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : RECD VM
Text: [01/03/2024 - BOOKER, LILLIAN]CALLED ON BEHALF OF TA. ASC HAS QUESTIONS ABOUT FORMS, LEFT VM INFORMED CLMNT SUPP FORMS REQUEST ANY INCOME WOULD INCLUDE STD FROM SW. LEFT MY NAME PH AND EXT IF ASC HAS FURTHER QUESTIONS

**12/19/2023 2:36 PM - CLAIM Note 2**
Claim/Event/Leave: 15113454
NoteSubject : LTR to EE
Other Subject : ACK AND FORMS
Text: [12/19/2023 - OWENS, ARIEL]SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS - AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION MEDICAL, AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, ACTIVITIES QUESTIONNAIRE, CLAIMANT SUPPLEMENTARY STATEMENT, SURVIVOR/ESTATE INFO, COPY OF YOUR DRIVERS LICENSE, TEE, APPLE EAP INFO FORM, TREATING MEDICAL PROFESSIONALS FORM. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE IS 1/17/24. LTD BBD IS: 2/19/24

**12/19/2023 2:33 PM - PHONE Note 1**
Claim/Event/Leave: 15113454
NoteSubject : Called EE
Other Subject : LTD BENS
Text: [12/19/2023 - OWENS, ARIEL]CALLED S/W EE, UNSURE OF RTW. TA ADVISED TO FILL OUT FORMS AND RETURN IF NEEDING LTD. EE CONFIRMED MAILING ADDRESS

**12/19/2023 8:55 AM - CLAIM Note 1**
Claim/Event/Leave: 15113454
NoteSubject : Other
Other Subject :
Text: [12/19/2023 - OWENS, ARIEL]CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO TRIAGE

**THOMAS, COON, NEWTON & FROST**
**Attorneys at Law**
**The Thomas Mann Building, Suite 200**
**820 SW Second Avenue**
**Portland, Oregon 97204**
**Telephone (503) 228-5222**

ATTN : **Keisha**

TO : **Lincoln Financial Group**
FAX # : **603 334 0401**

FROM : **Erin Daniels, legal assistant to Scott Sell**
FAX # : **503-273-9175**

DATE : **June 25, 2025**

RE : Steven Weller
Claim # : 15113454

NO. OF SHEETS INCLUDING THIS ONE: **1**

**Hi Keisha,**

**Mr. Sell would like to request an updated copy of Mr. Weller's file. Can you please send it to him via email at ssell@tcnf.legal. Alternatively, if you need to send it via mail via disc or USB drive, you can mail it to the address above.**

**Thank you!**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | May 6, 2025 |
| To: | SCOTT SELL<br>THOMAS, COON, NEWTON & FROST<br>820 SW SECOND AVENUE<br>SUITE #200<br>PORTLAND OR 97204 |
| Attn: | Erin Daniels |
| Fax: | (503) 273-9175 |
| From: | Keisha S.<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 15113454<br>Claimant: Steven Weller<br><br>Apple Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 6, 2025

Scott Sell
Thomas, Coon, Newton & Frost
820 SW SECOND AVENUE
SUITE #200
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller

Dear Scott Sell:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to Steven Weller's claim for LTD benefits under the Policy.

We are in process of reviewing Mr. Weller's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on his appeal.

Please find the attached addendum, which is new or additional evidence in connection with Mr. Weller's appeal. You may review these and provide a response to us, which we will consider in making our decision on his appeal. If we do not receive your response within 14 days of the date of this letter or May 19, 2025, we will proceed with making a determination on his appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on the appeal. If your response is not received by May 19, 2025, we will render a determination based on the information contained in his file.

We have already exercised our right to take the extension under the Employee Retirement Income Security Act. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Mr. Weller's claim. (Tolled: accumulation of time is suspended.) Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha S.
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments: 15113454-MEDICAL-CP/PEER REVIEW-05.01.2025

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

**REVISED REPORT 5.1.25: A clarification request was received in regard to Dr. Grattan's report. The restrictions and limitations have been updated.**

Howard Grattan, M.D.
Pain Medicine

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 05/01/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 04/24/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2523951 | | |

**Questions:**

**1. Please review Dr. Quave's response to your peer review. Please clarify the conclusion of no R/Ls despite wheelchair use outside of home. Does the letter alter your prior determination?**

While clinical evidence, including imaging studies, electrodiagnostic testing, and physical examinations, does not demonstrate significant neurological deficits or progressive musculoskeletal deterioration, the claimant's reported ongoing pain and partial reliance on a wheelchair for outdoor activities suggest that some level of functional impairment is reasonable to acknowledge. Chronic pain syndromes such as fibromyalgia and central pain syndrome can result in self-reported symptoms of pain and fatigue, even in the absence of measurable deficits.

It is appropriate to support restrictions and limitations involving prolonged standing, walking, and frequent or repetitive fine motor tasks such as grasping or handling small objects.

However, the overall clinical picture, including evidence of improved mobility, increased exercise tolerance, discontinuation of assistive devices within the home, and consistent participation in therapy, indicates that the claimant retains functional capacity for modified sedentary work with appropriate accommodations.

Dr. Quave's opinion that the claimant would be incapable of performing even a sit-stand modified sedentary occupation is considered disproportionate to the clinical findings and clinical progress documented throughout the treatment record. The conclusions appear primarily based on self-reported complaints rather than reproducible impairments, and there is no consistent documentation of profound weakness, sensory loss, or balance deficits that would fully preclude occupational function. While recognizing the presence of chronic pain, the claimant's demonstrated activities, therapeutic gains, and relatively benign diagnostic findings do not substantiate the extreme level of impairment asserted by Dr. Quave. Therefore, some restrictions and limitations are supported, but complete work incapacity is not medically justified.

From a Pain Medicine perspective, the claimant would have the capacity to sustain full-time employment with the following restrictions and limitations:

Lifting, carrying, pushing, and pulling 10 pounds occasionally (1 to 33% of the time) and 5 pounds frequently (33-66% of the time) bilaterally.

Walking for up to 15 minutes at a time for a total of 3 hours per day.

Standing for up to 15 minutes at a time for a total of 3 hours per day.

Sitting unrestricted.

Occasionally (1-33% of the time) twisting, bending, kneeling, crouching, and squatting.

Occasionally (1 to 33% of the time), climbing stairs.

No climbing ladders and no working at heights.

Frequently reaching, fingering, handling, or feeling bilaterally.

There are no additional restrictions or limitations supported.

The claimant should be reassessed within 6 months from the date of this report to obtain any updated documentation from Dr. Quave.

**Medical Records:**
Howard Grattan, MD Dane Street Documents 03/27/2025
Brett Quave, MD Medical Correspondence 04/18/2025

**Summary:**

The time period under review is from 09/11/2024 to the present and beyond.

04/18/25 Brett Quave, MD, reported that he does not agree with my assessment. The claimant is not precluded from performing work-related activities. The provider references documents that were reviewed, stating that the claimant still requires a wheelchair for some outdoor activities but does not require a wheelchair indoors. The claimant does have some improvements. The provider stated in a letter previously that the claimant had significant pain disorders limiting the claimant's functioning. The claimant is limited to using the hands and fingers for less than 1/3 of the day and would be incapable of performing even a sit-to-stand modified sedentary occupation.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Pain Medicine
OR#MD152830

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

DANE STREET

**REVISED REPORT 5.1.25: A clarification request was received in regard to Dr. Grattan's report. The restrictions and limitations have been updated.**

Howard Grattan, M.D.
Pain Medicine

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 05/01/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 04/24/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2523951 | | |

**Questions:**

**1. Please review Dr. Quave's response to your peer review. Please clarify the conclusion of no R/Ls despite wheelchair use outside of home. Does the letter alter your prior determination?**

While clinical evidence, including imaging studies, electrodiagnostic testing, and physical examinations, does not demonstrate significant neurological deficits or progressive musculoskeletal deterioration, the claimant's reported ongoing pain and partial reliance on a wheelchair for outdoor activities suggest that some level of functional impairment is reasonable to acknowledge. Chronic pain syndromes such as fibromyalgia and central pain syndrome can result in self-reported symptoms of pain and fatigue, even in the absence of measurable deficits.

It is appropriate to support restrictions and limitations involving prolonged standing, walking, and frequent or repetitive fine motor tasks such as grasping or handling small objects.

However, the overall clinical picture, including evidence of improved mobility, increased exercise tolerance, discontinuation of assistive devices within the home, and consistent participation in therapy, indicates that the claimant retains functional capacity for modified sedentary work with appropriate accommodations.

Dr. Quave's opinion that the claimant would be incapable of performing even a sit-stand modified sedentary occupation is considered disproportionate to the clinical findings and clinical progress documented throughout the treatment record. The conclusions appear primarily based on self-reported complaints rather than reproducible impairments, and there is no consistent documentation of profound weakness, sensory loss, or balance deficits that would fully preclude occupational function. While recognizing the presence of chronic pain, the claimant's demonstrated activities, therapeutic gains, and relatively benign diagnostic findings do not substantiate the extreme level of impairment asserted by Dr. Quave. Therefore, some restrictions and limitations are supported, but complete work incapacity is not medically justified.

From a Pain Medicine perspective, the claimant would have the capacity to sustain full-time employment with the following restrictions and limitations:

Lifting, carrying, pushing, and pulling 10 pounds occasionally (1 to 33% of the time) and 5 pounds frequently (33-66% of the time) bilaterally.

Walking for up to 15 minutes at a time for a total of 3 hours per day.

Standing for up to 15 minutes at a time for a total of 3 hours per day.

Sitting unrestricted.

Occasionally (1-33% of the time) twisting, bending, kneeling, crouching, and squatting.

Occasionally (1 to 33% of the time), climbing stairs.

No climbing ladders and no working at heights.

Frequently reaching, fingering, handling, or feeling bilaterally.

There are no additional restrictions or limitations supported.

The claimant should be reassessed within 6 months from the date of this report to obtain any updated documentation from Dr. Quave.

**Medical Records:**
Howard Grattan, MD Dane Street Documents 03/27/2025
Brett Quave, MD Medical Correspondence 04/18/2025

**Summary:**

The time period under review is from 09/11/2024 to the present and beyond.

04/18/25 Brett Quave, MD, reported that he does not agree with my assessment. The claimant is not precluded from performing work-related activities. The provider references documents that were reviewed, stating that the claimant still requires a wheelchair for some outdoor activities but does not require a wheelchair indoors. The claimant does have some improvements. The provider stated in a letter previously that the claimant had significant pain disorders limiting the claimant's functioning. The claimant is limited to using the hands and fingers for less than 1/3 of the day and would be incapable of performing even a sit-to-stand modified sedentary occupation.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Pain Medicine
OR#MD152830

**From:**no-reply@danestreet.com
**Sent:**Thu, 1 May 2025 18:34:41 +0000
**To:**VendorReferrals
**Subject:**Clarified DS# 2523951, Claim# 15113454, Pain Medicine
**Attachments:**Steven_Weller_Pain_Medicine_Clarification_5.1.25.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Keisha,

The following clarification has been completed and is ready for review:

With the attached PDF copy of your invoice, please verify that this is the final invoice with your Dane Street contact and process for payment unless your company has initiated a pre-arranged bulk billing.

| | |
|---|---|
| **Referral:** | 2523951 |
| **Claimant:** | Steven Weller |
| **Claim number:** | 15113454 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field:
https://www.danestreet.com/referrals?claim_number=15113454

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Julie Wagner

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

**From:**Scales, Keisha Y
**Sent:**Wed, 30 Apr 2025 16:31:24 +0000
**To:**intake@danestreet.com
**Subject:**Referral: 2523951 Steven Weller Claim 15113454 - Clarification

Good afternoon,

Dr. Grattan's addendum states "It is appropriate to support restrictions and limitations involving prolonged standing, walking, and frequent or repetitive fine motor tasks such as grasping or handling small objects." However, the r&ls in the report does not indicate what r&ls he is recommending regarding repetitive fine motor tasks i.e., occasionally, frequent etc.

Can he please clarify?

Thanks!

**Keisha Scales**
Claim Resolution Specialist
Appeals
**The Lincoln National Life Insurance Company**
LincolnFinancial.com

888.437.7611 ext 14099 Office
603.334.0401 Fax

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

DANE STREET

Howard Grattan, M.D.
Pain Medicine

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 04/29/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 04/24/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2523951 | | |

**Questions:**

**1. Please review Dr. Quave's response to your initial report. Please clarify the conclusion of no R/Ls despite wheelchair use outside of home. Does the letter alter your prior determination?**

The newly submitted documentation and letter from Dr. Brett Quave dated 04/18/25 have been considered in full. While clinical evidence, including imaging studies, electrodiagnostic testing, and physical examinations, does not demonstrate significant neurological deficits or progressive musculoskeletal deterioration, the claimant's reported ongoing pain and partial reliance on a wheelchair for outdoor activities suggest that some level of functional impairment is reasonable to acknowledge. Chronic pain syndromes such as fibromyalgia and central pain syndrome can result in self-reported symptoms of pain and fatigue, even in the absence of measurable deficits. It is appropriate to support restrictions and limitations involving prolonged standing, walking, and frequent or repetitive fine motor tasks such as grasping or handling small objects.

However, the overall clinical picture, including evidence of improved mobility, increased exercise tolerance, discontinuation of assistive devices within the home, and consistent participation in therapy, indicates that the claimant retains functional capacity for modified sedentary work with appropriate accommodations.

Dr. Quave's opinion that the claimant would be incapable of performing even a sit-stand modified sedentary occupation is considered disproportionate to the clinical findings and clinical progress documented throughout the treatment record. The conclusions appear primarily based on self-reported complaints rather than reproducible impairments, and there is no consistent documentation of profound weakness, sensory loss, or balance deficits that would fully preclude occupational function. While recognizing the presence of chronic pain, the claimant's demonstrated activities, therapeutic gains, and relatively benign diagnostic findings do not substantiate the extreme level of impairment asserted by Dr. Quave. Therefore, some restrictions and limitations are supported, but complete work incapacity is not medically justified.

From a Pain Medicine perspective, the claimant would have the capacity to sustain full-time employment with the following restrictions and limitations:

Lifting, carrying, pushing, and pulling 10 pounds occasionally (5 to 33% of the time) and 5 pounds frequently (33-66% of the time) bilaterally.

Walking for up to 15 minutes at a time for a total of 3 hours per day.

Standing for up to 15 minutes at a time for a total of 3 hours per day.

Sitting unrestricted.

Occasionally (5-33% of the time) twisting, bending, kneeling, crouching, and squatting.

Occasionally (5 to 33% of the time), climbing stairs.

No climbing ladders and no working at heights.

No restrictions with reaching, fingering, handling, or feeling bilaterally.

There are no additional restrictions or limitations supported.

The claimant should be reassessed within 6 months from the date of this report to obtain any updated documentation from Dr. Quave.

**Medical Records:**

Howard Grattan, MD Dane Street Documents 03/27/2025
Brett Quave, MD Medical Correspondence 04/18/2025

**Summary:**

The time period under review is from 09/11/2024 to the present and beyond.

04/18/25 Brett Quave, MD, reported that he does not agree with my assessment. The claimant is not precluded from performing work-related activities. The provider references documents that were reviewed, stating that the claimant still requires a wheelchair for some outdoor activities but does not require a wheelchair indoors. The claimant does have some improvements. The provider stated in a letter previously that the claimant had significant pain disorders limiting the claimant's functioning. The claimant is limited to using the hands and fingers for less than 1/3 of the day and would be incapable of performing even a sit-to-stand modified sedentary occupation.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Pain Medicine
OR#MD152830

**From:**no-reply@danestreet.com
**Sent:**Tue, 29 Apr 2025 13:11:50 +0000
**To:**VendorReferrals
**Subject:**Completed DS# 2523951, Claim# 15113454, Pain Medicine
**Attachments:**Steven_Weller_Pain_Medicine_addendum_4.29.25.pdf, 2523951.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Keisha,

The following referral has been completed and is ready for review:

With the attached PDF copy of your invoice, please verify that this is the final invoice with your Dane Street contact and process for payment unless your company has initiated a pre-arranged bulk billing.

| | |
|---|---|
| **Referral:** | 2523951 |
| **Claimant:** | Steven Weller |
| **Claim number:** | 15113454 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field:
https://www.danestreet.com/referrals?claim_number=15113454

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Julie Wagner

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

INVOICE 2523951
April 29, 2025

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| Apple |
| Attention: Keisha Scales |
| 100 Liberty Way |
| Dover, NH 03820 |

| Referral Details: | |
|---|---|
| Claimant Name: | Steven Weller |
| Insured: | APPLE INC. |
| Claim #: | 15113454 |
| Injury Date: | |
| Review Type: | LTD - Peer Review review |
| Dane Street ID: | 2523951 |
| Billing Reference #: | C6040 |

| Description | Amount |
|---|---|
| Addendum | $150.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $150.00

© Dane Street, LLC - A medical review company
(888) 920-4440

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Keisha Scales
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(800) 291-0112 x14099
Fax: (603) 430-5887

**Return Report to: VendorReferrals@lfg.com**

Document Locations

- [ ] Document List
- [ ] Correspondence
- [x] Paper File

| | | | |
|---|---|---|---|
| Customer Name: | APPLE INC. | Date Sent: | 4/23/2025 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | STEVEN WELLER | Claim #: | 15113454 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 8/21/2023 |
| Zip: | | Primary Diagnosis: | Spinal stenosis, cervical region |
| Gender: | MALE | Att. Physician: | Dr. Howard Grattan |
| Specialist Type Requested : | Pain Management | Physician: Phone/Fax | Dr. Brett Quave |

Referral Questions:

Vendor Chosen: Dane Street, LLC

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please review Dr. Quave's response to your peer review. Please clarify conclusion of no r&ls despite wheelchair use outside of home. Does ap letter alter r&ls from 09.11.2024-presnt and beyond?

Instructions For Vendor:

Claimant Name: STEVEN WELLER

# Lincoln Financial Group - Independent Evaluation

## Peer Review

addendum, please assign to Dr. Howard Grattan

Attorney Information (if applicable):

Claimant Name: STEVEN WELLER

THOMAS, COON, NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

# Fax Transmission

**Attention to:-**
**Name: Keisha S**
**Company: Lincoln Financial Group**
**Date: 04-18-2025**
**Time: 11:59:01 A**

**From:-**
**Name: Erin Daniels, legal assistant to Scott Sell**
**Company: Thomas Coon Newton & Frost**
**Telephone:**
**Pages: 5**

## RE: Weller - Response to Dr. Grattan Review

**Comments/Notes:**

Claimant: Steven Weller
Claim #: 15113454

Please find Dr. Quave's response to Dr. Grattan's medical review.

April 18, 2025

RE: Steven Weller
DOB:

I am writing in response to an opinion offered by Dr. Grattan regarding Steven Weller. I understand from Dr. Grattan's report that Mr. Weller's long-term disability insurance provider hired Dr. Grattan to review Mr. Weller's medical records and offer an opinion.

After reading his report, I found two points of agreement between myself and Dr. Grattan. I begin by addressing those. First, Dr. Grattan does not dispute my diagnoses of central pain syndrome and fibromyalgia. Second, Dr. Grattan explicitly agrees that Mr. Weller's care and treatment is appropriate. These points of agreement are unsurprising given that the diagnoses align so clearly with the clinical findings and objective examination results. Furthermore, given Mr. Weller's significant symptoms, his conditions clearly call for the sort of extensive investigation and meaningful treatment that he has received.

Dr. Grattan and I have several points of disagreement. First, Dr. Grattan opines that Mr. Weller has "no functional impairment that would preclude the claimant from performing work-related activities." This opinion is plainly incorrect. Indeed, it is self-contradictory. First, the opinion contradicts Dr. Grattan's own conclusion that Mr. Weller's medical care is appropriate. Mr. Weller receives both high-level and high-frequency care across several specialties. A person with no functional limitations would not require such intensive care. Second, Dr. Grattan's opinion of no functional limitations contradicts his own observations of significant limitations. For example, Dr. Grattan observed that as of January 2025, Mr. Weller still required the use of an electric wheelchair when outside the home. Certainly, a person who needs a wheelchair outside the home has some functional limitations. No one would assert that a person who requires a wheelchair outside the home could perform work that requires an appreciable

period of standing or walking at work. Yet, Dr. Grattan asserts "Mr. Weller has "no functional impairment that would preclude the claimant from performing work-related activities." That is plainly incorrect.

Dr. Grattan and I also disagree about the bases of his conclusion that Mr. Weller has no functional limitations – specifically, whether those bases support his conclusion. Plainly they do not. Dr. Grattan asserts two bases to support his conclusion. First, he asserts that Mr. Weller has improved over time and, second, he asserts that there are no clinical findings supporting Mr. Weller's limitations.

Regarding improvement, it should go without saying that "improvement" alone has very little meaning with respect to a person's present functionality unless that improvement is measured in relation to a functional baseline. In other words, going from bedbound to a wheelchair is an improvement, but it doesn't mean the now wheelchair-bound patient is free from any limitation. Dr. Grattan cites five chart notes in support of his improvement rationale, each of which suffer the same flaw. I take each in turn:

- 12/20/24 - Dr. Grattan cites this note as evidence of improvement. While it is true that the note states there is some improvement, even given the noted improvement, the note states that Mr. Weller remains unable to walk or stand without significant pain in his hip and knee.
- 12/31/24 - Dr. Grattan cites this note as evidence of improvement. This note describes the first time Mr. Weller walked in the office without a wheelchair. While that is an improvement, the note also describes very limited tolerance for standing and walking.
- 1/22/25 - Dr. Grattan cites this note as evidence of improvement. This note describes a "slow improvement" in right hip pain but also notes that he still requires a wheelchair for most outside activities
- 1/29/25 - Dr. Grattan cites this note as evidence of improvement. This note states that Mr. Weller continues to have "limited tolerance to standing and walking" although he has improved with his foot position while performing physical therapy activities.
- 1/27/25 – Last, Dr. Grattan cites this note as evidence of improvement, apparently because the primary care physician concluded that no further neurological testing was necessary. That might qualify as meaningful improvement if the doctor had

> discontinued further neurological testing because Mr. Weller had vastly improved. Sadly, that is not the case here. Mr. Weller's physicians discontinued neurological investigation because they concluded that Mr. Weller's condition was not neurological in nature but rather was a chronic pain condition which I have diagnosed.

Turning to Dr. Grattan's second basis for concluding that Mr. Weller has no functional limitations. Dr. Grattan asserts "There are no consistent clinical findings or functional assessments corroborating the extent of hand or general functional limitations described by Dr. Quave." I am surprised by this assertion because Mr. Weller's medical record is rife with clinical pain findings.

In pain medicine, objective clinical findings include the PROMIS-29 assessment, which is a well-validated peer reviewed tool endorsed by the National Institutes of Health. The PROMIS-29 is broadly accepted in the medical and insurance communities. Mr. Weller scored 37/50 on that assessment, which indicates that pain has "high impact" on his functionality. Other objective findings on physical examination in the case include tenderness to palpation, neuropathic symptoms of allodynia and hyperalgesia, and reduced muscle mass noted in the unilateral loss of Mr. Weller's thigh circumference. Mr. Weller's medical record is replete with all these clinical findings.

Dr. Grattan also asserts that the absence of certain clinical findings support the conclusion that there are no functional limitations. Specifically, he cites the normal results of a nerve conduction study and findings of normal gross motor strength. When treating conditions like fibromyalgia and central pain syndrome, we commonly find normal results to those tests because those tests are not sensitive for diagnosing pain syndromes. Instead, they are used to diagnose neuromuscular conditions

In the end, with respect, I must point out that Dr. Grattan's opinion that Mr. Weller has no functional limitations is contradicted by the undisputed facts that Mr. Weller suffers pain disorders and his level of care is appropriate. Dr. Grattan's conclusion is also contradicted by his own observations that Mr. Weller still requires significant accommodations including the use of a wheelchair outside the home. Likewise, the rationales he provides for his position are unsupported by the medical findings he relies on.

In the end, I have no dog in Mr. Weller's fight with his insurer. I treated Mr. Weller because he could not get in with Kaiser's pain clinic soon enough to meet

a deadline. I have sympathy for Dr. Grattan if his task is to come up with some basis for supporting the insurance company's denial of Mr. Weller's claim. I offer no personal condemnation of that position. However, Dr. Grattan's conclusion is plainly wrong because it lacks any support in the medical record.

As I stated in my earlier letter, the record is overwhelming. Mr. Weller has significant pain disorders limiting his functioning. Specifically, he is limited to using his hands and fingers less than 1/3 of any workday and would be incapable of performing even in a sit/stand modified sedentary job.

Brett Quave MD

Brett Quave, MD

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 4, 2025 |
| To: | SCOTT SELL<br>THOMAS, COON, NEWTON & FROST<br>820 SW SECOND AVENUE<br>SUITE #200<br>PORTLAND OR 97204 |
| Attn: | Erin Daniels |
| Fax: | (503) 273-9175 |
| From: | Keisha S.<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 15 |
| RE:<br><br>Claim #: 15113454<br>Claimant: Steven Weller<br><br>Apple Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 4, 2025

Scott Sell
Thomas, Coon, Newton & Frost
820 SW SECOND AVENUE
SUITE #200
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller

Dear Scott Sell:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to Steven Weller's claim for LTD benefits under the Policy.

Per Mr. Weller's April 3, 2025 request for relevant claim documentation, we have enclosed the following information:

- Copy of the appeal acknowledgement and right to review/respond letter

If Steven has any questions regarding this information, please contact me.

Sincerely,

Keisha S.
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments: 15113454-ACKNOWLEDGE-FREEFORM-03.17.2025
15113454-ACKNOWLEDGE-FREEFORM-03.31.2025

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 17, 2025 11:57:49 AM |
| To: | SSELL@TCNF.LEGAL; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | ugvstcxjluzrvijhmk4g_20015471.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 17, 2025

Scott Sell
Thomas, Coon, Newton & Frost
820 SW SECOND AVENUE
SUITE #200
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller

Dear Scott Sell:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to Steven Weller's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Mr. Weller's LTD claim on March 7, 2025.

Your letter of appeal included the following information:

- Letter from Dr. Brett Quave dated March 7, 2025
- Medical records from Dr. Quave from February 12, 2025
- Medical records from Kaiser Permanente from March 1, 2024 – January 29, 2025

We understand this is all of the information you intend to submit for our consideration of Mr. Weller's LTD appeal. Consequently, his file has been forwarded to Lincoln's Claims Resolution Services for a full, and fair review.

I will be your dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14099. You may also contact me via fax as listed below or via email to DisabilityDocuments@lfg.com.

To assist us in evaluating Mr. Weller's eligibility for benefits we have referred his file for a medical review and assessment by a Board Certified Physician. We anticipate a response from the reviewing Board Certified Physician in approximately 30 days. If there is an unexpected delay in receiving a

response, we will contact you. Otherwise, we will proceed with our review of the appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of his eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha S.
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 31, 2025 9:34:08 AM |
| To: | SSELL@TCNF.LEGAL; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | 5bctklj0yvlr0jmwjmtf_20120950.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 31, 2025

Scott Sell
Thomas, Coon, Newton & Frost
820 SW SECOND AVENUE
SUITE #200
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller

Dear Scott Sell:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to Steven Weller's claim for LTD benefits under the Policy.

We are in process of reviewing Mr. Weller's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on his appeal.

Please find the attached peer review, which is new or additional evidence in connection with Mr. Weller's appeal. You may review these and provide a response to us, which we will consider in making our decision on his appeal. If we do not receive your response within 21 days of the date of this letter or April 20, 2025, we will proceed with making a determination on his appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on the appeal. If your response is not received by April 20, 2025, we will render a determination based on the information contained in his file.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Mr. Weller's claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha S.
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments: 15113454-MEDICAL-CP/PEER REVIEW-03.27.2025

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Pain Medicine

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 03/27/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 03/19/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2492481 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing diagnoses.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses in the documentation.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 09/11/2024 to the present and beyond, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment does not translate into restrictions and limitations from 09/11/2024 to the present and beyond. From 09/11/2024 to the present and beyond, the available clinical documentation does not support the presence of a functional impairment that would preclude the claimant from performing work-related activities. While the claimant has a history of chronic pain and joint discomfort, the record demonstrates overall improvement and stabilization of symptoms with ongoing treatment and therapy. On 09/13/2024, the claimant received right intra-articular hip and left knee joint injections, indicating active management of localized pain. By 12/20/2024, Sadie Morse, PA, noted that the claimant was encouraged by slow progress, reporting increased mobility, discontinued use of naproxen, and no longer requiring ice, suggesting improved symptom control. Occupational therapy notes dated 12/31/2024 describe chronic pain but also indicate consistent engagement with a home exercise program.

Further, on 01/22/2025, the claimant reported steady improvement in right hip pain and was still actively incorporating physical therapy (PT) exercises. Though the claimant continued to use an electric wheelchair for some outdoor activities, the claimant did not require it at home, reflecting increased functional independence. This is further supported by notes from 01/29/2025, which document ongoing improvement with walking, correcting foot position, and ease with home exercises.

Additionally, on 01/27/2025, Dr. Kellie Foster concluded that no further neurological testing was necessary and that all laboratory, imaging, and electrodiagnostic studies for upper extremity pain had been reassuring. Despite earlier reports of pain and mobility concerns, the claimant's treatment history reveals gradual and consistent improvement, functional adaptation, and increased physical tolerance over time. The claimant's demonstrated ability to ambulate within the home without assistive devices, participate in exercise, and show progress with therapy supports the conclusion that the claimant was not impaired from 09/11/2024 onward. There is a lack of consistent clinical findings correlating with total functional incapacity, and the demonstrated activity levels, including therapeutic participation and mobility gains, suggest the claimant retains the capacity for unrestricted work-related tasks.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Brett Quave's opinion, dated 02/12/2025, states that the claimant has been treated for chronic pain and carries diagnoses of central pain syndrome and fibromyalgia. He asserts that, from a functional perspective, the claimant is limited to using the claimant's hands and fingers less than one-third of the day and would be incapable of performing even a sit-stand modified sedentary job. He further states that the claimant's medical history thoroughly supports these limitations and that the chronic pain has persisted for several years in a manner consistent with these diagnoses.

However, this opinion is not fully supported by the clinical medical evidence in the record. While the claimant has a reported history of chronic pain and joint discomfort, multiple evaluations show relatively benign findings. For example, electrodiagnostic studies conducted on 11/06/2023 were normal.

On 03/13/2024, Kellie Foster noted full strength in the claimant's upper extremities, which is inconsistent with significant functional limitation of the hands and fingers. Further, on 01/27/2025, Dr. Foster documented that extensive laboratory testing, imaging, and electrodiagnostic studies related to the claimant's hand and upper extremity pain were all reassuring and did not reveal abnormalities to support severe limitations.

Additionally, the claimant's functional status has shown improvement over time with treatment. By 12/20/2024, the claimant reported increased mobility and discontinued use of naproxen and ice, suggesting better symptom control. As of 01/22/2025 and 01/29/2025, the claimant demonstrated continued physical therapy (PT) participation, improved walking tolerance, and was not reliant on a wheelchair within the home, all of which reflect increased physical function.

There are no consistent clinical findings or functional assessments corroborating the extent of hand or general functional limitations described by Dr. Quave.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Contact Dr. Brett Quave Phone: (541) 779-5228 Fax: (541) 772-1533 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached a consensus with the treating provider. If not, please discuss your final assessment after the call. If you did not reach the provider after 2 attempts, please document the synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response within 5 days.**

The treating provider deferred participation in the peer call.

Questions for the provider:
Is there any clinical evidence of strength, sensation, or balance deficits?
Does the physician feel restrictions are supported due to the claimant's self-reported pain to decrease pain or to decrease the risk of injury and/or further damage?
In your opinion, what restrictions does the reviewer feel are medically supported?

**Medical Records:**

Daniel Stucker, MD Lab and Diagnostic Results 08/04/2022
Robert Diaz, MD Medical Report Visit/Note 07/05/2023
Angela Mendoza, PT DPT Medical Correspondence 07/06/2023, 07/12/2023, 07/14/2023, 07/25/2023, 09/05/2023, 09/12/2023, 10/10/2023, 11/16/2023, 12/06/2023

Irene Ho, MD Medical Correspondence 07/06/2023, 07/07/2023, 07/12/2023, 07/20/2023, 09/13/2023, 09/22/2023, 10/10/2023, 10/16/2023, 11/24/2023, 11/27/2023, 11/28/2023, 12/15/2023
Irene Ho, MD Work Status/Restrictions 07/06/2023
Angela Mendoza, PT DPT Medical Report Visit/Note 07/07/2023
Angela Mendoza, PT DPT Physical/Occupational/Chiropractic Therapy 07/07/2023, 07/21/2023, 07/28/2023, 08/11/2023, 09/01/2023, 09/22/2023, 10/10/2023, 11/07/2023, 11/24/2023, 01/19/2024
Richmond Lim, RCP Medical Correspondence 07/07/2023, 09/12/2023
Unknown Medical Report Visit/Note 07/07/2023, 05/09/2024
Linda Vassallo Medical Correspondence 07/11/2023
Zina Zarshenas-Payman, MD Magnetic Resonance Imaging (MRI) 07/15/2023
Julia Bertozzi, PA Medical Correspondence 07/17/2023
Todd Theman, MD Medical Report Visit/Note 07/19/2023
Erin Dobler, PAC Medical Correspondence 07/20/2023, 07/26/2023, 08/09/2023, 09/05/2023, 09/29/2023, 09/30/2023, 11/20/2023, 12/08/2023, 01/02/2024, 01/04/2024
Fabian Miranda, RCP Medical Report Visit/Note 07/20/2023
Thomas Dailey, MD Medical Report Visit/Note 07/20/2023
Brian Lee, MD Medical Report Visit/Note 07/26/2023, 10/26/2023, 11/16/2023, 01/04/2024, 01/30/2024
Brian Lee, MD Medical Correspondence 07/27/2023, 07/30/2023, 08/04/2023, 08/15/2023, 08/18/2023, 08/25/2023, 09/07/2023, 09/12/2023, 09/16/2023, 10/02/2023, 10/08/2023, 10/14/2023, 10/15/2023, 10/16/2023, 10/31/2023, 11/05/2023, 11/13/2023, 11/15/2023, 11/19/2023, 11/24/2023, 11/26/2023, 11/27/2023, 11/28/2023, 12/01/2023, 12/09/2023, 12/17/2023, 12/21/2023, 12/22/2023, 12/24/2023, 12/28/2023, 12/30/2023, 01/07/2024, 01/19/2024, 01/21/2024
Brian Lee, MD Work Status/Restrictions 08/01/2023, 10/20/2023, 12/07/2023, 01/19/2024, 01/22/2024
Sanchez, Keleigh J, Aud Medical Report Visit/Note 08/02/2023
Audrey Suciu, OT Physical/Occupational/Chiropractic Therapy 08/10/2023, 08/22/2023
Erin Dobler, PAC Medical Report Visit/Note 08/16/2023, 12/01/2023
Craig McCormick, MD Magnetic Resonance Imaging (MRI) 08/24/2023
Norrice Kenney Medical Correspondence 08/28/2023
Andrew Fang, MD Medical Correspondence 08/29/2023
Brian Lee, MD Legal and Administrative 08/31/2023
Sanchez, Keleigh J, Au.d Medical Report Visit/Note 09/06/2023
Sanchez, Keleigh J., Au.d Medical Report Visit/Note 09/20/2023
Keleigh Sanchez, AUD Medical Correspondence 09/21/2023, 09/25/2023, 10/17/2023, 10/26/2023
Unknown Medical Correspondence 09/22/2023, 09/28/2023, 11/30/2023, 01/10/2024, 01/22/2024, 04/23/2024, 11/06/2024, 01/22/2025, 03/07/2025
Keleigh Sanchez, AUD Medical Report Visit/Note 09/25/2023, 10/25/2023
Erik McDonald, MD Medical Report Visit/Note 09/25/2023
Erik McDonald, MD Medical Correspondence 09/27/2023, 10/12/2023
Sanchez Medical Report Visit/Note 10/02/2023
Steven Weller Medical Correspondence 10/03/2023, 11/30/2023, 12/01/2023
Stanley, Grant Ernest, Md Magnetic Resonance Imaging (MRI) 10/08/2023
Irene Ho, MD Medical Report Visit/Note 10/09/2023
Kaiser Permanente Questionnaire 10/23/2023
Eunice Lau, MD Medical Correspondence 10/24/2023, 11/06/2023
Eunice Lau, MD Medical Report Visit/Note 10/24/2023
Kevin Wang, MD Electrodiagnostics/NCV/EMG/EKG 11/06/2023
Kevin Wang, MD Questionnaire 11/06/2023
Brian Lee, MD Attending Physician Statement 11/15/2023
Andrew Shiah, NP Medical Correspondence 11/24/2023
Mi-Mi Nguyen Medical Correspondence 11/27/2023
Edith Guzman, MA Medical Correspondence 11/28/2023
Caitlin Doan, MD Medical Report Visit/Note 11/28/2023
Spencer Fung, MD Medical Report Visit/Note 11/28/2023
Kaiser Permanente Medical Correspondence 11/30/2023
Claudia Carhart, PT MS MBA Medical Correspondence 11/30/2023

Samia Electrodiagnostics/NCV/EMG/EKG 12/20/2023
Cheng Medical Report Visit/Note 12/20/2023
Yao-Wen Cheng, MD Medical Report Visit/Note 12/20/2023
Yao-Wen Cheng, MD Procedure/Operative Report 12/20/2023
Yao-Wen Cheng, MD Medical Correspondence 12/27/2023
Apple Employment 12/31/2023
The Lincoln National Life Insurance Company Questionnaire 01/10/2024, 08/19/2024
Pamela Delmundo, LVN Medical Report Visit/Note 01/11/2024
Peter Jun, MD Magnetic Resonance Imaging (MRI) 01/24/2024
Peter Jun, MD Medical Report Visit/Note 01/24/2024
Lori Ashworth, MED CRC Work Status/Restrictions 01/24/2024
Annie R Layno-Moses, Md Dane Street Documents 02/05/2024
Annie R Layno-Moses, Md Peer Review Report 02/05/2024
Kellie Foster, MD Medical Report Visit/Note 03/06/2024, 03/19/2024, 03/20/2024, 04/23/2024, 04/29/2024, 05/06/2024, 05/28/2024, 06/26/2024, 07/09/2024, 07/10/2024, 07/28/2024, 08/15/2024, 08/31/2024, 09/02/2024, 09/06/2024, 09/07/2024, 09/13/2024, 10/10/2024, 11/04/2024, 11/08/2024, 12/03/2024, 01/27/2025
Kellie Foster, MD Lab and Diagnostic Results 03/19/2024
Kaiser Nw Airport Way Regional Laboratory Lab and Diagnostic Results 03/19/2024, 05/13/2024
Zachariah Kramer, MD X-ray (Radiography) 03/21/2024
Chad Esterberg, PA Medical Report Visit/Note 03/28/2024, 05/05/2024, 06/09/2024, 08/15/2024
Josephine Cho, MD X-ray (Radiography) 03/28/2024
Virginia Manjarrez, LPN Medical Correspondence 04/19/2024
Kyle Norton, PA Procedure/Operative Report 04/26/2024
Kellie Foster, MD Medical Correspondence 04/29/2024, 05/22/2024, 08/16/2024, 09/03/2024, 09/11/2024, 11/15/2024, 01/28/2025
Daniel Lavery, MD Medical Report Visit/Note 05/09/2024, 06/26/2024, 12/12/2024
Daniel Lavery, MD Medical Correspondence 05/13/2024
Faye Dahuyag, OT Physical/Occupational/Chiropractic Therapy 05/24/2024, 06/04/2024, 09/11/2024, 09/16/2024, 11/05/2024, 12/31/2024
Stella Phan, LPN Medical Correspondence 06/26/2024
Michaela Bailey, Pt Physical/Occupational/Chiropractic Therapy 07/05/2024, 09/06/2024
Kellie Foster, MD Work Status/Restrictions 07/10/2024, 09/06/2024
Dori Deveraux, LPN Medical Correspondence 07/13/2024
Faye Dahuyag, OT Medical Correspondence 07/25/2024, 12/17/2024
Michaela Bailey, Pt Medical Correspondence 07/28/2024
Choeying Sangmo, PTA Physical/Occupational/Chiropractic Therapy 08/01/2024, 01/14/2025, 01/29/2025
Czarino Silao, PT DPT Physical/Occupational/Chiropractic Therapy 08/23/2024
Henry Richardson, MD Dane Street Documents 08/31/2024
Asya Howard, LPN Medical Correspondence 09/02/2024
Tran Le, LPN Medical Correspondence 09/12/2024
Meryni Mickelson, MA Medical Report Visit/Note 09/12/2024
Sadie Morse, PA Medical Report Visit/Note 09/13/2024, 11/06/2024, 11/19/2024, 12/03/2024, 12/20/2024
Lindsey Anderson, LPN Medical Correspondence 09/16/2024, 09/30/2024
Sadie Morse, PA Medical Correspondence 09/17/2024, 11/06/2024
Sigifredo Brambila Medical Report Visit/Note 09/30/2024
Ian Odgear, AUD Medical Report Visit/Note 10/11/2024
Kim Finucan, OD Medical Report Visit/Note 10/11/2024
Kristian Flores, MD Medical Report Visit/Note 10/15/2024
Nancy Henson, AUD Medical Report Visit/Note 10/24/2024, 10/30/2024
Areli Ortiz Calderon, LPN Medical Correspondence 10/30/2024
Unknown Legal and Administrative 11/04/2024, 02/04/2025
Tiffany Suh, LPN Medical Correspondence 11/04/2024
James Bussell, LPN Medical Correspondence 11/06/2024, 11/12/2024
Brad Plant, PT Physical/Occupational/Chiropractic Therapy 11/08/2024, 12/19/2024, 12/31/2024
Thomas Hegenbarth Medical Report Visit/Note 11/13/2024

Benjamin Melin, PTA Physical/Occupational/Chiropractic Therapy 11/22/2024
Tracy McGath Medical Correspondence 11/27/2024
Brad Plant, PT Medical Correspondence 12/02/2024
Joshua Pluim, AUD Medical Report Visit/Note 12/16/2024
Barbara Jean Harris, Au.d Medical Report Visit/Note 12/18/2024
Dawn Baum, MA Medical Correspondence 12/24/2024
Alyssa Petterson, LCSW Medical Report Visit/Note 01/02/2025
Foster, Kellie R, Md Medical Report Visit/Note 01/02/2025
Olukayode Ogunrinde, MD Medical Report Visit/Note 01/13/2025
Geoffrey Noble, MD PhD Medical Report Visit/Note 01/17/2025
Emily Vanlaningham, LCSW LICSW Medical Correspondence 01/22/2025
Emily Vanlaningham, LCSW LICSW Medical Report Visit/Note 01/22/2025
Brett Quave, MD Medical Report Visit/Note 02/12/2025
Scott Sell Appeals 03/07/2025

**Summary:**

This case is reviewed from a Physical Medicine and Rehabilitation/Pain Medicine perspective. All progress notes and diagnostic testing are reviewed, and the most recent clinical documentation is outlined below.

The claimant is a 63-year-old individual who has signs and symptoms consistent with muscular imbalance. The claimant initially stopped working due to spinal stenosis of the cervical spine. The claimant has a history of MRI showing evidence of bilateral neural foraminal narrowing C5C6 affecting the C6 nerve roots. The claimant reports that pain worsens with typing. Electrodiagnostic studies on 11/06/2023 were normal. Kellie Foster noted that the claimant had full strength on 03/13/2024. The claimant was assessed with neuropathic pain, right hip joint pain, and bilateral hand and elbow joint pain.

On 03/21/2024, an X-ray of the right hip showed normal findings.

The claimant was treated on 04/26/2024 due to right hip pain. A corticosteroid injection was given, as well as the left knee corticosteroid injection.

On 07/10/2024, Kelly Foster, MD: The claimant is seen in follow-up via telehealth due to right hip joint pain, bilateral hand joint pain, left knee pain, and neuropathic pain. It was stated that the claimant was not able to work due to mobility concerns.

From 08/23/2024 to 01/29/2025, Physical Therapy: The claimant continued with physical therapy. The supine leg lift flared the claimant up, and the claimant had to go back to using a wheelchair in the house. The claimant reports tenderness in the pelvic area. As of 09/16/2024, the claimant was being treated with occupational therapy. As of 12/19/2024, the claimant has chronic right anterior hip pain with limited tolerance to standing and walking due to an increase in symptoms afterward. The claimant has had a gradual improvement in tolerance with walking and is encouraged to continue progression. As of 01/29/2025, the claimant is slowly improving. The claimant is correcting his foot position when walking and exercising. Home exercises are getting easier.

On 09/06/2024, the claimant was taken out of work from 10/07/2024 to 01/07/2025.

On 09/13/2024, a right intra-articular hip injection and a left knee joint injection were given.

On 10/15/2024, Kristian Flores, MD: The claimant is seen for left hip pain and is given an injection. The claimant has right iliopsoas tendon pain. Tenderness to palpation. Assessment is right and left hip joint pain.

From 11/05/2024 to 12/31/2024, occupational therapy: The claimant has continued to have chronic pain. The claimant has been instructed on home exercise. The claimant reports pain along the volar aspect of the hand and over the TCL of the left hand going up to the proximal forearm.

On 12/20/2024, Sadie Morse, PA: The claimant, is 8 weeks out from a steroid injection to the right hip. The claimant has been off of naproxen for a week, and the claimant states they can feel the difference. The claimant feels encouraged that they are making slow progress. The claimant is able to move around more and is no longer taking naproxen or using ice. The claimant has left knee pain without clear etiology. A cortisone injection was ineffective. MRI studies have been unremarkable.

On 01/13/2025, Ogunrinde Olukayode, MD: The claimant had a history of sleep apnea diagnosed in 2015. The claimant has obstructive sleep apnea, which is noted to be severe.

On 01/22/2025, PPC: The claimant reported right hip continues to steadily improve. The claimant is still adding physical therapy exercises. The claimant uses an electric wheelchair for most outside activities but not all of the time. The claimant does not use this at home.

On 01/27/2025, Kelly Foster, MD: The claimant has continued chronic pain. No further neurological testing is recommended. The claimant has had extensive laboratory testing, imaging, and electrodiagnostic testing for evaluation of hand and upper extremity pain, which has all been reassuring.

On 02/12/2025, Brett Quave, MD: the letter stated that the claimant has been treated for chronic pain. It is noted that the claimant has central pain syndrome and fibromyalgia. From a functional perspective, it is noted that the claimant is limited to using hands and fingers less than 1/3 of the day and would be incapable of performing even a sit-stand modified sedentary job. Medical history thoroughly supports these limitations. The claimant's chronic pain has lasted for several years in a manner consistent with the diagnosis of central pain syndrome and fibromyalgia.

**Communication:**

03/20/25 04:00 PM PDT- A fax requesting a peer-to-peer discussion was attempted to Dr. Brett Quave at (541) 772-1533. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.

03/20/25 04:00 PM PDT- A call was attempted with Dr. Brett Quave at (541) 779-5228. They advised that they do not participate in disability calls. As such, participation in the peer-to-peer is deferred. The treating provider deferred to PCP.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function.

The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Pain Medicine
OR#MD152830

**THOMAS, COON, NEWTON & FROST**
**Attorneys at Law**
**The Thomas Mann Building, Suite 200**
**820 SW Second Avenue**
**Portland, Oregon 97204**
**Telephone (503) 228-5222**

ATTN : **Keisha**

TO : **Lincoln Financial Group**
FAX # : **603 334 0401**

FROM : **Erin Daniels, legal assistant to Scott Sell**
FAX # : **503-273-9175**

DATE : **April 2, 2025**

RE : Steven Weller
Claim # : 15113454

NO. OF SHEETS INCLUDING THIS ONE: **1**

**Hi Keisha (apologies if this is misspelled!),**

**I left you a message on March 28th after being routed to you through LFG's phone system following up on the status of Mr. Weller's appeal. I have not heard back.**

**Our office faxed the appeal of his LTD claim on March 7th. We received a confirmation that this fax indeed went through. We additionally mailed this document as well.**

**Can you please confirm this has been received and let us know what the projected decision date will be?**

**If you are not the person who is handling this case, would you kindly let me know who I should contact? Feel free to call me at 503-228-5222.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 31, 2025 9:34:08 AM |
| To: | SSELL@TCNF.LEGAL; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | 5bctklj0yvlr0jmwjmtf_20120950.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 31, 2025

Scott Sell
Thomas, Coon, Newton & Frost
820 SW SECOND AVENUE
SUITE #200
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller

Dear Scott Sell:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to Steven Weller's claim for LTD benefits under the Policy.

We are in process of reviewing Mr. Weller's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on his appeal.

Please find the attached peer review, which is new or additional evidence in connection with Mr. Weller's appeal. You may review these and provide a response to us, which we will consider in making our decision on his appeal. If we do not receive your response within 21 days of the date of this letter or April 20, 2025, we will proceed with making a determination on his appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on the appeal. If your response is not received by April 20, 2025, we will render a determination based on the information contained in his file.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Mr. Weller's claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha S.
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments: 15113454-MEDICAL-CP/PEER REVIEW-03.27.2025

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Pain Medicine

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 03/27/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 03/19/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2492481 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing diagnoses.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses in the documentation.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 09/11/2024 to the present and beyond, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment does not translate into restrictions and limitations from 09/11/2024 to the present and beyond. From 09/11/2024 to the present and beyond, the available clinical documentation does not support the presence of a functional impairment that would preclude the claimant from performing work-related activities. While the claimant has a history of chronic pain and joint discomfort, the record demonstrates overall improvement and stabilization of symptoms with ongoing treatment and therapy. On 09/13/2024, the claimant received right intra-articular hip and left knee joint injections, indicating active management of localized pain. By 12/20/2024, Sadie Morse, PA, noted that the claimant was encouraged by slow progress, reporting increased mobility, discontinued use of naproxen, and no longer requiring ice, suggesting improved symptom control. Occupational therapy notes dated 12/31/2024 describe chronic pain but also indicate consistent engagement with a home exercise program.

Further, on 01/22/2025, the claimant reported steady improvement in right hip pain and was still actively incorporating physical therapy (PT) exercises. Though the claimant continued to use an electric wheelchair for some outdoor activities, the claimant did not require it at home, reflecting increased functional independence. This is further supported by notes from 01/29/2025, which document ongoing improvement with walking, correcting foot position, and ease with home exercises.

Additionally, on 01/27/2025, Dr. Kellie Foster concluded that no further neurological testing was necessary and that all laboratory, imaging, and electrodiagnostic studies for upper extremity pain had been reassuring. Despite earlier reports of pain and mobility concerns, the claimant's treatment history reveals gradual and consistent improvement, functional adaptation, and increased physical tolerance over time. The claimant's demonstrated ability to ambulate within the home without assistive devices, participate in exercise, and show progress with therapy supports the conclusion that the claimant was not impaired from 09/11/2024 onward. There is a lack of consistent clinical findings correlating with total functional incapacity, and the demonstrated activity levels, including therapeutic participation and mobility gains, suggest the claimant retains the capacity for unrestricted work-related tasks.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Brett Quave's opinion, dated 02/12/2025, states that the claimant has been treated for chronic pain and carries diagnoses of central pain syndrome and fibromyalgia. He asserts that, from a functional perspective, the claimant is limited to using the claimant's hands and fingers less than one-third of the day and would be incapable of performing even a sit-stand modified sedentary job. He further states that the claimant's medical history thoroughly supports these limitations and that the chronic pain has persisted for several years in a manner consistent with these diagnoses.

However, this opinion is not fully supported by the clinical medical evidence in the record. While the claimant has a reported history of chronic pain and joint discomfort, multiple evaluations show relatively benign findings. For example, electrodiagnostic studies conducted on 11/06/2023 were normal.

On 03/13/2024, Kellie Foster noted full strength in the claimant's upper extremities, which is inconsistent with significant functional limitation of the hands and fingers. Further, on 01/27/2025, Dr. Foster documented that extensive laboratory testing, imaging, and electrodiagnostic studies related to the claimant's hand and upper extremity pain were all reassuring and did not reveal abnormalities to support severe limitations.

Additionally, the claimant's functional status has shown improvement over time with treatment. By 12/20/2024, the claimant reported increased mobility and discontinued use of naproxen and ice, suggesting better symptom control. As of 01/22/2025 and 01/29/2025, the claimant demonstrated continued physical therapy (PT) participation, improved walking tolerance, and was not reliant on a wheelchair within the home, all of which reflect increased physical function.

There are no consistent clinical findings or functional assessments corroborating the extent of hand or general functional limitations described by Dr. Quave.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Contact Dr. Brett Quave Phone: (541) 779-5228 Fax: (541) 772-1533 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached a consensus with the treating provider. If not, please discuss your final assessment after the call. If you did not reach the provider after 2 attempts, please document the synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response within 5 days.**

The treating provider deferred participation in the peer call.

Questions for the provider:
Is there any clinical evidence of strength, sensation, or balance deficits?
Does the physician feel restrictions are supported due to the claimant's self-reported pain to decrease pain or to decrease the risk of injury and/or further damage?
In your opinion, what restrictions does the reviewer feel are medically supported?

**Medical Records:**

Daniel Stucker, MD Lab and Diagnostic Results 08/04/2022
Robert Diaz, MD Medical Report Visit/Note 07/05/2023
Angela Mendoza, PT DPT Medical Correspondence 07/06/2023, 07/12/2023, 07/14/2023, 07/25/2023, 09/05/2023, 09/12/2023, 10/10/2023, 11/16/2023, 12/06/2023

Irene Ho, MD Medical Correspondence 07/06/2023, 07/07/2023, 07/12/2023, 07/20/2023, 09/13/2023, 09/22/2023, 10/10/2023, 10/16/2023, 11/24/2023, 11/27/2023, 11/28/2023, 12/15/2023
Irene Ho, MD Work Status/Restrictions 07/06/2023
Angela Mendoza, PT DPT Medical Report Visit/Note 07/07/2023
Angela Mendoza, PT DPT Physical/Occupational/Chiropractic Therapy 07/07/2023, 07/21/2023, 07/28/2023, 08/11/2023, 09/01/2023, 09/22/2023, 10/10/2023, 11/07/2023, 11/24/2023, 01/19/2024
Richmond Lim, RCP Medical Correspondence 07/07/2023, 09/12/2023
Unknown Medical Report Visit/Note 07/07/2023, 05/09/2024
Linda Vassallo Medical Correspondence 07/11/2023
Zina Zarshenas-Payman, MD Magnetic Resonance Imaging (MRI) 07/15/2023
Julia Bertozzi, PA Medical Correspondence 07/17/2023
Todd Theman, MD Medical Report Visit/Note 07/19/2023
Erin Dobler, PAC Medical Correspondence 07/20/2023, 07/26/2023, 08/09/2023, 09/05/2023, 09/29/2023, 09/30/2023, 11/20/2023, 12/08/2023, 01/02/2024, 01/04/2024
Fabian Miranda, RCP Medical Report Visit/Note 07/20/2023
Thomas Dailey, MD Medical Report Visit/Note 07/20/2023
Brian Lee, MD Medical Report Visit/Note 07/26/2023, 10/26/2023, 11/16/2023, 01/04/2024, 01/30/2024
Brian Lee, MD Medical Correspondence 07/27/2023, 07/30/2023, 08/04/2023, 08/15/2023, 08/18/2023, 08/25/2023, 09/07/2023, 09/12/2023, 09/16/2023, 10/02/2023, 10/08/2023, 10/14/2023, 10/15/2023, 10/16/2023, 10/31/2023, 11/05/2023, 11/13/2023, 11/15/2023, 11/19/2023, 11/24/2023, 11/26/2023, 11/27/2023, 11/28/2023, 12/01/2023, 12/09/2023, 12/17/2023, 12/21/2023, 12/22/2023, 12/24/2023, 12/28/2023, 12/30/2023, 01/07/2024, 01/19/2024, 01/21/2024
Brian Lee, MD Work Status/Restrictions 08/01/2023, 10/20/2023, 12/07/2023, 01/19/2024, 01/22/2024
Sanchez, Keleigh J, Aud Medical Report Visit/Note 08/02/2023
Audrey Suciu, OT Physical/Occupational/Chiropractic Therapy 08/10/2023, 08/22/2023
Erin Dobler, PAC Medical Report Visit/Note 08/16/2023, 12/01/2023
Craig McCormick, MD Magnetic Resonance Imaging (MRI) 08/24/2023
Norrice Kenney Medical Correspondence 08/28/2023
Andrew Fang, MD Medical Correspondence 08/29/2023
Brian Lee, MD Legal and Administrative 08/31/2023
Sanchez, Keleigh J, Au.d Medical Report Visit/Note 09/06/2023
Sanchez, Keleigh J., Au.d Medical Report Visit/Note 09/20/2023
Keleigh Sanchez, AUD Medical Correspondence 09/21/2023, 09/25/2023, 10/17/2023, 10/26/2023
Unknown Medical Correspondence 09/22/2023, 09/28/2023, 11/30/2023, 01/10/2024, 01/22/2024, 04/23/2024, 11/06/2024, 01/22/2025, 03/07/2025
Keleigh Sanchez, AUD Medical Report Visit/Note 09/25/2023, 10/25/2023
Erik McDonald, MD Medical Report Visit/Note 09/25/2023
Erik McDonald, MD Medical Correspondence 09/27/2023, 10/12/2023
Sanchez Medical Report Visit/Note 10/02/2023
Steven Weller Medical Correspondence 10/03/2023, 11/30/2023, 12/01/2023
Stanley, Grant Ernest, Md Magnetic Resonance Imaging (MRI) 10/08/2023
Irene Ho, MD Medical Report Visit/Note 10/09/2023
Kaiser Permanente Questionnaire 10/23/2023
Eunice Lau, MD Medical Correspondence 10/24/2023, 11/06/2023
Eunice Lau, MD Medical Report Visit/Note 10/24/2023
Kevin Wang, MD Electrodiagnostics/NCV/EMG/EKG 11/06/2023
Kevin Wang, MD Questionnaire 11/06/2023
Brian Lee, MD Attending Physician Statement 11/15/2023
Andrew Shiah, NP Medical Correspondence 11/24/2023
Mi-Mi Nguyen Medical Correspondence 11/27/2023
Edith Guzman, MA Medical Correspondence 11/28/2023
Caitlin Doan, MD Medical Report Visit/Note 11/28/2023
Spencer Fung, MD Medical Report Visit/Note 11/28/2023
Kaiser Permanente Medical Correspondence 11/30/2023
Claudia Carhart, PT MS MBA Medical Correspondence 11/30/2023

Samia Electrodiagnostics/NCV/EMG/EKG 12/20/2023
Cheng Medical Report Visit/Note 12/20/2023
Yao-Wen Cheng, MD Medical Report Visit/Note 12/20/2023
Yao-Wen Cheng, MD Procedure/Operative Report 12/20/2023
Yao-Wen Cheng, MD Medical Correspondence 12/27/2023
Apple Employment 12/31/2023
The Lincoln National Life Insurance Company Questionnaire 01/10/2024, 08/19/2024
Pamela Delmundo, LVN Medical Report Visit/Note 01/11/2024
Peter Jun, MD Magnetic Resonance Imaging (MRI) 01/24/2024
Peter Jun, MD Medical Report Visit/Note 01/24/2024
Lori Ashworth, MED CRC Work Status/Restrictions 01/24/2024
Annie R Layno-Moses, Md Dane Street Documents 02/05/2024
Annie R Layno-Moses, Md Peer Review Report 02/05/2024
Kellie Foster, MD Medical Report Visit/Note 03/06/2024, 03/19/2024, 03/20/2024, 04/23/2024, 04/29/2024, 05/06/2024, 05/28/2024, 06/26/2024, 07/09/2024, 07/10/2024, 07/28/2024, 08/15/2024, 08/31/2024, 09/02/2024, 09/06/2024, 09/07/2024, 09/13/2024, 10/10/2024, 11/04/2024, 11/08/2024, 12/03/2024, 01/27/2025
Kellie Foster, MD Lab and Diagnostic Results 03/19/2024
Kaiser Nw Airport Way Regional Laboratory Lab and Diagnostic Results 03/19/2024, 05/13/2024
Zachariah Kramer, MD X-ray (Radiography) 03/21/2024
Chad Esterberg, PA Medical Report Visit/Note 03/28/2024, 05/05/2024, 06/09/2024, 08/15/2024
Josephine Cho, MD X-ray (Radiography) 03/28/2024
Virginia Manjarrez, LPN Medical Correspondence 04/19/2024
Kyle Norton, PA Procedure/Operative Report 04/26/2024
Kellie Foster, MD Medical Correspondence 04/29/2024, 05/22/2024, 08/16/2024, 09/03/2024, 09/11/2024, 11/15/2024, 01/28/2025
Daniel Lavery, MD Medical Report Visit/Note 05/09/2024, 06/26/2024, 12/12/2024
Daniel Lavery, MD Medical Correspondence 05/13/2024
Faye Dahuyag, OT Physical/Occupational/Chiropractic Therapy 05/24/2024, 06/04/2024, 09/11/2024, 09/16/2024, 11/05/2024, 12/31/2024
Stella Phan, LPN Medical Correspondence 06/26/2024
Michaela Bailey, Pt Physical/Occupational/Chiropractic Therapy 07/05/2024, 09/06/2024
Kellie Foster, MD Work Status/Restrictions 07/10/2024, 09/06/2024
Dori Deveraux, LPN Medical Correspondence 07/13/2024
Faye Dahuyag, OT Medical Correspondence 07/25/2024, 12/17/2024
Michaela Bailey, Pt Medical Correspondence 07/28/2024
Choeying Sangmo, PTA Physical/Occupational/Chiropractic Therapy 08/01/2024, 01/14/2025, 01/29/2025
Czarino Silao, PT DPT Physical/Occupational/Chiropractic Therapy 08/23/2024
Henry Richardson, MD Dane Street Documents 08/31/2024
Asya Howard, LPN Medical Correspondence 09/02/2024
Tran Le, LPN Medical Correspondence 09/12/2024
Meryni Mickelson, MA Medical Report Visit/Note 09/12/2024
Sadie Morse, PA Medical Report Visit/Note 09/13/2024, 11/06/2024, 11/19/2024, 12/03/2024, 12/20/2024
Lindsey Anderson, LPN Medical Correspondence 09/16/2024, 09/30/2024
Sadie Morse, PA Medical Correspondence 09/17/2024, 11/06/2024
Sigifredo Brambila Medical Report Visit/Note 09/30/2024
Ian Odgear, AUD Medical Report Visit/Note 10/11/2024
Kim Finucan, OD Medical Report Visit/Note 10/11/2024
Kristian Flores, MD Medical Report Visit/Note 10/15/2024
Nancy Henson, AUD Medical Report Visit/Note 10/24/2024, 10/30/2024
Areli Ortiz Calderon, LPN Medical Correspondence 10/30/2024
Unknown Legal and Administrative 11/04/2024, 02/04/2025
Tiffany Suh, LPN Medical Correspondence 11/04/2024
James Bussell, LPN Medical Correspondence 11/06/2024, 11/12/2024
Brad Plant, PT Physical/Occupational/Chiropractic Therapy 11/08/2024, 12/19/2024, 12/31/2024
Thomas Hegenbarth Medical Report Visit/Note 11/13/2024

Benjamin Melin, PTA Physical/Occupational/Chiropractic Therapy 11/22/2024
Tracy McGath Medical Correspondence 11/27/2024
Brad Plant, PT Medical Correspondence 12/02/2024
Joshua Pluim, AUD Medical Report Visit/Note 12/16/2024
Barbara Jean Harris, Au.d Medical Report Visit/Note 12/18/2024
Dawn Baum, MA Medical Correspondence 12/24/2024
Alyssa Petterson, LCSW Medical Report Visit/Note 01/02/2025
Foster, Kellie R, Md Medical Report Visit/Note 01/02/2025
Olukayode Ogunrinde, MD Medical Report Visit/Note 01/13/2025
Geoffrey Noble, MD PhD Medical Report Visit/Note 01/17/2025
Emily Vanlaningham, LCSW LICSW Medical Correspondence 01/22/2025
Emily Vanlaningham, LCSW LICSW Medical Report Visit/Note 01/22/2025
Brett Quave, MD Medical Report Visit/Note 02/12/2025
Scott Sell Appeals 03/07/2025

**Summary:**

This case is reviewed from a Physical Medicine and Rehabilitation/Pain Medicine perspective. All progress notes and diagnostic testing are reviewed, and the most recent clinical documentation is outlined below.

The claimant is a 63-year-old individual who has signs and symptoms consistent with muscular imbalance. The claimant initially stopped working due to spinal stenosis of the cervical spine. The claimant has a history of MRI showing evidence of bilateral neural foraminal narrowing C5C6 affecting the C6 nerve roots. The claimant reports that pain worsens with typing. Electrodiagnostic studies on 11/06/2023 were normal. Kellie Foster noted that the claimant had full strength on 03/13/2024. The claimant was assessed with neuropathic pain, right hip joint pain, and bilateral hand and elbow joint pain.

On 03/21/2024, an X-ray of the right hip showed normal findings.

The claimant was treated on 04/26/2024 due to right hip pain. A corticosteroid injection was given, as well as the left knee corticosteroid injection.

On 07/10/2024, Kelly Foster, MD: The claimant is seen in follow-up via telehealth due to right hip joint pain, bilateral hand joint pain, left knee pain, and neuropathic pain. It was stated that the claimant was not able to work due to mobility concerns.

From 08/23/2024 to 01/29/2025, Physical Therapy: The claimant continued with physical therapy. The supine leg lift flared the claimant up, and the claimant had to go back to using a wheelchair in the house. The claimant reports tenderness in the pelvic area. As of 09/16/2024, the claimant was being treated with occupational therapy. As of 12/19/2024, the claimant has chronic right anterior hip pain with limited tolerance to standing and walking due to an increase in symptoms afterward. The claimant has had a gradual improvement in tolerance with walking and is encouraged to continue progression. As of 01/29/2025, the claimant is slowly improving. The claimant is correcting his foot position when walking and exercising. Home exercises are getting easier.

On 09/06/2024, the claimant was taken out of work from 10/07/2024 to 01/07/2025.

On 09/13/2024, a right intra-articular hip injection and a left knee joint injection were given.

On 10/15/2024, Kristian Flores, MD: The claimant is seen for left hip pain and is given an injection. The claimant has right iliopsoas tendon pain. Tenderness to palpation. Assessment is right and left hip joint pain.

From 11/05/2024 to 12/31/2024, occupational therapy: The claimant has continued to have chronic pain. The claimant has been instructed on home exercise. The claimant reports pain along the volar aspect of the hand and over the TCL of the left hand going up to the proximal forearm.

On 12/20/2024, Sadie Morse, PA: The claimant, is 8 weeks out from a steroid injection to the right hip. The claimant has been off of naproxen for a week, and the claimant states they can feel the difference. The claimant feels encouraged that they are making slow progress. The claimant is able to move around more and is no longer taking naproxen or using ice. The claimant has left knee pain without clear etiology. A cortisone injection was ineffective. MRI studies have been unremarkable.

On 01/13/2025, Ogunrinde Olukayode, MD: The claimant had a history of sleep apnea diagnosed in 2015. The claimant has obstructive sleep apnea, which is noted to be severe.

On 01/22/2025, PPC: The claimant reported right hip continues to steadily improve. The claimant is still adding physical therapy exercises. The claimant uses an electric wheelchair for most outside activities but not all of the time. The claimant does not use this at home.

On 01/27/2025, Kelly Foster, MD: The claimant has continued chronic pain. No further neurological testing is recommended. The claimant has had extensive laboratory testing, imaging, and electrodiagnostic testing for evaluation of hand and upper extremity pain, which has all been reassuring.

On 02/12/2025, Brett Quave, MD: the letter stated that the claimant has been treated for chronic pain. It is noted that the claimant has central pain syndrome and fibromyalgia. From a functional perspective, it is noted that the claimant is limited to using hands and fingers less than 1/3 of the day and would be incapable of performing even a sit-stand modified sedentary job. Medical history thoroughly supports these limitations. The claimant's chronic pain has lasted for several years in a manner consistent with the diagnosis of central pain syndrome and fibromyalgia.

**Communication:**

03/20/25 04:00 PM PDT- A fax requesting a peer-to-peer discussion was attempted to Dr. Brett Quave at (541) 772-1533. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.

03/20/25 04:00 PM PDT- A call was attempted with Dr. Brett Quave at (541) 779-5228. They advised that they do not participate in disability calls. As such, participation in the peer-to-peer is deferred. The treating provider deferred to PCP.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function.

The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Pain Medicine
OR#MD152830

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Pain Medicine

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 03/27/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 03/19/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2492481 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing diagnoses.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses in the documentation.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 09/11/2024 to the present and beyond, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment does not translate into restrictions and limitations from 09/11/2024 to the present and beyond. From 09/11/2024 to the present and beyond, the available clinical documentation does not support the presence of a functional impairment that would preclude the claimant from performing work-related activities. While the claimant has a history of chronic pain and joint discomfort, the record demonstrates overall improvement and stabilization of symptoms with ongoing treatment and therapy. On 09/13/2024, the claimant received right intra-articular hip and left knee joint injections, indicating active management of localized pain. By 12/20/2024, Sadie Morse, PA, noted that the claimant was encouraged by slow progress, reporting increased mobility, discontinued use of naproxen, and no longer requiring ice, suggesting improved symptom control. Occupational therapy notes dated 12/31/2024 describe chronic pain but also indicate consistent engagement with a home exercise program.

Further, on 01/22/2025, the claimant reported steady improvement in right hip pain and was still actively incorporating physical therapy (PT) exercises. Though the claimant continued to use an electric wheelchair for some outdoor activities, the claimant did not require it at home, reflecting increased functional independence. This is further supported by notes from 01/29/2025, which document ongoing improvement with walking, correcting foot position, and ease with home exercises.

Additionally, on 01/27/2025, Dr. Kellie Foster concluded that no further neurological testing was necessary and that all laboratory, imaging, and electrodiagnostic studies for upper extremity pain had been reassuring. Despite earlier reports of pain and mobility concerns, the claimant's treatment history reveals gradual and consistent improvement, functional adaptation, and increased physical tolerance over time. The claimant's demonstrated ability to ambulate within the home without assistive devices, participate in exercise, and show progress with therapy supports the conclusion that the claimant was not impaired from 09/11/2024 onward. There is a lack of consistent clinical findings correlating with total functional incapacity, and the demonstrated activity levels, including therapeutic participation and mobility gains, suggest the claimant retains the capacity for unrestricted work-related tasks.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Brett Quave's opinion, dated 02/12/2025, states that the claimant has been treated for chronic pain and carries diagnoses of central pain syndrome and fibromyalgia. He asserts that, from a functional perspective, the claimant is limited to using the claimant's hands and fingers less than one-third of the day and would be incapable of performing even a sit-stand modified sedentary job. He further states that the claimant's medical history thoroughly supports these limitations and that the chronic pain has persisted for several years in a manner consistent with these diagnoses.

However, this opinion is not fully supported by the clinical medical evidence in the record. While the claimant has a reported history of chronic pain and joint discomfort, multiple evaluations show relatively benign findings. For example, electrodiagnostic studies conducted on 11/06/2023 were normal.

On 03/13/2024, Kellie Foster noted full strength in the claimant's upper extremities, which is inconsistent with significant functional limitation of the hands and fingers. Further, on 01/27/2025, Dr. Foster documented that extensive laboratory testing, imaging, and electrodiagnostic studies related to the claimant's hand and upper extremity pain were all reassuring and did not reveal abnormalities to support severe limitations.

Additionally, the claimant's functional status has shown improvement over time with treatment. By 12/20/2024, the claimant reported increased mobility and discontinued use of naproxen and ice, suggesting better symptom control. As of 01/22/2025 and 01/29/2025, the claimant demonstrated continued physical therapy (PT) participation, improved walking tolerance, and was not reliant on a wheelchair within the home, all of which reflect increased physical function.

There are no consistent clinical findings or functional assessments corroborating the extent of hand or general functional limitations described by Dr. Quave.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Contact Dr. Brett Quave Phone: (541) 779-5228 Fax: (541) 772-1533 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached a consensus with the treating provider. If not, please discuss your final assessment after the call. If you did not reach the provider after 2 attempts, please document the synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response within 5 days.**

The treating provider deferred participation in the peer call.

Questions for the provider:
Is there any clinical evidence of strength, sensation, or balance deficits?
Does the physician feel restrictions are supported due to the claimant's self-reported pain to decrease pain or to decrease the risk of injury and/or further damage?
In your opinion, what restrictions does the reviewer feel are medically supported?

**Medical Records:**

Daniel Stucker, MD Lab and Diagnostic Results 08/04/2022
Robert Diaz, MD Medical Report Visit/Note 07/05/2023
Angela Mendoza, PT DPT Medical Correspondence 07/06/2023, 07/12/2023, 07/14/2023, 07/25/2023, 09/05/2023, 09/12/2023, 10/10/2023, 11/16/2023, 12/06/2023

Irene Ho, MD Medical Correspondence 07/06/2023, 07/07/2023, 07/12/2023, 07/20/2023, 09/13/2023, 09/22/2023, 10/10/2023, 10/16/2023, 11/24/2023, 11/27/2023, 11/28/2023, 12/15/2023
Irene Ho, MD Work Status/Restrictions 07/06/2023
Angela Mendoza, PT DPT Medical Report Visit/Note 07/07/2023
Angela Mendoza, PT DPT Physical/Occupational/Chiropractic Therapy 07/07/2023, 07/21/2023, 07/28/2023, 08/11/2023, 09/01/2023, 09/22/2023, 10/10/2023, 11/07/2023, 11/24/2023, 01/19/2024
Richmond Lim, RCP Medical Correspondence 07/07/2023, 09/12/2023
Unknown Medical Report Visit/Note 07/07/2023, 05/09/2024
Linda Vassallo Medical Correspondence 07/11/2023
Zina Zarshenas-Payman, MD Magnetic Resonance Imaging (MRI) 07/15/2023
Julia Bertozzi, PA Medical Correspondence 07/17/2023
Todd Theman, MD Medical Report Visit/Note 07/19/2023
Erin Dobler, PAC Medical Correspondence 07/20/2023, 07/26/2023, 08/09/2023, 09/05/2023, 09/29/2023, 09/30/2023, 11/20/2023, 12/08/2023, 01/02/2024, 01/04/2024
Fabian Miranda, RCP Medical Report Visit/Note 07/20/2023
Thomas Dailey, MD Medical Report Visit/Note 07/20/2023
Brian Lee, MD Medical Report Visit/Note 07/26/2023, 10/26/2023, 11/16/2023, 01/04/2024, 01/30/2024
Brian Lee, MD Medical Correspondence 07/27/2023, 07/30/2023, 08/04/2023, 08/15/2023, 08/18/2023, 08/25/2023, 09/07/2023, 09/12/2023, 09/16/2023, 10/02/2023, 10/08/2023, 10/14/2023, 10/15/2023, 10/16/2023, 10/31/2023, 11/05/2023, 11/13/2023, 11/15/2023, 11/19/2023, 11/24/2023, 11/26/2023, 11/27/2023, 11/28/2023, 12/01/2023, 12/09/2023, 12/17/2023, 12/21/2023, 12/22/2023, 12/24/2023, 12/28/2023, 12/30/2023, 01/07/2024, 01/19/2024, 01/21/2024
Brian Lee, MD Work Status/Restrictions 08/01/2023, 10/20/2023, 12/07/2023, 01/19/2024, 01/22/2024
Sanchez, Keleigh J, Aud Medical Report Visit/Note 08/02/2023
Audrey Suciu, OT Physical/Occupational/Chiropractic Therapy 08/10/2023, 08/22/2023
Erin Dobler, PAC Medical Report Visit/Note 08/16/2023, 12/01/2023
Craig McCormick, MD Magnetic Resonance Imaging (MRI) 08/24/2023
Norrice Kenney Medical Correspondence 08/28/2023
Andrew Fang, MD Medical Correspondence 08/29/2023
Brian Lee, MD Legal and Administrative 08/31/2023
Sanchez, Keleigh J, Au.d Medical Report Visit/Note 09/06/2023
Sanchez, Keleigh J., Au.d Medical Report Visit/Note 09/20/2023
Keleigh Sanchez, AUD Medical Correspondence 09/21/2023, 09/25/2023, 10/17/2023, 10/26/2023
Unknown Medical Correspondence 09/22/2023, 09/28/2023, 11/30/2023, 01/10/2024, 01/22/2024, 04/23/2024, 11/06/2024, 01/22/2025, 03/07/2025
Keleigh Sanchez, AUD Medical Report Visit/Note 09/25/2023, 10/25/2023
Erik McDonald, MD Medical Report Visit/Note 09/25/2023
Erik McDonald, MD Medical Correspondence 09/27/2023, 10/12/2023
Sanchez Medical Report Visit/Note 10/02/2023
Steven Weller Medical Correspondence 10/03/2023, 11/30/2023, 12/01/2023
Stanley, Grant Ernest, Md Magnetic Resonance Imaging (MRI) 10/08/2023
Irene Ho, MD Medical Report Visit/Note 10/09/2023
Kaiser Permanente Questionnaire 10/23/2023
Eunice Lau, MD Medical Correspondence 10/24/2023, 11/06/2023
Eunice Lau, MD Medical Report Visit/Note 10/24/2023
Kevin Wang, MD Electrodiagnostics/NCV/EMG/EKG 11/06/2023
Kevin Wang, MD Questionnaire 11/06/2023
Brian Lee, MD Attending Physician Statement 11/15/2023
Andrew Shiah, NP Medical Correspondence 11/24/2023
Mi-Mi Nguyen Medical Correspondence 11/27/2023
Edith Guzman, MA Medical Correspondence 11/28/2023
Caitlin Doan, MD Medical Report Visit/Note 11/28/2023
Spencer Fung, MD Medical Report Visit/Note 11/28/2023
Kaiser Permanente Medical Correspondence 11/30/2023
Claudia Carhart, PT MS MBA Medical Correspondence 11/30/2023

Samia Electrodiagnostics/NCV/EMG/EKG 12/20/2023
Cheng Medical Report Visit/Note 12/20/2023
Yao-Wen Cheng, MD Medical Report Visit/Note 12/20/2023
Yao-Wen Cheng, MD Procedure/Operative Report 12/20/2023
Yao-Wen Cheng, MD Medical Correspondence 12/27/2023
Apple Employment 12/31/2023
The Lincoln National Life Insurance Company Questionnaire 01/10/2024, 08/19/2024
Pamela Delmundo, LVN Medical Report Visit/Note 01/11/2024
Peter Jun, MD Magnetic Resonance Imaging (MRI) 01/24/2024
Peter Jun, MD Medical Report Visit/Note 01/24/2024
Lori Ashworth, MED CRC Work Status/Restrictions 01/24/2024
Annie R Layno-Moses, Md Dane Street Documents 02/05/2024
Annie R Layno-Moses, Md Peer Review Report 02/05/2024
Kellie Foster, MD Medical Report Visit/Note 03/06/2024, 03/19/2024, 03/20/2024, 04/23/2024, 04/29/2024, 05/06/2024, 05/28/2024, 06/26/2024, 07/09/2024, 07/10/2024, 07/28/2024, 08/15/2024, 08/31/2024, 09/02/2024, 09/06/2024, 09/07/2024, 09/13/2024, 10/10/2024, 11/04/2024, 11/08/2024, 12/03/2024, 01/27/2025
Kellie Foster, MD Lab and Diagnostic Results 03/19/2024
Kaiser Nw Airport Way Regional Laboratory Lab and Diagnostic Results 03/19/2024, 05/13/2024
Zachariah Kramer, MD X-ray (Radiography) 03/21/2024
Chad Esterberg, PA Medical Report Visit/Note 03/28/2024, 05/05/2024, 06/09/2024, 08/15/2024
Josephine Cho, MD X-ray (Radiography) 03/28/2024
Virginia Manjarrez, LPN Medical Correspondence 04/19/2024
Kyle Norton, PA Procedure/Operative Report 04/26/2024
Kellie Foster, MD Medical Correspondence 04/29/2024, 05/22/2024, 08/16/2024, 09/03/2024, 09/11/2024, 11/15/2024, 01/28/2025
Daniel Lavery, MD Medical Report Visit/Note 05/09/2024, 06/26/2024, 12/12/2024
Daniel Lavery, MD Medical Correspondence 05/13/2024
Faye Dahuyag, OT Physical/Occupational/Chiropractic Therapy 05/24/2024, 06/04/2024, 09/11/2024, 09/16/2024, 11/05/2024, 12/31/2024
Stella Phan, LPN Medical Correspondence 06/26/2024
Michaela Bailey, Pt Physical/Occupational/Chiropractic Therapy 07/05/2024, 09/06/2024
Kellie Foster, MD Work Status/Restrictions 07/10/2024, 09/06/2024
Dori Deveraux, LPN Medical Correspondence 07/13/2024
Faye Dahuyag, OT Medical Correspondence 07/25/2024, 12/17/2024
Michaela Bailey, Pt Medical Correspondence 07/28/2024
Choeying Sangmo, PTA Physical/Occupational/Chiropractic Therapy 08/01/2024, 01/14/2025, 01/29/2025
Czarino Silao, PT DPT Physical/Occupational/Chiropractic Therapy 08/23/2024
Henry Richardson, MD Dane Street Documents 08/31/2024
Asya Howard, LPN Medical Correspondence 09/02/2024
Tran Le, LPN Medical Correspondence 09/12/2024
Meryni Mickelson, MA Medical Report Visit/Note 09/12/2024
Sadie Morse, PA Medical Report Visit/Note 09/13/2024, 11/06/2024, 11/19/2024, 12/03/2024, 12/20/2024
Lindsey Anderson, LPN Medical Correspondence 09/16/2024, 09/30/2024
Sadie Morse, PA Medical Correspondence 09/17/2024, 11/06/2024
Sigifredo Brambila Medical Report Visit/Note 09/30/2024
Ian Odgear, AUD Medical Report Visit/Note 10/11/2024
Kim Finucan, OD Medical Report Visit/Note 10/11/2024
Kristian Flores, MD Medical Report Visit/Note 10/15/2024
Nancy Henson, AUD Medical Report Visit/Note 10/24/2024, 10/30/2024
Areli Ortiz Calderon, LPN Medical Correspondence 10/30/2024
Unknown Legal and Administrative 11/04/2024, 02/04/2025
Tiffany Suh, LPN Medical Correspondence 11/04/2024
James Bussell, LPN Medical Correspondence 11/06/2024, 11/12/2024
Brad Plant, PT Physical/Occupational/Chiropractic Therapy 11/08/2024, 12/19/2024, 12/31/2024
Thomas Hegenbarth Medical Report Visit/Note 11/13/2024

Benjamin Melin, PTA Physical/Occupational/Chiropractic Therapy 11/22/2024
Tracy McGath Medical Correspondence 11/27/2024
Brad Plant, PT Medical Correspondence 12/02/2024
Joshua Pluim, AUD Medical Report Visit/Note 12/16/2024
Barbara Jean Harris, Au.d Medical Report Visit/Note 12/18/2024
Dawn Baum, MA Medical Correspondence 12/24/2024
Alyssa Petterson, LCSW Medical Report Visit/Note 01/02/2025
Foster, Kellie R, Md Medical Report Visit/Note 01/02/2025
Olukayode Ogunrinde, MD Medical Report Visit/Note 01/13/2025
Geoffrey Noble, MD PhD Medical Report Visit/Note 01/17/2025
Emily Vanlaningham, LCSW LICSW Medical Correspondence 01/22/2025
Emily Vanlaningham, LCSW LICSW Medical Report Visit/Note 01/22/2025
Brett Quave, MD Medical Report Visit/Note 02/12/2025
Scott Sell Appeals 03/07/2025

**Summary:**

This case is reviewed from a Physical Medicine and Rehabilitation/Pain Medicine perspective. All progress notes and diagnostic testing are reviewed, and the most recent clinical documentation is outlined below.

The claimant is a 63-year-old individual who has signs and symptoms consistent with muscular imbalance. The claimant initially stopped working due to spinal stenosis of the cervical spine. The claimant has a history of MRI showing evidence of bilateral neural foraminal narrowing C5C6 affecting the C6 nerve roots. The claimant reports that pain worsens with typing. Electrodiagnostic studies on 11/06/2023 were normal. Kellie Foster noted that the claimant had full strength on 03/13/2024. The claimant was assessed with neuropathic pain, right hip joint pain, and bilateral hand and elbow joint pain.

On 03/21/2024, an X-ray of the right hip showed normal findings.

The claimant was treated on 04/26/2024 due to right hip pain. A corticosteroid injection was given, as well as the left knee corticosteroid injection.

On 07/10/2024, Kelly Foster, MD: The claimant is seen in follow-up via telehealth due to right hip joint pain, bilateral hand joint pain, left knee pain, and neuropathic pain. It was stated that the claimant was not able to work due to mobility concerns.

From 08/23/2024 to 01/29/2025, Physical Therapy: The claimant continued with physical therapy. The supine leg lift flared the claimant up, and the claimant had to go back to using a wheelchair in the house. The claimant reports tenderness in the pelvic area. As of 09/16/2024, the claimant was being treated with occupational therapy. As of 12/19/2024, the claimant has chronic right anterior hip pain with limited tolerance to standing and walking due to an increase in symptoms afterward. The claimant has had a gradual improvement in tolerance with walking and is encouraged to continue progression. As of 01/29/2025, the claimant is slowly improving. The claimant is correcting his foot position when walking and exercising. Home exercises are getting easier.

On 09/06/2024, the claimant was taken out of work from 10/07/2024 to 01/07/2025.

On 09/13/2024, a right intra-articular hip injection and a left knee joint injection were given.

On 10/15/2024, Kristian Flores, MD: The claimant is seen for left hip pain and is given an injection. The claimant has right iliopsoas tendon pain. Tenderness to palpation. Assessment is right and left hip joint pain.

From 11/05/2024 to 12/31/2024, occupational therapy: The claimant has continued to have chronic pain. The claimant has been instructed on home exercise. The claimant reports pain along the volar aspect of the hand and over the TCL of the left hand going up to the proximal forearm.

On 12/20/2024, Sadie Morse, PA: The claimant, is 8 weeks out from a steroid injection to the right hip. The claimant has been off of naproxen for a week, and the claimant states they can feel the difference. The claimant feels encouraged that they are making slow progress. The claimant is able to move around more and is no longer taking naproxen or using ice. The claimant has left knee pain without clear etiology. A cortisone injection was ineffective. MRI studies have been unremarkable.

On 01/13/2025, Ogunrinde Olukayode, MD: The claimant had a history of sleep apnea diagnosed in 2015. The claimant has obstructive sleep apnea, which is noted to be severe.

On 01/22/2025, PPC: The claimant reported right hip continues to steadily improve. The claimant is still adding physical therapy exercises. The claimant uses an electric wheelchair for most outside activities but not all of the time. The claimant does not use this at home.

On 01/27/2025, Kelly Foster, MD: The claimant has continued chronic pain. No further neurological testing is recommended. The claimant has had extensive laboratory testing, imaging, and electrodiagnostic testing for evaluation of hand and upper extremity pain, which has all been reassuring.

On 02/12/2025, Brett Quave, MD: the letter stated that the claimant has been treated for chronic pain. It is noted that the claimant has central pain syndrome and fibromyalgia. From a functional perspective, it is noted that the claimant is limited to using hands and fingers less than 1/3 of the day and would be incapable of performing even a sit-stand modified sedentary job. Medical history thoroughly supports these limitations. The claimant's chronic pain has lasted for several years in a manner consistent with the diagnosis of central pain syndrome and fibromyalgia.

**Communication:**

03/20/25 04:00 PM PDT- A fax requesting a peer-to-peer discussion was attempted to Dr. Brett Quave at (541) 772-1533. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.

03/20/25 04:00 PM PDT- A call was attempted with Dr. Brett Quave at (541) 779-5228. They advised that they do not participate in disability calls. As such, participation in the peer-to-peer is deferred. The treating provider deferred to PCP.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function.

The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Pain Medicine
OR#MD152830

**From:**no-reply@danestreet.com
**Sent:**Thu, 27 Mar 2025 14:03:01 +0000
**To:**VendorReferrals
**Subject:**Completed DS# 2492481, Claim# 15113454
**Attachments:**Steven_Weller_Pain_Medicine.pdf, 2492481.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Keisha,

The following referral has been completed and is ready for review:

With the attached PDF copy of your invoice, please verify that this is the final invoice with your Dane Street contact and process for payment unless your company has initiated a pre-arranged bulk billing.

| | |
|---|---|
| **Referral:** | 2492481 |
| **Claimant:** | Steven Weller |
| **Claim number:** | 15113454 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field:
https://www.danestreet.com/referrals?claim_number=15113454

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Tiffany Hall

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

# INVOICE 2492481
March 27, 2025

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| Apple |
| Attention: Keisha Scales |
| 100 Liberty Way |
| Dover, NH 03820 |

| Referral Details: | |
|---|---|
| Claimant Name: | Steven Weller |
| Insured: | APPLE INC. |
| Claim #: | 15113454 |
| Injury Date: | |
| Review Type: | LTD - Peer Review review |
| Dane Street ID: | 2492481 |
| Billing Reference #: | C6040 |

| Description | Amount |
|---|---|
| Pain Medicine | $575.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $575.00

© Dane Street, LLC - A medical review company
(888) 920-4440

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 17, 2025 11:57:49 AM |
| To: | SSELL@TCNF.LEGAL; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | ugvstcxjluzrvijhmk4g_20015471.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 17, 2025

Scott Sell
Thomas, Coon, Newton & Frost
820 SW SECOND AVENUE
SUITE #200
PORTLAND, OR 97204

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller

Dear Scott Sell:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to Steven Weller's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Mr. Weller's LTD claim on March 7, 2025.

Your letter of appeal included the following information:

- Letter from Dr. Brett Quave dated March 7, 2025
- Medical records from Dr. Quave from February 12, 2025
- Medical records from Kaiser Permanente from March 1, 2024 – January 29, 2025

We understand this is all of the information you intend to submit for our consideration of Mr. Weller's LTD appeal. Consequently, his file has been forwarded to Lincoln's Claims Resolution Services for a full, and fair review.

I will be your dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14099. You may also contact me via fax as listed below or via email to DisabilityDocuments@lfg.com.

To assist us in evaluating Mr. Weller's eligibility for benefits we have referred his file for a medical review and assessment by a Board Certified Physician. We anticipate a response from the reviewing Board Certified Physician in approximately 30 days. If there is an unexpected delay in receiving a

response, we will contact you. Otherwise, we will proceed with our review of the appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of his eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha S.
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

RE: Steven Weller
DOB:

Steven Weller consulted with me regarding chronic pain in February 2025. I reviewed his medical record for the last several years and performed an examination on February 12, 2025. I am a board-certified anesthesiologist with a subspecialty in pain medicine. My current practice is devoted to treating chronic pain.

I understand that you are in the process of determining whether Mr. Weller is disabled under his insurance policy. I'm providing this statement to explain why the medical evidence demonstrates that Mr. Weller has central pain syndrome and fibromyalgia and to give my opinion about how those conditions affect his ability to function.

Central pain syndrome is a condition that sometimes arises in people who experience chronic pain. Science has not yet identified a specific gene that correlates to a propensity to develop central pain syndrome; however, there is a higher incidence of central pain syndrome in people who are directly related to others with that condition. Additionally, there is a link between rheumatological disorders like rheumatoid arthritis or lupus and increased incidence of central pain syndrome. In Mr. Weller's case, he does not have a direct relative who also suffers from central pain syndrome but does have direct relatives who suffer from both rheumatoid arthritis and lupus. Additionally, Mr. Weller developed his pain symptoms in the context of significant stress. Stress significantly increases the catecholamine levels in the body. Catecholamines are a type of neurohormone – that is, a chemical made by nerve cells and used to send signals to other cells. Increased catecholamine levels impact the central nervous system in a manner that predisposes it to develop central pain syndrome.

Central pain syndrome occurs when a person experiences chronic pain over a period of time and, in response to that pain, the central nervous system adapts to pain stimuli in a manner that perpetuates and magnifies pain sensations. Research into central

pain syndrome using functional MRIs and PET scans has conclusively proven that central pain syndrome is a physiological and not a somatoform condition.

In central pain syndrome, when peripheral pain stimuli feeds into the central nervous system, the person experiences magnified pain. In other words, people with central pain syndrome experience both allodynia and hyperalgesia, which is among the diagnostic elements of central pain syndrome. Mr. Weller was positive for both allodynia and hyperalgesia on examination. Additionally, his medical record details a long history of chronic pain in the presence of underlying peripheral conditions including a labral tear in his hip and degeneration of his cervical spine; however, Mr. Weller's experience of that pain is magnified by central pain syndrome.

Mr. Weller also has fibromyalgia. I documented that condition during my examination in which I performed a tender point evaluation. In fact, fibromyalgia is considered a central pain syndrome

From a functional perspective, Mr. Weller is limited to using his hands and fingers less than 1/3 of any workday and would be incapable of performing even in a sit/stand modified sedentary job. The medical history thoroughly supports these limitations. Indeed, the medical record documents Mr. Weller's chronic pain over the last several years in a manner entirely consistent with the diagnosis of central pain syndrome and fibromyalgia. Last, my examination confirms those diagnoses and aligns with the historic documentation of Mr. Weller's pain.

Brett Quave MD | 3/7/25
Brett Quave, MD | Date

# Weller, Steven

MRN: 200610276

**Office Visit** 2/12/2025
Pain Specialists of Southern Oregon

Provider: Brett T Quave, MD (Pain Medicine)
Primary diagnosis: Bilateral hand pain

## H&P

Brett T Quave, MD (Physician) • Pain Medicine

Patient: Steven Weller
Provider: BRETT T QUAVE, MD
DOB:
Date of Service: 2/12/2025
Primary Care Provider: No primary care provider on file.
Referring Provider: No ref. provider found

**CHIEF COMPLAINT:**
Bilateral hand pain

**HISTORY OF PRESENT ILLNESS:**

History of Present Illness
The patient is a 63-year-old male who presents primarily for evaluation regarding many years of bilateral hand pain in the context of his work as a software engineer. His work as a software engineer was preceded by education as an electrical engineer. He has worked in a variety of environments, including at Apple in the Bay Area. He currently resides in Portland, Oregon. He is accompanied today by his wife, Laura. Steven was granted long-term disability benefits in the past, but it is my understanding that this has been challenged recently. We are being asked to evaluated the patient and render a medical opinion regarding his chronic pain condition.

Steven reports experiencing pain in multiple locations, including his hands, left elbow, both hips, right shoulder, and left knee. The onset of his hand pain was in 1994, which he attributes to overexertion in computer work during a financially expensive and stressful divorce process. Despite being right-handed, he frequently switched between hands to avoid pain on his dominant side. This ultimately led to pain on his other side. With each modification of activity, he seemed to cause an additional pain condition. The patient reports current significant pain in his hands that continues to be exacerbated by activities such as using a computer and holding a phone. He uses a pencil for pointing tasks and carries a tripod for holding the phone. The pain of his hands did improve when he rested from his work, initially a day or two at a time, but then his pain condition progressed to the point he couldn't go back to work at all without really flaring up his pain. He states he has claimed 3 disabilities that impact his ability to work: primarily his hand pain, but also his hip pain and hearing deficit. His work has been quite repetitive, and using his hands in the context of software development really flares up his pain. He has limited range of motion in his fingers, which has not improved despite rest or finger exercises. He has Dupuytren's contractures, primarily affecting his left hand, which interferes with the tendons and causes tension in his fingers. He experiences pain in all his upper extremity tendons at various times, which gradually subsides but never fully goes away. He has never been diagnosed with PTSD and does not experience nightmares. He has read about pain systems and believes he associates many of his symptoms with malfunction of his pain system. He found some relief from gabapentin and Lyrica, but had to discontinue them due to side effects. He finds that exercise alleviates his pain, but he has not exercised much for the past 2 years due to his hip and knee issues, leading to weight gain and decreased mobility. He uses a bluetooth microphone for social interaction.

Steven's joint issues have caused him to require an electric chair at times. However, his left hip arthritis was successfully treated with a steroid injection, resulting in significant improvement within a week. However, he continues to experience pain in his right groin, which necessitated the use of a wheelchair for 3 months. This pain, diagnosed as tendinitis or tendinopathy, is gradually improving. He has been using an electric wheelchair intermittently, but today is the first instance in 1.5 years that he feels he has not needed it to travel or function.

His states his left knee is prone to pain, particularly with certain movements. He consulted a physician last

week who diagnosed him with patellofemoral syndrome. His left knee has been problematic since a minor skiing accident in the mid-1980s, although no tears or fractures were reported at that time. He has been unable to run since the accident. He uses a cane primarily for balance and to bear weight on his knee when standing for extended periods. He is learning to walk again due to his knee condition, which causes an altered gait and has caused atrophy of his leg muscles. He has not undergone much physical therapy for his knee. He tends to walk on the outside of his foot, pointing his foot in, so he uses the right muscles. His knee condition limits his ability to exercise. He used to do water walking for his hips, but had to stop due to knee pain. An x-ray of his knee further suggested patellofemoral syndrome, but no specific treatment has been provided as of yet. He has a left knee MRI scheduled for next month.

His right hip pain feels as though it is gradually improving.The right hip pain has been present for 1.5 years.

He has seen an occupational therapist and physical therapist for his hand pain, but no diagnosis was provided.

He has had mild sciatic nerve pain once or twice.

He had blood work done a year ago, which included tests for rheumatoid markers, all of which were negative. He has never been diagnosed with rheumatoid arthritis or lupus. He takes calcium and vitamin D supplements, and his vitamin D levels are apparently within normal range.

His deafness is genetic. He uses the most powerful hearing aids he could find.

He sleeps using a CPAP machine. Before he had the CPAP machine he really struggled.

He notes that his pain affects his mood, leading to feelings of depression. He regulates his activities to avoid the pain, which affects his mood.

SOCIAL HISTORY
He is a software engineer and has not written software in about 8 or 9 years. He moved from California to Portland a year ago.

FAMILY HISTORY
He has a family history of rheumatoid arthritis and lupus. His child has celiac disease.

MEDICATIONS
Discontinued: gabapentin, Lyrica

He rates his pain as a 6 out of 10 at it's worst, a 2 out of 10 at it's least, and a 3-4 out of 10 as his usual pain score. The pain is constant. It is aching and dull in nature. Rest, compression gloves, and heat improves the pain. Using his hands, computer use, use of fingertips, and small motor movement worsens the pain.

**PREVIOUS PAIN COURSE/INTERVENTIONS:**
Therapy History: Treatments: Bracing, Heat, and Physical Therapy
NSAIDS/Tylenol: Tylenol, Naproxen, Voltaren, and Ibuprofen
Other: Neurontin (Gabapentin) and Lyrica (Pregabalin)

**MEASUREMENT BASED CARE ASSESSMENTS:**
There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels of pain when measured in other ways, or to patient reported levels of function, activity tolerance, quality of life, etc. To better assess this and to help track outcomes over time, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire today, with the following results:

**Steven Weller**

**D.O.B.** | **MRN: 200610276** **Date: 02/11/2025**

PAIN SPECIALISTS

## PATIENT ASSESSMENT SUMMARY

### Opioid Risk Tool

**1/26 -** [illegible]

**Positive For:** Personal history of depression.

## PROMIS-29 SUMMARY

**Global Pain**
**4/10 -** [illegible]

**Pain Impact Score**
**37/50 -** High Impact

## PROMIS SYMPTOM DOMAINS

**Lower scores/percentiles indicate less symptom severity.**

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Pain Interference | 66 | Moderate | 95% |
| Anxiety | 40 | Normal | 17% |
| Depression | 41 | Normal | 16% |
| Fatigue | 34 | Normal | 5% |
| Sleep Disturbance | 46 | Normal | 36% |

## PROMIS FUNCTION DOMAINS

**Higher scores/percentiles indicate greater social participation/physical function.**

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Physical Function | 31 | Moderate | 3% |
| Social Participation | 37 | Moderate | 10% |

## ALLERGIES:

Not on File

## PAST MEDICAL HISTORY:

**Past Medical History:**

Diagnosis Date

- Arthritis
- Depression
- Osteoporosis

## PAST SURGICAL HISTORY:

History reviewed. No pertinent surgical history.

## SOCIAL HISTORY:

**Social History**

Tobacco Use

- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics

- Alcohol use: Not Currently

## FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Mother | |
| • Stroke | Mother | |
| • Osteoarthritis | Mother | |
| • Cancer | Father | |

**MEDICATIONS:**

Current Outpatient Medications:
• alendronate (FOSAMAX) 70 mg tablet, Take by mouth every 7 days. Take in AM with water & empty stomach. Do not lie down, eat, or take other meds for 30 min., Disp: , Rfl:
• alpha lipoic acid 100 mg Cap, Take by mouth once daily., Disp: , Rfl:

**REVIEW OF SYSTEMS:**
Review of Systems
HENT: Positive for hearing loss.
Musculoskeletal: Positive for arthralgias.
All other systems reviewed and are negative.

**PHYSICAL EXAM:**
**Vitals:**

| | 02/12/25 1449 |
|---|---|
| Pulse: | 62 |
| SpO2: | 97% |

Body mass index is 24.07 kg/m².
Height: 5' 9" (175.3 cm)
Weight: 163 lb (73.9 kg)

Physical Exam

The patient is alert and oriented x3. He is very pleasant, well spoken, well groomed, and articulate.
The neck exam demonstrates full range of motion. No real tenderness to palpation of the cervical spine. The range of motion is full in all directions.
The upper extremity exam shows normal appearing upper extremities. There is no allodynia, hyperalgesia, erythema, or edema of the upper extremities to suggest something like complex regional pain syndrome. The strength of the upper extremities is within normal limits. There is no real guarding of the upper extremities. The patient does have decreased sensation over the left lateral aspect of the 5th digit. The back exam shows no real loss of range of motion. The patient has a somewhat antalgic gait and walks with a cane. The left thigh and left calf are smaller in circumference than the right side. There is full range of motion of the knees. There are no gross other neurologic deficits to the bilateral lower extremities. There does not appear to be a foot drop. The patient manifested 11 out of 18 tender points of fibromyalgia.

Vital Signs
Vital signs are stable.

**RELEVANT IMAGING:**

**MRI CERVICAL SPINE WITHOUT CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication

BONES: Vertebral body height and alignment are normal. Marrow signal is normal

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis

C3-C4: No canal or foraminal stenosis

C4-C5: No canal or foraminal stenosis

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal

IMPRESSION:
Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

**MRI NECK WITHOUT AND WITH CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
There is an approximately 8 x 5 mm fatty lesion on the right retroauricular subcutaneous tissues which most likely represents small lipoma. There is no abnormal enhancement or soft tissue mass. No lymphadenopathy.

PHARYNGEAL MUCOSA: Normal nasopharynx, oropharynx and hypopharynx.

ORAL CAVITY: Normal including tongue and floor of mouth.

LARYNX: Normal supraglottic, glottic and subglottic larynx.

LYMPH NODES: No suspicious lymph nodes.

SALIVARY GLANDS: Normal parotid, submandibular and sublingual glands.

THYROID: Normal.

FLOW VOIDS AND CAROTID SPACE: Normal.

BONES: No significant abnormality.

IMPRESSION:
A tiny 8 mm right retroauricular subcutaneous fatty lesion may represent lipoma.

**MRI RIGHT HIP WITHOUT CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
LABRUM AND CAPSULE: Probable small anterior superior labral tear on image 14 and 15 of series 8. Capsular ligaments are intact.

TENDONS AND MUSCLES: Visualized portions of the gluteal, iliopsoas, rectus femoris and adductor tendons are intact. Mild hamstring tendinosis. Visualized muscles demonstrate normal signal and morphology.

JOINT AND BURSAL FLUID: No significant joint effusion or intra-articular bodies. No trochanteric bursitis. No focal fluid collections.

PELVIC VISCERA/OTHER: Visualized portions of the pelvic viscera demonstrate no significant abnormalities.

BONES AND CARTILAGE: Mild subcortical cystic change in the femoral head and femoral head neck junction. No fracture, contusion or avascular necrosis. Small focal area of superior hip joint moderate to marked focal chondral loss on image 7 and 8 of series 9 and on image 10 of series 8.

IMPRESSION:
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

**MRI LEFT THIGH WITHOUT AND WITH CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
SOFT TISSUES: Again noted within the vastus lateralis is a circumscribed intramuscular mass lesion with elongated appearance that measures 2.0 x 1.4 x 3.3 cm. Previously noted tapering edema extending superiorly and inferiorly has resolved. Mass has decreased in size from comparison study. It has high T2 and low T1 signal intensity with heterogeneous postcontrast enhancement. Findings could reflect a nerve sheath tumor possibly with hemorrhage on prior exam which could explain this size discrepancy with small size on current exam.

OTHER: Neurovascular structures are intact. No significant bursitis. No joint effusion. No inguinal adenopathy.

BONES: Visualized femur marrow signal is normal.

IMPRESSION:
Interval decrease in size of heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis. Lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

**OPIOID MONITORING/RISK STRATIFICATION:**
**PDMP:** Checked. No aberrant findings.
**Concurrent benzodiazepine use:** No
**MEDD:** 0 mg
**History of sleep apnea:** Yes
**Cardiopulmonary disease:** No
**ORT:** 1/26 - low risk

**ASSESSMENT/PLAN:**

| | | SNOMED CT(R) |
|---|---|---|
| 1. | **Bilateral hand pain** | PAIN OF BILATERAL HANDS |
| 2. | Bilateral hip pain | HIP PAIN |
| 3. | Chronic pain of left knee | PAIN OF KNEE REGION |
| 4. | Fibromyalgia | FIBROMYALGIA |
| 5. | Central pain syndrome | CENTRAL PAIN SYNDROME |
| 6. | Obstructive sleep apnea | OBSTRUCTIVE SLEEP APNEA SYNDROME |
| 7. | Low testosterone in male | TESTOSTERONE LEVEL BELOW REFERENCE RANGE |
| 8. | Chronic pain syndrome [G89.4] | CHRONIC PAIN SYNDROME |

**Assessment & Plan**

1. Bilateral hand pain.
The patient reports significant pain in his hands, exacerbated by activities required by his profession as a software engineer such as using a computer and holding a phone. He currently uses a pencil for pointing tasks and carries a tripod for holding the phone as modifications to help him function. Despite his best efforts, he has continued to have high impact pain that affects his life very significantly. Physical examination revealed decreased sensation in the left lateral aspect of the fifth digit but no allodynia or hyperalgesia. There has been no edema, erythema, or sudomotor findings to suggest any thing like complex regional pain syndrome. I believe his hand pain is very likely due to overuse in the context of stressful life events, and this has caused not only local injury, but also and especially central maintenance of his chronic pain condition. His nervous system appears to continue to remain somewhat ramped up, as suggested by ongoing stinging in his finger tips when he uses them for activities related to a computer of phone. There is a history of a normal EMG-NCS to the best of my knowledge that has ruled out peripheral neuropathy. I suggested he consider frequency-specific microcurrent therapy with Dr. Carolyn McMackin, a chiropractor in Portland, to help reset his "concussed" nervous system and potentially alleviate pain. A stellate ganglion block could also be considered to help reset the nervous system in a way to decrease maintenance of central pain. Once again, I do not see any evidence of typical complex regional pain syndrome. Magnesium threonate is recommended to help with chronic pain and improve sleep quality. Ketamine could be considered as well, either in the form of a single or series of ketamine infusions, or possibly in the form of nasal spray or troches.

2. Multiple joint pains.
The patient experiences pain in multiple joints, including bilateral hips, left knee, left elbow, and some of the joints of the hands. He has a history of significant pain of the left hip that was successfully treated with a steroid injection, and patellofemoral syndrome in the left knee. He reports sensitivity with certain angles of motion and pain in the right hip. Physical examination shows obvious (not measured today) decreased circumference of the left thigh and calf compared to the right. One option to treat the left knee pain if other treatments fail may be to offer something such as a genicular nerve ablation. An MRI is scheduled for next month to further evaluate the condition. The patient's orthopedist may have a specific treatment for patellofemoral syndrome.

3. Possible fibromyalgia/myofascial pain.
The patient officially meets the criteria for fibromyalgia, characterized by pain in the upper and lower body, both sides of the body and with 11/18 tender points. The main takeaway regarding this presentation is the idea that the patient is more likely than not struggling with a central component of pain. His chronic pain certainly impacts his quality of life. He is advised to consider micro-current therapy, including ketamine lozenges or nasal sprays, to help manage central sensitization and pain.

4. Centralization of chronic pain.
The patient likely has a degree of central pain syndrome, causing pain in areas that typically do not show radiologic or anatomic evidence of injury. Central pain syndrome can also magnify pain that ordinarily would be minimal to a level that may lead to disability. It is called central pain syndrome because of the changes in how the central nervous system (brain and spinal cord) loses its ability to suppress pain experience. He is advised to consider things such as noted in the paragraphs above as treatment options. The importance of lifestyle modifications, including regular exercise, adequate sleep, and stress management, has been emphasized.

5. Obstructive sleep apnea.
The patient uses a CPAP machine, which improves his sleep quality. He is advised to continue using the CPAP machine.

6. Suspected low testosterone.
Based on the patient's symptoms, he may have low testosterone. Chronic pain, sleep apnea, chronic stress can all impact testosterone production. Testosterone, a powerful anti-inflammatory prohealing hormone, can play a role to help alleviate pain and promote healing and regeneration of injured tissues. He is also advised to maintain good nutrition, including vitamin D, magnesium, vitamin B12, and vitamin B6.

7. Chronic pain syndrome.
The patient's pain scored as being high impact on the PROMIS-29 measures, particularly in how it affects his physical activities and social participation.

Follow-up
The patient may follow up in the future as needed. This was originally scheduled as a one-time consult. Hopefully this input will be helpful to further Mr. Weller's care and recovery. He seems like a very nice and intelligent individual. In no way do I sense he is trying to "game the system."

Return if symptoms worsen or fail to improve.

Approximately 3 hours of time was spent on this case to include chart review (1 hour), the new patient consult (1 hour), and note generation (1 hour).

Electronically Signed Brett Quave, MD

*Psychometric Testing: Performed today using computerized testing with provider interpretation in order to identify the presence of psychogenic factors contributing to the patient's pain complaint in order to guide treatment. The PROMIS-29 pain impact, pain interference, anxiety, depression, fatigue, sleep disturbance, physical function, and social participation domains were reviewed and noted as above. We will continue to screen for these issues over time and adjust pain treatment therapy accordingly.*

*This encounter took more than 30 minutes including reviewing notes, updating the history, performing the examination, reviewing relevant imaging, reviewing and discussing Celeri results, counseling the patient, and documenting the encounter in the electronic health record.*

*This dictation was produced using voice recognition software. Despite concurrent proof reading, please note transcription errors are common and may not reflect the true intent of the reporter. Please contact us for clarification if any questions arise relating to the wording of this document.*

*Contains text generated by DAX Copilot*

## Instructions

Return if symptoms worsen or fail to improve.

After Visit Summary (Automatic SnapShot taken 2/12/2025)

## Additional Documentation

| | |
|---|---|
| Vitals: | Pulse 62 Ht 5' 9" (1.753 m) Wt 163 lb (73.9 kg) SpO2 97% BMI 24.07 kg/m² BSA 1.9 m² Pain Sc 4 |
| Flowsheets: | NICU Vitals, Weight Change, Anthropometrics |
| SmartForms: | AHS LUNG CANCER SCREENING SHARED DECISION ADVANCED • AHS ADT OREGON REALD DEMOGRPAHICS |

## Orders Placed

None

## Medication Changes

As of 2/12/2025 2:57 PM

None

## Medication List at End of Visit

As of 2/12/2025 2:57 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **alendronate (FOSAMAX) 70 mg tablet**<br>Take by mouth every 7 days. Take in AM with water & empty stomach. Do not lie down, eat, or take other meds for 30 min. - Oral<br>Patient-reported medication | — | | — |
| **alpha lipoic acid 100 mg Cap**<br>Take by mouth once daily. - Oral<br>Patient-reported medication | — | | — |

## Visit Diagnoses

Primary: **Bilateral hand pain** M79.641, M79.642
Bilateral hip pain M25.551, M25.552
Chronic pain of left knee M25.562, G89.29
Fibromyalgia M79.7
Central pain syndrome G89.0
Obstructive sleep apnea G47.33
Low testosterone in male R79.89
Chronic pain syndrome G89.4

## Pharmacy Benefits

**WELLER, STEVEN - KAISER PERMANENTE NORTHWEST (MEDIMPACT)**

Covered: **Retail** Not covered: Mail Order Unknown: Specialty, Long-Term Care

| | | | | | |
|---|---|---|---|---|---|
| Member ID: | 15500373 | BIN: | 003585 | DOB: | |
| Group ID: | 20001 | PCN: | 70000 | Legal sex: | M |
| Group name: | KNW OR KPIF OFF EXCHANGE | | | Address: | |

**Kaiser Permanente Disclosure of Patient Medical Information**

Kaiser Permanente documents patient medical record information in a federally certified electronic medical record.

The output contained in this file contains one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation.
- Relevant medical records substituted in lieu of a medical certification form.
- A standardized electronic form generated from our certified electronic medical record substituted in lieu of form completion.

**Electronic signatures:** State and federal law permit the use of electronic signatures (e-signatures) on electronic records in connection with transactions between parties. The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures. Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud.

**Additional medical records:** If additional medical records are needed, contact our office with the type of records and dates of treatment.

**Restrictions:** It is not possible to accurately produce records in response to a request limited to a specific diagnosis, condition, injury, treatment, or body part. We can only respond to record requests restricted by medical specialty, type of record, or date range.

**Redisclosure for Washington residents:** If these records contain information related to sexually transmitted diseases, note that this information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

This record output was generated on 2/4/25 by the Kaiser Permanente Release of Information department.

## Patient
## USCDI Demographics

### Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 1550-03-73 | Male | (63 yrs) |

| Address | Phone | Email |
|---|---|---|
| 3572 | (H)<br>(W)<br>(M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Foster, Kellie R, MD503-813-2000 | 12/18/24 | 03/18/25 |

| Marital Status | Religion | Alias |
|---|---|---|
| Married | None | — |

**Emergency Contact 1**
Laura Weller (SPOUSE)
408-506-5936 (M)

### Basic Information

| Date Of Birth | Race | Ethnic Group | Preferred Spoken Language | Preferred Written Language |
|---|---|---|---|---|
| | White | American/United States | English | English |

### Gender Information

| | |
|---|---|
| Legal sex: | Male |
| Gender identity: | Not specified |
| Sex assigned at birth: | Not specified |

### Address History

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2025 | | | | | | IITED ATES | | | |
| 4/26/2024 | | | | | | IITED ATES | | | |
| 4/26/2024 | | | | | | IITED ATES | | | |
| 2/23/2024 | | | | | | IITED ATES | | | |

## Patient (continued)

### Care Team

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|

## Patient (continued)

### Care Team (continued)

| | | | | | |
|---|---|---|---|---|---|
| Foster, Kellie R, MD | 1093916470 | PCP - General | Internal Medicine | 503-813-2000 | 03/05/2024 - Present |
| Vanlaningham, Emily Anne, LCSW | 1922513910 | Social Worker | Pain Management | — | 01/22/2025 - Present |

Comment: Pain coping

#### External

| Name | Identifier | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|---|
| Dang, Yu-Xuan | — | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |
| Last updated by organization: El Camino Hospital on 09/05/2024 | | | | | | |
| Ho, Irene Oi Yin (M.D.) | 1114004058 | PCP - General | Internal Medicine | — | 01/01/2023 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 01/31/2025 | | | | | | |
| Lee, Brian Poeu (M.D.) | 1962580464 | Neurologist | Neurology | — | 08/05/2024 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 01/31/2025 | | | | | | |
| Ma, Kimberley Faith | — | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 08/23/2024 | | | | | | |
| Pcp, No | — | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and Stanford Medicine Partners on 11/05/2024 | | | | | | |
| Pcp, No | — | PCP - General | Family Practice | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 10/11/2024 | | | | | | |
| Pcp, Not Found | — | PCP - General | Family Practice | — | 07/18/2022 | Historical |
| Last updated by organization: CVS Health & MinuteClinic on 03/05/2024 | | | | | | |
| Wang, Kevin (M.D.) | 1700059151 | Physical Med/Rehabilitation | Internal Medicine | — | 10/11/2024 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 01/31/2025 | | | | | | |

### Allergies

Allergies last reviewed by Ogunrinde, Olukayode O, MD on 1/13/2025 1106
No Known Allergies

## Patient (continued)

### Immunizations

Immunizations never marked as reviewed

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 7/18/2022
Lot number: 006M21A
Dose: 0.25 mL
External: Auto Reconciled From Outside Source
CVX code: 207
Admin Location (Facility): CVS Health & MinuteClinic

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 7/18/2022
Lot number: 006M21A
Dose: 0.25 mL
External: Auto Reconciled From Outside Source
CVX code: 207
Admin Location (Facility): CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 5/6/2021
Lot number: 006C21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 5/6/2021
Lot number: 006C21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 4/8/2021
Lot number: 026B21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 4/8/2021
Lot number: 026B21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 11/30/2021
Lot number: 012H21B
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 11/30/2021
Lot number: 012H21B
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA LNP-S, bivalent PF (Moderna), 50 mcg/0.5 mL or 25 mcg/0.25 mL**

Date: 10/14/2022
Lot number: 053D22A
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**Previous revisions**

**COVID-19 mRNA LNP-S, bivalent PF (Moderna), 50 mcg/0.5 mL or 25 mcg/0.25 mL**

**Immunizations (continued)**

Date: 10/14/2022
Lot number: 053D22A
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**Previous revisions**

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
CVX code: 309
Product: Comirnaty 2024-25 (12y up)(PF)
Expiration date: 3/11/2025
Date: 9/12/2024 1154
Route: Intramuscular
VIS Publish Date: 10/19/23
Manufacturer: Pfizer US pharm
Dose: 0.3 mL
NDC: 00069-2432-01
Lot number: LM2223

**Questionnaire**

| Question | Answer |
|---|---|
| Any contraindications? | No |
| VIS Given? | Yes |

**Previous revisions**

**[pending] COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

The documentation on this immunization is incomplete.

Dose: 0.3 mL
CVX code: 309
Manufacturer: Pfizer, Inc
Site: Left Deltoid
VIS Publish Date: 10/19/23
Route: Intramuscular

**INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
VIS Publish Date: 08/06/21
Product: FLULAVAL
Expiration date: 6/17/2025
Date: 9/12/2024 1153
Route: Intramuscular
Manufacturer: Sanofi Pasteur
Dose: 0.5 mL
NDC: 19515-0810-41
Lot number: J4349

**Questionnaire**

| Question | Answer |
|---|---|

## Patient (continued)

### Immunizations (continued)

| | |
|---|---|
| VIS Given? | Yes |
| Any Contraindications? | No |
| If contraindicated, approval to give per Clinician/RN? | — |

#### Previous revisions

**[pending] INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

The documentation on this immunization is incomplete.

Dose: 0.5 mL
VIS Publish Date: 08/06/21
Manufacturer: Sanofi Pasteur

Site: Left Deltoid

Route: Intramuscular

### Current Medications

#### Medications

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Current Medications

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: Unknown, Provider
Start date: 12/9/2024
Refill: No refills remaining

Ordered on: 12/9/2024
Quantity: 100 mL

**Alendronate (FOSAMAX) 70 mg Oral Tab**

Instructions: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes
Authorized by: Foster, Kellie R, MD
Start date: 9/13/2024
Refill: Refill as needed

Ordered on: 9/13/2024
Quantity: 12 tablet

**Alpha Lipoic Acid 600 mg Oral Cap**

Instructions: Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month
Authorized by: Foster, Kellie R, MD
Start date: 4/30/2024
Refill: Refill as needed

Ordered on: 4/30/2024
Quantity: 30 capsule

#### Medication Comment

**Merezhnikova, Viktoriya, MA on 10/15/2024 1455**

Naproxen PRN
Viktoriya Merezhnikova, MA
10/15/24

### Advance Care Planning

#### Plan

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

## Patient (continued)

**Advance Care Planning (continued)**

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Active Health Care Agents**

There are no active Health Care Agents on file.

## 01/29/2025 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 1/29/2025

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 01/29/2025 1715 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 01/29/2025 1715 |

### Clinical Notes

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 1/29/2025 1415**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 1/29/2025 5:15 PM | Encounter Date: 1/29/2025 | Creation Time: 1/29/2025 12:17 PM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 2 this year ( + 8 for 2024)
Progress note due: 1/30/25

**ASSESSMENT**

Patient Response to Treatment: pt. Tolerated therapy session with minimal increase in R hip

Steven is a 63 yrs old male with subjective report and objective findings consistent with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. which is progressing as anticipated as indicated by patient report and objective data.

**01/29/2025 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain, and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

**PLAN**

Steven to be seen for up to 1 additional visits by 2/6/25 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

No change in plan of care.

Next session 02/15/25.

**SUBJECTIVE**

Steven reports Slowly improving. Correcting foot position when walking and with exercising. HEP getting easier. Standing/walking tolerance about same. Walking to the car and back one/day, more than that will be painful the next day.
Generally less hip pain. Attending the pain clinic which make sense now.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Gait: WNL

| **Home Program** |
|---|
| Access Code: JQNF84R6<br>URL:<br>https://kaiserpermanente.medbridgego.com/<br>Date: 01/29/2025<br>Prepared by: Choeying Sangmo<br><br>**Exercises**<br>- wall mini squad 5 x 2<br><br>**Reviewed:**<br>- Staggered Stance Step Throughs - 1-2 x daily - 2 sets - 10 reps<br>- Standing Heel Raise with Support - 1-2 x daily - 3 sets - 10 reps |

**01/29/2025 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

| **Added:** |
|---|
| - Side Stepping with Counter Support - 1 x daily - 7 x weekly - 2 sets - 10 reps |

Therapeutic exercise 25 minutes: reviewed and added HEPw ith Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 02;17
Time Out: 02:43

Electronically signed by Sangmo, Choeying, PTA at 1/29/2025 5:15 PM

## 01/27/2025 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- APPOINTMENT (Appointment need? )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Cox, Brenda Kristine, LPN at 1/28/2025 1548**

| | | |
|---|---|---|
| Author: Cox, Brenda Kristine, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 1/28/2025 3:57 PM | Encounter Date: 1/27/2025 | Creation Time: 1/28/2025 3:48 PM |
| Status: Signed | Editor: Cox, Brenda Kristine, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

- Patient asks if PCP recommend he keep 3/19/25 video appointment to follow up on hand and hip pain and time away from work as he no longer needs further work notes and no longer works for Apple or deals with Sedgwick Insurance.

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 1/29/2025 2:15 PM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 2/7/2025 1:20 PM (Arrive by 1:05 PM) | Anne M. Denys | Sunnybrook Orthopedics | 503-571-3653 | |
| 2/12/2025 3:50 PM (Arrive by 3:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 2/14/2025 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 2/26/2025 1:00 PM | Emily Anne VanLaningham | Central Interstate Pain Clinic | 503-331-6131 | Video Visit Evolution (Zoom) |
| 3/19/2025 12:40 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Per chart review
- patient PCP visit regarding bilateral hand and hip pain dated 12/18/25 - notes copied below
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

- seen by Neurology on 1/17/25 for hand and chronic pain on 1/17/25 , advised to follow up with PCP , pain clinic, neurology and occupational - notes below

*The following has been copied and pasted from office visit on 1/17/2025 by neurologist ,* Noble, Geoffrey Peter, MD, PhD *:*

**ASSESSMENT:**
# Bilateral hand pain
# Chronic pain

Mr. Weller has a normal neurological evaluation today. He has had extensive laboratory testing, imaging and electrodiagnostic testing for evaluation of his decades of hand and upper extremity pain, all of which has been reassuring. I explained to him that at this time my suspicion for an underlying neurological cause of his chronic pain is very low and I would not recommend any further neurological testing or treatment. We discussed in broad terms the modalities of treatment available for chronic pain. He has not yet engaged with any cognitive behavioral therapy (CBT) related approaches and I encouraged him to do this. Follow up in my clinic will be as needed.

**RECOMMENDATIONS TO PATIENT:**
- no further neurological testing at this time
- follow up with your PCP or with Pain Medicine for management of your symptoms
- ongoing occupational therapy exercises
- follow up in neurology clinic as needed

*The following has been copied and pasted from scheduled telephone visit on 12/18/25 by Kellie R. Foster, MD*
*:*

**Assessment and Plan:**

A) BILAT HAND JOINT PAIN (primary encounter diagnosis)
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN

Continue Physical Therapy/OT
Neurology f/u next month
Has f/u with ortho by phone
Refer for pain coping skills
Will extend work note for additional 3 months

P)

Orders Placed This Encounter
- PAIN COPING SKILLS REFERRAL (AGE 18+)

**01/27/2025 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Electronically signed by Cox, Brenda Kristine, LPN at 1/28/2025 3:57 PM

**Messages**

**Appointments and referrals~Question about appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>2/2/2025 5:09 PM by Weller, Steven | Weller, Steven | 2/2/2025 4:18 PM |

Dear Mr Weller,

Thank you for your message. Lets keep this appointment for now.

I do want to share that I've accepted a new job outside of Kaiser so my last day at Kaiser will be April 1st - I'm sorry to let you know this over email and you'll be receiving a letter soon --so lets keep this appointment so we can review things before you transition to a new doctor.

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Question about appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 1/27/2025 12:06 PM |

I set up another appointment with you for March 19. However, there is no longer any time pressure to extend my work status as I am now separated from Apple and no longer dealing with Sedgwick.

Please let me know whether I should change this appointment.

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Vanlaningham, Emily Anne, LCSW | Vanlaningham, Emily Anne, LCSW |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Visit Diagnoses**

- **CHRONIC PAIN (primary) [G89.29]**
- NEUROPATHIC PAIN [M79.2]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- RIGHT HIP JOINT PAIN [M25.551]
- LEFT ELBOW JOINT PAIN [M25.522]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CHRONIC PAIN (primary)** | G89.29 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #2 | | | | |
| Add | NEUROPATHIC PAIN | M79.2 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #4 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #5 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |

### Clinical Notes

**Unknown**

**Progress Notes by Vanlaningham, Emily Anne, LCSW at 1/22/2025 1400**

| | | |
|---|---|---|
| Author: Vanlaningham, Emily Anne, LCSW | Service: — | Author Type: SOCIAL WORKER |
| Filed: 1/22/2025 2:55 PM | Encounter Date: 1/22/2025 | Creation Time: 1/22/2025 1:54 PM |
| Status: Signed | Editor: Vanlaningham, Emily Anne, LCSW (SOCIAL WORKER) | |

## Pain Management Clinic - Brief Psychosocial Pain Assessment

**Visit Type:** Video Behavioral Health Evaluation - Information gathered by interview, chart review, BPI, PSEQ, PCS, GAD7
**Provider: Emily VanLaningham, LCSW/LICSW**

**Length of appointment:** 46 min
Authenticated appointment by confirming Patient ID and location in Oregon.

*Medical documentation is a targeted overview, and not intended to be a transcript of our conversation. If you have any questions about this documentation, please discuss these with your healthcare provider.*

## Summary

**Reason for Referral:** Steven Weller is a 63 yrs male referred for an evaluation of psychosocial challenges in relation to treatment of chronic pain in addition to education and coping skill development for self management of chronic pain.

**Strengths/Protective Factors**:
- Good capacity for analytic thinking
- Capacity to tolerate painful emotions
- Flexibility in thinking and behavior
- Good expressive language and communication skills
- Good social support system
- High level of emotional support from family
- Good intellectual resources and insight
- Motivated for treatment
- Thinking is well organized
- Capacity for critical self-evaluation
- Capacity for openness
- Good capacity for empathy

**Challenges/Concerns**:
- Chronic pain
- Low Pain self-efficacy: (PSEQ=9/60)

**Patient Goals:**
- Looking for ways to improve mood and manage pain levels.

**Plan/Recommendations**:
- Follow up with this provider for education on pathophysiology of pain, autonomic nervous system, and skills that can positively affect physiological factors of pain experience (sensory, emotional, impact on functioning, and negative stigma of chronic pain). Utilizing the following evidence-based therapies: Cognitive Behavioral Therapy (CBT), Acceptance and Commitment Therapy (ACT), Motivational Interviewing (MI), Dialectical Behavioral Therapy (DBT), Positive Psychology, Interpersonal Process Therapy, etc.

## Patient Pain History Report and Readiness to Engage in Care

**Pertinent history per chart review**
- **Relevant Encounters:**

Patient had Pain Coping Call with A. Petterson, LCSW on 01/02/2025.

**Explanation for currently seeking treatment/Reason for Referral**: Current pain symptoms, functional impairment, severity, duration of symptoms, medication (dosage) Steven Weller is a 63 yrs male was referred by Dr. Foster PCP for an evaluation of psychosocial barriers in relation to the treatment of chronic pain.

**Current level of pain as reported by patient verbally or on Brief Pain Inventory (self-report)**:
**Area of pain**: Two pain areas: hands (including fingers and arms) and hips. R hip progressively worse over the last year. "Hips are slowly slowy getting better" though PT.

Primary pain area is hands. Pain for about 9 years.
Other joint related pain but they are minor compared to hand pain.
**Average pain past week: 4**
**Treatments that alleviate pain**: Steroid shot effective in L hip but not in R.
Compression gloves on hands.
PT helpful in increasing mobility.
Unsure if OT is helpful.
"To a great extent, I can control how much pain I have" based on inactivity, so when not active, he has no pain - when he does things, he does experience pain.
**Things that make pain worse**: Use of hands. Repetitive actions.
**Sleep**: Does not have much trouble with sleep, started using CPAP machine and it is helpful.
**Function:** Unable to walk normally for 2 years. Very painful to walk.
Was on medical leave due to pain and is now officially retired.

*Collected from kp.org*

| | 1/21/2025 9:22 AM |
|---|---|
| **BPI** | |
| Average Pain kp.org | 4 |
| Activity Interference kp.org | 8 |
| Sleep Interference kp.org | 1 |
| Enjoyment Interference kp.org | 10 |

**Current pain management medication plan:**

- Naproxen has been helpful.

**Stages of Change** Action, already making changes, seeking support.

## Social and Environmental History

**Current Social Supports**:

- Mentions wife.
- 5 children, 21-37.

**Current Living Arrangements**:

- One child lives with him and his wife, that child is high functioning ASD.

**Financial Support/ Employment**:

- Degree in electrical engineer. Is not retired from Apple as a software engineer. Was a very stressful job.

## Psychiatric History and Current Symptoms

**Patient currently describes mood as:**

- Tries to keep mood up but "mood has been seriously effected by pain."
- Felt like he always could handle stress but cannot handle stress and pain well.
- No SI or thoughts of self harm.

**PCS - Pain Catastrophizing Scale.**
*Collected from kp.org*
Pain Catastrophizing Questionnaire is a 13-item instrument measuring catastrophic thinking, which is characterized by

the tendency to magnify the threat value of a pain stimulus, feeling helpless in the presence of pain, as well as helpless due to relative inability to prevent or inhibit pain-related thoughts in anticipation of, during, or following pain. The PCS is broken into three sub scales, including Rumination (m=10.1, SD 4.3), Magnification (m=4.8, SD=2.8), and Helplessness (M=13.3, SD=4.3). A total score above 30 corresponds to the 75th percentile of distribution of scores in clinical samples of pain patients. Total scores-patient scored 12 indicating no pain catastrophizing.

| | 1/21/2025 9:31 AM |
|---|---|
| **PAIN CATASTROPHIZING QUESTIONNAIRE FS LINK NW** | |
| When I am in pain, I worry all the time about whether the pain will end | to a moderate degree |
| When I am in pain, I feel I can't go on | not at all |
| When I am in pain, it's terrible and I think it's never going to get any better | not at all |
| When I am in pain, it's awful and I feel it overwhelms me | to a great degree |
| When I am in pain, I feel I can't stand it anymore | not at all |
| When I am in pain, I become afraid that the pain will get worse | not at all |
| When I am in pain, I keep thinking of other painful events | not at all |
| When I am in pain, I seriously want the pain to go away | to a slight degree |
| When I am in pain, I can't seem to keep it out of my mind | to a great degree |
| When I am in pain, I keep thinking about how much it hurts | to a moderate degree |
| When I am in pain, I keep thinking about how bad I want the pain to stop | not at all |
| When I am in pain, there is nothing I can do to reduce the intensity of the pain | to a slight degree |
| When I am in pain, I wonder whether something serious may happen | not at all |
| Rumination Score | 6 |
| Magnifcation Score | 0 |
| Helplessness Score | 6 |
| Total Score | 12 |

**PSEQ - Pain Self Efficacy Questionnaire**

*Collected from kp.org*

Pain Self-Efficacy Questionnaire is a 10-item questionnaire, developed to assess the confidence people with ongoing pain have in performing activites while in pain. Scores range from 0-60. (Mean=40.1, SD=11.0) High scores (>40) indicate the person is likely to respond well to an interventions (i.e., experience, where they can upgrade their activity levels despite pain, observing others with similar problems do the same, and by education). Low scores (<20) indicate the client is more focused on the pain. Lower pain self-efficacy is a predictor of people being at risk of long-term disability and depression (Arnstien 1999). Patient scored 9 indicating LOW pain self efficacy.

| | 1/21/2025 9:28 AM |
|---|---|
| **PSEQ QNR LINK NW** | |

**Clinical Notes (continued)**

| | 1/21/2025 9:28 AM |
|---|---|
| I can enjoy things, despite the pain. | 0 |
| I can do most of the household chores (e.g. tidying up, washing dishes, etc.), despite the pain. | 0 |
| I can socialize with my friends or family members as often as I used to, despite the pain. | 1 |
| I can cope with my pain in most situations. | 1 |
| I can do some form of work, despite the pain. ("Work" includes housework, paid and unpaid work). | 1 |
| I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | 0 |
| I can cope with my pain without medication. | 3 |
| I can still accomplish most of my goals in life, despite the pain. | 0 |
| I can live a normal lifestyle, despite the pain. | 0 |
| I can gradually become more active, despite the pain. | 3 |
| Total Score | 9 |

**GAD-7 - Generalized Anxiety Disorder 7 item Scale**

*Collected from kp.org*

A screener for generalized anxiety, not differentiating between PTSD or OCD.

Score 0-4=None/Minimal; 5-9 Mild; 10-14 Moderate; >15=Severe

Patient scored 3 indicating minimal anxiety which may be a contributing factor to his pain experience. Patient will have an opportunity to learn about and practice relaxation strategies that may in turn help to turn down the fight/flight response and enhance the relaxation response.

| | 1/21/2025 9:24 AM |
|---|---|
| **GAD-7** | |
| 1. Feeling nervous, anxious or on edge | 1 - Several days |
| 2. Not being able to stop or control worrying | 1 - Several days |
| 3. Worrying too much about different things | 0 - Not at all |
| 4. Trouble relaxing | 1 - Several days |
| 5. Being so restless that it is hard to sit still | 0 - Not at all |
| 6. Becoming easily annoyed or irritable | 0 - Not at all |
| 7. Feeling afraid as if something awful might happen | 0 - Not at all |
| Total GAD-7 Score | 3 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | 0 - Not difficult at all |

**Mental Status Exam-Objective/Observations/Assessment**

| | |
|---|---|
| Appearance | Well groomed and adequately nourished. Appears stated age. |

**01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Behavior | Calm, cooperative with interview, maintained good eye contact |
| Speech | Normal rate, rhythm and volume |
| Mood | "Ok" |
| Affect | content and cheerful |
| Thought Process | linear |
| Thought Content | The patient reports no suicidal ideation, no homicidal ideation, no auditory or visual hallucinations |
| Insight/Judgement | Good |
| Cognition | Alert, oriented x 4/4. |

**Interventions/Procedures Administered:**
- Informed Consent: Discussed rationale for the assessment and the limits of confidentiality (i.e., danger to self/others, abuse/neglect of children, elderly and the disabled; and certain legal situations) as well as clarifying any questions or concerns before proceeding.
- Gathered history and current status of pain severity, location, impact on functioning, mood, and social relationships.
- Provided unconditional positive regard and validation
- The majority of this session was spent in individual assessment/therapy regarding the diagnosis of chronic pain, treatment goals, self management skills, and appropriate use of pain managemeent classes, physical therapies, and medications. Plan of care was discussed and agreed upon with Patient.
- Reviewed neuroplasticity.
- Reviewed pain and sympathetic and para sympathetic nervous system.
- Reviewed diaphragmatic breathing.

**Homework:**
- Look up resources in AVS.
- Diaphragmatic breathing twice a day.

Emily Anne VanLaningham, LCSW
2:54 PM
1/22/2025

Electronically signed by Vanlaningham, Emily Anne, LCSW at 1/22/2025 2:55 PM

**Flowsheets**

**Adult Mental Health Intake**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD | |
| GAD 2 Score | 2 -patient at 01/21/25 0924 |
| GAD Total Score | 3 -patient at 01/21/25 0924 |

**Clinical Questionnaires**

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)

**Flowsheets (continued)**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD-7 - Over the last 2 weeks, how often have you been bothered by the following problems? | |
| Total GAD-7 Score | 3 -patient at 01/21/25 0924 |

**Custom Formula Data**

| Row Name | 01/21/25 0928 | 01/21/25 0924 |
|---|---|---|
| OTHER | | |
| GAD-2 Total Score | — | 2 -patient at 01/21/25 0924 |
| Total Score (0-60) | 9 (P) -patient at 01/21/25 0928 | — |

**Intake**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD | |
| GAD-7 RESULTS | No Anxiety -patient at 01/21/25 0924 |

**KPCO BH iCOT**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD-7 - Over the last 2 weeks, how often have you been bothered by the following problems? | |
| GAD-7 RESULTS | No Anxiety (0-4) -patient at 01/21/25 0924 |
| GAD-7 RECOMMENDATIONS | 0-4, Minimal Anxiety Symptoms -patient at 01/21/25 0924 |

**Patient-Reported Data**

| Row Name | 01/21/25 0931 | 01/21/25 0928 | 01/21/25 0924 | 01/21/25 0922 |
|---|---|---|---|---|
| OTHER | | | | |
| Average pain in the past week? | — | — | — | 4 (P) -patient at 01/21/25 0922 |
| Pain interference with general activities in the past week? | — | — | — | 8 (P) -patient at 01/21/25 0922 |
| Pain interference with sleep the past week? | — | — | — | 1 (P) -patient at 01/21/25 0922 |
| Pain interference with life enjoyment this past week? | — | — | — | 10 (P) -patient at 01/21/25 0922 |
| 1. Feeling nervous, anxious or on edge | — | — | 1 -patient at 01/21/25 0924 | — |
| 2. Not being able to stop or control worrying | — | — | 1 -patient at 01/21/25 0924 | — |
| 3. Worrying too | — | — | 0 -patient at | — |

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| much about different things | | | 01/21/25 0924 | |
| 4. Trouble relaxing | — | — | 1 -patient at 01/21/25 0924 | — |
| 5. Being so restless that it is hard to sit still | — | — | 0 -patient at 01/21/25 0924 | — |
| 6. Becoming easily annoyed or irritable | — | — | 0 -patient at 01/21/25 0924 | — |
| 7. Feeling afraid as if something awful might happen | — | — | 0 -patient at 01/21/25 0924 | — |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | — | — | 0 -patient at 01/21/25 0924 | — |
| I can enjoy things, despite the pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can do most of the household chores (e.g. tidying-up, washing dishes, etc.), despite the pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can socialize with my friends or family members as often as I used to do, despite the pain. | — | 1 (P) -patient at 01/21/25 0928 | — | — |
| I can cope with my pain in most situations. | — | 1 (P) -patient at 01/21/25 0928 | — | — |
| I can do some form of work, despite the pain. ("Work" includes housework, paid, and unpaid work). | — | 1 (P) -patient at 01/21/25 0928 | — | — |
| I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can cope with my pain without medication. | — | 3 (P) -patient at 01/21/25 0928 | — | — |
| I can still accomplish most | — | Not at all confident | — | — |



Lincoln/Weller 0166

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| of my goals in life, despite the pain. | | (P) -patient at 01/21/25 0928 | | |
| I can live a normal lifestyle, despite the pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can gradually become more active, despite the pain. | — | 3 (P) -patient at 01/21/25 0928 | — | — |
| When I am in pain, I worry all the time about whether the pain will end | 2 - to a moderate degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I feel I can't go on | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, it's terrible and I think it's never going to get any better | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, it's awful and I feel it overwhelms me | 3 - to a great degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I feel I can't stand it anymore | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I become afraid that the pain will get worse | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I keep thinking of other painful events | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I anxiously want the pain to go away | 1 - to a slight degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I can't seem to keep it out of my mind | 3 - to a great degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I keep thinking about how much it hurts | 2 - to a moderate degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I keep thinking about how badly I want the pain to stop | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, there is nothing I can do to reduce the intensity of the pain | 1 - to a slight degree (P) -patient at 01/21/25 0931 | — | — | — |

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| When I am in pain, I wonder whether something serious may happen | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| patient | Steven Weller | — | — | 01/21/2025 |

**Patient Instructions**

Hello Steven,

It was really nice speaking with you today.

Below are some of the resources that I mentioned and a few others. I hope that they are helpful.

Don't hesitate to reach out if you have any questions. I will see you virtually when I am back at the end of Feb.

Take good care.

-Emily VanLaningham, LCSW/LICSW
Pain Clinic Social Worker
503-201-6384

Anything by Dr. Rachel Zoffness, PhD is excellent. She published a workbook in 2020 called **The Pain Management Workbook** that is absolutely wonderful. She has also been interviewed on several podcasts (**I really enjoyed her interview on Kelly Corrigan - Going Deep With Rachel Zoffness on Pain Management, https://www.kellycorrigan.com/podcast/rachelzoffness. I also recommend her interview on the New York Times Podcast 'The Ezra Klein Show' that came out 02/21/2023**). She has also written several articles for Psychology Today. Those things and a list of some other excellent resources can be found on her website at **www.zoffness.com//resources. Also, please check her website for other videos that she has been on, here is just one https://www.youtube.com/watch?v=3Mn9QMTmRDM but there are LOTS of good things she has been on.**

**Lorimer Moseley Podcast:**
**https://podcasts.apple.com/gb/podcast/the-lorimer-moseley-podcast-pain-matters/id1709267855**
Lorimer Moseley also has a website called **www.tamethebeast.org** .
The website Pain Revolution is also wonderful, done by Lorimer and a team and highly recommended!
**https://www.painrevolution.org/painfacts**

Also, here is a video about **diaphragmatic breathing** with how to do it and a brief explanation of the science behind it.
**Diaphragmatic Breathing | UCLA Integrative Digestive Health and Wellness Program**
**https://youtu.be/g2wo2lmpnfg**

Lastly, Kaiser members currently have access to **Calm** app for free! Go to **kp.org/selfcareapps** to sign up for your free logon. Calm app is wonderful! There is a pacer for breathing under "Mindfulness Tools" in this app that is set to the breath pace that is 4 seconds in and 6 seconds out, which is the goal for diaphragmatic breathing.

**Patient Instructions (continued)**

Electronically signed by Vanlaningham, Emily Anne, LCSW at 1/22/2025 2:52 PM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:31 AM |

Patient questionnaire submission
-------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:28 AM |

Patient questionnaire submission
-------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:24 AM |

Patient questionnaire submission
-------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:22 AM |

Patient questionnaire submission
-------------------------------
Your response has been received.

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>1/21/2025 9:12 AM by Weller, Steven | Weller, Steven | 1/21/2025 9:09 AM |

Appointment Information:
Visit Type: Pain video visit
Date: 1/22/2025
Dept: Central Interstate Pain Clinic
Provider: Emily Anne VanLaningham
Time: 2:00 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"

**Messages (continued)**

4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kporg Brief Pain Inventory Questionnaire (Short Form)**

| Question | 1/21/2025 9:22 AM PST - Filed by Patient |
|---|---|
| Please rate your pain by selecting the one number that best describes your pain on AVERAGE in the last week. | 4 |
| Select the one number that describes how, during the past week, pain has interfered with your: General Activity | 8 |
| Select the one number that describes how, during the past week, pain has interfered with your: Sleep | 1 |
| Select the one number that describes how, during the past week, pain has interfered with your: Enjoyment of life | 10 |

**Pe Gad-7 Questionnaire Bhs Amb Natl**

| Question | 1/21/2025 9:24 AM PST - Filed by Patient |
|---|---|
| Feeling nervous, anxious, or on edge | Several days |
| Not being able to stop or control worrying | Several days |
| Worrying too much about different things | Not at all |
| Trouble relaxing | Several days |
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | Not at all |
| Feeling afraid as if something awful might happen | Not at all |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Not difficult at all |
| **Total Score (range: -1 - 21)** | 3 (Minimal anxiety symptoms) |

**Pseq Pain Self Efficacy Kp.Org Natl**

| Question | 1/21/2025 9:28 AM PST - Filed by Patient |
|---|---|
| I can enjoy things, despite the pain. | Not at all confident |
| I can do most of the household chores (e.g. tidying-up, washing dishes, etc.), despite the pain. | Not at all confident |
| I can socialize with my friends or family members as often as I used to do, despite the pain. | 1 |
| I can cope with my pain in most situations. | 1 |
| I can do some form of work, despite the pain. ("Work" includes housework, paid, and unpaid work). | 1 |
| I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | Not at all confident |
| I can cope with my pain without medication. | 3 |
| I can still accomplish most of my goals in life, despite the pain. | Not at all confident |

**Questionnaires (continued)**

| | |
|---|---|
| I can live a normal lifestyle, despite the pain. | Not at all confident |
| I can gradually become more active, despite the pain. | 3 |

**Pain Catastrophizing Scale Kp.Org Natl**

| Question | 1/21/2025 9:31 AM PST - Filed by Patient |
|---|---|
| When I am in pain, I worry all the time about whether the pain will end | to a moderate degree |
| When I am in pain, I feel I can't go on | not at all |
| When I am in pain, it's terrible and I think it's never going to get any better | not at all |
| When I am in pain, it's awful and I feel it overwhelms me | to a great degree |
| When I am in pain, I feel I can't stand it anymore | not at all |
| When I am in pain, I become afraid that the pain will get worse | not at all |
| When I am in pain, I keep thinking of other painful events | not at all |
| When I am in pain, I anxiously want the pain to go away | to a slight degree |
| When I am in pain, I can't seem to keep it out of my mind | to a great degree |
| When I am in pain, I keep thinking about how much it hurts | to a moderate degree |
| When I am in pain, I keep thinking about how badly I want the pain to stop | not at all |
| When I am in pain, there is nothing I can do to reduce the intensity of the pain | to a slight degree |
| When I am in pain, I wonder whether something serious may happen | not at all |
| **Rumination Score (range: 0 - 16)** | 6 |
| **Magnifcation Score (range: 0 - 12)** | 0 |
| **Helplessness Score (range: 0 - 24)** | 6 |
| **Total Score (range: 0 - 52)** | 12 |

## 01/22/2025 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 1/22/2025 4:26 PM |

My right hip continues to steadily and slowly improve. I feel like I'm starting to turn the corner now.

Still adding PT exercises. Pain is reducing and tolerance for activity and weight bearing is increasing. Still using electric wheelchair for most outside activities, but not all now. No use at home.

The biggest improvement came when I focused on the direction my right foot was pointing during exercises and walking. It wants to flop outwards all the time with my weight on the outside, so I have been making sure it faces straight forward instead with the weight on the big toe. That is changing my gait, stretching different things, and activating different muscles, all of which seem to be helping overall.

## 01/22/2025 - Patient Message in Central Interstate Pain Clinic

### Visit Information

**Provider Information**

**Encounter Provider**

Vanlaningham, Emily Anne, LCSW

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

### Messages

**Resources**

| From | To | Sent and Delivered |
|---|---|---|
| Emily Anne Vanlaningham, LCSW<br>Last Read in kp.org<br>1/27/2025 3:28 PM by Weller, Steven | Weller, Steven | 1/22/2025 2:52 PM |

Hello Steven,

It was really nice speaking with you today.

Below are some of the resources that I mentioned and a few others. I hope that they are helpful.

Don't hesitate to reach out if you have any questions. I will see you virtually when I am back at the end of Feb.

Take good care.

-Emily VanLaningham, LCSW/LICSW
Pain Clinic Social Worker
503-201-6384

Anything by Dr. Rachel Zoffness, PhD is excellent. She published a workbook in 2020 called **The Pain Management Workbook** that is absolutely wonderful. She has also been interviewed on several podcasts (**I really enjoyed her interview on Kelly Corrigan - Going Deep With Rachel Zoffness on Pain Management, https://www.kellycorrigan.com/podcast/rachelzoffness. I also recommend her interview on the New York Times Podcast 'The Ezra Klein Show' that came out 02/21/2023**). She has also written several articles for Psychology Today. Those things and a list of some other excellent resources can be found on her website at **www.zoffness.com//resources. Also, please check her website for other videos that she has been on, here is just one https://www.youtube.com/watch?v=3Mn9QMTmRDM but there are LOTS of good things she has been on.**

**Lorimer Moseley Podcast:**
**https://podcasts.apple.com/gb/podcast/the-lorimer-moseley-podcast-pain-matters/id1709267855**
Lorimer Moseley also has a website called **www.tamethebeast.org** .
The website Pain Revolution is also wonderful, done by Lorimer and a team and highly recommended!
**https://www.painrevolution.org/painfacts**

Also, here is a video about **diaphragmatic breathing** with how to do it and a brief explanation of the science behind it.
**Diaphragmatic Breathing | UCLA Integrative Digestive Health and Wellness Program**
**https://youtu.be/g2wo2lmpnfg**

**Messages (continued)**

Lastly, Kaiser members currently have access to **Calm** app for free! Go to **kp.org/selfcareapps** to sign up for your free logon. Calm app is wonderful! There is a pacer for breathing under "Mindfulness Tools" in this app that is set to the breath pace that is 4 seconds in and 6 seconds out, which is the goal for diaphragmatic breathing.

## 01/21/2025 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (referral)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Sacirovic, Jasmina, LPN at 1/22/2025 1552**

Author: Sacirovic, Jasmina, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 1/22/2025 3:52 PM | Encounter Date: 1/21/2025 | Creation Time: 1/22/2025 3:52 PM
Status: Signed | Editor: Sacirovic, Jasmina, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for review / referral inquiry for second opinion.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Electronically signed by Sacirovic, Jasmina, LPN at 1/22/2025 3:52 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>1/29/2025 8:53 AM by Weller, Steven | Weller, Steven | 1/28/2025 7:48 PM |

Dear Mr Weller,

Thank you for your reply. Since you are not using Kaiser, a referral from me shouldn't be necessary. Looking at their website, I see you can self refer. You can then request needed records from medical records

Kaiser Permanente Medical Records, 10220 SE Sunnyside Road, Clackamas, OR 97015 or fax to 877-849-4116 or via email to nw-med-rec@kp.org
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 1/27/2025 11:04 AM |

I am seeking his opinion on my own and am not wanting to use Kaiser insurance.

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>1/28/2025 9:36 AM by Weller, Steven | Weller, Steven | 1/24/2025 7:12 PM |

Dear Steven,

Are you planning to seek his opinion on your own or are you wanting to use your Kaiser insurance for this visit?

Referrals to outside specialists have to be approved by that speciality department- so we would need you to see one of our pain medicine specialists to ask for this referral.

Sincerely,

Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 1/21/2025 12:48 PM |

Regarding my hand pain, I would like to get an additional opinion from Dr. Brett Quave of Pain Specialists in Medford, OR. He can be contacted at (541) 779-5228, https://painspecialists.com.

Please provide a referral.

**Messages (continued)**

## 01/17/2025 - Office Visit in Sunnyside Neurology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Noble, Geoffrey Peter, MD, PhD | Noble, Geoffrey Peter, MD, PhD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnyside Neurology | 10180 SE Sunnyside Rd<br>Clackamas OR 97015 | 844-364-4807 |

**Follow-up and Dispositions**

- Return if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

**Chief Complaint**

- APPOINTMENT (OVN)

**Visit Diagnoses**

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**
- CHRONIC PAIN [G89.29]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Noble, Geoffrey Peter, MD, PhD | 01/17/2025 1330 |
| Diagnosis #2 | | | | |
| Add | CHRONIC PAIN | G89.29 | Noble, Geoffrey Peter, MD, PhD | 01/17/2025 1330 |

### Clinical Notes

**Unknown**

**Progress Notes by Noble, Geoffrey Peter, MD, PhD at 1/17/2025 1300**

Author: Noble, Geoffrey Peter, MD, PhD Service: — Author Type: Physician
Filed: 1/17/2025 1:39 PM Encounter Date: 1/17/2025 Creation Time: 1/14/2025 10:34 PM
Status: Signed Editor: Noble, Geoffrey Peter, MD, PhD (Physician)

### Neurology Established Patient Note

01/17/25

RE: Steven Weller
MR#: 1550-03-73

Today I saw Steven Weller for an opinion regarding upper extremity pain. He was accompanied to clinic today by his

wife, Laura.

History of Present Illness:
Steven Weller is a 63 yrs male with a history of obstructive sleep apnea, osteoporosis, chronic pain who presents for an opinion of upper extremity pain.

The patient was previously evaluated by a number of neurologists, initially in Northern California, most recently by Dr. Lavery in May 2024:

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*
*HISTORY OF PRESENT ILLNESS: Steven Weller is a 62 yrs old male referred for chronic hand/arm pain.*

*The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms. The patient also mentions a history of tendinitis in the right hand dating back to 1994, which was triggered by a month of intensive computer work. The patient has been managing the pain by switching hands and devices over the years. The patient also reports a leathery feeling in the hands, but denies any similar symptoms in the feet or legs. When he exacerbates chronic tendinitis/arthritis at the left elbow, he will occasionally notice tingling in digits 4-5 of the left hand. There is otherwise no frank numbness or tingling in either hand. With rest his symptoms significantly improve, and in the past they would resolve completely. However, more recently he continues to have persistent symptoms despite avoiding activities that would typically provoke them. He has also been taking ibuprofen regularly and using a wrist brace on the left hand. These have provided modest relief at best. He also notes chronic intermittent hip pain, which can be relatively severe, and he tells me that prior testing has not shown any significant findings.*

*///*

***IMPRESSION***
*BILAT HAND PAIN (primary encounter diagnosis)*

***COMMENTS***
*I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some*

*additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.*

***RECOMMENDATIONS***

*-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody*
*-no additional neurodiagnostic testing recommended outside of the above blood tests*
*-agree with occupational hand therapy evaluation*
*-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered*
*-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam*
*-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low*

Today I gathered the following history:

He has had "hand pain of some sort of another since the mid 1990s". He tells me he has three types of pain:

1. His worst pain a sense of "coldness and pain" that radiates in the palm and into the left arm and shoulder at times. This pain was triggered by computer work and certain arm movements, but at times it can occur spontaneously.
2. He gets hypersensitivity in his bilateral (L > R) fingers, radiating into the wrists and forearm tendons triggered by typing, using a mouse and other computer related activities.
3. A "stinging sensation... as if you've slapped something" affecting the entirety of his hands that gets worse as the days goes on.

He has no similar symptoms in his lower extremities.

Over the past year he has been on medical leave and this has been helpful for his hand pains. He is in the process of appealing a long term disability decision. Presently, he has ongoing hand pain triggered by hand use, for example using computers. He can tolerate about 30 minutes of computer work per day. He has been working with occupational therapy with some improvement in his symptoms. He has noticed that certain nerve gliding treatments/movements have triggered his pain.

**Prior Studies**

5/13/2024
ANA negative
TTG IgA negative
Immunofixation negative
B6 normal
CRP normal
RF negative

3/19/2024
A1C 5.5
B12 701
TGs 126, **HDL 35**

**Clinical Notes (continued)**

MRI left brachial plexus without contrast (1/24/2024, OSH report only):
*IMPRESSION*
*Normal MRI brachial plexus.*
*At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.*

MRI Left thigh without contrast (8/24/2023, OSH report only):
*Impression*
*Interval decrease in size of heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis. Lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.*

MRI C-spine without contrast (8/24/2023, OSH report only):
*C2-C3: No canal or foraminal stenosis.*
*C3-C4: No canal or foraminal stenosis.*
*C4-C5: No canal or foraminal stenosis.*
*C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.*
***C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.***
*C7-T1: No canal or foraminal stenosis.*

**01/17/2025 - Office Visit in Sunnyside Neurology (continued)**

**Clinical Notes (continued)**

*Impression*
*Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.*

*MRI brain without contrast (7/15/2023):*
*Impression*
*No vestibular schwannoma or other retrocochlear abnormality.*

EMG (11/6/2023, Dr. Wang):

*The following has been copied and pasted from EMG report:*
EMG Evaluation

Indication: Evaluation for Left Upper Extremity

Referring Provider: Eunice Lau, MD

Summary: Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

Interpretation: normal LUE EMG

Conclusion: This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

Muscle Insertional Activity MUAP
Left FDIH NL NL
Left APB NL NL
Left FCR NL NL
Left Deltoids NL NL
Left Biceps NL NL
Left Triceps NL NL
Left Paraspinals mid and low Cervical NL

NCS (6/5/2023, Dr. Zadeh):

*The following has been copied and pasted from NCS report:*
MNC

Nerve / Sites Muscle Latency Amplitude Area Duration Segments Distance Velocity
ms mV mVms ms mm m/s
R Median - APB
Wrist APB 2.81 7.9 33.5 6.93 Wrist - APB
Elbow APB 7.03 7.1 30.4 7.08 Elbow - Wrist 230 55
L Median - APB
Wrist APB 2.34 10.8 38.8 5.83 Wrist - APB
Elbow APB 6.61 7.3 26.8 5.89 Elbow - Wrist 230 54
R Ulnar - ADM
Wrist ADM 1.93 10.3 27.9 6.35 Wrist - ADM

**Clinical Notes (continued)**

B.Elbow ADM 5.63 10.6 28.4 5.52 B.Elbow - Wrist 270 73
A.Elbow ADM 6.41 9.6 25.0 5.05 A.Elbow - B.Elbow 70 90
A.Elbow - Wrist
L Ulnar - ADM
Wrist ADM 1.93 10.6 29.0 6.20 Wrist - ADM
B.Elbow ADM 6.20 10.2 28.3 8.70 B.Elbow - Wrist 260 61
A.Elbow ADM 6.67 10.5 27.8 8.54 A.Elbow - B.Elbow 60 128
A.Elbow - Wrist

F Wave

Nerve F Lat M Lat F-M Lat Min F Lat Min M Lat Min F-M
ms ms ms ms ms ms
R Median - APB 26.1 2.8 23.3 25.8 2.8 23.0
R Ulnar - ADM 26.4 2.8 23.5 26.4 2.8 23.5
L Median - APB 26.9 2.7 24.2 26.9 2.7 24.2
L Ulnar - ADM 28.0 1.9 26.1 28.0 1.9 26.1

SNC

Nerve / Sites Rec. Site Onset Lat Peak Lat Amp Segments Peak Diff
ms ms µV ms
R Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.09 1.61 74.4 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.93 42.6 Ulnar Palm - Wrist
Median Palm - Ulnar Palm -0.31
L Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.46 1.93 34.1 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.61 55.5 Ulnar Palm - Wrist
Median Palm - Ulnar Palm 0.31

Impression:

This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.

The past medical, surgical, social and family histories, current medications and medical allergies were reviewed in the electronic medical record.

Review of Systems:
A relevant review of systems was obtained and all systems were negative except for what was noted above.

**PHYSICAL EXAMINATION**:
Vital Signs:

Filed Vitals:

| | 01/17/25 1256 |
|---|---|
| BP: | 137/81 |
| Pulse: | 68 |
| Weight: | 155 lb (70.3 kg) |

General Appearance: He is well appearing and in no distress.
Skin: There were no rashes or other skin lesions.
Cardiovascular: There was no pedal edema.
Respiratory: The patient had a normal work of breathing without accessory muscle use.
GI: non-distended.

NEUROLOGICAL EXAM:

Mental status: Patient was alert, attentive, and oriented. Speech was coherent and fluent without dysarthria or aphasia. Memory, comprehension and ability to follow commands were intact.

Cranial nerves: Pupils were round and reacted to light and accommodation. Extraocular movements were full.There was no face, jaw, palate or tongue weakness or atrophy. Hearing was grossly intact. Shoulder shrug was normal.

Motor exam revealed normal muscle bulk and tone in the arms. There were no apparent fasciculations. There is no scapular winging. There is no action or percussion myotonia or paramyotonia. Manual muscle testing revealed the following MRC grades (R/L where applicable):
SA 5/5, EF 5/5, EE 5/5, WF 5/5, WE 5/5, deep FF 5/5, FE 5/5, FDI 5/5, ADM 5/5, APB 5/5
Seated HF 5/5, KE 5/5, ADF 5/5

Sensory exam intact to pinprick, temperature, vibration and proprioception in the upper extremities. Romberg sign was absent.

Deep tendon reflexes were 2+ at the biceps and triceps, 2+ at the brachioradialis, 2+ at the knees, 2+ at the ankles. Plantar responses were flexor bilaterally. Hoffman's sign was absent bilaterally.

Complex motor skills revealed normal coordination. Finger-nose-finger and heel to shin were intact.

Patient had a normal gait. He was able to walk on his heels, toes without any difficulty.

**ASSESSMENT:**
# Bilateral hand pain
# Chronic pain

Mr. Weller has a normal neurological evaluation today. He has had extensive laboratory testing, imaging and electrodiagnostic testing for evaluation of his decades of hand and upper extremity pain, all of which has been reassuring. I explained to him that at this time my suspicion for an underlying neurological cause of his chronic pain is very low and I would not recommend any further neurological testing or treatment. We discussed in broad terms the modalities of treatment available for chronic pain. He has not yet engaged with any cognitive behavioral therapy (CBT) related approaches and I encouraged him to do this. Follow up in my clinic will be as needed.

**RECOMMENDATIONS TO PATIENT:**
- no further neurological testing at this time
- follow up with your PCP or with Pain Medicine for management of your symptoms
- ongoing occupational therapy exercises

**Clinical Notes (continued)**

- follow up in neurology clinic as needed

Sincerely,

Geoffrey Noble, MD, PhD
Neurology

28 minutes spent performing face-to-face and non face-to-face patient care today.

Electronically signed by Noble, Geoffrey Peter, MD, PhD at 1/17/2025 1:39 PM

**Nursing Note by Nesta, Felipa, LPN at 1/17/2025 1300**

| | | |
|---|---|---|
| Author: Nesta, Felipa, LPN | Service: — | Author Type: SUPPORT STAFF |
| Filed: 1/17/2025 1:00 PM | Encounter Date: 1/17/2025 | Creation Time: 1/17/2025 12:59 PM |
| Status: Signed | Editor: Nesta, Felipa, LPN (LICENSED PRACTICAL NURSE) | |

adult's cuff - left arm sitting

Patient arrive with : Wife, Laura

Current medications and drug allergies confirmed with pt.

Pharmacy reviewed and updated Yes

Visit preparation completed, including updating Care Everywhere outside medical records. Yes

Panel Support Tool Reviewed.
PST patient handout given.

Felipa Margaret Nesta

Electronically signed by Nesta, Felipa, LPN at 1/17/2025 1:00 PM

**Flowsheets**

**Custom Formula Data**

| Row Name | 01/17/25 1256 |
|---|---|
| OTHER | |
| Birth Weight | 0 -FN at 01/17/25 1259 |
| % Change from Birth Weight | 703092400 -FN at 01/17/25 1259 |
| BSA (Last Ht) | 0 -FN at 01/17/25 1259 |
| Ideal Body Weight (calculated) | 68.31 -FN at 01/17/25 1259 |
| Shock Index (NIBP) | 0.5 -FN at 01/17/25 1259 |
| Contrast dose | 370.0 -FN at 01/17/25 1259 |
| BP to MAP Calculation | 100 -FN at 01/17/25 1259 |



Lincoln/Weller 0186

## 01/17/2025 - Office Visit in Sunnyside Neurology (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Vitals Reassessment | Yes -FN at 01/17/25 1259 |

**Encounter Vitals**

| Row Name | 01/17/25 1256 |
|---|---|
| Encounter Vitals | |
| BP | 137/81 -FN at 01/17/25 1259 |
| Pulse | 68 -FN at 01/17/25 1259 |
| Weight | 155 lb (70.3 kg) patient verbally told -FN at 01/17/25 1259 |
| OTHER | |
| BP Location | LA-LEFT ARM -FN at 01/17/25 1259 |
| BP Patient Position | SITTING -FN at 01/17/25 1259 |
| Cuff Size | Standard Adult -FN at 01/17/25 1259 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| FN | Nesta, Felipa, LPN | LICENSED PRACTICAL NURSE | Nursing | 01/17/2025 |

**Patient Instructions**

**Recommendations**:
- no further neurological testing at this time
- follow up with your PCP or with Pain Medicine for management of your symptoms
- ongoing occupational therapy exercises
- follow up in neurology clinic as needed

**Ways to contact me after our visit:**
1. Send me a message via our patient portal at www.kp.org.
2. Call our advice line at 503-571-7211.

Geoffrey Noble, MD, PhD
Northwest Permanente Neurology

Electronically signed by Noble, Geoffrey Peter, MD, PhD at 1/17/2025 1:29 PM

**Messages**

**Appointment rescheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Neurology Appointment Notifications | 1/5/2025 12:18 PM |

Appointment for: Steven Weller (1550-03-73)

**Messages (continued)**

Visit type: NEUR OVN (110241)
1/17/2025 1:00 PM (40 minutes) with Geoffrey P. Noble in SMC-NEUR

----------------------------------

This appointment rescheduled from:
1/27/2025 10:00 AM (40 minutes) with Geoffrey P. Noble in SMC-NEUR

**Vitals**

**Vital Signs - Last Recorded** — Most recent update: 1/17/2025 12:59 PM

| BP | Pulse | Wt | BMI |
| --- | --- | --- | --- |
| 137/81 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 68 | 155 lb (70.3 kg)<br>Comment: patient verbally told | 22.89 kg/m² |

## 01/14/2025 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Plant, Brad, PT |

#### Department

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY, onset date 1/14/2025

#### Visit Diagnoses

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 01/14/2025 1658 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 01/14/2025 1658 |

### Clinical Notes

#### Unknown

**Progress Notes by Sangmo, Choeying, PTA at 1/14/2025 1430**

Author: Sangmo, Choeying, PTA    Service: —    Author Type: PHYS THERAPY ASSISTANT
Filed: 1/14/2025 4:59 PM    Encounter Date: 1/14/2025    Creation Time: 1/14/2025 1:14 PM
Status: Signed    Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT)

**PhysicalTherapy Treatment Note**

Visit number 1 this year ( + 8 for 2024)
Progress note due: : 1/30/25

**ASSESSMENT**

Patient Response to Treatment: pt. Tolerated therapy session with minimal increase in R hip

Steven is a 63 yrs old male with subjective report and objective findings consistent with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

## PLAN

Steven to be seen for up to 2 additional visits by 2/6/25 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

No change in plan of care.

Next session 01/29/25.

## SUBJECTIVE

Steven reports Slow improvement. 4-5/10 pain R hip . The pain depends on how much I use my legs. Tolerance for walking is getting better slowly. Taking naproxen, not as much as before. Walking to appt. , where as used to use the wheel chair before. Slowly adding the Hep one by one to increase tolerance.

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Gait: WNL with SPC,

| Home Program |
| --- |
| Access Code: JQNF84R6<br>URL: https://kaiserpermanente.medbridgego.com/<br>Date: 01/14/2025<br>Prepared by: Choeying Sangmo<br><br>**Exercises**<br>- Bent Knee Fallouts with Alternating Legs - 1-2 x daily - 3 sets - 3-5 reps - 20-30 sec hold<br>- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps<br>- Staggered Stance Step Throughs - 1-2 x daily - 2 sets - 10 reps<br>- Standing Heel Raise with Support - 1-2 x daily - 3 sets - 10 reps<br>- Standing Gastroc Stretch - 2-3 x daily - 2-3 reps - 20-30 sec hold |

Therapeutic exercise 27 minutes: reviewed HEP with Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images

**01/14/2025 - Office Visit in Tanasbourne Physical Therapy (continued)**



was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 02:31
Time Out: 03:00

Electronically signed by Sangmo, Choeying, PTA at 1/14/2025 4:59 PM

## 01/13/2025 - Telemedicine in Sunnyside Sleep Medicine

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Ogunrinde, Olukayode O, MD | Ogunrinde, Olukayode O, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnyside Sleep Medicine | 10180 SE Sunnyside Rd<br>Clackamas OR 97015 | 855-878-6411 |

**Follow-up and Dispositions**

- Return if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
|---|
| VIDEO VISIT, NEW, 30 - 44 MINUTES TOTAL TIME |

**Reason for Visit**

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary) | G47.33 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Modify | ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary) | G47.33 | Yes | Ogunrinde, Olukayode O, MD | 01/13/2025 1106 |
| Add | OBSTRUCTIVE SLEEP APNEA (primary) | G47.33 | No | Ogunrinde, Olukayode O, MD | 01/13/2025 1054 |

**Clinical Notes**

**Unknown**

**Progress Notes by Ogunrinde, Olukayode O, MD at 1/13/2025 1100**

Author: Ogunrinde, Olukayode O, MD    Service: —    Author Type: Physician
Filed: 1/13/2025 11:24 AM    Encounter Date: 1/13/2025    Creation Time: 1/13/2025 10:58 AM
Status: Signed    Editor: Ogunrinde, Olukayode O, MD (Physician)

**SLEEP MEDICINE VIDEO CONSULTATION NOTE**

**Reason for Visit**

Establishing care for OSA management

**History of Present illness**

**Steven Weller** has a history of sleep apnea diagnosed in 2015, presents for a routine follow-up. He reports consistent use of his CPAP machine, noting significant improvement in his symptoms since starting therapy. Initially, he experienced severe snoring and cognitive difficulties, which significantly impacted his work as a software engineer. After starting CPAP therapy, he noticed a rapid and significant improvement in his symptoms. He typically goes to bed around 10 PM and wakes up between 5-7:30 AM, depending on whether he wakes up during the night. He reports waking up spontaneously during the night, usually between 3-4 AM, for about 2-20

minutes before going back to sleep. He does not usually need to use the restroom during these awakenings, but does so out of habit about half the time.

The patient also reports hip pain, for which he takes naproxen as needed. He has a history of kidney stones and osteoporosis, for which he takes Fosamax weekly. He also takes alpha lipoic acid for inflammation and reports that it seems to help.

| | 11/10/2024 9:08 AM |
|---|---|
| **Epworth Sleepiness Scale Score** | |
| Epworth Sleepiness Scale Score | 2 |

**Medical History:**
Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN
BILAT AGE RELATED CATARACT
OBSTRUCTIVE SLEEP APNEA
CHRONIC PAIN

**Physical Exam:Vitals:** There is no height or weight on file to calculate BMI.
**Gen:** alert, well appearing, and in no distress
**Neuro exam:** A/O, speech fluent, attentive/cooperative, memory & fund of knowledge is intact
**Psych exam:** Normal affect and mood
**Test / Studies reviewed:**
Home Sleep Study (9/15/15): AHI 36.7, O2 Nadir 89%

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| VITD25 | 33 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CO2 | 30 | 03/19/2024 |

Payor: VST MBR KP NCAL / Plan: KP INTRGNL NO CALIFORNIA / Product Type: HMO

**Assessment and Plan**

(G47.33) ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE : Tolerating and responding well to current therapy. Recent data dl shows adequate compliance and efficacy.
Routine yearly sleep DME f/u

**Clinical Notes (continued)**

Olukayode Ogunrinde, MD,
Diplomate of American Academy of Sleep Medicine

> 10 mins of time was spent in medical discussion

Patient and/or others present provided verbal consent to be recorded using documentation assistance tool.

Electronically signed by Ogunrinde, Olukayode O, MD at 1/13/2025 11:24 AM

**Flowsheets**

**Custom Formula Data**

| Row Name | 01/13/25 1106 |
|---|---|
| OTHER | |
| Ideal Body Weight (calculated) | 68.31 -OO at 01/13/25 1108 |
| Predicted Body Weight (calculated) | 70.7 -OO at 01/13/25 1108 |

**Virtual Encounter Vitals**

| Row Name | 01/13/25 1106 |
|---|---|
| Virtual Enc Vitals | |
| Height | 5' 9" (1.753 m) -OO at 01/13/25 1108 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| OO | Ogunrinde, Olukayode O, MD | Physician | — | 01/13/2025 |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser | Weller, Steven | 12/6/2024 12:01 PM |
| Last Read in kp.org 12/6/2024 12:02 PM by Weller, Steven | | |

Appointment Information:
Visit Type: Sleep medicine video visit
Date: 1/13/2025
Dept: Sunnyside Sleep Medicine

Provider: Olukayode O. Ogunrinde
Time: 11:00 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

Vitals

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 1/13/2025 11:08 AM

| Ht | BMI |
|---|---|
| 5' 9" (1.753 m) | 22.89 kg/m² |

## 01/08/2025 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 1/8/2025 1:18 PM |

Things are continuing to move in the right direction for my right hip.

I have recently been able to walk to my car in the parking garage of the building, drive to an event, walk a very short distance, sit for an hour or so, and then come home again. But that's my limit; any extra distance will cause pain that will last a day or so, and I can't do that amount of walking every day.

I'm continuing to do PT and add more exercises one at a time. I think what has made the difference most recently is adding stretches. They cause pain, but it's not long lasting.

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Petterson, Alyssa, LCSW | Petterson, Alyssa, LCSW |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Level of Service**

| Level of Service |
|---|
| **NON-PHYS TAV, EST PAT, 5-10 MIN OF MEDICAL DISCUSSION** |

### Reason for Visit

**Visit Diagnosis**

- **CHRONIC PAIN (primary) [G89.29]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CHRONIC PAIN (primary)** | G89.29 | Petterson, Alyssa, LCSW | 01/02/2025 1626 |

### Clinical Notes

**Unknown**

**Progress Notes by Petterson, Alyssa, LCSW at 1/2/2025 1600**

Author: Petterson, Alyssa, LCSW    Service: —    Author Type: SOCIAL WORKER
Filed: 1/2/2025 4:26 PM    Encounter Date: 1/2/2025    Creation Time: 1/2/2025 4:20 PM
Status: Signed    Editor: Petterson, Alyssa, LCSW (SOCIAL WORKER)

**New Phone Intake**

**Provider:** Alyssa Petterson, LCSW, LICSWA

Authenticated patient's identity and confirmed patient location is**: OR**

| Summary |
|---|

**S:**
**Reason for Referral:** Steven Weller is a 63 yrs male referred for an introduction to Pain Clinic Services.

**Pertinent history per chart review**

- **Referral Notes:**

| *The following has been copied and pasted from referral to Pain Individual Coping and Skills Services by* Foster, Kellie R, MD *on 12/18/24:* |
|---|
| Reason for referral: Chronic Pain >= 3 months<br>Provide Clinical Information: hip pain, hand and elbow pain for 2 years requiring pt to stop working |

- **Relevant Encounters:**
  Referred to Physiatry 9/2024, PT 5/2024, OT 4/2024

**Present pain coping and skills service options with goal to identify best fit for patient.**
Support patients development of pain management plan that incorporates a combination of strategies.

**B:**

**From earlier call**

Pain: Two major areas of pain hips and hands(including fingers and arms). Unable to walk normally for 2 years, arthritis in left hip, steroid shot effective. Then right hip did not respond to injection, right hip pain progressively worse over the past year.

Stinging in hands does not seem related to movement, newest pain and getting worse, compression gloves helpful.

Pain from use in hands, some repetitive actions. Arthritis in joints, affect range of movement

The worst pain, if pushes self to use pain, pain overwhelming, super sensitive, would have to take 4 days off work as electrical engineer

Activities: very painful to walk, activities limited, on medical leave
Sleep: only if really really bad, rarely does pain impact anymore
Self Care therapies: PT helpful for increasing mobility, unsure if OT helpful
Medications: naproxen helpful

Tried pregablin and gabapentin felt horrible when taking them."

**Behavioral observations**
Cognition: WNL for age and developmental status
Behavior: relaxed and calm
Verbal presentation: normal

Patient detailed in explanation of experiences and insights

**A:**
Current approach to pain management: reflects readiness to expand self management strategies
Level of readiness: Contemplative
Impressions: Patient may benefit from: Pain Services Specialist consult to support coping and skills development
pain management group series.
Patient strengths to support pain management: Flexibility in thinking and behavior
Good expressive language and communication skills
Motivated for treatment
Capacity for openness
Challenges to improved pain management: lack of awareness of treatment options

RECOMMENDATIONS:

**R:**
Described the Pain Clinic model of pain management care. Explored member's understanding and experience of Persistent Pain. Explored member's readiness to participate in pain group and/or individual coping and skills

consult.

Coping enhancement - Validated patient's self care efforts
Counseling - Provided reflective listening and emotional support.
Explored patient's current approach to pain management.
Listened to patient's concerns. Acknowledged struggles and challenges.
Pain management education - Introduced idea of need for combination of strategies, hypersensitivity of the nervous system, neuroplasticity
Introduced role of relaxation. Described fight or flight response
Described relationship between pain, sleep, mood. Discussed potential for improvement of any one of these health factors to also improve the other two factors
Provided information on Pain Management Group Visit Series and 1:1 sessions
Health care system guidance - Invited patient to contact this social worker by phone as needed for pain management support

**E:**
Patient agrees to:

- Read over information sent and contact clinic if interested in engaging in services.

Patient verbalizes understanding and agreement with plan.
Patient given contact information and agrees to call with questions or concerns.

This social worker is available to support patient's pain management.
Contact information: Alyssa Petterson, LCSW, LICSWA
Phone: 503-331-6131 or toll free 1-888-813-2100 ext 16-6131

Time spent: 10 minutes

Electronically signed by Petterson, Alyssa, LCSW at 1/2/2025 4:26 PM

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Petterson, Alyssa, LCSW | Petterson, Alyssa, LCSW | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Level of Service**

| Level of Service |
|---|
| **NON-PHYS TAV, EST PAT, 21-30 MIN OF MEDICAL DISCUSSION** |

**Reason for Visit**

**Visit Diagnosis**

- **CHRONIC PAIN (primary) [G89.29]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CHRONIC PAIN (primary)** | G89.29 | Petterson, Alyssa, LCSW | 01/02/2025 1448 |

**Clinical Notes**

**Unknown**

**Progress Notes by Petterson, Alyssa, LCSW at 1/2/2025 1500**

Author: Petterson, Alyssa, LCSW
Filed: 1/2/2025 4:20 PM
Status: Signed
Service: —
Encounter Date: 1/2/2025
Editor: Petterson, Alyssa, LCSW (SOCIAL WORKER)
Author Type: SOCIAL WORKER
Creation Time: 1/2/2025 2:47 PM

**New Phone Intake**

**Provider:** Alyssa Petterson, LCSW, LICSWA

Authenticated patient's identity and confirmed patient location is: **OR**

**Summary**

**S:**
**Reason for Referral:** Steven Weller is a 63 yrs male referred for an introduction to Pain Clinic Services.

**Pertinent history per chart review**

- **Referral Notes:**

  *The following has been copied and pasted from referral to Pain Individual Coping and Skills Services by* Foster, Kellie R, MD *on 12/18/24:*
  Reason for referral: Chronic Pain >= 3 months
  Provide Clinical Information: hip pain, hand and elbow pain for 2 years requiring pt to stop working

- **Relevant Encounters:**

Referred to Physiatry 9/2024, PT 5/2024, OT 4/2024

**B:**

**Patient's report**

Pain: Two major areas of pain hips and hands(including fingers and arms). Unable to walk normally for 2 years, arthritis in left hip, steroid shot effective. Then right hip did not respond to injection, right hip pain progressively worse over the past year.

Stinging in hands does not seem related to movement, newest pain and getting worse, compression gloves helpful.

Pain from use in hands, some repetitive actions. Arthritis in joints, affect range of movement

The worst pain, if pushes self to use pain, pain overwhelming, super sensitive, would have to take 4 days off work as electrical engineer

Activities: very painful to walk, activities limited, on medical leave
Sleep: only if really really bad, rarely does pain impact anymore
Self Care therapies: PT helpful for increasing mobility, unsure if OT helpful
Medications: naproxen helpful

Tried pregablin and gabapentin felt horrible when taking them.

**A:**

RECOMMENDATIONS:

**R:**
Described the Pain Clinic model of pain management care. Explored member's understanding and experience of Persistent Pain. Explored member's readiness to participate in pain group and/or individual coping and skills consult.

Coping enhancement - Validated patient's self care efforts
Counseling - Provided reflective listening and emotional support.
Explored patient's current approach to pain management.
Assessed suicide risk.
Listened to patient's concerns. Acknowledged struggles and challenges.

**E:**
Patient agrees to:
Continuing call today at 4 pm

Patient verbalizes understanding and agreement with plan.
Patient given contact information and agrees to call with questions or concerns.

This social worker is available to support patient's pain management.
Contact information: Alyssa Petterson, LCSW, LICSWA
Phone: 503-331-6131 or toll free 1-888-813-2100 ext 16-6131

Time spent: 30 minutes

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic (continued)

**Clinical Notes (continued)**

Electronically signed by Petterson, Alyssa, LCSW at 1/2/2025 4:20 PM

**Referrals**

**Outpatient Service #1916034617**

Reason: Specialty Services Required
Class: Internal
Status updated on: 12/18/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 12/18/2024 to 12/18/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: ZZZ-PAIN MGMT
Specialty: Pain Management
Department phone: 503-813-2000

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**206747 - REFERRAL PAIN MANAGEMENT, CHRONIC PAIN PROGRAM**

Number requested: 1 Number approved: 1

**Diagnoses**

- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN
- M25.522 (ICD-10-CM) - LEFT ELBOW JOINT PAIN
- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M25.551 (ICD-10-CM) - RIGHT HIP JOINT PAIN

**Referral Notes**

**Provider Comments by Foster, Kellie R, MD at 12/18/2024 1333**

Summary: Provider Comments

This referral results in a phone visit with a Pain Services Specialist to introduce and explore pain education and skills options.

**Order**

**REFERRAL PAIN MANAGEMENT, CHRONIC PAIN PROGRAM [641259560]**

Electronically signed by: **Foster, Kellie R, MD on 12/18/24 1333** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 12/18/24 1333 Authorized by: Foster, Kellie R, MD
Ordered during: Scheduled Telephone Encounter on 12/18/2024
Diagnoses
BILAT HAND JOINT PAIN [M25.541, M25.542]
LEFT ELBOW JOINT PAIN [M25.522]

Lincoln/Weller 0205

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic (continued)

**Referrals (continued)**

NEUROPATHIC PAIN [M79.2]
RIGHT HIP JOINT PAIN [M25.551]
Order comments: This referral results in a phone visit with a Pain Services Specialist to introduce and explore pain education and skills options.

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

**01/02/2025 - Patient Message in Central Interstate Pain Clinic**

**Visit Information**

**Provider Information**

**Encounter Provider**

Petterson, Alyssa, LCSW

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Messages**

**pain management**

| From | To | Sent and Delivered |
|---|---|---|
| Alyssa Petterson, LCSW<br>Last Read in kp.org<br>1/3/2025 9:20 AM by Weller, Steven | Weller, Steven | 1/2/2025 4:26 PM |

**Hello Steven Weller**

I'm glad we had the opportunity to talk today. Here is information on services we offer in the Pain Clinic. I am also including a few links to web sites that patients have found helpful in understanding chronic pain and the nervous system.

To schedule, please contact the Pain Clinic at 503-331-6131. If you have any questions, feel free to ask them to transfer you to me or send me a kp.org message.

Hope this is helpful. Take good care,

Alyssa Petterson, LCSW, LICSWA
Kaiser Permanente Pain Management Clinic
3600 N Interstate Ave, Portland,OR 97227
503-331-6131

**What is Chronic Pain?**

Chronic Pain is pain that continues more than 3 months. The goal of treatment is to manage pain, which involves learning ways to reduce your pain level and learning ways to improve your function.

**What are Coping and Skills services offered by Pain Clinic?**
People with the health condition of Chronic Pain get the best results by creating a pain management plan that incorporates a combination of therapies. The Pain Clinic team assists you to develop an effective pain management plan to support you participating in your life as fully as possible.

We offer both group appointments and individual appointments. No matter where pain is located in the body, the nervous system is always involved, and effective treatment of Chronic Pain involves retraining the nervous system. People retrain their nervous system by learning and practicing pain management skills. Both the group appointments and the individual appointments provide education and assistance to practice new skills: pacing activity, sleep strategies, nutrition, managing stress, relaxation practice, strategies to increase body movement, balance distraction with mindfulness, etc. We also offer information about the roles of Integrative Therapies, Medications, and Pain Procedures.

**Messages (continued)**

**Group Appointments.** A series of pain education and skill practice appointments facilitated by a team of clinical social workers and pharmacists who have specialized training and expertise in pain management. There are 6 group appointments and one individual appointment in the series. These are video visits. Participating in this service provides a good foundation in pain education and guidance to develop your pain management plan.

We offer groups virtually over Zoom and have weekday morning, afternoon and evening options.

Chronic Pain Management video group appointments

Week #1: Introduction: What is chronic pain? Deep breathing for better pain control.
Week #2: Turn down the pain: How to sit, stand, and sleep with less pain. How to do daily activities without increasing your pain.
Week #3: Learning how, when, and what to do: Pacing your activities to reduce pain. Managing pain flares. Managing insomnia and improving sleep.
Week #4: Creating healthy thoughts and emotions to improve pain management skills: Suffering and the human response to pain. Treatment of depression and anxiety Treatment for victims of abuse. Grief. Managing anger. Intimacy and sexuality.
Week #5: Appropriate use of medications and prevention of side effects: Using medications wisely. Medications used for pain control. Managing side effects of medications. Establishing a medication treatment plan.
Week #6: Strategies for a healthy life: Integrative Medicine Smart nutrition and chronic pain. Invasive procedures to treat pain.
Week #7: Individualized treatment planning

**Individual Appointments.** An individualized pain assessment and a series of follow up appointments to assist you to develop your pain management plan by focusing on your specific strengths and goals as well as address specific challenges you may be experiencing in your pain management. You will learn ways to influence the nervous systems response to pain and change your pain experience. These individual services are offered by a psychologist and clinical social workers, and all team members have specialized training and expertise in pain management. Some people choose to first attend the pain group series as preparation to participate in the individual appointments.

**Here are some online resources about chronic pain if you would like to learn more:**

Resources and research by Lorimer Moseley, Pain Scientist:

"Why Things Hurt" TedTalk on YouTube
https://www.youtube.com/watch?v=gwd-wLdIHjs

Pain, the brain and your amazing Protectometer on YouTube
https://www.youtube.com/watch?v=lCF1_Fs00nM

Tame the Beast website
https://www.tamethebeast.org/

Pain Revolution Website
https://www.painrevolution.org/painfacts

Dr. Rachel Zoffness, Pain Psychologist
Dr. Zoffness is the guest on various podcasts, see links on her website.
https://www.zoffness.com/resources

**Messages (continued)**

Neuroplastix website
http://www.neuroplastix.com/

**Biofeedback Overview**

Biofeedback is a therapeutic tool used to regulate biological processes that we generally don't think we can control or influence. Biofeedback can be used to help an individual self-regulate and influence their pain perception. Most people who benefit from biofeedback have conditions that are brought on or made worse by stress, which makes internal processes (heart rate, blood pressure, temperature) become overactive.

The biofeedback instruments give patients immediate information about their own biological conditions, including brainwaves, heart function, breathing, muscle tension, temperature, and galvanic skin response (or sweat). This feedback enables an individual to become an active participant in the process of health maintenance. Over time, these changes can endure without continued use of the instruments.

How does biofeedback help patients cope with chronic pain?
There are 3 stages that occur during the biofeedback training.
1. During the first stage, the patient gains awareness of his/her problematic physical response. Individuals identify how their bodies respond to a variety of stressors and determine their ability to overcome the undesired physical reactions.
2. During the second stage, the patient uses the signals from the biofeedback to control his/her physical responses. The individual is coached by the therapist to reach certain goals related to managing a specific physical response.
3. At the final stage, the patient transfers control from the biofeedback equipment to themselves. Individuals learn through trial and error to identify triggers that alert them to implement the self-regulation skills they learned. At the end of treatment, patients are typically encouraged to practice the mental exercises daily.
At the Kaiser Pain Clinic, we offer Biofeedback for chronic pain treatment. This treatment consists of 4-6 initial training sessions. At present, we are scheduling patients at West Interstate Medical Office. Each Biofeedback session will be subject to your Specialty Office Visit Co-payment.

Biofeedback information from University of Maryland Medical Center:
http://www.umm.edu/health/medical/altmed/treatment/biofeedback

Biofeedback information from Cleveland Clinic:
https://my.clevelandclinic.org/health/articles/biofeedback

## 12/31/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT |

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaints**

- OCCUPATIONAL THERAPY, onset date 1/29/2025
- PROGRESS NOTE, onset date 1/29/2025

**Visit Diagnoses**

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- MUSCLE WEAKNESS [M62.81]
- RIGHT HAND PAIN [M79.641]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 01/29/2025 1658 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 01/29/2025 1658 |
| Diagnosis #3 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 01/29/2025 1658 |
| Diagnosis #4 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 01/29/2025 1658 |

### Clinical Notes

**Unknown**

**Progress Notes by Dahuyag, Faye D, OT at 12/31/2024 1650**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 1/29/2025 4:58 PM | Encounter Date: 12/31/2024 | Creation Time: 12/31/2024 4:38 PM |
| Status: Signed | Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL) | |

**Occupational Therapy Progress Note Visit # 4/5**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain

## 12/31/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Monthly Progress Note Due: 1/31/2025

**ASSESSMENT**

**Occupational Therapy Monthly Progress Note (reporting period: 12/1/2024 to 12/31/2024)**
Current Functional Status: remains limited in functional activities d/t "stinging pain"
Objective Changes: no changes
Individual Goal Progress & Explanation: See notes/changes below.
Assessment of Therapy Progress: poor. Continues to report of "stinging pain". Unable to perform tasks for sustained periods of time. States that "it is not necessarily painful, but stinging pain". Hopes that his symptoms will subside when he retires. No numbness/tingling, but reports "neurologic pain". This pain does not seem to follow a particular nerve pathway. "Stinging" sensation is more consistent with C6-C7 dermatome. MRI taken in January of 2024 demonstrated discogenic marrow edema for both L and R side. Patient may benefit from working with PT to address these issues as it could be coming more proximal. Per patient, exercises that involves neck movement does change the symptoms. He has learned to adjust HEP/nerve gliding to avoid amplifying symptoms
Member will benefit from continued skilled OT intervention to decrease pain and increase strength.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: multiple chronic pain issues
Next Progress Note Due: 1/31/2025

**PLAN OF CARE**

Steven to be seen up to an additional 2 visits through 2024.

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | 9/11/2024 |
| Therapist: Faye Dahuyag, OTR | FD |
| Patient to demonstrate understanding on activity modification techniques | Met |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | Met |
| Patient to report compliance with HEP | Met |

| **Long term goals by** 8/22/24 | Status | Status | Status |
|---|---|---|---|
| Date: **5/24/24** | 9/11/2024 | 11/5/2024 | 12/31/2024 |
| Therapist: Faye Dahuyag, OTR | FD | FD | FD |
| Patient to report pain no more then 1/10 during functional use of the B hand | ongoing | ongoing | ongoing |
| Patient will be able to type for at least 5 mins with no pain. | ongoing | ongoing | ongoing |
| Independent with HEP and self management of this diagnosis. | ongoing | ongoing | ongoing |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.

## 12/31/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Changes to Plan of Care: extended POC
Subsequent Visit Treatment Recommendations: See MD notes

**SUBJECTIVE**

L hand n neurologic pain volar hand, thenar.
Edema glove more helpful

**OBJECTIVE**

Reports constant "stinging" pain

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

PN
Discussed plan moving forward and possible PT referral.
Continue nerve gliding. Avoid placing the nerve on tension.

Time In: 450
Time Out: 512

| BILLING CODES | Minutes | Units |
|---|---|---|
| Therapeutic Exercise | 22 | 1 |
| | | |
| | | |
| Total Billable Time: | 22 | 1 |

Electronically signed by Dahuyag, Faye D, OT at 1/29/2025 4:58 PM

# 12/31/2024 - Office Visit in Tanasbourne Physical Therapy

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Plant, Brad, PT | Plant, Brad, PT |

### Department

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

## Reason for Visit

### Chief Complaint

- PHYSICAL THERAPY, onset date 12/31/2024

### Visit Diagnoses

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Modify | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Plant, Brad, PT | 12/31/2024 1126 |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Plant, Brad, PT | 12/31/2024 1126 |
| Diagnosis #2 | | | | |
| Modify | LEFT KNEE JOINT PAIN | M25.562 | Plant, Brad, PT | 12/31/2024 1126 |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Plant, Brad, PT | 12/31/2024 1126 |

## Clinical Notes

### Unknown

#### Progress Notes by Plant, Brad, PT at 12/31/2024 1050

| | | |
|---|---|---|
| Author: Plant, Brad, PT | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 12/31/2024 11:26 AM | Encounter Date: 12/31/2024 | Creation Time: 12/31/2024 8:09 AM |
| Status: Signed | Editor: Plant, Brad, PT (THERAPIST, PHYSICAL) | |

**Physical Therapy Progress Report - In Office Appointment**

Visit #8 for R hip pain

Reporting Period: 12/19/2024 to 12/31/2024
Next monthly progress report due date: 1/30/25

**ASSESSMENT**

Pt with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. Pt with gradual improvement in tolerance to walking, ambulates into clinic today without w/c for first time. Anterior hip pain and limited tolerance to active hip flexion is consistent with hip flexor over-activity. Encouraged glute/hamstring activation, hip flexor inhibition concepts, standing/CKC strengthening progressions as tolerated.
Pt is progressing towards meeting PT goals.

**PLAN OF CARE**

Steven to be seen up to 3 additional visits by 2/6/25 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

Goals Re-Established 11/8/2024
Short Term/Long Term Goals: By 2/6/25
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program. **Progressing Towards Goal**
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms. **Progressing Towards Goal**
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function. **Progressing Towards Goal**

**SUBJECTIVE**

Pt reports
Walking more, doing more, still hurts but not worsening, has to rest
Walking today without w/c
Feels that he is making slow progress
Clamshell exercises are getting easier, bridges getting easier
Ortho appointment 2/7 for L knee, "sports medicine"

Pain Rating: NR/10

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Pt ambulates into clinic with SPC, pt able to walk with SPC from waiting room to treatment room today
Gait: WNL with SPC, slowed

Special Tests:
SLR: R 85 L 65
FA ER ROM: R 40 L 65
FA IR ROM: R 30 L 0
Extension Drop/Thomas Test: NT
Adduction Drop Test/Ober's: + L
Abduction Raise Test: NT
Pelvis Ascension Drop Test: NT

**Therapeutic Exercise:**
Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 12/31/2024
Prepared by: Brad Plant

Exercises
- Supine Single Knee to Chest Stretch - 1-2 x daily - 3-5 reps - 20-30 seconds hold
- Bent Knee Fallouts with Alternating Legs - 1-2 x daily - 3 sets - 3-5 reps - 20-30 sec hold
- Clamshell - 1-2 x daily - 2-3 sets - 10 reps

**Clinical Notes (continued)**

- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps
- PRI Right Sidelying Supported Left Glute Med - 1-2 x daily - 3-5 sets - 5 breaths
- Seated Hip Hinge - 1-2 x daily - 10 reps

Added:
- Staggered Stance Step Throughs - 1-2 x daily - 2 sets - 10 reps **- with hand hold**
- Standing Heel Raise with Support - 1-2 x daily - 3 sets - 10 reps
- Standing Gastroc Stretch - 2-3 x daily - 2-3 reps - 20-30 sec hold

**Patient Response to Treatment**: Pt demonstrates good understanding and performance of exercises and is agreeable to performing these at home.

**Time Spent on Treatment:**
Therapeutic Exercise x 25 minutes

Time In: 10:58
Time Out: 11:24

Electronically signed by Plant, Brad, PT at 12/31/2024 11:26 AM

## 12/20/2024 - Telephone in Westside Medical Office Orthopedics

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Chief Complaint

- APPOINTMENT ( sports med appt for L knee)

#### Revision History

Baum, Dawn, MA on 12/20/2024 1154
- APPOINTMENT (Needs sports med appt for L knee)

Baum, Dawn, MA on 12/20/2024 1153
- APPOINTMENT (Needs sports med appt for  knee)

### Clinical Notes

#### Unknown

**Telephone Encounter by Baum, Dawn, MA at 12/20/2024 1153**

| | | |
|---|---|---|
| Author: Baum, Dawn, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 12/20/2024 11:55 AM | Encounter Date: 12/20/2024 | Creation Time: 12/20/2024 11:53 AM |
| Status: Signed | Editor: Baum, Dawn, MA (MEDICAL ASSISTANT) | |

**R:** ML for pt to call for sports med appt per Sadie Morse. PA
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing.
**B:** See message as stated below.

*Morse, Sadie Katherine, PA      Baum, Dawn, MA*
*Can we schedule him with Ortho sports for eval of L knee?*

Preferred communication for return message: Phone: Best Number:
Home Phone
Work Phone
Mobile                    Leave a detailed message: Yes

**A:** Request completed.
Unable to review PST at this time Member not available

Electronically signed by Baum, Dawn, MA at 12/20/2024 11:55 AM

**Telephone Encounter by Baum, Dawn, MA at 12/24/2024 0906**

| | | |
|---|---|---|
| Author: Baum, Dawn, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 12/24/2024 9:06 AM | Encounter Date: 12/20/2024 | Creation Time: 12/24/2024 9:06 AM |
| Status: Signed | Editor: Baum, Dawn, MA (MEDICAL ASSISTANT) | |

**R:** Patient informed and agrees.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing.
**B:** See message as stated below.

## 12/20/2024 - Telephone in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

Preferred communication for return message: Phone: Best Number:
Home Phone
Work Phone
Mobile Leave a detailed message: Yes

**A:** Request completed.
PST to be discussed at appointment on

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 12/31/2024 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/31/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 1/2/2025 3:00 PM | Alyssa Petterson | Central Interstate Pain Clinic | 503-331-6131 | Telephone Visit |
| 1/13/2025 11:00 AM | Olukayode O. Ogunrinde | Sunnyside Sleep Medicine | 855-878-6411 | Video Visit Evolution (Zoom) |
| 1/14/2025 2:30 PM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 1/27/2025 10:00 AM (Arrive by 9:30 AM) | Geoffrey P. Noble | Sunnyside Neurology | 844-364-4807 | |
| 1/29/2025 2:15 PM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 2/7/2025 1:20 PM (Arrive by 1:05 PM) | Anne M. Denys | Sunnybrook Orthopedics | 503-571-3653 | |
| 2/14/2025 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Baum, Dawn, MA at 12/24/2024 9:06 AM

## 12/20/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Morse, Sadie Katherine, PA | Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PHYS TAV, EST PAT, 11-20 MIN OF MEDICAL DISCUSSION** |

### Reason for Visit

**Visit Diagnoses**

- **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary) [M70.71]**
- BURSITIS OF LEFT ILIOPSOAS BURSA [M70.72]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary)** | M70.71 | Morse, Sadie Katherine, PA | 12/20/2024 0948 |
| Diagnosis #2 | | | | |
| Add | BURSITIS OF LEFT ILIOPSOAS BURSA | M70.72 | Morse, Sadie Katherine, PA | 12/20/2024 0948 |
| Diagnosis #3 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Morse, Sadie Katherine, PA | 12/20/2024 0948 |

### Clinical Notes

**Unknown**

**Progress Notes by Morse, Sadie Katherine, PA at 12/20/2024 0920**

| | | |
|---|---|---|
| Author: Morse, Sadie Katherine, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 12/20/2024 9:48 AM | Encounter Date: 12/20/2024 | Creation Time: 12/20/2024 9:32 AM |
| Status: Signed | Editor: Morse, Sadie Katherine, PA (PHYSICIAN ASSISTANT (P.A.)) | |

TAV with patient to follow up on recent bilateral iliopsoas bursae injections done 10/15/2024.

*The following has been copied and pasted from message sent to me from patient on 12/11/2024:*

It's been 8 weeks since the steroid injection in my right hip bursa. I've been off naproxen now for a week and I can feel the difference, but I am still about as active as I was on half. The exercises are also still fine, though left knee pain means I have to modify the bridges. I still need to sit and rest my hip a lot during the day.

Leaning forwards hurts my right hip pretty quickly, for example when standing and doing

a jigsaw puzzle on a table. Sitting and leaning forwards, for example tying shoes likewise gets painful.

Pt feels very encouraged that he is making slow progress. Able to move around more, no longer taking naproxen or using ice. Exercises he's doing are not hurting his hip. PT yesterday, so he has some increased pain today. Bursae are less sensitive to pressure now. Walking aggravates the pain; his ability to stand has increased faster than his ability to walk. Walking ability has been improving. Pt has been doing PT exercises at home every day as well.

Pt mentions that L knee is also quite painful, and no one has been able to figure out what is wrong with it. Cortisone injection was ineffective; visit with PA Esterberg was inconclusive as to etiology of pain; previous MRI and Xrays unremarkable save minimal lateral facet of patella signal heterogenity.

-Follow up if symptoms worsen or fail to improve in bilateral hips
-Appt requested with Ortho Sports for L knee

14 minutes was spent on the phone with the patient for this visit.

Electronically signed by Morse, Sadie Katherine, PA at 12/20/2024 9:48 AM

## 12/19/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Plant, Brad, PT | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 4 weeks (around 1/16/2025) for every other week x 2 PTA, then PT.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 12/19/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Plant, Brad, PT | 12/19/2024 1546 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Plant, Brad, PT | 12/19/2024 1546 |

### Clinical Notes

**Unknown**

**Progress Notes by Plant, Brad, PT at 12/19/2024 1440**

| | | |
|---|---|---|
| Author: Plant, Brad, PT | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 12/19/2024 3:46 PM | Encounter Date: 12/19/2024 | Creation Time: 12/19/2024 10:36 AM |
| Status: Signed | Editor: Plant, Brad, PT (THERAPIST, PHYSICAL) | |

**Physical Therapy Progress Report - In Office Appointment**

Visit #7 for R hip pain
POC updated 11/8/2024

Reporting Period: 11/8/2024 to 12/19/2024
Next monthly progress report due date: 1/18/25

**ASSESSMENT**

Pt with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. Discussed risk of being overly conservative with reduced loading through his legs, further reduction of strength and normal mechanics, especially considering having osteoporosis. Pt with gradual

improvement in tolerance to walking, encouraged continued progression. Discussed accepting some hip an dknee symptoms, especially if not progressively worsening or recovering upon rest. Unclear etiology of atypical pain pattern without severe OA per recent imaging. Anterior hip pain and limited tolerance to active hip flexion is consistent with hip flexor over-activity. Encouraged glute/hamstring activation, hip flexor inhibition concepts, CKC strengthening progressions as tolerated. Pt is progressing towards meeting PT goals.

## PLAN OF CARE

Steven to be seen up to 4 additional visits by 2/6/25 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

Goals Re-Established 11/8/2024
Short Term/Long Term Goals: By 2/6/25
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms. **Progressing Towards Goal**
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

## SUBJECTIVE

Pt reports clamshell getting easier
Bridges have become easier, left knee is a big problem, modifies with a yoga block
Walking longer in the condo
No longer icing his hip or using OTC medication
Still has to rest quite a lot
Interested in increasing activity without injury, left knee can't tolerate aquatic exercise or bike

Pain Rating: NR/10

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

Pt enters clinic with use of power chair, pt able to walk with SPC from waiting room to treatment room today
Gait: WNL with SPC

Squat: unloading from right side with right anterior hip pain indicated, non-painful left knee

Special Tests:
SLR: R 85 L 65
FA ER ROM: R 40 L 65
FA IR ROM: R 30 L 0
Extension Drop/Thomas Test: NT
Adduction Drop Test/Ober's: + L
Abduction Raise Test: NT
Pelvis Ascension Drop Test: NT

**Therapeutic Exercise:**
Access Code: JQNF84R6

URL: https://kaiserpermanente.medbridgego.com/
Date: 12/19/2024
Prepared by: Brad Plant

Exercises
- Supine Single Knee to Chest Stretch - 1-2 x daily - 3-5 reps - 20-30 seconds hold
- Bent Knee Fallouts with Alternating Legs - 1-2 x daily - 3 sets - 3-5 reps - 20-30 sec hold
- Clamshell - 1-2 x daily - 2-3 sets - 10 reps
- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps
- PRI Right Sidelying Supported Left Glute Med - 1-2 x daily - 3-5 sets - 5 breaths
- Seated Hip Hinge - 1-2 x daily - 10 reps

**Patient Response to Treatment**: Pt required visual and verbal cueing to correctly perform today's exercises. Pt was able to correctly demonstrate exercises following session but may require continued cueing.

**Time Spent on Treatment:**
Therapeutic Exercise x 35 minutes

Time In: 2:55
Time Out: 3:37

Electronically signed by Plant, Brad, PT at 12/19/2024 3:46 PM

## 12/18/2024 - Office Visit in Westside Medical Office Audiology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Harris, Barbara Jean, Au.D | Harris, Barbara Jean, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Audiology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

### Reason for Visit

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Harris, Barbara Jean, Au.D | 12/18/2024 1009 |

### Clinical Notes

**Unknown**

**Progress Notes by Harris, Barbara Jean, Au.D at 12/18/2024 0930**

| | | |
|---|---|---|
| Author: Harris, Barbara Jean, Au.D | Service: — | Author Type: AUDIOLOGIST |
| Filed: 12/18/2024 10:09 AM | Encounter Date: 12/18/2024 | Creation Time: 12/18/2024 9:29 AM |
| Status: Signed | Editor: Harris, Barbara Jean, Au.D (AUDIOLOGIST) | |

Hearing Aid Stock Card

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | **(R)** 2366366126<br>**(L)** 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430<br>Resound Multi-Mic (SN: unknown) |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | Medicaid? No<br>L&D: Not used | | |

**Clinical Notes (continued)**

Visit Reason: Hearing aid check/adjustment
Accompanied by: Self

**S:** Patient is an engineer and music enthusiast, here today for hearing aid adjustment. His primary issue today is feedback when wearing his hearing aids with supra-aural headphones to listen to music.

**O/A:** Accomplished the following today:

- Uploaded audiometric thresholds to hearing aids from exam completed on December 16, 2024.
- Substantially reduced overall gain in music program (6-8 steps), until feedback issue with headphones resolved.
- Reduced overall gain on LEFT side in music program by two additional steps to achieve loudness balance, per patient request.

1.
2. Patient listened to a variety of music samples in the clinic after adjustments, and reported that feedback was better, and music sounded balanced.
3.
4. **P:** No additional follow-up is scheduled at this time. Patient will contact the clinic as needed for hearing aid services.
5.

Electronically signed by Harris, Barbara Jean, Au.D at 12/18/2024 10:09 AM

**Patient Instructions**

Hearing Aid Stock Card

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | (R) 2366366126<br>(L) 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430<br>Resound Multi-Mic (SN: unknown) |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | *Medicaid? No*<br>*L&D: Not used* | | |

**Supply Orders:**
There are three ways to order supplies for your hearing aids. Supplies are sent free of charge, up to 7 years

after hearing aid purchase, and as long as you are an active KP member. For each option, the supplies will be mailed to your address on file.

6. Use KP.ORG
    a. send a message to your audiologist requesting supplies

7. Complete a supply request form at the clinic
    a. Forms are located by the hearing aid drop box in the Audiology department

8. Leave a message
    a. Call the Specialty Line at (503) 331-3060 and make a request

**Hearing Aid Drop Box**

Hearing aid repairs can be addressed by using the hearing aid drop box located in the audiology department or by making an appointment at (503) 331-3060 to see the audiology technician. Repair forms and bags are available to use at the drop box. Place your hearing aids into the bag and drop in the box. Every attempt will be made to address concerns and repairs in office prior to mailing to the manufacturer for repair. If the hearing aids need to be sent to the manufacturer, you will receive a phone call with information regarding this. You will be notified when the hearing aids are received in the clinic and given options for pick up. For hearing aid issues unrelated to repair, an appointment with an audiologist will be needed. **PLEASE NOTE:** You must be an active KP member; The audiology department does not see members on a walk-in basis.

**Warranty**

As a reminder, your hearing aids are covered for services such as repair, reprogramming, fit adjustments, cleaning, earmolds, supplies, and drop box until the date listed above. Should the hearing aids become lost or damaged beyond repair, contact the audiology department and request a loss and damage replacement. Each hearing aid is covered one time for loss and/or damage beyond repair within the warranty period and will incur a $200 per aid non-refundable fee. After the warranty is complete, the hearing aids are serviceable until they are 7 years old, for an additional fee.

**Bluetooth Hearing Aid Support**

For questions/concerns regarding hearing aid Bluetooth connection to your cell phone (if applicable), please contact the hearing aid manufacturer for support.

Resound Bluetooth Support operates 6-4 pm PST, Monday through Friday and can be reached at 1-888-735-4327.

**Trouble Shooting**

1. The hearing aid is not producing sound or sounds muffled
    - Brush the microphones
    - Change the wax filter (if applicable)

Lincoln/Weller 0245

**Patient Instructions (continued)**

- Change the battery or place in charger until green light is solid
- Use the volume control to turn up volume (if applicable)

2. The hearing aid got wet and stopped working
   - If you have been given a Dri-aid kit by your audiologist, use this. If you need a Dri-aid kit, you can request one be sent by mail. Another option is to place the hearing in dry rice for several hours.
   - If this does not resolve the issue, contact the audiology department.

We are here to help. For all questions or concerns, you may contact your provider via KP.ORG or by calling the specialty appointment line at (503) 331-3060. You can leave a message or make an appointment during business hours.

Electronically signed by Harris, Barbara Jean, Au.D at 12/18/2024 10:09 AM

## 12/16/2024 - Office Visit in Sunnybrook Audiology

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Pluim, Joshua Willem, Au.D | Pluim, Joshua Willem, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Audiology | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Visit Diagnosis**

- **BILAT SENSORINEURAL HEARING LOSS (primary) [H90.3]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT SENSORINEURAL HEARING LOSS (primary)** | H90.3 | Pluim, Joshua Willem, Au.D | 12/16/2024 0950 |

**Clinical Notes**

**Unknown**

**Progress Notes by Pluim, Joshua Willem, Au.D at 12/16/2024 0930**

Author: Pluim, Joshua Willem, Au.D Service: — Author Type: AUDIOLOGIST
Filed: 12/16/2024 9:57 AM Encounter Date: 12/16/2024 Creation Time: 12/16/2024 9:26 AM
Status: Signed Editor: Pluim, Joshua Willem, Au.D (AUDIOLOGIST)

**Visit Type:** Audiology Evaluation

**Subjective Concern:**
Updated hearing test.

Accompanied by: self
Previous hearing exam? no
Hearing Aid user? yes, Resound (KP northern california)

Tinnitus? no
Dizziness/Vertigo? no
Noise exposure? no
Ear protection? yes
Family history of hearing loss? Yes, parent, siblings, cousins
Prior ear surgery or disorders? History of childhood ear infections, and PE tubes.
Pain, pressure or fullness? no

**Objective Results:**

Otoscopy

Right: clear canal, tympanic membrane visualized
Left: clear canal, tympanic membrane visualized

Pure tone Audiometry using insert phones
Bilateral: moderately-severe to profound sensorineural hearing loss 250 to 8K Hz

Speech Reception Thresholds are in good agreement with puretone results
Right: 70 dB HL
Left: 70 dB HL

Speech Discrimination Ability in Quiet (conducted in English)
Right: 56% @ 90 dB HL
Left: 44% @ 90 dB HL
Preferred language: English

Tympanometry
Right: DNT
Left: DNT

*Tympanometry is completed to rule out the presence of middle ear disorder due to complaint of tinnitus, aural pressure/fullness, presence of a conductive or mixed hearing loss, history of dizziness or middle ear disorders and/or a referral to or from the Head and Neck Surgery department.*

Comments: See scanned audiogram/tympanometry for detailed info

**Assessment:**
Testing showed a moderately-severe to profound sensorineural hearing loss bilaterally. No signs of active ear disease or significant asymmetry noted on exam.

Changes to hearing?N/A
Is this a sudden HL? No

Patient was counseled on exam results. The following written information was also provided: copy of today's audiogram results.

Does this person meet minimum Medicaid criteria for amplification (*OR Adults: 35 dB loss @ 2 frequencies between 1-4 kHz, WA: 45 dB PTA or worse in better ear).* **Yes, meets both WA and OR medicaid requirements for amplification**

**Plan:**
- Recommend patient follow-up with Audiology for hearing aid check/adjustment.
- Repeat audiology exams as needed if changes to hearing, tinnitus, or balance are suspected.

Electronically signed by Pluim, Joshua Willem, Au.D at 12/16/2024 9:57 AM

Lincoln/Weller 0251

## 12/12/2024 - Telephone in Appointment & Advice Contact Center

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Chief Complaint

- APPOINTMENT (done)

**Revision History**

Dykier, Pamela, RN on 12/17/2024 1146
- APPOINTMENT (3 DL "Nerve pain " left hand, asking for follow up with you)

Roque, Christine, RN on 12/12/2024 1632
- APPOINTMENT (NOD DL bilateral hand pain)

Romeo, Megan on 12/12/2024 1339
- CARE COORDINATION

### Clinical Notes

#### Unknown

**Telephone Encounter by Romeo, Megan at 12/12/2024 1339**

| | | |
|---|---|---|
| Author: Romeo, Megan | Service: — | Author Type: — |
| Filed: 12/12/2024 1:40 PM | Encounter Date: 12/12/2024 | Creation Time: 12/12/2024 1:39 PM |
| Status: Signed | Editor: Romeo, Megan | |

**S:** Patient, is calling to request f/u for same dx, mentions that the symptoms are about the same so he would like to see what next steps he might take.

**B:** Followed by Dan Lavery, MD for BILAT HAND PAIN

- Is this issue?
- New or Worsening: no
- Are you experiencing Moderate to severe pain? yes
- 
- **A:** Preferred method of communication: KP.ORG Accepted: Phone number if needed by clinic staff:
- 
- Mobile
- 

Electronically signed by Romeo, Megan at 12/12/2024 1:40 PM

**Telephone Encounter by Dykier, Pamela, RN at 12/17/2024 1122**

| | | |
|---|---|---|
| Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 12/17/2024 11:46 AM | Encounter Date: 12/12/2024 | Creation Time: 12/17/2024 11:22 AM |
| Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE) | |

**R: Routed to Dr. Lavery, patient is having new "Nerve Pain" to his left forarm/ hand. Certain movements can trigger it. Compression helps. Asking for a follow up appointment with you.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing returning call.
**B: Followed by Dr. Lavery for Bilateral hand pain. Last appointment was 5/9/2024.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)**

**Clinical Notes (continued)**

**A:** Called and spoke with patient about his worsening symptoms:

- Pt states he is having "Neurological pain" in left arm at times that is bad enough to be disabling. Sometimes triggered by doing certain arm movements. States that while doing physical therapy exercises "nerve gliding" exercises with palm up he can trigger this pain.
- Can happen all by its self as well.
- Pain is described as generalized and distracting, not sharp or jabbing, its feels like the whole forearm is aching from hand to elbow. No weakness no problems moving arm or hand during the pain. States it last from a few hours to a day.
- Been going on for years and only recently noted that its triggered by certain movements.
- No numbness or tingling noted. No change in appearance
- Compression glove or sleeve does help.
- No longer works on keyboards so a lot of his symptoms before have resolved or calmed down.
- No symptoms noted to right arm.
- Pain Comes and goes.

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**COMMENTS**

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

**RECOMMENDATIONS**

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody
-no additional neurodiagnostic testing recommended outside of the above blood tests
-agree with occupational hand therapy evaluation
-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered
-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam
-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

**12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)**

**Clinical Notes (continued)**

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

This note was dictated using FLUENCY VOICE RECOGNITION SOFTWARE and transcription errors occasionally occur. Please contact me if there is a question about the intended meaning of a word or phrase in this dictation.

**Other Notes**

All notes
**Instructions**

Return for PRN (follow up as needed).

**Follow-up:**

- **I will send a copy of my note to your primary care provider. I would suggest checking in with her in a few months, after you have tried some of the conservative treatments listed above. If the symptoms are not adequately controlled then she could consider prescribing a prescription medication for pain, or possibly involving rheumatology or orthopedic hand surgery for opinions.**

Sincerely,

Dan Lavery, MD
Department of Neurology

Electronically signed by Dykier, Pamela, RN at 12/17/2024 11:46 AM

**Telephone Encounter by Lavery, Daniel Philip Jr., MD at 12/17/2024 1205**

| | | |
|---|---|---|
| Author: Lavery, Daniel Philip Jr., MD | Service: — | Author Type: Physician |
| Filed: 12/17/2024 12:09 PM | Encounter Date: 12/12/2024 | Creation Time: 12/17/2024 12:05 PM |
| Status: Signed | Editor: Lavery, Daniel Philip Jr., MD (Physician) | |

I could not previously identify an obvious neurological explanation for his symptoms, and my feeling was that the symptoms were more likely musculoskeletal in nature. At this point I would suggest a second opinion with Dr. Mahadeva or Dr. Noble to see if they have a different view on his symptoms.

Electronically signed by Lavery, Daniel Philip Jr., MD at 12/17/2024 12:09 PM

## 12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)

**Clinical Notes (continued)**

**Telephone Encounter by Dykier, Pamela, RN at 12/17/2024 1536**

Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 12/17/2024 3:44 PM | Encounter Date: 12/12/2024 | Creation Time: 12/17/2024 3:36 PM
Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE)

**R:** Patient informed and agrees.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 12/18/2024 9:30 AM (Arrive by 9:15 AM) | Barbara J. Harris; WMS FITTING/DISPENSING ROOM | Westside Medical Office Audiology | 855-512-5983 | |
| 12/18/2024 12:40 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Telephone Visit |
| 12/19/2024 2:40 PM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/20/2024 9:20 AM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 12/31/2024 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/31/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 1/13/2025 11:00 AM | Olukayode O. Ogunrinde | Sunnyside Sleep Medicine | 855-878-6411 | Video Visit Evolution (Zoom) |
| 1/27/2025 10:00 AM (Arrive by 9:30 AM) | Geoffrey P. Noble | Sunnyside Neurology | 844-364-4807 | |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing to give message from Dr. Lavery.
**B:** See message as stated below.

**Lavery, Daniel Philip Jr., MD Physician Signed 12:05 PM**

**I could not previously identify an obvious neurological explanation for his symptoms, and my feeling was that the symptoms were more likely musculoskeletal in nature. At this point I would suggest a second opinion with Dr. Mahadeva or Dr. Noble to see if they have a different view on his symptoms.**

**A:** Request completed.

Electronically signed by Dykier, Pamela, RN at 12/17/2024 3:44 PM

**Flowsheets**

**Nursing Care provided**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)

**Flowsheets (continued)**

| Row Name | 12/17/24 1543 |
|---|---|
| Nursing Care provided | |
| Care given | Triage/Advice Acute Symptoms;Follow-up Support -PD at 12/17/24 1544 |
| Total time with patient | 20 min -PD at 12/17/24 1544 |
| Setting in which patient received care | Telephone -PD at 12/17/24 1544 |
| Clinician Involvement | Consult -PD at 12/17/24 1544 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| PD | Dykier, Pamela, RN | REGISTERED NURSE | Nursing | 12/17/2024 |

## 12/11/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 12/11/2024 9:48 AM |

It's been 8 weeks since the steroid injection in my right hip bursa. I've been off naproxen now for a week and I can feel the difference, but I am still about as active as I was on half. The exercises are also still fine, though left knee pain means I have to modify the bridges. I still need to sit and rest my hip a lot during the day.

Leaning forwards hurts my right hip pretty quickly, for example when standing and doing a jigsaw puzzle on a table. Sitting and leaning forwards, for example tying shoes likewise gets painful.

## 12/03/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL (Foster, Referral )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Bermejo, Darely, MA at 12/3/2024 1636**

Author: Bermejo, Darely, MA Service: — Author Type: MEDICAL ASSISTANT
Filed: 12/3/2024 4:41 PM Encounter Date: 12/3/2024 Creation Time: 12/3/2024 4:36 PM
Status: Signed Editor: Bermejo, Darely, MA (MEDICAL ASSISTANT)

**R:** Routed to clinician for advice
- Patient requesting neurology referral
- Referral pended

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from Scheduled telephone appointment on 11/08/24 by Kellie R. Foster, MD:*
A) NEUROPATHIC PAIN (primary encounter diagnosis)
OBSTRUCTIVE SLEEP APNEA
BILAT HAND JOINT PAIN
RIGHT HIP JOINT PAIN

Consider pain referral in future as well as low dose naltrexone but pain reports pain is managable
Consider interventional pain in future for possible cervical nerve intervention
Will email form for PGE for need for cpap
Pt will schedule visit in Jan

Electronically signed by Bermejo, Darely, MA at 12/3/2024 4:41 PM

**Messages**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Messages (continued)**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>12/19/2024 7:11 PM by Weller, Steven | Weller, Steven | 12/6/2024 4:06 PM |

Dear Mr Weller,

Thank you for your message- because you are an established patient in neurology (visit with Dr Lavery 6/2024) - you can contact their team to schedule a visit- neurology Advice Nurse, please call 503-571-7211.

Sincerely,
.Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 12/3/2024 11:52 AM |

Despite general improvement in my hand and arm pain resulting from rest, I am still getting neurological pain in my left arm at times that's bad enough to be disabling. I can also trigger it by doing certain nerve gliding or arm movement exercises. My right arm is unaffected.

I'd like to see if there is anything that neurology can do for me since we've never gotten to the root of this issue.

## 12/03/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Olson, Ashley, MA at 12/4/2024 0944**

| | | |
|---|---|---|
| Author: Olson, Ashley, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 12/4/2024 9:44 AM | Encounter Date: 12/3/2024 | Creation Time: 12/4/2024 9:44 AM |
| Status: Signed | Editor: Olson, Ashley, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.

FYI

Electronically signed by Olson, Ashley, MA at 12/4/2024 9:44 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Ashley Olson, MA<br>Last Read in kp.org<br>12/14/2024 8:14 AM by Weller, Steven | Weller, Steven | 12/4/2024 9:44 AM |

Dear Steven,

I will pass your message along for Sadie to review. Let us know if you have any questions or need anything.

Should you need to make an appointment, have questions or need medical advice please call your preferred clinic for assistance. If needed you can reach the regional advice line after 5pm, Weekends and on Holidays at 1-800-813-2000.

Ashley Olson, MA
Westside Orthopedics

Westside Ortho: 971-310-3240
Mill Plain Ortho: 360-449-7042
Skyline Ortho: 503-566-4505
Sunnybrook Ortho: 503-571-3653
Interstate Ortho: 503-281-2056

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 12/3/2024 9:31 PM |

It's been 7 weeks since the steroid injection in my right hip bursa. I'm taking half the naproxen that I was and feel less weird, more able to feel, and haven't experienced an increase in pain from it.

While my hip pain varies day to day, I'm seeing a trend of greater tolerance to standing and the ability to do more indoor activity. The bridge exercise unfortunately hurts my left knee, so I'm having to be very careful with those.

## 12/03/2024 - Patient Message in South Interstate Occupational Therapy

### Visit Information

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>12/17/2024 1:25 PM by Weller, Steven | Weller, Steven | 12/17/2024 1:18 PM |

So sorry for the late response. I have been out of the office.

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>12/17/2024 1:23 PM by Weller, Steven | Weller, Steven | 12/17/2024 1:18 PM |

Hi Steven,

Do you have any shoulder pain? If you do, PT does not require referral. Might be helpful.

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 12/3/2024 9:41 PM |

On my last visit you gave me some compression hose to try on my arm to see if it affected the pain I was feeling.

I've found that it can help, but the effect is very variable. And I tend to have to put it on for a while and then take it off for the best effect. So it's clearly helping to relieve the pain but not in a consistent way.

I discontinued the hand and arm exercises and have not noticed a difference in the way I feel. I can still consistently trigger the neurological pain in my left arm by doing the tray gliding (to the side) and eating gliding (to the front). I think that the root of that pain lies in my shoulder, so I'm going back to neurology and will try some experiments to see if I can narrow down the action that triggers it.

## 11/28/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Plant, Brad, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Brad Plant, PT<br>Last Read in kp.org<br>12/2/2024 9:38 AM by Weller, Steven | Weller, Steven | 12/2/2024 8:44 AM |

I would recommend that you don't abandon the bridge completely. If it's not working today, try it again tomorrow. It is a safe exercise for patellofemoral pain and will help build the strength you need to progress. Some days might be better than others though.

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Plant Brad Pt Pool (supporting Brad Plant, PT) | 11/28/2024 6:37 AM |

I'm currently doing Level II Bridge exercises to help with right hip pain and these are fine for my hips. However, my left knee (the one with femoral-patella syndrome) is starting to hurt, so I can't continue doing these exercises in their current form.

I'm going to try to modify the exercise to avoid hurting my left knee, but wondered if there is another exercise I can try that does not involve bending my knee in the same way?

## 11/27/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**

- OTHER (FYI)

**Clinical Notes**

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 11/27/2024 1149**

Author: McGath, Tracy, MA
Filed: 11/27/2024 11:49 AM
Status: Signed
Service: —
Encounter Date: 11/27/2024
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)
Author Type: MEDICAL ASSISTANT
Creation Time: 11/27/2024 11:49 AM

**S:** Message reviewed: No staging indicated, routed to clinician.

Unable to review PST at this time.

Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 11/27/2024 11:49 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/27/2024 10:51 AM |

It's been 6 weeks since the steroid injection in my right hip bursa. I've had two PT appointments now.

I'm continuing with exercises that are not painful and have added Clamshell and removed hip adduction (abduction is ok). I'm getting around the condo about as well as last week, maybe a little better, being careful to rest my hip, but also being as active as I can.

I was taking naproxen 220mg twice a day, but have cut that to half dosage twice a day with the intention of stopping completely. I think it's making me feel weird (physically tense, a low

steady level of anxiety, lowering of mood).

Lincoln/Weller 0281

## 11/22/2024 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Melin, Benjamin Joel, PTA | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return for follow POC/FUD from last PT visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY, onset date 11/22/2024

**Visit Diagnosis**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Melin, Benjamin Joel, PTA | 11/22/2024 0943 |

**Clinical Notes**

**Unknown**

**Progress Notes by Melin, Benjamin Joel, PTA at 11/22/2024 0915**

| | | |
|---|---|---|
| Author: Melin, Benjamin Joel, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 11/22/2024 9:44 AM | Encounter Date: 11/22/2024 | Creation Time: 11/22/2024 9:29 AM |
| Status: Signed | Editor: Melin, Benjamin Joel, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 6 this year
Progress note due: 12/8/24

**ASSESSMENT**

Patient Response to Treatment: good tolerance

Steven is a 63 yrs old male with subjective report and objective findings consistent with R anterior hip pain which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

**11/22/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

**PLAN**

Steven to be seen for up to 5 additional visits by 2/6/25 per physical therapy plan of care. Treatment may include the following: stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

No change in plan of care.

Next session 12/19/24 with Brad.

**SUBJECTIVE**

Steven reports pain is about 4-5/10 sitting in clinic, compliant with HEP, added some hip exercises since last visit (bridges/seated heel-toes/sidelying hip abduction).

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data: arrives in power scooter, indep xfers

Therapeutic exercise added/performed bridges with posterior pelvic tilt and emphasis on heel wt-bearing, sidelying clamshells on L sidelying, minutes: 30 Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 9:15am
Time Out: 9:45am

Electronically signed by Melin, Benjamin Joel, PTA at 11/22/2024 9:44 AM

## 11/19/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Post injection status )

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/19/2024 9:20 AM |

It's been five weeks since my right hip steroid shot. Progress has definitely leveled off now.

I started PT exercises 2024-11-11 a few days after my first PT appointment. I can do the exercises pain-free. The Level 2 bridge actually feels good in my right hip, literally like I'm using muscles that haven't seen any action in a while. Walking and standing still hurt, so I'm not doing more than I have to.

## 11/19/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Plant, Brad, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Brad Plant, PT<br>Last Read in kp.org<br>11/19/2024 9:20 AM by Weller, Steven | Weller, Steven | 11/19/2024 9:19 AM |

Thanks for the update Steven. I think that's a great start in the right direction!
It looks like we see you again in PT 11/22.

Be Well,

Brad

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Plant Brad Pt Pool (supporting Brad Plant, PT) | 11/19/2024 9:12 AM |

A follow-up on my visit 2024-11-08. I did not have as much pain as I expected following my visit, and recovery was faster than expected, so the anti inflammatories are definitely helping.

I've been adding exercises, currently doing all the reps for the side lying scissor slides, level 2 bridge, seated heel raise and toe raise, supine hip abduction, and seated trunk rotation. I can do all of these pain-free, and interestingly the bridges actually feel good in my right hip.

I tried doing some straight ordinary walking up and down the condo, but that was too much and I'm now only walking when I need to.

Lincoln/Weller 0289

## 11/15/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

**PGE Forms**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>11/17/2024 9:11 AM by Weller, Steven | Weller, Steven | 11/15/2024 8:37 PM |

Dear Mr Weller,

Attached please find the PGE form. I am hopeful they will accept an electronic signature as I am only working virtually the next 2 weeks.

Sincerely,
Kellie R. Foster, MD

Lincoln/Weller 0291

## 11/14/2024 - Patient Message in Westside Medical Office Durable Medical Equipment

### Visit Information

**Provider Information**

**Encounter Provider**

Hegenbarth, Thomas J

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Durable Medical Equipment | 2875 NE Stucki Ave Hillsboro OR 97124 | 855-878-6411 |

### Messages

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Sleep Medicine Case Manager Msg Pool (supporting Thomas J Hegenbarth) | 11/14/2024 11:10 AM |

I have enclosed an unfilled PGE form and a filled version that I previously submitted. Is this something you can fill out and return to me? I should have brought this with me at my visit this week.

I have worked with my PCP to do this, but she is busy with more important things.

## 11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Hegenbarth, Thomas J | Goldstein, Joshua Brandon, NP | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Durable Medical Equipment | 2875 NE Stucki Ave Hillsboro OR 97124 | 855-878-6411 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

**Reason for Visit**

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary)** | G47.33 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary)** | G47.33 | Yes | Hegenbarth, Thomas J | 11/13/2024 0831 |

**Clinical Notes**

**Unknown**

**Progress Notes by Hegenbarth, Thomas J at 11/13/2024 0810**

Author: Hegenbarth, Thomas J    Service: —    Author Type: Case Management
Filed: 11/13/2024 8:32 AM    Encounter Date: 11/13/2024    Creation Time: 11/13/2024 8:20 AM
Status: Signed    Editor: Hegenbarth, Thomas J (Case Management)

**Follow up PAP therapy on 11/13/2024**

**Visit Type:** Office

**Dispensed:** Referred to Apria for supplies and Mask

**Settings after download/visit:**
**SYSTEM:** ResMed AutoCPAP (Airsense 11) S 23231295566

**Settings: 8.0 - 12.0 cmH2O**
EPR: 3
Modem: Yes

**Tubing Type:** Heated tubing
**Mask Type:** Nasal mask dreamWear under nose, Size: med frame / large cushion

**AICD or Cardiac Pacemaker: NO**

**11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment (continued)**

**Clinical Notes (continued)**

**Background:**

Date of Initial Setup: **08/26/2015**
Date of last Upgrade /Purchase: 07/20/2023
Date of Recall/Warranty replacement: N/A
Initial sleep study: **Date** KP SO Cal **/ AHI 36.7** (>3 % desat rule)
Last download **AHI 3.9**

**Overnight oximetry requested: NO**

**Assessment:**

| | 11/10/2024 9:08 AM |
|---|---|
| **Epworth Sleepiness Scale Score** | |
| Epworth Sleepiness Scale Score | 2 |

ESS:

**Data obtained from device:**
Compliance Dates: 10/14/2024 - 11/12/2024
Usage is 100% of total days | 100% > 4 hours
Hours of usage 7 hrs 39 mins (avg)

Median: 9.6 cmH2O
95th: 11.2 cmH2O

CA: 1.6
OA: 1.2
AHI: 3.4
CSR/PB: 0.0%
Leak: 3.5 L/M
Humidification usage:Yes

**Settings for this download:**
8.0 - 12.0

Summary of Visit:
In office visit with Steven Weller who is here to establish care with KP NW SMES. Member is 100% compliant and very well treated. Time is spent disucssing his mask and his therapy and his pressure settings. He is at the top of his pressure setting but still well treated. Discussed increasing the flow 1 cm but he stated taht for comfort his lungs can't take the higher flow so he prefers the settings that he is at.

No need to increase the flow at this time. Setting 12 month apt request for annual follow up.

Routing to DOD

**Plan:**
1) Changes made to PAP Settings: N/A.
2) Follow up in 12 months.
3) Routing to Josh Goldstein, NP.

Lincoln/Weller 0297

## 11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment (continued)

**Clinical Notes (continued)**

Electronically signed by Hegenbarth, Thomas J at 11/13/2024 8:32 AM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Thomas J Hegenbarth | 11/10/2024 9:08 AM |

Patient questionnaire submission

--------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kporg Epworth Sleepiness Scale Nw**

| Question | 11/10/2024 9:08 AM PST - Filed by Patient |
|---|---|
| How likely are you to doze off or fall asleep in the following situations, in contrast to feeling just tired? | |
| Sitting and reading | no chance of dozing |
| Watching TV | slight chance of dozing |
| Sitting inactive in a public place (e.g. a theater or a meeting): | no chance of dozing |
| As a car passenger for an hour without a break | no chance of dozing |
| Lying down to rest in the afternoon when circumstances permit | slight chance of dozing |
| Sitting and talking to someone | no chance of dozing |
| Sitting quietly after a lunch without alcohol | no chance of dozing |
| In a car, while stopped for a few minutes in traffic | no chance of dozing |
| **Epworth Sleepiness Scale Score (range: 0 - 24)** | 2 |

**Referrals**

**Outpatient Service #1915877472**

Reason: Specialty Services Required
Class: Internal
Status updated on: 10/30/2024

Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 10/30/2024 to 10/30/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000

Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

## 11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment (continued)

**Referrals (continued)**

**Referred To**

Department: ZZZ-SLEEP MEDICINE Department phone: 855-878-6411
Specialty: Sleep Medicine

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**221560 - REFERRAL SLEEP, CPAP EQUIPMENT.**

Number requested: 1 Number approved: 1

**Diagnoses**

- G47.33 (ICD-10-CM) - OBSTRUCTIVE SLEEP APNEA

**Referral Notes**

**Provider Comments by Wohletz, Bethany C, MD at 10/30/2024 1647**

Summary: Provider Comments

FOR PAP SUPPLIES AND ORDERS ONLY
For members who need supplies (mask, tubing, filters), if known what supplies are needed?

Payor: VST MBR KP NCAL / Plan: KP INTRGNL NO CALIFORNIA / Product Type: HMO

**Order**

**REFERRAL SLEEP, CPAP EQUIPMENT. [634757138]**

Electronically signed by: **Wohletz, Bethany C, MD on 10/30/24 1647** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Wohletz, Bethany C, MD 10/30/24 1647 Authorized by: Foster, Kellie R, MD
Ordered during: Patient Message on 10/30/2024
Diagnoses
OBSTRUCTIVE SLEEP APNEA [G47.33]
Order comments: FOR PAP SUPPLIES AND ORDERS ONLY For members who need supplies (mask, tubing, filters), if known what supplies are needed? Payor: VST MBR KP NCAL / Plan: KP INTRGNL NO CALIFORNIA / Product Type: HMO

**Coverages**

**Deductible Plan**

Plan: 5033270 Covered: Covered From: 3/1/2024 Member #: 15500373

Lincoln/Weller 0301

## 11/12/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/12/2024 7:58 PM |

It's been four weeks since I had the steroid shot in my right hip bursa. I had a PT appointment a few days ago and am adding exercises gradually, so far without causing any increase in pain. I'm also making a point of walking as normally as possible in a straight line once a day and seem to be tolerating that. Still resting my hip a lot and using ice.

## 11/11/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- E-MAIL COMMUNICATION

**Revision History**

Barker, Katherine Grace, LPN on 11/11/2024 1642
- E-MAIL COMMUNICATION (11/11 waiting for reply )

### Messages

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent and Delivered |
|---|---|---|
| James Bussell, LPN<br>Last Read in kp.org<br>12/19/2024 7:11 PM by Weller, Steven | Weller, Steven | 11/12/2024 12:43 PM |

Hello Steven

Thank you for using kp.org. My name is Jim and I am a LPN with Kellie R. Foster, MD's team. Your clinician has asked me to reply to your message.

**Please call 800-813-2000 for appointment assistance.**

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Be Healthy. Live Well. Thrive.

Have a wonderful day!

James R. Bussell, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/11/2024 4:49 PM |

I am able to email paperwork, but don't have any to email yet. I may not get any for a while; if I do it will be closer to the deadline.

Dr Foster may be happy to provide a work status report based on email conversations, so an appointment may not be needed, but that is what we have done previously.

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Katherine Grace Barker, LPN<br>Last Read in kp.org<br>11/11/2024 4:44 PM by Weller, Steven | Weller, Steven | 11/11/2024 4:41 PM |

Steven,

Thank you for using kp.org. My name is Katie and I am a LPN with Kellie R. Foster, MD's team.

Are you able to email paperwork to Dr. Foster for review? I do see that you had an appointment on 11/08/2024 with Dr. Foster.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Katherine Barker, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/11/2024 9:03 AM |

The earliest I was able to make a new video appointment is January 10 2025. That's past the deadline for renewing my expiring work status (January 5 I believe). Ideally an appointment would be a couple of weeks earlier since the work status report tends to kick off other paperwork and a request for medical records.

How can I get an earlier appointment?

## 11/08/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 4** |

### Reason for Visit

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- OBSTRUCTIVE SLEEP APNEA [G47.33]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- RIGHT HIP JOINT PAIN [M25.551]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 11/15/2024 2038 |
| Diagnosis #2 | | | | |
| Add | OBSTRUCTIVE SLEEP APNEA | G47.33 | Foster, Kellie R, MD | 11/15/2024 2038 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 11/15/2024 2038 |
| Diagnosis #4 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 11/15/2024 2038 |

### Clinical Notes

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 11/8/2024 1200**

Author: Foster, Kellie R, MD
Filed: 11/15/2024 8:39 PM
Status: Signed
Service: —
Encounter Date: 11/8/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 11/8/2024 12:17 PM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**
Will need work status report filled out again in Jan
Need to make sure hitting deadlines

Cortisone shot into hip - 3 weeks ago, continues to pace activity

Had Physical Therapy again tody a-- not as painful as he thought it would be, remsin ambulatory
Not as impacted as he thought it would be
Ambulation is being encouraged
Least amt of pain is improving over time
Overall progress is being made, feels encouraged

Met with OT - strengthening exercises for hand - strenghtening, using puddy - can do exercises without pain
R hand has improved
L hand still stiff -
Still not able to get more use out of it
Stinging has improved-
Still occurring at night but not as much during the day
Still has to limit computer use - stlil limits computer - if overdoes it
OT recommending pain clinic
Lyrica and gabapentin overall numbing - when use hands more - prologned recovery after he had to stop
Wary of using pain medication
Since he is now able to pace activity pain is ok
Lethery/cold sensation in hand -cna be triggered by certain gliding especially if using shoulder
Overall symptoms are worse nin left hand at baseline - but lately not flaring any more than R
Tried to use manual wheelchair and dupuytren's flared

Rotation of left elbow can aggravate pain - feels like eblow has plateued - overall in ok shape

Elbow can hurt sympathetically
- usually pain ends at elbow

Can cope with isolated pain but generalized pain + stress hard to manage
Recent Not experiencing casading pain

Discussed pain clinic referral - options of meeting with physician for pain medications options
- pain psychology

Overall level of pain is ok because he can manage activity
Does overall think nerve problem is managable
Elbow and shoulder still can trigger pain
Wonders about role of neck

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*
Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
OBSTRUCTIVE SLEEP APNEA
BILAT HAND JOINT PAIN
RIGHT HIP JOINT PAIN

Consider pain referral in future as well as low dose naltrexone but pain reports pain is managable
Consider interventional pain in future for possible cervical nerve intervention
Will email form for PGE for need for cpap
Pt will schedule visit in Jan

P) No orders of the defined types were placed in this encounter.

21-30 min pt care time

Electronically signed by Foster, Kellie R, MD at 11/15/2024 8:39 PM

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>10/14/2024 8:11 AM by Weller, Steven | Weller, Steven | 10/12/2024 10:56 AM |

Appointment Information:
Visit Type: Video visit
Date: 11/8/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 12:00 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"

3. Wait for clinician to join

From mobile devices (phone or tablet)

1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops

1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

Lincoln/Weller 0317

## 11/08/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Plant, Brad, PT | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 4 weeks (around 12/6/2024) for add every other week x 2 PTA/PT.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 11/8/2024

**Visit Diagnosis**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Plant, Brad, PT | 11/08/2024 1512 |

### Clinical Notes

**Unknown**

**Progress Notes by Plant, Brad, PT at 11/8/2024 0930**

| | | |
|---|---|---|
| Author: Plant, Brad, PT | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 11/8/2024 3:12 PM | Encounter Date: 11/8/2024 | Creation Time: 11/8/2024 8:27 AM |
| Status: Signed | Editor: Plant, Brad, PT (THERAPIST, PHYSICAL) | |

**Physical Therapy Progress Report - In Office Appointment**

Visit #5 for R hip pain
POC updated 11/8/2024 (Reauthorization requested today)

Reporting Period: 9/11/2024 to 11/8/2024
Next monthly progress report due date: 12/8/24

**ASSESSMENT**

Chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. Pt demonstrates functional, normalized gait pattern today, with ability to ambulate 150' with minimal pain during. Discussed risk of being overly conservative with reduced loading through his legs, further reduction of strength and normal mechanics, especially considering having osteoporosis. Encouraged gradual progression of walking as tolerated, with discussion around accepting some symptoms, although trying to avoid symptoms increasing from one day to the next. Unclear etiology of atypical pain pattern without severe OA per recent imaging. Anterior hip pain and

limited tolerance to active hip flexion is consistent with hip flexor over-activity. Encouraged glute/hamstring activation, hip flexor inhibition concepts.

**PLAN OF CARE**

Steven to be seen up to 6 additional visits by 2/6/25 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit: hamstring and glute activation (bridge, clamshell, posterior pelvic tilt with heel pressure)
Gentle hip flexor stretching (SKC with right leg straight)
Standing exercises as tolerated
Gait training, walking progression as tolerated

Goals Re-Established 11/8/2024
Short Term/Long Term Goals: By 2/6/25
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms.
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**SUBJECTIVE**

Pt reports
Pain is indicated R anterior hip
He had an injection several weeks ago, also taking Naproxen, with some steady progress in reducing inflammation
Symptoms are "fragile"
He has been using an electric wheelchair for walking longer distances
He can stand longer distances
In March of '23 he had arthritis in his left hip, R hip pain worsening May '23
Can't use an exercise bike

Pain Rating: NR/10

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Pt enters clinic with use of power chair
Gait: WNL at normal speed but indicates that he will pay for it later, pain is minimal during walking
Pt ambulates 150' today during session

Special Tests:
SLR: R 60 L 65
FA ER ROM: R 40 L 50
FA IR ROM: R 15 L 10
Extension Drop/Thomas Test: NT
Adduction Drop Test/Ober's: + L
Abduction Raise Test: NT
Pelvis Ascension Drop Test: NT

Shoulder Flexion: R 160 L 160
HG ER ROM: R 60 L 60
HG IR ROM: R 60 L 90
Shoulder Horizontal Abduction: NT

**Therapeutic Exercise:**
Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/08/2024
Prepared by: Brad Plant

Exercises
- PRI Sidelying Respiratory Scissor Slides - 1-2 x daily - 3-5 sets - 5 breaths
- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps

Reviewed and modified previous exercises given

**Patient Response to Treatment**: Minimal pain provocation during session, although he becomes uncomfortable right anterior hip with sitting, states that he will pay for it later.

**Time Spent on Treatment:**
Therapeutic Exercise x 45 minutes

Time In: 9:27
Time Out: 10:18

Electronically signed by Plant, Brad, PT at 11/8/2024 3:12 PM

## 11/07/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Baum, Dawn, MA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**follow up telephone appointment with Ms. Morse**

| From | To | Sent and Delivered |
|---|---|---|
| Dawn Baum, MA<br>Last Read in kp org<br>11/7/2024 9:33 AM by Weller, Steven | Weller, Steven | 11/7/2024 9:27 AM |

Mr. Weller-

I have scheduled you a follow up telephone appointment with Ms. Morse per her request..

Dawn Baum, MA/Sadie Morse, PA

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/8/2024 12:00 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/12/2024 4:50 PM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 12/31/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

## 11/06/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Morse, Sadie Katherine, PA | Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PHYS TAV, EST PAT, 5-10 MIN OF MEDICAL DISCUSSION** |

### Reason for Visit

**Visit Diagnoses**

- **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary) [M70.71]**
- BURSITIS OF LEFT ILIOPSOAS BURSA [M70.72]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary)** | M70.71 | Morse, Sadie Katherine, PA | 11/06/2024 1618 |
| Diagnosis #2 | | | | |
| Add | BURSITIS OF LEFT ILIOPSOAS BURSA | M70.72 | Morse, Sadie Katherine, PA | 11/06/2024 1618 |

### Clinical Notes

**Unknown**

**Progress Notes by Morse, Sadie Katherine, PA at 11/6/2024 1650**

| | | |
|---|---|---|
| Author: Morse, Sadie Katherine, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 11/6/2024 4:31 PM | Encounter Date: 11/6/2024 | Creation Time: 11/5/2024 10:18 AM |
| Status: Signed | Editor: Morse, Sadie Katherine, PA (PHYSICIAN ASSISTANT (P.A.)) | |

TAV with patient to follow up on recent bilateral iliopsoas bursae injections done 10/15/2024.

*The following has been copied and pasted from message sent to me from patient on 10/30/2024:*
An update on my hip pain after two weeks following the bursa steroid injection. I've also been taking naproxen for ten days without side effects, but will discontinue that.

I've seen gradual improvement, noticeable every day or two. Increased tolerance to use, faster recovery from pain, lowered base pain level (I was in more chronic pain than I had realized), and consequent improved mood.

I'm still resting a lot and use an electric wheelchair when out, but indoors I'm not using it. It still feels like I have a long way to go to recover.

**11/06/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

Pt feels very encouraged that he is making progress. The bursae are still sensitive to pressure. Pt estimates 4-5 hours of pain today. As the pain has been gradually receding, he has had increased sensation. He in concerned that there could be some underlying problem that will be uncovered once the inflammation has resolved. Pt is starting PT tomorrow, optimistic that this will be helpful.

Pt scheduled to follow up with me in 1 month to reassess that his pain is continuing to improve.

9 minutes was spent on the phone with the patient for this visit.

Electronically signed by Morse, Sadie Katherine, PA at 11/6/2024 4:31 PM

## 11/06/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**
Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

#### Chief Complaint

- E-MAIL COMMUNICATION

### Messages

#### Medical supplies~Question about durable medical equipment (DME) and supplies

| From | To | Sent and Delivered |
|---|---|---|
| James Bussell, LPN<br>Last Read in kp.org<br>11/8/2024 1:18 PM by Weller, Steven | Weller, Steven | 11/6/2024 12:24 PM |

Hello Steven

Thank you for using kp.org. My name is Jim and I am a LPN with Kellie R. Foster, MD 's team. Your clinician has asked me to reply to your message.

**We have referred you to Sleep Medical Equipment Services (Sleep DME). They will review your referral and reach out to schedule an appointment.**

**Please make sure you have your sleep equipment (mask and machine) ready for your appointment. Often, these appointments are conducted over the phone.**

**If you have any questions about scheduling your appointment, please call 503-571-3161 or toll-free at 855-878-6411, Monday through Friday from 8:00 am to 5:00 pm.**

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Be Healthy. Live Well. Thrive.

Have a wonderful day!

James R. Bussell, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Medical supplies~Question about durable medical equipment (DME) and supplies**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/6/2024 6:57 AM |

Bethany C. Wohletz, MD replied to my enquiry about CPAP supplies a week ago and said I had a referral. I've not received a referral so far.

Is anything else needed from me to obtain this?

## 11/06/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/6/2024 8:10 AM |

Another weekly update following the steroid shot in the vicinity of my right iliopsoas bursa on 2024-10-15.

As long as I continue taking naproxen, give my hip plenty of rest, and ice it, the pain in my hip continues to slowly subside. The tenderness to pressure has now gone. I can do more before the onset of pain than I could last week.

I feel like I'm a very long way from being pain free, but the steady progress is encouraging. I'm using the electric wheelchair outside only. Movement in the condo is on foot, but limited to not much more than what is necessary. I'm finding that stretching my hip area by reaching high while standing seems to help as well.

Lincoln/Weller 0335

## 11/06/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/6/2024 7:05 PM |

Correction to the notes on my phone visit today: injection was right hip only not bilateral.

Left hip responded well to injection in the capsule back in March 2023.

## 11/05/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT |

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 12/17/2024).

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaints

- OCCUPATIONAL THERAPY, onset date 11/11/2024
- PROGRESS NOTE, onset date 11/11/2024

#### Visit Diagnoses

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- LEFT HAND JOINT PAIN [M25.542]
- MUSCLE WEAKNESS [M62.81]
- NUMBNESS AND TINGLING OF SKIN [R20.0, R20.2]
- RIGHT HAND PAIN [M79.641]
- RIGHT HAND JOINT PAIN [M25.541]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 11/11/2024 2326 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #3 | | | | |
| Add | LEFT HAND JOINT PAIN | M25.542 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #4 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #5 | | | | |
| Add | NUMBNESS AND TINGLING OF SKIN | R20.0, R20.2 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #6 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #7 | | | | |
| Add | RIGHT HAND JOINT PAIN | M25.541 | Dahuyag, Faye D, OT | 11/11/2024 2327 |

### Clinical Notes

#### Unknown

## 11/05/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

**Progress Notes by Dahuyag, Faye D, OT at 11/5/2024 1650**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 11/11/2024 11:27 PM | Encounter Date: 11/5/2024 | Creation Time: 11/5/2024 4:42 PM |
| Status: Signed | Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL) | |

### Occupational Therapy Progress Note Visit # 3/5

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Monthly Progress Note Due: 12/5/2024

### ASSESSMENT

**Occupational Therapy Monthly Progress Note (reporting period: 9/11/024 to 11/5/2024)**
Current Functional Status: initially felt some small progress, but now seem to have plateaued. Still has difficulty doing tasks for sustained periods of time.
Objective Changes: reports mild improvement in tolerance during activities
Individual Goal Progress & Explanation: See notes/changes below.
Assessment of Therapy Progress: Good. Reports that exercises is still helping. Still unable to perform activities for prolonged periods of time. Unable to type longer than 2 mins. Discussed possibility of needing further testing. Patient may also benefit from working with PT for scapular strengthening and a referral to pain clinic as patient has chronic pain in multiple parts of the body. Member will benefit from continued skilled OT intervention to decrease pain and increase strength.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: multiple chronic pain issues
Next Progress Note Due: 12/5/2024

### PLAN OF CARE

Steven to be seen up to an additional 2 visits through 2024.

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | 9/11/2024 |
| Therapist: Faye Dahuyag, OTR | FD |
| Patient to demonstrate understanding on activity modification techniques | Met |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | Met |
| Patient to report compliance with HEP | Met |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | 9/11/2024 | 11/5/2024 | |
| Therapist: Faye Dahuyag, OTR | FD | FD | |
| Patient to report pain no more then 1/10 during functional use of the B hand | ongoing | ongoing | |
| Patient will be able to type for at least 5 mins with no pain. | ongoing | ongoing | |
| Independent with HEP and self management of this diagnosis. | ongoing | ongoing | |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.

## 11/05/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Changes to Plan of Care: extended POC
Subsequent Visit Treatment Recommendations: re-assess. Update HEP

**SUBJECTIVE**

"When I do this gliding, I can feel it in my shoulder and it sets off the pain in my finger."-referring volar aspect of B wrist

Reports pain along the volar aspect of the hand and over the TCL of the L hand and goes up to proximal forearm
Reports triggering pain in the hand when moving shoulder

**OBJECTIVE**

R grip 74#
L grip 65#

Notable cording along the RF, MF and thumb
Reports stinging pain
No reports of pain during grip testing

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Continued assessment.
Reviewed nerve gliding.
Discussed adaptive positioning and encouraged frequent position changes.
Discussed the need of further testing.
Discussed reinforcing current plan with scapular strengthening with PT and working with pain clinic.

Time In: 450
Time Out: 522

| BILLING CODES | Minutes | Units |
|---|---|---|
| Therapeutic Exercise | 32 | 2 |
| | | |
| | | |
| Total Billable Time: | 32 | 2 |

Electronically signed by Dahuyag, Faye D, OT at 11/11/2024 11:27 PM

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP CARE (Multiple concerns / health update )

**Revision History**

Suh, Tiffany, LPN on 11/4/2024 1357
- ADVICE

### Clinical Notes

**Unknown**

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1355**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:16 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:55 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

- **Multiple messages regarding same concerns combined into one for ease of clinician review**
- **Sending health updates / concerns on:inflammation, exercise, mood, right hip, left hip, left knee, hands, left elbow, neurological. Please review**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.

**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 11/4/2024 from the patient:*

Right Hip

Had a steroid shot in the vicinity of my right iliopsoas bursa on 2024-10-15. Interestingly, my iliopsoas showed as bifid on the ultrasound. Since then my hip pain has steadily reduced and the area is less tender to pressure. Naproxen is also now much more effective and is contributing to the relief. I'm also icing several times a day and I think that helps.

Prior to the shot I was using an electric wheelchair in the condo. Now I'm able to get around indoors, but have to limit my activity and rest often. I start PT again 2024-11-08 and I'm hoping that this can help recovery without bringing back the disabling inflammation.

Left Hip

Problem free at my current activity level.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Left Knee
Problem free at my current activity level.

*The following has been copied and pasted from email on 11/4/2024 from the patient:*
Hands
Continuing the OT hand exercises without issues except for right wrist arthritis. Stinging has mostly gone again, but is there at the end of each day. The leathery coldness/neurological pain in the left index finger comes back quite often, so I'm trying compression gloves again as needed. High level of stiffness in the left hand and pain down the elbow at times. I think that one of the nerve gliding exercises is triggering the index finger pain, since I added some new ones recently.

No change in the usefulness of my hands. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day and can trigger the cold/leathery pain. I have to limit iPhone touch screen use. I feel like any improvement in my hand use has plateaued now.

*The following has been copied and pasted from email on 11/4/2024 from the patient:*
Left Elbow
Maybe continuing to improve, but definitely not all the way back to normal. Still gives me pain once a week or so and needs rest. Can be quite bad when the index finger pain is triggered.

Neurological
I'm doing more nerve flossing exercises and the new ones (reaching forwards) are definitely pulling something in my left arm. I think this is triggering the index finger pain. Hopefully this will get easier with time as the others did, but it may be a good time to involve neurology again.

End.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

No current facility-administered medications for this visit.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 11/6/2024 4:50 PM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |

**Clinical Notes (continued)**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 11/8/2024 12:00 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN
BILAT AGE RELATED CATARACT
OBSTRUCTIVE SLEEP APNEA

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:16 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>11/6/2024 1:43 PM by Weller, Steven | Weller, Steven | 11/6/2024 1:41 PM |

Dear Mr Weller,

Thank you for the update, I look forward to talking with you on Friday.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:43 AM |

Health status, first email of several

Inflammation
Continuing with the alpha lipoic acid. Taking naproxen (2 every 12 hours) since 2024-10-18 (less is ineffective). In combination with the steroid shot in my hip on 2024-10-25 it has definitely helped reduce my hip pain.

Exercise
Still very little. Getting around the condo without a wheelchair, but only because of the steroid and naproxen. Cooking a meal is still too painful.

Mood
Down, but with some improvement recently with the decreased pain level. I was in more pain than I realized.

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP CARE (See kp.org 11/4/2024)

**Revision History**

O'Malley, April Elizabeth Geer, RN on 11/4/2024 1350
- ELBOW PAIN (RNR)

### Clinical Notes

**Unknown**

**Telephone Encounter by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1350**

| | | |
|---|---|---|
| Author: O'Malley, April Elizabeth Geer, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 11/4/2024 1:50 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:50 PM |
| Status: Signed | Editor: O'Malley, April Elizabeth Geer, RN (REGISTERED NURSE) | |

RN reviewed and recommends: Stage encounter to provider for ongoing symptoms/follow up questions

Electronically signed by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1:50 PM

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1419**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:19 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 2:19 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Message completed; no further action needed.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Message reviewed- Please see previous kp.org 11/4/2024. Multiple messages regarding same concern combined into one for ease of clinician review. Closing this encounter.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

Tiffany Suh, LPN

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:19 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:46 AM |

Left Elbow
Maybe continuing to improve, but definitely not all the way back to normal. Still gives me pain once a week or so and needs rest. Can be quite bad when the index finger pain is triggered.

Neurological
I'm doing more nerve flossing exercises and the new ones (reaching forwards) are definitely pulling something in my left arm. I think this is triggering the index finger pain. Hopefully this will get easier with time as the others did, but it may be a good time to involve neurology again.

End.

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP CARE (See kp.org 11/4/2024)

**Revision History**

Suh, Tiffany, LPN on 11/4/2024 1418
- FOLLOW UP CARE

Suh, Tiffany, LPN on 11/4/2024 1418
- KNEE PAIN

O'Malley, April Elizabeth Geer, RN on 11/4/2024 1349
- HIP PAIN (RNR)
- KNEE PAIN

### Clinical Notes

**Unknown**

**Telephone Encounter by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1349**

| | | |
|---|---|---|
| Author: O'Malley, April Elizabeth Geer, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 11/4/2024 1:49 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:49 PM |
| Status: Signed | Editor: O'Malley, April Elizabeth Geer, RN (REGISTERED NURSE) | |

RN reviewed and recommends: Stage encounter to provider for ongoing symptoms/follow up questions

Electronically signed by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1:49 PM

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1418**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:18 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 2:18 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Message completed; no further action needed.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**11/04/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

**S:** Email incoming.
**B:** Message reviewed- Please see previous kp.org 11/4/2024. Multiple messages regarding same concern combined into one for ease of clinician review. Closing this encounter.

Tiffany Suh, LPN

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:18 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:44 AM |

Right Hip
Had a steroid shot in the vicinity of my right iliopsoas bursa on 2024-10-15. Interestingly, my iliopsoas showed as bifid on the ultrasound. Since then my hip pain has steadily reduced and the area is less tender to pressure. Naproxen is also now much more effective and is contributing to the relief. I'm also icing several times a day and I think that helps.

Prior to the shot I was using an electric wheelchair in the condo. Now I'm able to get around indoors, but have to limit my activity and rest often. I start PT again 2024-11-08 and I'm hoping that this can help recovery without bringing back the disabling inflammation.

Left Hip
Problem free at my current activity level.

Left Knee
Problem free at my current activity level.

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (See kp.org 11/4/24)

**Revision History**

O'Malley, April Elizabeth Geer, RN on 11/4/2024 1346
- HAND PAIN (RNR)

**Clinical Notes**

**Unknown**

**Telephone Encounter by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1346**

| | | |
|---|---|---|
| Author: O'Malley, April Elizabeth Geer, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 11/4/2024 1:46 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:46 PM |
| Status: Signed | Editor: O'Malley, April Elizabeth Geer, RN (REGISTERED NURSE) | |

RN reviewed and recommends: Stage encounter to provider for ongoing symptoms/follow up questions

Electronically signed by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1:46 PM

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1417**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:18 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 2:17 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Message completed; no further action needed.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Message reviewed- Please see previous kp.org 11/4/2024. Multiple messages regarding same concern combined into one for ease of clinician review. Closing this encounter.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

Tiffany Suh, LPN

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:18 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:43 AM |

Hands
Continuing the OT hand exercises without issues except for right wrist arthritis. Stinging has mostly gone again, but is there at the end of each day. The leathery coldness/neurological pain in the left index finger comes back quite often, so I'm trying compression gloves again as needed. High level of stiffness in the left hand and pain down the elbow at times. I think that one of the nerve gliding exercises is triggering the index finger pain, since I added some new ones recently.

No change in the usefulness of my hands. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day and can trigger the cold/leathery pain. I have to limit iPhone touch screen use. I feel like any improvement in my hand use has plateaued now.

## 10/30/2024 - Patient Message in Central Interstate Audiology

**Visit Information**

**Provider Information**

**Encounter Provider**

Alexander, Nancy Lee Henson, Au.D

**Department**

| Name | Address | Phone |
|---|---|---|
| Central Interstate Audiology | 3600 N Interstate Ave<br>Portland OR 97227 | 855-512-5983 |

**Reason for Visit**

**Chief Complaint**

- HEARING AID PROBLEM (CIN)

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Audiology Assistants Msg Pool (supporting Nancy Lee Henson Alexander, Au.D) | 10/30/2024 12:11 PM |

Now that the left device microphone is fixed I no longer get the weird mono effects I was hearing when in the car or around fans and I can hear my passenger much better.

It's interesting that this behavior was present many months before the microphone was noticeably bad, so I'll be sure to be on the look out for that again.

## 10/30/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- REFERRAL (Sleep DME)

**Visit Diagnosis**

- **OBSTRUCTIVE SLEEP APNEA (primary) [G47.33]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OBSTRUCTIVE SLEEP APNEA (primary)** | G47.33 | Wohletz, Bethany C, MD | 10/30/2024 1647 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Ortiz Calderon, Areli, LPN at 10/30/2024 1214**

Author: Ortiz Calderon, Areli, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 10/30/2024 12:18 PM | Encounter Date: 10/30/2024 | Creation Time: 10/30/2024 12:14 PM
Status: Signed | Editor: Ortiz Calderon, Areli, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to clinician for review

- Patient requests referral for CPAP supplies
- Referral pended for consideration

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to clinician to be addressed.

Chart review shows sleep study has not been done with OR KP

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN
BILAT AGE RELATED CATARACT
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Electronically signed by Ortiz Calderon, Areli, LPN at 10/30/2024 12:18 PM

**Telephone Encounter by Wohletz, Bethany C, MD at 10/30/2024 1648**

| | | |
|---|---|---|
| Author: Wohletz, Bethany C, MD | Service: — | Author Type: Physician |
| Filed: 10/30/2024 4:53 PM | Encounter Date: 10/30/2024 | Creation Time: 10/30/2024 4:48 PM |
| Status: Signed | Editor: Wohletz, Bethany C, MD (Physician) | |

Care everywhere clinical summary noted to have diagnosis of obstructive sleep apnea

Electronically signed by Wohletz, Bethany C, MD at 10/30/2024 4:53 PM

**Messages**

**Medical supplies~Question about sleep apnea equipment**

| From | To | Sent and Delivered |
|---|---|---|
| Bethany C Wohletz, MD<br>Last Read in kp.org<br>11/6/2024 6:54 AM by Weller, Steven | Weller, Steven | 10/30/2024 4:53 PM |

Hello Steven,

I am Bethany C. Wohletz, MD and I am assisting with your providers messages today.

I have placed the following durable medical equipment referral for you for CPAP supplies.

Orders Placed This Encounter
- REFERRAL SLEEP, CPAP EQUIPMENT.

*If your symptoms are worsening or you develop new symptoms, please be seen or speak with an advice nurse at 503-813-2000*

Take care,
Bethany C. Wohletz, MD

**Medical supplies~Question about sleep apnea equipment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 10/30/2024 9:38 AM |

**Messages (continued)**

I need to order CPAP supplies and don't have a sleep clinic contact here.

How can I order supplies (mask and nose cushion)?

## 10/30/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/30/2024 9:46 AM |

An update on my hip pain after two weeks following the bursa steroid injection. I've also been taking naproxen for ten days without side effects, but will discontinue that.

I've seen gradual improvement, noticeable every day or two. Increased tolerance to use, faster recovery from pain, lowered base pain level (I was in more chronic pain than I had realized), and consequent improved mood.

I'm still resting a lot and use an electric wheelchair when out, but indoors I'm not using it. It still feels like I have a long way to go to recover.

## 10/24/2024 - Office Visit in Central Interstate Audiology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexander, Nancy Lee Henson, Au.D | Alexander, Nancy Lee Henson, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Central Interstate Audiology | 3600 N Interstate Ave<br>Portland OR 97227 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

### Reason for Visit

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Alexander, Nancy Lee Henson, Au.D | 10/24/2024 1244 |

### Clinical Notes

**Unknown**

**Progress Notes by Alexander, Nancy Lee Henson, Au.D at 10/24/2024 1115**

Author: Alexander, Nancy Lee Henson, Au.D    Service: —    Author Type: AUDIOLOGIST
Filed: 10/24/2024 12:50 PM    Encounter Date: 10/24/2024    Creation Time: 10/24/2024 12:44 PM
Status: Signed    Editor: Alexander, Nancy Lee Henson, Au.D (AUDIOLOGIST)

Hearing Aid Stock Card

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | (R) 2366366126<br>(L) 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430 |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | [illegible] | | |

S: Patient in today to pick up repaired hearing aids. Patient reports the hearing aid goes into like a mono mode when in the car. Also, like the fans in the kitchen can

**10/24/2024 - Office Visit in Central Interstate Audiology (continued)**

**Clinical Notes (continued)**

O/A: Connected aids to software to verify programming. Decreased the soft soft and loud sounds 2dB in both general program and noise program. Patient will observe if the mono issues where from the need to have the aids repaired. Patient will return for further programming if still hearing the change to like a mono hearing.

P: Pt to RTC by appointment if further audiological assistance is needed.

Electronically signed by Alexander, Nancy Lee Henson, Au.D at 10/24/2024 12:50 PM

## 10/22/2024 - Telephone in Central Interstate Audiology

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Chief Complaint**

- APPOINTMENT (BOOKED // HAR45 with any provider at CIN/AUD)

**Revision History**

Martinez, Tiina on 10/22/2024 1536

- APPOINTMENT (HAR45 with any provider at CIN/AUD)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Martinez, Tiina at 10/22/2024 1536**

Author: Martinez, Tiina
Filed: 10/22/2024 3:37 PM
Status: Signed
Service: —
Encounter Date: 10/22/2024
Editor: Martinez, Tiina (TECHNICIAN)
Author Type: TECHNICIAN
Creation Time: 10/22/2024 3:36 PM

Routing apt request message to PAS to assist with scheduling Pt.

**When the Pt is scheduled close the encounter and route back to sender.**

Please reach out to this Pt and assist them with getting scheduled as requested below:
Reminder to check "Special notes section" for any special directives for Pt

**Location:** CIN/Audiology

**Provider:** Any provider

**Type of apt needed:** HAR45, HAR30 ok if available sooner

**How soon for first apt:** first available

**Special notes:** Hearing aid and ear mold fitting and pick up

Please let us know if there are any questions.

**When the Pt is scheduled close the encounter and route back to sender.**

Electronically signed by Martinez, Tiina at 10/22/2024 3:37 PM

**Telephone Encounter by Tzio, Sing at 10/24/2024 0957**

Author: Tzio, Sing
Filed: 10/24/2024 9:58 AM
Status: Signed
Service: —
Encounter Date: 10/22/2024
Editor: Tzio, Sing
Author Type: —
Creation Time: 10/24/2024 9:57 AM

Called and scheduled, sent TEAMs message to Nan about the last minute schedule

**Clinical Notes (continued)**

Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| **10/24/2024 11:15 AM (Arrive by 11:00 AM)** | **Nancy Lee Henson Alexander; CIN FITTING/DISPENSING ROOM 3** | **Central Interstate Audiology** | **855-512-5983** | |
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 11/6/2024 4:50 PM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/8/2024 12:00 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Tzio, Sing at 10/24/2024 9:58 AM

## 10/22/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Sadie Katherine Morse, PA<br>Last Read in kp.org<br>10/30/2024 9:31 AM by Weller, Steven | Weller, Steven | 10/30/2024 8:18 AM |

Hi Steven,

Taking a short course of naproxen (~3 days) twice daily is appropriate. You should keep an eye out for harmful side effects like stomach pain or heartburn and discontinue the medication if they develop.

Sadie Morse, PA-C
Westside Medical Center Orthopedics

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/24/2024 10:05 AM |

How long is it OK to take naproxen for? I'm taking two a day, 12 hours apart and usually take it for about three days for acute relief.

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Sadie Katherine Morse, PA<br>Last Read in kp.org<br>10/24/2024 10:01 AM by Weller, Steven | Weller, Steven | 10/22/2024 3:01 PM |

Hi Steven,

That's wonderful that the cortisone injection is helping. Ideally, now that you are having less pain and Aleve is working better, you will be able to tolerate the PT, which should help relieve the condition.

**10/22/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

Please reach out once you have completed about two months of regular PT to let me know how things are going. If you have significant worsening of symptoms prior to that, please reach out sooner.

Sadie Morse, PA-C
Westside Medical Center Orthopedics

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Sandra Salazar, MA<br>Last Read in kp.org<br>10/22/2024 2:59 PM by Weller, Steven | Weller, Steven | 10/22/2024 12:36 PM |

Hello Steven,
Thanks for the update. I will send this on to Sadie to read when she is back in the clinic to see what else she would recommend for you.
Sandra

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/22/2024 11:38 AM |

It's been a week since I had a steroid injection in the vicinity of my right iliopsoas bursa, so here is some feedback.

There was no immediate relief from the aesthetic used during the procedure. I had a lot of soreness the next day, but that wore off. After that my hip felt "different", warmer maybe?

After a week I have less pain in my hip. It's not dramatic, but it is there. I feel less tenderness if I press that area and I am a little more mobile. I'm finding that naproxen is much more effective than previously, acting faster and to a greater degree. Without the naproxen the pain is still limiting and at a level enough to lower my mood.

I have PT starting November 4th. What else should we be doing to figure this out and treat it?

## 10/16/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Appointments and referrals~Request new appointment**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Ana M Tolentino, LPN<br>Last Read in kp.org<br>10/16/2024 1:06 PM by Weller, Steven | Weller, Steven | 10/16/2024 1:06 PM |

Dear Steven Weller ,

I am a member of your Clinician's Healthcare Team. Your clinician has asked me to assist with their messages.

Looking at the note I see from Physiatry:
PLAN
- Injection today as below
- F/U with referring provider in 2-3 weeks

If you are ok with a telephone appointment we can do that or in person. Please call our office to make an appointment.

Thank you for your message. If you have questions that require immediate assistance please CALL us at 971-310-3240, do NOT send a kp.org message.

If you have any other health care needs please contact us.

Be healthy. Live well. Thrive.

Ana Tolentino, LPN
Nurse for Gurpreet Singh, MD MSC,
Gregory A Hochstein, PA and
Diana Ruiz, PA
Westside Orthopedics

**Appointments and referrals~Request new appointment**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/16/2024 12:40 PM |

**Messages (continued)**

I had the steroid injection into my right hip bursa yesterday and the notes ask that I make a follow-up appointment in 2-3 weeks. Should that be in person or by video?

I tried using the online appointment tool but it showed me no appointment availability, so I will call once I know what kind of appointment to make.

The doctor noted the following anatomical oddity. Could this be contributing to my condition? POCUS: appears to have two defined tendon bundles (ilacius and psoas) rather than single bundle (iliopsoas). Hypoechoic fluid density noted around tendon.

## 10/15/2024 - Office Visit in Sunnybrook Physiatry

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Flores, Kristian Elijah, MD | Flores, Kristian Elijah, MD | Morse, Sadie Katherine, PA |

#### Department

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Physiatry | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-4229 |

#### Level of Service

**Level of Service**

**OUTPT NEW LEVEL 2**

**Log History**

LOS History

### Reason for Visit

#### Chief Complaint

- INJECTION

#### Visit Diagnoses

- LEFT HIP JOINT PAIN [M25.552]
- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Modify | LEFT HIP JOINT PAIN | M25.552 | Flores, Kristian Elijah, MD | 10/15/2024 1512 |
| Add | **LEFT HIP JOINT PAIN (primary)** | M25.552 | Flores, Kristian Elijah, MD | 10/15/2024 1511 |
| Diagnosis #2 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Flores, Kristian Elijah, MD | 10/15/2024 1512 |

### Clinical Notes

#### Unknown

**Nursing Note by Merezhnikova, Viktoriya, MA at 10/15/2024 1500**

| | | |
|---|---|---|
| Author: Merezhnikova, Viktoriya, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 10/15/2024 2:55 PM | Encounter Date: 10/15/2024 | Creation Time: 10/15/2024 2:55 PM |
| Status: Signed | Editor: Merezhnikova, Viktoriya, MA (MEDICAL ASSISTANT) | |

Identification today: Last name: Mr. Weller
and date of birth: provided by patient.
Accompanied by: Self

Blood Pressure taken using: adult's cuff - right arm sitting

Patient Prefers: Kaiser pharmacy
Benefits of Mail order pharmacy discussed: Yes
Patient reported that their Current Medications are: Active Medications as of 10/15/2024:
ALENDRONATE 70 MG ORAL TAB, Sig: Take 1 tablet by mouth every week with a full glass of water at least 30

minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes
ALPHA LIPOIC ACID 600 MG ORAL CAP, Sig: Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month

Medications Reviewed: Yes

Patient Support Tool Reviewed: No gaps identified.
KP.org reviewed: Yes

Visit preparation completed.
Viktoriya Merezhnikova, MA

Electronically signed by Merezhnikova, Viktoriya, MA at 10/15/2024 2:55 PM

**Progress Notes by Flores, Kristian Elijah, MD at 10/15/2024 1500**

| | | |
|---|---|---|
| Author: Flores, Kristian Elijah, MD | Service: — | Author Type: Physician |
| Filed: 10/15/2024 3:12 PM | Encounter Date: 10/15/2024 | Creation Time: 10/15/2024 2:36 PM |
| Status: Signed | Editor: Flores, Kristian Elijah, MD (Physician) | |

Procedure Orders
1. INJ LRG JT/BURSA: R iliopsoas bursa [632709888] ordered by Flores, Kristian Elijah, MD

Post-procedure Diagnoses
1. LEFT HIP JOINT PAIN [M25.552]

PM&R Focused History & Physical Examination Interval Reassessment and Procedure

Chief Complaint: R iliopsoas tendon pain

ID: 63 yrs year old male

Reason for visit: Injection of Right iliopsoas bursa/tendon sheath

Focused History:
R hip IA inj x 2 with little effect. L hip inj very helpful.
Previous reactions: none
Changes in health since last visit:
Outpatient ANTICOAGULANT/ANTIPLATELET MEDICATIONS - CURRENTLY TAKING: as of 10/15/2024
No current OP antiplatelet/anticoagulant medications on file

Antibiotics:nonce

ROS:

Denies shortness of breath, chest pain, lightheadedness
Denies nausea, vomiting

Allergies: No Known Allergies

PMH: reviewed
Social History: unchanged since last

VITALS
Vitals:

Pain Scale:

PE
General: no acute distress, normal affect, conversant
Neuro: appropriate responses, follows all commands, alert and oriented
Cardiopulmonary: Equal chest rise, normal respiration, no evidence of respiratory distress
Skin: No erythema, no increased warmth in the knees, no evidence of infection
MSK: tender to palpation R psoas tendon
POCUS: appears to have two defined tendon bundles (ilacius and psoas) rather than single bundle (iliopsoas).
Hypoechoic fluid density noted around tendon.

ASSESSMENT
(M25.551) RIGHT HIP JOINT PAIN (primary encounter diagnosis)
Plan: INJ LRG JT/BURSA: R iliopsoas bursa

(M25.552) LEFT HIP JOINT PAIN

PLAN
- Injection today as below
- F/U with referring provider in 2-3 wks
- If this US guided injection of the glenohumeral joint provides > 1 month of pain relief of > 50%, patient would be eligible for up to 3 injections per year.

If pain worsens immediately after injections, recommend 10-15 minutes of ice packs to the skin. If joint warm/swollen/red and painful after 3 days call clinic or go to ER immediately for evaluation.

**INJ LRG JT/BURSA: R iliopsoas bursa**

Date/Time: **10/15/2024 3:00 PM**

Performed by: **Flores, Kristian Elijah, MD**
Authorized by: **Flores, Kristian Elijah, MD**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**

**Clinical Notes (continued)**

Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain**

**Procedure Details:**
Location: **hip**
Site: **R iliopsoas bursa**
Guidance: **ultrasound**

**Right Injection Details:**
Approach: **anterior**
Needle Type: **spinal**
Needle Gauge: **22 G**

**Medications:**
**40 mg methylPREDNISolone Acetate 40 mg/mL**
**2** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest and ice**

Electronically signed by Flores, Kristian Elijah, MD at 10/15/2024 3:12 PM

**Medication Administrations**

**methylPREDNISolone Acetate Inj 40 mg (DEPO-Medrol) [632710375]**

Status: Completed (Past End Date/Time)
Starts/Ends: 10/15/24 1500 - 10/15/24 1500
Ordered Rate/Order Duration: — / —

Ordered On: 10/15/24 1512
Ordered Dose (Remaining/Total): 40 mg (0/1)
Frequency: OUTPATIENT (PROVIDER GIVEN ONE TIME)

| Timestamps | Action | Dose | Site | Other Information |
|---|---|---|---|---|
| Performed 10/15/24 1500<br>Documented: 10/15/24 1512 | Given | 40 mg | Right Hip | Performed by: Flores, Kristian Elijah, MD<br>Scanned Package: 60219-1573-1 |

**Flowsheets**

## 10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)

### Flowsheets (continued)

**Custom Formula Data**

| Row Name | 10/15/24 1514 |
|---|---|
| OTHER | |
| Shock Index (NIBP) | 0.53 -VM at 10/15/24 1514 |
| BP to MAP Calculation | 93 -VM at 10/15/24 1514 |
| Vitals Reassessment | Yes -VM at 10/15/24 1514 |

**Encounter Vitals**

| Row Name | 10/15/24 1514 |
|---|---|
| Encounter Vitals | |
| BP | 117/81 -VM at 10/15/24 1514 |
| Pulse | 62 -VM at 10/15/24 1514 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| VM | Merezhnikova, Viktoriya, MA | MEDICAL ASSISTANT | — | 10/15/2024 |

### Referrals

**Outpatient Service #1915717415**

Reason: Specialty Services Required
Class: Internal
Status updated on: 9/13/2024
Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 9/13/2024 to 9/13/2025

**Referred From**

Location: WESTSIDE MEDICAL OFFICE
Department phone: 971-310-3240
Provider phone: 503-813-2000
Department: WMS-ORTH
Provider: Morse, Sadie Katherine, PA
Provider address: 2875 NE Stucki Avenue Hillsboro OR 97124

**Referred To**

Department: CIN-PHYS
Specialty: Physiatry
Department phone: 503-331-3070

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**231566 - REFERRAL PHYSIATRY**

Number requested: 1 Number approved: 1

**Diagnoses**

- M70.71 (ICD-10-CM) - BURSITIS OF RIGHT ILIOPSOAS BURSA

**Referral Notes**

**Scheduling Ticket Sent by Larking, Kateryna Eleana at 9/13/2024 1146**

**Referrals (continued)**

Scheduling Ticket and Letter sent

**Specialty Comments by Kaul, Matthew P, MD at 9/13/2024 0957**

US slot Flores or Hsu

**Provider Comments by Morse, Sadie Katherine, PA at 9/13/2024 0955**

Summary: Provider Comments

There is no height or weight on file to calculate BMI.

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

=== Results for orders placed in visit on 03/21/24 ===

XR RIGHT HIP AND PELVIS 2 VIEWS Status: Normal

- Narrative -
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

- Impression -
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

## 10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)

**Referrals (continued)**

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM

**Status History**

| Change | User | Date/Time |
|---|---|---|
| From Pending Review to Authorized | Kaul, Matthew P, MD | 09/13/2024 0957 |

**Order**

**REFERRAL PHYSIATRY [627855629]**

Electronically signed by **Morse, Sadie Katherine, PA on 09/13/24 0955** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Morse, Sadie Katherine, PA 09/13/24 0955 Authorized by: Morse, Sadie Katherine, PA
Ordered during: Office Visit on 09/13/2024
Diagnoses
BURSITIS OF RIGHT ILIOPSOAS BURSA [M70.71]
Order comments: There is no height or weight on file to calculate BMI. Component Value Date
HGA1C 5.5 03/19/2024 === Results for orders placed in visit on 03/21/24 === XR RIGHT HIP AND PELVIS 2 VIEWS Status: Normal - Narrative - EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o) COMPARISON: None - Impression - FINDINGS/IMPRESSION: No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues. OSTEOARTHRITIS GRADING: -Right hip: 0 = Normal -Left hip: 1 = Minimal/mild (single view) NWP Osteoarthritis Pathway Grading System Criteria: 0 = Normal. 1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%). 2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone). 3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes. Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM

**Coverages**

**Deductible Plan**

Plan: 5033270 Covered: Covered From: 3/1/2024 Member #: 15500373

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 10/15/2024 3:14 PM

| BP | Pulse |
|---|---|
| 117/81 | 62 |

## 10/11/2024 - Office Visit in Central Interstate Audiology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Odgear, Ian S, Au.D | Odgear, Ian S, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Central Interstate Audiology | 3600 N Interstate Ave<br>Portland OR 97227 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

### Reason for Visit

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Odgear, Ian S, Au.D | 10/11/2024 0801 |

### Clinical Notes

**Unknown**

**Progress Notes by Odgear, Ian S, Au.D at 10/11/2024 1500**

Author: Odgear, Ian S, Au.D
Filed: 10/11/2024 6:06 PM
Status: Signed
Service: —
Encounter Date: 10/11/2024
Editor: Odgear, Ian S, Au.D (AUDIOLOGIST)
Author Type: AUDIOLOGIST
Creation Time: 10/11/2024 7:56 AM

# Hearing Aid Stock Card

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | (R) 2366366126<br>(L) 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430 |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | [illegible]<br>[illegible] Not used | | |

Lincoln/Weller 0405

**Appointment Type:** Hearing Aid Follow-up

Accompanied by: self

**Subjective:** Patient reports the LEFT hearing aid mic seems to be intermittent. Issue comes and goes and does not happen during Bluetooth streaming, they have had a mic fail previously which is one reason they suspect it is the same issue this time.

**Objective Results:**

Otoscopy
Right: clear canal, tympanic membrane visualized
Left: clear canal, tympanic membrane visualized

**Actions/Asessment:**

- Ran a directional test on both aids in the test box while aids were in a directional program, there was no directional benefit noted on the LEFT aid which most likely indicates a defective mic as suspected.
- Reviewed warranty and service options, both aids are within warranty period
- Would like both aids sent out for factory service, has back-up aids they can wear in the interim.
- Current hearing aid settings were saved to an otobase session for future use if settings are lost and need to be restored after repair

**Plan:**

- Both hearing aids and earmolds will be sent to manufacturer for repair. Hearing aids are within warranty.
- Will contact them when aids return for pick-up with technician or soonest available provider.

Electronically signed by Odgear, Ian S, Au.D at 10/11/2024 6:06 PM

# 10/11/2024 - Office Visit in Central Interstate Optometry

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Finucan, Kim M, OD | Finucan, Kim M, OD | Kotamarti, Ramu Rao, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Optometry | 3600 N Interstate Ave<br>Portland OR 97227 | 503-240-3940 | 503-249-5548 |

### Follow-up and Dispositions

- Return in about 1 year (around 10/11/2025).

### Level of Service

| Level of Service |
|---|
| **COMPREHENSIVE EYE EXAM, NEW PAT** |

## Reason for Visit

### Visit Diagnoses

- **BILAT AGE RELATED CATARACT (primary) [H25.9]**
- DISORDER OF REFRACTION [H52.7]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT AGE RELATED CATARACT (primary)** | H25.9 | Finucan, Kim M, OD | 10/11/2024 1003 |
| Diagnosis #2 | | | | |
| Add | DISORDER OF REFRACTION | H52.7 | Finucan, Kim M, OD | 10/11/2024 1003 |

## Clinical Notes

### Unknown

#### Progress Notes by Plock, Kyle E at 10/11/2024 0930

Author: Plock, Kyle E | Service: — | Author Type: SUPPORT STAFF
Filed: 10/11/2024 10:10 AM | Encounter Date: 10/11/2024 | Creation Time: 10/11/2024 9:13 AM
Status: Signed | Editor: Plock, Kyle E (SUPPORT STAFF)

**Chief Complaint:** Patient here for routine eye exam, LEE April 2024.
Patient has been told he has cataracts and they are ready for Sx.
Feels like Right eye vision is fine but Left eye vision is blurry and Rx keeps changing.

**Does pt have FEVER, COUGH, or SOB?** NONE

Dilated per Doctor Request & Ocular History section reviewed for contraindication? Yes

Patient accompanied by: alone

**Eye Meds:**
No medication comments found.

Kyle E. Plock

---

**HISTORY**: data links. Do not edit below line
**Ocular & Family Hx:**
PATIENT HISTORY
--Surgery: None
--Injury: None
--Current Contact Lens Use: No
--Pertinent Oral Medications: None

--Family History: Father- glaucoma
--Occupation/Visual Needs: n/a medical leave

Last reviewed on 10/11/2024

There are no matching diagnoses on the problem list for this patient.

Last visit to Optometry in 10 Years:
------------------------------------
No appointments were found for this specialty within the specified time limit.

**Future Eye Imaging Orders**

Open Standing Orders

None

Open Future Orders

None

Electronically signed by Plock, Kyle E at 10/11/2024 10:10 AM

**Progress Notes by Finucan, Kim M, OD at 10/11/2024 0930**

Author: Finucan, Kim M, OD | Service: — | Author Type: OPTOMETRIST (O.D.)
Filed: 10/11/2024 10:10 AM | Encounter Date: 10/11/2024 | Creation Time: 10/11/2024 10:03 AM
Status: Signed | Editor: Finucan, Kim M, OD (OPTOMETRIST (O.D.))

PATIENT HISTORY
--Surgery: None
--Injury: None
--Current Contact Lens Use: No
--Pertinent Oral Medications: None

**Clinical Notes (continued)**

--Family History: Father- glaucoma
--Occupation/Visual Needs: n/a medical leave

Last reviewed on 10/11/2024

Medical History: Reviewed Problem List & Medication List

pt affect normal

**Exam**: see exam form

**Additional HPI:** as above

**Assessment/Plan:**
1.) BILAT AGE RELATED CATARACT OS>OD;
  -w/ mild effect on vision OS, pt is a little bothered, presurgical based on vision
  -pt ed on the natural progression of cataracts and the affect on vision
2.) DISORDER OF REFRACTION; Hyperopia OD, Myopia OS, astigmatism, presbyopia.
  -spec Rx released to pt
  -NOTE: myopic shift today OS 2/2 cataracts as above

**Orders Placed This Encounter**
- REFRACTION ASSESSMENT

Pt ed regarding all exam findings/plan

**Follow-Up**: RTC 1 yr for CEE, sooner prn

Electronically signed by Finucan, Kim M, OD at 10/11/2024 10:10 AM

**Ophthalmology**

**Base Eye Exam**

**Visual Acuity (Snellen - Linear)**

| | Right | Left |
|---|---|---|
| Dist cc | 20/20 | 20/30 -1 |
| Correction: Glasses | | |

**Tonometry (Non-contact air puff, 9:32 AM)**

| | Right | Left |
|---|---|---|
| Pressure | 13 | 10 |

**Pupils**

| | Right | Left |
|---|---|---|
| Pupils | PERRL | PERRL |

## 10/11/2024 - Office Visit in Central Interstate Optometry (continued)

**Ophthalmology (continued)**

### Visual Fields (Counting fingers)

| | Right | Left |
|---|---|---|
| | Full | Full |

### Extraocular Movement

| | Right | Left |
|---|---|---|
| | Full, Ortho | Full, Ortho |

### Neuro/Psych

Oriented x3: **Yes**
Mood/Affect: **Normal**

### Dilation

Both eyes: 1.0% Mydriacyl @ 9:45 AM
Angles appear narrow w/ slit lamp Left eye > Right eye

Edited by: Plock, Kyle E; Finucan, Kim M, OD

## Additional Tests

### Keratometry (Automated)

| | Right | Left |
|---|---|---|
| K1 | 43.50 | 43.00 |
| Axis | 173 | 174 |
| K2 | 45.25 | 45.50 |
| Axis | 83 | 84 |

Edited by: Plock, Kyle E

## Slit Lamp and Fundus Exam

### External Exam

| | Right | Left |
|---|---|---|
| External | Normal globe position | Normal globe position |

### Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | No lesions | No lesions |
| Conjunctiva/Sclera | Clear | Clear |
| Cornea | Clear; no guttata | Clear; no guttata |
| Anterior Chamber | **Shallow; VH: 1/4:1 temp, 1/2:1 nasal** | **Shallow; VH: 3/4:1 temp, 1/2:1 nasal** |
| Iris | Flat; pupil round | Flat; pupil round |
| Lens | **2+ NS** | **2-3+ NS** |
| Anterior Vitreous | Clear; no cells | Clear; no cells |

### Fundus Exam

| | Right | Left |
|---|---|---|
| Disc | Intact rim; distinct margin | Intact rim; distinct margin |
| C/D Ratio | 0.3 | 0.3 |
| Macula | Clear | Clear |

**Ophthalmology (continued)**

| | | |
|---|---|---|
| Vessels | Normal A/V ratio | Normal A/V ratio |
| Periphery | Normal; to extent of view | Normal; to extent of view |

(-)holes/tears/retinal detachment 360 OU

-

Edited by: Finucan, Kim M, OD

**Refraction**

**Wearing Rx**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | Plano |
| Cylinder | -1.00 | -2.25 |
| Axis | 168 | 169 |
| Add | +2.50 | +2.50 |

Age: 04/2024
Type: PAL
Pupillary Distance: 62.0

**Manifest Refraction (Auto)**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | -0.50 |
| Cylinder | -1.00 | -2.50 |
| Axis | 168 | 169 |

Pupillary Distance: 62.0

**Manifest Refraction #2**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | -0.75 |
| Cylinder | -1.00 | -2.50 |
| Axis | 168 | 169 |
| Dist VA | 20/20 | 20/25-/+2 |
| Add | +2.50 | +2.50 |

**Final Rx**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | -0.75 |
| Cylinder | -1.00 | -2.50 |
| Axis | 168 | 169 |
| Dist VA | 20/20 | 20/25-/+2 |
| Add | +2.50 | +2.50 |

Type: PAL
Expiration Date: 10/11/2026

Edited by: Plock, Kyle E; Finucan, Kim M, OD

**Patient Instructions**

Steven,

You have mild cataracts in both eyes. This is when the natural lens inside of the eye becomes cloudy and therefore

**10/11/2024 - Office Visit in Central Interstate Optometry (continued)**

**Patient Instructions (continued)**

may become harder to see through. We typically recommend cataract surgery once your vision becomes inadequate for driving or daily activities and cannot be improved with new glasses. You are still seeing and functioning well, so we will continue to monitor these for now.

There was no significant change to your glasses Rx in the right eye. I bumped up the glasses Rx a little bit in the left eye, which should help to sharpen the vision.

Let's plan another routine exam again in ~1 more year, but please feel free to come in sooner if you are noticing more significant changes before then.

Electronically signed by Finucan, Kim M, OD at 10/11/2024 10:10 AM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kim M Finucan, OD | 10/10/2024 9:32 AM |

Patient questionnaire submission

--------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Optometry Pre-Visit Prescription Confirmation Kp.Org Natl**

| Question | 10/10/2024 9:32 AM PST - Filed by Patient |
|---|---|
| In accordance with Federal law, Kaiser Permanente is required to obtain a patient's consent to receive a digital copy of their glasses and/or contact lens prescription upon completion of a refractive eye exam and/or contact lens fitting. If you do not consent to receive your prescription electronically, a physical paper copy of the prescription will be provided to you upon completion of your glasses prescription and/or contact lens fitting. By clicking the "I agree" box below, you affirmatively consent to receive your prescription via the online patient portal at KP.org. Upon completion of your glasses prescription and/or contact lens fitting, your digital eyewear prescription(s) will be accessible to you in the patient portal by logging into your account on KP.org and selecting the medical record tab at the top of the screen. Your digital prescription may be saved to and/or printed from your personal device. | I agree to receive my glasses and/or contact lens prescription in the digital format described above. |

**Referrals**

**Outpatient Service #1915697594**

Reason: Specialty Services Required
Class: Internal
Status updated on: 9/8/2024

Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 9/8/2024 to 9/8/2025

**Referred From**

## 10/11/2024 - Office Visit in Central Interstate Optometry (continued)

**Referrals (continued)**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000

Department: EIN-IM
Provider: Kotamarti, Ramu Rao, MD
Provider address: 4855 SW Western Avenue Beaverton OR 97005

**Referred To**

Department: ZZZ-EYE CARE
Specialty: Optometry

Department phone: 503-813-2000

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**217756 - REF EYE CARE, CATARACTS.**

Number requested: 1 Number approved: 1

**Diagnoses**

- H25.9 (ICD-10-CM) - BILAT AGE RELATED CATARACT

**Order**

**REF EYE CARE, CATARACTS. [627092975]**

Electronically signed by: **Kotamarti, Ramu Rao, MD on 09/08/24 1603** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Kotamarti, Ramu Rao, MD 09/08/24 1603
Authorized by: Kotamarti, Ramu Rao, MD
Ordered during: Patient Message on 09/07/2024
Diagnoses
BILAT AGE RELATED CATARACT [H25.9]

**Coverages**

**Deductible Plan**

Plan: 5033270 Covered: Covered From: 3/1/2024 Member #: 15500373

## 10/10/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REQUEST FORM COMPLETION (Emergency Medical Certificate)

**Revision History**

Phan, Stella Nai, LPN on 10/10/2024 1654
- REQUEST FORM COMPLETION

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 10/10/2024 1646**

| | | |
| --- | --- | --- |
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 10/10/2024 4:54 PM | Encounter Date: 10/10/2024 | Creation Time: 10/10/2024 4:46 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to EIN adult clinician pool for assistance with form staging & completion
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to MOB team to review and address per protocol

*The following has been copied and pasted from Clinical summary in care everywhere on 10/1/24:*
Obstructive sleep apnea (adult) 09/27/2015
Overview (12/29/2015):
Formatting of this note might be different from the original.
DME: Pulmonary solutions
RDI:
CPAP/BiPAP Pressure:
Mask:

Electronically signed by Phan, Stella Nai, LPN at 10/10/2024 4:54 PM

**Messages**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**10/10/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Claudia De Araujo Ostermeyer, MD<br>Last Read in kp.org<br>10/11/2024 6:49 PM by Weller, Steven | Weller, Steven | 10/11/2024 2:44 PM |

Hi, please make an appointment with Dr. Foster so that she can ask the appropriate questions and get this done for you.
Regards
Dr Ostermeyer

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 10/10/2024 11:56 AM |

I have the attached form from PGE. When I last had this filled in Santa Clara, CA, I went to the sleep apnea department and they filled it for me. In Oregon, I don't have a contact in that department.

How should I get the form filled?

## 10/01/2024 - Patient Message in Appointment & Advice Contact Center

**Visit Information**

**Provider Information**

**Encounter Provider**

Initiated, Patient/Staff

**Department**

| Name | Address | Phone |
|---|---|---|
| Appointment & Advice Contact Center | 3175 NW Alocleck Dr.<br>Hillsboro OR 97124 | 503-813-2000 |

**Messages**

**Audiology Department**

| From | To | Sent and Delivered |
|---|---|---|
| Sing Tzio<br>Last Read in kp.org<br>10/3/2024 4:04 AM by Weller, Steven | Weller, Steven | 10/1/2024 11:49 AM |

Hello Steven,

You recently inquired about needing Hearing Aid Services on your current aids that were purchased in another region, Good News is that we can help you with this. Please give us a call at your earliest convenience so we can help get you scheduled.

The appointment clerks are available Monday through Friday from 8:00 AM to 5:00 PM. We look forward to speaking with you soon, and assisting in your health care.

Sincerely,

Specialty Care Appointments
503-331-3060
Toll Free 855-512-5983

## 09/30/2024 - Telephone in Central Interstate Audiology

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Chief Complaint

- HEARING AID PROBLEM (CIN)

**Revision History**

Brambila, Sigifredo on 9/30/2024 1011
- HEARING AID PROBLEM

### Clinical Notes

#### Unknown

**Telephone Encounter by Brambila, Sigifredo at 9/30/2024 1009**

| | | |
|---|---|---|
| Author: Brambila, Sigifredo | Service: — | Author Type: — |
| Filed: 9/30/2024 10:12 AM | Encounter Date: 9/30/2024 | Creation Time: 9/30/2024 10:09 AM |
| Status: Signed | Editor: Brambila, Sigifredo | |

Patient is calling, inquiring about the servicing hearing aid purchased through Northern California KP. States hearing aids were purchased about a year ago, Resound is the manufacturer. Left hearing aid has a failing microphone.

Patient is out of the country and prefers communication via kp.org.

Electronically signed by Brambila, Sigifredo at 9/30/2024 10:12 AM

**Telephone Encounter by Tzio, Sing at 10/1/2024 1149**

| | | |
|---|---|---|
| Author: Tzio, Sing | Service: — | Author Type: — |
| Filed: 10/1/2024 11:50 AM | Encounter Date: 9/30/2024 | Creation Time: 10/1/2024 11:49 AM |
| Status: Signed | Editor: Tzio, Sing | |

Kp.org Message sent to patient to call us when he can to schedule the Hearing Aid Service appointment per patient request from prior message.

Electronically signed by Tzio, Sing at 10/1/2024 11:50 AM

**Telephone Encounter by Hamalian, Katherina G at 10/3/2024 1049**

| | | |
|---|---|---|
| Author: Hamalian, Katherina G | Service: — | Author Type: — |
| Filed: 10/3/2024 10:49 AM | Encounter Date: 9/30/2024 | Creation Time: 10/3/2024 10:49 AM |
| Status: Signed | Editor: Hamalian, Katherina G | |

Member called to schedule appt.

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 10/11/2024 9:30 AM (Arrive by 9:15 AM) | Kim M. Finucan | Central Interstate Optometry | 503-240-3940 | |

## 09/30/2024 - Telephone in Central Interstate Audiology (continued)

**Clinical Notes (continued)**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 10/11/2024 3:00 PM (Arrive by 2:45 PM) | Ian S. Odgear; CIN FITTING/DISPENSING ROOM | Central Interstate Audiology | 855-512-5983 | |
| 10/15/2024 3:00 PM (Arrive by 2:30 PM) | Kristian E. Flores | Sunnybrook Physiatry | 503-571-4229 | |
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Hamalian, Katherina G at 10/3/2024 10:49 AM

## 09/29/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL (Audiology )

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Lindsey A Anderson, LPN<br>Last Read in kp.org<br>9/30/2024 10:03 AM by Weller, Steven | Weller, Steven | 9/30/2024 9:57 AM |

Steven,

My name is Lindsey and I am a LPN with Kellie R. Foster, MD's team. Thank you for using kp.org messaging.

You can contact the Audiology department without a referral. Please call the number listed and the department will assist you in making an appointment.

**Audiology**
Scheduling Phone Numbers by Location:
Monday - Friday, 8:00am - 5:00pm
All locations except Longview: 503-331-3060
Longview: 360-636-4469

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lindsey A. Anderson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/29/2024 1:16 AM |

I'm looking for a referral to the audiology people in Kaiser Oregon.

I have ReSound hearing aids that were issued to me about a year ago by Kaiser of Northern California. The left aid has developed a fault (I'm pretty sure it's a failing microphone) and it's making hearing really difficult.

## 09/16/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Messages**

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Lesa Culbertson, LPN<br>Last Read in kp.org<br>9/17/2024 9:05 AM by Weller, Steven | Weller, Steven | 9/16/2024 4:46 PM |

Steven,

Thank you for using kp.org. My name is Lesa, and I am a LPN with Kellie R. Foster, MD's team.

Please see the information I have sent below.

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests.

If you have questions, you can reach the ROI department by phone at (503) 571-5051, 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lesa A. Culbertson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Form or letter request~Request form**

**Messages (continued)**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/16/2024 8:59 AM |

Please let me know when you have faxed the form to Sedgwick so I can give them a heads up.

## 09/16/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>9/30/2024 9:30 AM by Weller, Steven | Weller, Steven | 9/24/2024 5:55 PM |

Hi Steven!

We can try and meet again in 6 weeks or so? Glad you are able to do the exercises without having symptoms!

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 9/16/2024 8:25 AM |

Feedback on the new exercises

The new nerve gliding exercises are definitely touching some new things, but there is no pain or tingling associated with them.

I'm tolerating the putty exercises too, though my left hand is slow to recover from its injury caused by moving myself around in a manual wheelchair, so I'm going carefully there.

I'm doing these new exercises at least once per day and will work up from there.

Do I need to make another appointment with you?

## 09/14/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Sadie Katherine Morse, PA<br>Last Read in kp.org<br>9/17/2024 9:04 AM by Weller, Steven | Weller, Steven | 9/17/2024 7:18 AM |

Hi Steven,

You do not need a new referral. You can call 503-571-4910 or go on to kp.org to schedule with a different PT.

Sadie Morse, PA-C
Westside Medical Center Orthopedics

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Morse Sadie K Pa Pool (supporting Sadie Katherine Morse, PA) | 9/14/2024 4:36 PM |

Miki Bailey PT suggested I seek out another PT to work with me on my hip. Do you have any recommendations and can you create that referral?

## 09/13/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REQUEST FORM COMPLETION (DMV forms )

**Revision History**

Allgood, Gisela, LPN on 9/14/2024 1413
- REQUEST FORM COMPLETION (9/14 awaiting response)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Young, Julia A, LPN at 9/15/2024 1722**

| | | |
|---|---|---|
| Author: Young, Julia A, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/15/2024 5:23 PM | Encounter Date: 9/13/2024 | Creation Time: 9/15/2024 5:22 PM |
| Status: Signed | Editor: Young, Julia A, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to back office for forms

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to back office to review and address.

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 10/11/2024 9:30 AM (Arrive by 9:15 AM) | Kim M. Finucan | Central Interstate Optometry | 503-240-3940 | |
| 10/15/2024 3:00 PM (Arrive by 2:30 PM) | Kristian E. Flores | Sunnybrook Physiatry | 503-571-4229 | |
| 10/21/2024 9:30 AM | Miki Bailey | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/4/2024 9:15 AM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN

Electronically signed by Young, Julia A, LPN at 9/15/2024 5:23 PM

**Telephone Encounter by Foster, Kellie R, MD at 9/17/2024 1843**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 9/17/2024 6:43 PM | Encounter Date: 9/13/2024 | Creation Time: 9/17/2024 6:43 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

Form signed and placed in clinic outbox

P EIN MA team - please mail to DMV parking form to patient

Electronically signed by Foster, Kellie R, MD at 9/17/2024 6:43 PM

**Telephone Encounter by Netherton, Shauna, MA at 9/18/2024 1709**

| | | |
|---|---|---|
| Author: Netherton, Shauna, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 9/18/2024 5:10 PM | Encounter Date: 9/13/2024 | Creation Time: 9/18/2024 5:09 PM |
| Status: Signed | Editor: Netherton, Shauna, MA (MEDICAL ASSISTANT) | |

Placed in out going mail today.
09/18/24

Electronically signed by Netherton, Shauna, MA at 9/18/2024 5:10 PM

**Messages**

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/14/2024 2:34 PM |

It's a renewal of a temporary permit
I don't need a wheelchair permit (I use one but don't have a lift etc.)
It can be mailed to me.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Gisela Allgood, LPN<br>Last Read in kp.org | Weller, Steven | 9/14/2024 2:13 PM |

Lincoln/Weller 0447

**Messages (continued)**

9/14/2024 2:32 PM by Weller, Steven

Steven,

My name is Gisela and I am a LPN with Kellie R. Foster, MD's team. Your clinician will need the following information in order to consider your request.

- Is this an original (first time) parking permit, a renewal parking permit, or a temporary parking permit?
- Do you require a wheelchair or non-wheelchair permit?
- If approved, would you prefer to pick it up at your medical office or have it mailed to your home address? (Please note, it can take 7-10 business days to arrive via mail).

Once we receive your reply, your request will be reviewed by your clinician.

Thank you in advance for your reply.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Gisela Altamirano, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/13/2024 12:37 PM |

My disabled placard expires October 5th. Please let me know how I can renew it.

## 09/13/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Morse, Sadie Katherine, PA | Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 4** |

### Reason for Visit

**Chief Complaints**

- FOLLOW UP CARE - Right Hip
- PAIN - Right Hip

**Visit Diagnosis**

- **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary) [M70.71]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary)** | M70.71 | Morse, Sadie Katherine, PA | 09/13/2024 0954 |

### Clinical Notes

**Unknown**

**Nursing Note by Tolentino, Ana M, LPN at 9/13/2024 0920**

Author: Tolentino, Ana M, LPN  Service: —  Author Type: LICENSED PRACTICAL NURSE
Filed: 9/13/2024 9:16 AM  Encounter Date: 9/13/2024  Creation Time: 9/13/2024 9:15 AM
Status: Signed  Editor: Tolentino, Ana M, LPN (LICENSED PRACTICAL NURSE)

Accompanied by: Spouse/Significant Other,
BP Method: none taken
Weight Bearing Status: Full
Weight: Patient declined
Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy
Patient Support Tool Reviewed: No gaps identified.

Ana M. Tolentino, LPN

Electronically signed by Tolentino, Ana M, LPN at 9/13/2024 9:16 AM

**Progress Notes by Morse, Sadie Katherine, PA at 9/13/2024 0920**

Author: Morse, Sadie Katherine, PA  Service: —  Author Type: PHYSICIAN ASSISTANT (P.A.)

Filed: 9/13/2024 9:55 AM Encounter Date: 9/13/2024 Creation Time: 9/13/2024 9:18 AM
Status: Signed Editor: Morse, Sadie Katherine, PA (PHYSICIAN ASSISTANT (P.A.))

Last visit to Orthopedics or Fracture Clinic in 3 Years:
--------------------------------------------------------
Appointment Date: 4/26/24
Visit Type: Office Visit
Specialty: Orthopedic Surgery
Department: WMS-ORTH
Provider: NORTON, KYLE ROBERT
Visit Diagnoses:
OSTEOARTHRITIS OF RIGHT HIP

**Orthopedic Clinic Note: 9/13/2024**

**Assessment:**
(M70.71) BURSITIS OF RIGHT ILIOPSOAS BURSA (primary encounter diagnosis)

**Plan**:
- Discussed use of NSAIDs and/or acetominophen, ice and elevation to help ameliorate pain
- Pt referred to Physiatry for IA US-guided injection of Right hip iliopsoas bursa
- Follow up as needed

**HPI:**
CC: Steven Weller is a 62 yrs old male here for Left hip pain

*The following has been copied and pasted from office visit on 3/28/2024 by PA Esterberg:*
Steven Weller is a 62 yrs male who presents with longstanding bilateral hip pain but the right hip has been the most bothersome for him. When he was living in California he had bilateral intra-articular hip injections which were helpful. He localizes the pain to the anterior groin of both hips which becomes significantly aggravated any time he stands up replace his weight on his legs. He has been using a wheelchair at home to get around once the hip start to become aggravated.

He has done water therapy in the past which he found very helpful for the hips but because of baseline left knee pain, he has not been able to continue this or try any other physical therapy out of concern that it will make his knee worse thus debilitating him further. He has not had any treatment for the knee or an injection. There have been a recent left knee x-rays but he would be open to considering an injection depending on those results and would also like to proceed with another hip injection.

Most recent IA injection L hip on 4/26/24 did not relieve any pain. PT has been unhelpful, as the hip flexion exercises cause extreme pain in the day after he does them. Pain is primarily with hip flexion, in groin. He is frustrated with the limited mobility he has secondary to the pain

Vocation:
Occupational History

Occupational History
- Not on file

**Clinical Notes (continued)**

Past Injection Procedures

| | |
|---|---|
| Injection History (Excludes Botox)<br>**4/26/2024**<br>14:30 | LARGE JOINT INJECTION OR ASPIRATION PROCEDURES<br>INJ LRG JT/BURSA: R intra-articular hip joint Order Status: Final result<br>INJ LRG JT/BURSA: L knee joint Order Status: Final result |

**BMI: There is no height or weight on file to calculate BMI.**

Tobacco Use: Low Risk (9/13/2024)
Patient History
- Smoking Tobacco Use: Never
- Smokeless Tobacco Use: Never
- Passive Exposure: Not on file

**HBA1C:**

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

*PCP: Kellie R. Foster, MD*

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

No current facility-administered medications for this visit.

*Patient Active Problem List:*
*ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033*
*OSTEOPOROSIS*
*BILAT HAND JOINT PAIN*
*LEFT ELBOW JOINT PAIN*
*NEUROPATHIC PAIN*
*RIGHT HIP JOINT PAIN*

*No Known Allergies*

*No past surgical history on file.*

**Objective:**
* There were no vitals taken for this visit.
* GA: Well appearing adult male in NAD
* HEENT: Head normocephalic, atraumatic
* right hip:
    Inspection: normal skin color, no swelling, no obvious deformity
    Palpation: Tenderness groin.  No tenderness greater trochanter and buttock
Leg lengths: Leg lengths appear equal on clnical exam
    ROM Right Hip: 100° Flexion / 10° IR / 40° ABD /  45° ER
FABER test :  Negative
FADIR test: Negative
Straight Leg Raise    able, without radiculopathy symptoms but with associated groin pain
*Neurovascular: sensation intact to light touch, 2+ pulse(s), motor grossly intact

**Imaging:**

*The following has been copied and pasted from imaging report:*
EXAM:  XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

IMPRESSION:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM

Questions solicited and answered.  Pt agrees to the treatment plan above and has no questions at this time.

36 minutes spent performing face-to-face and non face-to-face patient care today.

### 09/13/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

Electronically signed by Morse, Sadie Katherine, PA at 9/13/2024 9:55 AM

**Flowsheets**

**Encounter Vitals**

| Row Name | 09/13/24 0912 |
|---|---|
| Encounter Vitals | |
| Pain Score | 6 (scale 0-10) -AT at 09/13/24 0912 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| AT | Tolentino, Ana M, LPN | LICENSED PRACTICAL NURSE | Nursing | 09/13/2024 |

**Patient Instructions**

KAISER PERMANENTE

Dear Steven Weller

It was a pleasure to see you today.

Should you have any questions, please contact our advice nurse at (971) 310-3240. You may receive a questionnaire in the mail about today's visit. If you do please take the time to fill it out and return it as soon as possible. This will help us to better serve you.

Thank you for allowing me and my team the privilege of caring for you today. **YOU are the reason we are here, and I truly hope we provided you with the excellent service you deserve**. Please let us know if there is anything else we can do for you so that we can be sure you are leaving completely satisfied with your care experience.
If your symptoms persist or worsen please return to the clinic otherwise please follow up with your primary care provider.

Be well and thrive,

Sadie Morse, PA-C
KAISER WESTSIDE ORTHOPAEDICS
2875 NW STUCKI AVE
HILLSBORO, OR 97124

**Patient Instructions (continued)**

**If I ordered new medication(s) or refill(s) today to be delivered to you by mail-order, you must call 1-800-548-9809 when you are ready to have the medications mailed to you. THE MAIL ORDER PHARMACY WILL NOT FILL YOUR PRESCRIPTIONS UNTIL THEY RECEIVE YOUR CALL!**

Electronically signed by Tolentino, Ana M, LPN at 9/13/2024 9:16 AM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Sadie Katherine Morse, PA | 9/13/2024 9:07 AM |

Patient questionnaire submission

--------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 9/13/2024 9:07 AM PST - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

Lincoln/Weller 0461

## 09/13/2024 - Letter (Out) in Sunnybrook Physiatry

**Visit Information**

**Provider Information**

**Encounter Provider**

Unknown, Provider

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| Sunnybrook Physiatry | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-4229 |

**Letters**

**Letter by Larking, Kateryna Eleana on 9/13/2024**

Status: Sent
Letter body:

KAISER PERMANENTE®

9/13/2024

Steven Weller

Dear Steven,

Your health care clinician has referred you to the Physiatry Department for a procedure. Please call us when you are ready to schedule your appointment or if you have any questions at Physiatry (844-364-4807). We are available Monday- Friday from 8:00am to 5:00pm. If you have already made an appointment, please disregard this notice.

We look forward to speaking with you, to ensure you receive the care you need. As a reminder, your referral is valid for one year.

Be healthy. Live well. Thrive.

Sincerely,

Specialty Department Appointing

## 09/12/2024 - Immunization in Cascade Park COVID-19 Vaccination Clinic

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| Cascade Park COVID-19 Vaccination Clinic | 12607 SE Mill Plain Blvd Vancouver WA 98684 | 800-813-2000 |

### Reason for Visit

**Visit Diagnosis**

- **VACCINATION (primary) [Z23]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | VACCINATION | Z23 | Mickelson, Meryni A, MA | 09/12/2024 1153 |

### Medication Administrations

**COVID Vacc, 2024-2025 (12y up) PF 30 mcg/0.3 mL IM Syg 0.3 mL (COMIRNATY) [627724238]**

Ordering Provider: Mickelson, Meryni A, MA
Ordered On: 09/12/24 1154
Ordered Dose (Remaining/Total): 0.3 mL (0/1)
Frequency: ONE TIME

Status: Completed (Past End Date/Time)
Starts/Ends: 09/12/24 1200 - 09/12/24 1154
Route: intraMUSCULAR
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 09/12/24 1154<br>Documented: 09/12/24 1154 | Given | 0.3 mL | intraMUSCULAR<br>Left Deltoid | Performed by: Mickelson, Meryni A, MA<br>Scanned Package: 0069-2432-01 |

**Flu Vaccine TS 2024-25 (6 mos up) PF IM Syg 0.5 mL (FLULAVAL) [627724121]**

Ordering Provider: Mickelson, Meryni A, MA
Ordered On: 09/12/24 1153
Ordered Dose (Remaining/Total): 0.5 mL (0/1)
Frequency: ONE TIME

Status: Completed (Past End Date/Time)
Starts/Ends: 09/12/24 1200 - 09/12/24 1153
Route: intraMUSCULAR
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 09/12/24 1153<br>Documented: 09/12/24 1153 | Given | 0.5 mL | intraMUSCULAR<br>Left Deltoid | Performed by: Mickelson, Meryni A, MA<br>Scanned Package: 19515-810-41 |

### Immunizations Given

Immunizations never marked as reviewed

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
CVX code: 309
Product: Comirnaty 2024-25 (12y up)(PF)
Expiration date: 3/11/2025

Date: 9/12/2024 1154
Route: Intramuscular
VIS Publish Date: 10/19/23
Manufacturer: Pfizer US pharm

Dose: 0.3 mL
NDC: 00069-2432-01
Lot number: LM2223

**Questionnaire**

## 09/12/2024 - Immunization in Cascade Park COVID-19 Vaccination Clinic (continued)

**Immunizations Given (continued)**

| Question | Answer |
|---|---|
| Any contraindications? | No |
| VIS Given? | Yes |

**Previous revisions**

**[pending] COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

The documentation on this immunization is incomplete.

Dose: 0.3 mL
CVX code: 309
Manufacturer: Pfizer, Inc
Site: Left Deltoid
VIS Publish Date: 10/19/23
Route: Intramuscular

**INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

Given by: Mickelson, Meryni A, MA
Date: 9/12/2024 1153
Dose: 0.5 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 19515-0810-41
VIS Publish Date: 08/06/21
Product: FLULAVAL
Manufacturer: Sanofi Pasteur
Lot number: J4349
Expiration date: 6/17/2025

**Questionnaire**

| Question | Answer |
|---|---|
| VIS Given? | Yes |
| Any Contraindications? | No |
| If contraindicated, approval to give per Clinician/RN? | — |

**Previous revisions**

**[pending] INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

The documentation on this immunization is incomplete.

Dose: 0.5 mL
VIS Publish Date: 08/06/21
Manufacturer: Sanofi Pasteur
Site: Left Deltoid
Route: Intramuscular

# 09/11/2024 - Office Visit in South Interstate Occupational Therapy

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT |

### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

## Reason for Visit

### Chief Complaints

- OCCUPATIONAL THERAPY, onset date 9/25/2024
- PROGRESS NOTE, onset date 9/25/2024

### Visit Diagnoses

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- MUSCLE WEAKNESS [M62.81]
- NUMBNESS AND TINGLING OF SKIN [R20.0, R20.2]
- RIGHT HAND PAIN [M79.641]
- BILAT HAND PAIN [M79.641, M79.642]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #3 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #4 | | | | |
| Add | NUMBNESS AND TINGLING OF SKIN | R20.0, R20.2 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #5 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #6 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Dahuyag, Faye D, OT | 09/25/2024 0922 |

## Clinical Notes

### Unknown

#### Progress Notes by Dahuyag, Faye D, OT at 9/11/2024 1520

Author: Dahuyag, Faye D, OT    Service: —    Author Type: THERAPIST, OCCUPATIONAL
Filed: 9/25/2024 9:23 AM    Encounter Date: 9/11/2024    Creation Time: 9/11/2024 1:55 PM
Status: Signed    Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL)

**Clinical Notes (continued)**

**Occupational Therapy Visit # 2/5**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Monthly Progress Note Due: 10/11/2024

**ASSESSMENT**

**Occupational Therapy Monthly Progress Note (reporting period: 5/4/2024 to 9/11/024)**
Current Functional Status: still limited d/t pain. Also reports easily fatigue. States that he wont be able to handle a full work day as his pain increase with prolonged use.
Objective Changes: improved pain
Individual Goal Progress & Explanation: See notes/changes below.
Assessment of Therapy Progress: Good. Pain is improving. Able to use computer for 2 mins without symptoms. Reports stinging pain along the volar aspect of the MF and IF, but states he was negative for carpal tunnel. Responded well to nerve gliding and activity modification techniques. Added intrinsic strengthening today.
Member will benefit from continued skilled OT intervention to decrease pain and increase strength.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: multiple chronic pain issues
Next Progress Note Due: 10/11/024787

**PLAN OF CARE**

Steven to be seen up to an additional 3 visits through 9/2024.

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | 9/11/2024 |
| Therapist: Faye Dahuyag, OTR | FD |
| Patient to demonstrate understanding on activity modification techniques | Met |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | Met |
| Patient to report compliance with HEP | Met |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | 9/11/2024 | | |
| Therapist: Faye Dahuyag, OTR | FD | | |
| Patient to report pain no more then 1/10 during functional use of the B hand | ongoing | | |
| Patient will be able to type for at least 5 mins with no pain. | ongoing | | |
| Independent with HEP and self management of this diagnosis. | ongoing | | |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.

**Clinical Notes (continued)**

-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Changes to Plan of Care: none
Subsequent Visit Treatment Recommendations: re-assess. Update HEP

**SUBJECTIVE**

Pt reports stinging, but less frequent since last evaluation. More notable after prolonged
Elbow is feeling better. No soreness.
Using computer 2 mins or less

**OBJECTIVE**

R grip 90#
L grip 65#

No reports of pain during grip testing

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Continued assessment.
Discussed activity modification techniques, tasks modification, and tasks variation. Provided appropriate recommendations.
Intrinsic strengthening.

Access Code: 6YRZHC3F
URL: https://kaiserpermanente.medbridgego.com/
Date: 09/11/2024
Prepared by: Faye Dahuyag

Exercises
- Finger Lumbricals with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Finger Adduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Seated Finger Abduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps

Time In: 320
Time Out: 402

| BILLING CODES | Minutes | Units |
|---|---|---|
| Therapeutic Exercise | 42 | 3 |
| | | |
| | | |
| Total Billable Time: | 42 | 3 |

Electronically signed by Dahuyag, Faye D, OT at 9/25/2024 9:23 AM

**Patient Instructions**

### "The Jellyfish"

- With your hands in front of you, elbows bent and to your sides, mimic the slow up and down motion of a jellyfish.
- Slowly repeat in one, very slow, continuous motion (this should take about 3 seconds).

**Patient Instructions (continued)**

- Shorten the arc of motion if you are feeling strong sensations of pulling, tingling or pain.
- **Slowly perform this exercise for 3 cycles of 15-20 seconds each.**



**"Pulling a string attached to your ear"**

- Start with your elbow to the side and your hand pointed towards your ear.
- As you move your arm out, tilt your head like its attached to your hand by a string.
- Open your hand as you move it back toward your head and straighten your neck.
- Slowly repeat in one, very slow, continuous motion (about 3 seconds).
- Shorten the arc of motion if you are feeling strong sensations of pulling, tingling or pain.
- **Slowly perform this exercise for 3 cycles of 15-20 seconds each.**

**Ulnar Nerve Flossing ("Take a bite, would you like some?")**

Perform exercise for 3-4 cycles of 20-30 seconds each.
Repeat this exercises 3-5 times per day.

- Start with your elbow in front of you and your hand in front of your mouth like you are going to take a bite of something.
- Slowly open your hand, bend wrist back, and reach your arm forward like you are handing a plate to someone.
- Slowly repeat in one, very slow, continuous motion (about 3 seconds).
- Shorten the arc of motion if you are feeling strong sensations of pulling, tingling or pain.



**Patient Instructions (continued)**

Electronically signed by Dahuyag, Faye D, OT at 9/11/2024 3:44 PM

## 09/11/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- FORMS (MOB)

### Clinical Notes

**Unknown**

**Telephone Encounter by Le, Tran D, LPN at 9/12/2024 1646**

| | | |
|---|---|---|
| Author: Le, Tran D, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/12/2024 4:47 PM | Encounter Date: 9/11/2024 | Creation Time: 9/12/2024 4:46 PM |
| Status: Signed | Editor: Le, Tran D, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to back office for **further assistance with form delivery.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to back office to review and address.

Katherine D. Le, LPN

Electronically signed by Le, Tran D, LPN at 9/12/2024 4:47 PM

### Messages

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/21/2024 12:00 PM by Weller, Steven | Weller, Steven | 9/20/2024 10:49 PM |

Dear Steven,

I just wanted to close the loop that we faxed the forms with updated question 9 info on Tuesday 9/17.

Sincerely,
Kellie R. Foster, MD
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 9/13/2024 2:57 PM |

Got five pages

Section 9
Walking box should be checked
Other box should be checked

Otherwise looks good, thanks.

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:49 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:40 PM |

Page 5

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:49 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:40 PM |

Page 4

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:49 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:40 PM |

Page 3

**09/11/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:48 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:39 PM |

Dear Mr Weller,

Thank you for letting me know - here is page 2

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 9/13/2024 1:57 PM |

Yes it works!

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:08 PM by Weller, Steven | Weller, Steven | 9/13/2024 1:32 PM |

Dear Mr Weller,

Does it work if I just attached one sheet? This work around has worked for other patients. If you can see this sheet, I'll send the rest one by one.

Sincerely,
Kellie R. Foster, MD

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/12/2024 9:30 AM |

All of the image links give an internal server error, so I can't see the attachments. Fails on Mac and iPad and iPhone. I will try contacting your website people, but you may have a more direct contact.

{"error":"SMS Adapter Error: Internal Server Error.

**09/11/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

Description:[{\"businessException\":false,\"code\":\"Internal Server Error\",\"description\":\"Exception in ExceptionHandlerAdvice->handleSystemException(): EPIC Adaptor Exception in Epic2020EmailAdaptor->getAttachment(): Error reading XMLStreamReader: Unexpected character 'e' (code 101) in prolog; expected '

Dear Mr Weller,

Thank you for following up

I've attached the form to this email, please let me know if you see adjustments that need to be made.

Sincerely,
Kellie R. Foster, MD
----- Message ----- From:Steven Weller Sent:9/11/2024 8:11 AM PDT To:Kellie R. Foster Subject:Form or letter request~Request formAt my video appointment on Friday you were going to fill in the four-page form and send it back to me on Monday for checking prior to faxing. I have not received a form from you yet. Have you faxed it to Sedgwick?Please let me know if there is anything I need to do to meet the September 18 deadline.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/12/2024 2:54 PM by Weller, Steven | Weller, Steven | 9/11/2024 3:01 PM |

Dear Mr Weller,

Thank you for following up

I've attached the form to this email, please let me know if you see adjustments that need to be made.

Sincerely,
Kellie R. Foster, MD

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/11/2024 8:11 AM |

At my video appointment on Friday you were going to fill in the four-page form and send it

Lincoln/Weller 0487

back to me on Monday for checking prior to faxing. I have not received a form from you yet. Have you faxed it to Sedgwick?

Please let me know if there is anything I need to do to meet the September 18 deadline.

## 09/11/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Bailey, Michaela, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Michaela Bailey, PT<br>Last Read in kp.org<br>9/12/2024 9:33 AM by Weller, Steven | Weller, Steven | 9/11/2024 4:05 PM |

Hi Steven,

Sorry to hear you feel this way.

After careful consideration, I think you may prefer to consult with a different therapist.

Best of success and I hope you feel better soon.

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Bailey Michaela Pt Pool (supporting Michaela Bailey, PT) | 9/11/2024 9:58 AM |

Unfortunately, following my appointment with you on Friday my hip pain became substantially worse and Ive been barely able to walk. Something we did in your office made it flare up big time.

But I have a theory of what my condition may be. Iliopsoas bursitis/tendonitis matches the location of my pain and is consistent with the failed attempts to treat this as an arthritic condition. We know that leg raises are really bad, and that that standing and walking are painful. My groin feels sore to pressure where I think that bursa is located.

Does this theory modify my treatment plan? Is there a way we can confirm or refute my amateur diagnosis? It's been more than a year with this and I really need a path forward.

## 09/11/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/11/2024 10:08 AM |

I think my right hip problem is Iliopsoas bursitis/tendonitis. I've sent my PT a message to that effect and intend to steer my orthopedic contacts in that direction. I really need to make progress on this condition.

## 09/07/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- REFERRAL (Eye check)

**Visit Diagnosis**

- **BILAT AGE RELATED CATARACT (primary) [H25.9]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT AGE RELATED CATARACT (primary)** | H25.9 | Kotamarti, Ramu Rao, MD | 09/08/2024 1602 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Baek, Marina, LPN at 9/8/2024 1558**

Author: Baek, Marina, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 9/8/2024 3:59 PM | Encounter Date: 9/7/2024 | Creation Time: 9/8/2024 3:58 PM
Status: Signed | Editor: Baek, Marina, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to clinician for advice

- Patient requesting to have his eye check due to possible cataract.
- See pended referral

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to clinician to be addressed.

Electronically signed by Baek, Marina, LPN at 9/8/2024 3:59 PM

### Messages

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Ramu Rao Kotamarti, MD<br>Last Read in kp.org | Weller, Steven | 9/8/2024 4:03 PM |
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Messages (continued)**

9/9/2024 9:42 AM by Weller, Steven

Hello Steven,

**The following Orders have been placed for you:**

Orders Placed This Encounter
- Cataract Eye Care Referral

To see order information and instructions from a kp.org message (labs, imaging, referrals and other tests), go to the Medical Record tab on kp.org, choose "Past Visit Information" and look for Patient Message in Past Visits.

Standard x-rays and ECGs can be done at any Kaiser facility with an x-ray or imaging department in it.

Please utilize the kp.org app to activate any prescriptions and have it mailed to you or call the pharmacy to have this filled.

If you have additional symptoms or the advice that our nurses have provided is not helpful please call 503-813-2000.

Locations of our Facilities can be found at the following link:
https://healthy.kaiserpermanente.org/oregon-washington/doctors-locations#/search-form

Ramu R. Kotamarti, MD for Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/7/2024 12:52 PM |

At my optometry visit earlier this year (outside Kaiser), the optometrist said that I was a candidate for cataract surgery. I'd like to follow up on that with Kaiser physicians.

## 09/06/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Bailey, Michaela, PT | Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 3 weeks (around 9/27/2024) for Video Visit, Telephone Visit, Face-to-Face Visit.

**Level of Service**

| Level of Service |
| --- |
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaints**

- PHYSICAL THERAPY, onset date 9/6/2024
- PROGRESS NOTE, onset date 9/6/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
| --- | --- | --- | --- | --- |
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Bailey, Michaela, PT | 09/06/2024 1559 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Bailey, Michaela, PT | 09/06/2024 1559 |

### Clinical Notes

**Unknown**

**Progress Notes by Bailey, Michaela, PT at 9/6/2024 1410**

Author: Bailey, Michaela, PT
Service: —
Author Type: THERAPIST, PHYSICAL
Filed: 9/6/2024 3:59 PM
Encounter Date: 9/6/2024
Creation Time: 9/6/2024 2:13 PM
Status: Signed
Editor: Bailey, Michaela, PT (THERAPIST, PHYSICAL)

**Physical Therapy Progress Report**

Visit #4 for dx of

Diagnosis
M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

pain (+ 4 for this year)

PT Initial Evaluation Date: 7/5/24
Medicare Reauthorization Date if Applicable: 10/3/24
Monthly Progress Note Due Date: 10/4/24

Referring Provider: Chad Andrew Esterberg,
Precautions/Contraindications/Comorbidities: NA

Suspect central sensitization.

Reporting Period: 8/23 to 9/6/2024

**ASSESSMENT**

DX:
As of 9/6/24
I suspect intermittent compression of right ilioinguinal and/or related nerves d/t hypertonic R hip flexors.
Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.

Pt will benefit from PT for further mobility assessment, progression of therex, posture and core strengthening, along with continued education regarding spinal alignment and lifting mechanics. Pt may also benefit from manual therapy and modalities as indicated to help with improved lumbar mobility and reduced pain.

Potential barriers to goal achievement: emotional factors

Goals: all in progress
STGs: POC updated on 9/6/24 to 12/31/2024
Patient will be able to sit > 60 minutes without sxs. =near met
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**SUBJECTIVE**

Steven reports he is feeling

He reports supine leg lift flared him up, and he had to go back to using a WC in the house.
Rested and since then has gotten better.

Focused sharp pain.
As it gets better, pain gets duller.
Always same place and radiates up to pelvis.
"My pelvis bone gets tender" = points to right sided ASIS area.
Pain scale: Current: NR/10.
Function:

**Patient Specific Functional Scale (PSFS)**

| ACTIVITY | DATE: 7/5/2024 | 9/6/24 | |
|---|---|---|---|
| 1. Lifting | 2/10 | | |
| 2. Carrying | 2/10 | | |
| 3. Standing | 2/10 | | |
| 4. Walking | 2/10 | 3/10 | |
| **Total Score** = sum of activity | 2/10 | | |

**Lincoln/Weller 0501**

**09/06/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| scores/number of activities | | | |

**KEY:** On a scale of 0-10, Zero indicates the patient is unable to perform the activity.
Ten indicates the patient is able to perform the activity at the same level as before injury.
Minimal detectable change for total score = 2 points. Minimal detectable change for single activity score = 3 points.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Objective:**
Patient arrived in power WC, used WC to transport himself to treatment room,then got up smoothly and walked in normal gait pattern without any signs of visible distress.

*The following has been copied and pasted from: Imaging Report*
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

IMPRESSION:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

**PLAN OF CARE**

Up to 4 more visits.

Focus on alignment.
Try off loading pelvic nerves, may include
Lateral cutaneous femoral nerve
Ilioinguinal nerve

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Therapeutic Exercise: Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided. Pt education on anatomy/biomechanics of the lumbar spine and the role of spinal positioning on low back pain. Pt education on the importance of postural strengthening and stretching to help manage symptoms.

Pt education and performance of:
At home, in most comfortable position seated in recliner and slightly reclined, please try these:

Push right thigh down into the seat, then relax.
With Right leg extended,

**09/06/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

1. Roll hip joint gently in and out in small range
2. Keep heel on floor and knee extended, and gently slide Right heel out to your right side, then return.

Please continue all painfree exercises.

Please be sure to have optimal alignment, including:
Kneecap over toes,
Feet about hip width apart.

In this alignment, please continue small range heel slides and ankle pumps.

**Manual Therapy:**
PROM R heel slides in supine with manual guidance to execute small range movement in perfect alignment.

Patient Response to Treatment: Patient tolerated evaluation and treatment well.

**Time Spent on Evaluation and Treatment:**

Therapeutic Exercise x 22 minutes
**Manual Therapy x 7 min**
Additional clinic time spent on progress assessment.

Time In: 2:13pm
Time Out: 2:50pm

Electronically signed by Bailey, Michaela, PT at 9/6/2024 3:59 PM

**Patient Instructions**

At home, in most comfortable position seated in recliner and slightly reclined, please try these:

Push right thigh down into the seat, then relax.
With Right leg extended,
1. Roll hip joint gently in and out in small range
2. Keep heel on floor and knee extended, and gently slide Right heel out to your right side, then return.

Please continue all painfree exercises.

Please be sure to have optimal alignment, including:
Kneecap over toes,
Feet about hip width apart.

In this alignment, please continue small range heel slides and ankle pumps.

Electronically signed by Bailey, Michaela, PT at 9/6/2024 2:44 PM

**Patient Instructions (continued)**

## 09/06/2024 - Telemedicine in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

**Reason for Visit**

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND JOINT PAIN [M25.541, M25.542]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 09/06/2024 2109 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 09/06/2024 2109 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 09/11/2024 1637 |

**Clinical Notes**

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 9/6/2024 1000**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 9/11/2024 4:38 PM | Encounter Date: 9/6/2024 | Creation Time: 9/6/2024 10:19 AM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**

Hypersensitive is better -- but still only able to use for hands 10-15 min at one time
If able to avoid use pain is better
Mild stinging
Rare the severe pain this is hard to desribe
Stylus is better than typing

Hip is slowly improving - doing eercise- week to see

Limited ability to stand for household takes

Doing puzzles can also flare pain

L elbow is improving - continues with OT exercises

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*
Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
Work forms filled out-- patient continues to have limited abiltiy to stand and use hands for extended time.
See forms attached to 9/11 kp.org message

P) No orders of the defined types were placed in this encounter.

21-30 min pt care time

Electronically signed by Foster, Kellie R, MD at 9/11/2024 4:38 PM

**09/06/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Letters**

**Work Letter by Foster, Kellie R, MD on 9/6/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Off Work**
This patient is placed off work from 10/7/2024 through 1/7/2025.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Northwest, Kaiser<br>Last Read in kp.org<br>7/11/2024 12:30 PM by Weller, Steven | Weller, Steven | 7/10/2024 1:44 PM |

Appointment Information:
Visit Type: Video visit
Date: 9/6/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 10:00 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

## School Status Report

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Off Work**
This patient is placed off work from 10/7/2024 through 1/7/2025.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Lincoln/Weller 0519

## 09/06/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

**accomodation forms**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/7/2024 10:20 AM by Weller, Steven | Weller, Steven | 9/6/2024 9:06 PM |

Dear Mr Weller,

Unfortunately I cannot attach the forms from my laptop, but will attach them Monday when I am back in office.

Take care,
Kellie R. Foster, MD

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 1008**

| | | |
|---|---|---|
| Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/2/2024 10:08 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 10:08 AM |
| Status: Signed | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE) | |

Combined with first message sent. See patient message encounter from 9/2/24. Routed to Kellie R. Foster, MD. Closing encounter.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:08 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:55 AM |

Right Hip
Pain was improving until I tried small range straight leg raise PT exercises. Those injured my right hip after just a few days and put me back a couple of months. I've been carefully adding back PT the other exercises one at a time. I have right hip pain most of the time, but after prolonged rest it will go away completely. It feels like PT is helping.

I've progressed to walking unaided indoors at home every day, but I only walk when I have to and I do so carefully. I use an electric wheelchair whenever I leave the apartment. For the last two weeks I've been able to take a standing shower every day. This is potentially better for my hips since I don't have to get into and out of a bath. Cooking a meal is too much for my right hip.

I spend a lot of time during the day sitting or reclining to keep weight off my right hip. Sitting in

certain positions can cause considerable right hip pain, for example if leaning forward to do a jigsaw puzzle.

Lincoln/Weller 0525

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 1007**

Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 9/2/2024 10:07 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 10:07 AM
Status: Signed | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE)

Combined with first message sent. See patient message encounter from 9/2/24. Routed to Kellie R. Foster, MD. Closing encounter.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:07 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:53 AM |

Summary of my current state in this and several more emails

Hands

Both my hands were gradually stinging more and more until I took anti-inflammatory measures and wore the compression gloves. That has lead to some improvement over the last couple of months. I wear compression gloves less than 25% of the time now. Left hand is definitely less stiff and left index finger has the leathery coldness/neurological pain only occasionally. I'm doing OT hand exercises that I couldn't a year ago.

Hands still sting most of the time. It's low level and generally worsens through the day. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day. Manipulating the pieces of a jigsaw puzzle can easily hurt my hands. I still have to be very careful with iPhone touch screen

use.

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Dr. Foster- review )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 0950**

Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 9/2/2024 10:06 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 9:50 AM
Status: Addendum | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for review
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 9/2/24 from the patient:*
Summary of my current state in this and several more emails

Hands
Both my hands were gradually stinging more and more until I took anti-inflammatory measures and wore the compression gloves. That has lead to some improvement over the last couple of months. I wear compression gloves less than 25% of the time now. Left hand is definitely less stiff and left index finger has the leathery coldness/neurological pain only occasionally. I'm doing OT hand exercises that I couldn't a year ago.

Hands still sting most of the time. It's low level and generally worsens through the day. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day. Manipulating the pieces of a jigsaw puzzle can easily hurt my hands. I still have to be very careful with iPhone touch screen use.

*The following has been copied and pasted from email on 9/2/24 from the patient:*
Right Hip
Pain was improving until I tried small range straight leg raise PT exercises. Those injured my right hip after just a few days and put me back a couple of months. I've been carefully adding back PT the other exercises one at a time. I have right hip pain most of the time, but after prolonged rest it will go away completely. It feels like PT is helping.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**09/02/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

I've progressed to walking unaided indoors at home every day, but I only walk when I have to and I do so carefully. I use an electric wheelchair whenever I leave the apartment. For the last two weeks I've been able to take a standing shower every day. This is potentially better for my hips since I don't have to get into and out of a bath. Cooking a meal is too much for my right hip.

I spend a lot of time during the day sitting or reclining to keep weight off my right hip. Sitting in certain positions can cause considerable right hip pain, for example if leaning forward to do a jigsaw puzzle.

*The following has been copied and pasted from email on 9/2/24 from the patient:*

Left Hip
Slowly becoming more stiff and painful when I wake up. The pain goes away quickly with gentle use, completely unlike the right hip.

Left Knee
Has not given me any problems, though I'm not doing any water walking so I don't expect there to be any. Surprisingly it's tolerating the PT exercises I've done so far that flex and extend the knee joint.

Left Elbow
Still showing very slow, steady improvement, pain free much of the time. I do have occasional elbow pain days when I can't use it much. I'm able to use my left arm more to help keep weight off my hips.

Neurological
Nerve flossing exercises have helped I think. The OT exercises themselves are easier and no longer trigger shooting pain and tingling.

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month (Patient not taking: Reported on 5/9/2024) |

No current facility-administered medications for this visit.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:06 AM

**Messages**

**09/02/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:52 AM |

Summary of my current state in this and several more emails

Inflammation
Taking alpha lipoic acid 600mg once a day and calcium/D3 supplements, continuing a less inflammatory diet. I've found that taking Naproxen for a couple of days can help when right hip pain is really bad. It hasn't previously helped with other joints, suggesting that my right hip condition is different. Really bad hip pain seems to make my hands more painful/sensitive as well.

Exercise
Getting very little. Mobility was improving until I tried leg raise PT exercises. Those injured my right hip and put me back a couple of months. I've progressed to walking unaided indoors at home every day, but I only walk when I have to walk and I do so carefully.

Mood
About the same. Tired of being limited and in pain. Increased stress level due to my Moms situation.

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**
- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 1009**

Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 9/2/2024 10:09 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 10:09 AM
Status: Signed | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE)

Combined with first message sent. See patient message encounter from 9/2/24. Routed to Kellie R. Foster, MD. Closing encounter.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:09 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:57 AM |

Left Hip
Slowly becoming more stiff and painful when I wake up. The pain goes away quickly with gentle use, completely unlike the right hip.

Left Knee
Has not given me any problems, though I'm not doing any water walking so I don't expect there to be any. Surprisingly it's tolerating the PT exercises I've done so far that flex and extend the knee joint.

Left Elbow
Still showing very slow, steady improvement, pain free much of the time. I do have occasional elbow pain days when I can't use it much. I'm able to use my left arm more to help keep weight off my hips.

Neurological
Nerve flossing exercises have helped I think. The OT exercises themselves are easier and no longer trigger shooting pain and tingling.

## 08/31/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FORMS (PCP- ADA Forms )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Totten, Kamela Ashley, LPN at 9/4/2024 1502**

Author: Totten, Kamela Ashley, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 9/4/2024 3:03 PM | Encounter Date: 8/31/2024 | Creation Time: 9/4/2024 3:02 PM
Status: Signed | Editor: Totten, Kamela Ashley, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for ongoing conversation

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Jonathan R. Tardiff, PA's team/pool, this message has been staged and routed to clinician to be addressed.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 9/6/2024 10:00 AM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 9/6/2024 2:10 PM | Miki Bailey | Tanasbourne Physical Therapy | 844-394-3972 | |
| 9/11/2024 3:20 PM (Arrive by 3:05 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 9/13/2024 9:20 AM (Arrive by 9:05 AM) | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | |
| 9/17/2024 8:45 AM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Totten, Kamela Ashley, LPN at 9/4/2024 3:03 PM

**Messages**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**08/31/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Lauren E Kaplan, DO<br>Last Read in kp.org<br>9/4/2024 4:49 PM by Weller, Steven | Weller, Steven | 9/4/2024 3:53 PM |

Hi Steven,

Dr. Foster remains out of clinic and I am covering in her absence. I think a virtual appointment is probably fine to review the forms you need completed.

Wishing you the best,
Lauren Kaplan

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/4/2024 10:46 AM |

I have a video visit already set with Dr. Foster on Friday. Should I try to change that to in-person?

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Caitlin Hannah Martin, DO<br>Last Read in kp.org<br>9/4/2024 10:43 AM by Weller, Steven | Weller, Steven | 9/4/2024 9:41 AM |

Hi Steven,

My name is Dr. Martin. I am reviewing messages today for your provider, Kellie R. Foster, MD.

Please schedule an inperson visit with Kellie R. Foster, MD to discuss current health and need for forms. Messaging is really best for short, non-urgent questions.

Caitlin H. Martin, DO
East Interstate Family Medicine

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|

**Messages (continued)**

| | | |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/31/2024 12:39 PM |

Due to my being absent on medical leave for 1 year, I am being reassessed and am now being managed by the ADA group at Sedgwick.

They have sent two letters. One lets me know that my approved leave ends October 7, so I will need a letter from you to extend that.

The other requests that Kaiser fills in a four-page section California FEHA Accommodation Substantiation Form and has a deadline of Sept 18th. I think you need to fill this one out or provide equivalent information.

Please note that my wife and I will be out of the country Sept 18-Oct 8 and we may have limited internet access. My 90 year old mother in the UK is in rehab having broken her hip, so we are dealing with that. It was to be a vacation of sorts, but priorities have changed.

## 08/25/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- LETTER (Prescription letter for travel )

### Clinical Notes

**Unknown**

**Telephone Encounter by Suh, Tiffany, LPN at 8/26/2024 0912**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 8/26/2024 9:15 AM | Encounter Date: 8/25/2024 | Creation Time: 8/26/2024 9:12 AM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for letter

- Reports needing letter to carry prescriptions to Iceland and UK.
- Requesting letter to carry 30 day supply Fosamax 70 mg medication. Please advise

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month (Patient not taking: Reported on 5/9/2024) |

No current facility-administered medications for this visit.
Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Electronically signed by Suh, Tiffany, LPN at 8/26/2024 9:15 AM
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**08/25/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Letters**

**Letter by Foster, Kellie R, MD on 9/3/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

9/3/2024

Steven Weller

Dear Steven,

This letter is to state that you will be traveling to the United Kingdom between September 18 and October 4, 2024. You will be carrying a 30 day supply of the prescription medication Fosamax 70 mg which I have prescribed for a medical condition.

Please contact me at 503-813-2000 if you have any questions.

Sincerely,
Kellie R. Foster, MD

*<<Signed electronically - 9/3/2024 11:04 AM by Kellie R. Foster, MD.>>*

**Letters (continued)**

**Letter by Foster, Kellie R, MD on 9/3/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

9/3/2024

Steven Weller

Dear Steven,

This letter is to state that you will be traveling to Iceland between October 4, 2024 and October 8th 2024.. You will be carrying a 30 day supply of the prescription medication Fosamax 70 mg which I have prescribed for a medical condition.

Please contact me at 503-813-2000 if you have any questions.

Sincerely,
Kellie R. Foster, MD

*<<Signed electronically - 9/3/2024 11:04 AM by Kellie R. Foster, MD.>>*

**Messages**

**Form or letter request~Request general letter**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Kellie R Foster, MD | Weller, Steven | 9/3/2024 11:07 AM |

Last Read in kp.org
9/4/2024 8:54 AM by Weller, Steven

Dear Steven,

I have posted letters to kp.org with my electronic signature.

Please let me know if you need further information.

Take care and I hope you have wonderful trip.

Kellie R. Foster, MD

**Messages (continued)**

**Form or letter request~Request general letter**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/25/2024 11:06 AM |

I will be traveling to the UK and Iceland between September 18 and October 4 (UK) and October 4 and October 8, 2024 (Iceland), and need a letter to carry prescriptions to these countries.

The website for the UK states that the letter must include:

your name
the dates you are travelling to or from the UK
a list of your medicine, including how much you have, doses and the strength
the signature of the person who prescribed your drugs
You can only bring up to 3 months supply of your medicine with you.

The website for Iceland is less specific, but the same information should be adequate.

I will be bringing a 30 day supply of Fosamax 70mg.

Thank you.

## 08/23/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Silao, Czarino Paragas, PT | Silao, Czarino Paragas, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 2 weeks (around 9/6/2024) for 2 visits. 1 visit every 2-3 weeks. PT/PTA. Progress note by 9/22/24.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 8/23/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Silao, Czarino Paragas, PT | 08/23/2024 1006 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Silao, Czarino Paragas, PT | 08/23/2024 1006 |

### Clinical Notes

**Unknown**

**Progress Notes by Silao, Czarino Paragas, PT at 8/23/2024 0930**

Author: Silao, Czarino Paragas, PT Service: — Author Type: THERAPIST, PHYSICAL
Filed: 8/23/2024 10:06 AM Encounter Date: 8/23/2024 Creation Time: 8/23/2024 6:12 AM
Status: Signed Editor: Silao, Czarino Paragas, PT (THERAPIST, PHYSICAL)

**Physical Therapy Progress Report - In Office Appointment**

Visit # 3 for dx of

Diagnosis

M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

Reporting Period: 7/5/24 to 8/23/2024
Next monthly progress report due date: 9/22/24

**ASSESSMENT**

## 08/23/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Clinical Notes (continued)**

Steven is a 62 yrs old male who came in today for a follow-up visit and presented with persistent symptoms. Pt would benefit from continued skilled PT to maximize functional recovery and overall mobility to achieve full functional capabilities.

Pt is progressing towards meeting PT goals.

**PLAN OF CARE**

Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.
Steven to be seen for up to 2 additional visits by 10/3/24 per physical therapy plan of care.

Goals:
STGs: 8/4/24 **Ongoing**
Patient will be able to sit > 60 minutes without sxs.
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

LTGs: 10/3/24 **Ongoing**
Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**SUBJECTIVE**

Pt reports that he has been able to incorporate more exercises in his daily routine
Pt appreciative of exercise modifications/progressions today

Pain Rating: NR/10, Pt reports pain has been moderate to severe.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Informed consent:** I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan

**Therapeutic Exercise:** Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

**Therapeutic Exercise.** Pt education and performance of:
Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 08/23/2024
Prepared by: Czarino Silao

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Hip Abduction - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Trunk Rotation - Arms Crossed - 3 x daily - 7 x weekly - 3 sets - 5-10 reps

**08/23/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps
- Heel Toe Raises with Counter Support - 1 x daily - 4 x weekly - 2 sets - 5-10 reps
- Standing Hip Abduction with Counter Support - 1 x daily - 4 x weekly - 2 sets - 5-10 reps
- Standing Hip Flexor Stretch - 1 x daily - 4 x weekly - 2 reps - 1-3 hold
- Staggered Stance Forward Backward Weight Shift with Counter Support - 1 x daily - 4 x weekly - 2 sets - 2-3 reps

**Patient Response to Treatment**: Pt demonstrates good understanding and performance of exercises and is agreeable to performing these at home.

**Time Spent on Treatment:**
Therapeutic Exercise x 34 minutes

Time In: 9:28
Time Out: 10:03

CZAR SILAO, PT, DPT
Physical Therapist

Kaiser Permanente
Tanasbourne Medical and Dental Office
10315 NE Tanasbourne Drive
Hillsboro, OR 97124
Appointments: (503) 571-4910

Electronically signed by Silao, Czarino Paragas, PT at 8/23/2024 10:06 AM

## 08/15/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- MEDICATION MANAGEMENT (Fosomax update)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 8/16/2024 1017**

Author: Segletes, Paula Ann, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 8/16/2024 10:21 AM Encounter Date: 8/15/2024 Creation Time: 8/16/2024 10:17 AM
Status: Signed Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for **medication management**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

**Active Medications as of 08/15/2024:**
**ALENDRONATE 70 MG ORAL TAB, Sig: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes**

*The following has been copied and pasted from video visit on 7/10/24 by Kellie R. Foster, MD*
:

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Segletes, Paula Ann, LPN at 8/16/2024 10:21 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp org<br>8/17/2024 6:49 AM by Weller, Steven | Weller, Steven | 8/16/2024 11:17 PM |

Dear Mr Weller,

Thank you for letting me know, I agree with restarting.

Take care,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/15/2024 8:46 AM |

As suggested, I stopped taking Alendronate (Fosamax) for several weeks. There has been no

Lincoln/Weller 0563

**08/15/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

improvement to my right hip (it's still pretty bad), so I will start taking it again at the weekend.

## 08/15/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**
Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Reason for Visit

**Chief Complaint**
- INQUIRY

### Clinical Notes

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 8/15/2024 0905**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 8/15/2024 9:05 AM | Encounter Date: 8/15/2024 | Creation Time: 8/15/2024 9:05 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 8/15/2024 9:05 AM

### Messages

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>8/17/2024 6:52 AM by Weller, Steven | Weller, Steven | 8/15/2024 2:42 PM |

Hi Steven. I would not suspect the existing labral tear is the primary cause of your symptoms. Lets wait and see what Sadie thinks when you see her but I suspect that Dr. Foster may want to consider looking at your lumbar spine as a potential source of your symptoms.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting | 8/15/2024 8:59 AM |

Chad Andrew Esterberg, PA)

I have an appointment with Sadie Morse 9/13 to further investigate my hip issues. Is there anything that should be done prior to that which would help provide data to further a diagnosis?

I will be traveling Sept 18 through Oct 9 and that was the first ortho appointment I could get.

I initially saw steady but very slow improvement after starting alpha Lipoic acid and taking other anti inflammatory measures, but then immediately went back to disabling pain when I tried small range supine leg raises. An MRI from September 2023 showed a small labral tear. Could that or something else adjacent be the cause?

## 08/01/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 8/1/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 08/01/2024 1306 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 08/01/2024 1306 |

### Clinical Notes

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 8/1/2024 0845**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 8/1/2024 1:06 PM | Encounter Date: 8/1/2024 | Creation Time: 8/1/2024 8:21 AM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 2 this year
Progress note due: 8/4/24

**ASSESSMENT**

Patient Response to Treatment: Pt. Tolerated therapy session with minimal increase in pain.

Steven is a 62 yrs old male with subjective report and objective findings consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.
which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

**Clinical Notes (continued)**

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

## PLAN

Steven to be seen for up to 3 additional visits by 10/3/24 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

No change in plan of care.

Next session 08/22/24.

## SUBJECTIVE

Steven reports hip pain got worse for 3 days after the last session, stopped HEP, restarted one by one after a week to see which one aggravates, SLR seemed to bother R hip. Not doing that. Overall improvement, still have pain but 4/10/.. not using the WC at home as much. Standing tolerance 1-2 min.

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Participated therapy session in WC
Tolerated walking to/from treatment room# 4 to gym (NuStep)

| Home Program |
| --- |
| Access Code: JQNF84R6<br>URL:<br>https://kaiserpermanente.medbridgego.com/<br>Date: 08/01/2024<br>Prepared by: Choeying Sangmo<br><br>**Reviewed:**<br>- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps<br><br>**Added:**<br>- Standing Hip Flexor Stretch - 1 x daily - 7 x weekly - 2 reps - 1-3 hold<br>- Staggered Stance Forward Backward Weight Shift with Counter Support - 1 x daily - 7 x weekly - 2 sets - 2-3 reps |

**Clinical Notes (continued)**

Therapeutic exercise 30 minutes: reviewed and added Hep with Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 08:43
Time Out: 09;15

Electronically signed by Sangmo, Choeying, PTA at 8/1/2024 1:06 PM

## 07/28/2024 - Patient Message in Tanasbourne Phys[redacted] Therapy

### Visit Information

**Provider Information**

**Encounter Provider**

Bailey, Michaela, PT

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

### Messages

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Michaela Bailey, PT<br>Last Read in kp.org<br>7/30/2024 10:32 AM by Weller, Steven | Weller, Steven | 7/29/2024 1:21 PM |

Hi Steven,

Sorry to hear you are in pain.

You did the right thing to stop specific exercises that increase your pain.

As I recall, on our visit, I provided extensive education on various pain management strategies, as well as several gentle exercises. Please see summary of these below.

I don't recall instructing you to do leg raises.

You may wish to follow up with your medical doctor for additional questions or concerns.

Thank you,
Miki

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Bailey Michaela Pt Pool (supporting Michaela Bailey, PT) | 7/28/2024 8:53 AM |

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with my symptoms and diagnostic results, but has never been followed up on. Is that something you are aware of?

In the few days after my visit to you 2024-07-05 I developed severe right hip pain and had to rest it for a week. Then I started adding the exercises one by one, doing each fully but just once a day. I left the leg raise to last and am now in severe pain again. Onset is delayed, so it was three days before I stopped, but I'm now sure that this exercise is the cause. I wake with

**Messages (continued)**

hip pain, something I've not experienced for a long time. In terms of the gradual improvement I saw prior to PT, I estimate I've regressed about two months. The other exercises were benign, but I'm currently not doing any until the pain reduces.

## 07/28/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Hip pain)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Baek, Marina, LPN at 7/29/2024 0946**

| | | |
|---|---|---|
| Author: Baek, Marina, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/29/2024 9:46 AM | Encounter Date: 7/28/2024 | Creation Time: 7/29/2024 9:46 AM |
| Status: Sign at exiting of workspace | Editor: Baek, Marina, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from Telemedicine encounter on 7/10/24 by Kellie R. Foster, MD:*

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp org<br>7/30/2024 10:31 AM by Weller, Steven | Weller, Steven | 7/29/2024 10:54 AM |

Dear Steven,

I am sorry to hear about this increased pain. I recommend scheduling a follow up visit with PA Kyle Norton or one of his colleagues in the orthopedics department - here is the orthopedic department phone number- (503) 571- 4227.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/28/2024 9:05 AM |

One specific PT exercise has apparently put me back about two months in terms of right hip progress. I'm close to going back to an indoor wheelchair and it's really demoralizing. See my mail to Mike Bailey for more detail.

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with onset (high levels of physical stress due to left hip pain), symptoms (pain mainly at the front, radiating upward) and diagnostic results (joint impingement, pain

**Messages (continued)**

unaffected by steroid shots), but has never been followed up on. I'd like to investigate this further.

## 07/19/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>7/26/2024 10:46 AM by Weller, Steven | Weller, Steven | 7/25/2024 4:12 PM |

Hi Steven!

Sorry about your appointment. I had a pink eye. I am glad you are getting better slowly. Continue to do the exercises and we will re-assess next visit. Stay well!

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 7/19/2024 3:30 PM |

Our appointment was cancelled last week, and I was not able to make another until September, so I wanted to touch base on where I am and ask what should be next. I've been doing all the exercises probably an average of 2.5 times a day. I'm taking alpha lipoic acid and have been wearing the compression gloves about half the time. I've made modifications to my diet to help inflammation.

Overall my hands are showing slow improvement. I have less constant stinging and don't notice it at night so much. I have a little more resilience to hand use. The "tray" exercise feels much better on the left side now than when I started it, so I assume that means it's working. At their current level, none of the exercises are triggering any new pain.

Please let me know what I should change, if anything.

Messages (continued)

## 07/12/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (Next Dexa?)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Deveraux, Dori, LPN at 7/13/2024 1025**

| | | |
|---|---|---|
| Author: Deveraux, Dori, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/13/2024 10:28 AM | Encounter Date: 7/12/2024 | Creation Time: 7/13/2024 10:25 AM |
| Status: Signed | Editor: Deveraux, Dori, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

- **When is Dexa due?**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from : 08/04/2022 DEXA BONE DENSITY*

IMPRESSION:
1. Lumbar osteoporosis and femoral osteopenia.

FRAX calculations for fracture risk in the next 10 years:
Major osteoporotic fracture: 10.3%
Hip fracture: 1.5%

The National Osteoporosis Foundation recommends pharmacologic therapy for osteoporosis.

Consider pharmacologic therapy for osteopenia if the 10 year risk is 20% or greater for major osteoporotic fracture or 3% or greater for hip fracture, especially in the setting of clinical risk factors.

WHO Criteria (applicable to peri- or postmenopausal women or to men >50 years old):

Normal: T-score -1.0 or better
Osteopenia: T-score between -1.0 and -2.49
Osteoporosis: T-score -2.5 or worse
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

Last Resulted: 08/05/22 9:14 AM

**Current Outpatient Medications**

| Medication | Instructions |
|---|---|
| • Alendronate (FOSAMAX) | 70 mg, Oral, EVERY 7 DAYS, with a full glass of water at least 30 minutes before first food, beverage, or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Electronically signed by Deveraux, Dori, LPN at 7/13/2024 10:28 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp org<br>7/18/2024 7:40 PM by Weller, Steven | Weller, Steven | 7/18/2024 6:17 PM |

Dear Mr Weller,

Thank you for this information. Lets still see if the hand pain and knee pain improve off the alendronate. The timing of the next bone density depends on whether or not we decide to resume alendronate.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/12/2024 8:57 AM |

I looked into my history of Alendronate (Fosamax)and bone density. See attached DEXA info.
As far as I can tell:
2022-04-10 Cracked ribs
2022-04-15 Xrays
2022-08-05 Bone density scan, started taking Calcium and D3

2023-03-15 (Kaiser CA) Started taking Alendronate, continued to present

As you can see, this post-dates the onset of serious hip issues ~2022-12

Given the DEXA scan date, when should I have my bone density checked again?

## 07/10/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #4 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Foster, Kellie R, MD | 07/10/2024 1940 |

### Clinical Notes

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 7/10/2024 1310**

Author: Foster, Kellie R, MD Service: — Author Type: Physician
Filed: 7/17/2024 6:04 PM Encounter Date: 7/10/2024 Creation Time: 7/10/2024 12:43 PM
Status: Signed Editor: Foster, Kellie R, MD (Physician)

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of joint pain, suspected neuropathic pain and osteoporosis bones, presents with ongoing joint symptoms affecting multiple areas, including the hands, right hip, and left knee. The patient reports a recent increase in joint pain, particularly in the right hip following a physical therapy session. Despite this, the patient notes some improvement in joint symptoms, including the elbow and hands, over the past month.

The patient has been actively managing their symptoms through physical and occupational therapy, dietary modifications, and the use of compression gloves. Sense of burning/discomfort recently improved

They have also been taking alpha lipoic acid for approximately five weeks, which they believe may be contributing to their recent improvements. Seeing some improvement in ability to type, but give example that he tried 15 min of pressing calculaotry type buttons - very gentle - then 2 days of pain.

The patient has a history of fragile bones, having broken ribs on multiple occasions under unusual circumstances. This led to a diagnosis of osteoporosis and the initiation of alendronate therapy several years ago.

The patient's joint pain has significantly impacted their mobility and ability to perform daily activities, including work. Despite this, they report some recent improvements, such as being able to stand and prepare meals, and no longer needing a wheelchair for mobility within their home, still using power mobility outside of home

The patient's joint pain does not affect all joints and seems to be more pronounced on the left side in upper ext. They describe the pain as a lack of lubrication, leading to stiffness and sensitivity to movement.

The patient's joint pain and mobility issues have been ongoing for approximately a year. They are currently unable to return to work due to these limitations.

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.

-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Foster, Kellie R, MD at 7/17/2024 6:04 PM

**Patient Instructions**

It was a pleasure to talk with you today over video

Our plan for today: stop Alendronate for 1 month and monitor symptoms. If pain improves let stop this medication

Continue Physical Therapy and Occupational therapy

I will let you know what radiology recommends about lesions in your muscle in your upper back

See below for information on anti-inflammatory diet

Food Plan for Reducing Pain and Inflammation, Supporting Structural Health,
and Healing Musculoskeletal Conditions

The purpose of this food plan is to help you achieve and maintain health by decreasing foods that lead to inflammation and pain, decreasing your intake of harmful chemicals, and optimizing your intake of healthy protein, fat, and carbs. It can also aid in weight management and in the prevention of heart attacks, type 2 diabetes, cancer
and strokes. The plan may be modified if you have food allergies or are gluten sensitive.

Grocery Shopping

Healthy food is really better for your body; it is not just a fad. It is best to do most of your food shopping at a market that offers a lot of organic and natural food choices. Buy organic fruits, vegetables, milk products, and free-range eggs and meats whenever possible. Non-organic fruits, vegetables, dairy, and meats contain pesticides, and may
contain other chemicals or harmful metals. These chemicals can be stored in your body, where they stimulate pain receptors, create inflammation, increase free radical production, and make it more difficult to heal.

Proteins
Goal: to get sufficient healthy sources of protein to supply the amino acids that help to preserve and build
muscle, and heal musculoskeletal tissues.
Protein is made from amino acids. Adequate protein is needed every day. It helps to maintain your muscles, and amino acids are a building block for many important cell reactions. Everyone needs at least .8 grams of protein per kilogram of body weight (weight in pounds divided by 2.2).

Protein needs:
• For sedentary individuals: .8 gms/Kg.
• When doing aerobic training that is moderate to vigorous: 1.2 grams per kg of lean body weight.
• When weight lifting to make body shaping or hypertrophy gains: 1.4-1.6 grams per kg.
• While healing from surgery: 1 – 1.2 g/kg.
• For healing a tendon or ligament from an injury: 1.2 gms per kg of lean weight.
• Based on this scale, your protein needs are______________.

Protein guidelines:
• Have protein with each meal and snack if possible.
• Limit red meat or eliminate it unless it is free-range, grass-fed beef or lamb.
• Avoid charring/browning proteins/meats.
• Use organic meats or free-range meats and poultry (chicken and turkey) when possible.
• Use free-range eggs for protein but avoid browning the eggs.
• Avoid lunch meats that have sodium nitrate or nitrites. Nitrate-free turkey is a good protein source.
• Use walnuts as a protein source for snacks and for the omega-3 fats.
• Use mixed nuts and seeds (pumpkin, sunflower).
• Consider nut butters (almond, cashew, macadamia) that you add to breakfast cereal, bread, crackers, apples and
celery.
• Soy products such as tempeh, miso, and soy milk are good sources of protein.
• If you are going to use milk products try to use organic milk products (milk, cheese, and yogurt).
• For milk substitutes, you can use soy, rice, almond, or oat milk.
• Consider beans and grains as a source of protein and fiber (soy, millet, quinoa, lentils and other beans).
• Get at least 1/3 -1/4 of your daily protein need at breakfast by using a protein powder with whey or rice protein
to make protein smoothies. You can blend 2 scoops in 10-12 ounces of a liquid with some organic berries (+ or – a banana).
• Minimize large fish such as tuna and swordfish because of mercury. Avoid farm-raised salmon because of PCBs; river trout is usually OK.

Fats
Goal: Eat healthy fats and decrease unhealthy fats.
Your fat intake is directly related to inflammation. Follow these guidelines:
• Use coconut oil, canola, or olive oil (extra virgin is best) for cooking.

• Make your own salad dressing with 2 parts flax oil, 4 parts extra virgin olive oil, and red wine or balsamic
vinegar (may add a small amount of toasted sesame for flavor) .
• Use sources of omega-3 fats, including flax seeds and oil (don't heat flax), sardines, ocean salmon, and walnuts.
• Use a daily supplement of 1-4 grams of high EPA/DHA fish oils (capsule or liquid) purified to eliminate mercury, pesticides, etc.
• Use dry-roasted or raw nuts.
• Eliminate deep fried and breaded fried foods (french fries, Chicken MC Nuggets, etc.).
• Avoid all partially hydrogenated oils and trans fats by reading labels ("partially hydrogenated___________oil").
• Decrease saturated fats (e.g., ice cream). Try to limit foods that have more than 6-8 grams of fat per serving.
Choose low-fat ice creams, low or nonfat yogurt, and low or healthy fat salad dressings (vinaigrette, oil and
vinegar).
• Choose leaner meats.
• Avoid highly heated fats such as crispy bacon and french fries cooked in vats of oil.

Carbohydrates
Goal: limit non-nutritive carbs and use healthy complex carbs as an energy and vitamin source.
• Have a daily intake of healthy and colorful fruits (berries, pomegranate, apples, pears, and citrus fruits) and veggies for fiber and beneficial phytochemicals to help your body quench free radicals and biotransform (detoxify) toxins.
• Eat healthy vegetables (organic when possible): including Cruciferous vegetables daily (broccoli, cabbage,
cauliflower, kale) as they help your body detoxify.
• Eat other vegetables for their nutrients and fiber: chard, spinach, celery, squash, zucchini, cucumber.
• Eat from the onion family daily (onions, leeks, chard, garlic, chives) as it is good for connective tissue and detoxification.
• Consider juicing organic vegetables to improve your intake of phytochemicals: consider celery, apple, carrot, kale, broccoli, spinach, beets, with some lemon or lime and some
protein powder.
• Limit cookies, cake, scones, muffins, potatoes, starches, sugars, rice, pasta, and breads unless you are training for a long aerobic event or do not have a weight management problem; in that case, use whole and sprouted grains in bread or boiled.
• Eat beans (kidney, black, pinto, garbanzo, etc.) for soluble fiber and to limit colon inflammation.
• Use a bread that has at least 3-5 grams of protein and fiber per slice. Look for sprouted grain and seed breads. Use whole grain sources for carbs, such as quinoa, millet, etc.
• Use a breakfast cereal that has at least 8 grams of fiber and 4-10 grams of protein per cup.

Food Additives
• Try to avoid artificial colorings and diet beverages with aspartame.
• Minimize and avoid foods containing ingredients that have MSG or hidden MSG. To get a current list of
hidden MSG in foods, do a search for MSG, Hidden.

Steps for Healthier Food Choices
Start where you are and proceed step by step toward the goal. Follow these overall guidelines:
• Minimize or eliminate (ideally) partially hydrogenated oils in processed foods (use foods labeled "No Trans Fats").

• Minimize or avoid eating at fast food restaurants. At restaurants choose butter based toppings on the side, eliminate sour cream and cream based dishes. Choose salads (with oil and vinegar or vinaigrette), vegetables and avoid deep fried entrées.
• Minimize or avoid deep fried and breaded foods.
• Minimize sugars and starches (crackers, potatoes, rice, scones, cookies, etc.).
• Increase healthy fruits such as apples and berries (have 2-3 servings per day).
• Use healthy veggies such as those in the veggie list above (Carbohydrates section).
Have a minimum of 3 servings per day.
• Try to choose organic fruits and veggies when your budget and the availability of these items allows.
• Eat protein at every meal.
• Try to purchase free-range poultry and meat (if you are not vegetarian).
• Try to choose low-fat, organic dairy products (milk, cheese, yogurt, ice cream, etc.) if you eat dairy products.
• Use a good multivitamin mineral supplement (taken at meals) that requires at least 2 per day with minerals (calcium 500 mg per day and magnesium 500 mg per day) and antioxidants (A, C, E, selenium).
• Try some green tea daily (other teas such as white and red are also healthy).
• Minimize drinks with fructose and corn syrup.
• Choose veggie juices such as V 8 or an organic version (Knudsen Very Veggie Organic, Lakeview Super Veggie).
• For fruit juice, choose one with a lot of phytonutrients and antioxidant quenching abilities.
• If you are trying to lose weight, limit juices other than veggie juices to 4-6 ounces per day.

Breakfast Ideas:
• Get at least ¼ of your protein needs met at breakfast.
• Protein Smoothie (see protein section above to make it). Use enough protein powder to get 20-25 grams.
• Use breakfast cereals that are high in protein and fiber, such as Nature's Path Optimum Slim or Kashi Good
Friends. Consider adding mixed nuts and fruit to cereal (blueberries, banana, etc.).
• A 2-3 egg omelet or egg scramble with veggies such as spinach, leeks, broccoli, tomatoes, or chives is a good
breakfast choice.

Lunch Ideas
• Have a sandwich with high fiber, high protein sprouted grain bread (see carbohydrate section above). In your
sandwich have nut butter (such as almond, macadamia, or cashew) or turkey or chicken (with no nitrates) with
veggies (lettuce, tomatoes, olives, cucumber, onions) or organic cheese with veggies.
• If you have a salad for lunch, add healthy protein such as beans (kidney, garbanzo, pinto), sliced nitrate-free
turkey, ocean salmon, or organic cottage cheese. Use numerous colorful veggies in your salad and try to include
cruciferous veggies such as broccoli. Use an oil and vinegar salad dressing or make your own (see fats above).

Dinner Ideas
• Try to have 2 servings of healthy veggies and a low -at protein source.
• Minimize desserts (other than fruit).

----------------------------------------------------------------------------------------------------------------

**Patient Instructions (continued)**

Following the anti-inflammatory diet recommendations that I have shared with you can also be very helpful overall, and help to combat inflammation from the source.

Other supplements including omega 3 fatty acids (as found in fish oil supplements or wild salmon and sardines) are also anti-inflammatory in nature. The omega 3 fatty acids from fish oil are more readily absorbed than vegetarian/vegan sources (flaxseed, etc.). If you have concerns about animal sources, there are companies that carry an algae-based form.

Lastly, to further reduce inflammation, you can consider adding turmeric 400 mg 3 times daily with food. It is better absorbed if you look for a brand with piperine (a pepper extract- you can check the back label). Taking it with any meal that includes a little bit of fat also helps with absorption. "Doctor's Best" is a brand that contains the pepper. "Nature's Way" and "Gaia Herbs" are also reputable brands.

Electronically signed by Foster, Kellie R, MD at 7/10/2024 1:41 PM

**07/10/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Letters**

**Work Letter by Foster, Kellie R, MD on 7/10/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

**Messages**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Kporg Appointment Notifications | 5/21/2024 10:20 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: VID PC HOME VISIT OL (1101531)

7/10/2024 1:10 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Forms for Sedgwick, work status report

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser | Weller, Steven | 5/21/2024 10:20 AM |
| Last Read in kp.org | | |
| 5/21/2024 10:24 AM by Weller, Steven | | |

Appointment Information:
Visit Type: Video visit
Date: 7/10/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 1:10 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.

**Messages (continued)**

3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**
3572
**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

## School Status Report

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**
3572
**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

## 07/09/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Ortiz Calderon, Areli, LPN at 7/10/2024 0913**

Author: Ortiz Calderon, Areli, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 7/10/2024 9:13 AM | Encounter Date: 7/9/2024 | Creation Time: 7/10/2024 9:13 AM
Status: Signed | Editor: Ortiz Calderon, Areli, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for review

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Electronically signed by Ortiz Calderon, Areli, LPN at 7/10/2024 9:13 AM

### Messages

**Re: disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Lesa Culbertson, LPN<br>Last Read in kp.org<br>7/12/2024 9:13 AM by Weller, Steven | Weller, Steven | 7/11/2024 11:02 AM |

Steven,

Thank you for using kp.org. My name is Lesa, and I am a LPN with Kellie R. Foster, MD's team.

Please send forms to ROI. See the instructions I have sent below.

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Lincoln/Weller 0623

**Messages (continued)**

department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests.

If you have questions, you can reach the ROI department by phone at (503) 571-5051, 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lesa A. Culbertson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Re: disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/10/2024 9:39 AM |

Sedgwick replied:

Kaiser doesn't complete any of our forms as they have their own. If you could ensure an updated Work Status Report and office visit notes from your appointments are sent in that would be wonderful. I tried getting updated medical but they didn't have any records to share with Sedgwick at the time as it was requested on 07/02/2024. Thanks! :)

I've attached a previous WSR from Kaiser that was accepted, so something equivalent to that is what is needed.

**disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/9/2024 5:51 PM |

I don't have a form to be filled in. I received a vague message from Sedgwick yesterday saying that my medical information was incomplete. I left a message on their web site asking for specifics and what I should do. I believe they need a letter that says I am unable to work. I will check tomorrow and call them.

In the past the doctor at Kaiser CA generated a letter called a Work Status Report that stated I was unable to work and included a range of dates. That was in the form of an electronically signed PDF that I then sent to Sedgwick or whoever needed it. For medical information, I've been downloading it myself via ROI and sending it to Sedgwick since that seems to be the only reliable method.

Lincoln, the other insurance company I work with, has no such problems.

**disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/10/2024 9:36 AM by Weller, Steven | Weller, Steven | 7/9/2024 2:40 PM |

Dear Mr Weller,

I was preparing for our visit tomorrow and realized I don't yet see in your chart the disability forms. Could you please attach to this email and resend to ROI?

Sincerely,
Kellie R. Foster, MD

At Kaiser Permanente, the department called Release of Information (ROI) helps make medical records available to patients and third parties.

The ROI department also processes requests for medical certifications and short-term disability. Kaiser generates medical certification forms from your electronic healthcare record. These forms are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting www.kp.org/requestrecords. You can also use the KP mobile app: select "Medical Record," then scroll down to "Medical Information Requests." For phone information about ROI services or to make a new leave request, call (503) 571-5051 and follow the recorded instructions. Interpretation services are available by phone. Please be aware that these services are not available onsite.

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Bailey, Michaela, PT | Bailey, Michaela, PT | Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 3 weeks (around 7/26/2024) for Face-to-Face Visit, Video Visit, Telephone Visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 7/5/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Bailey, Michaela, PT | 07/05/2024 1212 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Bailey, Michaela, PT | 07/05/2024 1213 |

### Clinical Notes

**Unknown**

**Progress Notes by Bailey, Michaela, PT at 7/5/2024 1130**

| | | |
|---|---|---|
| Author: Bailey, Michaela, PT | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 7/5/2024 12:13 PM | Encounter Date: 7/5/2024 | Creation Time: 7/5/2024 11:20 AM |
| Status: Signed | Editor: Bailey, Michaela, PT (THERAPIST, PHYSICAL) | |

**PHYSICAL THERAPY EVALUATION**

**Physical Therapy Initial Evaluation**

Visit #1 for dx of
Diagnosis
M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

pain (+0 for this year)

PT Initial Evaluation Date: 7/5/24

Medicare Reauthorization Date if Applicable: 10/3/24
Monthly Progress Note Due Date: 8/4/24

Referring Provider: Chad Andrew Esterberg,
Precautions/Contraindications/Comorbidities: NA

Suspect central sensitization.

**SUBJECTIVE**

Pt reports
Right hip
Left knee "not because it hurts me but I can't do any exercise"

Main problem is right hip.
Dec 2022 developed pain in left hip, around 3-4 days, went away. Recurred, went away.
Another recurrence at Beg of 2023 left hip and did not go away.

Was in WC until March 2023 when he got steroid shot in left hip, within a week pain went away and he has been able to WB and walk without a problem.

In May 2023 Right hip got more painful.
Got steroid injection in Right hip and had no effect.
Since June of 2023 has been using WC inside his house.
In condo.
Wife has been pushing him around in man WC the whole chair.
Got power WC.
Got another steroid injection in R hip, did not help.

Has gotten better.
Changed technique of rising from sitting, and it reduced pain.
Changed alignment and the way he gets up and "that has led me to now I only need the WEC some of the time."

Pain 3/10 in right hip "this morning it was 1/10."

States he can walk for short distances unlimited by pain.
States after walking, his pain increases.
He states with WC.

R hip
Pain on pelvis at Right ASIS "I think it's really bad."
Constant, focused ache.
Been getting slowly worse as I've been sitting here.
Deep pain in here.
Points to R inguinal area.
If I press I can feel pain.

Has gym at home.

Has been walking more, around the house.
Can tolerate standing long enough to prepare a meal.
Reports he turns toes and feet inwards and it hurts his knee and hip.

Not working currently, is on medical leave.
Software engineer "Its' all computers all day any day"
Has not been working for 9 months.
"My hands are basically worn out.
I'm effectively retired."

Pt rates pain as 1-3/10 on pain scale.

Imaging: See Chart
Multiple body regions, all WNL

**Patient Specific Functional Scale (PSFS)**

| ACTIVITY | DATE: 7/5/2024 | | |
|---|---|---|---|
| 1. Lifting | 2/10 | | |
| 2. Carrying | 2/10 | | |
| 3. Standing | 2/10 | | |
| 4. Walking | 2/10 | | |
| **Total Score** = sum of activity scores/number of activities | 2/10 | | |

**KEY:** On a scale of 0-10, Zero indicates the patient is unable to perform the activity.
Ten indicates the patient is able to perform the activity at the same level as before injury.
Minimal detectable change for total score = 2 points. Minimal detectable change for single activity score = 3 points.

**OBJECTIVE**

Patient arrived in motorized wheelchair at today's visit.
Inside clinic he stated "I can stand and walk".

Bil leg musculature appears toned and well-developed.
No inc in pain with all seated and supine exercises.

Thomas test neg bil.

Pain at visit reported 1-3/10 on VAS.

Multiple imaging, including MRIs and Xrays, indicate WNL findings for all examined body regions.
Symptoms in Sitting: WNL
Sitting Posture: WNL
fwd head, internally rotated shoulders

Initial Symptoms During Standing: WNL, no reported increase in pain
Reports he is able to stand and walk.
Standing Posture: WNL

Gait:
WNL

Patient completed multiple sit<> stand, stand <> supine transfers and turns unlimited by pain or reports of cracking,

**Clinical Notes (continued)**

crunching, grinding, snapping, clicking, N/T, or radiating pain.

Objectively observed AROM of legs including rising and turning, and performing multiple supine SLR and combined leg lift/ ABD all performed in smooth fluid movements, without audible or visible signs of discomfort.

No facial grimacing, sighing, sharp exhales or other nonverbal signs were observed.

Functional Strength/Testing:
Squat:
Bridge:
Single-leg Balance:

Deferred to future visit d/t acuity of condition.

Hip ROM: WNL

Special Testing:
Straight Leg Raise Test: Right -, Left -
Thomas Test: Right -, Left -
SI Compression Test: NA

## ASSESSMENT

Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.

Pt will benefit from PT for further mobility assessment, progression of therex, posture and core strengthening, along with continued education regarding spinal alignment and lifting mechanics. Pt may also benefit from manual therapy and modalities as indicated to help with improved lumbar mobility and reduced pain.

Potential barriers to goal achievement: emotional factors

Goals:
STGs: 8/4/24
Patient will be able to sit > 60 minutes without sxs.
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

LTGs: 10/3/24
Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**Evaluation Complexity**

| History | Examination | Presentation | Decision Making |
|---|---|---|---|
| **Impacting Personal Factors/CoMorbidities:** None significantly impacting POC/No impacting comorbidities | **Body Structures/ Additional Body Systems Involved:** LE/Musculoskeletal and Neurologic | **Clinical Presentation:** stable | **The patient's presenting complexity is: LOW**<br><br>**Functional Test** |

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | **Activity Limitations:** walking, standing, sitting, lifting, and climbing stairs/inclines | | **and Raw Score:** 2/10 |
| **Low:** 0<br>**Mod:** 1-2<br>**High:** 3 or more | **Low:** 1-2<br>**Mod:** 3<br>**High:** 4 or more | **Low:** Stable, with uncomplicated characteristics<br>**Mod:** Evolving, with changing characteristics<br>**High:** Evolving with unstable/unpredictable characteristics | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Patient to be seen up to 4 additional visits by by 10/3/24 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

4 More visits, each approx 2-3 weeks apart with PTA.
Next Progress note (PT only) due by 8/2/24

Focus on pain education,
Reinforce alignment and posture
"Sore but safe"

Consider at next visit:
Progress HEP, progressive strengthening.
Reinforce posture, gradual progressions

Focus on posture, symmetry, alignment, core
Diaphragmatic breathing
L hip flexor release
Assess squats, lunges, SLS
TUG
Stairs
balance

7/5/24
Short Term Goals: By by 8/4/24
1. Pt will demonstrate correct performance of stretching/strengthening exercises and will report consistent performance of this at home to help pt progress to Independence with HEP
2. Pt will demonstrate improved strength (4+/5) to help with improved stability and alignment.
3. Pt will report no more than 2/10 pain with all ADLs and work/ and/or school activities to help pt return to necessary daily activities.

Long Term Goals: By by 10/3/24
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms.
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Therapeutic Exercise:** Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles.
Handout with written patient instructions and images was provided.

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll

**Clinical Notes (continued)**

- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Patient Response to Treatment: Patient tolerated evaluation and treatment well.

**Time Spent on Evaluation and Treatment:**
Evaluation x 15 minutes
Therapeutic Exercise x 15 minutes

Time In: 11:20am
Time Out: 11:56am

Electronically signed by Bailey, Michaela, PT at 7/5/2024 12:13 PM

**Patient Instructions**

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Electronically signed by Bailey, Michaela, PT at 7/5/2024 11:53 AM

**Messages**

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Messages (continued)**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Pt / Ot Appointment Notification Pool | 5/7/2024 10:09 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PT NEW (109058)

7/5/2024 11:30 AM 40 mins. Bailey, Michaela, PT TNB-PT

Patient Comments:
Patella-femoral syndrome, hip arthritis. Trying to get away from wheelchair use.

**Referrals**

**Outpatient Service #1915302329**

Reason: Specialty Services Required
Class: Internal
Status updated on: 5/7/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 5/7/2024 to 5/7/2025

**Referred From**

Location: WESTSIDE MEDICAL OFFICE
Department phone: 971-310-3240
Provider phone: 503-813-2000
Department: WMS-ORTH
Provider: Esterberg, Chad Andrew, PA
Provider address: 2875 NE Stucki Ave HILLSBORO OR 97124

**Referred To**

Department: ZZZ-PT/OT
Specialty: Physical Therapy
Department phone: 844-394-3972

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**252969 - REFERRAL PHYSICAL THERAPY, MUSCULOSKELETAL DISORDER**

Number requested: 1 Number approved: 1

**Diagnoses**

- M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
- M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

**Order**

**REFERRAL PHYSICAL THERAPY, MUSCULOSKELETAL DISORDER [611204126]**

Electronically signed by: **Esterberg, Chad Andrew, PA on 05/07/24 0859** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 05/07/24 0859 Authorized by: Esterberg, Chad Andrew, PA
Ordered during: Patient Message on 05/05/2024
Diagnoses
OSTEOARTHRITIS OF BILAT HIPS [M16.0]
LEFT KNEE JOINT PAIN [M25.562]

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Referrals (continued)**

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- GENERAL MESSAGE (Done )

### Clinical Notes

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1746**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:47 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:46 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:47 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:15 AM |

(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

**Messages (continued)**

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**
- GENERAL MESSAGE (done)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1729**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:30 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:29 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:30 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:13 AM |

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Done )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1727**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:27 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:27 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:27 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:12 AM |

Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited

Lincoln/Weller 0655

**Messages (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- GENERAL MESSAGE (Update )

**Revision History**

Phan, Stella Nai, LPN on 6/26/2024 1647

- GENERAL MESSAGE

### Clinical Notes

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1647**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 4:50 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 4:47 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD pool for review
Patent sent multiple KP.org messages on 06/26/24 to update provider. Copied and pasted all into one encounter for provider to review.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 06/26/24 from the patient:*
Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**06/26/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

*The following has been copied and pasted from email on 06/26/24 from the patient:*
Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

*The following has been copied and pasted from email on 06/26/24 from the patient :*
(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 4:50 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>6/29/2024 9:33 AM by Weller, Steven | Weller, Steven | 6/27/2024 6:27 PM |

Dear Mr Weller,

Thank you for your emails and I am glad you are seeing some improvement.

I look forward to talking with you in a couple of weeks.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:10 AM |

A series of emails summarizing where things are currently.

Inflammation
Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

Exercise
My mobility has improved a little, so Im moving about more than I was and sitting less. No visits to the pool for water walking because my knee says no.

Mood
Im bumping up against depression at times. It never gets bad, and I can see it coming, but its yet another thing I have to deal with.

## 06/26/2024 - Patient Message in Westside Medical Office Neurology

### Visit Information

**Provider Information**

**Encounter Provider**
Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

### Reason for Visit

**Chief Complaint**

- MD ADVICE (3 DL sensations with occupational therapy exercises, patient update)

### Clinical Notes

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 6/27/2024 1214**

| | | |
|---|---|---|
| Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 6/27/2024 12:15 PM | Encounter Date: 6/26/2024 | Creation Time: 6/27/2024 12:14 PM |
| Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE) | |

**S**: Message reviewed. Routing to Clinician for review. Sensations with occupational therapy exercises and patient update.

Electronically signed by Roque, Christine, RN at 6/27/2024 12:15 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD<br>Last Read in kp.org<br>6/29/2024 9:32 AM by Weller, Steven | Weller, Steven | 6/27/2024 12:41 PM |

Hi Steven,

Thank you for the update, and I am glad you are at least seeing some improvement. Hopefully this trend will continue with ongoing therapeutic exercises and anti-inflammatory strategies.

Sincerely,

Dan Lavery

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting | 6/26/2024 9:22 AM |

Daniel Philip Lavery Jr., MD)

, but the following may be interesting to you:

Is this sensation expected?

Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

My hands are now a little better overall.

Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

## 06/09/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**
Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Reason for Visit

**Chief Complaint**

- OTHER

### Clinical Notes

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 6/10/2024 0926**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 6/10/2024 9:27 AM | Encounter Date: 6/9/2024 | Creation Time: 6/10/2024 9:26 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 6/10/2024 9:27 AM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>6/11/2024 4:52 PM by Weller, Steven | Weller, Steven | 6/11/2024 4:44 PM |

Hi Steven. Thanks for the update. It sounds like you are making some progress. With no response to either injection, it makes me wonder if your symptoms are not joint related. It may be a good idea to touch base with your primary care doctor to see if they want to look into other potential causes of your symptoms such as coming from your lumbar spine. In the meantime, I do still feel that PT which you have scheduled for next month will be helpful.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|

**Messages (continued)**

| | | |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 6/9/2024 12:34 PM |

Knee and hip status update

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At that point I focussed on finding actions that could be constantly hurting my hip and found that there is a specific range of movement that seemed to trigger it. By being very careful how I use my legs to go from a sitting position to standing for the last couple of weeks, I've been able to slowly but consistently improve my mobility. I can now get around at home all day without using the manual wheelchair, but still need the electric one for outdoor use. The pain is only low level as long as I continue to be very careful.

Left Knee
The steroid injection April 26th in my left knee seems to have had no effect. I've yet to try water walking again, but there was no reduction in the pain I was already experiencing beyond what I would expect from normal recovery.

I'm going to see how much better my hip can become.

## 06/04/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>6/5/2024 12:30 PM by Weller, Steven | Weller, Steven | 6/4/2024 1:12 PM |

Hi Steven!

Glad, some things are helpful! We will re-assess every thing on you follow-up visit.

Have a great day!

-faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 6/4/2024 1:03 PM |

Faye, a quick follow-up to let you know of progress. I've been doing the exercises, working up to twice a day for all of them over the last couple of weeks. The median nerve flossing (tray) is clearly exercising the nerves in my left arm and I feel it most in my elbow. The left ulnar nerve flossing less so. The right arm does not get the same sensations. So we may be onto something here.

I have been wearing compression gloves during the day for about a week and that definitely helps with the stinging sensation. It had a noticeable effect after a just couple of days.

## 05/28/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/28/2024 1106**

Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 5/28/2024 11:06 AM | Encounter Date: 5/28/2024 | Creation Time: 5/28/2024 11:06 AM
Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

Electronically signed by Manjarrez, Virginia, LPN at 5/28/2024 11:06 AM

### Messages

**Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/28/2024 8:36 AM |

I uploaded the Sedgwick form to Kaiser Records a while ago as you asked. They responded recently saying that my application is incomplete, which is correct, since we are planning on going through the two Kaiser forms when we meet on video in July.

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 7/5/2024).

#### Level of Service

**Level of Service**

**PROCEDURE ONLY NO ADDL EXAM.**

### Reason for Visit

#### Chief Complaint

- OCCUPATIONAL THERAPY, onset date 6/16/2024

#### Visit Diagnoses

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- LEFT HAND JOINT PAIN [M25.542]
- MUSCLE WEAKNESS [M62.81]
- RIGHT HAND PAIN [M79.641]
- RIGHT HAND JOINT PAIN [M25.541]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #3 | | | | |
| Add | LEFT HAND JOINT PAIN | M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #4 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #5 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #6 | | | | |
| Add | RIGHT HAND JOINT PAIN | M25.541 | Dahuyag, Faye D, OT | 06/16/2024 2306 |

### Clinical Notes

#### Unknown

**Progress Notes by Dahuyag, Faye D, OT at 5/24/2024 1500**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 6/16/2024 11:08 PM | Encounter Date: 5/24/2024 | Creation Time: 5/24/2024 2:41 PM |

**05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)**

**Clinical Notes (continued)**

Status: Signed Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL)

**Occupational Therapy Visit #1/5 Monthly Progress Note: 6/23/24 Medicare Reauthorization Date if Applicable: 8/22/24 Prior OT this year: 0**

**Readers please observe:** chart notes are working documents for providers taking care of a patient, intended to memorialize an assessment --to the best of what is possible, given appointment time-- with observation, data provided by the patient, and by the any other available information to date. The chart note is NOT a letter to the reader, nor should it be interpreted as a definitive or declarative statement. Readers should understand that medical language has its own abbreviations and definitions, and, most important, that medical problem solving is a living process over time. Any potential confusion/disagreements should be discussed with your provider, though it is understood that to scrutinize these notes with an eye to extensive or detailed editing misconstrues their purpose.

**Occupational Profile and Review of History**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Review of Medical History includes review of encounters related to referral diagnosis , history and physical, and problem list
Hand Dominance: RIGHT
Recreational Activities: NA
Significant PMH/UE Injury: none
Precautions/Contraindications: none
Comorbidities: chronic pain
Prior/Concurrent Related Services: none
Prior Level of Function: independent.
Difficulty with ADL's and IADL

**ASSESSMENT**

Steven is a 62 yrs old male who presents today with diffuse pain in B hand. Unable to reproduce symptoms with differential testing. Per patient, he is unable to use the computer d/t pain along the palmar aspect of the hand. Swimming gives him relief. Exhibits tight intrinsics in the L hand. Patient will benefit from continued skilled services to decrease symptoms and maximize function. Limitations in function noted as reported on functional outcome measure.

Potential barriers to goal achievement: none known

Steven will benefit from skilled OT intervention to improve ROM, improve strength, decrease pain, and assist with graded return to functional activity

Performance deficits identified in the evaluation include: Physical performance deficits including: strength, joint range of motion, joint stability, and pain

**Evaluation Complexity**

| Profile and History | Assessment of Occupational Performance | Clinical Decision Making | Level of Evaluation Complexity |
|---|---|---|---|

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| OT evaluation includes **a brief review** of the occupational profile and medical/therapy history | Steven demonstrates **4 performance deficits** relating to physical skills which result in activity limitations.<br><br>The assessment of Occupational Performance required **Problem-focused assessment** | Level of Clinical Decision Making: **low complexity** | **Overall Level of Evaluation Complexity: low** |
| **Review of profile and history:**<br>**Low = Brief**<br>**Moderate = Expanded**<br>**High = Extensive** | **Performance deficits:**<br>**Low = 1-3**<br>**Mod = 3-5**<br>**High = 5 or more**<br><br>**Assessment of Occupational Performance:**<br>**Low = Problem-focused**<br>**Mod = Detailed**<br>**High = Comprehensive** | Low = **Limited number** of treatment options to be considered, **no comorbidities** that affect occupational performance, **Modification** of tasks or assistance is **not necessary** to complete evaluation.<br>Mod = **Moderate analytic complexity** analyzing data from **detailed assessment,** consideration of **several treatment options**, presence of **comorbidities**, **minimal to moderate modification of tasks** or assistance to complete evaluation.<br>High = **High analytic complexity** of data from **comprehensive assessment(s)**, consideration of **multiple treatment options,** presence of **comorbidities**, **significant modification** of tasks or assistance with assessment(s) necessary | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Steven Weller to be seen up to an additional 4 visits through 09/2024

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | |
| Therapist: Faye Dahuyag, OTR | |
| Patient to demonstrate understanding on activity modification techniques | |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | |
| Patient to report compliance with HEP | |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | | | |
| Therapist: Faye Dahuyag, OTR | | | |
| Patient to report pain no more then 1/10 during functional use of the B hand | | | |
| Patient will be able to type for at least 5 mins with no pain. | | | |
| Independent with HEP and self management of this diagnosis. | | | |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Subsequent Visit Treatment Recommendations: continue assessment. Update HEP

**SUBJECTIVE**

Current concern: limited function and pain.
Steven goals/priorities for therapy: decrease symptoms

Symptoms:"stinging" "distracting" pain   Location: B hand, more notable along the palm aspect of the L IF,
Numeric Analog Pain Scale 5/10

**OBJECTIVE**

Observation/Appearance: report irritation of the the ulnar nerve at the cubital tunnel but has gotten better. No notable bony deformity/abnormality

Palpation/Provocative Tests: Tender to palpation over the R MF MP pad A1 pulley. No palpable nodule

Notable intrinsic tightness in the B hand

CMC grind -
Carpal tunnel compression test -
Phalens' -

Range of Motion: WNL

Sensation: No c/o paraesthesias

Strength: only tested one time
R grip 90#
L grip 70#

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*
Evaluation completed.
Educated on relevant anatomy.
Instructed on home exercise program. Provided printed handout with online access code.

**Clinical Notes (continued)**

Discussed activity modification, tasks variation, and adaptive positioning changes.
Dema grip for comfort.
Encouraged use of imak glove for warmth and comfort.
Heat modality and massage along the volar hand prior to stretching.

**Education/Home Program Instructions:**

Please see Patient Instructions for specifics on Home Program.
Access Code: LCNZFYTR
URL: https://kaiserpermanente.medbridgego.com/
Date: 05/24/2024
Prepared by: Faye Dahuyag

Exercises
- Seated Single Digit Intrinsic Stretch - 3 x daily - 7 x weekly - 2 reps
- Finger Spreading - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Hand AROM Tendon Gliding Series - 3 x daily - 7 x weekly - 2 sets
- Median Nerve Flossing - Tray - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Ulnar Nerve Flossing - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Finger Adduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Seated Finger Abduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps

Patient Response to Treatment: verbalizes understanding of program and expresses willingness to comply, able to perform return demonstration, asks appropriate questions, and verbalizes concern about ability to comply with home program .

Time In: 253
Time Out: 350
Supplies: dema grip

| BILLING CODES | Time (Min) | Units |
|---|---|---|
| Evaluation | 30 | 1 |
| therex | 27 | 2 |
| | | |
| Total Billable Time: | 57 | 3 |

Electronically signed by Dahuyag, Faye D, OT at 6/16/2024 11:08 PM

**Referrals**

**Outpatient Service #1915282602**

Reason: Specialty Services Required
Class: Internal
Status updated on: 4/30/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 4/30/2024 to 4/30/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

Lincoln/Weller 0685

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Referrals (continued)**

**Referred To**

Department: INT-OT
Department phone: 844-394-3972
Specialty: Occupational Therapy
Provider: Dahuyag, Faye D, OT

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**218936 - REFERRAL OCCUPATIONAL THERAPY MUSCULOSKELETAL DISORDERS**

Number requested: 1 Number approved: 1

**Diagnoses**

- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN

**Referral Notes**

**Message by Valencia, Blanca Estela at 5/2/2024 0842**

Summary: Auto: 22303-PT/OT RFL NOTICATION

### PT Referral Notification

Name: Steven Weller
HRN: 1550-03-73
Referral Authorization Number: 1915282602
Referral Date: 04/30/2024

#### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |
| 5/24/2024 3:00 PM (Arrive by 2:45 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

**Order**

**REFERRAL OCCUPATIONAL THERAPY MUSCULOSKELETAL DISORDERS [610386223]**

Electronically signed by: **Foster, Kellie R, MD on 04/30/24 2307** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 04/30/24 2307 Authorized by: Foster, Kellie R, MD
Ordered during: Telemedicine on 04/23/2024
Diagnoses
NEUROPATHIC PAIN [M79.2]
BILAT HAND JOINT PAIN [M25.541, M25.542]

**Coverages**

**Deductible Plan**

**Referrals (continued)**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

Lincoln/Weller 0689

## 05/14/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**
- LETTER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Peterman, Spencer, LPN at 5/15/2024 0900**

Author: Peterman, Spencer, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 5/15/2024 9:00 AM | Encounter Date: 5/14/2024 | Creation Time: 5/15/2024 9:00 AM
Status: Signed | Editor: Peterman, Spencer, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for advice
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 05/10/2024 to the patient:*
**Lavery, Daniel Philip Jr., MD**
to Steven Weller



5/13/24 12:29 PM
Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

Sincerely,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

Dan Lavery

Spencer Peterman, LPN
Kaiser Permanente Primary Care Nurse

Electronically signed by Peterman, Spencer, LPN at 5/15/2024 9:00 AM

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/21/2024 1243**

| | | |
|---|---|---|
| Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/21/2024 12:43 PM | Encounter Date: 5/14/2024 | Creation Time: 5/21/2024 12:43 PM |
| Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Clinician for: Ongoing conversation
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:/B:** Email incoming

Electronically signed by Manjarrez, Virginia, LPN at 5/21/2024 12:43 PM

**Telephone Encounter by Winegar, Leslie, LPN at 5/21/2024 1432**

| | | |
|---|---|---|
| Author: Winegar, Leslie, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/21/2024 2:33 PM | Encounter Date: 5/14/2024 | Creation Time: 5/21/2024 2:32 PM |
| Status: Signed | Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE) | |

Opened in error.

Leslie D. Winegar, LPN

Electronically signed by Winegar, Leslie, LPN at 5/21/2024 2:33 PM

**Messages**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD | Weller, Steven | 5/22/2024 12:11 PM |
| Last Read in kp.org 5/28/2024 8:32 AM by Weller, Steven | | |

Dear Mr Weller,

Thank you for the update. The Sedgewick forms say that updated forms are needed by 7/25 so the timing of our appointment will work.

Sincerely,
Kellie R. Foster, MD
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Re: Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:26 AM |

Here is a copy of the current WSR from Dr. Brian Lee in Santa Clara. It expires 7/5, which is before the appointment I was able to make with you on 7/10.

**Re: Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:16 AM |

Here is the form that Sedgwick sent. I have also emailed this to ROI.

**Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 9:39 AM |

I've navigated the ROI department (it's similar to the Kaiser California system), requested records up to the current date, downloaded them, and forwarded them to Sedgwick, so I believe that part is complete. Sedgwick have only ever required a signed doctor's letter to satisfy the Work Status Report requirement. I will upload the form and set up the video visit as requested.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/9/2024 5:40 PM by Weller, Steven | Weller, Steven | 5/15/2024 1:17 PM |

Dear Mr Weller,

I can help with that form - can you please submit the form to our ROI department and schedule a virtual visit with me so that we can complete it together?

Sincerely,
Kellie R. Foster, MD

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests. If you have questions, you can reach the ROI department by phone at (503) 571-5051 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

**Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/14/2024 2:59 PM |

My short term disability company Sedgwick has requested a Work Status Report from me stating that I'm unable to work. My current WSR with them was from California and expires July 4 2024, but I don't think that is sufficient now since I'm no longer under Dr Brian Lee's care.

Is that something you provide?

They also requested medical records which I have already provided by via Kaiser's records office.

## 05/13/2024 - Appointment in East Interstate Laboratory

### Visit Information

**Appointment Information**

**LAB** **Completed**
5/13/2024 7:05 AM

| Time | Provider | Department | Length |
|---|---|---|---|
| 7:05 AM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 7:03 AM
Enc Form Number: 82474729

History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| Checked In: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| EOD Status: | 5/18/2024 4:08 AM | By: | Corbitt, Shelley | ES |

### Reason for Visit

**Visit Diagnosis**

- BILAT HAND PAIN [M79.641, M79.642]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Kpnw, Ordtrans | 05/13/2024 0703 |

### Labs

**Clinical Laboratory**

**ANA [611926729] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**ANA SCREEN [611926729]** Resulted: 05/13/24 1354, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709

Filed by: Interface, Pathnet Results In 05/13/24 1354
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Screen | Negative | Negative | — | KP AWL |

Comment:
**********************

This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY [611926730] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**TISSUE TRANSGLUTAMINASE W IGA (TTG-IGA) [611926730]** Resulted: 05/13/24 1411, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1411
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1418

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL | — | KP AWL |

Comment:
All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA.

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM
Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

**IMMUNOFIXATION, SERUM [611926731] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: Click on Process Information Tab for detail on this test.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**IMMUNOFIXATION [611926731]** Resulted: 05/14/24 1619, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/14/24 1619
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Serum Immunofixation Result: | -- | — | — | KP AWL |

No monoclonal protein detected by immunofixation electrophoresis.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**VITAMIN B6 (PYRIDOXINE) [611926732] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Scheduling instructions
This lab test requires you to be fasting. Please arrive at the lab 10 hours or more after your last meal. You may drink water, coffee (without cream or sugar), tea (without cream or sugar); but you should not drink alcohol or take vitamins for 24 hours.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400524 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**VITAMIN B6 [611926732]** Resulted: 05/16/24 1253, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/16/24 1253
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L | — | ARP |

Comment:
INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)

Pyridoxal 5'-phosphate measured in a specimen collected following an 8-hour or overnight fast accurately indicates vitamin B6 nutritional status. Non-fasting specimen concentration reflects recent vitamin intake.

This test was developed and its performance characteristics determined by ARUP Laboratories. It has not been cleared or approved by the US Food and Drug Administration. This test was performed in a CLIA certified laboratory and is intended for clinical purposes.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD
CLIA Number: 46D0523979

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - ARP** | ARUP LABORATORIES | Unknown | 392 N 3700 W Salt Lake City UT 84000 | 03/20/14 1016 - Present |
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**CRP (C-REACTIVE PROTEIN) [611926733] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920 Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) [611926733]** Resulted: 05/13/24 1451, Result status: Final result

Order status: Completed Filed by: Interface, Pathnet Results In 05/13/24 1451
Collected by: Reno, Dee 05/13/24 0709 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

**RHEUMATOID FACTOR, SERUM [611926734] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920 Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**RHEUMATOID FACTOR, SERUM [611926734]** Resulted: 05/13/24 1427, Result status: Final result

Order status: Completed Filed by: Interface, Pathnet Results In 05/13/24 1427
Collected by: Reno, Dee 05/13/24 0709 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

**Labs (continued)**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

## 05/10/2024 - Patient Message in Westside Medical Office Neurology

**Visit Information**

**Provider Information**

**Encounter Provider**

Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

**Reason for Visit**

**Chief Complaint**

- LETTER (3 DL pt requesting Work Status Report letter, defer to PCP?)

**Revision History**

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed for bilateral hand pain)

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 5/10/2024 1034**

Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 5/10/2024 10:34 AM | Encounter Date: 5/10/2024 | Creation Time: 5/10/2024 10:34 AM
Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE)

**S**: Routing to NOD to follow up with member if needed before routing to provider.

Electronically signed by Roque, Christine, RN at 5/10/2024 10:34 AM

**Telephone Encounter by Dykier, Pamela, RN at 5/13/2024 1032**

Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 5/13/2024 10:33 AM | Encounter Date: 5/10/2024 | Creation Time: 5/13/2024 10:32 AM
Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE)

**R: Message reviewed: routed to clinician. Should we defer to PCP?**

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**COMMENTS**

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that

## 05/10/2024 - Patient Message in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

**RECOMMENDATIONS**

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody
-no additional neurodiagnostic testing recommended outside of the above blood tests
-agree with occupational hand therapy evaluation
-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered
-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam
-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

Electronically signed by Dykier, Pamela, RN at 5/13/2024 10:33 AM

**Messages**

**Form or letter request~Request return to work or travel letter**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Daniel Philip Lavery Jr., MD<br>Last Read in kp.org<br>5/13/2024 12:58 PM by Weller, Steven | Weller, Steven | 5/13/2024 12:29 PM |

Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

**Messages (continued)**

Sincerely,

Dan Lavery

**Form or letter request~Request return to work or travel letter**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting Daniel Philip Lavery Jr., MD) | 5/10/2024 10:06 AM |

My neurologist at Kaiser CA (Dr. Brian Lee) had provided me with a Work Status Report stating that I'm unable to work that expires I think 2024-07-04. Can you provide me with another WSR with the same or later date based on your judgement so I can send that to my insurance provider?

Or is this something that should go through my PCP?

Lincoln/Weller 0719

## 05/09/2024 - Office Visit in Westside Medical Office Neurology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Lavery, Daniel Philip Jr., MD | Lavery, Daniel Philip Jr., MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

**Follow-up and Dispositions**

- Return for PRN (follow up as needed).

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 5** |

### Reason for Visit

**Chief Complaint**

- CONSULTATION (Neuropathic pain)

**Revision History**

Gurman, Lubov, MA on 5/9/2024 0830
- CONSULTATION

**Visit Diagnosis**

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Lavery, Daniel Philip Jr., MD | 05/09/2024 0920 |

### Clinical Notes

**Unknown**

**Nursing Note by Gurman, Lubov, MA at 5/9/2024 0840**

| | | |
|---|---|---|
| Author: Gurman, Lubov, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/9/2024 8:39 AM | Encounter Date: 5/9/2024 | Creation Time: 5/9/2024 8:37 AM |
| Status: Signed | Editor: Gurman, Lubov, MA (MEDICAL ASSISTANT) | |

large adult's cuff - left arm sitting

Patient arrive with : Wife, Laura
Medications Reviewed: Yes
Patient Prefers: Kaiser and mail order pharmacy
Current medications and drug allergies confirmed with pt.
Pharmacy reviewed and updated Yes
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.
Visit preparation completed, including updating Care Everywhere outside medical records. Yes

Panel Support Tool Reviewed.
PST patient handout given.
Lubov Gurman, Medical assistant
Department of Neurology

Electronically signed by Gurman, Lubov, MA at 5/9/2024 8:39 AM

**Progress Notes by Lavery, Daniel Philip Jr., MD at 5/9/2024 0840**

| | | |
|---|---|---|
| Author: Lavery, Daniel Philip Jr., MD | Service: — | Author Type: Physician |
| Filed: 5/9/2024 9:35 AM | Encounter Date: 5/9/2024 | Creation Time: 5/9/2024 8:33 AM |
| Status: Signed | Editor: Lavery, Daniel Philip Jr., MD (Physician) | |

NEUROLOGY CONSULTATION

REFERRING PROVIDER: Kellie R Foster, MD

CHIEF COMPLAINT(S): Chronic pain in the hands/upper limbs

HISTORY OF PRESENT ILLNESS: Steven Weller is a 62 yrs old male referred for chronic hand/arm pain.

The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms. The patient also mentions a history of tendinitis in the right hand dating back to 1994, which was triggered by a month of intensive computer work. The patient has been managing the pain by switching hands and devices over the years. The patient also reports a leathery feeling in the hands, but denies any similar symptoms in the feet or legs. When he exacerbates chronic tendinitis/arthritis at the left elbow, he will occasionally notice tingling in digits 4-5 of the left hand. There is otherwise no frank numbness or tingling in either hand. With rest his symptoms significantly improve, and in the past they would resolve completely. However, more recently he continues to have persistent symptoms despite avoiding activities that would typically provoke them. He has also been taking ibuprofen regularly and using a wrist brace on the left hand. These have provided modest relief at best. He also notes chronic intermittent hip pain, which can be relatively severe, and he tells me that prior testing has not shown any significant findings.

Patient provided verbal consent to be recorded using documentation assistance tool.

| |
|---|
| The following has been copied and pasted from outside neurology note on January 4, 2024:<br>Neurology Follow-Up |

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

Mr. Weller returns today with his wife for follow up. Splint continues to be helping. Plans are in place for the move to Oregon. Will have KP there.
As previously noted, left index and middle finger are the main pain symptoms. The left abductor pollicis brevis (median, C8 less than T1) has been noted to be weak. Pinprick examination has shown fifth digit more sensitive than the dermatomal distribution of the median nerve. EMG negative.

Anticipate Mr. Weller will benefit from continuing with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. This is favored over a C7 radiculopathy.

The following has been copied and pasted from outside neurology note on October 20, 2023:
Mr. Weller returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6, which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. Examination shows 5/5 biceps strength and intact pinprick. We will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

The following has been copied and pasted from NCS report on 6/5/2023:
Nerve Conduction Study:
Individual results and a full listing of each tested nerve are attached to this report.
Motor nerve conduction studies show normal distal latency, amplitude, conduction velocities with normal F-wave latencies.
Sensory nerve conduction studies show normal onset latency, amplitude, and conduction velocity.

Reference Values, EMG Lab, Kaiser Permanente, San Jose, Neurology Department.

Motor DML (ms) Amplitude (mV) NCV (m/s)
Median <4.4 >=4.2 >=50
Ulnar <3.5 >=5.6 >=50
Radial <3.0 >=7 >=50
Tibial <5.8 >=4.0 >=44
Peroneal <6.5 >=2.2 >=41
Femoral <6.2 >=3.5

Sensory Latency (ms) Amplitude (uV) NCV (m/s)
Median-D2-W <=3.5 >=10 >=50
Median-Palmar-W <=2.2 >=40 >=50
Ulnar-Palmar-W <=2.2 <=12 >=50
Ulnar D5-W <=3.5 >=5 >=50
Radial <=2.9 >=15 >=50
Sup Peroneal <=4.4 >=6 >=40
Sural <=4.4 >=6 >=40
Saphenous <=4.4 >=4
Med Lat Plantar <=3.7 >=3

MNC

Nerve / Sites Muscle Latency Amplitude Area Duration Segments Distance Velocity
ms mV mVms ms mm m/s
R Median - APB
Wrist APB 2.81 7.9 33.5 6.93 Wrist - APB
Elbow APB 7.03 7.1 30.4 7.08 Elbow - Wrist 230 55
L Median - APB
Wrist APB 2.34 10.8 38.8 5.83 Wrist - APB
Elbow APB 6.61 7.3 26.8 5.89 Elbow - Wrist 230 54
R Ulnar - ADM
Wrist ADM 1.93 10.3 27.9 6.35 Wrist - ADM
B.Elbow ADM 5.63 10.6 28.4 5.52 B.Elbow - Wrist 270 73
A.Elbow ADM 6.41 9.6 25.0 5.05 A.Elbow - B.Elbow 70 90
A.Elbow - Wrist
L Ulnar - ADM
Wrist ADM 1.93 10.6 29.0 6.20 Wrist - ADM
B.Elbow ADM 6.20 10.2 28.3 8.70 B.Elbow - Wrist 260 61
A.Elbow ADM 6.67 10.5 27.8 8.54 A.Elbow - B.Elbow 60 128
A.Elbow - Wrist

F Wave

Nerve F Lat M Lat F-M Lat Min F Lat Min M Lat Min F-M
ms ms ms ms ms ms
R Median - APB 26.1 2.8 23.3 25.8 2.8 23.0
R Ulnar - ADM 26.4 2.8 23.5 26.4 2.8 23.5
L Median - APB 26.9 2.7 24.2 26.9 2.7 24.2
L Ulnar - ADM 28.0 1.9 26.1 28.0 1.9 26.1

SNC

Nerve / Sites Rec. Site Onset Lat Peak Lat Amp Segments Peak Diff
ms ms µV ms
R Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.09 1.61 74.4 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.93 42.6 Ulnar Palm - Wrist
Median Palm - Ulnar Palm -0.31
L Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.46 1.93 34.1 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.61 55.5 Ulnar Palm - Wrist
Median Palm - Ulnar Palm 0.31

Impression:

This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.

**Clinical Notes (continued)**

The following has been copied and pasted from EMG report from November 6, 2023:
Summary: Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

Interpretation: normal LUE EMG

Conclusion: This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

Muscle Insertional Activity MUAP
Left FDIH NL NL
Left APB NL NL
Left FCR NL NL
Left Deltoids NL NL
Left Biceps NL NL
Left Triceps NL NL
Left Paraspinals mid and low Cervical NL

The following has been copied and pasted from outside physiatry note on October 24, 2023:
HPI:
Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023. No thumb symptoms . Attributed with more keyboarding. Rare intermittent left elbow and ulnar finger tingling. And left index finger tip tingling /leather feeling and feel cold
However, nerve conduction study of bilateral upper extremity 6/5/2023 was normal.
The patient was seen by neurologist, Dr. Brian Lee who reported clinically no suspicion for carpal tunnel syndrome as there was no EBP atrophy there was no upper extremity weakness.
MRI of the cervical spine was subsequently ordered with results below. Referred to spine clinic for evaluation of any cervical radicular symptoms that may contribute to his symptoms.
Associated symptoms: NO arm weakness.
Hand Dexterity - negative. Change in gait dexterity - negative
Duration of pain: 10 to 15 years.
Pain level - current: 7/10.left UE arm pain, 2/10 left neck
Modifying factors: Aggravating factors: Arm uses keyboarding
relieving factors: heat and limiting keyboarding duration.

///////////////////

Assessment:

**Clinical Notes (continued)**

Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023.

(M47.812) CERVICAL SPONDYLOSIS (primary encounter diagnosis)
(M79.18) MYOFASCIAL PAIN SYNDROME -in bilateral forearm area.
(M54.12) CERVICAL RADICULITIS -clinically left C6-7 radiculitis from spondylitic changes.
(M70.90) REPETITIVE STRAIN INJURY -also contributing to his left forearm pain and trapezius pain.

PLANS:

1. Above assessment and radiological study discussed with patient and discussed the multifactorial etiologies of his symptoms.
The following plans were discussed and will be emailed to him for him to consider as options, both diagnostic and management standpoint.

2. Diagnostic Imaging:
Suggest EMG of the left upper extremity to see if there is active versus chronic C6 and C7 denervation. One can have symptomatic radiculitis without EMG changes. However if the results are positive then may suggest improvement from cervical epidural steroid injection.

3. Medication:
-As he had tried pregabalin and gabapentin with good effectiveness for significant side effects, consider other adjuvant medication such as Topamax or Cymbalta patient want to think about it
-

4. Therapies/Exercises/Modalities:
- Discussed with patient the foundation for treatment of neck/upper back pain is through strengthen of core and range of motion exercises.
-Consider referral to PT for neck rehab and postural training
- Educated patient on proper ergonomic setup in home work station.

5. Injection or Interventional Procedures. Defer and work-up in progress.
6. Activity Modification:

PMH:

Patient Active Problem List

**Clinical Notes (continued)**

Diagnosis
- ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
  KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy

CURRENT MEDICATIONS:

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |

No current facility-administered medications for this visit.

ALLERGIES: No Known Allergies

SOCHX:

**Social History**

Socioeconomic History
- Marital status: Unknown

**Social Determinants of Health**

Housing Stability: Unknown (3/11/2024)
Housing Stability Vital Sign
- Unable to Pay for Housing in the Last Year: No
- Unstable Housing in the Last Year: No

PHYSICAL EXAM:

There were no vitals taken for this visit.

NEUROLOGICAL EXAM:

MENTAL STATUS:

Alert with normal attention.

Normal speech and language.

Normal general fund of knowledge.

CRANIAL NERVES:

VII: No facial weakness

MOTOR:

| Motor (MRC grading) | Right | Left |
|---|---|---|
| Deltoids | 5 | 5 |

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Biceps | 5 | 5 |
| Triceps | 5 | 5 |
| APB | 5 | 5 |
| FDI | 5 | 5 |
| | | |
| Iliopsoas | 5 | 5 |
| Tibialis anterior | 5 | 5 |

DEEP TENDON REFLEXES (**right/left**): 2+/2+ biceps, 2+/2+ knees. Hoffman's reflex absent bilaterally.
SENSATION: Sensation to pinprick normal in both hands.

LABORATORY DATA REVIEWED 5/9/2024:

| Component | Value | Date |
|---|---|---|
| RBS | 95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CHOL | 177 | 03/19/2024 |
| TG | 126 | 03/19/2024 |
| HDL | 35 (L) | 03/19/2024 |
| LDLCALC | 117 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| NA | 141 | 03/19/2024 |
| K | 4.0 | 03/19/2024 |
| CL | 104 | 03/19/2024 |
| CO2 | 30 | 03/19/2024 |
| BUN | 18 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CA | 9.7 | 03/19/2024 |

No results found for: "ALT", "AST", "GGT", "ALKP", "TBILI"

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| VITD25 | 33 | 03/19/2024 |

RADIOLOGY REPORT REVIEWED:

The following has been copied and pasted from MRI cervical spine on 8/24/2023:

**Impression**

Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

**Narrative**

MRI CERVICAL SPINE WITHOUT CONTRAST

** HISTORY **:
61 years old, bilateral hand pain

** TECHNIQUE **:
MR images of the cervical spine acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication.

BONES: Vertebral body height and alignment are normal. Marrow signal is normal.

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis.

C3-C4: No canal or foraminal stenosis.

C4-C5: No canal or foraminal stenosis.

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal.

The following has been copied and pasted from brachial plexus MRI from January 24, 2024:

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

### COMMENTS

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

### RECOMMENDATIONS

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody

-no additional neurodiagnostic testing recommended outside of the above blood tests

-agree with occupational hand therapy evaluation

-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered

-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam

-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD

Department of Neurology

This note was dictated using FLUENCY VOICE RECOGNITION SOFTWARE and transcription errors occasionally occur. Please contact me if there is a question about the intended meaning of a word or phrase in this dictation.

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:35 AM

**Flowsheets**

**Custom Formula Data**

| Row Name | 05/09/24 0838 | 05/09/24 0835 |
|---|---|---|
| OTHER | | |
| Birth Weight | — | 0 -LG at 05/09/24 0837 |

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| % Change from Birth Weight | — | 703092400 -LG at 05/09/24 0837 |
| BSA (Last Ht) | — | 0 -LG at 05/09/24 0837 |
| Ideal Body Weight (calculated) | — | Height Unknown -LG at 05/09/24 0837 |
| Contrast dose | — | 370.0 -LG at 05/09/24 0837 |
| Shock Index (NIBP) | 0.42 -LG at 05/09/24 0839 | 0.4 -LG at 05/09/24 0838 |
| BP to MAP Calculation | 103 -LG at 05/09/24 0839 | 102 -LG at 05/09/24 0838 |
| Vitals Reassessment | Yes -LG at 05/09/24 0839 | Yes -LG at 05/09/24 0838 |

**Encounter Vitals**

| Row Name | 05/09/24 0838 | 05/09/24 0835 |
|---|---|---|
| Encounter Vitals | | |
| BP | 144/82 -LG at 05/09/24 0839 | 148/79 -LG at 05/09/24 0838 |
| Pulse | 60 -LG at 05/09/24 0839 | 59 ! -LG at 05/09/24 0838 |
| Resp | — | 10 -LG at 05/09/24 0838 |
| Weight | — | 155 lb (70.3 kg) per patient -LG at 05/09/24 0837 |
| OTHER | | |
| BP Location | LA-LEFT ARM -LG at 05/09/24 0839 | LA-LEFT ARM -LG at 05/09/24 0838 |
| BP Patient Position | SITTING -LG at 05/09/24 0839 | SITTING -LG at 05/09/24 0838 |
| Cuff Size | Large Adult -LG at 05/09/24 0839 | Large Adult -LG at 05/09/24 0838 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| LG | Gurman, Lubov, MA | MEDICAL ASSISTANT | — | 05/09/2024 |

### Patient Instructions

Steven,

It was a pleasure providing care for you today.

**Here is our Treatment Plan:**

-please go fasting to the lab to have blood drawn at your earliest convenience.

-the following supplements may help reduce nerve discomfort: curcumin with bioperine 1000 mg daily, alpha lipoic acid 600 mg daily, and/or palmitoylethanolamide (PEA) 400 mg 3 times per day. There are different forms of PEA so make sure it is palmitoylethanolamide. If you have difficulty finding curcumin then you can also use turmeric supplements. Just make sure they say that it contains "95% curcuminoids". Oral CBD products would be another option. Usually you need to go to a marijuana dispensary to get these and the staff would be able to provide recommendations based on

the products that they carry.

-while I do not think that your underlying symptoms are due to a primary nerve problem, trying different nerve pain medications would be reasonable. This would be through your primary care provider, but may include medications like duloxetine or venlafaxine. Alternatively, a trial of a stronger anti-inflammatory medication could be considered, especially since your symptoms are more likely due to underlying musculoskeletal inflammation. This would be medications like meloxicam, for example. I do not have much experience with these medications, but you could consider a trial with your primary care provider. If your pain can not be adequately controlled with conservative treatments and medications, then your primary care provider could involve a pain specialist for an opinion.

-I would also strongly consider following an anti-inflammatory diet. There are plenty of articles from reliable sources on the Internet that describe this, but simple rules of thumb for anti-inflammatory eating include the following:

Eat more plants. Whole plant foods have the anti-inflammatory nutrients that your body needs. So eating a rainbow of fruits, veggies, whole grains and legumes is the best place to start.

Focus on antioxidants. They help prevent, delay or repair some types of cell and tissue damage. They're found in colorful fruits and veggies like berries, leafy greens, beets and avocados, as well as beans and lentils, whole grains, ginger, turmeric and green tea.

Get your Omega-3s. Omega-3 fatty acids play a role in regulating your body's inflammatory process and could help regulate pain related to inflammation. Find these healthy fats in fish like salmon, tuna and mackerel, as well as smaller amounts in walnuts, pecans, ground flaxseed and soy.

Eat less red meat. Red meat can be pro-inflammatory. Are you a burger lover? Aim for a realistic goal. Try substituting your lunchtime beef with fish, nuts or soy-based protein a few times a week.

Cut the processed stuff. Sugary cereals and drinks, deep-fried food, and pastries are all pro-inflammatory offenders. They can contain plenty of unhealthy fats that are linked to inflammation. But eating whole fruits, veggies, grains and beans can be quick if you prep ahead for multiple meals.

**Follow-up:**

- I will send a copy of my note to your primary care provider. I would suggest checking in with her in a few months, after you have tried some of the conservative treatments listed above. If the symptoms are not adequately controlled then she could consider prescribing a prescription medication for pain, or possibly involving rheumatology or orthopedic hand surgery for opinions.

Sincerely,

Dan Lavery, MD
Department of Neurology

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:25 AM

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/15/2024**

Status: Sent by batch
Letter body:

TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY

| Result | Value | Ref Range |
| --- | --- | --- |
| TTG IgA | <0.5 | <=14.9 U/mL |
| Comment: | All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA. | |

CRP (C-REACTIVE PROTEIN)

| Result | Value | Ref Range |
| --- | --- | --- |
| C-reactive protein | <0.3 | <=0.8 mg/dL |

RHEUMATOID FACTOR, SERUM

| Result | Value | Ref Range |
| --- | --- | --- |
| Rheumatoid factor | <10 | <=14 IU/mL |

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/16/2024**

Status Sent by batch
Letter body:

ANA

| Result | Value | Ref Range |
|---|---|---|
| ANA Screen | Negative | Negative |
| Comment: | ********************** | |

This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected.

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/17/2024**

Status: Sent by batch
Letter body:

IMMUNOFIXATION, SERUM

| Result | Value | Ref Range |
|---|---|---|
| Serum Immunofixation | | |

No monoclonal protein detected by immunofixation electrophoresis.

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/19/2024**

Status: Sent by batch
Letter body:

VITAMIN B6 (PYRIDOXINE)

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L |
| Comment: | INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)<br><br>Pyridoxal 5'-phosphate measured in a specimen collected following<br>an 8-hour or overnight fast accurately indicates vitamin B6<br>nutritional status. Non-fasting specimen concentration reflects<br>recent vitamin intake.<br><br>This test was developed and its performance characteristics<br>determined by ARUP Laboratories. It has not been cleared or<br>approved by the US Food and Drug Administration. This test was<br>performed in a CLIA certified laboratory and is intended for<br>clinical purposes.<br>Performed By: ARUP Laboratories<br>500 Chipeta Way<br>Salt Lake City, UT 84108<br>Laboratory Director: Jonathan R. Genzen, MD, PhD<br>CLIA Number: 46D0523979 | |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Daniel Philip Lavery Jr., MD | 5/9/2024 8:23 AM |

Patient Questionnaire Submission

--------------------------------

Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Neurology Appointment Notifications | 3/27/2024 7:00 PM |

Lincoln/Weller 0753

**Messages (continued)**

Appointment For: Steven Weller (1550-03-73)
Visit Type: TKT NEUR OVN (1103142)

5/9/2024 8:40 AM 40 mins. Lavery, Daniel Philip Jr., MD WMS-NEUR

Patient Comments:
Neuropathic pain

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 5/9/2024 8:23 AM PST - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

**Referrals**

**Outpatient Service #1915166626**

Reason: Specialty Services Required
Class: Internal
Status updated on: 3/27/2024
Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 3/27/2024 to 3/27/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: WMS-NEUR
Specialty: Neurology
Department phone: 844-364-4807

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**213904 - REFERRAL NEUROLOGY CONSULTATION.**

Number requested: 1 Number approved: 1

## 05/09/2024 - Office Visit in Westside Medical Office Neurology [redacted]ued)

**Referrals (continued)**

**Diagnoses**

- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M72.2 (ICD-10-CM) - FIBROMATOSIS OF BILAT PLANTAR FASCIA
- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN
- M25.521, M25.522 (ICD-10-CM) - BILAT ELBOW JOINT PAIN
- G56.22 (ICD-10-CM) - LEFT ULNAR NEUROPATHY

**Referral Notes**

**Scheduling Ticket Sent by McDowell, Chantal Yun at 3/27/2024 1549**

Scheduling Ticket Sent.

**Specialty Comments by Noble, Geoffrey Peter, MD, PhD at 3/27/2024 1253**

Summary: Schedule in OVN appointment slot with Benjamin Koo, MD, Dan Lavery, MD, Branavan Mahadeva, MD, or Geoffrey Noble, MD. Send General questionnaire(s).

Schedule in **OVN** appointment slot with **Benjamin Koo, MD, Dan Lavery, MD, Branavan Mahadeva, MD, or Geoffrey Noble, MD**. Send **General** questionnaire(s).

SCRIPTING FOR APPOINTMENT SCHEDULING:
"The Neurologist who reviewed your referral recommended a regular consultation appointment for you. This consultation will include an overall assessment that will help determine follow up steps which may include recommendations for you and your Primary Care Clinician or follow up with the Neurologist.

We will be sending you a questionnaire to complete prior to your appointment. Please remember bring that questionnaire with you and arrive 15 minutes prior to your appointment to allow time to check in and maximize your appointment time."

CANCEL LIST (for all members being booked more than 5 business days from time of call or any member dissatisfied w/ appointment time)
"I will add your request (for sooner appointment, different time, other physician) to our courtesy list. If an appointment meeting your request comes available someone will call you as soon as possible. What is the best number to call if we get a cancellation for you? Can you also tell me the shortest notice that would still make it possible for you to come to an open appointment, so I can note it with your request?"

**Provider Comments by Foster, Kellie R, MD at 3/27/2024 0611**

Summary: Provider Comments

Last visit to Neurology in 10 Years:
------------------------------------
No appointments were found for this specialty within the specified time limit.

**Status History**

| Change | User | Date/Time |
|---|---|---|

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Referrals (continued)**

| | | |
|---|---|---|
| From Pending Review to Authorized | Noble, Geoffrey Peter, MD, PhD | 03/27/2024 1253 |

**Order**

**REFERRAL NEUROLOGY CONSULTATION. [605762748]**

Electronically signed by: **Foster, Kellie R, MD on 03/27/24 0611** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/27/24 0611 Authorized by: Foster, Kellie R, MD
Ordered during: Office Visit on 03/19/2024
Diagnoses
NEUROPATHIC PAIN [M79.2]
FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
BILAT HAND JOINT PAIN [M25.541, M25.542]
BILAT ELBOW JOINT PAIN [M25.521, M25.522]
LEFT ULNAR NEUROPATHY [G56.22]
Order comments: Last visit to Neurology in 10 Years: ---------------------------------- No appointments were found for this specialty within the specified time limit.

**Coverages**

**Deductible Plan**

Plan: 5033270 Covered: Covered From: 3/1/2024 Member #: 15500373

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 5/9/2024 8:39 AM

| BP | Pulse | Resp | Wt |
|---|---|---|---|
| 144/82 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Large Adult) | 60 | 10 | 155 lb (70.3 kg) Comment: per patient |

## 05/06/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- DIAGNOSTIC IMAGING RESULTS

**Clinical Notes**

**Unknown**

**Telephone Encounter by Greene, Kathryn Rose, LPN at 5/6/2024 1613**

Author: Greene, Kathryn Rose, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 5/6/2024 4:31 PM Encounter Date: 5/6/2024 Creation Time: 5/6/2024 4:13 PM
Status: Signed Editor: Greene, Kathryn Rose, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from MRI 1/2024:*
**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**All Measurements**

Exam End: 01/24/24 8:45 AM
Specimen Collected: 01/24/24 9:16 AM Last Resulted: 01/24/24 9:31 AM

Kathryn Greene, LPN

Electronically signed by Greene, Kathryn Rose, LPN at 5/6/2024 4:31 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Panagiotis D Fourtounis, MD<br>Last Read in kp.org<br>5/7/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/6/2024 5:07 PM |

Steven I think a phone or video appointment to discuss this issue with Dr Foster is a good idea.
Panos Fourtounis, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/6/2024 1:23 PM |

Were you able to get any answers about the masses that were found in my back during the last MRI scan?

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Follow-up and Dispositions**

**Reason for Visit**

**Chief Complaint**

- REFERRAL (PT)

**Revision History**

McGath, Tracy, MA on 5/6/2024 0831
- OTHER (FYI)

**Visit Diagnoses**

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #3 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 0831**

Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 5/6/2024 8:31 AM | Encounter Date: 5/5/2024 | Creation Time: 5/6/2024 8:31 AM
Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 8:31 AM

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 1703**

Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 5/6/2024 5:04 PM | Encounter Date: 5/5/2024 | Creation Time: 5/6/2024 5:03 PM
Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: No staging indicated, routed to clinician.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 5:04 PM

**Addendum Note by Esterberg, Chad Andrew, PA at 5/7/2024 0900**

Author: Esterberg, Chad Andrew, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 5/7/2024 9:00 AM | Encounter Date: 5/5/2024 | Creation Time: 5/7/2024 9:00 AM
Status: Signed | Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.))
Addended by: ESTERBERG, CHAD ANDREW on: 5/7/2024 09:00 AM

Modules accepted: Orders

Electronically signed by Esterberg, Chad Andrew, PA at 5/7/2024 9:00 AM

**Telephone Encounter by McGath, Tracy, MA at 5/7/2024 1156**

Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 5/7/2024 11:56 AM | Encounter Date: 5/5/2024 | Creation Time: 5/7/2024 11:56 AM
Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: Message completed.
Instructions given to pt.
Closing encounter.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/7/2024 11:56 AM

**Messages**

**Re: Nonurgent medical questions or concerns~Other**

From: Tracy McGath, MA | To: Weller, Steven | Sent and Delivered: 5/7/2024 11:57 AM
Last Read in kp org
5/7/2024 12:00 PM by Weller, Steven

Hello Steven,
It was nice talking to you today. Let us know if you have any other questions or concerns.

Have a nice day, Tracy, MA for Chad Esterberg, PA-C

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/7/2024 10:21 AM |

I made the first available appointment for July 5 via the KP app, but I'm confused about the location.

It was at this place, which I can't find anywhere else. There seems to be confusion about NE vs NW in the address and it's not in your list below.

Tanasbourne Physical Therapy
10315 NE Tanasbourne Drive
Hillsboro OR 97124-5860
844-394-3972

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/7/2024 10:18 AM by Weller, Steven | Weller, Steven | 5/7/2024 9:00 AM |

Sounds good. I placed the PT referral. You will need to call them to schedule the initial visit. See below for their contact info.

Take care,
Chad Esterberg, PA-C

PHYSICAL THERAPY APPOINTMENTS

You have been referred for a Physical Therapy (PT) evaluation. To ensure you receive the best care in the appropriate time frame, each referral will be reviewed by a licensed therapist prior to scheduling your appointment. Please allow 24 hours for this to occur, and then contact our offices.

Please arrive 15 minutes early to register for your appointment.

Wear loose fitting clothing, and bring shorts if your leg is to be assessed.

Physical therapy appointments are in high demand. If you need to cancel an appointment please give 48 hours

notice so that someone else may use that appointment time. Cancel on-line at kp.org or call our automated line at (800) 813-2000 and follow the prompts.

The therapist you see will provide an initial assessment and determine if additional therapy is indicated. Physical Therapy is a limited benefit. Please check your benefit booklet or with Membership Services about your coverage for these services.

THERAPY LOCATIONS
Portland Metro Area (503) 571-4910, or from outside of the Portland Area 1-844-394-3972. Our appointing staff is available to assist you from 8:00 am - 5:00 pm, Monday through Friday.

| | Beaverton Medical Office: 4855 S.W. Western Avenue Beaverton, OR

| | Central Interstate Medical Office: 3600 N. Interstate Ave. Portland, OR

| | Mount Talbert Medical Office: 10100 SE Sunnyside Rd, Clackamas, OR

| | Orchards Medical Office: 7101 N.E. 137th Ave. Vancouver, WA

| | Sunnybrook Medical Office: 9900 SE Sunnyside Rd Clackamas, OR

| | Sunnyside Medical Office: 10180 S.E. Sunnyside Rd. Clackamas, OR

| | Tualatin Medical Office: 19185 SW 90th Ave. Tualatin, OR

| | North Lancaster Medical Office: 2400 Lancaster Drive NE Salem, OR

| | Skyline Medical Office: 5125 Skyline Road South Salem, OR

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/6/2024 1:21 PM |

I share your concern about wheelchair use. I walk as normally as possible when the pain permits and stability is not an issue. Unfortunately from experience I know that ignoring the pain just leads to an exponential rise and days of incapacity. Fingers crossed that the steroid will help and I can bear more weight.

Yes let's see what PT can do. This will help guide me for pool use also.

Better news today. My hip barely hurts today following the rest I gave it, but I lost a few days there due to the pain causing a very depressed mood.

**Nonurgent medical questions or concerns~Other**

### 05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/6/2024 1:09 PM by Weller, Steven | Weller, Steven | 5/6/2024 9:14 AM |

Hi Steven. Thanks for the update. Its possible you may have overdone it in the pool, but my concern is having you become reliant on the wheelchair. This will lead to muscle deconditioning and even more difficulty tolerating pool exercises or physical therapy. I would recommend discontinuing the wheelchair and try using a cane for extra stability. The more active you are and walking under your own ability will be helpful. I think working with physical therapy would be incredibly beneficial. If you would like to try, let me know and I can place a referral.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/5/2024 8:00 AM |

I had steroid shots in my left knee and right hip on 4/26. The hip shot felt just like the successful one in my right hip March 2023, and very much unlike the unsuccessful one in my right hip June 2023. I rested for a few days and let the discomfort wear off.

By 4/30 my hip felt maybe a little better and I went to a warm water pool and did very gentle exercise for 30 minutes. That hurt my left knee as it has in the past and now, five days later, it's still a little sore, so no definitive improvement there, bit there are some signs it's doing better than it has in the past.

My right hip is currently somewhat worse than before the shot. I'm using a wheelchair in the house 100% of the time to keep the weight off it and it hurts much of the time. I'm not sure what to think, but obviously I should give it more time before reaching conclusions. Maybe I overdid it in the pool? It was really gentle exercise, so that would be surprising, and my left hip did just fine.

## 05/01/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/1/2024 1:33 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/29/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL REQUESTED

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 4/30/2024 1343**

Author: Segletes, Paula Ann, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 4/30/2024 1:46 PM Encounter Date: 4/29/2024 Creation Time: 4/30/2024 1:43 PM
Status: Signed Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for orders, O.T. PENDED
- Patient inquires about OT referral discussed on 4/23 during VV (copied below.)
- O.T. referral pended.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from VV encounter on 4/23/24 by Kellie R. Foster, MD*
:

Left thumb- - inovluntary twrsit - does seem connected to eblow
Only on left

Pain in eblow is better - more gradual
MRI brachial plexus

L 2nd finger episodic severe pain

Has to limit computer use and I phone use

Using electronic wheelchair now
Manual wheelcair 1/2 time

Mass in thig, prior imaging

Left hand > right - seeing OA change in R hand 5th finge
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 04/29/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

**Labs / Images Reviewed**

| Component | Value | Date |
| --- | --- | --- |
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
| --- | --- | --- |
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) No diagnosis found.

Alpha lipoic acid
OT
Neurology referral
Mass in shoulder MRI

P) No orders of the defined types were placed in this encounter.

minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Segletes, Paula Ann, LPN at 4/30/2024 1:46 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Kellie R Foster, MD<br>Last Read in kp.org<br>5/6/2024 1:21 PM by Weller, Steven | Weller, Steven | 5/1/2024 12:50 PM |

Dear Mr Weller,

Thank you for your message and I apologize for delay in getting you this information. Here is OT scheduling

**Messages (continued)**

info:

You have been referred for a Occupational Therapy evaluation. Schedule online at kp.org or call us to schedule your Occupational Therapy appointment at 1-844-394-3972, 8 am to 5 pm Monday through Friday. Occupational therapy requires that you schedule the appointment, they will not call you.

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/29/2024 6:53 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Norton, Kyle Robert, PA | Norton, Kyle Robert, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- INJECTION (Right hip )

**Visit Diagnosis**

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Norton, Kyle Robert, PA | 04/26/2024 1200 |

### Clinical Notes

**Unknown**

**Progress Notes by Norton, Kyle Robert, PA at 4/26/2024 1430**

Author: Norton, Kyle Robert, PA Service: — Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 4/26/2024 2:48 PM Encounter Date: 4/26/2024 Creation Time: 4/26/2024 11:59 AM
Status: Signed Editor: Norton, Kyle Robert, PA (PHYSICIAN ASSISTANT (P.A.))

Procedure Orders
1. INJ LRG JT/BURSA: R intra-articular hip joint [609887228] ordered by Norton, Kyle Robert, PA
2. INJ LRG JT/BURSA: L knee joint [609902605] ordered by Norton, Kyle Robert, PA

Post-procedure Diagnoses
1. OSTEOARTHRITIS OF RIGHT HIP [M16.11]

04/26/24

Chief compliant: Right hip pain.

Interim history: Steven Weller is a 62 yrs male who presents today for right hip US guided intraarticular corticosteroid injection. + previous injections last year to his hip in CA. He states that intra-articular injection to the left hip provided excellent pain relief and continues to do well. The injection of the right hip was not as effective.

Denies adverse reaction to injections in the past. Denies any calf pain, fever or chills.

Lincoln/Weller 0783

Impression:
1. Right hip osteoarthritis - mild on x-rays. Reports short-term improvement with prior intra-articular hip injection.
2. Left knee osteoarthritis: Mild on x-rays.

Plan:
1. Right hip US guided intraarticular corticosteroid injection. See procedure note below.
2. Left knee corticosteroid injection today.
3. RTC no sooner than 3 months for repeat injections.

All questions answered.

**INJ LRG JT/BURSA: R intra-articular hip joint**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **hip**
Site: **R intra-articular hip joint**
Guidance: **ultrasound**

**Right Injection Details:**
Approach: **anterolateral**
Needle Type: **spinal**
Needle Gauge: **22 G**
Topical Anesthetic: **lidocaine (3 cc 1%lido with 25g needle)**

**Medications:**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications and pain medications**

**INJ LRG JT/BURSA: L knee joint**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **knee**
Site: **L knee joint**

**Left Injection Details:**
Approach: **anterolateral**
Needle Type: **standard**
Needle Gauge: **22 G**
Topical Anesthetic: **ethyl chloride(cold spray)**

**Medications:**
**80 mg methylPREDNISolone Acetate 80 mg/mL**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications, elevation and pain medications**

Electronically signed by Norton, Kyle Robert, PA at 4/26/2024 2:48 PM

**Nursing Note by Carmen, Sandibel, MA at 4/26/2024 1430**

| | | |
|---|---|---|
| Author: Carmen, Sandibel, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 4/26/2024 2:26 PM | Encounter Date: 4/26/2024 | Creation Time: 4/26/2024 2:22 PM |
| Status: Signed | Editor: Carmen, Sandibel, MA (MEDICAL ASSISTANT) | |

Steven Weller
62 yrs

Chief Complaint
Patient presents with
- INJECTION

**04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

*Right hip*

**Issues/concerns: the last injection helped him for a few wks**

Pt is here with self , in room 12
Current pain level 3/ 10, taking ibuprofen
Pain Medication prescribed by: otc
Does patient takes prescription blood thinning medication? No
Does patient take Aspirin daily? No

**Treatments**:
Prior surgeries; no
Prior injections; 06/2023
PT; no
Ambulates with none

Panel Support Tool Reviewed.
No gaps identified.

Sandibel Carmen, MA

Electronically signed by Carmen, Sandibel, MA at 4/26/2024 2:26 PM

**Medication Administrations**

**methylPREDNISolone Acetate Inj 80 mg (DEPO-Medrol) [609902673]**

Ordering Provider: Norton, Kyle Robert, PA
Ordered On: 04/26/24 1448
Ordered Dose (Remaining/Total): 80 mg (0/1)
Frequency: OUTPATIENT (PROVIDER GIVEN ONE TIME)

Status: Completed (Past End Date/Time)
Starts/Ends: 04/26/24 1430 - 04/26/24 1430
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Site | Other Information |
|---|---|---|---|---|
| Performed 04/26/24 1430<br>Documented: 04/26/24 1448 | Given | 80 mg | Left Knee | Performed by: Norton, Kyle Robert, PA<br>Scanned Package: 70121-1552-1 |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kyle Robert Norton, PA | 4/26/2024 2:20 PM |

Patient Questionnaire Submission

**04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

--------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 4/26/2024 2:20 PM PST - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

## 04/23/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Level of Service**

| Level of Service |
|---|
| OUTPT EST LEVEL 3 |

### Reason for Visit

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- BILAT HAND JOINT PAIN [M25.541, M25.542]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 04/30/2024 2307 |
| Diagnosis #2 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 04/30/2024 2307 |

### Clinical Notes

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 4/23/2024 0840**

Author: Foster, Kellie R, MD
Filed: 4/30/2024 11:11 PM
Status: Signed
Service: —
Encounter Date: 4/23/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 4/23/2024 8:34 AM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
Symptom Follow up

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of chronic pain in the hands and hips, reports a new symptom of twitching in the left thumb. The twitching is described as random and possibly related to the position of the elbow. The patient has been wearing a brace for the past six months, which has led to a slow, month-to-month improvement in elbow pain.

The patient also reports a general increase in hand pain, described as a stinging sensation, particularly noticeable at night. The pain is low-level and not distracting during daily activities, but there is a concern that it is gradually worsening. The patient has limited use of his hands due to the pain, which has led to a decrease in physical activity and an increase in sedentary activities such as watching TV.

The patient has been using an electric wheelchair for mobility, which has led to a decrease in hip pain due to less physical strain. However, the patient reports that the right hip pain can become severe if overused.

Recent brachial plexus MRI showed 2 soft tissue masses, pt asking if f/u indicated, not causing pain

The patient has also been informed that he is a candidate for cataract surgery within the next year. He has a history of floaters in the eyes.

The patient is currently on long-term disability and is in the process of applying for Social Security Disability Insurance (SSDI).

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
BILAT HAND JOINT PAIN

Neurological Symptoms: Persistent hand pain, possibly worsening. New symptom of left thumb twitching, possibly related to elbow position.
-has neurology consult scheduled for next month
-Consider trial of alpha lipoic acid supplement for nerve pain relief.
-Referral to occupational therapy for advice on minimizing stress on hands during daily activities.

Muscle Masses: Two masses identified in shoulder muscles on MRI, in addition to a long-standing mass in the thigh.
-Consult with radiologist for further assessment and guidance on follow-up.

Cataracts: Identified during recent eye exam, with potential need for surgery within the next year.
-Plan to consult with ophthalmologist at Kaiser for further evaluation and potential surgery planning.

P)
Orders Placed This Encounter
- Alpha Lipoic Acid 600 mg Oral Cap
- Elbow/Forearm/Wrist/Hand Musculoskeletal OT

21 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Foster, Kellie R, MD at 4/30/2024 11:11 PM

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>4/29/2024 6:51 PM by Weller, Steven | Weller, Steven | 3/19/2024 1:59 PM |

Appointment Information:
Visit Type: Video visit
Date: 4/23/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 8:40 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link

2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)

1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops

1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

## 04/18/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 4/19/2024 1637**

Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 4/19/2024 4:37 PM | Encounter Date: 4/18/2024 | Creation Time: 4/19/2024 4:37 PM
Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 4/23/2024 8:40 AM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 4/26/2024 2:30 PM (Arrive by 2:15 PM) | Kyle Robert Norton | Westside Medical Office Orthopedics | 971-310-3240 | |
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |

Electronically signed by Manjarrez, Virginia, LPN at 4/19/2024 4:37 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD | Weller, Steven | 4/22/2024 10:07 PM |

Last Read in kp.org
4/23/2024 5:36 AM by Weller, Steven

Dear Mr Weller,

Thank you for the update. I am glad you will be meeting with Dr Lavery soon and that you also have been able to establish with orthopedics.

Take care,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/18/2024 3:12 PM |

I have developed a new neurological symptom in my left hand over the past month. My left thumb twitches toward the palm randomly, sometimes hardly at all and sometimes every few seconds. I think it's related to the angle of my left elbow, but am not sure.

I will discuss this at my upcoming neurology appointment.

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Center X-Ray | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-4602 |

### Reason for Visit

**Visit Diagnosis**

- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Kpnw, Ordtrans | 03/28/2024 1542 |

### Visit Account Information

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 41206540 | Outpatient | Closed | VST MBR KP NCAL - KP INTRGNL NO CALIFORNIA |

**Guarantor Account (for Hospital Account #41206540)**

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NW | Yes | Personal/Family |

| Address | Phone |
|---|---|
| 3572 | H)<br>O) |

**Coverage Information (for Hospital Account #41206540)**

**1. VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| Claims Administration - NCAL<br>PO Box 12923<br>Oakland, CA 94604-2923 | 626-381-3882 | |

**2. DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000 X**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000 X | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Laura A | | 15500373 |
| **Address** | **Phone** | |
| 500 NE MULTNOMAH<br>PORTLAND, OR 97232 | | |

### Events

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Events (continued)**

**Hospital Outpatient at 3/28/2024 1530**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Discharge at 3/28/2024 2359**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Imaging**

**Imaging**

**XR LEFT KNEE 3 VIEWS [606041075] (Final result)**

Electronically signed by: **Esterberg, Chad Andrew, PA on 03/28/24 1538** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 03/28/24 1538
Authorized by: Esterberg, Chad Andrew, PA
Ordering mode: Standard
Frequency: Routine X1 03/28/24 1542 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Khouth, Ann M 3/28/2024 3:42 PM
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Esterberg, Chad Andrew, PA | 1558700781 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING, LATERAL, AND MERCHANT |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Date of Birth (by verbal statement or documentation). | |
| 2nd Patient Identifier: | Patient name (as stated by patient or their family). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |
| Chaperone? | | |
| Full name and role of chaperone | | |
| Guest? | | |

**XR LEFT KNEE 3 VIEWS [606041075]** Resulted: 04/02/24 1735, Result status: Final result

Order status: Completed
Resulted by: Cho, Josephine O., MD
Filed by: Interface, Powerscribe360 04/02/24 1737
Performed: 03/28/24 1546 - 03/28/24 1600
Accession number: 19022528550
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

EXAM: XR LEFT KNEE 3 VIEWS
EXAM DATE AND TIME: 3/28/2024 3:30 PM

HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

COMPARISON: None.

TECHNIQUE: Frontal, lateral and patellar views

Impression:
FINDINGS/IMPRESSION:

There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.

OSTEOARTHRITIS GRADING:

-Medial compartment: 0
-Lateral compartment: 0
-Patellofemoral compartment: 0

NWP Osteoarthritis Pathway Grading System Criteria:

1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM
Acknowledged by: Esterberg, Chad Andrew, PA on 04/05/24 1108

**Recipients**

**Esterberg, Chad Andrew, PA**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589906629 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1 - KPRL** | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**Signed**

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

Electronically signed by Cho, Josephine O., MD on 4/2/24 at 1735 PDT

**All Reviewers List**

Esterberg, Chad Andrew, PA on 4/5/2024 11:08 AM

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Esterberg, Chad Andrew, PA | Esterberg, Chad Andrew, PA | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 4** |

### Reason for Visit

**Chief Complaint**

- INJECTION - Right Knee

**Visit Diagnoses**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |

### Clinical Notes

**Unknown**

**Progress Notes by Esterberg, Chad Andrew, PA at 3/28/2024 1510**

Author: Esterberg, Chad Andrew, PA    Service: —    Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 3/28/2024 3:40 PM    Encounter Date: 3/28/2024    Creation Time: 3/28/2024 11:34 AM
Status: Signed    Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.))

**ORTHOPEDIC SURGERY CLINIC HIP/LABRUM EXAM**
**3/28/2024**

Requested services from Kellie R Foster, MD

**Chief Complaint:** right hip discomfort

**History of Present Illness:**
Steven Weller is a 62 yrs male who presents with longstanding bilateral hip pain but the right hip has been the most bothersome for him. When he was living in California he had bilateral intra-articular hip injections which were helpful. He localizes the pain to the anterior groin of both hips which becomes significantly aggravated any time he stands up

replace his weight on his legs. He has been using a wheelchair at home to get around once the hip start to become aggravated.

He has done water therapy in the past which he found very helpful for the hips but because of baseline left knee pain, he has not been able to continue this or try any other physical therapy out of concern that it will make his knee worse thus debilitating him further. He has not had any treatment for the knee or an injection. There have been a recent left knee x-rays but he would be open to considering an injection depending on those results and would also like to proceed with another hip injection.

**Answers submitted by the patient for this visit:**

Orthopedic/Podiatry Questionnaire (Submitted on 3/22/2024)

**Chief Complaint: PAIN**

Occupation: Software Engineer
Location of problem: hip
Laterality: right
Problem start: 5/1/2023
Specific injury: Started due to additional use from left hip being unable to take weight
Previous treatments: Right hip steroid injection June 2023
Pain level: 3/10
Symptoms: aching, dull, sharp
Progression: staying the same
Frequency: constant, gets worse later in day, pain with activity, pain at rest
Trouble taking off socks: No
Stairs: normally
Ability to walk: less than 1 block
Devices used: cane, wheelchair
Aggravated by: standing / walking, going up stairs, going down stairs, during walking / exercise
Relieved by: rest, heat, cortisone shots

No past medical history on file.

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Allergies:
Patient has no known allergies.

No active medications on file as of 03/28/2024

No past surgical history on file.

Social History

Socioeconomic History

- Marital status: Unknown
  - Spouse name: Not on file
- Number of children: Not on file

**Clinical Notes (continued)**

- Years of education: Not on file
- Highest education level: Not on file

Occupational History

- Not on file

Tobacco Use

- Smoking status: Not on file
- Smokeless tobacco: Not on file

Substance and Sexual Activity

- Alcohol use: Not on file
- Drug use: Not on file
- Sexual activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Unknown (3/11/2024)
Housing Stability Vital Sign
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: Not on file
- Unstable Housing in the Last Year: No

**Physical Exam:**
The patient presents in no acute distress.
He is utilizing a motorized wheelchair today.
Mild left anterior groin discomfort with passive logroll of the leg. No pain with passive log-rolling of the right leg.
Negative straight leg raise bilaterally.
Hip flexion to 120° bilaterally, 45° of external rotation and 20° of internal rotation bilaterally.
Mild anterior groin discomfort of both hips at full hip flexion.

Left knee with mild tenderness to palpation across the anterior side and around the patella.
Knee range of motion is 0-120 degrees.
Mild patellar crepitus.
Stable to varus and valgus stress.
Neurovascularly intact.

*The following has been copied and pasted from MRI of the right hip on 9/2/23:*
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

**03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

**Impression:**
Right hip OA and left knee pain.

**Plan:**
- He will get left knee x-rays today and I will message him with the results once reviewed.
- I will schedule him for an ultrasound-guided right hip intra-articular steroid injection and possible left knee injection at the same time if he chooses to proceed.

Chad Esterberg PA-C
Orthopedics
Westside Medical Center

*Please be aware that this note has been partially dictated using Fluency dictation voice recognition software. It has been reviewed for major content, but may contain minor mistakes due to the limitations of the software.*

Electronically signed by Esterberg, Chad Andrew, PA at 3/28/2024 3:40 PM

**Nursing Note by Tolentino, Ana M, LPN at 3/28/2024 1510**

| | | |
|---|---|---|
| Author: Tolentino, Ana M, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 3/28/2024 3:22 PM | Encounter Date: 3/28/2024 | Creation Time: 3/28/2024 3:18 PM |
| Status: Signed | Editor: Tolentino, Ana M, LPN (LICENSED PRACTICAL NURSE) | |

Accompanied by: Self
BP Method: none taken
Weight Bearing Status: Full
Weight: Patient declined
Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.

Ana M. Tolentino, LPN

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/28/24 1516 |
|---|---|
| Encounter Vitals | |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Pain Score | 1 (scale 0-10) -AT at 03/28/24 1515 | |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| AT | Tolentino, Ana M, LPN | LICENSED PRACTICAL NURSE | Nursing | 03/28/2024 |

**Patient Instructions**

KAISER PERMANENTE

Dear Steven Weller

It was a pleasure to see you today.

Should you have any questions, please contact our advice nurse at (971) 310-3240. You may receive a questionnaire in the mail about today's visit. If you do please take the time to fill it out and return it as soon as possible. This will help us to better serve you.

Thank you for allowing me and my team the privilege of caring for you today. **YOU are the reason we are here, and I truly hope we provided you with the excellent service you deserve**. Please let us know if there is anything else we can do for you so that we can be sure you are leaving completely satisfied with your care experience.
If your symptoms persist or worsen please return to the clinic otherwise please follow up with your primary care provider.

Be well and thrive,

Chad Esterberg, PA-C
KAISER WESTSIDE ORTHOPAEDICS
2875 NW STUCKI AVE
HILLSBORO, OR 97124

**If I ordered new medication(s) or refill(s) today to be delivered to you by mail-order, you must call 1-800-548-9809 when you are ready to have the medications mailed to you. THE MAIL ORDER PHARMACY WILL NOT FILL YOUR PRESCRIPTIONS UNTIL THEY RECEIVE YOUR CALL!**

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

**Letters**

**Results Release Online by Esterberg, Chad Andrew, PA on 4/5/2024**

Status: Sent by batch
Letter body:

XR LEFT KNEE 3 VIEWS

*Narrative*
*EXAM: XR LEFT KNEE 3 VIEWS*
*EXAM DATE AND TIME: 3/28/2024 3:30 PM*

*HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)*

*COMPARISON: None.*

*TECHNIQUE: Frontal, lateral and patellar views*

*Impression*
*FINDINGS/IMPRESSION:*

*There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.*

*OSTEOARTHRITIS GRADING:*

*-Medial compartment: 0*
*-Lateral compartment: 0*
*-Patellofemoral compartment: 0*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM*

**Messages**

**Questionnaire Submission**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Chad Andrew Esterberg, PA | 3/22/2024 12:12 PM |

Lincoln/Weller 0823

**Messages (continued)**

Patient Questionnaire Submission

--------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kp Ort Bones Nw Orthopedic/Podiatry Questionnaire**

| Question | 3/22/2024 12:12 PM PST - Filed by Patient |
|---|---|
| What is your occupation? | Software Engineer |
| What is the main reason for today's visit? | hip |
| Which side of the body are you having a problem with? | right |
| When did the problem start? | 5/1/2023 |
| If this was the result of a specific injury, please describe below. Otherwise, please state "No injury". | Started due to additional use from left hip being unable to take weight |
| Please list any treatments or surgeries you have had for this problem. | Right hip steroid injection June 2023 |
| Please rate the severity of your pain (0 = no pain, 10 = the worst pain) | 3 |
| Please describe the symptoms you are experiencing. | aching<br>dull<br>sharp |
| Are your symptoms: | staying the same |
| How often are you having these symptoms? | constant<br>gets worse later in day<br>pain with activity<br>pain at rest |
| Do you have trouble taking off your socks? | No |
| Are you able to use stairs: | normally |
| How far can you walk? | less than 1 block |
| Do you need to use any of the following devices? | cane<br>wheelchair |
| What makes your symptoms worse? | standing / walking<br>going up stairs<br>going down stairs<br>during walking / exercise |
| What makes your symptoms better? | rest<br>heat<br>cortisone shots |

**Referrals**

**Outpatient Service #1915141737**

Reason: Specialty Services Required
Class: Internal
Status updated on: 3/22/2024

Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 3/19/2024 to 3/19/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000

Department: EIN-IM
Provider: Foster, Kellie R, MD

### 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Referrals (continued)**

Provider phone: 503-813-2000 | Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: SYB-ORTH
Specialty: Orthopaedics
Department phone: 503-571-3653

**Visits**

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
|---|---|---|---|

**Procedures**

**200353 - REFERRAL ORTHOPEDIC**

Number requested: 1 | Number approved: 1

**Diagnoses**

- M25.551 (ICD-10-CM) - RIGHT HIP JOINT PAIN

**Referral Notes**

**Sent Kp.org Message by Rodriguez, Jessica Marie at 3/22/2024 0906**

KP Message Sent

**Specialty Comments by Southam, Jodi Dew, MD at 3/22/2024 0538**

F2F TJ AC

**Specialty Comments by Silvey, Amy M, RN at 3/20/2024 0821**

Summary: No films have been ordered nor completed for this patient (right hip). Message sent to referring provider to contact patient to complete.

No films have been ordered nor completed for this patient (right hip). Message sent to referring provider to contact patient to complete.
Amy M. Silvey, RN

**Provider Comments by Foster, Kellie R, MD at 3/19/2024 1354**

Summary: Provider Comments

No results found for: "HGA1C", "HGBA1CPED", "HGBA1CEXTRSL"
No image results found.

**Status History**

| Change | User | Date/Time |
|---|---|---|
| From Pending Review to Authorized | Southam, Jodi Dew, MD | 03/22/2024 0538 |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

### Referrals (continued)

#### Order

**REFERRAL ORTHOPEDIC [604759150]**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354 Authorized by: Foster, Kellie R, MD
Ordered during: Office Visit on 03/19/2024
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]
Order comments: No results found for: "HGA1C", "HGBA1CPED", "HGBA1CEXTRSL" No image results found.

#### Coverages

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

## 03/22/2024 - Patient Message in Sunnybrook Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**
Initiated, Patient/Staff

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Orthopedics | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-3653 |

**Messages**

**ORTHOPEDIC REFERRAL**

| From | To | Sent and Delivered |
|---|---|---|
| Jessica Marie Rodriguez<br>Last Read in kp.org<br>3/22/2024 9:36 AM by Weller, Steven | Weller, Steven | 3/22/2024 9:06 AM |

Your health care clinician has referred you to the Orthopedics Department for a Consultation. Please call us when you are ready to schedule your appointment or if you have any questions at (503) 571- 4227. We are available Monday- Friday from 8:00am to 5:00pm. If you have already made an appointment, please disregard this notice.

We look forward to speaking with you, to ensure you receive the care you need. As a reminder, your referral is valid for one year.

Be healthy. Live well. Thrive.

Sincerely,

Specialty Care Appointing

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Radiology | 3500 N Interstate Ave<br>Portland OR 97227 | 503-331-6082 |

### Reason for Visit

**Visit Diagnosis**

- RIGHT HIP JOINT PAIN [M25.551]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Kpnw, Ordtrans | 03/21/2024 1515 |

### Imaging

**Imaging**

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/21/24 1514** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/21/24 1514
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/21/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Passera, Rene 3/21/2024 3:15 PM
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING LOW PELVIS FOR HIPS AND MODIFIED FROG LATERAL HIP |
| Return patient to provider? | No |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Patient name. (as stated by patient or their family). | |
| 2nd Patient Identifier: | Date of Birth (by verbal statement or documentation). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |

**Imaging (continued)**

Chaperone?
Full name and role of chaperone
Guest?

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447]** Resulted: 03/26/24 1430, Result status: Final result

Order status: Completed
Filed by: Interface, Powerscribe360 03/26/24 1432
Accession number: 19022509170

Resulted by: Kramer, Zachariah, MD
Performed: 03/21/24 1524 - 03/21/24 1540
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

Impression
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM
Acknowledged by: Foster, Kellie R, MD on 03/26/24 2020

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589001604 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - KPRL | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**Signed**

**Imaging (continued)**

Electronically signed by Kramer, Zachariah, MD on 3/26/24 at 1430 PDT

**All Reviewers List**

Foster, Kellie R, MD on 3/26/2024 8:20 PM

## 03/21/2024 - Orders Only in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Foster, Kellie R, MD | 03/21/2024 1514 |

## 03/21/2024 - Orders Only in East Interstate Internal Medicine (continued)

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/28/2024**

Status: Sent by batch
Letter body:

XR RIGHT HIP AND PELVIS 2 VIEWS

*Narrative*
*EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS*

*CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)*

*COMPARISON: None*

*Impression*
*FINDINGS/IMPRESSION:*

*No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.*

*OSTEOARTHRITIS GRADING:*

*-Right hip: 0 = Normal*
*-Left hip: 1 = Minimal/mild (single view)*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*0 = Normal.*
*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM*

## 03/20/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (MM, colonoscopy )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Winegar, Leslie, LPN at 3/21/2024 1004**

Author: Winegar, Leslie, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 3/21/2024 10:06 AM | Encounter Date: 3/20/2024 | Creation Time: 3/21/2024 10:04 AM
Status: Signed | Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to message management team clinician pool for review
- Patient's last colonoscopy 12/20/23 at outside facility with the next colonoscopy due on 12/20/28.
- Can you please update his medical history, I am unable to do this without a provider approval. This should take care of the stool for occult blood test due on his PST.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD team/pool, this message has been staged and routed to Message Management MD pool to be addressed

There is no problem list on file for this patient.

Unable to review PST at this time - Staging encounter for Clinician / nursing review

Electronically signed by Winegar, Leslie, LPN at 3/21/2024 10:06 AM

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kyla N Pepper, MD<br>Last Read in kp org<br>3/21/2024 11:13 AM by Weller, Steven | Weller, Steven | 3/21/2024 10:28 AM |

Steven,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Messages (continued)**

I am assisting with your provider's messages today.

I see that, thank you! I've updated your chart to reflect the colonoscopy last December. It looks like the recommendation is to repeat a colonoscopy in 2033. You will need a referral for that to be done in Oregon when it is time.

Please let us know if there is anything else we can do for you.

Kyla N. Pepper, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 3/20/2024 9:32 AM |

I see a colon cancer screening kit on my preventative list. I had a routine colonoscopy recently, so please cancel that unless it is still recommended.

Lincoln/Weller 0845

## 03/19/2024 - Appointment in East Interstate Laboratory

### Visit Information

**Appointment Information**

**LAB** — **Completed**
3/19/2024 2:10 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 2:10 PM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 2:06 PM
Enc Form Number: 81600953

**History**

| | | | | |
|---|---|---|---|---|
| Made On: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| Checked In: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| EOD Status: | 3/24/2024 4:07 AM | By: | Corbitt, Shelley | ES |

### Reason for Visit

**Visit Diagnoses**

| Name | Code | Chronic? |
|---|---|---|
| SCREENING FOR LIPID DISORDER | Z13.220 | No |
| OSTEOPOROSIS | M81.0 | Yes |
| NEUROPATHIC PAIN | M79.2 | No |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | No | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #2 | | | | | |
| Add | OSTEOPOROSIS | M81.0 | Yes | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #3 | | | | | |
| Add | NEUROPATHIC PAIN | M79.2 | No | Kpnw, Ordtrans | 03/19/2024 1406 |

### Labs

**Clinical Laboratory**

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Edited Result - FINAL)**

Electronically signed by: **User, Nw Bulk Orders on 03/01/24 0000** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: User, Nw Bulk Orders 03/01/24 0000
Authorized by: Ostermeyer, Claudia De Araujo, MD
Ordering mode: Standard
Frequency: Routine 03/01/24 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
SCREENING FOR LIPID DISORDER [Z13.220]

**Provider Details**

| Provider | NPI |
|---|---|
| Ostermeyer, Claudia De Araujo, MD | 1891867800 |

**Specimen Information**

Lincoln/Weller 0847

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

Resulted: 03/19/24 2016, Result status: Edited
Result - FINAL

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ˅ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| AIRPORT WAY REGIONAL LABORATORY | Suite C<br>Portland OR 97230 |

Resulted: 03/19/24 2016, Result status: Edited

LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal) Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ˅ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ˅ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

SCREENING FOR LIPID DISORDER [Z13.220 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**CREATININE [604761592] (Edited Result - FINAL)**

Electronically signed by: **Foster, Kellie R, MD on 03/13/24 1101** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/13/24 1101 Authorized by: Foster, Kellie R, MD

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Ordering mode: Standard
Frequency: Routine 03/13/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
OSTEOPOROSIS [M81.0]

Class: Normal
Lab status: Edited Result - FINAL

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**CREATININE, SERUM (INCLUDES GFR) [604761592]**

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY | Unknown | 13705 NE Airport Way, Suite C | 11/18/13 1201 - Present |

Lincoln/Weller 0855

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

REGIONAL LABORATORY — Portland OR 97230

**CREATININE, SERUM (INCLUDES GFR) [604761592]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

OSTEOPOROSIS [M81.0 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN B12 (COBALAMIN) [604761594] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN B12 [604761594]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2042
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL | — | KP AWL |

Comment:

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

### HEMOGLOBIN A1C SCREENING [604761595] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349 — Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - — Class: Normal
Quantity: 1 — Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**HEMOGLOBIN A1C SCREENING [604761595]** — Resulted: 03/19/24 2240, Result status: Final result

Order status: Completed — Filed by: Interface, Pathnet Results In 03/19/24 2240
Collected by: Spalding, Sarah 03/19/24 1406 — Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % | — | KP AWL |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

### CRP (C-REACTIVE PROTEIN) [604761596] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** — Status: **Completed**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

Authorized by: Foster, Kellie R, MD
Class: Normal
Lab status: Final result

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) crp [604761596]** Resulted: 03/19/24 2052, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

Filed by: Interface, Pathnet Results In 03/19/24 2052
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN D, 25-HYDROXY [604761597] (Final result)**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356 — Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - — Class: Normal
Quantity: 1 — Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN D, 25-HYDROXY [604761597]** — Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2042
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL | — | KP AWL |

Comment:
Total Vitamin D Interpretation

| | |
|---|---|
| <20 ng/mL | Severe Vitamin D Deficiency |
| 20-29 ng/mL | Mild Vitamin D Deficiency |
| 30-80 ng/mL | Optimal |
| >80 ng/mL | Consider Vitamin D Toxicity |

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| AIRPORT WAY REGIONAL LABORATORY | Suite C<br>Portland OR 97230 |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

### BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN) [604761598] (Edited Result - FINAL)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: BASIC METABOLIC PANEL per AMA contains: Sodium, Potassium, Chloride, CO2 Random Glucose, BUN, Creatinine, Calcium

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed Filed by: Interface, Pathnet Results In 03/19/24 2016
Collected by: Spalding, Sarah 03/19/24 1406 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:
–

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

# 03/19/2024 - Office Visit in East Interstate Internal Medicine

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Level of Service

| Level of Service |
|---|
| **OUTPT NEW LEVEL 3** |

## Reason for Visit

### Chief Complaint

- PHYSICAL EXAMINATION (Pe and to estab)

### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- BILAT ELBOW JOINT PAIN [M25.521, M25.522]
- LEFT ULNAR NEUROPATHY [G56.22]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 03/19/2024 1349 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 03/19/2024 1354 |
| Diagnosis #3 | | | | |
| Add | FIBROMATOSIS OF BILAT PLANTAR FASCIA | M72.2 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #5 | | | | |
| Add | BILAT ELBOW JOINT PAIN | M25.521, M25.522 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #6 | | | | |
| Add | LEFT ULNAR NEUROPATHY | G56.22 | Foster, Kellie R, MD | 03/27/2024 0611 |

## Clinical Notes

### Unknown

#### Nursing Note by Woodward, Vicki L, MA at 3/19/2024 1330

Author: Woodward, Vicki L, MA    Service: —    Author Type: MEDICAL ASSISTANT
Filed: 3/27/2024 6:13 AM    Encounter Date: 3/19/2024    Creation Time: 3/19/2024 1:17 PM
Status: Signed    Editor: Woodward, Vicki L, MA (MEDICAL ASSISTANT)

Home Phone 408-506-5936

Work Phone Data Not Entered
Mobile

Chaperone offered, patient declined. Patient consented to exam without presence of a chaperone.
BP Method: dinamap
Weight: with shoes
There is no height or weight on file to calculate BMI.

Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy

Patient Support Tool Reviewed: The following care gaps have been identified: - Colorectal screening
- Immunizations: Tdap
- Labs Lipid panel
-Depression and Alcohol Screening (DAQ) (office visit in reach only)
Pt declined a tdap vac.
Visit preparation completed, including updating Care Everywhere outside medical records.

Vicki L. Woodward, MA

Electronically signed by Woodward, Vicki L, MA at 3/27/2024 6:13 AM

**Progress Notes by Foster, Kellie R, MD at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/27/2024 6:13 AM | Encounter Date: 3/19/2024 | Creation Time: 3/19/2024 1:16 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

**Subjective**

Steven Weller is a male who is 62 yrs old here for evaluation of:
No chief complaint on file.

Prior care N Ca KP

Recent significant pain that has led him to have to stop working and limited ability to exercise

Last seen Jan 2024- Neurology Dr Lee f/u for left CTS with weakness in left index/middle finger, negative EMG
Started wearing a wrist brace and has seen benefit

Pain in R shoulder - did heal with rest
L shoulder has been ok

Left elbow both medial/lateral symptoms- 2-3 years ago was doing Physical Therapy for left knee pain - then eblow startedto hurt - painful until started to waer loose brace 24 hours a day
Has seen improvemetn in function, no longer constant pain
Had been radial /medial

Arthrtis in both wist - 10 years of symptoms
Dupuytren's L > R hand

Painful arthritis n base of l thumb
Tendonitis in hands

Work required keyboard use, now not able to use
Has tried mutiple different tools to type

Last few years - most than just pain arms
Pain would grow exponsentioally, having to stop for 1 hour after 5 min work
Fingers would feel lethargic, stinging
Hands are not getting better in spite of rest
OT not helpful

R hip pain - preventing him from walking household distances at times
Had to use wheelchair in clinic today
Had purchased electric wheelcahhair
1 year of pain

Left hip - had a cortisone shot with clear benefit
March 2023

R hip pain flared in May, steroid shot in May - slight effefct
Mobility is a major issue
Was getting into pool, doing water walking - usually very active but this flared patellar femoral syndrome

Taking ibuprofen most days

Saw benefit to gabaentin but felt poorly
Lyrica helped - was able to get a lot of work done since pain was controlled but then pain worsened

## Objective

BP 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | Pulse 61 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 16 | Wt 157 lb 3 oz (71.3 kg) | SpO2 98%

R hip - Mild pain int rotatin/log roll
Left hip - mild pain int rotatin
No GT tenderness
Nl gait- nl leg swing, not atalgic

Hand - 5/5 we/wf, pincher strength thumb to 2nd finger, thumb to 5th finger intact
finger strength intact 2nd/3rd finger with flex/ext
Sensation intact to light touch in both hands
Duputreyen's contracture left hand

## Recent Labs/Imaging

*The following has been copied and pasted from MRI spine 1/24/24 CE record:*
Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

*The following has been copied and pasted from MRI elbow 10/28/23 CE records*
Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

*The following has been copied and pasted from R hip MRI:*
ossible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Hand xrays 3/23- mild OA changes

**Assessment and Plan**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
FIBROMATOSIS OF BILAT PLANTAR FASCIA
BILAT HAND JOINT PAIN
BILAT ELBOW JOINT PAIN

Significnat hip pain limiting ambulation - referral to ortho places
Hand pain/fatiguability, some improvement with wrist braces. Update neuropathy labs, refer to neurology
Briefly discussed cymbalta as a treatment option
1 month f/u scheduled
32 min face to face time
P)
Orders Placed This Encounter
- VITAMIN B12
- HEMOGLOBIN A1C SCREENING
- C-REACTIVE PROTEIN ( NON-CARDIAC) crp
- VITAMIN D, 25-HYDROXY
- BASIC METABOLIC PANEL bmp ama
- Other Orthopedics Referral (including sports hernia)
- REFERRAL NEUROLOGY CONSULTATION.

**Histories**

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Social History

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Not on file |
| Smokeless Tobacco | Not on file |

No active medications on file as of 03/19/2024

No Known Allergies

Social History
Social History Narrative
Not on file

No family history on file.

There is no problem list on file for this patient.

No past surgical history on file.

Electronically signed by Foster, Kellie R, MD at 3/27/2024 6:13 AM

**Flowsheets**

**AUDIT (U.S.)**

| Row Name | 03/19/24 1416 |
|---|---|
| AUDIT (U.S.) Alcohol Use Disorders Identification Test | |
| How often do you have a drink containing alcohol? | 0 -VW at 03/19/24 1416 |
| Total AUDIT 1-3 (Positive score 7+) | 0 -VW at 03/19/24 1416 |

**Custom Formula Data**

| Row Name | 03/19/24 1316 |
|---|---|
| OTHER | |
| Birth Weight | 0 -VW at 03/19/24 1317 |
| % Change from Birth Weight | 713015075 -VW at 03/19/24 1317 |
| BSA (Last Ht) | 0 -VW at 03/19/24 1317 |
| Ideal Body Weight (calculated) | Height Unknown -VW at 03/19/24 1317 |
| Shock Index (NIBP) | 0.47 -VW at 03/19/24 1317 |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Flowsheets (continued)**

| | |
|---|---|
| BP to MAP Calculation | 90 -VW at 03/19/24 1317 |

**Encounter Vitals**

| Row Name | 03/19/24 1316 |
|---|---|
| Encounter Vitals | |
| BP | 131/70 -VW at 03/19/24 1317 |
| Pulse | 61 -VW at 03/19/24 1317 |
| Resp | 16 -VW at 03/19/24 1317 |
| Temp | 97.7 °F (36.5 °C) -VW at 03/19/24 1317 |
| Temp src | Oral -VW at 03/19/24 1317 |
| SpO2 | 98 % -VW at 03/19/24 1317 |
| Weight | 157 lb 3 oz (71.3 kg) -VW at 03/19/24 1317 |
| OTHER | |
| BP Location | LA-LEFT ARM -VW at 03/19/24 1317 |
| BP Patient Position | SITTING -VW at 03/19/24 1317 |
| Cuff Size | Standard Adult -VW at 03/19/24 1317 |

**Exercise Vitals**

| Row Name | 03/19/24 1317 |
|---|---|
| Exercise Level of Effort | |
| Days per week of moderate to strenuous exercise (like a brisk walk) | 0 -VW at 03/19/24 1317 |
| On average, minutes per day of exercise at this level | 0 -VW at 03/19/24 1317 |
| Total minutes per week | 0 -VW at 03/19/24 1317 |

**PHQ2 Adult**

| Row Name | 03/19/24 1416 |
|---|---|
| PHQ-2 ADULT - Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| 1. Little interest or pleasure in doing things | 1 -VW at 03/19/24 1416 |
| 2. Feeling down, depressed, or hopeless | 0 -VW at 03/19/24 1416 |
| PHQ-2 Total Score | 1 -VW at 03/19/24 1416 |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Flowsheets (continued)**

**AUDIT (U.S.)**

| Row Name | 03/11/24 0704 |
|---|---|
| AUDIT (U.S.) Alcohol Use Disorders Identification Test | |
| Total AUDIT 1-3 (Positive score 7+) | 0 (P) -KN at 03/11/24 0704 |

**Patient-Reported Data**

| Row Name | 03/11/24 0706 | 03/11/24 0704 |
|---|---|---|
| OTHER | | |
| How often do you have a drink containing alcohol? | — | 0 (P) -patient at 03/11/24 0704 |
| Would you like us to assist you in getting help with any of the following? | Not at this time (P) -patient at 03/11/24 0706 | — |
| Think about the place you live, do you have problems with any of the following? | None of the above (P) -patient at 03/11/24 0706 | — |
| Housing Stability | | |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No (P) -patient at 03/11/24 0706 | — |
| In the last 12 months, how many places have you lived? | 2 (P) -patient at 03/11/24 0706 | — |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | No (P) -patient at 03/11/24 0706 | — |
| Financial Resource Strain | | |
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Not hard at all (P) -patient at 03/11/24 0706 | — |
| Transportation Needs | | |
| In the past 12 months, has lack of transportation kept you from medical | No (P) -patient at 03/11/24 0706 | — |

Lincoln/Weller 0885

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| appointments or from getting medications? | | |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | No (P) -patient at 03/11/24 0706 | — |

Food Insecurity

| | | |
|---|---|---|
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Never true (P) -patient at 03/11/24 0706 | — |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Never true (P) -patient at 03/11/24 0706 | — |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| VW | Woodward, Vicki L, MA | MEDICAL ASSISTANT | — | 03/19/2024 |
| KN | Northwest, Kaiser | — | — | 03/11/2024 |
| patient | Steven Weller | — | — | 03/11/2024 |

**Patient Instructions**

It was a pleasure to meet you today

Our plan for today:

I have placed a referral to our orthopedics department for R hip. See below for information regarding the scheduling process

I will place referral to neurology

Please go to lab for blood tests

Lets consider Cymbalta at future visits

Lets follow up in 1 month

Electronically signed by Foster, Kellie R, MD at 3/19/2024 1:56 PM

Lincoln/Weller 0887

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/22/2024**

Status: Sent by batch
Letter body.

CREATININE

| Result | Value | Ref Range |
|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |
| Comment: | – | |

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

VITAMIN B12 (COBALAMIN)

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL |
| Comment: | | |

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

HEMOGLOBIN A1C SCREENING

| Result | Value | Ref Range |
|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

CRP (C-REACTIVE PROTEIN)

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

VITAMIN D, 25-HYDROXY

| Result | Value | Ref Range |
|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL |

Comment:

Total Vitamin D Interpretation
<20 ng/mL Severe Vitamin D Deficiency
20-29 ng/mL Mild Vitamin D Deficiency
30-80 ng/mL Optimal
>80 ng/mL Consider Vitamin D Toxicity

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN)

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L |
| Chloride | 104 | 97 - 109 mmol/L |
| CO2 | 30 | 22 - 32 mmol/L |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L |
| Glucose, Random | 95 | 70 - 200 mg/dL |
| BUN | 18 | 7 - 25 mg/dL |
| Creatinine | 0.95 | <=1.30 mg/dL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based
calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your

**Letters (continued)**

clinician.

-

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:06 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:04 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Kporg Appointment Notifications | 3/5/2024 10:50 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PCP OV OL (108223)

3/19/2024 1:30 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Initial visit with PCP

**Questionnaires**

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Questionnaires (continued)**

**Legend:**

**Triggered a BPA Scoring question**

**Audit (Us) Alcohol Use Disorders Indentification Test Bhs Amb Kp.Org Natl**

| Question | 3/11/2024 7:04 AM PST - Filed by Patient |
|---|---|
| How often do you have a drink containing alcohol? | Never |
| **Total AUDIT 1-3 (range: 0 - 18)** | **0** |

**Brief Social Health Screener Kp.Org Natl**

| Question | 3/11/2024 7:06 AM PST - Filed by Patient |
|---|---|
| Finances | |
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Not hard at all |
| Food | |
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Never true |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Never true |
| Transportation | |
| In the past 12 months, has lack of transportation kept you from medical appointments or from getting medications? | No |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | No |
| Housing | |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No |
| In the last 12 months, how many places have you lived? (range: at least 0) | 2 |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | No |
| Think about the place you live. Do you have problems with any of the following? | None of the above |
| Assistance Wanted | |
| Would you like us to assist you in getting help with any of the following? | Not at this time |

**Vitals**

**Vital Signs - Last Recorded** — Most recent update: 3/19/2024 1:17 PM

| BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 61 | 97.7 °F (36.5 °C) (Oral) | 16 | 157 lb 3 oz (71.3 kg) |

| SpO2 |
|---|
| 98% |

## 03/06/2024 - Telephone in New Member Pharmacy Service

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Level of Service**

**Level of Service**
**ADMIN ENCOUNTER ID NO SVC PROV.**

**Reason for Visit**

**Chief Complaint**

- MEDICATION REVIEW NEW MEMBER (NEW MEMBER OUTREACH), onset date 3/6/2024

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **OSTEOPOROSIS (primary)** | M81.0 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **OSTEOPOROSIS (primary)** | M81.0 | Yes | Malotte, Kristine M, PharmD | 03/12/2024 1012 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Dagnino, Angela D, CPhT at 3/6/2024 1409**

Author: Dagnino, Angela D, CPhT Service: — Author Type: TECHNICIAN
Filed: 3/6/2024 2:15 PM Encounter Date: 3/6/2024 Creation Time: 3/6/2024 2:09 PM
Status: Signed Editor: Dagnino, Angela D, CPhT (Certified Pharmacy Technician)

New Member prescription information received. Information documented below.

The following information was included in referral received from patient

MERGE PT

Region: KNW
MRN-HRN: 15500373
Last Name: WELLER
First Name: STEVEN
DateofBirth:
Evening Phone:
Mobile Phone:
Email address: bagelturf@mac.com
Membership Effective Date: 2024-03-01
Total Number of Prescriptions: 1
Transfer details:

Drug Name 1: Alendronate
Rx # 1: 2442 0309 3713

**Clinical Notes (continued)**

Need Timeframe 1: Not needed within 14 days
Pharmacy Name 1: Kaiser Foundation CPP Pharmacy
Pharmacy Phone Number 1: 888-218-6245
Instructions 1: Take 1 tablet by mouth every 7 days
Strength 1: 70 mg
Refills Remaining 1: Yes

Allergies: No known medication allergies
Date Submitted: 03/04/2024
Time Submitted: 9:14:45 AM PST
Member Address:
Member City:
Member State:
Member Zip:

End of Member Submission

Did tech open Care Everywhere? No, already open.

Total Number of Medications: 1

Patient referred by: Kana

Electronically signed by Dagnino, Angela D, CPhT at 3/6/2024 2:15 PM

**Telephone Encounter by Malotte, Kristine M, PharmD at 3/12/2024 1007**

| | | |
|---|---|---|
| Author: Malotte, Kristine M, PharmD | Service: — | Author Type: PHARMACIST |
| Filed: 3/12/2024 10:17 AM | Encounter Date: 3/6/2024 | Creation Time: 3/12/2024 10:07 AM |
| Status: Signed | Editor: Malotte, Kristine M, PharmD (PHARMACIST) | |

Refill Request

Patient is paneled with you
Patient has appt pending with you on Mar 19, 2024
Patient requesting medication.

Please:
1) Review and sign the pended medication(s) and/or lab(s), if appropriate.
   - By signing medication orders you are authorizing the full plan as outlined below unless otherwise indicated.
2) Indicate your approval of the plan below by using the SmartPhrase (dot)OKPLAN
3) Route to p 10670 (AWC New Member RPh Pool)

<P>
Medications pended for a 90 day supply with prn refills and 4 month expiration date unless otherwise noted.

**• REFILL OF FORMULARY:**
1) Alendronate 70mg, 1t po once weekly with full glass of water at least 30min before first food, beverage or medication of the day. Do not lie down for 30min.

• Labs pended per Lab Monitoring Practice Resource/Refill Protocol/PST.

============================

<S/O>
Current medication(s) reported by patient: see <A/P> (plan) for complete list.

Prescription(s) confirmed by: Kaiser pharmacy/ePIMS and Care Everywhere

*The following has been copied and pasted from Care Everywhere record on 6/23/23 by labs:*

**CREATININE W GFR, CALCULATED**

| Component<br>Ref Range & Units | 8 mo ago | Comments |
|---|---|---|
| **Creatinine**<br><=1.34 mg/dL | **1.10** | |
| **Estimated Glomerular Filtration Rate**<br>>=60 mL/min/1.73 m2 | **>60** | Estimated GFR (eGFR) helps us know how the kidneys are working. eGFR is based on the creatinine blood test result, age, sex, and body size. Monitoring eGFR over time helps us understand changes in kidney function.<br><br>Actual kidney function may be better or worse than the estimated GFR because blood creatinine levels are affected by body make up, diet, hydration, genetics, and more.<br><br>Multiple eGFR values are used to determine chronic kidney disease (CKD) stages, defined by the following ranges:<br><br>eGFR 45 - 59 = Stage 3a<br>eGFR 30 - 44 = Stage 3b<br>eGFR 15 - 29 = Stage 4<br>eGFR under 15 = Stage 5<br><br>Values for eGFR before 05/25/2022 will appear in lab results under "Past results". |
| Resulting Agency | TPMG REGIONAL LABORATORY, MWS | |

Specimen Collected: 06/23/23 9:21 AM

Performed by: TPMG REGIONAL LABORATORY, MWS — Last Resulted: 06/24/23 4:15 AM

Received From: Kaiser Permanente Northern California — Result Received: 03/05/24 10:50 AM

**Clinical Notes (continued)**

<A>
Pharmacist has documented medication allergies in KP HealthConnect as appropriate? Yes.

Electronically signed by Malotte, Kristine M, PharmD at 3/12/2024 10:17 AM

**Telephone Encounter by Foster, Kellie R, MD at 3/13/2024 1101**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/13/2024 11:01 AM | Encounter Date: 3/6/2024 | Creation Time: 3/13/2024 11:01 AM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

I agree with the plan of care as defined, Kellie R. Foster, MD.

Electronically signed by Foster, Kellie R, MD at 3/13/2024 11:01 AM

**Telephone Encounter by Healey, Barbara K, PharmD at 3/13/2024 1118**

| | | |
|---|---|---|
| Author: Healey, Barbara K, PharmD | Service: — | Author Type: PHARMACIST |
| Filed: 3/13/2024 11:18 AM | Encounter Date: 3/6/2024 | Creation Time: 3/13/2024 11:18 AM |
| Status: Signed | Editor: Healey, Barbara K, PharmD (PHARMACIST) | |

Prescriptions ordered and in KP HealthConnect.

patient was instructed to check KP.org when ready to order refills.

No further Pharmacy Services follow-up planned.

Electronically signed by Healey, Barbara K, PharmD at 3/13/2024 11:18 AM

Lincoln/Weller 0905

## 03/06/2024 - Patient Message in New Member Pharmacy Service

**Visit Information**

**Provider Information**

**Encounter Provider**

Dagnino, Angela D, CPhT

**Department**

| Name | Address | Phone |
|---|---|---|
| New Member Pharmacy Service | 5725 N E 138TH AVENUE<br>Portland OR 97230 | 888-572-7231 |

**Messages**

**New Member Pharmacy Services**

| From | To | Sent and Delivered |
|---|---|---|
| Angela D Dagnino, CPhT<br>Last Read in kp.org<br>3/6/2024 3:02 PM by Weller, Steven | Weller, Steven | 3/6/2024 2:10 PM |

New Member Pharmacy Services

Health Record Number 1550-03-73
March 6, 2024

Steven Weller

3572

Dear Steven Weller,

Welcome to Kaiser Permanente.

We have received your prescription information, and are in the process of transferring your medications. **Once the transfer is complete, you will be able to see your prescriptions online at kp.org.**

**Refilling your medication:**
Save time. Order Online. Join the millions of Kaiser Permanente member who save time and money with mail-order pharmacy.

Order your next prescription(s) through our Mail-Order Pharmacy.
• Save money: Most members get a 3-month supply of medication for the price of 2
• Save time: Most orders deliver in 3 or 4 days (allow up to 7)
• Sign on to kp.org or the Kaiser Permanente app and click on "Pharmacy center"
• Don't have access to a computer or smartphone? Call 1-800-548-9809 and follow the prompts

For questions about clinic locations; services available; or business hours; please check your Kaiser Permanente Medical Directory or on the Internet at *www.kp.org/nw*

We value your membership and look forward to helping you meet your health care needs.

**03/06/2024 - Patient Message in New Member Pharmacy Service (continued)**

**Messages (continued)**

Kaiser Permanente Pharmacy Services
(503)261-7900 or toll-free 1-888-572-7231, option 1 for a representative (TTY 711)
Monday - Friday 8:00am to 5:30pm

## 03/01/2024 - Orders Only in Population Health

### Visit Information

**Provider Information**

**Encounter Provider**

Ostermeyer, Claudia De Araujo, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Population Health | 500 NE Multnomah St<br>Portland OR 97232 | 503-813-2000 |

### Reason for Visit

**Visit Diagnoses**

- SCREENING FOR LIPID DISORDER [Z13.220]
- SCREENING FOR COLON CANCER [Z12.11]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | User, Nw Bulk Orders | 03/01/2024 0732 |
| Diagnosis #2 | | | | |
| Add | SCREENING FOR COLON CANCER | Z12.11 | User, Nw Bulk Orders | 03/01/2024 0732 |

## 03/01/2024 - Orders Only in Population Health (continued)

**Letters**

**Results Release Online by Ostermeyer, Claudia De Araujo, MD on 3/22/2024**

Status: Sent by batch
Letter body:
LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL)

| Result | Value | Ref Range |
|---|---|---|
| Cholesterol | 177 | <=239 mg/dL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Result | Value | Ref Range |
|---|---|---|
| Triglyceride | 126 | <=499 mg/dL |
| HDL Chol | 35 (L) | >=40 mg/dL |
| LDL Calc | 117 | <=159 mg/dL |
| Lipid Panel Interpretation | Interp Guide: | |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
WEST ARON
TASHA BROOKS
MELODIE CARTER
ERIN DANIELS
CHARLES FRIEND
DIANE FULTON
CARLOS GOMEZ
NATALIE LAGUNA
DALIA LEPE
AARON MCCURRIE
SUSAN PARK
AMBER POLLARD
HALEY SINCLAIR
HAVAN STANLEY
AUDREY TUCKER

March 10, 2025

Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

PART 1/5

**Re:** **Steven Weller**
**Claim Number:** **15113454**

To Whom It May Concern:

Please find Mr. Weller's appeal of the denial of his LTD benefits. Our office faxed this on Friday, March 7, 2025 and received confirmation that it was indeed delivered by 3:15pm PST. We are sending a paper copy as a backup.

Please do not hesitate to contact me at 503-228-5222 if you have any additional questions or concerns. I am happy to help.

**THOMAS, COON, NEWTON & FROST**

Erin Daniels
Legal Assistant to Scott Sell

ED/ms
Enclosures: appeal, Dr. Quave statement, supplemental medical records

820 SW Second Avenue Suite 200 Portland, OR 97204 | **www.tcnf.legal** | call (503) 228-5222 fax (503) 273-9175

WORKERS' COMPENSATION PERSONAL INJURY SOCIAL SECURITY

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 88D  Manager: WALLACH, KRYSTAL  Case Mgr: SMITH, TARA

Claimant Name: STEVEN WELLER  Claim #: 15113454

Occupation (Job Title): SW DEV ENG - SYSTEMS 4  Date Sent: 3/12/2025

Diagnosis: M48.02 Spinal stenosis, cervical region, M50.30 Other cervical disc degeneration, unsp cervical region

Date of Disability: 8/21/2023  Date Benefits Began: 2/19/2024

Maximum Duration: 2/18/2028  Paid Through: 9/10/2024

Date of Denial or (DB451): 9/9/2024  Date Appeal Received: 3/11/2025

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: APPLE INC.

Product: LTD  Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [x] Bilingual - translation complete
- [x] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

people.support.case@apple.com

Phone No.  FAX No.

Account Specific or Unique Contract Issues / Additional Info:

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
WEST ARON
TASHA BROOKS
MELODIE CARTER
ERIN DANIELS
CHARLES FRIEND
DIANE FULTON
CARLOS GOMEZ
NATALIE LAGUNA
DALIA LEPE
AARON MCCURRIE
SUSAN PARK
AMBER POLLARD
HALEY SINCLAIR
HAVAN STANLEY
AUDREY TUCKER

March 10, 2025

Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

PART 2/5

**Re:** **Steven Weller**
**Claim Number:** **15113454**

To Whom It May Concern:

Please find Mr. Weller's appeal of the denial of his LTD benefits. Our office faxed this on Friday, March 7, 2025 and received confirmation that it was indeed delivered by 3:15pm PST. We are sending a paper copy as a backup.

Please do not hesitate to contact me at 503-228-5222 if you have any additional questions or concerns. I am happy to help.

**THOMAS, COON, NEWTON & FROST**

Erin Daniels
Legal Assistant to Scott Sell

ED/ms
Enclosures: appeal, Dr. Quave statement, supplemental medical records

820 SW Second Avenue Suite 200 Portland, OR 97204 | **www.tcnf.legal** | call (503) 228-5222 fax (503) 273-9175
WORKERS' COMPENSATION PERSONAL INJURY SOCIAL SECURITY

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON, NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
WEST ARON
TASHA BROOKS
MELODIE CARTER
ERIN DANIELS
CHARLES FRIEND
DIANE FULTON
CARLOS GOMEZ
NATALIE LAGUNA
DALIA LEPE
AARON MCCURRIE
SUSAN PARK
AMBER POLLARD
HALEY SINCLAIR
HAVAN STANLEY
AUDREY TUCKER

March 10, 2025

Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

PART 3/5

**Re:** **Steven Weller**
**Claim Number:** **15113454**

To Whom It May Concern:

Please find Mr. Weller's appeal of the denial of his LTD benefits. Our office faxed this on Friday, March 7, 2025 and received confirmation that it was indeed delivered by 3:15pm PST. We are sending a paper copy as a backup.

Please do not hesitate to contact me at 503-228-5222 if you have any additional questions or concerns. I am happy to help.

**THOMAS, COON, NEWTON & FROST**

Erin Daniels
Legal Assistant to Scott Sell

ED/ms
Enclosures: appeal, Dr. Quave statement, supplemental medical records

820 SW Second Avenue Suite 200 Portland, OR 97204 | **www.tcnf.legal** | call (503) 228-5222 fax (503) 273-9175

WORKERS' COMPENSATION PERSONAL INJURY SOCIAL SECURITY

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
WEST ARON
TASHA BROOKS
MELODIE CARTER
ERIN DANIELS
CHARLES FRIEND
DIANE FULTON
CARLOS GOMEZ
NATALIE LAGUNA
DALIA LEPE
AARON MCCURRIE
SUSAN PARK
AMBER POLLARD
HALEY SINCLAIR
HAVAN STANLEY
AUDREY TUCKER

March 10, 2025

Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

PART 4/5

**Re:** **Steven Weller**
**Claim Number:** **15113454**

To Whom It May Concern:

Please find Mr. Weller's appeal of the denial of his LTD benefits. Our office faxed this on Friday, March 7, 2025 and received confirmation that it was indeed delivered by 3:15pm PST. We are sending a paper copy as a backup.

Please do not hesitate to contact me at 503-228-5222 if you have any additional questions or concerns. I am happy to help.

**THOMAS, COON, NEWTON & FROST**

Erin Daniels
Legal Assistant to Scott Sell

ED/ms
Enclosures: appeal, Dr. Quave statement, supplemental medical records

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
WEST ARON
TASHA BROOKS
MELODIE CARTER
ERIN DANIELS
CHARLES FRIEND
DIANE FULTON
CARLOS GOMEZ
NATALIE LAGUNA
DALIA LEPE
AARON McCURRIE
SUSAN PARK
AMBER POLLARD
HALEY SINCLAIR
HAVAN STANLEY
AUDREY TUCKER

March 10, 2025

Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

PART 5/5

**Re:** **Steven Weller**
**Claim Number:** **15113454**

To Whom It May Concern:

Please find Mr. Weller's appeal of the denial of his LTD benefits. Our office faxed this on Friday, March 7, 2025 and received confirmation that it was indeed delivered by 3:15pm PST. We are sending a paper copy as a backup.

Please do not hesitate to contact me at 503-228-5222 if you have any additional questions or concerns. I am happy to help.

**THOMAS, COON, NEWTON & FROST**

Erin Daniels
Legal Assistant to Scott Sell

ED/ms
Enclosures: appeal, Dr. Quave statement, supplemental medical records

820 SW Second Avenue Suite 200 Portland, OR 97204 | **www.tcnf.legal** | call (503) 228-5222 fax (503) 273-9175

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
THEO BUCHANAN
ERIN DANIELS
HANNAH FLOWERS
DIANE FULTON
ALEXUS GARDNER
KIMBERLY HOLCOMB
TASHA JENNINGS
KRISTIN KIDD
MICHAEL LOVAS
AARON MCCURRIE
SUSAN PARK
SAMANTHA ROADY
ANTONIA ROHLF

March 7, 2025

**Submitted via fax to 877-353-6412**
ATTN: Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

**Re: Steven Weller's appeal of Lincoln's long-term disability denial**
**Claim Number: 15113454**

I represent Mr. Weller in his appeal of Lincoln Financial Group's (Lincoln's) denial to pay the long-term disability benefits owed under the above policy. This letter is submitted pursuant to Lincoln's September 10, 2024 letter denying its ongoing obligation to pay Mr. Weller's long-term disability benefits. This letter and the attached exhibits (Ex A - B) constitute Ms. Weller's appeal.

Exhibit A: Supplementary medical records

Exhibit B: Statement of Dr. Quave.

## I. Claim history and summary of Mr. Weller's position

After receiving a full term of benefits under Lincoln's short-term disability policy, Mr. Weller timely filed a claim under Lincoln's long-term disability policy for his disability which began on August 21, 2023. After reviewing his claim and securing the opinion of a medical reviewer, Dr. Layno-Moses, Lincoln agreed that Mr. Weller was disabled under the policy. Per the policy, Lincoln began paying Mr. Weller's LTD benefits on February 19, 2024.

On September 10, 2024, Lincoln notified Mr. Weller that it had reversed its position and now rejected his claim for disability benefits. As rationale for its reversed position, Lincoln relied exclusively on the opinion of Dr. Richardson, a physician it hired to review Mr. Weller's medical record in August 2024. Dr. Richardson, who neither examined nor spoke with Mr. Weller, summarily rejected the opinion of Lincoln's own physician, Dr. Layno-Moses, while ignoring the medical findings she identified as proof of Mr. Weller's disability.

In the months since Lincoln's reversal, Mr. Weller has continued to seek and receive care for his ongoing chronic pain. After his most recent neurological examination, his physicians referred him to a pain management specialist at Kaiser Permanente, where he receives treatment. Given the impending LTD appeal deadline, and extensive wait time for treatment at Kaiser's pain clinic, Mr. Weller sought care from a physician outside of the Kaiser system, Dr. Quave, an anesthesiologist and pain management specialist at Pain Specialists of Southern Oregon, while simultaneously pursuing care with his Kaiser providers.

Mr. Weller's ongoing treatment has led to a primary diagnosis of central pain syndrome and a concurrent diagnosis of fibromyalgia. This appeal includes detailed discussion of the medical evidence in light of those conditions and an explanation of how the existing medical records prove Mr. Weller's current functional limitations. In the end, those limitations align with the limitations originally assigned by Lincoln's own physician, Dr. Layno-Moses.

Given Mr. Weller's limitations, he is incapable of performing both his own occupation and any occupation for which he is reasonably suited given his station in life. Consequently, he is disabled under the terms of this policy and will remain disabled after the transition to the any occupation period.

## II. Facts

### A. Mr. Weller's occupation is highly skilled and cognitively demanding. Physically, it requires the ability to keyboard constantly for an eight-hour workday.

At the onset of his disability, Mr. Weller worked as a Senior Software Engineer for Apple Computers. He held that position for more than six years. His role at Apple was the culmination of a lifelong career in technology, begun decades earlier after earning his undergraduate degree in electrical engineering. He was well suited for the position, continually received strong performance reviews, and he was well compensated.

During its vocational analysis, Lincoln correctly analyzed Mr. Weller's occupation, determining that it requires a high degree of cognitive skill and constant use of the upper extremities bilaterally to keyboard.

**B. Recent medical history**

Mr. Weller has suffered flares of chronic pain for many years. In 2023, he experienced a profound increase in pain. He diligently sought and received extensive medical care across several specialties including neurology, orthopedics, and pain management, leading to the diagnosis of central pain syndrome and fibromyalgia. To date, multiple specialists have failed to identify any intervention capable of controlling his significant pain.

**1. Onset and medical leave**

For much of his adult life, Mr. Weller experienced periods of chronic pain, primarily in his hands. In 2023, he experienced a significant increase in pain located in his hips, groin and hands. Mr. Weller began to miss work frequently, and his managers at Apple suggested that he take time off work to seek medical treatment. Mr. Weller took their advice and began medical leave in July 2023. At the same time, he began to aggressively pursue treatment with the goal of returning to his position at Apple.

**2. Neurological, orthopedic, and pain management interventions**

In July 2023, the same month he began medical leave, Mr. Weller began treatment with a sports medicine physician, received a steroid injection into his hip, restarted physical therapy, underwent an MRI of a cervical spine, and began treating

with a neurologist. Dr. Diaz, the sports medicine physician who administered the steroid injection into Mr. Weller's right hip, noted positive lumbar maneuvers producing pain with lumbar flexion, but noted "limited improvement" following the injection. Dr. Lee, Mr. Weller's neurologist, conducted a detailed neurological examination, which failed to identify any immediate cause for Mr. Weller's extensive hand pain. Dr. Lee then ordered an MRI which showed degeneration in Mr. Weller's cervical spine, specifically foraminal stenosis at C5-C6 and C6-C7.

In August 2023, Mr. Weller began occupational therapy treatment on his hands. That month, providers noted that his hip pain was profound enough that he had began using a cane and wheelchair. An examination with Dr. Dobler on August 16, 2023 showed tenderness to palpitation, discomfort with log roll on the right and limited range of motion throughout his hips and legs. At the end of August 2023, Mr. Weller underwent an MRI of his hips, which showed a small anterior superior labral tear.

In September 2023, Mr. Weller consulted an orthopedic surgeon, Dr. McDonald, who noted the following:

> [Mr. Weller] has right groin pain and cannot walk >1 block. Is using a wheelchair. Has also had pain in the left hip and had a csi injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. Able to move the hip without significant pain but has pain w/ any WB. Is also doing water therapy. Also complains of significant "nerve" type pain in the L>R arm (mostly right hand). Has had frozen shoulder b/l in the past. Walks with antalgic gate, mild groin pain with log roll and [limited range of motion].

Dr. McDonald did not identify the root cause of Mr. Weller's pain.

In October 2023, Mr. Weller underwent an MRI of his left elbow. Later in October 2023, Mr. Weller's treating neurologist, Dr. Lee, discussed the result of the cervical spine MRI, noting:

> [I]t shows clear evidence of bilateral neuroforaminal narrowing at C 5-6 which would affect the C6 root. His symptoms seemed to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology.

Later in October 2023, Mr. Weller received care from Dr. Lau, a rehabilitation specialist who noted:

> Tender to palpitation on trapezius and upper thoracic paraspinal, reduced right arm and left arm muscle testing, left spurling's equivocal with increased in the left trapezius pain, right next side bending and more left trapezius pain consistent with myofascial pain, positive Tinel's in the left elbow.

Also in October 2023, Mr. Weller consulted an orthopedic surgeon regarding his left elbow

In November 2023, Mr. Weller underwent a nerve conduction study of his left arm, which returned normal results. Throughout the remainder of the year, Mr. Weller continued to treat with his neurologist, Dr. Lee.

In early 2024, Mr. Weller moved from California to Oregon and established care with doctors in Oregon. In March 2024, he consulted with an orthopedic surgeon in Oregon about his hip pain. The surgeon recommended further injections, and Mr. Weller underwent an intraarticular injection to his left and right hips in April 2024.

In May 2024, Mr. Weller's primary care physician noted that he continued to use a wheelchair due to hip pain and now used an electric wheelchair due to difficulty with his hands. Later that month, Mr. Weller began treatment with a new neurologist, Dr. Lavery, who noted:

> The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms

Throughout June and July of 2024, Mr. Weller continued to treat with occupational therapy for his hands and physical therapy for his hips. On follow up with his primary care physician in July 2024, she noted that he received some hand pain relief when

using compression gloves although he continued to struggle to use a keyboard. She further noted:

> The patient's joint pain has significantly impacted their mobility and ability to perform daily activities, including work. Despite this, they report some recent improvements, such as being able to stand and prepare meals, and no longer needing a wheelchair for mobility within their home, still using power mobility outside of home.

In September 2024, Mr. Weller's occupational therapist noted that his hand pain was improving such that he was able to "use a computer for two minutes without symptoms."

In October of 2024, Mr. Weller underwent a steroid injection into his right hip bursa. Over the coming months, he followed up with his orthopedist and continued with physical therapy. When following up with his orthopedist six weeks after the injection, he noted continued pain but slight improvement with physical therapy. Eight weeks after the bursa injection he reported to his orthopedist that he continued to have pain with postures such as leaning forward and that he continued to need to "sit and rest his hip a lot" during the day.

In December 2024, Mr. Weller's occupational therapist noted:

> Assessment of Therapy Progress: poor. Continues to report of "stinging pain". Unable to perform tasks for sustained periods of time. States that "it is not necessarily painful, but stinging pain". Hopes that his symptoms will subside when he retires. No numbness/tingling, but reports "neurologic pain". This pain does not seem to follow a particular nerve pathway. "Stinging" sensation is more consistent with C6-C7 dermatome.

In January 2025, Mr. Weller consulted a third neurologist, Dr. Noble. Dr. Noble performed an examination and reviewed Mr. Weller's history before concluding that an underlying neurological cause was unlikely. Dr. Noble referred Mr. Weller to the Kaiser Permanente Pain Clinic. Later that month, Mr. Weller had his first intake appointment with the Kaiser pain clinic staff. During intake, the pain clinic noted:

> Current level of pain as reported by patient verbally or on Brief Pain Inventory (self-report): Area of pain: Two pain areas: hands (including fingers and arms)

> and hips. R hip progressively worse over the last year. "Hips are slowly slowly getting better" though PT.
>
> Primary pain area is hands. Pain for about 9 years. Other joint related pain but they are minor compared to hand pain. Average pain past week: 4
>
> Treatments that alleviate pain: Steroid shot effective in L hip but not in R.
> Compression gloves on hands.
> PT helpful in increasing mobility.
> Unsure if OT is helpful.
> "To a great extent, I can control how much pain I have" based on inactivity, so when not active, he has no pain – when he does things, he does experience pain.
>
> Things that make pain worse: Use of hands. Repetitive actions.
>
> Sleep: Does not have much trouble with sleep, started using CPAP machine and it is helpful.
>
> Function: Unable to walk normally for 2 years. Very painful to walk.

While waiting to receive an appointment with a pain specialist at the Kaiser Permanente Pain Clinic. Mr. Weller began treatment with Dr. Quave, an anesthesiologist specializing in pain management. Dr. Quave reviewed Mr. Weller's medical history performed a thorough examination including a tender point fibromyalgia diagnostic examination. Ultimately, Dr. Quave diagnosed central pain syndrome as the primary cause of Mr. Weller's chronic pain. The examination also confirmed the diagnosis of fibromyalgia.

### 3. Objective medical signs

The medical history includes regular documentation of objective clinic signs indicating chronic pain, including reduced muscle strength, muscle wasting in the left thigh and positive tender-point examination. Lincoln's physician Dr. Layno-Moses summarized other objective findings as follows:

> The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle

joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired[.]

### 4. Detailed contemporary pain documentation

Mr. Weller spent his career as a software engineer. Since beginning medical leave, he has approached his medical condition with the diligence and precision one would expect from a career engineer.

Since July 2023, he maintained detailed correspondence with his medical providers sending regular email updates in the hopes that his direct observations of symptoms would lead to improved treatment. Those email correspondences are contained in this medical record and represent a detailed contemporary history of his symptoms.

Beginning in September 2023 and continuing throughout the remainder of his time in California, Mr. Weller sent biweekly emails to his treating neurologist Dr. Lee. The following is an excerpt of some of those emails

- 9/1/23: 8/26 overdid hands and hips. 8/27 back in the wheelchair and overdid hands badly dealing with medical leave web sites on the computer, significantly lowering my mood and making me angry at everything. I wasn't prepared for the return of high levels of pain and high sensitivity to use that comes with stopping the drug. It took three days for my left hard/arm pain to subside. It was, however, a relief to be free of side effects. I still feel constant low-level stinging in both hands at a minimum. The left is consistently worse and more sensitive that the right. I have not been able to rest my hands as much as I have wanted this week because my wife has been out of town, but she returns 8/2. Next week I hope to be able to give my hands better rest and be more active.
- 9/8/23: I've tried this week to continue to not use my hands as much as possible to see how much pain I can get rid of. I've specifically avoided doing any hand exercises. The only way I have found to reduce what is now pretty much constant pain is to avoid using my phones touch screen. The best pain level I can achieve is limiting and unpleasant but not distracting [...] I can use an iPad with a Pencil (like now) a reasonable

amount, and I'm avoiding trackpads and keyboards unless absolutely necessary.

- 9/16/23: Overall my right hand is showing steady improvement, albeit with very little computer/iPhone use. I can use it to perform most normal daily activities. My left hand/arm improves more slowly but is still susceptible to the horrible pain that lasts for days. Now I've been able to get rid of much of the background pain caused by finger use, I feel like I am more able to isolate the really bad pain that is focused in my index finger. It's very easily triggered by something I'm doing with my left hand/arm. I'm going to try some experiments this week to try to narrow down the source. My left arm feels pretty useless at this point.

- 9/22/23: On Monday this week I tried an experiment on my left arm. With my elbow and wrist straight, I moved my arm at the shoulder around its entire range of motion for about a minute. Within an hour the horrible hand/arm pain started and in lasted for the rest of the day at a level that was very distracting and bordering on depressing [...] Overall I feel like I've reached a plateau. With normal daily hand use and avoiding computers and phones I can just about get rid of the right hand pain, but the left hand/arm is stubbornly sensitive to something and the pain never really goes away. It's useless most of the time, and the pain level that is easy to trigger prevents me from doing or enjoying anything for significant amounts of time. I have this week at the request of my PT started doing water walking and exercising 2-3 times a week for aerobic exercise (it's easy on my hips). I'm making sure I don't use my hands or arms for this, just letting them rest. I plan on occasional experiments with my left shoulder this week to see if I can pinpoint a specific action.

- 9/30/23: My right hand has been much the same. Hurts quickly if I type on a keyboard and has low level stinging pain at times. I use an iPad with a Pencil in my right hand and even that use starts to hurt my hand and wrist after a while. iPhone touch screen use has to be limited and careful. My left arm has been getting steadily worse, but might be getting better again. I lost the whole of Wednesday and Thursday to really bad left elbow pain. It was dulled a little by ibuprofen. Thursday night I tried not wearing the elbow brace I've had on at night for the last several weeks and Friday was much improved.

- 9/30/23 – 12/1/23 [Bi-weekly emails continue with similar reporting similar information.]

- 12/1/23: My employer has made it clear that my return to work comes with the expectation of taking on 100% of my workload from day one, but after three months off work with very minimal use I'm still in significant pain in both hands from repetitive strain after less than a minute of computer

work. My only practical access to computers is now via an iPad with a Pencil. At this point I'm not seeing the light at the end of the tunnel and I feel like I'm permanently unable to return to work. Is there a medical opinion, test, etc. that would confirm or refute that?

- 12/30/23: I'm still wearing the wrist brace but have been off ibuprofen all week. Left elbow has continued to hurt this week, but less than usual. The pain is limited to inside the joint. The adjoining tendons have not been sore. This is the first consistent improvement in three years I think, so something is working. Pain in my left index finger has been only slight, but if I use my left hand/arm too much my elbow will hurt and the index finger pain will come back. These seem closely linked. Occasional use of hands on a computer keyboard/trackpad has not improved, and my hands have both been quite sensitive to iPhone touch screen use all week. At times iPad/pencil use has been painful too due to right wrist pain. I've had very cold hands a couple of times. My hands have been usable for sorting and packing as long as I don't overdo it, and occasional use of hand tools has been fine. Hands always sting at night, but it's not distracting. I think the stinging is getting slowly worse.

In early 2024, Mr. Weller moved from California to Oregon and established care with new medical providers. Mr. Weller sent regular email updates to his occupational therapist, physical therapist, primary care physician, and treating orthopedist. The following is an excerpt of some of those emails.

- 9/2/24: Hands: Both my hands were gradually stinging more and more until I took anti-inflammatory measures and wore the compression gloves. That has lead to some improvement over the last couple of months. I wear compression gloves less than 25% of the time now. Left hand is definitely less stiff and left index finger has the leathery coldness/neurological pain only occasionally. I'm doing OT hand exercises that I couldn't a year ago. Hands still sting most of the time. It's low level and generally worsens through the day. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day. Manipulating the pieces of a jigsaw puzzle can easily hurt my hands. I still have to be very careful with iPhone touch screen.

- 11/4/25: Hands: Continuing the OT hand exercises without issues except for right wrist arthritis. Stinging has mostly gone again, but is there at the end of each day. The leathery coldness/neurological pain in the left index finger comes back quite often, so I'm trying compression gloves again as needed. High level of stiffness in the left hand and pain down the elbow at

times. I think that one of the nerve gliding exercises is triggering the index finger pain, since I added some new ones recently. No change in the usefulness of my hands. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day and can trigger the cold/leathery pain. I have to limit iPhone touch screen use. I feel like any improvement in my hand use has plateaued now.

- 12/11/24: It's been 8 weeks since the steroid injection in my right hip bursa. I've been off naproxen now for a week and I can feel the difference, but I am still about as active as I was on half. The exercises are also still fine, though left knee pain means I have to modify the bridges. I still need to sit and rest my hip a lot during the day. Leaning forwards hurts my right hip pretty quickly, for example when standing and doing a jigsaw puzzle on a table. Sitting and leaning forwards, for example tying shoes likewise gets painful.

**5. Daily accommodation**

Since the onset of his disability, the medical record consistently documents Mr. Weller's use of significant daily accommodations designed to reduce his chronic pain. Notably, for much of the period he has used a wheelchair due to hip pain. The record documents that he is able to ambulate without it; however, when he does so, he experiences an increase in pain the following day. The medical record also documents extensive physical therapy and primary care appointments aimed at eliminating the need for the wheelchair given that dependence on the wheelchair will reduce his overall health. In response to such advice from his primary care physician, Mr. Weller stated,

> I share your concern about wheelchair use. I walk as normally as possible when the pain permits and stability is not an issue. Unfortunately, from experience I know that ignoring the pain just leads to an exponential rise and days of incapacity.

The record also documents significant accommodations related to his hand pain. Notably, he wears compression gloves and he uses voice to text to send emails. He significantly limits his interaction with keyboards and touchscreens. When he must interact with his telephone, he uses a stylus and tripod.

**III. The opinion of Mr. Weller's treating physician, Dr. Quave**

**A. Lincoln must give substantial weight to Mr. Weller's treating physicians' opinions.**

Under the governing law, reviewing courts conclude that the opinions and findings of treating physicians are persuasive and weighty evidence. *See, e.g., Ayers v. Life Ins. Co. of North America*, 2012 WL 1388396, *15 (D. Or. 2012) (*citing Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir.2003)("a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact ... that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator."); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666 at 676 (9th Cir. 2011) (finding medical opinions rendered following in-person examination more persuasive than contrary opinions from an administrator's paper-only review); *Oldoerp v. Wells Fargo & Co. Long Term Disability Plan*, 12 F.Supp.3d 1237, 1254 (N.D. Cal. 2014) ("While an ERISA plan administrator need not provide in person medical evaluations of its claimants, [the] in-person observations are more persuasive than Goldman's paper review."); *Bunger v. Unum Life Ins. Co. of Am.*, 299 F.Supp.3d 1145, 1160 (W.D. Wash. 2018) (stating that the plaintiff's "claim also finds support in the evidence from every doctor who personally examined him"); *Nagy v. Grp. Long Term Disability Plan for Employees of Oracle Am., Inc.*, 183 F.Supp.3d 1015, 1031 (N.D. Cal. 2016) ("As an initial matter, none of [the insurer's] four medical examiners personally examined [plaintiff]; instead, each of the examiners based his or her conclusions upon a review of [plaintiff's] medical records and, if available, phone discussions with [plaintiff's] treating physicians. Accordingly, their reports lack the level of credibility normally attributed to physicians who have personally observed a patient.").

**B. Dr. Quave's analysis**

After proceeding through primary care, sports medicine, orthopedics and neurology, Mr. Weller's treatment team directed him to pain specialists. He began treating with Dr. Quave at Pain Specialists of Southern Oregon in February 2024. This appeal contains Dr. Quave's chart notes and a written statement describing his

diagnosis, the medical evidence that supports those diagnoses, and the functional limitations that result from those diagnoses.

Ultimately, Dr. Quave concluded that Mr. Weller is limited to no more than occasional use of his arms and hands and less than sedentary work.

## IV. Lincoln relied on one flawed paper-review from a physician whose opinion contradicts the conclusion of Lincoln's own physician while ignoring all medical proof she identified

Lincoln's denial rests on the opinion of Dr. Richardson, a physician hired by Lincoln to review Mr. Weller's claim in August 2024. As noted above, Dr. Richardson's paper review came six months after Lincoln's physician Dr. Layno-Moses offered an opinion demonstrating that Mr. Weller was disabled under the terms of the policy and identifying over a dozen objective medical findings that supported her conclusion.

Dr. Layno-Moses summarized other objective findings as follows:

> The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant I conclusively impaired[.]

Dr. Richardson makes no mention whatsoever of any of those objective findings. He offers no explanation for why he ignores those findings. He does not opine that Mr. Weller's conditions have improved and he offers no explanation for why his opinion differs from Dr. Layno-Moses's opinion. Although he acknowledges that Mr. Weller experiences persistent and chronic pain in multiple musculoskeletal sites, he offers no analysis related to chronic pain disorders. Indeed, it is unclear from the file whether Dr. Richardson has any experience treating patients with chronic pain or any specialized knowledge of pain disorders. Indeed, the record supports the inference that he lacks

those skills and knowledge because he has ignored all the medical signs that support those specialized diagnoses.

In the end, no reasonable fiduciary would credit an opinion like Dr. Richardson's, which offers no reason for rejecting all relevant evidence – evidence, which Lincoln's own physician had identified -- and simply ignores the medical findings that support Mr. Weller's diagnosis and functional limitations.

**V. Ms. Weller is disabled under the policy.**

**A. Given his limitations, Mr. Weller is incapable of his own occupation.**

Under the terms of the policy, Mr. Weller is disabled

> during the Elimination Period and the next 24 months of Disability if [ ] as a result of Injury or Sickness, [she] is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue [her] Own Occupation in the usual and customary way.

He cannot perform the material duties of his own occupation because his own occupation is highly skilled and requires constant use of a keyboard. As Lincoln's own physician Dr. Layno-Moses and Mr. Weller's treating pain management specialist have concluded, Mr. Weller is capable of far less than constant keyboarding and is limited to no more than a sedentary sit/stand position.

As Lincoln has already concluded, those limitations disable Mr. Weller from his own occupation.

**B. Given his limitations, Ms. Weller is incapable of any occupation for which he is reasonably suited given his station in life[1]**

Under the terms of the policy, Mr. Weller is disabled if he

> is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the [she] is not able to engage with reasonable continuity in any occupation in which he

[1] Under ninth circuit case law, the phrase "station in life" used in the context of the definition of disability means that the Plan must take into account factors such as the claimant's most recent salary and status in her field when considering occupations that meet her "station in life." Pannebecker v. Liberty Life Assurance Co., 542 F.3d 1213, 1220 (9th Cir. 2008).

could reasonably be expected to perform satisfactorily in light of h[er] age, education, training, experience, station in life, and physical and mental capacity.

He cannot perform the material duties of any occupation in light of his station in life because his current occupation is a highly skilled, highly compensated position and he is limited to a sedentary sit/stand position with no more than occasional bilateral upper extremity use. Those limitations preclude all competitive employment, not just those for which he is reasonably suited given his station in life.

## VI. Lincoln must overturn its denial and pay the benefits owed under this claim.

Given the overwhelming evidence of disability, including that already contained in the claim file, that submitted with this response and Lincoln's untenable justification for denial, Lincoln must overturn its claim denial and pay Mr. Weller the benefits he is owed under the policy.

Should this claim proceed to an action in The United States District Court for the District of Oregon, the court will not look favorably upon the history of Lincoln's fiduciary infidelities committed in this case thus far.

Moreover, under review in the federal courts, this claim is subject to *de novo* review because the Policy contains a choice of law provision, asserting California law and, under California law, discretionary clauses are illegal. *See* California Insurance Code 10110.6

## VII. Full and Fair Review Requirement

If Lincoln disagrees with the legal analysis submitted with this appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Lincoln obtains an expert opinion on the issues in this appeal, including an IME report or other medical record review, then Mr. Weller is entitled to review that opinion and comment before Lincoln issues a further decision. 29 C.F.R. § 2560.503-l(h)(4)i).

The purpose of the full and fair review requirement is to provide claimants with enough information to prepare adequately for further administrative review or appeal to

the federal courts. At its core, the full and fair review requires the insurer to state what information it relied upon and what further information would "perfect the claim," such that Mr. Weller can meaningfully respond. *Mason v. Fed. Express Corp.*, 165 F. Supp. 3d 832, 853 (D. Alaska 2016); *Anderson v. Sotheby's, Inc.*, 2006 WL 1722576, *18 (S.D.N.Y. Jun. 22, 2006); *West v. The Corning Inc. Pension Plan for Hourly Employees*, 2009 U.S. Dist. LEXIS 87207, * 29 (W.D.N.Y. Sept. 23, 2009).

Respectfully submitted,
Thomas, Coon, Newton and Frost

Scott Sell
Attorney
Partner

THOMAS, COON, NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

# Fax Transmission

**Attention to:-**
**Name: Lincoln National Life Insurance Company**
**Company:**
**Date: 03-07-2025**
**Time: 01:02:01 P**

**From:-**
**Name: Erin Daniels, legal assistant to Scott Sell**
**Company: Thomas Coon Newton & Frost**
**Telephone:**
**Pages: 440**

## RE: Steven Weller - appeal of denial of LTD benefits

**Comments/Notes:**

Claim #: 15113454

Please find the following:
Appeal letter
Relevant records
Statement from Dr. Quave

We will additionally mail these documents your way.

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
THEO BUCHAHAN
ERIN DANIELS
HANNAH FLOWERS
DIANE FULTON
ALEXUS GARDNER
KIMBERLY HOLCOMB
TASHA JENNINGS
KRISTIN KIDD
MICHAEL LOVAS
AARON MCCURRIE
SUSAN PARK
SAMANTHA ROADY
ANTONIA ROHLF

March 7, 2025

**Submitted via fax to 877-353-6412**
ATTN: Appeals Review Unit
Lincoln Financial Group
PO Box 2578
Omaha, NE 68103

**Re: Steven Weller's appeal of Lincoln's long-term disability denial**
**Claim Number: 15113454**

I represent Mr. Weller in his appeal of Lincoln Financial Group's (Lincoln's) denial to pay the long-term disability benefits owed under the above policy. This letter is submitted pursuant to Lincoln's September 10, 2024 letter denying its ongoing obligation to pay Mr. Weller's long-term disability benefits. This letter and the attached exhibits (Ex A - B) constitute Ms. Weller's appeal.

Exhibit A: Supplementary medical records

Exhibit B: Statement of Dr. Quave.

## I. Claim history and summary of Mr. Weller's position

After receiving a full term of benefits under Lincoln's short-term disability policy, Mr. Weller timely filed a claim under Lincoln's long-term disability policy for his disability which began on August 21, 2023. After reviewing his claim and securing the opinion of a medical reviewer, Dr. Layno-Moses, Lincoln agreed that Mr. Weller was disabled under the policy. Per the policy, Lincoln began paying Mr. Weller's LTD benefits on February 19, 2024.

On September 10, 2024, Lincoln notified Mr. Weller that it had reversed its position and now rejected his claim for disability benefits. As rationale for its reversed position, Lincoln relied exclusively on the opinion of Dr. Richardson, a physician it hired to review Mr. Weller's medical record in August 2024. Dr. Richardson, who neither examined nor spoke with Mr. Weller, summarily rejected the opinion of Lincoln's own physician, Dr. Layno-Moses, while ignoring the medical findings she identified as proof of Mr. Weller's disability.

In the months since Lincoln's reversal, Mr. Weller has continued to seek and receive care for his ongoing chronic pain. After his most recent neurological examination, his physicians referred him to a pain management specialist at Kaiser Permanente, where he receives treatment. Given the impending LTD appeal deadline, and extensive wait time for treatment at Kaiser's pain clinic, Mr. Weller sought care from a physician outside of the Kaiser system, Dr. Quave, an anesthesiologist and pain management specialist at Pain Specialists of Southern Oregon, while simultaneously pursuing care with his Kaiser providers.

Mr. Weller's ongoing treatment has led to a primary diagnosis of central pain syndrome and a concurrent diagnosis of fibromyalgia. This appeal includes detailed discussion of the medical evidence in light of those conditions and an explanation of how the existing medical records prove Mr. Weller's current functional limitations. In the end, those limitations align with the limitations originally assigned by Lincoln's own physician, Dr. Layno-Moses.

Given Mr. Weller's limitations, he is incapable of performing both his own occupation and any occupation for which he is reasonably suited given his station in life. Consequently, he is disabled under the terms of this policy and will remain disabled after the transition to the any occupation period.

## II. Facts

### A. Mr. Weller's occupation is highly skilled and cognitively demanding. Physically, it requires the ability to keyboard constantly for an eight-hour workday.

At the onset of his disability, Mr. Weller worked as a Senior Software Engineer for Apple Computers. He held that position for more than six years. His role at Apple was the culmination of a lifelong career in technology, begun decades earlier after earning his undergraduate degree in electrical engineering. He was well suited for the position, continually received strong performance reviews, and he was well compensated.

During its vocational analysis, Lincoln correctly analyzed Mr. Weller's occupation, determining that it requires a high degree of cognitive skill and constant use of the upper extremities bilaterally to keyboard.

**B. Recent medical history**

Mr. Weller has suffered flares of chronic pain for many years. In 2023, he experienced a profound increase in pain. He diligently sought and received extensive medical care across several specialties including neurology, orthopedics, and pain management, leading to the diagnosis of central pain syndrome and fibromyalgia. To date, multiple specialists have failed to identify any intervention capable of controlling his significant pain.

**1. Onset and medical leave**

For much of his adult life, Mr. Weller experienced periods of chronic pain, primarily in his hands. In 2023, he experienced a significant increase in pain located in his hips, groin and hands. Mr. Weller began to miss work frequently, and his managers at Apple suggested that he take time off work to seek medical treatment. Mr. Weller took their advice and began medical leave in July 2023. At the same time, he began to aggressively pursue treatment with the goal of returning to his position at Apple.

**2. Neurological, orthopedic, and pain management interventions**

In July 2023, the same month he began medical leave, Mr. Weller began treatment with a sports medicine physician, received a steroid injection into his hip, restarted physical therapy, underwent an MRI of a cervical spine, and began treating

with a neurologist. Dr. Diaz, the sports medicine physician who administered the steroid injection into Mr. Weller's right hip, noted positive lumbar maneuvers producing pain with lumbar flexion, but noted "limited improvement" following the injection. Dr. Lee, Mr. Weller's neurologist, conducted a detailed neurological examination, which failed to identify any immediate cause for Mr. Weller's extensive hand pain. Dr. Lee then ordered an MRI which showed degeneration in Mr. Weller's cervical spine, specifically foraminal stenosis at C5-C6 and C6-C7.

In August 2023, Mr. Weller began occupational therapy treatment on his hands. That month, providers noted that his hip pain was profound enough that he had began using a cane and wheelchair. An examination with Dr. Dobler on August 16, 2023 showed tenderness to palpitation, discomfort with log roll on the right and limited range of motion throughout his hips and legs. At the end of August 2023, Mr. Weller underwent an MRI of his hips, which showed a small anterior superior labral tear.

In September 2023, Mr. Weller consulted an orthopedic surgeon, Dr. McDonald, who noted the following:

> [Mr. Weller] has right groin pain and cannot walk >1 block. Is using a wheelchair. Has also had pain in the left hip and had a csi injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. Able to move the hip without significant pain but has pain w/ any WB. Is also doing water therapy. Also complains of significant "nerve" type pain in the L>R arm (mostly right hand). Has had frozen shoulder b/l in the past. Walks with antalgic gate, mild groin pain with log roll and [limited range of motion].

Dr. McDonald did not identify the root cause of Mr. Weller's pain.

In October 2023, Mr. Weller underwent an MRI of his left elbow. Later in October 2023, Mr. Weller's treating neurologist, Dr. Lee, discussed the result of the cervical spine MRI, noting:

> [I]t shows clear evidence of bilateral neuroforaminal narrowing at C 5-6 which would affect the C6 root. His symptoms seemed to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology.

Later in October 2023, Mr. Weller received care from Dr. Lau, a rehabilitation specialist who noted:

> Tender to palpitation on trapezius and upper thoracic paraspinal, reduced right arm and left arm muscle testing, left spurling's equivocal with increased in the left trapezius pain, right next side bending and more left trapezius pain consistent with myofascial pain, positive Tinel's in the left elbow.

Also in October 2023, Mr. Weller consulted an orthopedic surgeon regarding his left elbow

In November 2023, Mr. Weller underwent a nerve conduction study of his left arm, which returned normal results. Throughout the remainder of the year, Mr. Weller continued to treat with his neurologist, Dr. Lee.

In early 2024, Mr. Weller moved from California to Oregon and established care with doctors in Oregon. In March 2024, he consulted with an orthopedic surgeon in Oregon about his hip pain. The surgeon recommended further injections, and Mr. Weller underwent an intraarticular injection to his left and right hips in April 2024.

In May 2024, Mr. Weller's primary care physician noted that he continued to use a wheelchair due to hip pain and now used an electric wheelchair due to difficulty with his hands. Later that month, Mr. Weller began treatment with a new neurologist, Dr. Lavery, who noted:

> The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms

Throughout June and July of 2024, Mr. Weller continued to treat with occupational therapy for his hands and physical therapy for his hips. On follow up with his primary care physician in July 2024, she noted that he received some hand pain relief when

using compression gloves although he continued to struggle to use a keyboard. She further noted:

> The patient's joint pain has significantly impacted their mobility and ability to perform daily activities, including work. Despite this, they report some recent improvements, such as being able to stand and prepare meals, and no longer needing a wheelchair for mobility within their home, still using power mobility outside of home.

In September 2024, Mr. Weller's occupational therapist noted that his hand pain was improving such that he was able to "use a computer for two minutes without symptoms."

In October of 2024, Mr. Weller underwent a steroid injection into his right hip bursa. Over the coming months, he followed up with his orthopedist and continued with physical therapy. When following up with his orthopedist six weeks after the injection, he noted continued pain but slight improvement with physical therapy. Eight weeks after the bursa injection he reported to his orthopedist that he continued to have pain with postures such as leaning forward and that he continued to need to "sit and rest his hip a lot" during the day.

In December 2024, Mr. Weller's occupational therapist noted:

> Assessment of Therapy Progress: poor. Continues to report of "stinging pain". Unable to perform tasks for sustained periods of time. States that "it is not necessarily painful, but stinging pain". Hopes that his symptoms will subside when he retires. No numbness/tingling, but reports "neurologic pain". This pain does not seem to follow a particular nerve pathway. "Stinging" sensation is more consistent with C6-C7 dermatome.

In January 2025, Mr. Weller consulted a third neurologist, Dr. Noble. Dr. Noble performed an examination and reviewed Mr. Weller's history before concluding that an underlying neurological cause was unlikely. Dr. Noble referred Mr. Weller to the Kaiser Permanente Pain Clinic. Later that month, Mr. Weller had his first intake appointment with the Kaiser pain clinic staff. During intake, the pain clinic noted:

> Current level of pain as reported by patient verbally or on Brief Pain Inventory (self-report): Area of pain: Two pain areas: hands (including fingers and arms)

and hips. R hip progressively worse over the last year. "Hips are slowly slowly getting better" though PT.

Primary pain area is hands. Pain for about 9 years. Other joint related pain but they are minor compared to hand pain. Average pain past week: 4

Treatments that alleviate pain: Steroid shot effective in L hip but not in R.
Compression gloves on hands.
PT helpful in increasing mobility.
Unsure if OT is helpful.
"To a great extent, I can control how much pain I have" based on inactivity, so when not active, he has no pain – when he does things, he does experience pain.

Things that make pain worse: Use of hands. Repetitive actions.

Sleep: Does not have much trouble with sleep, started using CPAP machine and it is helpful.

Function: Unable to walk normally for 2 years. Very painful to walk.

While waiting to receive an appointment with a pain specialist at the Kaiser Permanente Pain Clinic. Mr. Weller began treatment with Dr. Quave, an anesthesiologist specializing in pain management. Dr. Quave reviewed Mr. Weller's medical history performed a thorough examination including a tender point fibromyalgia diagnostic examination. Ultimately, Dr. Quave diagnosed central pain syndrome as the primary cause of Mr. Weller's chronic pain. The examination also confirmed the diagnosis of fibromyalgia.

### 3. Objective medical signs

The medical history includes regular documentation of objective clinic signs indicating chronic pain, including reduced muscle strength, muscle wasting in the left thigh and positive tender-point examination. Lincoln's physician Dr. Layno-Moses summarized other objective findings as follows:

The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle

> joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired[.]

#### 4. Detailed contemporary pain documentation

Mr. Weller spent his career as a software engineer. Since beginning medical leave, he has approached his medical condition with the diligence and precision one would expect from a career engineer.

Since July 2023, he maintained detailed correspondence with his medical providers sending regular email updates in the hopes that his direct observations of symptoms would lead to improved treatment. Those email correspondences are contained in this medical record and represent a detailed contemporary history of his symptoms.

Beginning in September 2023 and continuing throughout the remainder of his time in California, Mr. Weller sent biweekly emails to his treating neurologist Dr. Lee. The following is an excerpt of some of those emails

- 9/1/23: 8/26 overdid hands and hips. 8/27 back in the wheelchair and overdid hands badly dealing with medical leave web sites on the computer, significantly lowering my mood and making me angry at everything. I wasn't prepared for the return of high levels of pain and high sensitivity to use that comes with stopping the drug. It took three days for my left hard/arm pain to subside. It was, however, a relief to be free of side effects. I still feel constant low-level stinging in both hands at a minimum. The left is consistently worse and more sensitive that the right. I have not been able to rest my hands as much as I have wanted this week because my wife has been out of town, but she returns 8/2. Next week I hope to be able to give my hands better rest and be more active.

- 9/8/23: I've tried this week to continue to not use my hands as much as possible to see how much pain I can get rid of. I've specifically avoided doing any hand exercises. The only way I have found to reduce what is now pretty much constant pain is to avoid using my phones touch screen. The best pain level I can achieve is limiting and unpleasant but not distracting [...] I can use an iPad with a Pencil (like now) a reasonable

amount, and I'm avoiding trackpads and keyboards unless absolutely necessary.

- 9/16/23: Overall my right hand is showing steady improvement, albeit with very little computer/iPhone use. I can use it to perform most normal daily activities. My left hand/arm improves more slowly but is still susceptible to the horrible pain that lasts for days. Now I've been able to get rid of much of the background pain caused by finger use, I feel like I am more able to isolate the really bad pain that is focused in my index finger. It's very easily triggered by something I'm doing with my left hand/arm. I'm going to try some experiments this week to try to narrow down the source. My left arm feels pretty useless at this point.

- 9/22/23: On Monday this week I tried an experiment on my left arm. With my elbow and wrist straight, I moved my arm at the shoulder around its entire range of motion for about a minute. Within an hour the horrible hand/arm pain started and in lasted for the rest of the day at a level that was very distracting and bordering on depressing [...] Overall I feel like I've reached a plateau. With normal daily hand use and avoiding computers and phones I can just about get rid of the right hand pain, but the left hand/arm is stubbornly sensitive to something and the pain never really goes away. It's useless most of the time, and the pain level that is easy to trigger prevents me from doing or enjoying anything for significant amounts of time. I have this week at the request of my PT started doing water walking and exercising 2-3 times a week for aerobic exercise (it's easy on my hips). I'm making sure I don't use my hands or arms for this, just letting them rest. I plan on occasional experiments with my left shoulder this week to see if I can pinpoint a specific action.

- 9/30/23: My right hand has been much the same. Hurts quickly if I type on a keyboard and has low level stinging pain at times. I use an iPad with a Pencil in my right hand and even that use starts to hurt my hand and wrist after a while. iPhone touch screen use has to be limited and careful. My left arm has been getting steadily worse, but might be getting better again. I lost the whole of Wednesday and Thursday to really bad left elbow pain. It was dulled a little by ibuprofen. Thursday night I tried not wearing the elbow brace I've had on at night for the last several weeks and Friday was much improved.

- 9/30/23 – 12/1/23 [Bi-weekly emails continue with similar reporting similar information.]

- 12/1/23: My employer has made it clear that my return to work comes with the expectation of taking on 100% of my workload from day one, but after three months off work with very minimal use I'm still in significant pain in both hands from repetitive strain after less than a minute of computer

work. My only practical access to computers is now via an iPad with a Pencil. At this point I'm not seeing the light at the end of the tunnel and I feel like I'm permanently unable to return to work. Is there a medical opinion, test, etc. that would confirm or refute that?

- 12/30/23: I'm still wearing the wrist brace but have been off ibuprofen all week. Left elbow has continued to hurt this week, but less than usual. The pain is limited to inside the joint. The adjoining tendons have not been sore. This is the first consistent improvement in three years I think, so something is working. Pain in my left index finger has been only slight, but if I use my left hand/arm too much my elbow will hurt and the index finger pain will come back. These seem closely linked. Occasional use of hands on a computer keyboard/trackpad has not improved, and my hands have both been quite sensitive to iPhone touch screen use all week. At times iPad/pencil use has been painful too due to right wrist pain. I've had very cold hands a couple of times. My hands have been usable for sorting and packing as long as I don't overdo it, and occasional use of hand tools has been fine. Hands always sting at night, but it's not distracting. I think the stinging is getting slowly worse.

In early 2024, Mr. Weller moved from California to Oregon and established care with new medical providers. Mr. Weller sent regular email updates to his occupational therapist, physical therapist, primary care physician, and treating orthopedist. The following is an excerpt of some of those emails.

- 9/2/24: Hands: Both my hands were gradually stinging more and more until I took anti-inflammatory measures and wore the compression gloves. That has lead to some improvement over the last couple of months. I wear compression gloves less than 25% of the time now. Left hand is definitely less stiff and left index finger has the leathery coldness/neurological pain only occasionally. I'm doing OT hand exercises that I couldn't a year ago. Hands still sting most of the time. It's low level and generally worsens through the day. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day. Manipulating the pieces of a jigsaw puzzle can easily hurt my hands. I still have to be very careful with iPhone touch screen.

- 11/4/25: Hands: Continuing the OT hand exercises without issues except for right wrist arthritis. Stinging has mostly gone again, but is there at the end of each day. The leathery coldness/neurological pain in the left index finger comes back quite often, so I'm trying compression gloves again as needed. High level of stiffness in the left hand and pain down the elbow at

times. I think that one of the nerve gliding exercises is triggering the index finger pain, since I added some new ones recently. No change in the usefulness of my hands. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day and can trigger the cold/leathery pain. I have to limit iPhone touch screen use. I feel like any improvement in my hand use has plateaued now.

- 12/11/24: It's been 8 weeks since the steroid injection in my right hip bursa. I've been off naproxen now for a week and I can feel the difference, but I am still about as active as I was on half. The exercises are also still fine, though left knee pain means I have to modify the bridges. I still need to sit and rest my hip a lot during the day. Leaning forwards hurts my right hip pretty quickly, for example when standing and doing a jigsaw puzzle on a table. Sitting and leaning forwards, for example tying shoes likewise gets painful.

### 5. Daily accommodation

Since the onset of his disability, the medical record consistently documents Mr. Weller's use of significant daily accommodations designed to reduce his chronic pain. Notably, for much of the period he has used a wheelchair due to hip pain. The record documents that he is able to ambulate without it; however, when he does so, he experiences an increase in pain the following day. The medical record also documents extensive physical therapy and primary care appointments aimed at eliminating the need for the wheelchair given that dependence on the wheelchair will reduce his overall health. In response to such advice from his primary care physician, Mr. Weller stated,

> I share your concern about wheelchair use. I walk as normally as possible when the pain permits and stability is not an issue. Unfortunately, from experience I know that ignoring the pain just leads to an exponential rise and days of incapacity.

The record also documents significant accommodations related to his hand pain. Notably, he wears compression gloves and he uses voice to text to send emails. He significantly limits his interaction with keyboards and touchscreens. When he must interact with his telephone, he uses a stylus and tripod.

## III. The opinion of Mr. Weller's treating physician, Dr. Quave

**A. Lincoln must give substantial weight to Mr. Weller's treating physicians' opinions.**

Under the governing law, reviewing courts conclude that the opinions and findings of treating physicians are persuasive and weighty evidence. *See, e.g., Ayers v. Life Ins. Co. of North America*, 2012 WL 1388396, *15 (D. Or. 2012) (*citing Jebian v. Hewlett–Packard Co. Emp. Benefits Org. Income Protection Plan*, 349 F.3d 1098, 1109 (9th Cir.2003)("a district court may, in conducting its independent evaluation of the evidence in the administrative record, take cognizance of the fact ... that a given treating physician has a greater opportunity to know and observe the patient than a physician retained by the plan administrator."); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666 at 676 (9th Cir. 2011) (finding medical opinions rendered following in-person examination more persuasive than contrary opinions from an administrator's paper-only review); *Oldoerp v. Wells Fargo & Co. Long Term Disability Plan*, 12 F.Supp.3d 1237, 1254 (N.D. Cal. 2014) ("While an ERISA plan administrator need not provide in person medical evaluations of its claimants, [the] in-person observations are more persuasive than Goldman's paper review."); *Bunger v. Unum Life Ins. Co. of Am.*, 299 F.Supp.3d 1145, 1160 (W.D. Wash. 2018) (stating that the plaintiff's "claim also finds support in the evidence from every doctor who personally examined him"); *Nagy v. Grp. Long Term Disability Plan for Employees of Oracle Am., Inc.,* 183 F.Supp.3d 1015, 1031 (N.D. Cal. 2016) ("As an initial matter, none of [the insurer's] four medical examiners personally examined [plaintiff]; instead, each of the examiners based his or her conclusions upon a review of [plaintiff's] medical records and, if available, phone discussions with [plaintiff's] treating physicians. Accordingly, their reports lack the level of credibility normally attributed to physicians who have personally observed a patient.").

**B. Dr. Quave's analysis**

After proceeding through primary care, sports medicine, orthopedics and neurology, Mr. Weller's treatment team directed him to pain specialists. He began treating with Dr. Quave at Pain Specialists of Southern Oregon in February 2024. This appeal contains Dr. Quave's chart notes and a written statement describing his

diagnosis, the medical evidence that supports those diagnoses, and the functional limitations that result from those diagnoses.

Ultimately, Dr. Quave concluded that Mr. Weller is limited to no more than occasional use of his arms and hands and less than sedentary work.

## IV. Lincoln relied on one flawed paper-review from a physician whose opinion contradicts the conclusion of Lincoln's own physician while ignoring all medical proof she identified

Lincoln's denial rests on the opinion of Dr. Richardson, a physician hired by Lincoln to review Mr. Weller's claim in August 2024. As noted above, Dr. Richardson's paper review came six months after Lincoln's physician Dr. Layno-Moses offered an opinion demonstrating that Mr. Weller was disabled under the terms of the policy and identifying over a dozen objective medical findings that supported her conclusion.

Dr. Layno-Moses summarized other objective findings as follows:

> The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant I conclusively impaired[.]

Dr. Richardson makes no mention whatsoever of any of those objective findings. He offers no explanation for why he ignores those findings. He does not opine that Mr. Weller's conditions have improved and he offers no explanation for why his opinion differs from Dr. Layno-Moses's opinion. Although he acknowledges that Mr. Weller experiences persistent and chronic pain in multiple musculoskeletal sites, he offers no analysis related to chronic pain disorders. Indeed, it is unclear from the file whether Dr. Richardson has any experience treating patients with chronic pain or any specialized knowledge of pain disorders. Indeed, the record supports the inference that he lacks

those skills and knowledge because he has ignored all the medical signs that support those specialized diagnoses.

In the end, no reasonable fiduciary would credit an opinion like Dr. Richardson's, which offers no reason for rejecting all relevant evidence – evidence, which Lincoln's own physician had identified -- and simply ignores the medical findings that support Mr. Weller's diagnosis and functional limitations.

## V. Ms. Weller is disabled under the policy.

### A. Given his limitations, Mr. Weller is incapable of his own occupation.

Under the terms of the policy, Mr. Weller is disabled

> during the Elimination Period and the next 24 months of Disability if [ ] as a result of Injury or Sickness, [she] is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue [her] Own Occupation in the usual and customary way.

He cannot perform the material duties of his own occupation because his own occupation is highly skilled and requires constant use of a keyboard. As Lincoln's own physician Dr. Layno-Moses and Mr. Weller's treating pain management specialist have concluded, Mr. Weller is capable of far less than constant keyboarding and is limited to no more than a sedentary sit/stand position.

As Lincoln has already concluded, those limitations disable Mr. Weller from his own occupation.

### B. Given his limitations, Ms. Weller is incapable of any occupation for which he is reasonably suited given his station in life[1]

Under the terms of the policy, Mr. Weller is disabled if he

> is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the [she] is not able to engage with reasonable continuity in any occupation in which he

---

[1] Under ninth circuit case law, the phrase "station in life" used in the context of the definition of disability means that the Plan must take into account factors such as the claimant's most recent salary and status in her field when considering occupations that meet her "station in life." Pannebecker v. Liberty Life Assurance Co., 542 F.3d 1213, 1220 (9th Cir. 2008).

> could reasonably be expected to perform satisfactorily in light of h[er] age, education, training, experience, station in life, and physical and mental capacity.

He cannot perform the material duties of any occupation in light of his station in life because his current occupation is a highly skilled, highly compensated position and he is limited to a sedentary sit/stand position with no more than occasional bilateral upper extremity use. Those limitations preclude all competitive employment, not just those for which he is reasonably suited given his station in life.

## VI. Lincoln must overturn its denial and pay the benefits owed under this claim.

Given the overwhelming evidence of disability, including that already contained in the claim file, that submitted with this response and Lincoln's untenable justification for denial, Lincoln must overturn its claim denial and pay Mr. Weller the benefits he is owed under the policy.

Should this claim proceed to an action in The United States District Court for the District of Oregon, the court will not look favorably upon the history of Lincoln's fiduciary infidelities committed in this case thus far.

Moreover, under review in the federal courts, this claim is subject to *de novo* review because the Policy contains a choice of law provision, asserting California law and, under California law, discretionary clauses are illegal. *See* California Insurance Code 10110.6

## VII. Full and Fair Review Requirement

If Lincoln disagrees with the legal analysis submitted with this appeal, then it must explain why and provide a detailed reason for its disagreement. Moreover, if Lincoln obtains an expert opinion on the issues in this appeal, including an IME report or other medical record review, then Mr. Weller is entitled to review that opinion and comment before Lincoln issues a further decision. 29 C.F.R. § 2560.503-l(h)(4)i).

The purpose of the full and fair review requirement is to provide claimants with enough information to prepare adequately for further administrative review or appeal to

the federal courts. At its core, the full and fair review requires the insurer to state what information it relied upon and what further information would "perfect the claim," such that Mr. Weller can meaningfully respond. *Mason v. Fed. Express Corp.*, 165 F. Supp. 3d 832, 853 (D. Alaska 2016); *Anderson v. Sotheby's, Inc.*, 2006 WL 1722576, *18 (S.D.N.Y. Jun. 22, 2006); *West v. The Corning Inc. Pension Plan for Hourly Employees*, 2009 U.S. Dist. LEXIS 87207, * 29 (W.D.N.Y. Sept. 23, 2009).

Respectfully submitted,
Thomas, Coon, Newton and Frost

Scott Sell
Attorney
Partner

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

**Patient**

**Kaiser Permanente Disclosure of Patient Medical Information**

Kaiser Permanente documents patient medical record information in a federally certified electronic medical record.

The output contained in this file contains one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation.
- Relevant medical records substituted in lieu of a medical certification form.
- A standardized electronic form generated from our certified electronic medical record substituted in lieu of form completion.

**Electronic signatures:** State and federal law permit the use of electronic signatures (e-signatures) on electronic records in connection with transactions between parties. The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures. Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud.

**Additional medical records:** If additional medical records are needed, contact our office with the type of records and dates of treatment.

**Restrictions:** It is not possible to accurately produce records in response to a request limited to a specific diagnosis, condition, injury, treatment, or body part. We can only respond to record requests restricted by medical specialty, type of record, or date range.

**Redisclosure for Washington residents**: If these records contain information related to sexually transmitted diseases, note that this information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

This record output was generated on 2/4/25 by the Kaiser Permanente Release of Information department.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## Patient
## USCDI Demographics

### Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 1550-03-73 | Male | (63 yrs) |

| Address | Phone | Email |
|---|---|---|
| 3572 | (H)<br>(W)<br>(M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Foster, Kellie R, MD503-813-2000 | 12/18/24 | 03/18/25 |

| Marital Status | Religion | Alias |
|---|---|---|
| Married | None | — |

**Emergency Contact 1**

Laura Weller (SPOUSE)
408-506-5936 (M)

### Basic Information

| Date Of Birth | Race | Ethnic Group | Preferred Spoken Language | Preferred Written Language |
|---|---|---|---|---|
| | White | American/United States | English | English |

### Gender Information

| | |
|---|---|
| Legal sex: | Male |
| Gender identity: | Not specified |
| Sex assigned at birth: | Not specified |

### Address History

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2025 | | | | | | JNITED STATES | | | |
| 4/26/2024 | | | | | | JNITED STATES | | | |
| 4/26/2024 | | | | | | JNITED STATES | | | |
| 2/23/2024 | | | | | | JNITED STATES | | | |

## Patient (continued)

### Care Team

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|

## Patient (continued)

**Care Team (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Foster, Kellie R, MD | 1093916470 | PCP - General | Internal Medicine | 503-813-2000 | 03/05/2024 - Present |
| Vanlaningham, Emily Anne, LCSW | 1922513910 | Social Worker | Pain Management | — | 01/22/2025 - Present |

Comment: Pain coping

**External**

| Name | Identifier | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|---|
| Dang, Yu-Xuan | — | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |
| Last updated by organization: El Camino Hospital on 09/05/2024 | | | | | | |
| Ho, Irene Oi Yin (M.D.) | 1114004058 | PCP - General | Internal Medicine | — | 01/01/2023 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 01/31/2025 | | | | | | |
| Lee, Brian Poeu (M.D.) | 1962580464 | Neurologist | Neurology | — | 08/05/2024 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 01/31/2025 | | | | | | |
| Ma, Kimberley Faith | — | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 08/23/2024 | | | | | | |
| Pcp, No | — | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and Stanford Medicine Partners on 11/05/2024 | | | | | | |
| Pcp, No | — | PCP - General | Family Practice | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 10/11/2024 | | | | | | |
| Pcp, Not Found | — | PCP - General | Family Practice | — | 07/18/2022 | Historical |
| Last updated by organization: CVS Health & MinuteClinic on 03/05/2024 | | | | | | |
| Wang, Kevin (M.D.) | 1700059151 | Physical Med/Rehabilitation | Internal Medicine | — | 10/11/2024 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 01/31/2025 | | | | | | |

**Allergies**

Allergies last reviewed by Ogunrinde, Olukayode O, MD on 1/13/2025 1106
No Known Allergies

## Patient (continued)

### Immunizations

Immunizations never marked as reviewed

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 7/18/2022
Lot number: 006M21A
Dose: 0.25 mL
External: Auto Reconciled From Outside Source
CVX code: 207
Admin Location (Facility): CVS Health & MinuteClinic

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 7/18/2022
Lot number: 006M21A
Dose: 0.25 mL
External: Auto Reconciled From Outside Source
CVX code: 207
Admin Location (Facility): CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 5/6/2021
Lot number: 006C21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 5/6/2021
Lot number: 006C21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 4/8/2021
Lot number: 026B21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 4/8/2021
Lot number: 026B21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 11/30/2021
Lot number: 012H21B
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**Previous revisions**

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 11/30/2021
Lot number: 012H21B
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA LNP-S, bivalent PF (Moderna), 50 mcg/0.5 mL or 25 mcg/0.25 mL**

Date: 10/14/2022
Lot number: 053D22A
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**Previous revisions**

**COVID-19 mRNA LNP-S, bivalent PF (Moderna), 50 mcg/0.5 mL or 25 mcg/0.25 mL**

## Patient (continued)

**Immunizations (continued)**

Date: 10/14/2022
Lot number: 053D22A
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**Previous revisions**

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
CVX code: 309
Product: Comirnaty 2024-25 (12y up)(PF)
Expiration date: 3/11/2025
Date: 9/12/2024 1154
Route: Intramuscular
VIS Publish Date: 10/19/23
Manufacturer: Pfizer US pharm
Dose: 0.3 mL
NDC: 00069-2432-01
Lot number: LM2223

**Questionnaire**

| Question | Answer |
|---|---|
| Any contraindications? | No |
| VIS Given? | Yes |

**Previous revisions**

**[pending] COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

The documentation on this immunization is incomplete.

Dose: 0.3 mL
CVX code: 309
Manufacturer: Pfizer, Inc
Site: Left Deltoid
VIS Publish Date: 10/19/23
Route: Intramuscular

**INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
VIS Publish Date: 08/06/21
Product: FLULAVAL
Expiration date: 6/17/2025
Date: 9/12/2024 1153
Route: Intramuscular
Manufacturer: Sanofi Pasteur
Dose: 0.5 mL
NDC: 19515-0810-41
Lot number: J4349

**Questionnaire**

| Question | Answer |
|---|---|

## Patient (continued)

### Immunizations (continued)

| | |
|---|---|
| VIS Given? | Yes |
| Any Contraindications? | No |
| If contraindicated, approval to give per Clinician/RN? | — |

#### Previous revisions

**[pending] INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

The documentation on this immunization is incomplete.

Dose: 0.5 mL Site: Left Deltoid Route: Intramuscular
VIS Publish Date: 08/06/21
Manufacturer: Sanofi Pasteur

### Current Medications

#### Medications

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Current Medications

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: Unknown, Provider Ordered on: 12/9/2024
Start date: 12/9/2024 Quantity: 100 mL
Refill: No refills remaining

**Alendronate (FOSAMAX) 70 mg Oral Tab**

Instructions: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes
Authorized by: Foster, Kellie R, MD Ordered on: 9/13/2024
Start date: 9/13/2024 Quantity: 12 tablet
Refill: Refill as needed

**Alpha Lipoic Acid 600 mg Oral Cap**

Instructions: Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month
Authorized by: Foster, Kellie R, MD Ordered on: 4/30/2024
Start date: 4/30/2024 Quantity: 30 capsule
Refill: Refill as needed

#### Medication Comment

**Merezhnikova, Viktoriya, MA on 10/15/2024 1455**

Naproxen PRN
Viktoriya Merezhnikova, MA
10/15/24

### Advance Care Planning

#### Plan

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

## Patient (continued)

### Advance Care Planning (continued)

#### Current Code Status

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

#### Active Health Care Agents

There are no active Health Care Agents on file.



PAGE 24/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

## 01/29/2025 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 1/29/2025

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 01/29/2025 1715 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 01/29/2025 1715 |

### Clinical Notes

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 1/29/2025 1415**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 1/29/2025 5:15 PM | Encounter Date: 1/29/2025 | Creation Time: 1/29/2025 12:17 PM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 2 this year ( + 8 for 2024)
Progress note due: 1/30/25

**ASSESSMENT**

Patient Response to Treatment: pt. Tolerated therapy session with minimal increase in R hip

Steven is a 63 yrs old male with subjective report and objective findings consistent with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. which is progressing as anticipated as indicated by patient report and objective data.

**01/29/2025 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain, and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

**PLAN**

Steven to be seen for up to 1 additional visits by 2/6/25 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

No change in plan of care.

Next session 02/15/25.

**SUBJECTIVE**

Steven reports Slowly improving. Correcting foot position when walking and with exercising. HEP getting easier. Standing/walking tolerance about same. Walking to the car and back one/day, more than that will be painful the next day.
Generally less hip pain. Attending the pain clinic which make sense now.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Gait: WNL

| **Home Program** |
|---|
| Access Code: JQNF84R6<br>URL:<br>https://kaiserpermanente.medbridgego.com/<br>Date: 01/29/2025<br>Prepared by: Choeying Sangmo<br><br>**Exercises**<br>- wall mini squad 5 x 2<br><br>**Reviewed:**<br>- Staggered Stance Step Throughs - 1-2 x daily - 2 sets - 10 reps<br>- Standing Heel Raise with Support - 1-2 x daily - 3 sets - 10 reps |

**01/29/2025 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

| |
|---|
| **Added**:<br>- Side Stepping with Counter Support - 1 x daily - 7 x weekly - 2 sets - 10 reps |

Therapeutic exercise 25 minutes: reviewed and added HEPw ith Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 02;17
Time Out: 02:43

Electronically signed by Sangmo, Choeying, PTA at 1/29/2025 5:15 PM

## 01/27/2025 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- APPOINTMENT (Appointment need? )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Cox, Brenda Kristine, LPN at 1/28/2025 1548**

Author: Cox, Brenda Kristine, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 1/28/2025 3:57 PM Encounter Date: 1/27/2025 Creation Time: 1/28/2025 3:48 PM
Status: Signed Editor: Cox, Brenda Kristine, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for advice

- Patient asks if PCP recommend he keep 3/19/25 video appointment to follow up on hand and hip pain and time away from work as he no longer needs further work notes and no longer works for Apple or deals with Sedgwick Insurance.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 1/29/2025 2:15 PM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 2/7/2025 1:20 PM (Arrive by 1:05 PM) | Anne M. Denys | Sunnybrook Orthopedics | 503-571-3653 | |
| 2/12/2025 3:50 PM (Arrive by 3:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 2/14/2025 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 2/26/2025 1:00 PM | Emily Anne VanLaningham | Central Interstate Pain Clinic | 503-331-6131 | Video Visit Evolution (Zoom) |
| 3/19/2025 12:40 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Per chart review
- patient PCP visit regarding bilateral hand and hip pain dated 12/18/25 - notes copied below
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**01/27/2025 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

- seen by Neurology on 1/17/25 for hand and chronic pain on 1/17/25 , advised to follow up with PCP , pain clinic, neurology and occupational - notes below

*The following has been copied and pasted from office visit on 1/17/2025 by neurologist* , Noble, Geoffrey Peter, MD, PhD *:*

**ASSESSMENT:**
# Bilateral hand pain
# Chronic pain

Mr. Weller has a normal neurological evaluation today. He has had extensive laboratory testing, imaging and electrodiagnostic testing for evaluation of his decades of hand and upper extremity pain, all of which has been reassuring. I explained to him that at this time my suspicion for an underlying neurological cause of his chronic pain is very low and I would not recommend any further neurological testing or treatment. We discussed in broad terms the modalities of treatment available for chronic pain. He has not yet engaged with any cognitive behavioral therapy (CBT) related approaches and I encouraged him to do this. Follow up in my clinic will be as needed.

**RECOMMENDATIONS TO PATIENT:**
- no further neurological testing at this time
- follow up with your PCP or with Pain Medicine for management of your symptoms
- ongoing occupational therapy exercises
- follow up in neurology clinic as needed

*The following has been copied and pasted from scheduled telephone visit on 12/18/25 by Kellie R. Foster, MD*
*:*

**Assessment and Plan:**

A) BILAT HAND JOINT PAIN (primary encounter diagnosis)
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN

Continue Physical Therapy/OT
Neurology f/u next month
Has f/u with ortho by phone
Refer for pain coping skills
Will extend work note for additional 3 months

P)

**Orders Placed This Encounter**
• PAIN COPING SKILLS REFERRAL (AGE 18+)

### 01/27/2025 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Electronically signed by Cox, Brenda Kristine, LPN at 1/28/2025 3:57 PM

**Messages**

**Appointments and referrals~Question about appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>2/2/2025 5:09 PM by Weller, Steven | Weller, Steven | 2/2/2025 4:18 PM |

Dear Mr Weller,

Thank you for your message. Lets keep this appointment for now.

I do want to share that I've accepted a new job outside of Kaiser so my last day at Kaiser will be April 1st - I'm sorry to let you know this over email and you'll be receiving a letter soon --so lets keep this appointment so we can review things before you transition to a new doctor.

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Question about appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 1/27/2025 12:06 PM |

I set up another appointment with you for March 19. However, there is no longer any time pressure to extend my work status as I am now separated from Apple and no longer dealing with Sedgwick.

Please let me know whether I should change this appointment.

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Vanlaningham, Emily Anne, LCSW | Vanlaningham, Emily Anne, LCSW |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Visit Diagnoses**

- **CHRONIC PAIN (primary) [G89.29]**
- NEUROPATHIC PAIN [M79.2]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- RIGHT HIP JOINT PAIN [M25.551]
- LEFT ELBOW JOINT PAIN [M25.522]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CHRONIC PAIN (primary)** | G89.29 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #2 | | | | |
| Add | NEUROPATHIC PAIN | M79.2 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #4 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |
| Diagnosis #5 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | Vanlaningham, Emily Anne, LCSW | 01/22/2025 1455 |

**Clinical Notes**

**Unknown**

**Progress Notes by Vanlaningham, Emily Anne, LCSW at 1/22/2025 1400**

| | | |
|---|---|---|
| Author: Vanlaningham, Emily Anne, LCSW | Service: — | Author Type: SOCIAL WORKER |
| Filed: 1/22/2025 2:55 PM | Encounter Date: 1/22/2025 | Creation Time: 1/22/2025 1:54 PM |
| Status: Signed | Editor: Vanlaningham, Emily Anne, LCSW (SOCIAL WORKER) | |

**Pain Management Clinic - Brief Psychosocial Pain Assessment**

**Visit Type:** Video Behavioral Health Evaluation - Information gathered by interview, chart review, BPI, PSEQ, PCS, GAD7

**Provider: Emily VanLaningham, LCSW/LICSW**

**Length of appointment:** 46 min
Authenticated appointment by confirming Patient ID and location in Oregon.

*Medical documentation is a targeted overview, and not intended to be a transcript of our conversation. If you have any questions about this documentation, please discuss these with your healthcare provider.*

**Summary**

**Reason for Referral:** Steven Weller is a 63 yrs male referred for an evaluation of psychosocial challenges in relation to treatment of chronic pain in addition to education and coping skill development for self management of chronic pain.

**Strengths/Protective Factors:**
- Good capacity for analytic thinking
- Capacity to tolerate painful emotions
- Flexibility in thinking and behavior
- Good expressive language and communication skills
- Good social support system
- High level of emotional support from family
- Good intellectual resources and insight
- Motivated for treatment
- Thinking is well organized
- Capacity for critical self-evaluation
- Capacity for openness
- Good capacity for empathy

**Challenges/Concerns:**
- Chronic pain
- Low Pain self-efficacy: (PSEQ=9/60)

**Patient Goals:**
- Looking for ways to improve mood and manage pain levels.

**Plan/Recommendations:**
- Follow up with this provider for education on pathophysiology of pain, autonomic nervous system, and skills that can positively affect physiological factors of pain experience (sensory, emotional, impact on functioning, and negative stigma of chronic pain). Utilizing the following evidence-based therapies: Cognitive Behavioral Therapy (CBT), Acceptance and Commitment Therapy (ACT), Motivational Interviewing (MI), Dialectical Behavioral Therapy (DBT), Positive Psychology, Interpersonal Process Therapy, etc.

**Patient Pain History Report and Readiness to Engage in Care**

**Pertinent history per chart review**
- **Relevant Encounters:**

Patient had Pain Coping Call with A. Petterson, LCSW on 01/02/2025.

**Explanation for currently seeking treatment/Reason for Referral:** Current pain symptoms, functional impairment, severity, duration of symptoms, medication (dosage) Steven Weller is a 63 yrs male was referred by Dr. Foster PCP for an evaluation of psychosocial barriers in relation to the treatment of chronic pain.

**Current level of pain as reported by patient verbally or on Brief Pain Inventory (self-report):**
**Area of pain**: Two pain areas: hands (including fingers and arms) and hips. R hip progressively worse over the last year. "Hips are slowly slowy getting better" though PT.

Primary pain area is hands. Pain for about 9 years.
Other joint related pain but they are minor compared to hand pain.
**Average pain past week:** 4
**Treatments that alleviate pain**: Steroid shot effective in L hip but not in R.
Compression gloves on hands.
PT helpful in increasing mobility.
Unsure if OT is helpful.
"To a great extent, I can control how much pain I have" based on inactivity, so when not active, he has no pain - when he does things, he does experience pain.
**Things that make pain worse**: Use of hands. Repetitive actions.
**Sleep**: Does not have much trouble with sleep, started using CPAP machine and it is helpful.
**Function:** Unable to walk normally for 2 years. Very painful to walk.
Was on medical leave due to pain and is now officially retired.

*Collected from kp.org*

| | 1/21/2025 9:22 AM |
|---|---|
| **BPI** | |
| Average Pain kp.org | 4 |
| Activity Interference kp.org | 8 |
| Sleep Interference kp.org | 1 |
| Enjoyment Interference kp.org | 10 |

**Current pain management medication plan:**
- Naproxen has been helpful.

**Stages of Change** Action, already making changes, seeking support.

## Social and Environmental History

**Current Social Supports**:
- Mentions wife.
- 5 children, 21-37.

**Current Living Arrangements**:
- One child lives with him and his wife, that child is high functioning ASD.

**Financial Support/ Employment**:
- Degree in electrical engineer. Is not retired from Apple as a software engineer. Was a very stressful job.

## Psychiatric History and Current Symptoms

**Patient currently describes mood as:**
- Tries to keep mood up but "mood has been seriously effected by pain."
- Felt like he always could handle stress but cannot handle stress and pain well.
- No SI or thoughts of self harm.

**PCS - Pain Catastrophizing Scale.**
*Collected from kp.org*
Pain Catastrophizing Questionnaire is a 13-item instrument measuring catastrophic thinking, which is characterized by

the tendency to magnify the threat value of a pain stimulus, feeling helpless in the presence of pain, as well as helpless due to relative inability to prevent or inhibit pain-related thoughts in anticipation of, during, or following pain. The PCS is broken into three sub scales, including Rumination (m=10.1, SD 4.3), Magnification (m=4.8, SD=2.8), and Helplessness (M=13.3, SD=4.3). A total score above 30 corresponds to the 75th percentile of distribution of scores in clinical samples of pain patients. Total scores-patient scored 12 indicating no pain catastrophizing.

| | 1/21/2025<br>9:31 AM |
|---|---|
| **PAIN CATASTROPHIZING QUESTIONNAIRE FS LINK NW** | |
| When I am in pain, I worry all the time about whether the pain will end | to a moderate degree |
| When I am in pain, I feel I can't go on | not at all |
| When I am in pain, it's terrible and I think it's never going to get any better | not at all |
| When I am in pain, it's awful and I feel it overwhelms me | to a great degree |
| When I am in pain, I feel I can't stand it anymore | not at all |
| When I am in pain, I become afraid that the pain will get worse | not at all |
| When I am in pain, I keep thinking of other painful events | not at all |
| When I am in pain, I seriously want the pain to go away | to a slight degree |
| When I am in pain, I can't seem to keep it out of my mind | to a great degree |
| When I am in pain, I keep thinking about how much it hurts | to a moderate degree |
| When I am in pain, I keep thinking about how bad I want the pain to stop | not at all |
| When I am in pain, there is nothing I can do to reduce the intensity of the pain | to a slight degree |
| When I am in pain, I wonder whether something serious may happen | not at all |
| Rumination Score | 6 |
| Magnifcation Score | 0 |
| Helplessness Score | 6 |
| Total Score | 12 |

**PSEQ - Pain Self Efficacy Questionnaire**

*Collected from kp.org*

Pain Self-Efficacy Questionnaire is a 10-item questionnaire, developed to assess the confidence people with ongoing pain have in performing activites while in pain. Scores range from 0-60. (Mean=40.1, SD=11.0) High scores (>40) indicate the person is likely to respond well to an interventions (i.e., experience, where they can upgrade their activity levels despite pain, observing others with similar problems do the same, and by education). Low scores (<20) indicate the client is more focused on the pain. Lower pain self-efficacy is a predictor of people being at risk of long-term disability and depression (Arnstien 1999). Patient scored 9 indicating LOW pain self efficacy.

| | 1/21/2025<br>9:28 AM |
|---|---|
| **PSEQ QNR LINK NW** | |

| | 1/21/2025 9:28 AM |
|---|---|
| I can enjoy things, despite the pain. | 0 |
| I can do most of the household chores (e.g. tidying up, washing dishes, etc.), despite the pain. | 0 |
| I can socialize with my friends or family members as often as I used to, despite the pain. | 1 |
| I can cope with my pain in most situations. | 1 |
| I can do some form of work, despite the pain. ("Work" includes housework, paid and unpaid work). | 1 |
| I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | 0 |
| I can cope with my pain without medication. | 3 |
| I can still accomplish most of my goals in life, despite the pain. | 0 |
| I can live a normal lifestyle, despite the pain. | 0 |
| I can gradually become more active, despite the pain. | 3 |
| Total Score | 9 |

**GAD-7 - Generalized Anxiety Disorder 7 item Scale**

*Collected from kp.org*

A screener for generalized anxiety, not differentiating between PTSD or OCD.
Score 0-4=None/Minimal; 5-9 Mild; 10-14 Moderate; >15=Severe
Patient scored 3 indicating minimal anxiety which may be a contributing factor to his pain experience. Patient will have an opportunity to learn about and practice relaxation strategies that may in turn help to turn down the fight/flight response and enhance the relaxation response.

| | 1/21/2025 9:24 AM |
|---|---|
| **GAD-7** | |
| 1. Feeling nervous, anxious or on edge | 1 - Several days |
| 2. Not being able to stop or control worrying | 1 - Several days |
| 3. Worrying too much about different things | 0 - Not at all |
| 4. Trouble relaxing | 1 - Several days |
| 5. Being so restless that it is hard to sit still | 0 - Not at all |
| 6. Becoming easily annoyed or irritable | 0 - Not at all |
| 7. Feeling afraid as if something awful might happen | 0 - Not at all |
| Total GAD-7 Score | 3 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | 0 - Not difficult at all |

**Mental Status Exam-Objective/Observations/Assessment**

| | |
|---|---|
| Appearance | Well groomed and adequately nourished. Appears stated age. |

**01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Behavior | Calm, cooperative with interview, maintained good eye contact |
| Speech | Normal rate, rhythm and volume |
| Mood | "Ok" |
| Affect | content and cheerful |
| Thought Process | linear |
| Thought Content | The patient reports no suicidal ideation, no homicidal ideation, no auditory or visual hallucinations |
| Insight/Judgement | Good |
| Cognition | Alert, oriented x 4/4. |

**Interventions/Procedures Administered:**

- Informed Consent: Discussed rationale for the assessment and the limits of confidentiality (i.e., danger to self/others, abuse/neglect of children, elderly and the disabled; and certain legal situations) as well as clarifying any questions or concerns before proceeding.
- Gathered history and current status of pain severity, location, impact on functioning, mood, and social relationships.
- Provided unconditional positive regard and validation
- The majority of this session was spent in individual assessment/therapy regarding the diagnosis of chronic pain, treatment goals, self management skills, and appropriate use of pain managemeent classes, physical therapies, and medications. Plan of care was discussed and agreed upon with Patient.
- Reviewed neuroplasticity.
- Reviewed pain and sympathetic and para sympathetic nervous system.
- Reviewed diaphragmatic breathing.

**Homework:**

- Look up resources in AVS.
- Diaphragmatic breathing twice a day.

Emily Anne VanLaningham, LCSW
2:54 PM
1/22/2025

Electronically signed by Vanlaningham, Emily Anne, LCSW at 1/22/2025 2:55 PM

**Flowsheets**

**Adult Mental Health Intake**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD | |
| GAD 2 Score | 2 -patient at 01/21/25 0924 |
| GAD Total Score | 3 -patient at 01/21/25 0924 |

**Clinical Questionnaires**

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)

**Flowsheets (continued)**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD-7 - Over the last 2 weeks, how often have you been bothered by the following problems? | |
| Total GAD-7 Score | 3 -patient at 01/21/25 0924 |

**Custom Formula Data**

| Row Name | 01/21/25 0928 | 01/21/25 0924 |
|---|---|---|
| OTHER | | |
| GAD-2 Total Score | — | 2 -patient at 01/21/25 0924 |
| Total Score (0-60) | 9 (P) -patient at 01/21/25 0928 | — |

**Intake**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD | |
| GAD-7 RESULTS | No Anxiety -patient at 01/21/25 0924 |

**KPCO BH iCOT**

| Row Name | 01/21/25 0924 |
|---|---|
| GAD-7 - Over the last 2 weeks, how often have you been bothered by the following problems? | |
| GAD-7 RESULTS | No Anxiety (0-4) -patient at 01/21/25 0924 |
| GAD-7 RECOMMENDATIONS | 0-4, Minimal Anxiety Symptoms -patient at 01/21/25 0924 |

**Patient-Reported Data**

| Row Name | 01/21/25 0931 | 01/21/25 0928 | 01/21/25 0924 | 01/21/25 0922 |
|---|---|---|---|---|
| OTHER | | | | |
| Average pain in the past week? | — | — | — | 4 (P) -patient at 01/21/25 0922 |
| Pain interference with general activities in the past week? | — | — | — | 8 (P) -patient at 01/21/25 0922 |
| Pain interference with sleep the past week? | — | — | — | 1 (P) -patient at 01/21/25 0922 |
| Pain interference with life enjoyment this past week? | — | — | — | 10 (P) -patient at 01/21/25 0922 |
| 1. Feeling nervous, anxious or on edge | — | — | 1 -patient at 01/21/25 0924 | — |
| 2. Not being able to stop or control worrying | — | — | 1 -patient at 01/21/25 0924 | — |
| 3. Worrying too | — | — | 0 -patient at | — |

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| much about different things | | | 01/21/25 0924 | |
| 4. Trouble relaxing | — | — | 1 -patient at 01/21/25 0924 | — |
| 5. Being so restless that it is hard to sit still | — | — | 0 -patient at 01/21/25 0924 | — |
| 6. Becoming easily annoyed or irritable | — | — | 0 -patient at 01/21/25 0924 | — |
| 7. Feeling afraid as if something awful might happen | — | — | 0 -patient at 01/21/25 0924 | — |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | — | — | 0 -patient at 01/21/25 0924 | — |
| I can enjoy things, despite the pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can do most of the household chores (e.g. tidying-up, washing dishes, etc.), despite the pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can socialize with my friends or family members as often as I used to do, despite the pain. | — | 1 (P) -patient at 01/21/25 0928 | — | — |
| I can cope with my pain in most situations. | — | 1 (P) -patient at 01/21/25 0928 | — | — |
| I can do some form of work, despite the pain. ("Work" includes housework, paid, and unpaid work). | — | 1 (P) -patient at 01/21/25 0928 | — | — |
| I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can cope with my pain without medication. | — | 3 (P) -patient at 01/21/25 0928 | — | — |
| I can still accomplish most | — | Not at all confident | — | — |

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| of my goals in life, despite the pain. | | (P) -patient at 01/21/25 0928 | | |
| I can live a normal lifestyle, despite the pain. | — | Not at all confident (P) -patient at 01/21/25 0928 | — | — |
| I can gradually become more active, despite the pain. | — | 3 (P) -patient at 01/21/25 0928 | — | — |
| When I am in pain, I worry all the time about whether the pain will end | 2 - to a moderate degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I feel I can't go on | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, it's terrible and I think it's never going to get any better | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, it's awful and I feel it overwhelms me | 3 - to a great degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I feel I can't stand it anymore | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I become afraid that the pain will get worse | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I keep thinking of other painful events | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I anxiously want the pain to go away | 1 - to a slight degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I can't seem to keep it out of my mind | 3 - to a great degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I keep thinking about how much it hurts | 2 - to a moderate degree (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, I keep thinking about how badly I want the pain to stop | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |
| When I am in pain, there is nothing I can do to reduce the intensity of the pain | 1 - to a slight degree (P) -patient at 01/21/25 0931 | — | — | — |

**01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)**

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| When I am in pain, I wonder whether something serious may happen | 0 - not at all (P) -patient at 01/21/25 0931 | — | — | — |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| patient | Steven Weller | — | — | 01/21/2025 |

**Patient Instructions**

Hello Steven,

It was really nice speaking with you today.

Below are some of the resources that I mentioned and a few others. I hope that they are helpful.

Don't hesitate to reach out if you have any questions. I will see you virtually when I am back at the end of Feb.

Take good care.

-Emily VanLaningham, LCSW/LICSW
Pain Clinic Social Worker
503-201-6384

Anything by Dr. Rachel Zoffness, PhD is excellent. She published a workbook in 2020 called **The Pain Management Workbook** that is absolutely wonderful. She has also been interviewed on several podcasts (**I really enjoyed her interview on Kelly Corrigan - Going Deep With Rachel Zoffness on Pain Management, https://www.kellycorrigan.com/podcast/rachelzoffness. I also recommend her interview on the New York Times Podcast 'The Ezra Klein Show' that came out 02/21/2023**). She has also written several articles for Psychology Today. Those things and a list of some other excellent resources can be found on her website at **www.zoffness.com//resources. Also, please check her website for other videos that she has been on, here is just one https://www.youtube.com/watch?v=3Mn9QMTmRDM but there are LOTS of good things she has been on.**

**Lorimer Moseley Podcast:**
**https://podcasts.apple.com/gb/podcast/the-lorimer-moseley-podcast-pain-matters/id1709267855**
Lorimer Moseley also has a website called **www.tamethebeast.org** .
The website Pain Revolution is also wonderful, done by Lorimer and a team and highly recommended!
**https://www.painrevolution.org/painfacts**

Also, here is a video about **diaphragmatic breathing** with how to do it and a brief explanation of the science behind it.
**Diaphragmatic Breathing | UCLA Integrative Digestive Health and Wellness Program**
**https://youtu.be/g2wo2Impnfg**

Lastly, Kaiser members currently have access to **Calm** app for free! Go to **kp.org/selfcareapps** to sign up for your free logon. Calm app is wonderful! There is a pacer for breathing under "Mindfulness Tools" in this app that is set to the breath pace that is 4 seconds in and 6 seconds out, which is the goal for diaphragmatic breathing.

**Patient Instructions (continued)**

Electronically signed by Vanlaningham, Emily Anne, LCSW at 1/22/2025 2:52 PM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:31 AM |

Patient questionnaire submission
--------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:28 AM |

Patient questionnaire submission
--------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:24 AM |

Patient questionnaire submission
--------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Emily Anne Vanlaningham, LCSW | 1/21/2025 9:22 AM |

Patient questionnaire submission
--------------------------------
Your response has been received.

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>1/21/2025 9:12 AM by Weller, Steven | Weller, Steven | 1/21/2025 9:09 AM |

Appointment Information:
Visit Type: Pain video visit
Date: 1/22/2025
Dept: Central Interstate Pain Clinic
Provider: Emily Anne VanLaningham
Time: 2:00 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"

4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kporg Brief Pain Inventory Questionnaire (Short Form)**

| Question | 1/21/2025 9:22 AM PST - Filed by Patient |
|---|---|
| Please rate your pain by selecting the one number that best describes your pain on AVERAGE in the last week. | 4 |
| Select the one number that describes how, during the past week, pain has interfered with your: General Activity | 8 |
| Select the one number that describes how, during the past week, pain has interfered with your: Sleep | 1 |
| Select the one number that describes how, during the past week, pain has interfered with your: Enjoyment of life | 10 |

**Pe Gad-7 Questionnaire Bhs Amb Natl**

| Question | 1/21/2025 9:24 AM PST - Filed by Patient |
|---|---|
| Feeling nervous, anxious, or on edge | Several days |
| Not being able to stop or control worrying | Several days |
| Worrying too much about different things | Not at all |
| Trouble relaxing | Several days |
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | Not at all |
| Feeling afraid as if something awful might happen | Not at all |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Not difficult at all |
| **Total Score (range: -1 - 21)** | 3 (Minimal anxiety symptoms) |

**Pseq Pain Self Efficacy Kp.Org Natl**

| Question | 1/21/2025 9:28 AM PST - Filed by Patient |
|---|---|
| I can enjoy things, despite the pain. | Not at all confident |
| I can do most of the household chores (e.g. tidying-up, washing dishes, etc.), despite the pain. | Not at all confident |
| I can socialize with my friends or family members as often as I used to do, despite the pain. | 1 |
| I can cope with my pain in most situations. | 1 |
| I can do some form of work, despite the pain. ("Work" includes housework, paid, and unpaid work). | 1 |
| I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | Not at all confident |
| I can cope with my pain without medication. | 3 |
| I can still accomplish most of my goals in life, despite the pain. | Not at all confident |

## 01/22/2025 - Telemedicine in Central Interstate Pain Clinic (continued)

**Questionnaires (continued)**

| | |
|---|---|
| I can live a normal lifestyle, despite the pain. | Not at all confident |
| I can gradually become more active, despite the pain. | 3 |

**Pain Catastrophizing Scale Kp.Org Natl**

| Question | 1/21/2025 9:31 AM PST - Filed by Patient |
|---|---|
| When I am in pain, I worry all the time about whether the pain will end | to a moderate degree |
| When I am in pain, I feel I can't go on | not at all |
| When I am in pain, it's terrible and I think it's never going to get any better | not at all |
| When I am in pain, it's awful and I feel it overwhelms me | to a great degree |
| When I am in pain, I feel I can't stand it anymore | not at all |
| When I am in pain, I become afraid that the pain will get worse | not at all |
| When I am in pain, I keep thinking of other painful events | not at all |
| When I am in pain, I anxiously want the pain to go away | to a slight degree |
| When I am in pain, I can't seem to keep it out of my mind | to a great degree |
| When I am in pain, I keep thinking about how much it hurts | to a moderate degree |
| When I am in pain, I keep thinking about how badly I want the pain to stop | not at all |
| When I am in pain, there is nothing I can do to reduce the intensity of the pain | to a slight degree |
| When I am in pain, I wonder whether something serious may happen | not at all |
| **Rumination Score (range: 0 - 16)** | 6 |
| **Magnifcation Score (range: 0 - 12)** | 0 |
| **Helplessness Score (range: 0 - 24)** | 6 |
| **Total Score (range: 0 - 52)** | 12 |

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

### 01/22/2025 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 1/22/2025 4:26 PM |

My right hip continues to steadily and slowly improve. I feel like I'm starting to turn the corner now.

Still adding PT exercises. Pain is reducing and tolerance for activity and weight bearing is increasing. Still using electric wheelchair for most outside activities, but not all now. No use at home.

The biggest improvement came when I focused on the direction my right foot was pointing during exercises and walking. It wants to flop outwards all the time with my weight on the outside, so I have been making sure it faces straight forward instead with the weight on the big toe. That is changing my gait, stretching different things, and activating different muscles, all of which seem to be helping overall.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

**01/22/2025 - Patient Message in Central Interstate Pain Clinic**

**Visit Information**

**Provider Information**

**Encounter Provider**
Vanlaningham, Emily Anne, LCSW

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Messages**

**Resources**

| From | To | Sent and Delivered |
|---|---|---|
| Emily Anne Vanlaningham, LCSW<br>Last Read in kp.org<br>1/27/2025 3:28 PM by Weller, Steven | Weller, Steven | 1/22/2025 2:52 PM |

Hello Steven,

It was really nice speaking with you today.

Below are some of the resources that I mentioned and a few others. I hope that they are helpful.

Don't hesitate to reach out if you have any questions. I will see you virtually when I am back at the end of Feb.

Take good care.

-Emily VanLaningham, LCSW/LICSW
Pain Clinic Social Worker
503-201-6384

Anything by Dr. Rachel Zoffness, PhD is excellent. She published a workbook in 2020 called **The Pain Management Workbook** that is absolutely wonderful. She has also been interviewed on several podcasts (**I really enjoyed her interview on Kelly Corrigan - Going Deep With Rachel Zoffness on Pain Management, https://www.kellycorrigan.com/podcast/rachelzoffness. I also recommend her interview on the New York Times Podcast 'The Ezra Klein Show' that came out 02/21/2023**). She has also written several articles for Psychology Today. Those things and a list of some other excellent resources can be found on her website at **www.zoffness.com//resources. Also, please check her website for other videos that she has been on, here is just one https://www.youtube.com/watch?v=3Mn9QMTmRDM but there are LOTS of good things she has been on.**

**Lorimer Moseley Podcast:**
**https://podcasts.apple.com/gb/podcast/the-lorimer-moseley-podcast-pain-matters/id1709267855**
Lorimer Moseley also has a website called **www.tamethebeast.org** .
The website Pain Revolution is also wonderful, done by Lorimer and a team and highly recommended!
**https://www.painrevolution.org/painfacts**

Also, here is a video about **diaphragmatic breathing** with how to do it and a brief explanation of the science behind it.
**Diaphragmatic Breathing | UCLA Integrative Digestive Health and Wellness Program**
**https://youtu.be/g2wo2lmpnfg**

**01/22/2025 - Patient Message in Central Interstate Pain Clinic (continued)**

**Messages (continued)**

Lastly, Kaiser members currently have access to **Calm** app for free! Go to **kp.org/selfcareapps** to sign up for your free logon. Calm app is wonderful! There is a pacer for breathing under "Mindfulness Tools" in this app that is set to the breath pace that is 4 seconds in and 6 seconds out, which is the goal for diaphragmatic breathing.

## 01/21/2025 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (referral)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Sacirovic, Jasmina, LPN at 1/22/2025 1552**

| | | |
|---|---|---|
| Author: Sacirovic, Jasmina, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 1/22/2025 3:52 PM | Encounter Date: 1/21/2025 | Creation Time: 1/22/2025 3:52 PM |
| Status: Signed | Editor: Sacirovic, Jasmina, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for review / referral inquiry for second opinion.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Electronically signed by Sacirovic, Jasmina, LPN at 1/22/2025 3:52 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>1/29/2025 8:53 AM by Weller, Steven | Weller, Steven | 1/28/2025 7:48 PM |

Dear Mr Weller,

Thank you for your reply. Since you are not using Kaiser, a referral from me shouldn't be necessary. Looking at their website, I see you can self refer. You can then request needed records from medical records

Kaiser Permanente Medical Records, 10220 SE Sunnyside Road, Clackamas, OR 97015 or fax to 877-849-4116 or via email to nw-med-rec@kp.org
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**01/21/2025 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 1/27/2025 11:04 AM |

I am seeking his opinion on my own and am not wanting to use Kaiser insurance.

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>1/28/2025 9:36 AM by Weller, Steven | Weller, Steven | 1/24/2025 7:12 PM |

Dear Steven,

Are you planning to seek his opinion on your own or are you wanting to use your Kaiser insurance for this visit?

Referrals to outside specialists have to be approved by that speciality department- so we would need you to see one of our pain medicine specialists to ask for this referral.

Sincerely,

Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 1/21/2025 12:48 PM |

Regarding my hand pain, I would like to get an additional opinion from Dr. Brett Quave of Pain Specialists in Medford, OR. He can be contacted at (541) 779-5228, https://painspecialists.com.

Please provide a referral.

## 01/17/2025 - Office Visit in Sunnyside Neurology

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Noble, Geoffrey Peter, MD, PhD | Noble, Geoffrey Peter, MD, PhD |

#### Department

| Name | Address | Phone |
|---|---|---|
| Sunnyside Neurology | 10180 SE Sunnyside Rd<br>Clackamas OR 97015 | 844-364-4807 |

#### Follow-up and Dispositions

- Return if symptoms worsen or fail to improve.

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- APPOINTMENT (OVN)

#### Visit Diagnoses

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**
- CHRONIC PAIN [G89.29]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Noble, Geoffrey Peter, MD, PhD | 01/17/2025 1330 |
| Diagnosis #2 | | | | |
| Add | CHRONIC PAIN | G89.29 | Noble, Geoffrey Peter, MD, PhD | 01/17/2025 1330 |

### Clinical Notes

#### Unknown

**Progress Notes by Noble, Geoffrey Peter, MD, PhD at 1/17/2025 1300**

| | | |
|---|---|---|
| Author: Noble, Geoffrey Peter, MD, PhD | Service: — | Author Type: Physician |
| Filed: 1/17/2025 1:39 PM | Encounter Date: 1/17/2025 | Creation Time: 1/14/2025 10:34 PM |
| Status: Signed | Editor: Noble, Geoffrey Peter, MD, PhD (Physician) | |

### Neurology Established Patient Note

01/17/25

RE: Steven Weller
MR#: 1550-03-73

Today I saw Steven Weller for an opinion regarding upper extremity pain. He was accompanied to clinic today by his

**01/17/2025 - Office Visit in Sunnyside Neurology (continued)**

**Clinical Notes (continued)**

wife, Laura.

History of Present Illness:
Steven Weller is a 63 yrs male with a history of obstructive sleep apnea, osteoporosis, chronic pain who presents for an opinion of upper extremity pain.

The patient was previously evaluated by a number of neurologists, initially in Northern California, most recently by Dr. Lavery in May 2024:

***The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:***
*HISTORY OF PRESENT ILLNESS: Steven Weller is a 62 yrs old male referred for chronic hand/arm pain.*

*The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms. The patient also mentions a history of tendinitis in the right hand dating back to 1994, which was triggered by a month of intensive computer work. The patient has been managing the pain by switching hands and devices over the years. The patient also reports a leathery feeling in the hands, but denies any similar symptoms in the feet or legs. When he exacerbates chronic tendinitis/arthritis at the left elbow, he will occasionally notice tingling in digits 4-5 of the left hand. There is otherwise no frank numbness or tingling in either hand. With rest his symptoms significantly improve, and in the past they would resolve completely. However, more recently he continues to have persistent symptoms despite avoiding activities that would typically provoke them. He has also been taking ibuprofen regularly and using a wrist brace on the left hand. These have provided modest relief at best. He also notes chronic intermittent hip pain, which can be relatively severe, and he tells me that prior testing has not shown any significant findings.*

*///*

***IMPRESSION***
*BILAT HAND PAIN (primary encounter diagnosis)*

***COMMENTS***
*I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some*

**01/17/2025 - Office Visit in Sunnyside Neurology (continued)**

**Clinical Notes (continued)**

*additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.*

***RECOMMENDATIONS***

*-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody*
*-no additional neurodiagnostic testing recommended outside of the above blood tests*
*-agree with occupational hand therapy evaluation*
*-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered*
*-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam*
*-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low*

Today I gathered the following history:

He has had "hand pain of some sort of another since the mid 1990s". He tells me he has three types of pain:

1. His worst pain a sense of "coldness and pain" that radiates in the palm and into the left arm and shoulder at times. This pain was triggered by computer work and certain arm movements, but at times it can occur spontaneously.
2. He gets hypersensitivity in his bilateral (L > R) fingers, radiating into the wrists and forearm tendons triggered by typing, using a mouse and other computer related activities.
3. A "stinging sensation... as if you've slapped something" affecting the entirety of his hands that gets worse as the days goes on.

He has no similar symptoms in his lower extremities.

Over the past year he has been on medical leave and this has been helpful for his hand pains. He is in the process of appealing a long term disability decision. Presently, he has ongoing hand pain triggered by hand use, for example using computers. He can tolerate about 30 minutes of computer work per day. He has been working with occupational therapy with some improvement in his symptoms. He has noticed that certain nerve gliding treatments/movements have triggered his pain.

**Prior Studies**

5/13/2024
ANA negative
TTG IgA negative
Immunofixation negative
B6 normal
CRP normal
RF negative

3/19/2024
A1C 5.5
B12 701
TGs 126, **HDL 35**

MRI left brachial plexus without contrast (1/24/2024, OSH report only):
*IMPRESSION*
*Normal MRI brachial plexus.*
*At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.*

MRI Left thigh without contrast (8/24/2023, OSH report only):
*Impression*
*Interval decrease in size of heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis. Lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.*

MRI C-spine without contrast (8/24/2023, OSH report only):
*C2-C3: No canal or foraminal stenosis.*
*C3-C4: No canal or foraminal stenosis.*
*C4-C5: No canal or foraminal stenosis.*
*C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.*
***C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.***
*C7-T1: No canal or foraminal stenosis.*

*Impression*
*Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.*

*MRI brain without contrast (7/15/2023):*
*Impression*
*No vestibular schwannoma or other retrocochlear abnormality.*

EMG (11/6/2023, Dr. Wang):

***The following has been copied and pasted from EMG report:***
EMG Evaluation

Indication: Evaluation for Left Upper Extremity

Referring Provider: Eunice Lau, MD

Summary: Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

Interpretation: normal LUE EMG

Conclusion: This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

Muscle Insertional Activity MUAP
Left FDIH NL NL
Left APB NL NL
Left FCR NL NL
Left Deltoids NL NL
Left Biceps NL NL
Left Triceps NL NL
Left Paraspinals mid and low Cervical NL

NCS (6/5/2023, Dr. Zadeh):

***The following has been copied and pasted from NCS report:***
MNC

Nerve / Sites Muscle Latency Amplitude Area Duration Segments Distance Velocity
ms mV mVms ms mm m/s
R Median - APB
Wrist APB 2.81 7.9 33.5 6.93 Wrist - APB
Elbow APB 7.03 7.1 30.4 7.08 Elbow - Wrist 230 55
L Median - APB
Wrist APB 2.34 10.8 38.8 5.83 Wrist - APB
Elbow APB 6.61 7.3 26.8 5.89 Elbow - Wrist 230 54
R Ulnar - ADM
Wrist ADM 1.93 10.3 27.9 6.35 Wrist - ADM

**Clinical Notes (continued)**

B.Elbow ADM 5.63 10.6 28.4 5.52 B.Elbow - Wrist 270 73
A.Elbow ADM 6.41 9.6 25.0 5.05 A.Elbow - B.Elbow 70 90
A.Elbow - Wrist
L Ulnar - ADM
Wrist ADM 1.93 10.6 29.0 6.20 Wrist - ADM
B.Elbow ADM 6.20 10.2 28.3 8.70 B.Elbow - Wrist 260 61
A.Elbow ADM 6.67 10.5 27.8 8.54 A.Elbow - B.Elbow 60 128
A.Elbow - Wrist

F Wave

Nerve F Lat M Lat F-M Lat Min F Lat Min M Lat Min F-M
ms ms ms ms ms ms
R Median - APB 26.1 2.8 23.3 25.8 2.8 23.0
R Ulnar - ADM 26.4 2.8 23.5 26.4 2.8 23.5
L Median - APB 26.9 2.7 24.2 26.9 2.7 24.2
L Ulnar - ADM 28.0 1.9 26.1 28.0 1.9 26.1

SNC

Nerve / Sites Rec. Site Onset Lat Peak Lat Amp Segments Peak Diff
ms ms µV ms
R Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.09 1.61 74.4 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.93 42.6 Ulnar Palm - Wrist
Median Palm - Ulnar Palm -0.31
L Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.46 1.93 34.1 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.61 55.5 Ulnar Palm - Wrist
Median Palm - Ulnar Palm 0.31

Impression:

This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.

The past medical, surgical, social and family histories, current medications and medical allergies were reviewed in the electronic medical record.

Review of Systems:
A relevant review of systems was obtained and all systems were negative except for what was noted above.

**PHYSICAL EXAMINATION**:
Vital Signs:

**01/17/2025 - Office Visit in Sunnyside Neurology (continued)**

**Clinical Notes (continued)**

**Filed Vitals:**

| | 01/17/25 1256 |
|---|---|
| BP: | 137/81 |
| Pulse: | 68 |
| Weight: | 155 lb (70.3 kg) |

General Appearance: He is well appearing and in no distress.
Skin: There were no rashes or other skin lesions.
Cardiovascular: There was no pedal edema.
Respiratory: The patient had a normal work of breathing without accessory muscle use.
GI: non-distended.

NEUROLOGICAL EXAM:

Mental status: Patient was alert, attentive, and oriented. Speech was coherent and fluent without dysarthria or aphasia. Memory, comprehension and ability to follow commands were intact.

Cranial nerves: Pupils were round and reacted to light and accommodation. Extraocular movements were full.There was no face, jaw, palate or tongue weakness or atrophy. Hearing was grossly intact. Shoulder shrug was normal.

Motor exam revealed normal muscle bulk and tone in the arms. There were no apparent fasciculations. There is no scapular winging. There is no action or percussion myotonia or paramyotonia. Manual muscle testing revealed the following MRC grades (R/L where applicable):
SA 5/5, EF 5/5, EE 5/5, WF 5/5, WE 5/5, deep FF 5/5, FE 5/5, FDI 5/5, ADM 5/5, APB 5/5
Seated HF 5/5, KE 5/5, ADF 5/5

Sensory exam intact to pinprick, temperature, vibration and proprioception in the upper extremities. Romberg sign was absent.

Deep tendon reflexes were 2+ at the biceps and triceps, 2+ at the brachioradialis, 2+ at the knees, 2+ at the ankles. Plantar responses were flexor bilaterally. Hoffman's sign was absent bilaterally.

Complex motor skills revealed normal coordination. Finger-nose-finger and heel to shin were intact.

Patient had a normal gait. He was able to walk on his heels, toes without any difficulty.

**ASSESSMENT:**
# Bilateral hand pain
# Chronic pain

Mr. Weller has a normal neurological evaluation today. He has had extensive laboratory testing, imaging and electrodiagnostic testing for evaluation of his decades of hand and upper extremity pain, all of which has been reassuring. I explained to him that at this time my suspicion for an underlying neurological cause of his chronic pain is very low and I would not recommend any further neurological testing or treatment. We discussed in broad terms the modalities of treatment available for chronic pain. He has not yet engaged with any cognitive behavioral therapy (CBT) related approaches and I encouraged him to do this. Follow up in my clinic will be as needed.

**RECOMMENDATIONS TO PATIENT:**
- no further neurological testing at this time
- follow up with your PCP or with Pain Medicine for management of your symptoms
- ongoing occupational therapy exercises

## 01/17/2025 - Office Visit in Sunnyside Neurology (continued)

**Clinical Notes (continued)**

- follow up in neurology clinic as needed

Sincerely,

Geoffrey Noble, MD, PhD
Neurology

28 minutes spent performing face-to-face and non face-to-face patient care today.

Electronically signed by Noble, Geoffrey Peter, MD, PhD at 1/17/2025 1:39 PM

**Nursing Note by Nesta, Felipa, LPN at 1/17/2025 1300**

| | | |
|---|---|---|
| Author: Nesta, Felipa, LPN | Service: — | Author Type: SUPPORT STAFF |
| Filed: 1/17/2025 1:00 PM | Encounter Date: 1/17/2025 | Creation Time: 1/17/2025 12:59 PM |
| Status: Signed | Editor: Nesta, Felipa, LPN (LICENSED PRACTICAL NURSE) | |

adult's cuff - left arm sitting

Patient arrive with : Wife, Laura

Current medications and drug allergies confirmed with pt.

Pharmacy reviewed and updated Yes

Visit preparation completed, including updating Care Everywhere outside medical records. Yes

Panel Support Tool Reviewed.
PST patient handout given.

Felipa Margaret Nesta

Electronically signed by Nesta, Felipa, LPN at 1/17/2025 1:00 PM

**Flowsheets**

**Custom Formula Data**

| Row Name | 01/17/25 1256 |
|---|---|
| OTHER | |
| Birth Weight | 0 -FN at 01/17/25 1259 |
| % Change from Birth Weight | 703092400 -FN at 01/17/25 1259 |
| BSA (Last Ht) | 0 -FN at 01/17/25 1259 |
| Ideal Body Weight (calculated) | 68.31 -FN at 01/17/25 1259 |
| Shock Index (NIBP) | 0.5 -FN at 01/17/25 1259 |
| Contrast dose | 370.0 -FN at 01/17/25 1259 |
| BP to MAP Calculation | 100 -FN at 01/17/25 1259 |

## 01/17/2025 - Office Visit in Sunnyside Neurology (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Vitals Reassessment | Yes -FN at 01/17/25 1259 |

**Encounter Vitals**

| Row Name | 01/17/25 1256 |
|---|---|
| Encounter Vitals | |
| BP | 137/81 -FN at 01/17/25 1259 |
| Pulse | 68 -FN at 01/17/25 1259 |
| Weight | 155 lb (70.3 kg) patient verbally told -FN at 01/17/25 1259 |
| OTHER | |
| BP Location | LA-LEFT ARM -FN at 01/17/25 1259 |
| BP Patient Position | SITTING -FN at 01/17/25 1259 |
| Cuff Size | Standard Adult -FN at 01/17/25 1259 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| FN | Nesta, Felipa, LPN | LICENSED PRACTICAL NURSE | Nursing | 01/17/2025 |

**Patient Instructions**

**Recommendations**:
- no further neurological testing at this time
- follow up with your PCP or with Pain Medicine for management of your symptoms
- ongoing occupational therapy exercises
- follow up in neurology clinic as needed

**Ways to contact me after our visit:**
1. Send me a message via our patient portal at www.kp.org.
2. Call our advice line at 503-571-7211.

Geoffrey Noble, MD, PhD
Northwest Permanente Neurology

Electronically signed by Noble, Geoffrey Peter, MD, PhD at 1/17/2025 1:29 PM

**Messages**

**Appointment rescheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Neurology Appointment Notifications | 1/5/2025 12:18 PM |

Appointment for: Steven Weller (1550-03-73)

## 01/17/2025 - Office Visit in Sunnyside Neurology (continued)

**Messages (continued)**

Visit type: NEUR OVN (110241)
1/17/2025 1:00 PM (40 minutes) with Geoffrey P. Noble in SMC-NEUR
----------------------------------
This appointment rescheduled from:
1/27/2025 10:00 AM (40 minutes) with Geoffrey P. Noble in SMC-NEUR

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 1/17/2025 12:59 PM

| BP | Pulse | Wt | BMI |
|---|---|---|---|
| 137/81 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 68 | 155 lb (70.3 kg)<br>Comment: patient verbally told | 22.89 kg/m² |

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 01/14/2025 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY, onset date 1/14/2025

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 01/14/2025 1658 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 01/14/2025 1658 |

**Clinical Notes**

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 1/14/2025 1430**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 1/14/2025 4:59 PM | Encounter Date: 1/14/2025 | Creation Time: 1/14/2025 1:14 PM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 1 this year ( + 8 for 2024)
Progress note due: : 1/30/25

**ASSESSMENT**

Patient Response to Treatment: pt. Tolerated therapy session with minimal increase in R hip

Steven is a 63 yrs old male with subjective report and objective findings consistent with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

**01/14/2025 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

**PLAN**

Steven to be seen for up to 2 additional visits by 2/6/25 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

No change in plan of care.

Next session 01/29/25.

**SUBJECTIVE**

Steven reports Slow improvement. 4-5/10 pain R hip . The pain depends on how much I use my legs. Tolerance for walking is getting better slowly. Taking naproxen, not as much as before. Walking to appt. , where as used to use the wheel chair before. Slowly adding the Hep one by one to increase tolerance.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Gait: WNL with SPC,

| **Home Program** |
| --- |
| Access Code: JQNF84R6<br>URL: https://kaiserpermanente.medbridgego.com/<br>Date: 01/14/2025<br>Prepared by: Choeying Sangmo<br><br>**Exercises**<br>- Bent Knee Fallouts with Alternating Legs - 1-2 x daily - 3 sets - 3-5 reps - 20-30 sec hold<br>- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps<br>- Staggered Stance Step Throughs - 1-2 x daily - 2 sets - 10 reps<br>- Standing Heel Raise with Support - 1-2 x daily - 3 sets - 10 reps<br>- Standing Gastroc Stretch - 2-3 x daily - 2-3 reps - 20-30 sec hold |

Therapeutic exercise 27 minutes: reviewed HEP with Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images

was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 02:31
Time Out: 03:00

Electronically signed by Sangmo, Choeying, PTA at 1/14/2025 4:59 PM

## 01/13/2025 - Telemedicine in Sunnyside Sleep Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Ogunrinde, Olukayode O, MD | Ogunrinde, Olukayode O, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnyside Sleep Medicine | 10180 SE Sunnyside Rd<br>Clackamas OR 97015 | 855-878-6411 |

**Follow-up and Dispositions**

- Return if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
|---|
| **VIDEO VISIT, NEW, 30 - 44 MINUTES TOTAL TIME** |

### Reason for Visit

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary)** | G47.33 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Modify | **ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary)** | G47.33 | Yes | Ogunrinde, Olukayode O, MD | 01/13/2025 1106 |
| Add | **OBSTRUCTIVE SLEEP APNEA (primary)** | G47.33 | No | Ogunrinde, Olukayode O, MD | 01/13/2025 1054 |

### Clinical Notes

**Unknown**

**Progress Notes by Ogunrinde, Olukayode O, MD at 1/13/2025 1100**

Author: Ogunrinde, Olukayode O, MD  Service: —  Author Type: Physician
Filed: 1/13/2025 11:24 AM  Encounter Date: 1/13/2025  Creation Time: 1/13/2025 10:58 AM
Status: Signed  Editor: Ogunrinde, Olukayode O, MD (Physician)

## SLEEP MEDICINE VIDEO CONSULTATION NOTE

**Reason for Visit**

Establishing care for OSA management

**History of Present illness**

**Steven Weller** has a history of sleep apnea diagnosed in 2015, presents for a routine follow-up. He reports consistent use of his CPAP machine, noting significant improvement in his symptoms since starting therapy. Initially, he experienced severe snoring and cognitive difficulties, which significantly impacted his work as a software engineer. After starting CPAP therapy, he noticed a rapid and significant improvement in his symptoms. He typically goes to bed around 10 PM and wakes up between 5-7:30 AM, depending on whether he wakes up during the night. He reports waking up spontaneously during the night, usually between 3-4 AM, for about 2-20

minutes before going back to sleep. He does not usually need to use the restroom during these awakenings, but does so out of habit about half the time.

The patient also reports hip pain, for which he takes naproxen as needed. He has a history of kidney stones and osteoporosis, for which he takes Fosamax weekly. He also takes alpha lipoic acid for inflammation and reports that it seems to help.

| | 11/10/2024 9:08 AM |
|---|---|
| **Epworth Sleepiness Scale Score** | |
| Epworth Sleepiness Scale Score | 2 |

**Medical History:**
Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN
BILAT AGE RELATED CATARACT
OBSTRUCTIVE SLEEP APNEA
CHRONIC PAIN

**Physical Exam:Vitals:** There is no height or weight on file to calculate BMI.
**Gen:** alert, well appearing, and in no distress
**Neuro exam:** A/O, speech fluent, attentive/cooperative, memory & fund of knowledge is intact
**Psych exam:** Normal affect and mood
**Test / Studies reviewed:**
Home Sleep Study (9/15/15): AHI 36.7, O2 Nadir 89%

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| VITD25 | 33 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CO2 | 30 | 03/19/2024 |

Payor: VST MBR KP NCAL / Plan: KP INTRGNL NO CALIFORNIA / Product Type: HMO

**Assessment and Plan**

(G47.33) ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE : Tolerating and responding well to current therapy. Recent data dl shows adequate compliance and efficacy.
Routine yearly sleep DME f/u

**01/13/2025 - Telemedicine in Sunnyside Sleep Medicine (continued)**

**Clinical Notes (continued)**

Olukayode Ogunrinde, MD,
Diplomate of American Academy of Sleep Medicine

> 10 mins of time was spent in medical discussion

Patient and/or others present provided verbal consent to be recorded using documentation assistance tool.

Electronically signed by Ogunrinde, Olukayode O, MD at 1/13/2025 11:24 AM

**Flowsheets**

**Custom Formula Data**

| Row Name | 01/13/25 1106 |
|---|---|
| OTHER | |
| Ideal Body Weight (calculated) | 68.31 -OO at 01/13/25 1108 |
| Predicted Body Weight (calculated) | 70.7 -OO at 01/13/25 1108 |

**Virtual Encounter Vitals**

| Row Name | 01/13/25 1106 |
|---|---|
| Virtual Enc Vitals | |
| Height | 5' 9" (1.753 m) -OO at 01/13/25 1108 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| OO | Ogunrinde, Olukayode O, MD | Physician | — | 01/13/2025 |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>12/6/2024 12:02 PM by Weller, Steven | Weller, Steven | 12/6/2024 12:01 PM |

Appointment Information:
Visit Type: Sleep medicine video visit
Date: 1/13/2025
Dept: Sunnyside Sleep Medicine

**Messages (continued)**

Provider: Olukayode O. Ogunrinde
Time: 11:00 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

**Vitals**

## 01/13/2025 - Telemedicine in Sunnyside Sleep Medicine (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 1/13/2025 11:08 AM

| Ht | BMI |
|---|---|
| 5' 9" (1.753 m) | 22.89 kg/m² |

KAISER PERMANENTE® RELEASE OF INFORMATION



**01/08/2025 - Patient Message in Westside Medical Office Orthopedics**

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 1/8/2025 1:18 PM |

Things are continuing to move in the right direction for my right hip.

I have recently been able to walk to my car in the parking garage of the building, drive to an event, walk a very short distance, sit for an hour or so, and then come home again. But that's my limit; any extra distance will cause pain that will last a day or so, and I can't do that amount of walking every day.

I'm continuing to do PT and add more exercises one at a time. I think what has made the difference most recently is adding stretches. They cause pain, but it's not long lasting.

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Petterson, Alyssa, LCSW | Petterson, Alyssa, LCSW |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Level of Service**

| Level of Service |
|---|
| **NON-PHYS TAV, EST PAT, 5-10 MIN OF MEDICAL DISCUSSION** |

**Reason for Visit**

**Visit Diagnosis**

- **CHRONIC PAIN (primary) [G89.29]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CHRONIC PAIN (primary)** | G89.29 | Petterson, Alyssa, LCSW | 01/02/2025 1626 |

**Clinical Notes**

**Unknown**

**Progress Notes by Petterson, Alyssa, LCSW at 1/2/2025 1600**

Author: Petterson, Alyssa, LCSW — Service: — — Author Type: SOCIAL WORKER
Filed: 1/2/2025 4:26 PM — Encounter Date: 1/2/2025 — Creation Time: 1/2/2025 4:20 PM
Status: Signed — Editor: Petterson, Alyssa, LCSW (SOCIAL WORKER)

**New Phone Intake**

**Provider:** Alyssa Petterson, LCSW, LICSWA

Authenticated patient's identity and confirmed patient location is**: OR**

| Summary |
|---|

**S:**
**Reason for Referral:** Steven Weller is a 63 yrs male referred for an introduction to Pain Clinic Services.

**Pertinent history per chart review**

- **Referral Notes:**

| *The following has been copied and pasted from referral to Pain Individual Coping and Skills Services by* Foster, Kellie R, MD *on 12/18/24:* |
|---|
| Reason for referral: Chronic Pain >= 3 months<br>Provide Clinical Information: hip pain, hand and elbow pain for 2 years requiring pt to stop working |

- **Relevant Encounters:**
  Referred to Physiatry 9/2024, PT 5/2024, OT 4/2024

**Present pain coping and skills service options with goal to identify best fit for patient.**
Support patients development of pain management plan that incorporates a combination of strategies.

**B:**

**From earlier call**
Pain: Two major areas of pain hips and hands(including fingers and arms). Unable to walk normally for 2 years, arthritis in left hip, steroid shot effective. Then right hip did not respond to injection, right hip pain progressively worse over the past year.

Stinging in hands does not seem related to movement, newest pain and getting worse, compression gloves helpful.

Pain from use in hands, some repetitive actions. Arthritis in joints, affect range of movement

The worst pain, if pushes self to use pain, pain overwhelming, super sensitive, would have to take 4 days off work as electrical engineer

Activities: very painful to walk, activities limited, on medical leave
Sleep: only if really really bad, rarely does pain impact anymore
Self Care therapies: PT helpful for increasing mobility, unsure if OT helpful
Medications: naproxen helpful

Tried pregablin and gabapentin felt horrible when taking them."

**Behavioral observations**
Cognition: WNL for age and developmental status
Behavior: relaxed and calm
Verbal presentation: normal

Patient detailed in explanation of experiences and insights

**A:**
Current approach to pain management: reflects readiness to expand self management strategies
Level of readiness: Contemplative
Impressions: Patient may benefit from: Pain Services Specialist consult to support coping and skills development
pain management group series.
Patient strengths to support pain management: Flexibility in thinking and behavior
Good expressive language and communication skills
Motivated for treatment
Capacity for openness
Challenges to improved pain management: lack of awareness of treatment options

RECOMMENDATIONS:

**R:**
Described the Pain Clinic model of pain management care. Explored member's understanding and experience of Persistent Pain. Explored member's readiness to participate in pain group and/or individual coping and skills

consult.

Coping enhancement - Validated patient's self care efforts
Counseling - Provided reflective listening and emotional support.
Explored patient's current approach to pain management.
Listened to patient's concerns. Acknowledged struggles and challenges.
Pain management education - Introduced idea of need for combination of strategies, hypersensitivity of the nervous system, neuroplasticity
Introduced role of relaxation. Described fight or flight response
Described relationship between pain, sleep, mood. Discussed potential for improvement of any one of these health factors to also improve the other two factors
Provided information on Pain Management Group Visit Series and 1:1 sessions
Health care system guidance - Invited patient to contact this social worker by phone as needed for pain management support

**E:**
Patient agrees to:

- Read over information sent and contact clinic if interested in engaging in services.

Patient verbalizes understanding and agreement with plan.
Patient given contact information and agrees to call with questions or concerns.

This social worker is available to support patient's pain management.
Contact information: Alyssa Petterson, LCSW, LICSWA
Phone: 503-331-6131 or toll free 1-888-813-2100 ext 16-6131

Time spent: 10 minutes

Electronically signed by Petterson, Alyssa, LCSW at 1/2/2025 4:26 PM

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Petterson, Alyssa, LCSW | Petterson, Alyssa, LCSW | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Level of Service**

| Level of Service |
|---|
| **NON-PHYS TAV, EST PAT, 21-30 MIN OF MEDICAL DISCUSSION** |

**Reason for Visit**

**Visit Diagnosis**

- **CHRONIC PAIN (primary) [G89.29]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CHRONIC PAIN (primary)** | G89.29 | Petterson, Alyssa, LCSW | 01/02/2025 1448 |

**Clinical Notes**

**Unknown**

**Progress Notes by Petterson, Alyssa, LCSW at 1/2/2025 1500**

| | | |
|---|---|---|
| Author: Petterson, Alyssa, LCSW | Service: — | Author Type: SOCIAL WORKER |
| Filed: 1/2/2025 4:20 PM | Encounter Date: 1/2/2025 | Creation Time: 1/2/2025 2:47 PM |
| Status: Signed | Editor: Petterson, Alyssa, LCSW (SOCIAL WORKER) | |

**New Phone Intake**

**Provider:** Alyssa Petterson, LCSW, LICSWA

Authenticated patient's identity and confirmed patient location is**: OR**

**Summary**

**S:**
**Reason for Referral:** Steven Weller is a 63 yrs male referred for an introduction to Pain Clinic Services.

**Pertinent history per chart review**

- **Referral Notes:**
  *The following has been copied and pasted from referral to Pain Individual Coping and Skills Services by* Foster, Kellie R, MD *on 12/18/24:*
  Reason for referral: Chronic Pain >= 3 months
  Provide Clinical Information: hip pain, hand and elbow pain for 2 years requiring pt to stop working

- **Relevant Encounters:**

**01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic (continued)**

**Clinical Notes (continued)**

Referred to Physiatry 9/2024, PT 5/2024, OT 4/2024

**B:**

**Patient's report**

Pain: Two major areas of pain hips and hands(including fingers and arms). Unable to walk normally for 2 years, arthritis in left hip, steroid shot effective. Then right hip did not respond to injection, right hip pain progressively worse over the past year.

Stinging in hands does not seem related to movement, newest pain and getting worse, compression gloves helpful.

Pain from use in hands, some repetitive actions. Arthritis in joints, affect range of movement

The worst pain, if pushes self to use pain, pain overwhelming, super sensitive, would have to take 4 days off work as electrical engineer

Activities: very painful to walk, activities limited, on medical leave
Sleep: only if really really bad, rarely does pain impact anymore
Self Care therapies: PT helpful for increasing mobility, unsure if OT helpful
Medications: naproxen helpful

Tried pregablin and gabapentin felt horrible when taking them.

**A:**

RECOMMENDATIONS:

**R:**
Described the Pain Clinic model of pain management care. Explored member's understanding and experience of Persistent Pain. Explored member's readiness to participate in pain group and/or individual coping and skills consult.

Coping enhancement - Validated patient's self care efforts
Counseling - Provided reflective listening and emotional support.
Explored patient's current approach to pain management.
Assessed suicide risk.
Listened to patient's concerns. Acknowledged struggles and challenges.

**E:**
Patient agrees to:
Continuing call today at 4 pm

Patient verbalizes understanding and agreement with plan.
Patient given contact information and agrees to call with questions or concerns.

This social worker is available to support patient's pain management.
Contact information: Alyssa Petterson, LCSW, LICSWA
Phone: 503-331-6131 or toll free 1-888-813-2100 ext 16-6131

Time spent: 30 minutes

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic (continued)

**Clinical Notes (continued)**

Electronically signed by Petterson, Alyssa, LCSW at 1/2/2025 4:20 PM

**Referrals**

**Outpatient Service #1916034617**

Reason: Specialty Services Required
Class: Internal
Status updated on: 12/18/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 12/18/2024 to 12/18/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: ZZZ-PAIN MGMT
Specialty: Pain Management
Department phone: 503-813-2000

**Visits**

| | | | |
|---|---|---|---|
| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |

**Procedures**

**206747 - REFERRAL PAIN MANAGEMENT, CHRONIC PAIN PROGRAM**

Number requested: 1
Number approved: 1

**Diagnoses**

- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN
- M25.522 (ICD-10-CM) - LEFT ELBOW JOINT PAIN
- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M25.551 (ICD-10-CM) - RIGHT HIP JOINT PAIN

**Referral Notes**

**Provider Comments by Foster, Kellie R, MD at 12/18/2024 1333**

Summary: Provider Comments

This referral results in a phone visit with a Pain Services Specialist to introduce and explore pain education and skills options.

**Order**

**REFERRAL PAIN MANAGEMENT, CHRONIC PAIN PROGRAM [641259560]**

Electronically signed by: **Foster, Kellie R, MD on 12/18/24 1333** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 12/18/24 1333 Authorized by: Foster, Kellie R, MD
Ordered during: Scheduled Telephone Encounter on 12/18/2024
Diagnoses
BILAT HAND JOINT PAIN [M25.541, M25.542]
LEFT ELBOW JOINT PAIN [M25.522]

## 01/02/2025 - Scheduled Telephone Encounter in Central Interstate Pain Clinic (continued)

**Referrals (continued)**

NEUROPATHIC PAIN [M79.2]
RIGHT HIP JOINT PAIN [M25.551]
Order comments: This referral results in a phone visit with a Pain Services Specialist to introduce and explore pain education and skills options.

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

## 01/02/2025 - Patient Message in Central Interstate Pain Clinic

**Visit Information**

**Provider Information**

**Encounter Provider**

Petterson, Alyssa, LCSW

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Pain Clinic | 3600 N Interstate Ave<br>Portland OR 97227 | 503-331-6131 | 503-331-6024 |

**Messages**

**pain management**

| From | To | Sent and Delivered |
|---|---|---|
| Alyssa Petterson, LCSW<br>Last Read in kp.org<br>1/3/2025 9:20 AM by Weller, Steven | Weller, Steven | 1/2/2025 4:26 PM |

**Hello Steven Weller**

I'm glad we had the opportunity to talk today. Here is information on services we offer in the Pain Clinic. I am also including a few links to web sites that patients have found helpful in understanding chronic pain and the nervous system.

To schedule, please contact the Pain Clinic at 503-331-6131. If you have any questions, feel free to ask them to transfer you to me or send me a kp.org message.

Hope this is helpful. Take good care,

Alyssa Petterson, LCSW, LICSWA
Kaiser Permanente Pain Management Clinic
3600 N Interstate Ave, Portland,OR 97227
503-331-6131

**What is Chronic Pain?**

Chronic Pain is pain that continues more than 3 months. The goal of treatment is to manage pain, which involves learning ways to reduce your pain level and learning ways to improve your function.

**What are Coping and Skills services offered by Pain Clinic?**
People with the health condition of Chronic Pain get the best results by creating a pain management plan that incorporates a combination of therapies. The Pain Clinic team assists you to develop an effective pain management plan to support you participating in your life as fully as possible.

We offer both group appointments and individual appointments. No matter where pain is located in the body, the nervous system is always involved, and effective treatment of Chronic Pain involves retraining the nervous system. People retrain their nervous system by learning and practicing pain management skills. Both the group appointments and the individual appointments provide education and assistance to practice new skills: pacing activity, sleep strategies, nutrition, managing stress, relaxation practice, strategies to increase body movement, balance distraction with mindfulness, etc. We also offer information about the roles of Integrative Therapies, Medications, and Pain Procedures.

**Group Appointments.** A series of pain education and skill practice appointments facilitated by a team of clinical social workers and pharmacists who have specialized training and expertise in pain management. There are 6 group appointments and one individual appointment in the series. These are video visits. Participating in this service provides a good foundation in pain education and guidance to develop your pain management plan.

We offer groups virtually over Zoom and have weekday morning, afternoon and evening options.

Chronic Pain Management video group appointments

Week #1: Introduction: What is chronic pain? Deep breathing for better pain control.
Week #2: Turn down the pain: How to sit, stand, and sleep with less pain. How to do daily activities without increasing your pain.
Week #3: Learning how, when, and what to do: Pacing your activities to reduce pain. Managing pain flares. Managing insomnia and improving sleep.
Week #4: Creating healthy thoughts and emotions to improve pain management skills: Suffering and the human response to pain. Treatment of depression and anxiety Treatment for victims of abuse. Grief. Managing anger. Intimacy and sexuality.
Week #5: Appropriate use of medications and prevention of side effects: Using medications wisely. Medications used for pain control. Managing side effects of medications. Establishing a medication treatment plan.
Week #6: Strategies for a healthy life: Integrative Medicine Smart nutrition and chronic pain. Invasive procedures to treat pain.
Week #7: Individualized treatment planning

**Individual Appointments.** An individualized pain assessment and a series of follow up appointments to assist you to develop your pain management plan by focusing on your specific strengths and goals as well as address specific challenges you may be experiencing in your pain management. You will learn ways to influence the nervous systems response to pain and change your pain experience. These individual services are offered by a psychologist and clinical social workers, and all team members have specialized training and expertise in pain management. Some people choose to first attend the pain group series as preparation to participate in the individual appointments.

**Here are some online resources about chronic pain if you would like to learn more:**

Resources and research by Lorimer Moseley, Pain Scientist:

"Why Things Hurt" TedTalk on YouTube
https://www.youtube.com/watch?v=gwd-wLdIHjs

Pain, the brain and your amazing Protectometer on YouTube
https://www.youtube.com/watch?v=ICF1_Fs00nM

Tame the Beast website
https://www.tamethebeast.org/

Pain Revolution Website
https://www.painrevolution.org/painfacts

Dr. Rachel Zoffness, Pain Psychologist
Dr. Zoffness is the guest on various podcasts, see links on her website.
https://www.zoffness.com/resources

Neuroplastix website
http://www.neuroplastix.com/

**Biofeedback Overview**

Biofeedback is a therapeutic tool used to regulate biological processes that we generally don't think we can control or influence. Biofeedback can be used to help an individual self-regulate and influence their pain perception. Most people who benefit from biofeedback have conditions that are brought on or made worse by stress, which makes internal processes (heart rate, blood pressure, temperature) become overactive.

The biofeedback instruments give patients immediate information about their own biological conditions, including brainwaves, heart function, breathing, muscle tension, temperature, and galvanic skin response (or sweat). This feedback enables an individual to become an active participant in the process of health maintenance. Over time, these changes can endure without continued use of the instruments.

How does biofeedback help patients cope with chronic pain?
There are 3 stages that occur during the biofeedback training.
1. During the first stage, the patient gains awareness of his/her problematic physical response. Individuals identify how their bodies respond to a variety of stressors and determine their ability to overcome the undesired physical reactions.
2. During the second stage, the patient uses the signals from the biofeedback to control his/her physical responses. The individual is coached by the therapist to reach certain goals related to managing a specific physical response.
3. At the final stage, the patient transfers control from the biofeedback equipment to themselves. Individuals learn through trial and error to identify triggers that alert them to implement the self-regulation skills they learned. At the end of treatment, patients are typically encouraged to practice the mental exercises daily.
At the Kaiser Pain Clinic, we offer Biofeedback for chronic pain treatment. This treatment consists of 4-6 initial training sessions. At present, we are scheduling patients at West Interstate Medical Office. Each Biofeedback session will be subject to your Specialty Office Visit Co-payment.

Biofeedback information from University of Maryland Medical Center:
http://www.umm.edu/health/medical/altmed/treatment/biofeedback

Biofeedback information from Cleveland Clinic:
https://my.clevelandclinic.org/health/articles/biofeedback

## 12/31/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT |

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaints**

- OCCUPATIONAL THERAPY, onset date 1/29/2025
- PROGRESS NOTE, onset date 1/29/2025

**Visit Diagnoses**

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- MUSCLE WEAKNESS [M62.81]
- RIGHT HAND PAIN [M79.641]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 01/29/2025 1658 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 01/29/2025 1658 |
| Diagnosis #3 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 01/29/2025 1658 |
| Diagnosis #4 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 01/29/2025 1658 |

### Clinical Notes

**Unknown**

**Progress Notes by Dahuyag, Faye D, OT at 12/31/2024 1650**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 1/29/2025 4:58 PM | Encounter Date: 12/31/2024 | Creation Time: 12/31/2024 4:38 PM |
| Status: Signed | Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL) | |

**Occupational Therapy Progress Note Visit # 4/5**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain

## 12/31/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Monthly Progress Note Due: 1/31/2025

**ASSESSMENT**

**Occupational Therapy Monthly Progress Note (reporting period: 12/1/2024 to 12/31/2024)**
Current Functional Status: remains limited in functional activities d/t "stinging pain"
Objective Changes: no changes
Individual Goal Progress & Explanation: See notes/changes below.
Assessment of Therapy Progress: poor. Continues to report of "stinging pain". Unable to perform tasks for sustained periods of time. States that "it is not necessarily painful, but stinging pain". Hopes that his symptoms will subside when he retires. No numbness/tingling, but reports "neurologic pain". This pain does not seem to follow a particular nerve pathway. "Stinging" sensation is more consistent with C6-C7 dermatome. MRI taken in January of 2024 demonstrated discogenic marrow edema for both L and R side. Patient may benefit from working with PT to address these issues as it could be coming more proximal. Per patient, exercises that involves neck movement does change the symptoms. He has learned to adjust HEP/nerve gliding to avoid amplifying symptoms
Member will benefit from continued skilled OT intervention to decrease pain and increase strength.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: multiple chronic pain issues
Next Progress Note Due: 1/31/2025

**PLAN OF CARE**

Steven to be seen up to an additional 2 visits through 2024.

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | 9/11/2024 |
| Therapist: Faye Dahuyag, OTR | FD |
| Patient to demonstrate understanding on activity modification techniques | Met |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | Met |
| Patient to report compliance with HEP | Met |

| **Long term goals by** 8/22/24 | Status | Status | Status |
|---|---|---|---|
| Date: **5/24/24** | 9/11/2024 | 11/5/2024 | 12/31/2024 |
| Therapist: Faye Dahuyag, OTR | FD | FD | FD |
| Patient to report pain no more then 1/10 during functional use of the B hand | ongoing | ongoing | ongoing |
| Patient will be able to type for at least 5 mins with no pain. | ongoing | ongoing | ongoing |
| Independent with HEP and self management of this diagnosis. | ongoing | ongoing | ongoing |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.

## 12/31/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Changes to Plan of Care: extended POC
Subsequent Visit Treatment Recommendations: See MD notes

**SUBJECTIVE**

L hand n neurologic pain volar hand, thenar.
Edema glove more helpful

**OBJECTIVE**

Reports constant "stinging" pain

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

PN
Discussed plan moving forward and possible PT referral.
Continue nerve gliding. Avoid placing the nerve on tension.

Time In: 450
Time Out: 512

| BILLING CODES | Minutes | Units |
|---|---|---|
| Therapeutic Exercise | 22 | 1 |
| | | |
| | | |
| Total Billable Time: | 22 | 1 |

Electronically signed by Dahuyag, Faye D, OT at 1/29/2025 4:58 PM

## 12/31/2024 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Plant, Brad, PT | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY, onset date 12/31/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Modify | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Plant, Brad, PT | 12/31/2024 1126 |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Plant, Brad, PT | 12/31/2024 1126 |
| Diagnosis #2 | | | | |
| Modify | LEFT KNEE JOINT PAIN | M25.562 | Plant, Brad, PT | 12/31/2024 1126 |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Plant, Brad, PT | 12/31/2024 1126 |

**Clinical Notes**

**Unknown**

**Progress Notes by Plant, Brad, PT at 12/31/2024 1050**

| | | |
|---|---|---|
| Author: Plant, Brad, PT | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 12/31/2024 11:26 AM | Encounter Date: 12/31/2024 | Creation Time: 12/31/2024 8:09 AM |
| Status: Signed | Editor: Plant, Brad, PT (THERAPIST, PHYSICAL) | |

**Physical Therapy Progress Report - In Office Appointment**

Visit #8 for R hip pain

Reporting Period: 12/19/2024 to 12/31/2024
Next monthly progress report due date: 1/30/25

**ASSESSMENT**

Pt with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. Pt with gradual improvement in tolerance to walking, ambulates into clinic today without w/c for first time. Anterior hip pain and limited tolerance to active hip flexion is consistent with hip flexor over-activity. Encouraged glute/hamstring activation, hip flexor inhibition concepts, standing/CKC strengthening progressions as tolerated.
Pt is progressing towards meeting PT goals.

**12/31/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

**PLAN OF CARE**

Steven to be seen up to 3 additional visits by 2/6/25 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

Goals Re-Established 11/8/2024
Short Term/Long Term Goals: By 2/6/25
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program. **Progressing Towards Goal**
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms. **Progressing Towards Goal**
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function. **Progressing Towards Goal**

**SUBJECTIVE**

Pt reports
Walking more, doing more, still hurts but not worsening, has to rest
Walking today without w/c
Feels that he is making slow progress
Clamshell exercises are getting easier, bridges getting easier
Ortho appointment 2/7 for L knee, "sports medicine"

Pain Rating: NR/10

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Pt ambulates into clinic with SPC, pt able to walk with SPC from waiting room to treatment room today
Gait: WNL with SPC, slowed

Special Tests:
SLR: R 85 L 65
FA ER ROM: R 40 L 65
FA IR ROM: R 30 L 0
Extension Drop/Thomas Test: NT
Adduction Drop Test/Ober's: **+ L**
Abduction Raise Test: NT
Pelvis Ascension Drop Test: NT

**Therapeutic Exercise:**
Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 12/31/2024
Prepared by: Brad Plant

Exercises
- Supine Single Knee to Chest Stretch - 1-2 x daily - 3-5 reps - 20-30 seconds hold
- Bent Knee Fallouts with Alternating Legs - 1-2 x daily - 3 sets - 3-5 reps - 20-30 sec hold
- Clamshell - 1-2 x daily - 2-3 sets - 10 reps

- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps
- PRI Right Sidelying Supported Left Glute Med - 1-2 x daily - 3-5 sets - 5 breaths
- Seated Hip Hinge - 1-2 x daily - 10 reps

Added:
- Staggered Stance Step Throughs - 1-2 x daily - 2 sets - 10 reps **- with hand hold**
- Standing Heel Raise with Support - 1-2 x daily - 3 sets - 10 reps
- Standing Gastroc Stretch - 2-3 x daily - 2-3 reps - 20-30 sec hold

**Patient Response to Treatment**: Pt demonstrates good understanding and performance of exercises and is agreeable to performing these at home.

**Time Spent on Treatment:**
Therapeutic Exercise x 25 minutes

Time In: 10:58
Time Out: 11:24

Electronically signed by Plant, Brad, PT at 12/31/2024 11:26 AM

## 12/20/2024 - Telephone in Westside Medical Office Orthopedics

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Chief Complaint**

- APPOINTMENT ( sports med appt for L knee)

**Revision History**

Baum, Dawn, MA on 12/20/2024 1154
- APPOINTMENT (Needs sports med appt for L knee)

Baum, Dawn, MA on 12/20/2024 1153
- APPOINTMENT (Needs sports med appt for  knee)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Baum, Dawn, MA at 12/20/2024 1153**

| | | |
|---|---|---|
| Author: Baum, Dawn, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 12/20/2024 11:55 AM | Encounter Date: 12/20/2024 | Creation Time: 12/20/2024 11:53 AM |
| Status: Signed | Editor: Baum, Dawn, MA (MEDICAL ASSISTANT) | |

**R:** ML for pt to call for sports med appt per Sadie Morse. PA
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing.
**B:** See message as stated below.

*Morse, Sadie Katherine, PA    Baum, Dawn, MA*
*Can we schedule him with Ortho sports for eval of L knee?*

Preferred communication for return message: Phone: Best Number:
Home Phone
Work Phone
Mobile    Leave a detailed message: Yes

**A:** Request completed.
Unable to review PST at this time Member not available

Electronically signed by Baum, Dawn, MA at 12/20/2024 11:55 AM

**Telephone Encounter by Baum, Dawn, MA at 12/24/2024 0906**

| | | |
|---|---|---|
| Author: Baum, Dawn, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 12/24/2024 9:06 AM | Encounter Date: 12/20/2024 | Creation Time: 12/24/2024 9:06 AM |
| Status: Signed | Editor: Baum, Dawn, MA (MEDICAL ASSISTANT) | |

**R:** Patient informed and agrees.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing.
**B:** See message as stated below.

## 12/20/2024 - Telephone in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

Preferred communication for return message: Phone: Best Number:
Home Phone
Work Phone
Mobile Leave a detailed message: Yes

**A:** Request completed.
PST to be discussed at appointment on

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 12/31/2024 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/31/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 1/2/2025 3:00 PM | Alyssa Petterson | Central Interstate Pain Clinic | 503-331-6131 | Telephone Visit |
| 1/13/2025 11:00 AM | Olukayode O. Ogunrinde | Sunnyside Sleep Medicine | 855-878-6411 | Video Visit Evolution (Zoom) |
| 1/14/2025 2:30 PM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 1/27/2025 10:00 AM (Arrive by 9:30 AM) | Geoffrey P. Noble | Sunnyside Neurology | 844-364-4807 | |
| 1/29/2025 2:15 PM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 2/7/2025 1:20 PM (Arrive by 1:05 PM) | Anne M. Denys | Sunnybrook Orthopedics | 503-571-3653 | |
| 2/14/2025 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |

.

Electronically signed by Baum, Dawn, MA at 12/24/2024 9:06 AM

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 12/20/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Morse, Sadie Katherine, PA | Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PHYS TAV, EST PAT, 11-20 MIN OF MEDICAL DISCUSSION** |

**Reason for Visit**

**Visit Diagnoses**

- **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary) [M70.71]**
- BURSITIS OF LEFT ILIOPSOAS BURSA [M70.72]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary)** | M70.71 | Morse, Sadie Katherine, PA | 12/20/2024 0948 |
| Diagnosis #2 | | | | |
| Add | BURSITIS OF LEFT ILIOPSOAS BURSA | M70.72 | Morse, Sadie Katherine, PA | 12/20/2024 0948 |
| Diagnosis #3 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Morse, Sadie Katherine, PA | 12/20/2024 0948 |

**Clinical Notes**

**Unknown**

**Progress Notes by Morse, Sadie Katherine, PA at 12/20/2024 0920**

| | | |
|---|---|---|
| Author: Morse, Sadie Katherine, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 12/20/2024 9:48 AM | Encounter Date: 12/20/2024 | Creation Time: 12/20/2024 9:32 AM |
| Status: Signed | Editor: Morse, Sadie Katherine, PA (PHYSICIAN ASSISTANT (P.A.)) | |

TAV with patient to follow up on recent bilateral iliopsoas bursae injections done 10/15/2024.

*The following has been copied and pasted from message sent to me from patient on 12/11/2024:*
It's been 8 weeks since the steroid injection in my right hip bursa. I've been off naproxen now for a week and I can feel the difference, but I am still about as active as I was on half. The exercises are also still fine, though left knee pain means I have to modify the bridges. I still need to sit and rest my hip a lot during the day.

Leaning forwards hurts my right hip pretty quickly, for example when standing and doing

**12/20/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

a jigsaw puzzle on a table. Sitting and leaning forwards, for example tying shoes likewise gets painful.

Pt feels very encouraged that he is making slow progress. Able to move around more, no longer taking naproxen or using ice. Exercises he's doing are not hurting his hip. PT yesterday, so he has some increased pain today. Bursae are less sensitive to pressure now. Walking aggravates the pain; his ability to stand has increased faster than his ability to walk. Walking ability has been improving. Pt has been doing PT exercises at home every day as well.

Pt mentions that L knee is also quite painful, and no one has been able to figure out what is wrong with it. Cortisone injection was ineffective; visit with PA Esterberg was inconclusive as to etiology of pain; previous MRI and Xrays unremarkable save minimal lateral facet of patella signal heterogenity.

-Follow up if symptoms worsen or fail to improve in bilateral hips
-Appt requested with Ortho Sports for L knee

14 minutes was spent on the phone with the patient for this visit.

Electronically signed by Morse, Sadie Katherine, PA at 12/20/2024 9:48 AM

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 12/19/2024 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Plant, Brad, PT | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 4 weeks (around 1/16/2025) for every other week x 2 PTA, then PT.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY, onset date 12/19/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Plant, Brad, PT | 12/19/2024 1546 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Plant, Brad, PT | 12/19/2024 1546 |

**Clinical Notes**

**Unknown**

**Progress Notes by Plant, Brad, PT at 12/19/2024 1440**

Author: Plant, Brad, PT
Filed: 12/19/2024 3:46 PM
Status: Signed
Service: —
Encounter Date: 12/19/2024
Editor: Plant, Brad, PT (THERAPIST, PHYSICAL)
Author Type: THERAPIST, PHYSICAL
Creation Time: 12/19/2024 10:36 AM

**Physical Therapy Progress Report - In Office Appointment**

Visit #7 for R hip pain
POC updated 11/8/2024

Reporting Period: 11/8/2024 to 12/19/2024
Next monthly progress report due date: 1/18/25

**ASSESSMENT**

Pt with chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. Discussed risk of being overly conservative with reduced loading through his legs, further reduction of strength and normal mechanics, especially considering having osteoporosis. Pt with gradual

improvement in tolerance to walking, encouraged continued progression. Discussed accepting some hip an dknee symptoms, especially if not progressively worsening or recovering upon rest. Unclear etiology of atypical pain pattern without severe OA per recent imaging. Anterior hip pain and limited tolerance to active hip flexion is consistent with hip flexor over-activity. Encouraged glute/hamstring activation, hip flexor inhibition concepts, CKC strengthening progressions as tolerated. Pt is progressing towards meeting PT goals.

**PLAN OF CARE**

Steven to be seen up to 4 additional visits by 2/6/25 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit:
Standing exercises as tolerated
Gait training, walking progression as tolerated

Goals Re-Established 11/8/2024
Short Term/Long Term Goals: By 2/6/25
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms. **Progressing Towards Goal**
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**SUBJECTIVE**

Pt reports clamshell getting easier
Bridges have become easier, left knee is a big problem, modifies with a yoga block
Walking longer in the condo
No longer icing his hip or using OTC medication
Still has to rest quite a lot
Interested in increasing activity without injury, left knee can't tolerate aquatic exercise or bike

Pain Rating: NR/10

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Pt enters clinic with use of power chair, pt able to walk with SPC from waiting room to treatment room today
Gait: WNL with SPC

Squat: unloading from right side with right anterior hip pain indicated, non-painful left knee

Special Tests:
SLR: R 85 L 65
FA ER ROM: R 40 L 65
FA IR ROM: R 30 L 0
Extension Drop/Thomas Test: NT
Adduction Drop Test/Ober's: + L
Abduction Raise Test: NT
Pelvis Ascension Drop Test: NT

**Therapeutic Exercise:**
Access Code: JQNF84R6

URL: https://kaiserpermanente.medbridgego.com/
Date: 12/19/2024
Prepared by: Brad Plant

Exercises
- Supine Single Knee to Chest Stretch - 1-2 x daily - 3-5 reps - 20-30 seconds hold
- Bent Knee Fallouts with Alternating Legs - 1-2 x daily - 3 sets - 3-5 reps - 20-30 sec hold
- Clamshell - 1-2 x daily - 2-3 sets - 10 reps
- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps
- PRI Right Sidelying Supported Left Glute Med - 1-2 x daily - 3-5 sets - 5 breaths
- Seated Hip Hinge - 1-2 x daily - 10 reps

**Patient Response to Treatment**: Pt required visual and verbal cueing to correctly perform today's exercises. Pt was able to correctly demonstrate exercises following session but may require continued cueing.

**Time Spent on Treatment:**
Therapeutic Exercise x 35 minutes

Time In: 2:55
Time Out: 3:37

Electronically signed by Plant, Brad, PT at 12/19/2024 3:46 PM

## 12/18/2024 - Office Visit in Westside Medical Office Audiology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Harris, Barbara Jean, Au.D | Harris, Barbara Jean, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Audiology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

### Reason for Visit

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Harris, Barbara Jean, Au.D | 12/18/2024 1009 |

### Clinical Notes

**Unknown**

**Progress Notes by Harris, Barbara Jean, Au.D at 12/18/2024 0930**

Author: Harris, Barbara Jean, Au.D
Service: —
Author Type: AUDIOLOGIST
Filed: 12/18/2024 10:09 AM
Encounter Date: 12/18/2024
Creation Time: 12/18/2024 9:29 AM
Status: Signed
Editor: Harris, Barbara Jean, Au.D (AUDIOLOGIST)

**Hearing Aid Stock Card**

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | **(R)** 2366366126<br>**(L)** 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430<br>Resound Multi-Mic (SN: unknown) |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | | | |

**12/18/2024 - Office Visit in Westside Medical Office Audiology (continued)**

**Clinical Notes (continued)**

Visit Reason: Hearing aid check/adjustment
Accompanied by: Self

**S:** Patient is an engineer and music enthusiast, here today for hearing aid adjustment. His primary issue today is feedback when wearing his hearing aids with supra-aural headphones to listen to music.

**O/A:** Accomplished the following today:

- Uploaded audiometric thresholds to hearing aids from exam completed on December 16, 2024.
- Substantially reduced overall gain in music program (6-8 steps), until feedback issue with headphones resolved.
- Reduced overall gain on LEFT side in music program by two additional steps to achieve loudness balance, per patient request.

1.
2. Patient listened to a variety of music samples in the clinic after adjustments, and reported that feedback was better, and music sounded balanced.
3.
4. **P:** No additional follow-up is scheduled at this time. Patient will contact the clinic as needed for hearing aid services.
5.

Electronically signed by Harris, Barbara Jean, Au.D at 12/18/2024 10:09 AM

**Patient Instructions**

**Hearing Aid Stock Card**

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | **(R)** 2366366126<br>**(L)** 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430<br>Resound Multi-Mic (SN: unknown) |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | | | |

**Supply Orders:**

There are three ways to order supplies for your hearing aids. Supplies are sent free of charge, up to 7 years

after hearing aid purchase, and as long as you are an active KP member. For each option, the supplies will be mailed to your address on file.

6. Use KP.ORG
   a. send a message to your audiologist requesting supplies

7. Complete a supply request form at the clinic
   a. Forms are located by the hearing aid drop box in the Audiology department

8. Leave a message
   a. Call the Specialty Line at (503) 331-3060 and make a request

**Hearing Aid Drop Box**

Hearing aid repairs can be addressed by using the hearing aid drop box located in the audiology department or by making an appointment at (503) 331-3060 to see the audiology technician. Repair forms and bags are available to use at the drop box. Place your hearing aids into the bag and drop in the box. Every attempt will be made to address concerns and repairs in office prior to mailing to the manufacturer for repair. If the hearing aids need to be sent to the manufacturer, you will receive a phone call with information regarding this. You will be notified when the hearing aids are received in the clinic and given options for pick up. For hearing aid issues unrelated to repair, an appointment with an audiologist will be needed. **PLEASE NOTE:** You must be an active KP member; The audiology department does not see members on a walk-in basis.

**Warranty**

As a reminder, your hearing aids are covered for services such as repair, reprogramming, fit adjustments, cleaning, earmolds, supplies, and drop box until the date listed above. Should the hearing aids become lost or damaged beyond repair, contact the audiology department and request a loss and damage replacement. Each hearing aid is covered one time for loss and/or damage beyond repair within the warranty period and will incur a $200 per aid non-refundable fee. After the warranty is complete, the hearing aids are serviceable until they are 7 years old, for an additional fee.

**Bluetooth Hearing Aid Support**

For questions/concerns regarding hearing aid Bluetooth connection to your cell phone (if applicable), please contact the hearing aid manufacturer for support.

Resound Bluetooth Support operates 6-4 pm PST, Monday through Friday and can be reached at 1-888-735-4327.

**Trouble Shooting**

1. The hearing aid is not producing sound or sounds muffled
   - Brush the microphones
   - Change the wax filter (if applicable)

- Change the battery or place in charger until green light is solid
- Use the volume control to turn up volume (if applicable)

2. The hearing aid got wet and stopped working
   - If you have been given a Dri-aid kit by your audiologist, use this. If you need a Dri-aid kit, you can request one be sent by mail. Another option is to place the hearing in dry rice for several hours.
   - If this does not resolve the issue, contact the audiology department.

We are here to help. For all questions or concerns, you may contact your provider via KP.ORG or by calling the specialty appointment line at (503) 331-3060. You can leave a message or make an appointment during business hours.

Electronically signed by Harris, Barbara Jean, Au.D at 12/18/2024 10:09 AM

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 12/16/2024 - Office Visit in Sunnybrook Audiology

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Pluim, Joshua Willem, Au.D | Pluim, Joshua Willem, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Audiology | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Visit Diagnosis**

- **BILAT SENSORINEURAL HEARING LOSS (primary) [H90.3]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT SENSORINEURAL HEARING LOSS (primary)** | H90.3 | Pluim, Joshua Willem, Au.D | 12/16/2024 0950 |

**Clinical Notes**

**Unknown**

**Progress Notes by Pluim, Joshua Willem, Au.D at 12/16/2024 0930**

Author: Pluim, Joshua Willem, Au.D Service: — Author Type: AUDIOLOGIST
Filed: 12/16/2024 9:57 AM Encounter Date: 12/16/2024 Creation Time: 12/16/2024 9:26 AM
Status: Signed Editor: Pluim, Joshua Willem, Au.D (AUDIOLOGIST)

**Visit Type:** Audiology Evaluation

**Subjective Concern:**
Updated hearing test.

Accompanied by: self
Previous hearing exam? no
Hearing Aid user? yes, Resound (KP northern california)

Tinnitus? no
Dizziness/Vertigo? no
Noise exposure? no
Ear protection? yes
Family history of hearing loss? Yes, parent, siblings, cousins
Prior ear surgery or disorders? History of childhood ear infections, and PE tubes.
Pain, pressure or fullness? no

**Objective Results:**

Otoscopy

**12/16/2024 - Office Visit in Sunnybrook Audiology (continued)**

**Clinical Notes (continued)**

Right: clear canal, tympanic membrane visualized
Left: clear canal, tympanic membrane visualized

Pure tone Audiometry using insert phones
Bilateral: moderately-severe to profound sensorineural hearing loss 250 to 8K Hz

Speech Reception Thresholds are in good agreement with puretone results
Right: 70 dB HL
Left: 70 dB HL

Speech Discrimination Ability in Quiet (conducted in English)
Right: 56% @ 90 dB HL
Left: 44% @ 90 dB HL
Preferred language: English

Tympanometry
Right: DNT
Left: DNT

*Tympanometry is completed to rule out the presence of middle ear disorder due to complaint of tinnitus, aural pressure/fullness, presence of a conductive or mixed hearing loss, history of dizziness or middle ear disorders and/or a referral to or from the Head and Neck Surgery department.*

Comments: See scanned audiogram/tympanometry for detailed info

**Assessment:**
Testing showed a moderately-severe to profound sensorineural hearing loss bilaterally. No signs of active ear disease or significant asymmetry noted on exam.

Changes to hearing?N/A
Is this a sudden HL? No

Patient was counseled on exam results. The following written information was also provided: copy of today's audiogram results.

Does this person meet minimum Medicaid criteria for amplification (*OR Adults: 35 dB loss @ 2 frequencies between 1-4 kHz, WA: 45 dB PTA or worse in better ear*). **Yes, meets both WA and OR medicaid requirements for amplification**

**Plan:**
- Recommend patient follow-up with Audiology for hearing aid check/adjustment.
- Repeat audiology exams as needed if changes to hearing, tinnitus, or balance are suspected.

Electronically signed by Pluim, Joshua Willem, Au.D at 12/16/2024 9:57 AM

## 12/12/2024 - Telephone in Appointment & Advice Contact Center

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Chief Complaint**

- APPOINTMENT (done)

**Revision History**

Dykier, Pamela, RN on 12/17/2024 1146
- APPOINTMENT (3 DL "Nerve pain " left hand, asking for follow up with you)

Roque, Christine, RN on 12/12/2024 1632
- APPOINTMENT (NOD DL bilateral hand pain)

Romeo, Megan on 12/12/2024 1339
- CARE COORDINATION

**Clinical Notes**

**Unknown**

**Telephone Encounter by Romeo, Megan at 12/12/2024 1339**

| | | |
|---|---|---|
| Author: Romeo, Megan | Service: — | Author Type: — |
| Filed: 12/12/2024 1:40 PM | Encounter Date: 12/12/2024 | Creation Time: 12/12/2024 1:39 PM |
| Status: Signed | Editor: Romeo, Megan | |

**S:** Patient, is calling to request f/u for same dx, mentions that the symptoms are about the same so he would like to see what next steps he might take.

**B:** Followed by Dan Lavery, MD for BILAT HAND PAIN

.

- Is this issue?
- New or Worsening: no
- Are you experiencing Moderate to severe pain? yes
- 
- **A:** Preferred method of communication: KP.ORG Accepted: Phone number if needed by clinic staff:
- 
- Mobile
- 

Electronically signed by Romeo, Megan at 12/12/2024 1:40 PM

**Telephone Encounter by Dykier, Pamela, RN at 12/17/2024 1122**

| | | |
|---|---|---|
| Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 12/17/2024 11:46 AM | Encounter Date: 12/12/2024 | Creation Time: 12/17/2024 11:22 AM |
| Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE) | |

**R: Routed to Dr. Lavery, patient is having new "Nerve Pain" to his left forarm/ hand. Certain movements can trigger it. Compression helps. Asking for a follow up appointment with you.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing returning call.
**B: Followed by Dr. Lavery for Bilateral hand pain. Last appointment was 5/9/2024.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**A:** Called and spoke with patient about his worsening symptoms:

- Pt states he is having "Neurological pain" in left arm at times that is bad enough to be disabling. Sometimes triggered by doing certain arm movements. States that while doing physical therapy exercises "nerve gliding" exercises with palm up he can trigger this pain.
- Can happen all by its self as well.
- Pain is described as generalized and distracting, not sharp or jabbing, its feels like the whole forearm is aching from hand to elbow. No weakness no problems moving arm or hand during the pain. States it last from a few hours to a day.
- Been going on for years and only recently noted that its triggered by certain movements.
- No numbness or tingling noted. No change in appearance
- Compression glove or sleeve does help.
- No longer works on keyboards so a lot of his symptoms before have resolved or calmed down.
- No symptoms noted to right arm.
- Pain Comes and goes.

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**COMMENTS**

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

**RECOMMENDATIONS**

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody
-no additional neurodiagnostic testing recommended outside of the above blood tests
-agree with occupational hand therapy evaluation
-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered
-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam
-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

## 12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)

**Clinical Notes (continued)**

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

This note was dictated using FLUENCY VOICE RECOGNITION SOFTWARE and transcription errors occasionally occur. Please contact me if there is a question about the intended meaning of a word or phrase in this dictation.

**Other Notes**

All notes
**Instructions**

Return for PRN (follow up as needed).

**Follow-up:**

- **I will send a copy of my note to your primary care provider. I would suggest checking in with her in a few months, after you have tried some of the conservative treatments listed above. If the symptoms are not adequately controlled then she could consider prescribing a prescription medication for pain, or possibly involving rheumatology or orthopedic hand surgery for opinions.**

Sincerely,

Dan Lavery, MD
Department of Neurology

Electronically signed by Dykier, Pamela, RN at 12/17/2024 11:46 AM

**Telephone Encounter by Lavery, Daniel Philip Jr., MD at 12/17/2024 1205**

| | | |
|---|---|---|
| Author: Lavery, Daniel Philip Jr., MD | Service: — | Author Type: Physician |
| Filed: 12/17/2024 12:09 PM | Encounter Date: 12/12/2024 | Creation Time: 12/17/2024 12:05 PM |
| Status: Signed | Editor: Lavery, Daniel Philip Jr., MD (Physician) | |

I could not previously identify an obvious neurological explanation for his symptoms, and my feeling was that the symptoms were more likely musculoskeletal in nature. At this point I would suggest a second opinion with Dr. Mahadeva or Dr. Noble to see if they have a different view on his symptoms.

Electronically signed by Lavery, Daniel Philip Jr., MD at 12/17/2024 12:09 PM

## 12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)

**Clinical Notes (continued)**

**Telephone Encounter by Dykier, Pamela, RN at 12/17/2024 1536**

| | | |
|---|---|---|
| Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 12/17/2024 3:44 PM | Encounter Date: 12/12/2024 | Creation Time: 12/17/2024 3:36 PM |
| Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE) | |

**R:** Patient informed and agrees.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 12/18/2024 9:30 AM (Arrive by 9:15 AM) | Barbara J. Harris; WMS FITTING/DISPENSING ROOM | Westside Medical Office Audiology | 855-512-5983 | |
| 12/18/2024 12:40 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Telephone Visit |
| 12/19/2024 2:40 PM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/20/2024 9:20 AM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 12/31/2024 10:50 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/31/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 1/13/2025 11:00 AM | Olukayode O. Ogunrinde | Sunnyside Sleep Medicine | 855-878-6411 | Video Visit Evolution (Zoom) |
| 1/27/2025 10:00 AM (Arrive by 9:30 AM) | Geoffrey P. Noble | Sunnyside Neurology | 844-364-4807 | |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Call outgoing to give message from Dr. Lavery.
**B:** See message as stated below.

**Lavery, Daniel Philip Jr., MD Physician Signed 12:05 PM**

**I could not previously identify an obvious neurological explanation for his symptoms, and my feeling was that the symptoms were more likely musculoskeletal in nature. At this point I would suggest a second opinion with Dr. Mahadeva or Dr. Noble to see if they have a different view on his symptoms.**

**A:** Request completed.

Electronically signed by Dykier, Pamela, RN at 12/17/2024 3:44 PM

**Flowsheets**

**Nursing Care provided**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 12/12/2024 - Telephone in Appointment & Advice Contact Center (continued)

**Flowsheets (continued)**

| Row Name | 12/17/24 1543 |
|---|---|
| Nursing Care provided | |
| Care given | Triage/Advice Acute Symptoms;Follow-up Support -PD at 12/17/24 1544 |
| Total time with patient | 20 min -PD at 12/17/24 1544 |
| Setting in which patient received care | Telephone -PD at 12/17/24 1544 |
| Clinician Involvement | Consult -PD at 12/17/24 1544 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| PD | Dykier, Pamela, RN | REGISTERED NURSE | Nursing | 12/17/2024 |

## 12/11/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 12/11/2024 9:48 AM |

It's been 8 weeks since the steroid injection in my right hip bursa. I've been off naproxen now for a week and I can feel the difference, but I am still about as active as I was on half. The exercises are also still fine, though left knee pain means I have to modify the bridges. I still need to sit and rest my hip a lot during the day.

Leaning forwards hurts my right hip pretty quickly, for example when standing and doing a jigsaw puzzle on a table. Sitting and leaning forwards, for example tying shoes likewise gets painful.

## 12/03/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL (Foster, Referral )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Bermejo, Darely, MA at 12/3/2024 1636**

Author: Bermejo, Darely, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 12/3/2024 4:41 PM | Encounter Date: 12/3/2024 | Creation Time: 12/3/2024 4:36 PM
Status: Signed | Editor: Bermejo, Darely, MA (MEDICAL ASSISTANT)

**R:** Routed to clinician for advice
- Patient requesting neurology referral
- Referral pended

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from Scheduled telephone appointment on 11/08/24 by Kellie R. Foster, MD:*
A) NEUROPATHIC PAIN (primary encounter diagnosis)
OBSTRUCTIVE SLEEP APNEA
BILAT HAND JOINT PAIN
RIGHT HIP JOINT PAIN

Consider pain referral in future as well as low dose naltrexone but pain reports pain is managable
Consider interventional pain in future for possible cervical nerve intervention
Will email form for PGE for need for cpap
Pt will schedule visit in Jan

Electronically signed by Bermejo, Darely, MA at 12/3/2024 4:41 PM

**Messages**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**12/03/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>12/19/2024 7:11 PM by Weller, Steven | Weller, Steven | 12/6/2024 4:06 PM |

Dear Mr Weller,

Thank you for your message- because you are an established patient in neurology (visit with Dr Lavery 6/2024) - you can contact their team to schedule a visit- neurology Advice Nurse, please call 503-571-7211.

Sincerely,
.Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 12/3/2024 11:52 AM |

Despite general improvement in my hand and arm pain resulting from rest, I am still getting neurological pain in my left arm at times that's bad enough to be disabling. I can also trigger it by doing certain nerve gliding or arm movement exercises. My right arm is unaffected.

I'd like to see if there is anything that neurology can do for me since we've never gotten to the root of this issue.

## 12/03/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Olson, Ashley, MA at 12/4/2024 0944**

| | | |
|---|---|---|
| Author: Olson, Ashley, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 12/4/2024 9:44 AM | Encounter Date: 12/3/2024 | Creation Time: 12/4/2024 9:44 AM |
| Status: Signed | Editor: Olson, Ashley, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.

FYI

Electronically signed by Olson, Ashley, MA at 12/4/2024 9:44 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Ashley Olson, MA<br>Last Read in kp.org<br>12/14/2024 8:14 AM by Weller, Steven | Weller, Steven | 12/4/2024 9:44 AM |

Dear Steven,

I will pass your message along for Sadie to review. Let us know if you have any questions or need anything.

Should you need to make an appointment, have questions or need medical advice please call your preferred clinic for assistance. If needed you can reach the regional advice line after 5pm, Weekends and on Holidays at 1-800-813-2000.

Ashley Olson, MA
Westside Orthopedics

Westside Ortho: 971-310-3240
Mill Plain Ortho: 360-449-7042
Skyline Ortho: 503-566-4505
Sunnybrook Ortho: 503-571-3653
Interstate Ortho: 503-281-2056

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 12/3/2024 9:31 PM |

It's been 7 weeks since the steroid injection in my right hip bursa. I'm taking half the naproxen that I was and feel less weird, more able to feel, and haven't experienced an increase in pain from it.

While my hip pain varies day to day, I'm seeing a trend of greater tolerance to standing and the ability to do more indoor activity. The bridge exercise unfortunately hurts my left knee, so I'm having to be very careful with those.

## 12/03/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>12/17/2024 1:25 PM by Weller, Steven | Weller, Steven | 12/17/2024 1:18 PM |

So sorry for the late response. I have been out of the office.

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>12/17/2024 1:23 PM by Weller, Steven | Weller, Steven | 12/17/2024 1:18 PM |

Hi Steven,

Do you have any shoulder pain? If you do, PT does not require referral. Might be helpful.

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 12/3/2024 9:41 PM |

On my last visit you gave me some compression hose to try on my arm to see if it affected the pain I was feeling.

I've found that it can help, but the effect is very variable. And I tend to have to put it on for a while and then take it off for the best effect. So it's clearly helping to relieve the pain but not in a consistent way.

**12/03/2024 - Patient Message in South Interstate Occupational Therapy (continued)**

**Messages (continued)**

I discontinued the hand and arm exercises and have not noticed a difference in the way I feel. I can still consistently trigger the neurological pain in my left arm by doing the tray gliding (to the side) and eating gliding (to the front). I think that the root of that pain lies in my shoulder, so I'm going back to neurology and will try some experiments to see if I can narrow down the action that triggers it.

KAISER PERMANENTE RELEASE OF INFORMATION Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/28/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Plant, Brad, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Brad Plant, PT<br>Last Read in kp.org<br>12/2/2024 9:38 AM by Weller, Steven | Weller, Steven | 12/2/2024 8:44 AM |

I would recommend that you don't abandon the bridge completely. If it's not working today, try it again tomorrow. It is a safe exercise for patellofemoral pain and will help build the strength you need to progress. Some days might be better than others though.

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Plant Brad Pt Pool (supporting Brad Plant, PT) | 11/28/2024 6:37 AM |

I'm currently doing Level II Bridge exercises to help with right hip pain and these are fine for my hips. However, my left knee (the one with femoral-patella syndrome) is starting to hurt, so I can't continue doing these exercises in their current form.

I'm going to try to modify the exercise to avoid hurting my left knee, but wondered if there is another exercise I can try that does not involve bending my knee in the same way?

## 11/27/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Reason for Visit

**Chief Complaint**

- OTHER (FYI)

### Clinical Notes

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 11/27/2024 1149**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 11/27/2024 11:49 AM | Encounter Date: 11/27/2024 | Creation Time: 11/27/2024 11:49 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.

Unable to review PST at this time.

Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 11/27/2024 11:49 AM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/27/2024 10:51 AM |

It's been 6 weeks since the steroid injection in my right hip bursa. I've had two PT appointments now.

I'm continuing with exercises that are not painful and have added Clamshell and removed hip adduction (abduction is ok). I'm getting around the condo about as well as last week, maybe a little better, being careful to rest my hip, but also being as active as I can.

I was taking naproxen 220mg twice a day, but have cut that to half dosage twice a day with the intention of stopping completely. I think it's making me feel weird (physically tense, a low

steady level of anxiety, lowering of mood).

## 11/22/2024 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Melin, Benjamin Joel, PTA | Plant, Brad, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return for follow POC/FUD from last PT visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY, onset date 11/22/2024

**Visit Diagnosis**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Melin, Benjamin Joel, PTA | 11/22/2024 0943 |

**Clinical Notes**

**Unknown**

**Progress Notes by Melin, Benjamin Joel, PTA at 11/22/2024 0915**

| | | |
|---|---|---|
| Author: Melin, Benjamin Joel, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 11/22/2024 9:44 AM | Encounter Date: 11/22/2024 | Creation Time: 11/22/2024 9:29 AM |
| Status: Signed | Editor: Melin, Benjamin Joel, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 6 this year
Progress note due: 12/8/24

**ASSESSMENT**

Patient Response to Treatment: good tolerance

Steven is a 63 yrs old male with subjective report and objective findings consistent with R anterior hip pain which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

**11/22/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

**PLAN**

Steven to be seen for up to 5 additional visits by 2/6/25 per physical therapy plan of care. Treatment may include the following: stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

No change in plan of care.

Next session 12/19/24 with Brad.

**SUBJECTIVE**

Steven reports pain is about 4-5/10 sitting in clinic, compliant with HEP, added some hip exercises since last visit (bridges/seated heel-toes/sidelying hip abduction).

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data: arrives in power scooter, indep xfers

Therapeutic exercise added/performed bridges with posterior pelvic tilt and emphasis on heel wt-bearing, sidelying clamshells on L sidelying, minutes: 30 Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 9:15am
Time Out: 9:45am

Electronically signed by Melin, Benjamin Joel, PTA at 11/22/2024 9:44 AM

## 11/19/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**
Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Post injection status )

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/19/2024 9:20 AM |

It's been five weeks since my right hip steroid shot. Progress has definitely leveled off now.

I started PT exercises 2024-11-11 a few days after my first PT appointment. I can do the exercises pain-free. The Level 2 bridge actually feels good in my right hip, literally like I'm using muscles that haven't seen any action in a while. Walking and standing still hurt, so I'm not doing more than I have to.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/19/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Plant, Brad, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Brad Plant, PT<br>Last Read in kp.org<br>11/19/2024 9:20 AM by Weller, Steven | Weller, Steven | 11/19/2024 9:19 AM |

Thanks for the update Steven. I think that's a great start in the right direction!
It looks like we see you again in PT 11/22.

Be Well,

Brad

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Plant Brad Pt Pool (supporting Brad Plant, PT) | 11/19/2024 9:12 AM |

A follow-up on my visit 2024-11-08. I did not have as much pain as I expected following my visit, and recovery was faster than expected, so the anti inflammatories are definitely helping.

I've been adding exercises, currently doing all the reps for the side lying scissor slides, level 2 bridge, seated heel raise and toe raise, supine hip abduction, and seated trunk rotation. I can do all of these pain-free, and interestingly the bridges actually feel good in my right hip.

I tried doing some straight ordinary walking up and down the condo, but that was too much and I'm now only walking when I need to.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/15/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Messages**

**PGE Forms**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>11/17/2024 9:11 AM by Weller, Steven | Weller, Steven | 11/15/2024 8:37 PM |

Dear Mr Weller,

Attached please find the PGE form. I am hopeful they will accept an electronic signature as I am only working virtually the next 2 weeks.

Sincerely,
Kellie R. Foster, MD

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/14/2024 - Patient Message in Westside Medical Office Durable Medical Equipment

**Visit Information**

**Provider Information**

**Encounter Provider**
Hegenbarth, Thomas J

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Durable Medical Equipment | 2875 NE Stucki Ave Hillsboro OR 97124 | 855-878-6411 |

**Messages**

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Sleep Medicine Case Manager Msg Pool (supporting Thomas J Hegenbarth) | 11/14/2024 11:10 AM |

I have enclosed an unfilled PGE form and a filled version that I previously submitted. Is this something you can fill out and return to me? I should have brought this with me at my visit this week.

I have worked with my PCP to do this, but she is busy with more important things.

## 11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Hegenbarth, Thomas J | Goldstein, Joshua Brandon, NP | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Durable Medical Equipment | 2875 NE Stucki Ave Hillsboro OR 97124 | 855-878-6411 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

**Reason for Visit**

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary)** | G47.33 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **ADULT OBSTRUCTIVE SLEEP APNEA, SEVERE (primary)** | G47.33 | Yes | Hegenbarth, Thomas J | 11/13/2024 0831 |

**Clinical Notes**

**Unknown**

**Progress Notes by Hegenbarth, Thomas J at 11/13/2024 0810**

Author: Hegenbarth, Thomas J | Service: — | Author Type: Case Management
Filed: 11/13/2024 8:32 AM | Encounter Date: 11/13/2024 | Creation Time: 11/13/2024 8:20 AM
Status: Signed | Editor: Hegenbarth, Thomas J (Case Management)

**Follow up PAP therapy on 11/13/2024**

**Visit Type:** Office

**Dispensed:** Referred to Apria for supplies and Mask

**Settings after download/visit:**
**SYSTEM:** ResMed AutoCPAP (Airsense 11) S 23231295566

**Settings: 8.0 - 12.0 cmH2O**
EPR: 3
Modem: Yes

**Tubing Type:** Heated tubing
**Mask Type:** Nasal mask dreamWear under nose, Size: med frame / large cushion

**AICD or Cardiac Pacemaker: NO**

**11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment (continued)**

**Clinical Notes (continued)**

**Background:**

Date of Initial Setup: **08/26/2015**
Date of last Upgrade /Purchase: 07/20/2023
Date of Recall/Warranty replacement: N/A
Initial sleep study: **Date** KP SO Cal **/ AHI 36.7** (>3 % desat rule)
Last download **AHI 3.9**

**Overnight oximetry requested: NO**

**Assessment:**

| | 11/10/2024 9:08 AM |
|---|---|
| **Epworth Sleepiness Scale Score** | |
| Epworth Sleepiness Scale Score | 2 |

ESS:

**Data obtained from device:**
Compliance Dates: 10/14/2024 - 11/12/2024
Usage is 100% of total days | 100% > 4 hours
Hours of usage 7 hrs 39 mins (avg)

Median: 9.6 cmH2O
95th: 11.2 cmH2O

CA: 1.6
OA: 1.2
AHI: 3.4
CSR/PB: 0.0%
Leak: 3.5 L/M
Humidification usage:Yes

**Settings for this download:**
8.0 - 12.0

Summary of Visit:
In office visit with Steven Weller who is here to establish care with KP NW SMES. Member is 100% compliant and very well treated. Time is spent disucssing his mask and his therapy and his pressure settings. He is at the top of his pressure setting but still well treated. Discussed increasing the flow 1 cm but he stated taht for comfort his lungs can't take the higher flow so he prefers the settings that he is at.

No need to increase the flow at this time. Setting 12 month apt request for annual follow up.

Routing to DOD

**Plan:**
1) Changes made to PAP Settings: N/A.
2) Follow up in 12 months.
3) Routing to Josh Goldstein, NP.

## 11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment (continued)

**Clinical Notes (continued)**

Electronically signed by Hegenbarth, Thomas J at 11/13/2024 8:32 AM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Thomas J Hegenbarth | 11/10/2024 9:08 AM |

Patient questionnaire submission
-------------------------------
Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kporg Epworth Sleepiness Scale Nw**

| Question | 11/10/2024 9:08 AM PST - Filed by Patient |
|---|---|
| How likely are you to doze off or fall asleep in the following situations, in contrast to feeling just tired? | |
| Sitting and reading | no chance of dozing |
| Watching TV | slight chance of dozing |
| Sitting inactive in a public place (e.g. a theater or a meeting): | no chance of dozing |
| As a car passenger for an hour without a break | no chance of dozing |
| Lying down to rest in the afternoon when circumstances permit | slight chance of dozing |
| Sitting and talking to someone | no chance of dozing |
| Sitting quietly after a lunch without alcohol | no chance of dozing |
| In a car, while stopped for a few minutes in traffic | no chance of dozing |
| **Epworth Sleepiness Scale Score (range: 0 - 24)** | 2 |

**Referrals**

**Outpatient Service #1915877472**

Reason: Specialty Services Required
Class: Internal
Status updated on: 10/30/2024

Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 10/30/2024 to 10/30/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000

Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

## 11/13/2024 - Sleep Office Visit in Westside Medical Office Durable Medical Equipment (continued)

**Referrals (continued)**

**Referred To**

Department: ZZZ-SLEEP MEDICINE
Specialty: Sleep Medicine

Department phone: 855-878-6411

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**221560 - REFERRAL SLEEP, CPAP EQUIPMENT.**

Number requested: 1 Number approved: 1

**Diagnoses**

- G47.33 (ICD-10-CM) - OBSTRUCTIVE SLEEP APNEA

**Referral Notes**

**Provider Comments by Wohletz, Bethany C, MD at 10/30/2024 1647**

Summary: Provider Comments

FOR PAP SUPPLIES AND ORDERS ONLY
For members who need supplies (mask, tubing, filters), if known what supplies are needed?

Payor: VST MBR KP NCAL / Plan: KP INTRGNL NO CALIFORNIA / Product Type: HMO

**Order**

**REFERRAL SLEEP, CPAP EQUIPMENT. [634757138]**

Electronically signed by: **Wohletz, Bethany C, MD on 10/30/24 1647** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Wohletz, Bethany C, MD 10/30/24 1647 Authorized by: Foster, Kellie R, MD
Ordered during: Patient Message on 10/30/2024
Diagnoses
OBSTRUCTIVE SLEEP APNEA [G47.33]
Order comments: FOR PAP SUPPLIES AND ORDERS ONLY For members who need supplies (mask, tubing, filters), if known what supplies are needed? Payor: VST MBR KP NCAL / Plan: KP INTRGNL NO CALIFORNIA / Product Type: HMO

**Coverages**

**Deductible Plan**

Plan: 5033270 Covered: Covered From: 3/1/2024 Member #: 15500373

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/12/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/12/2024 7:58 PM |

It's been four weeks since I had the steroid shot in my right hip bursa. I had a PT appointment a few days ago and am adding exercises gradually, so far without causing any increase in pain. I'm also making a point of walking as normally as possible in a straight line once a day and seem to be tolerating that. Still resting my hip a lot and using ice.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/11/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- E-MAIL COMMUNICATION

**Revision History**

Barker, Katherine Grace, LPN on 11/11/2024 1642
- E-MAIL COMMUNICATION (11/11 waiting for reply )

**Messages**

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent and Delivered |
|---|---|---|
| James Bussell, LPN<br>Last Read in kp.org<br>12/19/2024 7:11 PM by Weller, Steven | Weller, Steven | 11/12/2024 12:43 PM |

Hello Steven

Thank you for using kp.org. My name is Jim and I am a LPN with Kellie R. Foster, MD's team. Your clinician has asked me to reply to your message.

**Please call 800-813-2000 for appointment assistance.**

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Be Healthy. Live Well. Thrive.

Have a wonderful day!

James R. Bussell, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

## 11/11/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Messages (continued)**

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/11/2024 4:49 PM |

I am able to email paperwork, but don't have any to email yet. I may not get any for a while; if I do it will be closer to the deadline.

Dr Foster may be happy to provide a work status report based on email conversations, so an appointment may not be needed, but that is what we have done previously.

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Katherine Grace Barker, LPN<br>Last Read in kp.org<br>11/11/2024 4:44 PM by Weller, Steven | Weller, Steven | 11/11/2024 4:41 PM |

Steven,

Thank you for using kp.org. My name is Katie and I am a LPN with Kellie R. Foster, MD's team.

Are you able to email paperwork to Dr. Foster for review? I do see that you had an appointment on 11/08/2024 with Dr. Foster.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Katherine Barker, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Appointments and referrals~Reschedule existing appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/11/2024 9:03 AM |

The earliest I was able to make a new video appointment is January 10 2025. That's past the deadline for renewing my expiring work status (January 5 I believe). Ideally an appointment would be a couple of weeks earlier since the work status report tends to kick off other paperwork and a request for medical records.

How can I get an earlier appointment?

## 11/08/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 4** |

### Reason for Visit

#### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- OBSTRUCTIVE SLEEP APNEA [G47.33]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- RIGHT HIP JOINT PAIN [M25.551]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 11/15/2024 2038 |
| Diagnosis #2 | | | | |
| Add | OBSTRUCTIVE SLEEP APNEA | G47.33 | Foster, Kellie R, MD | 11/15/2024 2038 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 11/15/2024 2038 |
| Diagnosis #4 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 11/15/2024 2038 |

### Clinical Notes

#### Unknown

**Progress Notes by Foster, Kellie R, MD at 11/8/2024 1200**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 11/15/2024 8:39 PM | Encounter Date: 11/8/2024 | Creation Time: 11/8/2024 12:17 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**
Will need work status report filled out again in Jan
Need to make sure hitting deadlines

Cortisone shot into hip - 3 weeks ago, continues to pace activity



PAGE 128/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01
Lincoln Weller 1067

Had Physical Therapy again tody a-- not as painful as he thought it would be, remsin ambulatory
Not as impacted as he thought it would be
Ambulation is being encouraged
Least amt of pain is improving over time
Overall progress is being made, feels encouraged

Met with OT - strengthening exercises for hand - strenghtening, using puddy - can do exercises without pain
R hand has improved
L hand still stiff -
Still not able to get more use out of it
Stinging has improved-
Still occurring at night but not as much during the day
Still has to limit computer use - stlil limits computer - if overdoes it
OT recommending pain clinic
Lyrica and gabapentin overall numbing - when use hands more - prologned recovery after he had to stop
Wary of using pain medication
Since he is now able to pace activity pain is ok
Lethery/cold sensation in hand -cna be triggered by certain gliding especially if using shoulder
Overall symptoms are worse nin left hand at baseline - but lately not flaring any more than R
Tried to use manual wheelchair and dupuytren's flared

Rotation of left elbow can aggravate pain - feels like eblow has plateued - overall in ok shape

Elbow can hurt sympathetically
- usually pain ends at elbow

Can cope with isolated pain but generalized pain + stress hard to manage
Recent Not experiencing casading pain

Discussed pain clinic referral - options of meeting with physician for pain medications options
- pain psychology

Overall level of pain is ok because he can manage activity
Does overall think nerve problem is managable
Elbow and shoulder still can trigger pain
Wonders about role of neck

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
OBSTRUCTIVE SLEEP APNEA
BILAT HAND JOINT PAIN
RIGHT HIP JOINT PAIN

Consider pain referral in future as well as low dose naltrexone but pain reports pain is managable
Consider interventional pain in future for possible cervical nerve intervention
Will email form for PGE for need for cpap
Pt will schedule visit in Jan

P) No orders of the defined types were placed in this encounter.

21-30 min pt care time

Electronically signed by Foster, Kellie R, MD at 11/15/2024 8:39 PM

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>10/14/2024 8:11 AM by Weller, Steven | Weller, Steven | 10/12/2024 10:56 AM |

Appointment Information:
Visit Type: Video visit
Date: 11/8/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 12:00 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"

3. Wait for clinician to join

From mobile devices (phone or tablet)

1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops

1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call **1-844-800-0826**
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

## 11/08/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Plant, Brad, PT | Plant, Brad, PT |

#### Department

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

#### Follow-up and Dispositions

- Return in about 4 weeks (around 12/6/2024) for add every other week x 2 PTA/PT.

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY, onset date 11/8/2024

#### Visit Diagnosis

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Plant, Brad, PT | 11/08/2024 1512 |

### Clinical Notes

#### Unknown

##### Progress Notes by Plant, Brad, PT at 11/8/2024 0930

| | | |
|---|---|---|
| Author: Plant, Brad, PT | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 11/8/2024 3:12 PM | Encounter Date: 11/8/2024 | Creation Time: 11/8/2024 8:27 AM |
| Status: Signed | Editor: Plant, Brad, PT (THERAPIST, PHYSICAL) | |

**Physical Therapy Progress Report - In Office Appointment**

Visit #5 for R hip pain
POC updated 11/8/2024 (Reauthorization requested today)

Reporting Period: 9/11/2024 to 11/8/2024
Next monthly progress report due date: 12/8/24

**ASSESSMENT**

Chronic R anterior hip pain with limited tolerance to standing and walking due to apparent increase in symptoms afterwards. Pt demonstrates functional, normalized gait pattern today, with ability to ambulate 150' with minimal pain during. Discussed risk of being overly conservative with reduced loading through his legs, further reduction of strength and normal mechanics, especially considering having osteoporosis. Encouraged gradual progression of walking as tolerated, with discussion around accepting some symptoms, although trying to avoid symptoms increasing from one day to the next. Unclear etiology of atypical pain pattern without severe OA per recent imaging. Anterior hip pain and

**11/08/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

limited tolerance to active hip flexion is consistent with hip flexor over-activity. Encouraged glute/hamstring activation, hip flexor inhibition concepts.

**PLAN OF CARE**

Steven to be seen up to 6 additional visits by 2/6/25 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function as indicated.

Consider at next visit: hamstring and glute activation (bridge, clamshell, posterior pelvic tilt with heel pressure)
Gentle hip flexor stretching (SKC with right leg straight)
Standing exercises as tolerated
Gait training, walking progression as tolerated

Goals Re-Established 11/8/2024
Short Term/Long Term Goals: By 2/6/25

1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms.
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**SUBJECTIVE**

Pt reports
Pain is indicated R anterior hip
He had an injection several weeks ago, also taking Naproxen, with some steady progress in reducing inflammation
Symptoms are "fragile"
He has been using an electric wheelchair for walking longer distances
He can stand longer distances
In March of '23 he had arthritis in his left hip, R hip pain worsening May '23
Can't use an exercise bike

Pain Rating: NR/10

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Pt enters clinic with use of power chair
Gait: WNL at normal speed but indicates that he will pay for it later, pain is minimal during walking
Pt ambulates 150' today during session

<u>Special Tests:</u>
SLR: R 60 L 65
FA ER ROM: R 40 L 50
FA IR ROM: R 15 L 10
Extension Drop/Thomas Test: NT
Adduction Drop Test/Ober's: + L
Abduction Raise Test: NT
Pelvis Ascension Drop Test: NT

Shoulder Flexion: R 160 L 160
HG ER ROM: R 60 L 60
HG IR ROM: R 60 L 90
Shoulder Horizontal Abduction: NT

**11/08/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

**Therapeutic Exercise:**
Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/08/2024
Prepared by: Brad Plant

Exercises
- PRI Sidelying Respiratory Scissor Slides - 1-2 x daily - 3-5 sets - 5 breaths
- Level II - Bridge - 1-2 x daily - 2-3 sets - 10 reps

Reviewed and modified previous exercises given

**Patient Response to Treatment**: Minimal pain provocation during session, although he becomes uncomfortable right anterior hip with sitting, states that he will pay for it later.

**Time Spent on Treatment:**
Therapeutic Exercise x 45 minutes

Time In: 9:27
Time Out: 10:18

Electronically signed by Plant, Brad, PT at 11/8/2024 3:12 PM

## 11/07/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Baum, Dawn, MA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**follow up telephone appointment with Ms. Morse**

| From | To | Sent and Delivered |
|---|---|---|
| Dawn Baum, MA<br>Last Read in kp.org<br>11/7/2024 9:33 AM by Weller, Steven | Weller, Steven | 11/7/2024 9:27 AM |

Mr. Weller-

I have scheduled you a follow up telephone appointment with Ms. Morse per her request..

Dawn Baum, MA/Sadie Morse, PA

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/8/2024 12:00 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |
| 12/12/2024 4:50 PM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 12/31/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

## 11/06/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Morse, Sadie Katherine, PA | Morse, Sadie Katherine, PA |

#### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

#### Follow-up and Dispositions

#### Level of Service

| Level of Service |
|---|
| **PHYS TAV, EST PAT, 5-10 MIN OF MEDICAL DISCUSSION** |

### Reason for Visit

#### Visit Diagnoses

- **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary) [M70.71]**
- BURSITIS OF LEFT ILIOPSOAS BURSA [M70.72]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary)** | M70.71 | Morse, Sadie Katherine, PA | 11/06/2024 1618 |
| Diagnosis #2 | | | | |
| Add | BURSITIS OF LEFT ILIOPSOAS BURSA | M70.72 | Morse, Sadie Katherine, PA | 11/06/2024 1618 |

### Clinical Notes

#### Unknown

**Progress Notes by Morse, Sadie Katherine, PA at 11/6/2024 1650**

| | | |
|---|---|---|
| Author: Morse, Sadie Katherine, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 11/6/2024 4:31 PM | Encounter Date: 11/6/2024 | Creation Time: 11/5/2024 10:18 AM |
| Status: Signed | Editor: Morse, Sadie Katherine, PA (PHYSICIAN ASSISTANT (P.A.)) | |

TAV with patient to follow up on recent bilateral iliopsoas bursae injections done 10/15/2024.

*The following has been copied and pasted from message sent to me from patient on 10/30/2024:*
An update on my hip pain after two weeks following the bursa steroid injection. I've also been taking naproxen for ten days without side effects, but will discontinue that.

I've seen gradual improvement, noticeable every day or two. Increased tolerance to use, faster recovery from pain, lowered base pain level (I was in more chronic pain than I had realized), and consequent improved mood.

I'm still resting a lot and use an electric wheelchair when out, but indoors I'm not using it. It still feels like I have a long way to go to recover.

**11/06/2024 - Scheduled Telephone Encounter in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

Pt feels very encouraged that he is making progress. The bursae are still sensitive to pressure. Pt estimates 4-5 hours of pain today. As the pain has been gradually receding, he has had increased sensation. He in concerned that there could be some underlying problem that will be uncovered once the inflammation has resolved. Pt is starting PT tomorrow, optimistic that this will be helpful.

Pt scheduled to follow up with me in 1 month to reassess that his pain is continuing to improve.

9 minutes was spent on the phone with the patient for this visit.

Electronically signed by Morse, Sadie Katherine, PA at 11/6/2024 4:31 PM

## 11/06/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- E-MAIL COMMUNICATION

### Messages

**Medical supplies~Question about durable medical equipment (DME) and supplies**

| From | To | Sent and Delivered |
|---|---|---|
| James Bussell, LPN<br>Last Read in kp.org<br>11/8/2024 1:18 PM by Weller, Steven | Weller, Steven | 11/6/2024 12:24 PM |

Hello Steven

Thank you for using kp.org. My name is Jim and I am a LPN with Kellie R. Foster, MD 's team. Your clinician has asked me to reply to your message.

**We have referred you to Sleep Medical Equipment Services (Sleep DME). They will review your referral and reach out to schedule an appointment.**

**Please make sure you have your sleep equipment (mask and machine) ready for your appointment. Often, these appointments are conducted over the phone.**

**If you have any questions about scheduling your appointment, please call 503-571-3161 or toll-free at 855-878-6411, Monday through Friday from 8:00 am to 5:00 pm.**

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Be Healthy. Live Well. Thrive.

Have a wonderful day!

James R. Bussell, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.



PAGE 138/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

**11/06/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Medical supplies~Question about durable medical equipment (DME) and supplies**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/6/2024 6:57 AM |

Bethany C. Wohletz, MD replied to my enquiry about CPAP supplies a week ago and said I had a referral. I've not received a referral so far.

Is anything else needed from me to obtain this?

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/06/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/6/2024 8:10 AM |

Another weekly update following the steroid shot in the vicinity of my right iliopsoas bursa on 2024-10-15.

As long as I continue taking naproxen, give my hip plenty of rest, and ice it, the pain in my hip continues to slowly subside. The tenderness to pressure has now gone. I can do more before the onset of pain than I could last week.

I feel like I'm a very long way from being pain free, but the steady progress is encouraging. I'm using the electric wheelchair outside only. Movement in the condo is on foot, but limited to not much more than what is necessary. I'm finding that stretching my hip area by reaching high while standing seems to help as well.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/06/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 11/6/2024 7:05 PM |

Correction to the notes on my phone visit today: injection was right hip only not bilateral.

Left hip responded well to injection in the capsule back in March 2023.

## 11/05/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT |

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 6 weeks (around 12/17/2024).

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaints**

- OCCUPATIONAL THERAPY, onset date 11/11/2024
- PROGRESS NOTE, onset date 11/11/2024

**Visit Diagnoses**

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- LEFT HAND JOINT PAIN [M25.542]
- MUSCLE WEAKNESS [M62.81]
- NUMBNESS AND TINGLING OF SKIN [R20.0, R20.2]
- RIGHT HAND PAIN [M79.641]
- RIGHT HAND JOINT PAIN [M25.541]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 11/11/2024 2326 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #3 | | | | |
| Add | LEFT HAND JOINT PAIN | M25.542 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #4 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #5 | | | | |
| Add | NUMBNESS AND TINGLING OF SKIN | R20.0, R20.2 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #6 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 11/11/2024 2327 |
| Diagnosis #7 | | | | |
| Add | RIGHT HAND JOINT PAIN | M25.541 | Dahuyag, Faye D, OT | 11/11/2024 2327 |

### Clinical Notes

**Unknown**

## 11/05/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

**Progress Notes by Dahuyag, Faye D, OT at 11/5/2024 1650**

Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL
Filed: 11/11/2024 11:27 PM | Encounter Date: 11/5/2024 | Creation Time: 11/5/2024 4:42 PM
Status: Signed | Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL)

### Occupational Therapy Progress Note Visit # 3/5

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Monthly Progress Note Due: 12/5/2024

### ASSESSMENT

**Occupational Therapy Monthly Progress Note (reporting period: 9/11/024 to 11/5/2024)**
Current Functional Status: initially felt some small progress, but now seem to have plateaued. Still has difficulty doing tasks for sustained periods of time.
Objective Changes: reports mild improvement in tolerance during activities
Individual Goal Progress & Explanation: See notes/changes below.
Assessment of Therapy Progress: Good. Reports that exercises is still helping. Still unable to perform activities for prolonged periods of time. Unable to type longer than 2 mins. Discussed possibility of needing further testing. Patient may also benefit from working with PT for scapular strengthening and a referral to pain clinic as patient has chronic pain in multiple parts of the body. Member will benefit from continued skilled OT intervention to decrease pain and increase strength.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: multiple chronic pain issues
Next Progress Note Due: 12/5/2024

### PLAN OF CARE

Steven to be seen up to an additional 2 visits through 2024.

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | 9/11/2024 |
| Therapist: Faye Dahuyag, OTR | FD |
| Patient to demonstrate understanding on activity modification techniques | Met |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | Met |
| Patient to report compliance with HEP | Met |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | 9/11/2024 | 11/5/2024 | |
| Therapist: Faye Dahuyag, OTR | FD | FD | |
| Patient to report pain no more then 1/10 during functional use of the B hand | ongoing | ongoing | |
| Patient will be able to type for at least 5 mins with no pain. | ongoing | ongoing | |
| Independent with HEP and self management of this diagnosis. | ongoing | ongoing | |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.

## 11/05/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Changes to Plan of Care: extended POC
Subsequent Visit Treatment Recommendations: re-assess. Update HEP

**SUBJECTIVE**

"When I do this gliding, I can feel it in my shoulder and it sets off the pain in my finger."-referring volar aspect of B wrist

Reports pain along the volar aspect of the hand and over the TCL of the L hand and goes up to proximal forearm
Reports triggering pain in the hand when moving shoulder

**OBJECTIVE**

R grip 74#
L grip 65#

Notable cording along the RF, MF and thumb
Reports stinging pain
No reports of pain during grip testing

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Continued assessment.
Reviewed nerve gliding.
Discussed adaptive positioning and encouraged frequent position changes.
Discussed the need of further testing.
Discussed reinforcing current plan with scapular strengthening with PT and working with pain clinic.

Time In: 450
Time Out: 522

| BILLING CODES | Minutes | Units |
|---|---|---|
| Therapeutic Exercise | 32 | 2 |
| | | |
| | | |
| Total Billable Time: | 32 | 2 |

Electronically signed by Dahuyag, Faye D, OT at 11/11/2024 11:27 PM

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Multiple concerns / health update )

**Revision History**

Suh, Tiffany, LPN on 11/4/2024 1357
- ADVICE

**Clinical Notes**

**Unknown**

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1355**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:16 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:55 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

- **Multiple messages regarding same concerns combined into one for ease of clinician review**
- **Sending health updates / concerns on:inflammation, exercise, mood, right hip, left hip, left knee, hands, left elbow, neurological. Please review**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.

**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 11/4/2024 from the patient:*

Right Hip

Had a steroid shot in the vicinity of my right iliopsoas bursa on 2024-10-15. Interestingly, my iliopsoas showed as bifid on the ultrasound. Since then my hip pain has steadily reduced and the area is less tender to pressure. Naproxen is also now much more effective and is contributing to the relief. I'm also icing several times a day and I think that helps.

Prior to the shot I was using an electric wheelchair in the condo. Now I'm able to get around indoors, but have to limit my activity and rest often. I start PT again 2024-11-08 and I'm hoping that this can help recovery without bringing back the disabling inflammation.

Left Hip

Problem free at my current activity level.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 11/04/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Left Knee
Problem free at my current activity level.

*The following has been copied and pasted from email on 11/4/2024 from the patient:*
Hands
Continuing the OT hand exercises without issues except for right wrist arthritis. Stinging has mostly gone again, but is there at the end of each day. The leathery coldness/neurological pain in the left index finger comes back quite often, so I'm trying compression gloves again as needed. High level of stiffness in the left hand and pain down the elbow at times. I think that one of the nerve gliding exercises is triggering the index finger pain, since I added some new ones recently.

No change in the usefulness of my hands. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day and can trigger the cold/leathery pain. I have to limit iPhone touch screen use. I feel like any improvement in my hand use has plateaued now.

*The following has been copied and pasted from email on 11/4/2024 from the patient:*
Left Elbow
Maybe continuing to improve, but definitely not all the way back to normal. Still gives me pain once a week or so and needs rest. Can be quite bad when the index finger pain is triggered.

Neurological
I'm doing more nerve flossing exercises and the new ones (reaching forwards) are definitely pulling something in my left arm. I think this is triggering the index finger pain. Hopefully this will get easier with time as the others did, but it may be a good time to involve neurology again.

End.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

No current facility-administered medications for this visit.

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 11/6/2024 4:50 PM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |

## 11/04/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 11/8/2024 12:00 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN
BILAT AGE RELATED CATARACT
OBSTRUCTIVE SLEEP APNEA

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:16 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>11/6/2024 1:43 PM by Weller, Steven | Weller, Steven | 11/6/2024 1:41 PM |

Dear Mr Weller,

Thank you for the update, I look forward to talking with you on Friday.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Eln Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:43 AM |

Health status, first email of several

Inflammation
Continuing with the alpha lipoic acid. Taking naproxen (2 every 12 hours) since 2024-10-18 (less is ineffective). In combination with the steroid shot in my hip on 2024-10-25 it has definitely helped reduce my hip pain.

Exercise
Still very little. Getting around the condo without a wheelchair, but only because of the steroid and naproxen. Cooking a meal is still too painful.

Mood
Down, but with some improvement recently with the decreased pain level. I was in more pain than I realized.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (See kp.org 11/4/2024)

**Revision History**

O'Malley, April Elizabeth Geer, RN on 11/4/2024 1350
- ELBOW PAIN (RNR)

**Clinical Notes**

**Unknown**

**Telephone Encounter by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1350**

| | | |
|---|---|---|
| Author: O'Malley, April Elizabeth Geer, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 11/4/2024 1:50 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:50 PM |
| Status: Signed | Editor: O'Malley, April Elizabeth Geer, RN (REGISTERED NURSE) | |

RN reviewed and recommends: Stage encounter to provider for ongoing symptoms/follow up questions

Electronically signed by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1:50 PM

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1419**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:19 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 2:19 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Message completed; no further action needed.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Message reviewed- Please see previous kp.org 11/4/2024. Multiple messages regarding same concern combined into one for ease of clinician review. Closing this encounter.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**11/04/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Tiffany Suh, LPN

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:19 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:46 AM |

Left Elbow
Maybe continuing to improve, but definitely not all the way back to normal. Still gives me pain once a week or so and needs rest. Can be quite bad when the index finger pain is triggered.

Neurological
I'm doing more nerve flossing exercises and the new ones (reaching forwards) are definitely pulling something in my left arm. I think this is triggering the index finger pain. Hopefully this will get easier with time as the others did, but it may be a good time to involve neurology again.

End.

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (See kp.org 11/4/2024)

**Revision History**

Suh, Tiffany, LPN on 11/4/2024 1418
- FOLLOW UP CARE

Suh, Tiffany, LPN on 11/4/2024 1418
- KNEE PAIN

O'Malley, April Elizabeth Geer, RN on 11/4/2024 1349
- HIP PAIN (RNR)
- KNEE PAIN

**Clinical Notes**

**Unknown**

**Telephone Encounter by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1349**

| | | |
|---|---|---|
| Author: O'Malley, April Elizabeth Geer, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 11/4/2024 1:49 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:49 PM |
| Status: Signed | Editor: O'Malley, April Elizabeth Geer, RN (REGISTERED NURSE) | |

RN reviewed and recommends: Stage encounter to provider for ongoing symptoms/follow up questions

Electronically signed by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1:49 PM

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1418**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:18 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 2:18 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Message completed; no further action needed.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**11/04/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

**S:** Email incoming.
**B:** Message reviewed- Please see previous kp.org 11/4/2024. Multiple messages regarding same concern combined into one for ease of clinician review. Closing this encounter.

Tiffany Suh, LPN

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:18 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:44 AM |

Right Hip
Had a steroid shot in the vicinity of my right iliopsoas bursa on 2024-10-15. Interestingly, my iliopsoas showed as bifid on the ultrasound. Since then my hip pain has steadily reduced and the area is less tender to pressure. Naproxen is also now much more effective and is contributing to the relief. I'm also icing several times a day and I think that helps.

Prior to the shot I was using an electric wheelchair in the condo. Now I'm able to get around indoors, but have to limit my activity and rest often. I start PT again 2024-11-08 and I'm hoping that this can help recovery without bringing back the disabling inflammation.

Left Hip
Problem free at my current activity level.

Left Knee
Problem free at my current activity level.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 11/04/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (See kp.org 11/4/24)

**Revision History**

O'Malley, April Elizabeth Geer, RN on 11/4/2024 1346

- HAND PAIN (RNR)

**Clinical Notes**

**Unknown**

**Telephone Encounter by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1346**

| | | |
|---|---|---|
| Author: O'Malley, April Elizabeth Geer, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 11/4/2024 1:46 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 1:46 PM |
| Status: Signed | Editor: O'Malley, April Elizabeth Geer, RN (REGISTERED NURSE) | |

RN reviewed and recommends: Stage encounter to provider for ongoing symptoms/follow up questions

Electronically signed by O'Malley, April Elizabeth Geer, RN at 11/4/2024 1:46 PM

**Telephone Encounter by Suh, Tiffany, LPN at 11/4/2024 1417**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 11/4/2024 2:18 PM | Encounter Date: 11/4/2024 | Creation Time: 11/4/2024 2:17 PM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Message completed; no further action needed.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Message reviewed- Please see previous kp.org 11/4/2024. Multiple messages regarding same concern combined into one for ease of clinician review. Closing this encounter.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**11/04/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Tiffany Suh, LPN

Electronically signed by Suh, Tiffany, LPN at 11/4/2024 2:18 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 11/4/2024 8:43 AM |

Hands
Continuing the OT hand exercises without issues except for right wrist arthritis. Stinging has mostly gone again, but is there at the end of each day. The leathery coldness/neurological pain in the left index finger comes back quite often, so I'm trying compression gloves again as needed. High level of stiffness in the left hand and pain down the elbow at times. I think that one of the nerve gliding exercises is triggering the index finger pain, since I added some new ones recently.

No change in the usefulness of my hands. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day and can trigger the cold/leathery pain. I have to limit iPhone touch screen use. I feel like any improvement in my hand use has plateaued now.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 10/30/2024 - Patient Message in Central Interstate Audiology

### Visit Information

#### Provider Information

**Encounter Provider**
Alexander, Nancy Lee Henson, Au.D

#### Department

| Name | Address | Phone |
|---|---|---|
| Central Interstate Audiology | 3600 N Interstate Ave<br>Portland OR 97227 | 855-512-5983 |

### Reason for Visit

#### Chief Complaint

- HEARING AID PROBLEM (CIN)

### Messages

#### Nonurgent medical questions or concerns~Other

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Audiology Assistants Msg Pool (supporting Nancy Lee Henson Alexander, Au.D) | 10/30/2024 12:11 PM |

Now that the left device microphone is fixed I no longer get the weird mono effects I was hearing when in the car or around fans and I can hear my passenger much better.

It's interesting that this behavior was present many months before the microphone was noticeably bad, so I'll be sure to be on the look out for that again.

KAISER PERMANENTE RELEASE OF INFORMATION Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 10/30/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**
- REFERRAL (Sleep DME)

**Visit Diagnosis**
- **OBSTRUCTIVE SLEEP APNEA (primary) [G47.33]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OBSTRUCTIVE SLEEP APNEA (primary)** | G47.33 | Wohletz, Bethany C, MD | 10/30/2024 1647 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Ortiz Calderon, Areli, LPN at 10/30/2024 1214**

| | | |
|---|---|---|
| Author: Ortiz Calderon, Areli, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 10/30/2024 12:18 PM | Encounter Date: 10/30/2024 | Creation Time: 10/30/2024 12:14 PM |
| Status: Signed | Editor: Ortiz Calderon, Areli, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to clinician for review

- Patient requests referral for CPAP supplies
- Referral pended for consideration

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to clinician to be addressed.

Chart review shows sleep study has not been done with OR KP

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN
BILAT AGE RELATED CATARACT
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**10/30/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Electronically signed by Ortiz Calderon, Areli, LPN at 10/30/2024 12:18 PM

**Telephone Encounter by Wohletz, Bethany C, MD at 10/30/2024 1648**

| | | |
|---|---|---|
| Author: Wohletz, Bethany C, MD | Service: — | Author Type: Physician |
| Filed: 10/30/2024 4:53 PM | Encounter Date: 10/30/2024 | Creation Time: 10/30/2024 4:48 PM |
| Status: Signed | Editor: Wohletz, Bethany C, MD (Physician) | |

Care everywhere clinical summary noted to have diagnosis of obstructive sleep apnea

Electronically signed by Wohletz, Bethany C, MD at 10/30/2024 4:53 PM

**Messages**

**Medical supplies~Question about sleep apnea equipment**

| From | To | Sent and Delivered |
|---|---|---|
| Bethany C Wohletz, MD<br>Last Read in kp.org<br>11/6/2024 6:54 AM by Weller, Steven | Weller, Steven | 10/30/2024 4:53 PM |

Hello Steven,

I am Bethany C. Wohletz, MD and I am assisting with your providers messages today.

I have placed the following durable medical equipment referral for you for CPAP supplies.

**Orders Placed This Encounter**
- REFERRAL SLEEP, CPAP EQUIPMENT.

*If your symptoms are worsening or you develop new symptoms, please be seen or speak with an advice nurse at 503-813-2000*

Take care,
Bethany C. Wohletz, MD

**Medical supplies~Question about sleep apnea equipment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 10/30/2024 9:38 AM |

I need to order CPAP supplies and don't have a sleep clinic contact here.

How can I order supplies (mask and nose cushion)?

## 10/30/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

#### Provider Information

**Encounter Provider**

Morse, Sadie Katherine, PA

#### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Messages

#### Nonurgent medical questions or concerns~Other

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/30/2024 9:46 AM |

An update on my hip pain after two weeks following the bursa steroid injection. I've also been taking naproxen for ten days without side effects, but will discontinue that.

I've seen gradual improvement, noticeable every day or two. Increased tolerance to use, faster recovery from pain, lowered base pain level (I was in more chronic pain than I had realized), and consequent improved mood.

I'm still resting a lot and use an electric wheelchair when out, but indoors I'm not using it. It still feels like I have a long way to go to recover.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 10/24/2024 - Office Visit in Central Interstate Audiology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexander, Nancy Lee Henson, Au.D | Alexander, Nancy Lee Henson, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Central Interstate Audiology | 3600 N Interstate Ave<br>Portland OR 97227 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

### Reason for Visit

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Alexander, Nancy Lee Henson, Au.D | 10/24/2024 1244 |

### Clinical Notes

**Unknown**

**Progress Notes by Alexander, Nancy Lee Henson, Au.D at 10/24/2024 1115**

| | | |
|---|---|---|
| Author: Alexander, Nancy Lee Henson, Au.D | Service: — | Author Type: AUDIOLOGIST |
| Filed: 10/24/2024 12:50 PM | Encounter Date: 10/24/2024 | Creation Time: 10/24/2024 12:44 PM |
| Status: Signed | Editor: Alexander, Nancy Lee Henson, Au.D (AUDIOLOGIST) | |

**Hearing Aid Stock Card**

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | **(R)** 2366366126<br>**(L)** 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430 |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | | | |

S: Patient in today to pick up repaired hearing aids. Patient reports the hearing aid goes into like a mono mode when in the car. Also, like the fans in the kitchen can

**10/24/2024 - Office Visit in Central Interstate Audiology (continued)**

**Clinical Notes (continued)**

O/A: Connected aids to software to verify programming. Decreased the soft soft and loud sounds 2dB in both general program and noise program. Patient will observe if the mono issues where from the need to have the aids repaired. Patient will return for further programming if still hearing the change to like a mono hearing.

P: Pt to RTC by appointment if further audiological assistance is needed.

Electronically signed by Alexander, Nancy Lee Henson, Au.D at 10/24/2024 12:50 PM

## 10/22/2024 - Telephone in Central Interstate Audiology

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Chief Complaint**

- APPOINTMENT (BOOKED // HAR45 with any provider at CIN/AUD)

**Revision History**

Martinez, Tiina on 10/22/2024 1536
- APPOINTMENT (HAR45 with any provider at CIN/AUD)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Martinez, Tiina at 10/22/2024 1536**

Author: Martinez, Tiina | Service: — | Author Type: TECHNICIAN
Filed: 10/22/2024 3:37 PM | Encounter Date: 10/22/2024 | Creation Time: 10/22/2024 3:36 PM
Status: Signed | Editor: Martinez, Tiina (TECHNICIAN)

Routing apt request message to PAS to assist with scheduling Pt.

**When the Pt is scheduled close the encounter and route back to sender.**

Please reach out to this Pt and assist them with getting scheduled as requested below:
Reminder to check "Special notes section" for any special directives for Pt

**Location:** CIN/Audiology

**Provider:** Any provider

**Type of apt needed:** HAR45, HAR30 ok if available sooner

**How soon for first apt:** first available

**Special notes:** Hearing aid and ear mold fitting and pick up

Please let us know if there are any questions.

**When the Pt is scheduled close the encounter and route back to sender.**

Electronically signed by Martinez, Tiina at 10/22/2024 3:37 PM

**Telephone Encounter by Tzio, Sing at 10/24/2024 0957**

Author: Tzio, Sing | Service: — | Author Type: —
Filed: 10/24/2024 9:58 AM | Encounter Date: 10/22/2024 | Creation Time: 10/24/2024 9:57 AM
Status: Signed | Editor: Tzio, Sing

Called and scheduled, sent TEAMs message to Nan about the last minute schedule

**10/22/2024 - Telephone in Central Interstate Audiology (continued)**

**Clinical Notes (continued)**

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| **10/24/2024 11:15 AM (Arrive by 11:00 AM)** | **Nancy Lee Henson Alexander; CIN FITTING/DISPENSING ROOM 3** | **Central Interstate Audiology** | **855-512-5983** | |
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 11/6/2024 4:50 PM | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | Telephone Visit |
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/8/2024 12:00 PM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Tzio, Sing at 10/24/2024 9:58 AM

## 10/22/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**
Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Sadie Katherine Morse, PA<br>Last Read in kp.org<br>10/30/2024 9:31 AM by Weller, Steven | Weller, Steven | 10/30/2024 8:18 AM |

Hi Steven,

Taking a short course of naproxen (~3 days) twice daily is appropriate. You should keep an eye out for harmful side effects like stomach pain or heartburn and discontinue the medication if they develop.

Sadie Morse, PA-C
Westside Medical Center Orthopedics

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/24/2024 10:05 AM |

How long is it OK to take naproxen for? I'm taking two a day, 12 hours apart and usually take it for about three days for acute relief.

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Sadie Katherine Morse, PA<br>Last Read in kp.org<br>10/24/2024 10:01 AM by Weller, Steven | Weller, Steven | 10/22/2024 3:01 PM |

Hi Steven,

That's wonderful that the cortisone injection is helping. Ideally, now that you are having less pain and Aleve is working better, you will be able to tolerate the PT, which should help relieve the condition.

**10/22/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

Please reach out once you have completed about two months of regular PT to let me know how things are going. If you have significant worsening of symptoms prior to that, please reach out sooner.

________________
Sadie Morse, PA-C
Westside Medical Center Orthopedics

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Sandra Salazar, MA<br>Last Read in kp.org<br>10/22/2024 2:59 PM by Weller, Steven | Weller, Steven | 10/22/2024 12:36 PM |

Hello Steven,
Thanks for the update. I will send this on to Sadie to read when she is back in the clinic to see what else she would recommend for you.
Sandra

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/22/2024 11:38 AM |

It's been a week since I had a steroid injection in the vicinity of my right iliopsoas bursa, so here is some feedback.

There was no immediate relief from the aesthetic used during the procedure. I had a lot of soreness the next day, but that wore off. After that my hip felt "different", warmer maybe?

After a week I have less pain in my hip. It's not dramatic, but it is there. I feel less tenderness if I press that area and I am a little more mobile. I'm finding that naproxen is much more effective than previously, acting faster and to a greater degree. Without the naproxen the pain is still limiting and at a level enough to lower my mood.

I have PT starting November 4th. What else should we be doing to figure this out and treat it?

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 10/16/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**
Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Appointments and referrals~Request new appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Ana M Tolentino, LPN<br>Last Read in kp.org<br>10/16/2024 1:06 PM by Weller, Steven | Weller, Steven | 10/16/2024 1:06 PM |

Dear Steven Weller ,

I am a member of your Clinician's Healthcare Team. Your clinician has asked me to assist with their messages.

Looking at the note I see from Physiatry:
PLAN
- Injection today as below
- F/U with referring provider in 2-3 weeks

If you are ok with a telephone appointment we can do that or in person. Please call our office to make an appointment.

Thank you for your message. If you have questions that require immediate assistance please CALL us at 971-310-3240, do NOT send a kp.org message.

If you have any other health care needs please contact us.

Be healthy. Live well. Thrive.

Ana Tolentino, LPN
Nurse for Gurpreet Singh, MD MSC,
Gregory A Hochstein, PA and
Diana Ruiz, PA
Westside Orthopedics

**Appointments and referrals~Request new appointment**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ortho Reg Kporg Pool (supporting Sadie Katherine Morse, PA) | 10/16/2024 12:40 PM |

**10/16/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

I had the steroid injection into my right hip bursa yesterday and the notes ask that I make a follow-up appointment in 2-3 weeks. Should that be in person or by video?

I tried using the online appointment tool but it showed me no appointment availability, so I will call once I know what kind of appointment to make.

The doctor noted the following anatomical oddity. Could this be contributing to my condition? POCUS: appears to have two defined tendon bundles (ilacius and psoas) rather than single bundle (iliopsoas). Hypoechoic fluid density noted around tendon.

## 10/15/2024 - Office Visit in Sunnybrook Physiatry

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Flores, Kristian Elijah, MD | Flores, Kristian Elijah, MD | Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Physiatry | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-4229 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 2** |

| Log History |
|---|
| LOS History |

### Reason for Visit

**Chief Complaint**

- INJECTION

**Visit Diagnoses**

- LEFT HIP JOINT PAIN [M25.552]
- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Modify | LEFT HIP JOINT PAIN | M25.552 | Flores, Kristian Elijah, MD | 10/15/2024 1512 |
| Add | **LEFT HIP JOINT PAIN (primary)** | M25.552 | Flores, Kristian Elijah, MD | 10/15/2024 1511 |
| Diagnosis #2 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Flores, Kristian Elijah, MD | 10/15/2024 1512 |

### Clinical Notes

**Unknown**

**Nursing Note by Merezhnikova, Viktoriya, MA at 10/15/2024 1500**

| | | |
|---|---|---|
| Author: Merezhnikova, Viktoriya, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 10/15/2024 2:55 PM | Encounter Date: 10/15/2024 | Creation Time: 10/15/2024 2:55 PM |
| Status: Signed | Editor: Merezhnikova, Viktoriya, MA (MEDICAL ASSISTANT) | |

Identification today: Last name: Mr. Weller
and date of birth: provided by patient.
Accompanied by: Self

Blood Pressure taken using: adult's cuff - right arm sitting

Patient Prefers: Kaiser pharmacy
Benefits of Mail order pharmacy discussed: Yes
Patient reported that their Current Medications are: Active Medications as of 10/15/2024:
ALENDRONATE 70 MG ORAL TAB, Sig: Take 1 tablet by mouth every week with a full glass of water at least 30

**10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)**

**Clinical Notes (continued)**

minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes
ALPHA LIPOIC ACID 600 MG ORAL CAP, Sig: Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month

Medications Reviewed: Yes

Patient Support Tool Reviewed: No gaps identified.
KP.org reviewed: Yes

Visit preparation completed.
Viktoriya Merezhnikova, MA

Electronically signed by Merezhnikova, Viktoriya, MA at 10/15/2024 2:55 PM

**Progress Notes by Flores, Kristian Elijah, MD at 10/15/2024 1500**

| | | |
|---|---|---|
| Author: Flores, Kristian Elijah, MD | Service: — | Author Type: Physician |
| Filed: 10/15/2024 3:12 PM | Encounter Date: 10/15/2024 | Creation Time: 10/15/2024 2:36 PM |
| Status: Signed | Editor: Flores, Kristian Elijah, MD (Physician) | |

Procedure Orders
1. INJ LRG JT/BURSA: R iliopsoas bursa [632709888] ordered by Flores, Kristian Elijah, MD

Post-procedure Diagnoses
1. LEFT HIP JOINT PAIN [M25.552]

PM&R Focused History & Physical Examination Interval Reassessment and Procedure

Chief Complaint: R iliopsoas tendon pain

ID: 63 yrs year old male

Reason for visit: Injection of Right iliopsoas bursa/tendon sheath

Focused History:
R hip IA inj x 2 with little effect. L hip inj very helpful.
Previous reactions: none
Changes in health since last visit:
Outpatient ANTICOAGULANT/ANTIPLATELET MEDICATIONS - CURRENTLY TAKING: as of 10/15/2024
No current OP antiplatelet/anticoagulant medications on file

Antibiotics:nonce

ROS:

**10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)**

**Clinical Notes (continued)**

Denies shortness of breath, chest pain, lightheadedness
Denies nausea, vomiting

Allergies: No Known Allergies

PMH: reviewed
Social History: unchanged since last

VITALS
Vitals:

Pain Scale:

PE
General: no acute distress, normal affect, conversant
Neuro: appropriate responses, follows all commands, alert and oriented
Cardiopulmonary: Equal chest rise, normal respiration, no evidence of respiratory distress
Skin: No erythema, no increased warmth in the knees, no evidence of infection
MSK: tender to palpation R psoas tendon
POCUS: appears to have two defined tendon bundles (ilacius and psoas) rather than single bundle (iliopsoas).
Hypoechoic fluid density noted around tendon.

ASSESSMENT
(M25.551) RIGHT HIP JOINT PAIN (primary encounter diagnosis)
Plan: INJ LRG JT/BURSA: R iliopsoas bursa

(M25.552) LEFT HIP JOINT PAIN

PLAN
- Injection today as below
- F/U with referring provider in 2-3 wks
- If this US guided injection of the glenohumeral joint provides > 1 month of pain relief of > 50%, patient would be eligible for up to 3 injections per year.

If pain worsens immediately after injections, recommend 10-15 minutes of ice packs to the skin. If joint warm/swollen/red and painful after 3 days call clinic or go to ER immediately for evaluation.

**INJ LRG JT/BURSA: R iliopsoas bursa**

Date/Time: **10/15/2024 3:00 PM**

Performed by: **Flores, Kristian Elijah, MD**
Authorized by: **Flores, Kristian Elijah, MD**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**

### 10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)

**Clinical Notes (continued)**

Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain**

**Procedure Details:**
Location: **hip**
Site: **R iliopsoas bursa**
Guidance: **ultrasound**

**Right Injection Details:**
Approach: **anterior**
Needle Type: **spinal**
Needle Gauge: **22 G**

**Medications:**
**40 mg methylPREDNISolone Acetate 40 mg/mL**
**2** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest and ice**

Electronically signed by Flores, Kristian Elijah, MD at 10/15/2024 3:12 PM

**Medication Administrations**

**methylPREDNISolone Acetate Inj 40 mg (DEPO-Medrol) [632710375]**

Status: Completed (Past End Date/Time)
Starts/Ends: 10/15/24 1500 - 10/15/24 1500
Ordered Rate/Order Duration: — / —
Ordered On: 10/15/24 1512
Ordered Dose (Remaining/Total): 40 mg (0/1)
Frequency: OUTPATIENT (PROVIDER GIVEN ONE TIME)

| Timestamps | Action | Dose | Site | Other Information |
|---|---|---|---|---|
| Performed 10/15/24 1500<br>Documented: 10/15/24 1512 | Given | 40 mg | Right Hip | Performed by: Flores, Kristian Elijah, MD<br>Scanned Package: 60219-1573-1 |

**Flowsheets**

## 10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)

**Flowsheets (continued)**

**Custom Formula Data**

| Row Name | 10/15/24 1514 |
|---|---|
| OTHER | |
| Shock Index (NIBP) | 0.53 -VM at 10/15/24 1514 |
| BP to MAP Calculation | 93 -VM at 10/15/24 1514 |
| Vitals Reassessment | Yes -VM at 10/15/24 1514 |

**Encounter Vitals**

| Row Name | 10/15/24 1514 |
|---|---|
| Encounter Vitals | |
| BP | 117/81 -VM at 10/15/24 1514 |
| Pulse | 62 -VM at 10/15/24 1514 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| VM | Merezhnikova, Viktoriya, MA | MEDICAL ASSISTANT | — | 10/15/2024 |

**Referrals**

**Outpatient Service #1915717415**

Reason: Specialty Services Required
Class: Internal
Status updated on: 9/13/2024
Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 9/13/2024 to 9/13/2025

**Referred From**

Location: WESTSIDE MEDICAL OFFICE
Department phone: 971-310-3240
Provider phone: 503-813-2000
Department: WMS-ORTH
Provider: Morse, Sadie Katherine, PA
Provider address: 2875 NE Stucki Avenue Hillsboro OR 97124

**Referred To**

Department: CIN-PHYS
Specialty: Physiatry
Department phone: 503-331-3070

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**231566 - REFERRAL PHYSIATRY**

Number requested: 1 Number approved: 1

**Diagnoses**

- M70.71 (ICD-10-CM) - BURSITIS OF RIGHT ILIOPSOAS BURSA

**Referral Notes**

**Scheduling Ticket Sent by Larking, Kateryna Eleana at 9/13/2024 1146**

**10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)**

**Referrals (continued)**

Scheduling Ticket and Letter sent

**Specialty Comments by Kaul, Matthew P, MD at 9/13/2024 0957**

US slot Flores or Hsu

**Provider Comments by Morse, Sadie Katherine, PA at 9/13/2024 0955**

Summary: Provider Comments

There is no height or weight on file to calculate BMI.

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

=== Results for orders placed in visit on 03/21/24 ===

XR RIGHT HIP AND PELVIS 2 VIEWS Status: Normal

- Narrative -
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

- Impression -
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.