## 10/15/2024 - Office Visit in Sunnybrook Physiatry (continued)

**Referrals (continued)**

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM

**Status History**

| Change | User | Date/Time |
|---|---|---|
| From Pending Review to Authorized | Kaul, Matthew P, MD | 09/13/2024 0957 |

**Order**

**REFERRAL PHYSIATRY [627855629]**

Electronically signed by: **Morse, Sadie Katherine, PA on 09/13/24 0955** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Morse, Sadie Katherine, PA 09/13/24 0955 Authorized by: Morse, Sadie Katherine, PA
Ordered during: Office Visit on 09/13/2024
Diagnoses
BURSITIS OF RIGHT ILIOPSOAS BURSA [M70.71]
Order comments: There is no height or weight on file to calculate BMI. Component Value Date HGA1C 5.5 03/19/2024 === Results for orders placed in visit on 03/21/24 === XR RIGHT HIP AND PELVIS 2 VIEWS Status: Normal - Narrative - EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o) COMPARISON: None - Impression - FINDINGS/IMPRESSION: No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues. OSTEOARTHRITIS GRADING: -Right hip: 0 = Normal -Left hip: 1 = Minimal/mild (single view) NWP Osteoarthritis Pathway Grading System Criteria: 0 = Normal. 1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%). 2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone). 3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes. Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 10/15/2024 3:14 PM

| BP | Pulse |
|---|---|
| 117/81 | 62 |





EXHIBIT
3, part 2

Lincoln/Weller 1113

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 10/11/2024 - Office Visit in Central Interstate Audiology

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Odgear, Ian S, Au.D | Odgear, Ian S, Au.D |

**Department**

| Name | Address | Phone |
|---|---|---|
| Central Interstate Audiology | 3600 N Interstate Ave<br>Portland OR 97227 | 855-512-5983 |

**Level of Service**

| Level of Service |
|---|
| **RN, CAST ROOM, NO CHARGE LOS.** |

**Reason for Visit**

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Odgear, Ian S, Au.D | 10/11/2024 0801 |

**Clinical Notes**

**Unknown**

**Progress Notes by Odgear, Ian S, Au.D at 10/11/2024 1500**

| | | |
|---|---|---|
| Author: Odgear, Ian S, Au.D | Service: — | Author Type: AUDIOLOGIST |
| Filed: 10/11/2024 6:06 PM | Encounter Date: 10/11/2024 | Creation Time: 10/11/2024 7:56 AM |
| Status: Signed | Editor: Odgear, Ian S, Au.D (AUDIOLOGIST) | |

# Hearing Aid Stock Card

| | | | |
|---|---|---|---|
| **Make** | Resound | **Serial #** | **(R)** 2366366126<br>**(L)** 2349344349 |
| **Model** | Omnia 9 | **Accessories** | Resound Premium Charger SN: 2382536430 |
| **Style** | receiver-in-ear (RIC) | **Receiver(s)** | 3HP |
| **Color** | Graphite | **Domes/Molds** | Earmolds: Acrylic semi-skeleton 1.2mm pressure vent SN: (R) 23133752 (L) 23133751 |
| **Battery** | Li-Ion | **Waxtraps** | N/A |
| | | **Fit Date** | 09/20/2023 |
| | | **Warranty Date** | 10/13/2026 |
| **Comments** | | | |

**Appointment Type:** Hearing Aid Follow-up

Accompanied by: self

**Subjective:** Patient reports the LEFT hearing aid mic seems to be intermittent. Issue comes and goes and does not happen during Bluetooth streaming, they have had a mic fail previously which is one reason they suspect it is the same issue this time.

**Objective Results:**

Otoscopy
Right: clear canal, tympanic membrane visualized
Left: clear canal, tympanic membrane visualized

**Actions/Asessment:**

- Ran a directional test on both aids in the test box while aids were in a directional program, there was no directional benefit noted on the LEFT aid which most likely indicates a defective mic as suspected.
- Reviewed warranty and service options, both aids are within warranty period
- Would like both aids sent out for factory service, has back-up aids they can wear in the interim.
- Current hearing aid settings were saved to an otobase session for future use if settings are lost and need to be restored after repair

**Plan:**

- Both hearing aids and earmolds will be sent to manufacturer for repair. Hearing aids are within warranty.
- Will contact them when aids return for pick-up with technician or soonest available provider.

Electronically signed by Odgear, Ian S, Au.D at 10/11/2024 6:06 PM

## 10/11/2024 - Office Visit in Central Interstate Optometry

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Finucan, Kim M, OD | Finucan, Kim M, OD | Kotamarti, Ramu Rao, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Central Interstate Optometry | 3600 N Interstate Ave<br>Portland OR 97227 | 503-240-3940 | 503-249-5548 |

**Follow-up and Dispositions**

- Return in about 1 year (around 10/11/2025).

**Level of Service**

| Level of Service |
|---|
| **COMPREHENSIVE EYE EXAM, NEW PAT** |

### Reason for Visit

**Visit Diagnoses**

- **BILAT AGE RELATED CATARACT (primary) [H25.9]**
- DISORDER OF REFRACTION [H52.7]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT AGE RELATED CATARACT (primary)** | H25.9 | Finucan, Kim M, OD | 10/11/2024 1003 |
| Diagnosis #2 | | | | |
| Add | DISORDER OF REFRACTION | H52.7 | Finucan, Kim M, OD | 10/11/2024 1003 |

### Clinical Notes

**Unknown**

**Progress Notes by Plock, Kyle E at 10/11/2024 0930**

| | | |
|---|---|---|
| Author: Plock, Kyle E | Service: — | Author Type: SUPPORT STAFF |
| Filed: 10/11/2024 10:10 AM | Encounter Date: 10/11/2024 | Creation Time: 10/11/2024 9:13 AM |
| Status: Signed | Editor: Plock, Kyle E (SUPPORT STAFF) | |

**Chief Complaint:** Patient here for routine eye exam, LEE April 2024.
Patient has been told he has cataracts and they are ready for Sx.
Feels like Right eye vision is fine but Left eye vision is blurry and Rx keeps changing.

**Does pt have FEVER, COUGH, or SOB?** NONE

Dilated per Doctor Request & Ocular History section reviewed for contraindication? Yes

Patient accompanied by: alone

**Eye Meds:**
No medication comments found.

**Clinical Notes (continued)**

Kyle E. Plock

------------------------------------------------------------------------------------------------------------------------
**HISTORY**: data links. Do not edit below line
**Ocular & Family Hx:**
PATIENT HISTORY
--Surgery: None
--Injury: None
--Current Contact Lens Use: No
--Pertinent Oral Medications: None

--Family History: Father- glaucoma
--Occupation/Visual Needs: n/a medical leave

Last reviewed on 10/11/2024

There are no matching diagnoses on the problem list for this patient.

Last visit to Optometry in 10 Years:
------------------------------------
No appointments were found for this specialty within the specified time limit.

**Future Eye Imaging Orders**

**Open Standing Orders**

None

**Open Future Orders**

None

Electronically signed by Plock, Kyle E at 10/11/2024 10:10 AM

**Progress Notes by Finucan, Kim M, OD at 10/11/2024 0930**

| | | |
|---|---|---|
| Author: Finucan, Kim M, OD | Service: — | Author Type: OPTOMETRIST (O.D.) |
| Filed: 10/11/2024 10:10 AM | Encounter Date: 10/11/2024 | Creation Time: 10/11/2024 10:03 AM |
| Status: Signed | Editor: Finucan, Kim M, OD (OPTOMETRIST (O.D.)) | |

PATIENT HISTORY
--Surgery: None
--Injury: None
--Current Contact Lens Use: No
--Pertinent Oral Medications: None

--Family History: Father- glaucoma
--Occupation/Visual Needs: n/a medical leave

Last reviewed on 10/11/2024

Medical History: Reviewed Problem List & Medication List

pt affect normal

**Exam**: see exam form

**Additional HPI:** as above

**Assessment/Plan:**
1.) BILAT AGE RELATED CATARACT OS>OD;
 -w/ mild effect on vision OS, pt is a little bothered, presurgical based on vision
 -pt ed on the natural progression of cataracts and the affect on vision
2.) DISORDER OF REFRACTION; Hyperopia OD, Myopia OS, astigmatism, presbyopia.
 -spec Rx released to pt
 -NOTE: myopic shift today OS 2/2 cataracts as above

**Orders Placed This Encounter**
- REFRACTION ASSESSMENT

Pt ed regarding all exam findings/plan

**Follow-Up**: RTC 1 yr for CEE, sooner prn

Electronically signed by Finucan, Kim M, OD at 10/11/2024 10:10 AM

**Ophthalmology**

**Base Eye Exam**

**Visual Acuity (Snellen - Linear)**

| | Right | Left |
|---|---|---|
| Dist cc | 20/20 | 20/30 -1 |
| Correction: Glasses | | |

**Tonometry (Non-contact air puff, 9:32 AM)**

| | Right | Left |
|---|---|---|
| Pressure | 13 | 10 |

**Pupils**

| | Right | Left |
|---|---|---|
| Pupils | PERRL | PERRL |

## 10/11/2024 - Office Visit in Central Interstate Optometry (continued)

**Ophthalmology (continued)**

**Visual Fields (Counting fingers)**

| | Right | Left |
|---|---|---|
| | Full | Full |

**Extraocular Movement**

| | Right | Left |
|---|---|---|
| | Full, Ortho | Full, Ortho |

**Neuro/Psych**

Oriented x3: Yes
Mood/Affect: Normal

**Dilation**

Both eyes: 1.0% Mydriacyl @ 9:45 AM
Angles appear narrow w/ slit lamp Left eye > Right eye

Edited by: Plock, Kyle E; Finucan, Kim M, OD

### Additional Tests

**Keratometry (Automated)**

| | Right | Left |
|---|---|---|
| K1 | 43.50 | 43.00 |
| Axis | 173 | 174 |
| K2 | 45.25 | 45.50 |
| Axis | 83 | 84 |

Edited by: Plock, Kyle E

### Slit Lamp and Fundus Exam

**External Exam**

| | Right | Left |
|---|---|---|
| External | Normal globe position | Normal globe position |

**Slit Lamp Exam**

| | Right | Left |
|---|---|---|
| Lids/Lashes | No lesions | No lesions |
| Conjunctiva/Sclera | Clear | Clear |
| Cornea | Clear; no guttata | Clear; no guttata |
| Anterior Chamber | **Shallow: VH: 1/4:1 temp, 1/2:1 nasal** | **Shallow; VH: 3/4:1 temp, 1/2:1 nasal** |
| Iris | Flat; pupil round | Flat; pupil round |
| Lens | **2+ NS** | **2-3+ NS** |
| Anterior Vitreous | Clear; no cells | Clear; no cells |

**Fundus Exam**

| | Right | Left |
|---|---|---|
| Disc | Intact rim; distinct margin | Intact rim; distinct margin |
| C/D Ratio | 0.3 | 0.3 |
| Macula | Clear | Clear |

## 10/11/2024 - Office Visit in Central Interstate Optometry (continued)

**Ophthalmology (continued)**

| | | |
|---|---|---|
| Vessels | Normal A/V ratio | Normal A/V ratio |
| Periphery | Normal; to extent of view | Normal; to extent of view |
| (-)holes/tears/retinal detachment 360 OU | | |

Edited by: Finucan, Kim M, OD

**Refraction**

**Wearing Rx**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | Plano |
| Cylinder | -1.00 | -2.25 |
| Axis | 168 | 169 |
| Add | +2.50 | +2.50 |

Age: 04/2024
Type: PAL
Pupillary Distance: 62.0

**Manifest Refraction (Auto)**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | -0.50 |
| Cylinder | -1.00 | -2.50 |
| Axis | 168 | 169 |

Pupillary Distance: 62.0

**Manifest Refraction #2**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | -0.75 |
| Cylinder | -1.00 | -2.50 |
| Axis | 168 | 169 |
| Dist VA | 20/20 | 20/25-/+2 |
| Add | +2.50 | +2.50 |

**Final Rx**

| | Right | Left |
|---|---|---|
| Sphere | +1.00 | -0.75 |
| Cylinder | -1.00 | -2.50 |
| Axis | 168 | 169 |
| Dist VA | 20/20 | 20/25-/+2 |
| Add | +2.50 | +2.50 |

Type: PAL
Expiration Date: 10/11/2026

Edited by: Plock, Kyle E; Finucan, Kim M, OD

**Patient Instructions**

Steven,

You have mild cataracts in both eyes. This is when the natural lens inside of the eye becomes cloudy and therefore

**10/11/2024 - Office Visit in Central Interstate Optometry (continued)**

**Patient Instructions (continued)**

may become harder to see through. We typically recommend cataract surgery once your vision becomes inadequate for driving or daily activities and cannot be improved with new glasses. You are still seeing and functioning well, so we will continue to monitor these for now.

There was no significant change to your glasses Rx in the right eye. I bumped up the glasses Rx a little bit in the left eye, which should help to sharpen the vision.

Let's plan another routine exam again in ~1 more year, but please feel free to come in sooner if you are noticing more significant changes before then.

Electronically signed by Finucan, Kim M, OD at 10/11/2024 10:10 AM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kim M Finucan, OD | 10/10/2024 9:32 AM |

Patient questionnaire submission
--------------------------------
Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Optometry Pre-Visit Prescription Confirmation Kp.Org Natl**

| Question | 10/10/2024 9:32 AM PST - Filed by Patient |
|---|---|
| In accordance with Federal law, Kaiser Permanente is required to obtain a patient's consent to receive a digital copy of their glasses and/or contact lens prescription upon completion of a refractive eye exam and/or contact lens fitting. If you do not consent to receive your prescription electronically, a physical paper copy of the prescription will be provided to you upon completion of your glasses prescription and/or contact lens fitting. By clicking the "I agree" box below, you affirmatively consent to receive your prescription via the online patient portal at KP.org. Upon completion of your glasses prescription and/or contact lens fitting, your digital eyewear prescription(s) will be accessible to you in the patient portal by logging into your account on KP.org and selecting the medical record tab at the top of the screen. Your digital prescription may be saved to and/or printed from your personal device. | I agree to receive my glasses and/or contact lens prescription in the digital format described above. |

**Referrals**

**Outpatient Service #1915697594**

Reason: Specialty Services Required
Class: Internal
Status updated on: 9/8/2024

Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 9/8/2024 to 9/8/2025

**Referred From**

## 10/11/2024 - Office Visit in Central Interstate Optometry (continued)

**Referrals (continued)**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000

Department: EIN-IM
Provider: Kotamarti, Ramu Rao, MD
Provider address: 4855 SW Western Avenue Beaverton OR 97005

**Referred To**

Department: ZZZ-EYE CARE
Specialty: Optometry

Department phone: 503-813-2000

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**217756 - REF EYE CARE, CATARACTS.**

Number requested: 1 Number approved: 1

**Diagnoses**

- H25.9 (ICD-10-CM) - BILAT AGE RELATED CATARACT

**Order**

**REF EYE CARE, CATARACTS. [627092975]**

Electronically signed by: **Kotamarti, Ramu Rao, MD on 09/08/24 1603** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Kotamarti, Ramu Rao, MD 09/08/24 1603 Authorized by: Kotamarti, Ramu Rao, MD
Ordered during: Patient Message on 09/07/2024
Diagnoses
BILAT AGE RELATED CATARACT [H25.9]

**Coverages**

**Deductible Plan**

Plan: 5033270 Covered: Covered From: 3/1/2024 Member #: 15500373

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 10/10/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REQUEST FORM COMPLETION (Emergency Medical Certificate)

**Revision History**

Phan, Stella Nai, LPN on 10/10/2024 1654
- REQUEST FORM COMPLETION

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 10/10/2024 1646**

| | | |
| --- | --- | --- |
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 10/10/2024 4:54 PM | Encounter Date: 10/10/2024 | Creation Time: 10/10/2024 4:46 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to EIN adult clinician pool for assistance with form staging & completion
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to MOB team to review and address per protocol

*The following has been copied and pasted from Clinical summary in care everywhere on 10/1/24:*
Obstructive sleep apnea (adult) 09/27/2015
Overview (12/29/2015):
Formatting of this note might be different from the original.
DME: Pulmonary solutions
RDI:
CPAP/BiPAP Pressure:
Mask:

Electronically signed by Phan, Stella Nai, LPN at 10/10/2024 4:54 PM

**Messages**



PAGE 184/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**10/10/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Claudia De Araujo Ostermeyer, MD<br>Last Read in kp.org<br>10/11/2024 6:49 PM by Weller, Steven | Weller, Steven | 10/11/2024 2:44 PM |

Hi, please make an appointment with Dr. Foster so that she can ask the appropriate questions and get this done for you.
Regards
Dr Ostermeyer

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 10/10/2024 11:56 AM |

I have the attached form from PGE. When I last had this filled in Santa Clara, CA, I went to the sleep apnea department and they filled it for me. In Oregon, I don't have a contact in that department.

How should I get the form filled?

## 10/01/2024 - Patient Message in Appointment & Advice Contact Center

**Visit Information**

**Provider Information**

**Encounter Provider**
Initiated, Patient/Staff

**Department**

| Name | Address | Phone |
|---|---|---|
| Appointment & Advice Contact Center | 3175 NW Alocleck Dr.<br>Hillsboro OR 97124 | 503-813-2000 |

**Messages**

**Audiology Department**

| From | To | Sent and Delivered |
|---|---|---|
| Sing Tzio<br>Last Read in kp.org<br>10/3/2024 4:04 AM by Weller, Steven | Weller, Steven | 10/1/2024 11:49 AM |

Hello Steven,

You recently inquired about needing Hearing Aid Services on your current aids that were purchased in another region, Good News is that we can help you with this. Please give us a call at your earliest convenience so we can help get you scheduled.

The appointment clerks are available Monday through Friday from 8:00 AM to 5:00 PM. We look forward to speaking with you soon, and assisting in your health care.

Sincerely,

Specialty Care Appointments
503-331-3060
Toll Free 855-512-5983

KAISER PERMANENTE. RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/30/2024 - Telephone in Central Interstate Audiology

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Chief Complaint**

- HEARING AID PROBLEM (CIN)

**Revision History**

Brambila, Sigifredo on 9/30/2024 1011

- HEARING AID PROBLEM

**Clinical Notes**

**Unknown**

**Telephone Encounter by Brambila, Sigifredo at 9/30/2024 1009**

Author: Brambila, Sigifredo
Filed: 9/30/2024 10:12 AM
Status: Signed

Service: —
Encounter Date: 9/30/2024
Editor: Brambila, Sigifredo

Author Type: —
Creation Time: 9/30/2024 10:09 AM

Patient is calling, inquiring about the servicing hearing aid purchased through Northern California KP. States hearing aids were purchased about a year ago, Resound is the manufacturer. Left hearing aid has a failing microphone.

Patient is out of the country and prefers communication via kp.org.

Electronically signed by Brambila, Sigifredo at 9/30/2024 10:12 AM

**Telephone Encounter by Tzio, Sing at 10/1/2024 1149**

Author: Tzio, Sing
Filed: 10/1/2024 11:50 AM
Status: Signed

Service: —
Encounter Date: 9/30/2024
Editor: Tzio, Sing

Author Type: —
Creation Time: 10/1/2024 11:49 AM

Kp.org Message sent to patient to call us when he can to schedule the Hearing Aid Service appointment per patient request from prior message.

Electronically signed by Tzio, Sing at 10/1/2024 11:50 AM

**Telephone Encounter by Hamalian, Katherina G at 10/3/2024 1049**

Author: Hamalian, Katherina G
Filed: 10/3/2024 10:49 AM
Status: Signed

Service: —
Encounter Date: 9/30/2024
Editor: Hamalian, Katherina G

Author Type: —
Creation Time: 10/3/2024 10:49 AM

Member called to schedule appt.

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 10/11/2024 9:30 AM (Arrive by 9:15 AM) | Kim M. Finucan | Central Interstate Optometry | 503-240-3940 | |

## 09/30/2024 - Telephone in Central Interstate Audiology (continued)

**Clinical Notes (continued)**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 10/11/2024 3:00 PM (Arrive by 2:45 PM) | Ian S. Odgear; CIN FITTING/DISPENSING ROOM | Central Interstate Audiology | 855-512-5983 | |
| 10/15/2024 3:00 PM (Arrive by 2:30 PM) | Kristian E. Flores | Sunnybrook Physiatry | 503-571-4229 | |
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 11/8/2024 9:30 AM | Brad Plant | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/22/2024 9:15 AM | Benjamin Joel Melin | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Hamalian, Katherina G at 10/3/2024 10:49 AM

## 09/29/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL (Audiology )

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Lindsey A Anderson, LPN<br>Last Read in kp.org<br>9/30/2024 10:03 AM by Weller, Steven | Weller, Steven | 9/30/2024 9:57 AM |

Steven,

My name is Lindsey and I am a LPN with Kellie R. Foster, MD's team. Thank you for using kp.org messaging.

You can contact the Audiology department without a referral. Please call the number listed and the department will assist you in making an appointment.

**Audiology**
Scheduling Phone Numbers by Location:
Monday - Friday, 8:00am - 5:00pm
All locations except Longview: 503-331-3060
Longview: 360-636-4469

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lindsey A. Anderson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/29/2024 1:16 AM |

I'm looking for a referral to the audiology people in Kaiser Oregon.

I have ReSound hearing aids that were issued to me about a year ago by Kaiser of Northern California. The left aid has developed a fault (I'm pretty sure it's a failing microphone) and it's making hearing really difficult.

## 09/16/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Messages**

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Lesa Culbertson, LPN<br>Last Read in kp.org<br>9/17/2024 9:05 AM by Weller, Steven | Weller, Steven | 9/16/2024 4:46 PM |

Steven,

Thank you for using kp.org. My name is Lesa, and I am a LPN with Kellie R. Foster, MD's team.

Please see the information I have sent below.

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests.

If you have questions, you can reach the ROI department by phone at (503) 571-5051, 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lesa A. Culbertson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Form or letter request~Request form**

**09/16/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/16/2024 8:59 AM |

Please let me know when you have faxed the form to Sedgwick so I can give them a heads up.

## 09/16/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>9/30/2024 9:30 AM by Weller, Steven | Weller, Steven | 9/24/2024 5:55 PM |

Hi Steven!

We can try and meet again in 6 weeks or so? Glad you are able to do the exercises without having symptoms!

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 9/16/2024 8:25 AM |

Feedback on the new exercises

The new nerve gliding exercises are definitely touching some new things, but there is no pain or tingling associated with them.

I'm tolerating the putty exercises too, though my left hand is slow to recover from its injury caused by moving myself around in a manual wheelchair, so I'm going carefully there.

I'm doing these new exercises at least once per day and will work up from there.

Do I need to make another appointment with you?

## 09/14/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**
Morse, Sadie Katherine, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Sadie Katherine Morse, PA<br>Last Read in kp.org<br>9/17/2024 9:04 AM by Weller, Steven | Weller, Steven | 9/17/2024 7:18 AM |

Hi Steven,

You do not need a new referral. You can call 503-571-4910 or go on to kp.org to schedule with a different PT.

Sadie Morse, PA-C
Westside Medical Center Orthopedics

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Morse Sadie K Pa Pool (supporting Sadie Katherine Morse, PA) | 9/14/2024 4:36 PM |

Miki Bailey PT suggested I seek out another PT to work with me on my hip. Do you have any recommendations and can you create that referral?

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/13/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REQUEST FORM COMPLETION (DMV forms )

**Revision History**

Allgood, Gisela, LPN on 9/14/2024 1413
- REQUEST FORM COMPLETION (9/14 awaiting response)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Young, Julia A, LPN at 9/15/2024 1722**

| | | |
|---|---|---|
| Author: Young, Julia A, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/15/2024 5:23 PM | Encounter Date: 9/13/2024 | Creation Time: 9/15/2024 5:22 PM |
| Status: Signed | Editor: Young, Julia A, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to back office for forms

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to back office to review and address.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 10/11/2024 9:30 AM (Arrive by 9:15 AM) | Kim M. Finucan | Central Interstate Optometry | 503-240-3940 | |
| 10/15/2024 3:00 PM (Arrive by 2:30 PM) | Kristian E. Flores | Sunnybrook Physiatry | 503-571-4229 | |
| 10/21/2024 9:30 AM | Miki Bailey | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/4/2024 9:15 AM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |
| 11/5/2024 4:50 PM (Arrive by 4:35 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 09/13/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

OSTEOPOROSIS
BILAT HAND JOINT PAIN
LEFT ELBOW JOINT PAIN
NEUROPATHIC PAIN
RIGHT HIP JOINT PAIN

Electronically signed by Young, Julia A, LPN at 9/15/2024 5:23 PM

**Telephone Encounter by Foster, Kellie R, MD at 9/17/2024 1843**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 9/17/2024 6:43 PM | Encounter Date: 9/13/2024 | Creation Time: 9/17/2024 6:43 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

Form signed and placed in clinic outbox

P EIN MA team - please mail to DMV parking form to patient

Electronically signed by Foster, Kellie R, MD at 9/17/2024 6:43 PM

**Telephone Encounter by Netherton, Shauna, MA at 9/18/2024 1709**

| | | |
|---|---|---|
| Author: Netherton, Shauna, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 9/18/2024 5:10 PM | Encounter Date: 9/13/2024 | Creation Time: 9/18/2024 5:09 PM |
| Status: Signed | Editor: Netherton, Shauna, MA (MEDICAL ASSISTANT) | |

Placed in out going mail today.
09/18/24

Electronically signed by Netherton, Shauna, MA at 9/18/2024 5:10 PM

**Messages**

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/14/2024 2:34 PM |

It's a renewal of a temporary permit
I don't need a wheelchair permit (I use one but don't have a lift etc.)
It can be mailed to me.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Gisela Allgood, LPN<br>Last Read in kp.org | Weller, Steven | 9/14/2024 2:13 PM |

**09/13/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

9/14/2024 2:32 PM by Weller, Steven

---

Steven,

My name is Gisela and I am a LPN with Kellie R. Foster, MD's team. Your clinician will need the following information in order to consider your request.

- Is this an original (first time) parking permit, a renewal parking permit, or a temporary parking permit?
- Do you require a wheelchair or non-wheelchair permit?
- If approved, would you prefer to pick it up at your medical office or have it mailed to your home address? (Please note, it can take 7-10 business days to arrive via mail).

Once we receive your reply, your request will be reviewed by your clinician.

Thank you in advance for your reply.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Gisela Altamirano, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/13/2024 12:37 PM |

---

My disabled placard expires October 5th. Please let me know how I can renew it.



PAGE 197/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/13/2024 - Office Visit in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Morse, Sadie Katherine, PA | Morse, Sadie Katherine, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 4** |

**Reason for Visit**

**Chief Complaints**

- FOLLOW UP CARE - Right Hip
- PAIN - Right Hip

**Visit Diagnosis**

- **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary) [M70.71]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BURSITIS OF RIGHT ILIOPSOAS BURSA (primary)** | M70.71 | Morse, Sadie Katherine, PA | 09/13/2024 0954 |

**Clinical Notes**

**Unknown**

**Nursing Note by Tolentino, Ana M, LPN at 9/13/2024 0920**

| | | |
|---|---|---|
| Author: Tolentino, Ana M, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/13/2024 9:16 AM | Encounter Date: 9/13/2024 | Creation Time: 9/13/2024 9:15 AM |
| Status: Signed | Editor: Tolentino, Ana M, LPN (LICENSED PRACTICAL NURSE) | |

Accompanied by: Spouse/Significant Other,
BP Method: none taken
Weight Bearing Status: Full
Weight: Patient declined
Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy
Patient Support Tool Reviewed: No gaps identified.

Ana M. Tolentino, LPN

Electronically signed by Tolentino, Ana M, LPN at 9/13/2024 9:16 AM

**Progress Notes by Morse, Sadie Katherine, PA at 9/13/2024 0920**

| | | |
|---|---|---|
| Author: Morse, Sadie Katherine, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |

**09/13/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

Filed: 9/13/2024 9:55 AM Encounter Date: 9/13/2024 Creation Time: 9/13/2024 9:18 AM
Status: Signed Editor: Morse, Sadie Katherine, PA (PHYSICIAN ASSISTANT (P.A.))

Last visit to Orthopedics or Fracture Clinic in 3 Years:
--------------------------------------------------------
Appointment Date: 4/26/24
Visit Type: Office Visit
Specialty: Orthopedic Surgery
Department: WMS-ORTH
Provider: NORTON, KYLE ROBERT
Visit Diagnoses:
 OSTEOARTHRITIS OF RIGHT HIP

**Orthopedic Clinic Note: 9/13/2024**

**Assessment:**
(M70.71) BURSITIS OF RIGHT ILIOPSOAS BURSA (primary encounter diagnosis)

**Plan**:
- Discussed use of NSAIDs and/or acetominophen, ice and elevation to help ameliorate pain
- Pt referred to Physiatry for IA US-guided injection of Right hip iliopsoas bursa
- Follow up as needed

**HPI:**
CC: Steven Weller is a 62 yrs old male here for Left hip pain

*The following has been copied and pasted from office visit on 3/28/2024 by PA Esterberg:*
Steven Weller is a 62 yrs male who presents with longstanding bilateral hip pain but the right hip has been the most bothersome for him. When he was living in California he had bilateral intra-articular hip injections which were helpful. He localizes the pain to the anterior groin of both hips which becomes significantly aggravated any time he stands up replace his weight on his legs. He has been using a wheelchair at home to get around once the hip start to become aggravated.

He has done water therapy in the past which he found very helpful for the hips but because of baseline left knee pain, he has not been able to continue this or try any other physical therapy out of concern that it will make his knee worse thus debilitating him further. He has not had any treatment for the knee or an injection. There have been a recent left knee x-rays but he would be open to considering an injection depending on those results and would also like to proceed with another hip injection.

Most recent IA injection L hip on 4/26/24 did not relieve any pain. PT has been unhelpful, as the hip flexion exercises cause extreme pain in the day after he does them. Pain is primarily with hip flexion, in groin. He is frustrated with the limited mobility he has secondary to the pain

Vocation:
**Occupational History**

Occupational History
- Not on file



PAGE 199/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

**09/13/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

## Past Injection Procedures

| Injection History (Excludes Botox) | LARGE JOINT INJECTION OR ASPIRATION PROCEDURES |
|---|---|
| **4/26/2024** 14:30 | INJ LRG JT/BURSA: R intra-articular hip joint Order Status: Final result<br>INJ LRG JT/BURSA: L knee joint Order Status: Final result |

**BMI: There is no height or weight on file to calculate BMI.**

Tobacco Use: Low Risk (9/13/2024)
Patient History
- Smoking Tobacco Use: Never
- Smokeless Tobacco Use: Never
- Passive Exposure: Not on file

**HBA1C:**

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

*PCP: Kellie R. Foster, MD*

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

No current facility-administered medications for this visit.

*Patient Active Problem List:*
*ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033*
*OSTEOPOROSIS*
*BILAT HAND JOINT PAIN*
*LEFT ELBOW JOINT PAIN*
*NEUROPATHIC PAIN*
*RIGHT HIP JOINT PAIN*

*No Known Allergies*

*No past surgical history on file.*

**09/13/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

**Objective:**
* There were no vitals taken for this visit.
* GA: Well appearing adult male in NAD
* HEENT: Head normocephalic, atraumatic
* right hip:
    Inspection: normal skin color, no swelling, no obvious deformity
    Palpation: Tenderness groin. No tenderness greater trochanter and buttock
Leg lengths: Leg lengths appear equal on clnical exam
    ROM Right Hip: 100° Flexion / 10° IR / 40° ABD / 45° ER
FABER test : Negative
FADIR test: Negative
Straight Leg Raise able, without radiculopathy symptoms but with associated groin pain
*Neurovascular: sensation intact to light touch, 2+ pulse(s), motor grossly intact

**Imaging:**

*The following has been copied and pasted from imaging report:*
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

IMPRESSION:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: **1** = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM

Questions solicited and answered. Pt agrees to the treatment plan above and has no questions at this time.

36 minutes spent performing face-to-face and non face-to-face patient care today.

## 09/13/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

Electronically signed by Morse, Sadie Katherine, PA at 9/13/2024 9:55 AM

**Flowsheets**

**Encounter Vitals**

| Row Name | 09/13/24 0912 |
|---|---|
| Encounter Vitals | |
| Pain Score | 6 (scale 0-10) -AT at 09/13/24 0912 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| AT | Tolentino, Ana M, LPN | LICENSED PRACTICAL NURSE | Nursing | 09/13/2024 |

**Patient Instructions**

KAISER PERMANENTE.

Dear Steven Weller

It was a pleasure to see you today.

Should you have any questions, please contact our advice nurse at (971) 310-3240. You may receive a questionnaire in the mail about today's visit. If you do please take the time to fill it out and return it as soon as possible. This will help us to better serve you.

Thank you for allowing me and my team the privilege of caring for you today. **YOU are the reason we are here, and I truly hope we provided you with the excellent service you deserve.** Please let us know if there is anything else we can do for you so that we can be sure you are leaving completely satisfied with your care experience.
If your symptoms persist or worsen please return to the clinic otherwise please follow up with your primary care provider.

Be well and thrive,

Sadie Morse, PA-C
KAISER WESTSIDE ORTHOPAEDICS
2875 NW STUCKI AVE
HILLSBORO, OR 97124

**09/13/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Patient Instructions (continued)**

**If I ordered new medication(s) or refill(s) today to be delivered to you by mail-order, you must call 1-800-548-9809 when you are ready to have the medications mailed to you. THE MAIL ORDER PHARMACY WILL NOT FILL YOUR PRESCRIPTIONS UNTIL THEY RECEIVE YOUR CALL!**

Electronically signed by Tolentino, Ana M, LPN at 9/13/2024 9:16 AM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Sadie Katherine Morse, PA | 9/13/2024 9:07 AM |

Patient questionnaire submission
--------------------------------
Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 9/13/2024 9:07 AM PST - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell?<br>No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/13/2024 - Letter (Out) in Sunnybrook Physiatry

**Visit Information**

**Provider Information**

**Encounter Provider**

Unknown, Provider

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Physiatry | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-4229 |

**09/13/2024 - Letter (Out) in Sunnybrook Physiatry (continued)**

**Letters**

**Letter by Larking, Kateryna Eleana on 9/13/2024**

Status: Sent
Letter body:

KAISER PERMANENTE®

9/13/2024

Steven Weller

Dear Steven,

Your health care clinician has referred you to the Physiatry Department for a procedure. Please call us when you are ready to schedule your appointment or if you have any questions at Physiatry (844-364-4807). We are available Monday- Friday from 8:00am to 5:00pm. If you have already made an appointment, please disregard this notice.

We look forward to speaking with you, to ensure you receive the care you need. As a reminder, your referral is valid for one year.

Be healthy. Live well. Thrive.

Sincerely,

Specialty Department Appointing

KAISER PERMANENTE. RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/12/2024 - Immunization in Cascade Park COVID-19 Vaccination Clinic

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| Cascade Park COVID-19 Vaccination Clinic | 12607 SE Mill Plain Blvd Vancouver WA 98684 | 800-813-2000 |

### Reason for Visit

**Visit Diagnosis**

- **VACCINATION (primary) [Z23]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | VACCINATION | Z23 | Mickelson, Meryni A, MA | 09/12/2024 1153 |

### Medication Administrations

**COVID Vacc, 2024-2025 (12y up) PF 30 mcg/0.3 mL IM Syg 0.3 mL (COMIRNATY) [627724238]**

Ordering Provider: Mickelson, Meryni A, MA
Ordered On: 09/12/24 1154
Ordered Dose (Remaining/Total): 0.3 mL (0/1)
Frequency: ONE TIME

Status: Completed (Past End Date/Time)
Starts/Ends: 09/12/24 1200 - 09/12/24 1154
Route: intraMUSCULAR
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 09/12/24 1154 Documented: 09/12/24 1154 | Given | 0.3 mL | intraMUSCULAR Left Deltoid | Performed by: Mickelson, Meryni A, MA Scanned Package: 0069-2432-01 |

**Flu Vaccine TS 2024-25 (6 mos up) PF IM Syg 0.5 mL (FLULAVAL) [627724121]**

Ordering Provider: Mickelson, Meryni A, MA
Ordered On: 09/12/24 1153
Ordered Dose (Remaining/Total): 0.5 mL (0/1)
Frequency: ONE TIME

Status: Completed (Past End Date/Time)
Starts/Ends: 09/12/24 1200 - 09/12/24 1153
Route: intraMUSCULAR
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 09/12/24 1153 Documented: 09/12/24 1153 | Given | 0.5 mL | intraMUSCULAR Left Deltoid | Performed by: Mickelson, Meryni A, MA Scanned Package: 19515-810-41 |

### Immunizations Given

Immunizations never marked as reviewed

**COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
CVX code: 309
Product: Comirnaty 2024-25 (12y up)(PF)
Expiration date: 3/11/2025

Date: 9/12/2024 1154
Route: Intramuscular
VIS Publish Date: 10/19/23
Manufacturer: Pfizer US pharm

Dose: 0.3 mL
NDC: 00069-2432-01
Lot number: LM2223

**Questionnaire**

## 09/12/2024 - Immunization in Cascade Park COVID-19 Vaccination Clinic (continued)

**Immunizations Given (continued)**

| Question | Answer |
|---|---|
| Any contraindications? | No |
| VIS Given? | Yes |

**Previous revisions**

**[pending] COVID-19 mRNA, PF, (2024-2025) 12yrs-adult (Pfizer), 30 mcg/0.3mL**

The documentation on this immunization is incomplete.

Dose: 0.3 mL
CVX code: 309
Manufacturer: Pfizer, Inc
Site: Left Deltoid
VIS Publish Date: 10/19/23
Route: Intramuscular

**INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

Given by: Mickelson, Meryni A, MA
Site: Left Deltoid
VIS Publish Date: 08/06/21
Product: FLULAVAL
Expiration date: 6/17/2025
Date: 9/12/2024 1153
Route: Intramuscular
Manufacturer: Sanofi Pasteur
Dose: 0.5 mL
NDC: 19515-0810-41
Lot number: J4349

**Questionnaire**

| Question | Answer |
|---|---|
| VIS Given? | Yes |
| Any Contraindications? | No |
| If contraindicated, approval to give per Clinician/RN? | — |

**Previous revisions**

**[pending] INFS pres free 6mos-adult (Flulaval trivalent) (influenza)**

The documentation on this immunization is incomplete.

Dose: 0.5 mL
VIS Publish Date: 08/06/21
Manufacturer: Sanofi Pasteur
Site: Left Deltoid
Route: Intramuscular

## 09/11/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT |

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaints**

- OCCUPATIONAL THERAPY, onset date 9/25/2024
- PROGRESS NOTE, onset date 9/25/2024

**Visit Diagnoses**

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- MUSCLE WEAKNESS [M62.81]
- NUMBNESS AND TINGLING OF SKIN [R20.0, R20.2]
- RIGHT HAND PAIN [M79.641]
- BILAT HAND PAIN [M79.641, M79.642]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #3 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #4 | | | | |
| Add | NUMBNESS AND TINGLING OF SKIN | R20.0, R20.2 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #5 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 09/25/2024 0922 |
| Diagnosis #6 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Dahuyag, Faye D, OT | 09/25/2024 0922 |

### Clinical Notes

**Unknown**

**Progress Notes by Dahuyag, Faye D, OT at 9/11/2024 1520**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 9/25/2024 9:23 AM | Encounter Date: 9/11/2024 | Creation Time: 9/11/2024 1:55 PM |
| Status: Signed | Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL) | |

## 09/11/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

**Occupational Therapy Visit # 2/5**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Monthly Progress Note Due: 10/11/2024

**ASSESSMENT**

**Occupational Therapy Monthly Progress Note (reporting period: 5/4/2024 to 9/11/024)**
Current Functional Status: still limited d/t pain. Also reports easily fatigue. States that he wont be able to handle a full work day as his pain increase with prolonged use.
Objective Changes: improved pain
Individual Goal Progress & Explanation: See notes/changes below.
Assessment of Therapy Progress: Good. Pain is improving. Able to use computer for 2 mins without symptoms. Reports stinging pain along the volar aspect of the MF and IF, but states he was negative for carpal tunnel. Responded well to nerve gliding and activity modification techniques. Added intrinsic strengthening today.
Member will benefit from continued skilled OT intervention to decrease pain and increase strength.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: multiple chronic pain issues
Next Progress Note Due: 10/11/024787

**PLAN OF CARE**

Steven to be seen up to an additional 3 visits through 9/2024.

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | 9/11/2024 |
| Therapist: Faye Dahuyag, OTR | FD |
| Patient to demonstrate understanding on activity modification techniques | Met |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | Met |
| Patient to report compliance with HEP | Met |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | 9/11/2024 | | |
| Therapist: Faye Dahuyag, OTR | FD | | |
| Patient to report pain no more then 1/10 during functional use of the B hand | ongoing | | |
| Patient will be able to type for at least 5 mins with no pain. | ongoing | | |
| Independent with HEP and self management of this diagnosis. | ongoing | | |

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.

**Clinical Notes (continued)**

-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Changes to Plan of Care: none
Subsequent Visit Treatment Recommendations: re-assess. Update HEP

**SUBJECTIVE**

Pt reports stinging, but less frequent since last evaluation. More notable after prolonged
Elbow is feeling better. No soreness.
Using computer 2 mins or less

**OBJECTIVE**

R grip 90#
L grip 65#

No reports of pain during grip testing

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Continued assessment.
Discussed activity modification techniques, tasks modification, and tasks variation. Provided appropriate recommendations.
Intrinsic strengthening.

Access Code: 6YRZHC3F
URL: https://kaiserpermanente.medbridgego.com/
Date: 09/11/2024
Prepared by: Faye Dahuyag

Exercises
- Finger Lumbricals with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Finger Adduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Seated Finger Abduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps

Time In: 320
Time Out: 402

| BILLING CODES | Minutes | Units |
|---|---|---|
| Therapeutic Exercise | 42 | 3 |
| | | |
| | | |
| Total Billable Time: | 42 | 3 |

Electronically signed by Dahuyag, Faye D, OT at 9/25/2024 9:23 AM

**Patient Instructions**

**"The Jellyfish"**

- With your hands in front of you, elbows bent and to your sides, mimic the slow up and down motion of a jellyfish.
- Slowly repeat in one, very slow, continuous motion (this should take about 3 seconds).

**09/11/2024 - Office Visit in South Interstate Occupational Therapy (continued)**

**Patient Instructions (continued)**

- Shorten the arc of motion if you are feeling strong sensations of pulling, tingling or pain.
- **Slowly perform this exercise for 3 cycles of 15-20 seconds each.**



**"Pulling a string attached to your ear"**

- Start with your elbow to the side and your hand pointed towards your ear.
- As you move your arm out, tilt your head like its attached to your hand by a string.
- Open your hand as you move it back toward your head and straighten your neck.
- Slowly repeat in one, very slow, continuous motion (about 3 seconds).
- Shorten the arc of motion if you are feeling strong sensations of pulling, tingling or pain.
- **Slowly perform this exercise for 3 cycles of 15-20 seconds each.**

**Ulnar Nerve Flossing ("Take a bite, would you like some?")**

Perform exercise for 3-4 cycles of 20-30 seconds each.
Repeat this exercises 3-5 times per day.

- Start with your elbow in front of you and your hand in front of your mouth like you are going to take a bite of something.
- Slowly open your hand, bend wrist back, and reach your arm forward like you are handing a plate to someone.
- Slowly repeat in one, very slow, continuous motion (about 3 seconds).
- Shorten the arc of motion if you are feeling strong sensations of pulling, tingling or pain.



## 09/11/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Patient Instructions (continued)**

Electronically signed by Dahuyag, Faye D, OT at 9/11/2024 3:44 PM

## 09/11/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FORMS (MOB)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Le, Tran D, LPN at 9/12/2024 1646**

| | | |
|---|---|---|
| Author: Le, Tran D, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/12/2024 4:47 PM | Encounter Date: 9/11/2024 | Creation Time: 9/12/2024 4:46 PM |
| Status: Signed | Editor: Le, Tran D, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to back office for **further assistance with form delivery.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to back office to review and address.

Katherine D. Le, LPN

Electronically signed by Le, Tran D, LPN at 9/12/2024 4:47 PM

**Messages**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/21/2024 12:00 PM by Weller, Steven | Weller, Steven | 9/20/2024 10:49 PM |

Dear Steven,

I just wanted to close the loop that we faxed the forms with updated question 9 info on Tuesday 9/17.

Sincerely,
Kellie R. Foster, MD
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 9/13/2024 2:57 PM |

Got five pages

Section 9
Walking box should be checked
Other box should be checked

Otherwise looks good, thanks.

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:49 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:40 PM |

Page 5

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:49 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:40 PM |

Page 4

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:49 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:40 PM |

Page 3

**09/11/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:48 PM by Weller, Steven | Weller, Steven | 9/13/2024 2:39 PM |

Dear Mr Weller,

Thank you for letting me know - here is page 2

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 9/13/2024 1:57 PM |

Yes it works!

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/13/2024 2:08 PM by Weller, Steven | Weller, Steven | 9/13/2024 1:32 PM |

Dear Mr Weller,

Does it work if I just attached one sheet? This work around has worked for other patients. If you can see this sheet, I'll send the rest one by one.

Sincerely,
Kellie R. Foster, MD

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/12/2024 9:30 AM |

All of the image links give an internal server error, so I can't see the attachments. Fails on Mac and iPad and iPhone. I will try contacting your website people, but you may have a more direct contact.

{"error":"SMS Adapter Error: Internal Server Error.

**09/11/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

Description:[{\"businessException\":false,\"code\":\"Internal Server Error\",\"description\":\"Exception in ExceptionHandlerAdvice->handleSystemException(): EPIC Adaptor Exception in Epic2020EmailAdaptor->getAttachment(): Error reading XMLStreamReader: Unexpected character 'e' (code 101) in prolog; expected '

Dear Mr Weller,

Thank you for following up

I've attached the form to this email, please let me know if you see adjustments that need to be made.

Sincerely,
Kellie R. Foster, MD
----- Message ----- From:Steven Weller Sent:9/11/2024 8:11 AM PDT To:Kellie R. Foster Subject:Form or letter request~Request formAt my video appointment on Friday you were going to fill in the four-page form and send it back to me on Monday for checking prior to faxing. I have not received a form from you yet. Have you faxed it to Sedgwick?Please let me know if there is anything I need to do to meet the September 18 deadline.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/12/2024 2:54 PM by Weller, Steven | Weller, Steven | 9/11/2024 3:01 PM |

Dear Mr Weller,

Thank you for following up

I've attached the form to this email, please let me know if you see adjustments that need to be made.

Sincerely,
Kellie R. Foster, MD

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/11/2024 8:11 AM |

At my video appointment on Friday you were going to fill in the four-page form and send it

back to me on Monday for checking prior to faxing. I have not received a form from you yet. Have you faxed it to Sedgwick?

Please let me know if there is anything I need to do to meet the September 18 deadline.

## 09/11/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**
Bailey, Michaela, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Michaela Bailey, PT<br>Last Read in kp.org<br>9/12/2024 9:33 AM by Weller, Steven | Weller, Steven | 9/11/2024 4:05 PM |

Hi Steven,

Sorry to hear you feel this way.

After careful consideration, I think you may prefer to consult with a different therapist.

Best of success and I hope you feel better soon.

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Bailey Michaela Pt Pool (supporting Michaela Bailey, PT) | 9/11/2024 9:58 AM |

Unfortunately, following my appointment with you on Friday my hip pain became substantially worse and Ive been barely able to walk. Something we did in your office made it flare up big time.

But I have a theory of what my condition may be. Iliopsoas bursitis/tendonitis matches the location of my pain and is consistent with the failed attempts to treat this as an arthritic condition. We know that leg raises are really bad, and that that standing and walking are painful. My groin feels sore to pressure where I think that bursa is located.

Does this theory modify my treatment plan? Is there a way we can confirm or refute my amateur diagnosis? It's been more than a year with this and I really need a path forward.



PAGE 218/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/11/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/11/2024 10:08 AM |

I think my right hip problem is Iliopsoas bursitis/tendonitis. I've sent my PT a message to that effect and intend to steer my orthopedic contacts in that direction. I really need to make progress on this condition.



PAGE 219/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/07/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL (Eye check)

**Visit Diagnosis**

- **BILAT AGE RELATED CATARACT (primary) [H25.9]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT AGE RELATED CATARACT (primary)** | H25.9 | Kotamarti, Ramu Rao, MD | 09/08/2024 1602 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Baek, Marina, LPN at 9/8/2024 1558**

Author: Baek, Marina, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 9/8/2024 3:59 PM Encounter Date: 9/7/2024 Creation Time: 9/8/2024 3:58 PM
Status: Signed Editor: Baek, Marina, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to clinician for advice
- Patient requesting to have his eye check due to possible cataract.
- See pended referral

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to clinician to be addressed.

Electronically signed by Baek, Marina, LPN at 9/8/2024 3:59 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Ramu Rao Kotamarti, MD<br>Last Read in kp.org | Weller, Steven | 9/8/2024 4:03 PM |
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**09/07/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

9/9/2024 9:42 AM by Weller, Steven

Hello Steven,

**The following Orders have been placed for you:**

**Orders Placed This Encounter**
- Cataract Eye Care Referral

To see order information and instructions from a kp.org message (labs, imaging, referrals and other tests), go to the Medical Record tab on kp.org, choose "Past Visit Information" and look for Patient Message in Past Visits.

Standard x-rays and ECGs can be done at any Kaiser facility with an x-ray or imaging department in it.

Please utilize the kp.org app to activate any prescriptions and have it mailed to you or call the pharmacy to have this filled.

If you have additional symptoms or the advice that our nurses have provided is not helpful please call 503-813-2000.

Locations of our Facilities can be found at the following link:
https://healthy.kaiserpermanente.org/oregon-washington/doctors-locations#/search-form

Ramu R. Kotamarti, MD for Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/7/2024 12:52 PM |

At my optometry visit earlier this year (outside Kaiser), the optometrist said that I was a candidate for cataract surgery. I'd like to follow up on that with Kaiser physicians.

## 09/06/2024 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Bailey, Michaela, PT | Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 3 weeks (around 9/27/2024) for Video Visit, Telephone Visit, Face-to-Face Visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaints**

- PHYSICAL THERAPY, onset date 9/6/2024
- PROGRESS NOTE, onset date 9/6/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Bailey, Michaela, PT | 09/06/2024 1559 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Bailey, Michaela, PT | 09/06/2024 1559 |

**Clinical Notes**

**Unknown**

**Progress Notes by Bailey, Michaela, PT at 9/6/2024 1410**

Author: Bailey, Michaela, PT    Service: —    Author Type: THERAPIST, PHYSICAL
Filed: 9/6/2024 3:59 PM    Encounter Date: 9/6/2024    Creation Time: 9/6/2024 2:13 PM
Status: Signed    Editor: Bailey, Michaela, PT (THERAPIST, PHYSICAL)

**Physical Therapy Progress Report**

Visit #4 for dx of

**Diagnosis**

M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

pain (+ 4 for this year)

PT Initial Evaluation Date: 7/5/24
Medicare Reauthorization Date if Applicable: 10/3/24
Monthly Progress Note Due Date: 10/4/24

Referring Provider: Chad Andrew Esterberg,
Precautions/Contraindications/Comorbidities: NA

Suspect central sensitization.

Reporting Period: 8/23 to 9/6/2024

**ASSESSMENT**

DX:
As of 9/6/24
I suspect intermittent compression of right ilioinguinal and/or related nerves d/t hypertonic R hip flexors.
Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.

Pt will benefit from PT for further mobility assessment, progression of therex, posture and core strengthening, along with continued education regarding spinal alignment and lifting mechanics. Pt may also benefit from manual therapy and modalities as indicated to help with improved lumbar mobility and reduced pain.

Potential barriers to goal achievement: emotional factors

Goals: all in progress
STGs: POC updated on 9/6/24 to 12/31/2024
Patient will be able to sit > 60 minutes without sxs. =near met
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**SUBJECTIVE**

Steven reports he is feeling

He reports supine leg lift flared him up, and he had to go back to using a WC in the house.
Rested and since then has gotten better.

Focused sharp pain.
As it gets better, pain gets duller.
Always same place and radiates up to pelvis.
"My pelvis bone gets tender" = points to right sided ASIS area.
Pain scale: Current: NR/10.
Function:

**Patient Specific Functional Scale (PSFS)**

| ACTIVITY | DATE: 7/5/2024 | 9/6/24 | |
|---|---|---|---|
| 1. Lifting | 2/10 | | |
| 2. Carrying | 2/10 | | |
| 3. Standing | 2/10 | | |
| 4. Walking | 2/10 | 3/10 | |
| **Total Score** = sum of activity | 2/10 | | |

| | | | | |
|---|---|---|---|---|
| scores/number of activities | | | | |

**KEY:** On a scale of 0-10, Zero indicates the patient is unable to perform the activity.
Ten indicates the patient is able to perform the activity at the same level as before injury.
Minimal detectable change for total score = 2 points. Minimal detectable change for single activity score = 3 points.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Objective:**
Patient arrived in power WC, used WC to transport himself to treatment room,then got up smoothly and walked in normal gait pattern without any signs of visible distress.

*The following has been copied and pasted from: Imaging Report*
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

IMPRESSION:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

**PLAN OF CARE**

Up to 4 more visits.

Focus on alignment.
Try off loading pelvic nerves, may include
Lateral cutaneous femoral nerve
Ilioinguinal nerve

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Therapeutic Exercise: Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided. Pt education on anatomy/biomechanics of the lumbar spine and the role of spinal positioning on low back pain. Pt education on the importance of postural strengthening and stretching to help manage symptoms.

Pt education and performance of:
At home, in most comfortable position seated in recliner and slightly reclined, please try these:

Push right thigh down into the seat, then relax.
With Right leg extended,

**09/06/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

1. Roll hip joint gently in and out in small range
2. Keep heel on floor and knee extended, and gently slide Right heel out to your right side, then return.

Please continue all painfree exercises.

Please be sure to have optimal alignment, including:
Kneecap over toes,
Feet about hip width apart.

In this alignment, please continue small range heel slides and ankle pumps.

**Manual Therapy:**
PROM R heel slides in supine with manual guidance to execute small range movement in perfect alignment.

Patient Response to Treatment: Patient tolerated evaluation and treatment well.

**Time Spent on Evaluation and Treatment:**

Therapeutic Exercise x 22 minutes
**Manual Therapy x 7 min**
Additional clinic time spent on progress assessment.

Time In: 2:13pm
Time Out: 2:50pm

Electronically signed by Bailey, Michaela, PT at 9/6/2024 3:59 PM

**Patient Instructions**

At home, in most comfortable position seated in recliner and slightly reclined, please try these:

Push right thigh down into the seat, then relax.
With Right leg extended,
1. Roll hip joint gently in and out in small range
2. Keep heel on floor and knee extended, and gently slide Right heel out to your right side, then return.

Please continue all painfree exercises.

Please be sure to have optimal alignment, including:
Kneecap over toes,
Feet about hip width apart.

In this alignment, please continue small range heel slides and ankle pumps.

Electronically signed by Bailey, Michaela, PT at 9/6/2024 2:44 PM

**Patient Instructions (continued)**

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/06/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND JOINT PAIN [M25.541, M25.542]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 09/06/2024 2109 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 09/06/2024 2109 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 09/11/2024 1637 |

### Clinical Notes

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 9/6/2024 1000**

Author: Foster, Kellie R, MD
Filed: 9/11/2024 4:38 PM
Status: Signed
Service: —
Encounter Date: 9/6/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 9/6/2024 10:19 AM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**

Hypersensitive is better -- but still only able to use for hands 10-15 min at one time
If able to avoid use pain is better
Mild stinging
Rare the severe pain this is hard to desribe
Stylus is better than typing

Hip is slowly improving - doing eercise- week to see

Limited ability to stand for household takes

Doing puzzles can also flare pain

L elbow is improving - continues with OT exercises

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*
Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
Work forms filled out-- patient continues to have limited abiltiy to stand and use hands for extended time.
See forms attached to 9/11 kp.org message

P) No orders of the defined types were placed in this encounter.

21-30 min pt care time

Electronically signed by Foster, Kellie R, MD at 9/11/2024 4:38 PM

**Letters**

**Work Letter by Foster, Kellie R, MD on 9/6/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 10/7/2024 through 1/7/2025.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>7/11/2024 12:30 PM by Weller, Steven | Weller, Steven | 7/10/2024 1:44 PM |

Appointment Information:
Visit Type: Video visit
Date: 9/6/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 10:00 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

KAISER PERMANENTE®

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**
3572
**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

# School Status Report

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

KAISER PERMANENTE®

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**
3572
**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 10/7/2024 through 1/7/2025.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/06/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**

Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

#### accomodation forms

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/7/2024 10:20 AM by Weller, Steven | Weller, Steven | 9/6/2024 9:06 PM |

Dear Mr Weller,

Unfortunately I cannot attach the forms from my laptop, but will attach them Monday when I am back in office.

Take care,
Kellie R. Foster, MD

KAISER PERMANENTE RELEASE OF INFORMATION Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

**09/02/2024 - Patient Message in East Interstate Internal Medicine**

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 1008**

| | | |
|---|---|---|
| Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/2/2024 10:08 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 10:08 AM |
| Status: Signed | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE) | |

Combined with first message sent. See patient message encounter from 9/2/24. Routed to Kellie R. Foster, MD. Closing encounter.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:08 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:55 AM |

Right Hip
Pain was improving until I tried small range straight leg raise PT exercises. Those injured my right hip after just a few days and put me back a couple of months. I've been carefully adding back PT the other exercises one at a time. I have right hip pain most of the time, but after prolonged rest it will go away completely. It feels like PT is helping.

I've progressed to walking unaided indoors at home every day, but I only walk when I have to and I do so carefully. I use an electric wheelchair whenever I leave the apartment. For the last two weeks I've been able to take a standing shower every day. This is potentially better for my hips since I don't have to get into and out of a bath. Cooking a meal is too much for my right hip.

I spend a lot of time during the day sitting or reclining to keep weight off my right hip. Sitting in



PAGE 234/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

certain positions can cause considerable right hip pain, for example if leaning forward to do a jigsaw puzzle.

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 1007**

| | | |
|---|---|---|
| Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/2/2024 10:07 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 10:07 AM |
| Status: Signed | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE) | |

Combined with first message sent. See patient message encounter from 9/2/24. Routed to Kellie R. Foster, MD. Closing encounter.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:07 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:53 AM |

Summary of my current state in this and several more emails

Hands

Both my hands were gradually stinging more and more until I took anti-inflammatory measures and wore the compression gloves. That has lead to some improvement over the last couple of months. I wear compression gloves less than 25% of the time now. Left hand is definitely less stiff and left index finger has the leathery coldness/neurological pain only occasionally. I'm doing OT hand exercises that I couldn't a year ago.

Hands still sting most of the time. It's low level and generally worsens through the day. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day. Manipulating the pieces of a jigsaw puzzle can easily hurt my hands. I still have to be very careful with iPhone touch screen

use.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Dr. Foster- review )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 0950**

| | | |
|---|---|---|
| Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/2/2024 10:06 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 9:50 AM |
| Status: Addendum | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for review
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 9/2/24 from the patient:*
Summary of my current state in this and several more emails

Hands
Both my hands were gradually stinging more and more until I took anti-inflammatory measures and wore the compression gloves. That has lead to some improvement over the last couple of months. I wear compression gloves less than 25% of the time now. Left hand is definitely less stiff and left index finger has the leathery coldness/neurological pain only occasionally. I'm doing OT hand exercises that I couldn't a year ago.

Hands still sting most of the time. It's low level and generally worsens through the day. I can use a computer keyboard/trackpad carefully for a few minutes without pain, but if I do it long enough to bring the pain on, it will stay for the rest of the day. Manipulating the pieces of a jigsaw puzzle can easily hurt my hands. I still have to be very careful with iPhone touch screen use.

*The following has been copied and pasted from email on 9/2/24 from the patient:*
Right Hip
Pain was improving until I tried small range straight leg raise PT exercises. Those injured my right hip after just a few days and put me back a couple of months. I've been carefully adding back PT the other exercises one at a time. I have right hip pain most of the time, but after prolonged rest it will go away completely. It feels like PT is helping.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 09/02/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

I've progressed to walking unaided indoors at home every day, but I only walk when I have to and I do so carefully. I use an electric wheelchair whenever I leave the apartment. For the last two weeks I've been able to take a standing shower every day. This is potentially better for my hips since I don't have to get into and out of a bath. Cooking a meal is too much for my right hip.

I spend a lot of time during the day sitting or reclining to keep weight off my right hip. Sitting in certain positions can cause considerable right hip pain, for example if leaning forward to do a jigsaw puzzle.

*The following has been copied and pasted from email on 9/2/24 from the patient:*

Left Hip
Slowly becoming more stiff and painful when I wake up. The pain goes away quickly with gentle use, completely unlike the right hip.

Left Knee
Has not given me any problems, though I'm not doing any water walking so I don't expect there to be any. Surprisingly it's tolerating the PT exercises I've done so far that flex and extend the knee joint.

Left Elbow
Still showing very slow, steady improvement, pain free much of the time. I do have occasional elbow pain days when I can't use it much. I'm able to use my left arm more to help keep weight off my hips.

Neurological
Nerve flossing exercises have helped I think. The OT exercises themselves are easier and no longer trigger shooting pain and tingling.

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month (Patient not taking: Reported on 5/9/2024) |

No current facility-administered medications for this visit.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:06 AM

**Messages**

**09/02/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:52 AM |

Summary of my current state in this and several more emails

Inflammation
Taking alpha lipoic acid 600mg once a day and calcium/D3 supplements, continuing a less inflammatory diet. I've found that taking Naproxen for a couple of days can help when right hip pain is really bad. It hasn't previously helped with other joints, suggesting that my right hip condition is different. Really bad hip pain seems to make my hands more painful/sensitive as well.

Exercise
Getting very little. Mobility was improving until I tried leg raise PT exercises. Those injured my right hip and put me back a couple of months. I've progressed to walking unaided indoors at home every day, but I only walk when I have to walk and I do so carefully.

Mood
About the same. Tired of being limited and in pain. Increased stress level due to my Moms situation.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 09/02/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Howard, Asya, LPN at 9/2/2024 1009**

| | | |
|---|---|---|
| Author: Howard, Asya, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/2/2024 10:09 AM | Encounter Date: 9/2/2024 | Creation Time: 9/2/2024 10:09 AM |
| Status: Signed | Editor: Howard, Asya, LPN (LICENSED PRACTICAL NURSE) | |

Combined with first message sent. See patient message encounter from 9/2/24. Routed to Kellie R. Foster, MD. Closing encounter.

Electronically signed by Howard, Asya, LPN at 9/2/2024 10:09 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/2/2024 8:57 AM |

Left Hip
Slowly becoming more stiff and painful when I wake up. The pain goes away quickly with gentle use, completely unlike the right hip.

Left Knee
Has not given me any problems, though I'm not doing any water walking so I don't expect there to be any. Surprisingly it's tolerating the PT exercises I've done so far that flex and extend the knee joint.

Left Elbow
Still showing very slow, steady improvement, pain free much of the time. I do have occasional elbow pain days when I can't use it much. I'm able to use my left arm more to help keep weight off my hips.

Neurological
Nerve flossing exercises have helped I think. The OT exercises themselves are easier and no longer trigger shooting pain and tingling.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 08/31/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FORMS (PCP- ADA Forms )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Totten, Kamela Ashley, LPN at 9/4/2024 1502**

| | | |
|---|---|---|
| Author: Totten, Kamela Ashley, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 9/4/2024 3:03 PM | Encounter Date: 8/31/2024 | Creation Time: 9/4/2024 3:02 PM |
| Status: Signed | Editor: Totten, Kamela Ashley, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for ongoing conversation

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Jonathan R. Tardiff, PA's team/pool, this message has been staged and routed to clinician to be addressed.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 9/6/2024 10:00 AM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 9/6/2024 2:10 PM | Miki Bailey | Tanasbourne Physical Therapy | 844-394-3972 | |
| 9/11/2024 3:20 PM (Arrive by 3:05 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |
| 9/13/2024 9:20 AM (Arrive by 9:05 AM) | Sadie Katherine Morse | Westside Medical Office Orthopedics | 971-310-3240 | |
| 9/17/2024 8:45 AM | Choeying Sangmo | Tanasbourne Physical Therapy | 844-394-3972 | |

Electronically signed by Totten, Kamela Ashley, LPN at 9/4/2024 3:03 PM

**Messages**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**08/31/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Lauren E Kaplan, DO<br>Last Read in kp.org<br>9/4/2024 4:49 PM by Weller, Steven | Weller, Steven | 9/4/2024 3:53 PM |

Hi Steven,

Dr. Foster remains out of clinic and I am covering in her absence. I think a virtual appointment is probably fine to review the forms you need completed.

Wishing you the best,
Lauren Kaplan

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 9/4/2024 10:46 AM |

I have a video visit already set with Dr. Foster on Friday. Should I try to change that to in-person?

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Caitlin Hannah Martin, DO<br>Last Read in kp.org<br>9/4/2024 10:43 AM by Weller, Steven | Weller, Steven | 9/4/2024 9:41 AM |

Hi Steven,

My name is Dr. Martin. I am reviewing messages today for your provider, Kellie R. Foster, MD.

Please schedule an inperson visit with Kellie R. Foster, MD to discuss current health and need for forms. Messaging is really best for short, non-urgent questions.

Caitlin H. Martin, DO
East Interstate Family Medicine

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|

**08/31/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

| | | |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/31/2024 12:39 PM |

Due to my being absent on medical leave for 1 year, I am being reassessed and am now being managed by the ADA group at Sedgwick.

They have sent two letters. One lets me know that my approved leave ends October 7, so I will need a letter from you to extend that.

The other requests that Kaiser fills in a four-page section California FEHA Accommodation Substantiation Form and has a deadline of Sept 18th. I think you need to fill this one out or provide equivalent information.

Please note that my wife and I will be out of the country Sept 18-Oct 8 and we may have limited internet access. My 90 year old mother in the UK is in rehab having broken her hip, so we are dealing with that. It was to be a vacation of sorts, but priorities have changed.

## 08/25/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- LETTER (Prescription letter for travel )

### Clinical Notes

**Unknown**

**Telephone Encounter by Suh, Tiffany, LPN at 8/26/2024 0912**

| | | |
|---|---|---|
| Author: Suh, Tiffany, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 8/26/2024 9:15 AM | Encounter Date: 8/25/2024 | Creation Time: 8/26/2024 9:12 AM |
| Status: Signed | Editor: Suh, Tiffany, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for letter

- Reports needing letter to carry prescriptions to Iceland and UK.
- Requesting letter to carry 30 day supply Fosamax 70 mg medication. Please advise

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month (Patient not taking: Reported on 5/9/2024) |

No current facility-administered medications for this visit.
Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Electronically signed by Suh, Tiffany, LPN at 8/26/2024 9:15 AM
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**08/25/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Letters**

**Letter by Foster, Kellie R, MD on 9/3/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

9/3/2024

Steven Weller

Dear Steven,

This letter is to state that you will be traveling to the United Kingdom between September 18 and October 4, 2024. You will be carrying a 30 day supply of the prescription medication Fosamax 70 mg which I have prescribed for a medical condition.

Please contact me at 503-813-2000 if you have any questions.

Sincerely,
Kellie R. Foster, MD

*<<Signed electronically - 9/3/2024 11:04 AM by Kellie R. Foster, MD.>>*

**08/25/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Letters (continued)**

**Letter by Foster, Kellie R, MD on 9/3/2024**

Status: Sent
Letter body:

KAISER PERMANENTE®

9/3/2024

Steven Weller

Dear Steven,

This letter is to state that you will be traveling to Iceland between October 4, 2024 and October 8th 2024.. You will be carrying a 30 day supply of the prescription medication Fosamax 70 mg which I have prescribed for a medical condition.

Please contact me at 503-813-2000 if you have any questions.

Sincerely,
Kellie R. Foster, MD

*<<Signed electronically - 9/3/2024 11:04 AM by Kellie R. Foster, MD.>>*

**Messages**

**Form or letter request~Request general letter**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>9/4/2024 8:54 AM by Weller, Steven | Weller, Steven | 9/3/2024 11:07 AM |

Dear Steven,

I have posted letters to kp.org with my electronic signature.

Please let me know if you need further information.

Take care and I hope you have wonderful trip.

Kellie R. Foster, MD

**Form or letter request~Request general letter**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/25/2024 11:06 AM |

I will be traveling to the UK and Iceland between September 18 and October 4 (UK) and October 4 and October 8, 2024 (Iceland), and need a letter to carry prescriptions to these countries.

The website for the UK states that the letter must include:

your name
the dates you are travelling to or from the UK
a list of your medicine, including how much you have, doses and the strength
the signature of the person who prescribed your drugs
You can only bring up to 3 months supply of your medicine with you.

The website for Iceland is less specific, but the same information should be adequate.

I will be bringing a 30 day supply of Fosamax 70mg.

Thank you.

## 08/23/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Silao, Czarino Paragas, PT | Silao, Czarino Paragas, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 2 weeks (around 9/6/2024) for 2 visits. 1 visit every 2-3 weeks. PT/PTA. Progress note by 9/22/24.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 8/23/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Silao, Czarino Paragas, PT | 08/23/2024 1006 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Silao, Czarino Paragas, PT | 08/23/2024 1006 |

### Clinical Notes

**Unknown**

**Progress Notes by Silao, Czarino Paragas, PT at 8/23/2024 0930**

Author: Silao, Czarino Paragas, PT Service: — Author Type: THERAPIST, PHYSICAL
Filed: 8/23/2024 10:06 AM Encounter Date: 8/23/2024 Creation Time: 8/23/2024 6:12 AM
Status: Signed Editor: Silao, Czarino Paragas, PT (THERAPIST, PHYSICAL)

**Physical Therapy Progress Report - In Office Appointment**

Visit # 3 for dx of

**Diagnosis**

M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

Reporting Period: 7/5/24 to 8/23/2024
Next monthly progress report due date: 9/22/24

**ASSESSMENT**

Steven is a 62 yrs old male who came in today for a follow-up visit and presented with persistent symptoms. Pt would benefit from continued skilled PT to maximize functional recovery and overall mobility to achieve full functional capabilities.

Pt is progressing towards meeting PT goals.

**PLAN OF CARE**

Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.
Steven to be seen for up to 2 additional visits by 10/3/24 per physical therapy plan of care.

Goals:
STGs: 8/4/24 **Ongoing**
Patient will be able to sit > 60 minutes without sxs.
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

LTGs: 10/3/24 **Ongoing**
Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**SUBJECTIVE**

Pt reports that he has been able to incorporate more exercises in his daily routine
Pt appreciative of exercise modifications/progressions today

Pain Rating: NR/10, Pt reports pain has been moderate to severe.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Informed consent:** I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan

**Therapeutic Exercise:** Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

**Therapeutic Exercise.** Pt education and performance of:
Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 08/23/2024
Prepared by: Czarino Silao

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Hip Abduction - 3 x daily - 7 x weekly - 3 sets - 5-10 reps
- Seated Trunk Rotation - Arms Crossed - 3 x daily - 7 x weekly - 3 sets - 5-10 reps

**08/23/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps
- Heel Toe Raises with Counter Support - 1 x daily - 4 x weekly - 2 sets - 5-10 reps
- Standing Hip Abduction with Counter Support - 1 x daily - 4 x weekly - 2 sets - 5-10 reps
- Standing Hip Flexor Stretch - 1 x daily - 4 x weekly - 2 reps - 1-3 hold
- Staggered Stance Forward Backward Weight Shift with Counter Support - 1 x daily - 4 x weekly - 2 sets - 2-3 reps

**Patient Response to Treatment**: Pt demonstrates good understanding and performance of exercises and is agreeable to performing these at home.

**Time Spent on Treatment:**
Therapeutic Exercise x 34 minutes

Time In: 9:28
Time Out: 10:03

**CZAR SILAO, PT, DPT**
Physical Therapist

**Kaiser Permanente**
Tanasbourne Medical and Dental Office
10315 NE Tanasbourne Drive
Hillsboro, OR 97124
Appointments: (503) 571-4910

Electronically signed by Silao, Czarino Paragas, PT at 8/23/2024 10:06 AM

## 08/15/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- MEDICATION MANAGEMENT (Fosomax update)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 8/16/2024 1017**

| | | |
|---|---|---|
| Author: Segletes, Paula Ann, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 8/16/2024 10:21 AM | Encounter Date: 8/15/2024 | Creation Time: 8/16/2024 10:17 AM |
| Status: Signed | Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for **medication management**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

**Active Medications as of 08/15/2024:**
**ALENDRONATE 70 MG ORAL TAB, Sig: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes**

*The following has been copied and pasted from video visit on 7/10/24 by Kellie R. Foster, MD*
*:*

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 08/15/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Segletes, Paula Ann, LPN at 8/16/2024 10:21 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>8/17/2024 6:49 AM by Weller, Steven | Weller, Steven | 8/16/2024 11:17 PM |

Dear Mr Weller,

Thank you for letting me know, I agree with restarting.

Take care,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/15/2024 8:46 AM |

As suggested, I stopped taking Alendronate (Fosamax) for several weeks. There has been no

**Messages (continued)**

improvement to my right hip (it's still pretty bad), so I will start taking it again at the weekend.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 08/15/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**

- INQUIRY

**Clinical Notes**

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 8/15/2024 0905**

Author: McGath, Tracy, MA
Filed: 8/15/2024 9:05 AM
Status: Signed

Service: —
Encounter Date: 8/15/2024
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

Author Type: MEDICAL ASSISTANT
Creation Time: 8/15/2024 9:05 AM

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 8/15/2024 9:05 AM

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>8/17/2024 6:52 AM by Weller, Steven | Weller, Steven | 8/15/2024 2:42 PM |

Hi Steven. I would not suspect the existing labral tear is the primary cause of your symptoms. Lets wait and see what Sadie thinks when you see her but I suspect that Dr. Foster may want to consider looking at your lumbar spine as a potential source of your symptoms.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting | 8/15/2024 8:59 AM |

Chad Andrew Esterberg, PA)

I have an appointment with Sadie Morse 9/13 to further investigate my hip issues. Is there anything that should be done prior to that which would help provide data to further a diagnosis?

I will be traveling Sept 18 through Oct 9 and that was the first ortho appointment I could get.

I initially saw steady but very slow improvement after starting alpha Lipoic acid and taking other anti inflammatory measures, but then immediately went back to disabling pain when I tried small range supine leg raises. An MRI from September 2023 showed a small labral tear. Could that or something else adjacent be the cause?



PAGE 257/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 08/01/2024 - Office Visit in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY, onset date 8/1/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 08/01/2024 1306 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 08/01/2024 1306 |

**Clinical Notes**

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 8/1/2024 0845**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 8/1/2024 1:06 PM | Encounter Date: 8/1/2024 | Creation Time: 8/1/2024 8:21 AM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

**PhysicalTherapy Treatment Note**

Visit number 2 this year
Progress note due: 8/4/24

**ASSESSMENT**

Patient Response to Treatment: Pt. Tolerated therapy session with minimal increase in pain.

Steven is a 62 yrs old male with subjective report and objective findings consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.
which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

## PLAN

Steven to be seen for up to 3 additional visits by 10/3/24 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

No change in plan of care.

Next session 08/22/24.

## SUBJECTIVE

Steven reports hip pain got worse for 3 days after the last session, stopped HEP, restarted one by one after a week to see which one aggravates, SLR seemed to bother R hip. Not doing that. Overall improvement, still have pain but 4/10/.. not using the WC at home as much. Standing tolerance 1-2 min.

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Participated therapy session in WC
Tolerated walking to/from treatment room# 4 to gym (NuStep)

| **Home Program** |
| --- |
| Access Code: JQNF84R6<br>URL:<br>https://kaiserpermanente.medbridgego.com/<br>Date: 08/01/2024<br>Prepared by: Choeying Sangmo<br><br>**Reviewed:**<br>- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps<br><br>**Added:**<br>- Standing Hip Flexor Stretch - 1 x daily - 7 x weekly - 2 reps - 1-3 hold<br>- Staggered Stance Forward Backward Weight Shift with Counter Support - 1 x daily - 7 x weekly - 2 sets - 2-3 reps |

**08/01/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Therapeutic exercise 30 minutes: reviewed and added Hep with Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 08:43
Time Out: 09;15

Electronically signed by Sangmo, Choeying, PTA at 8/1/2024 1:06 PM

## 07/28/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**
Bailey, Michaela, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Michaela Bailey, PT<br>Last Read in kp.org<br>7/30/2024 10:32 AM by Weller, Steven | Weller, Steven | 7/29/2024 1:21 PM |

Hi Steven,

Sorry to hear you are in pain.

You did the right thing to stop specific exercises that increase your pain.

As I recall, on our visit, I provided extensive education on various pain management strategies, as well as several gentle exercises. Please see summary of these below.

I don't recall instructing you to do leg raises.

You may wish to follow up with your medical doctor for additional questions or concems.

Thank you,
Miki

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

**07/28/2024 - Patient Message in Tanasbourne Physical Therapy (continued)**

**Messages (continued)**

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Bailey Michaela Pt Pool (supporting Michaela Bailey, PT) | 7/28/2024 8:53 AM |

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with my symptoms and diagnostic results, but has never been followed up on. Is that something you are aware of?

In the few days after my visit to you 2024-07-05 I developed severe right hip pain and had to rest it for a week. Then I started adding the exercises one by one, doing each fully but just once a day. I left the leg raise to last and am now in severe pain again. Onset is delayed, so it was three days before I stopped, but I'm now sure that this exercise is the cause. I wake with

hip pain, something I've not experienced for a long time. In terms of the gradual improvement I saw prior to PT, I estimate I've regressed about two months. The other exercises were benign, but I'm currently not doing any until the pain reduces.

## 07/28/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Hip pain)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Baek, Marina, LPN at 7/29/2024 0946**

| | | |
|---|---|---|
| Author: Baek, Marina, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/29/2024 9:46 AM | Encounter Date: 7/28/2024 | Creation Time: 7/29/2024 9:46 AM |
| Status: Sign at exiting of workspace | Editor: Baek, Marina, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from Telemedicine encounter on 7/10/24 by Kellie R. Foster, MD:*

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**07/28/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/30/2024 10:31 AM by Weller, Steven | Weller, Steven | 7/29/2024 10:54 AM |

Dear Steven,

I am sorry to hear about this increased pain. I recommend scheduling a follow up visit with PA Kyle Norton or one of his colleagues in the orthopedics department - here is the orthopedic department phone number- (503) 571- 4227.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/28/2024 9:05 AM |

One specific PT exercise has apparently put me back about two months in terms of right hip progress. I'm close to going back to an indoor wheelchair and it's really demoralizing. See my mail to Mike Bailey for more detail.

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with onset (high levels of physical stress due to left hip pain), symptoms (pain mainly at the front, radiating upward) and diagnostic results (joint impingement, pain

unaffected by steroid shots), but has never been followed up on. I'd like to investigate this further.

**07/19/2024 - Patient Message in South Interstate Occupational Therapy**

**Visit Information**

**Provider Information**

**Encounter Provider**

Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>7/26/2024 10:46 AM by Weller, Steven | Weller, Steven | 7/25/2024 4:12 PM |

Hi Steven!

Sorry about your appointment. I had a pink eye. I am glad you are getting better slowly. Continue to do the exercises and we will re-assess next visit. Stay well!

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 7/19/2024 3:30 PM |

Our appointment was cancelled last week, and I was not able to make another until September, so I wanted to touch base on where I am and ask what should be next. I've been doing all the exercises probably an average of 2.5 times a day. I'm taking alpha lipoic acid and have been wearing the compression gloves about half the time. I've made modifications to my diet to help inflammation.

Overall my hands are showing slow improvement. I have less constant stinging and don't notice it at night so much. I have a little more resilience to hand use. The "tray" exercise feels much better on the left side now than when I started it, so I assume that means it's working. At their current level, none of the exercises are triggering any new pain.

Please let me know what I should change, if anything.

## 07/12/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (Next Dexa?)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Deveraux, Dori, LPN at 7/13/2024 1025**

| | | |
|---|---|---|
| Author: Deveraux, Dori, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/13/2024 10:28 AM | Encounter Date: 7/12/2024 | Creation Time: 7/13/2024 10:25 AM |
| Status: Signed | Editor: Deveraux, Dori, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice
- **When is Dexa due?**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from : 08/04/2022 DEXA BONE DENSITY*

IMPRESSION:
1. Lumbar osteoporosis and femoral osteopenia.

FRAX calculations for fracture risk in the next 10 years:
Major osteoporotic fracture: 10.3%
Hip fracture: 1.5%

The National Osteoporosis Foundation recommends pharmacologic therapy for osteoporosis.

Consider pharmacologic therapy for osteopenia if the 10 year risk is 20% or greater for major osteoporotic fracture or 3% or greater for hip fracture, especially in the setting of clinical risk factors.

WHO Criteria (applicable to peri- or postmenopausal women or to men >50 years old):

Normal: T-score -1.0 or better
Osteopenia: T-score between -1.0 and -2.49
Osteoporosis: T-score -2.5 or worse
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**07/12/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Last Resulted: 08/05/22 9:14 AM

**Current Outpatient Medications**

| Medication | Instructions |
|---|---|
| • Alendronate (FOSAMAX) | 70 mg, Oral, EVERY 7 DAYS, with a full glass of water at least 30 minutes before first food, beverage, or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Electronically signed by Deveraux, Dori, LPN at 7/13/2024 10:28 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/18/2024 7:40 PM by Weller, Steven | Weller, Steven | 7/18/2024 6:17 PM |

Dear Mr Weller,

Thank you for this information. Lets still see if the hand pain and knee pain improve off the alendronate. The timing of the next bone density depends on whether or not we decide to resume alendronate.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/12/2024 8:57 AM |

I looked into my history of Alendronate (Fosamax)and bone density. See attached DEXA info.
As far as I can tell:
2022-04-10 Cracked ribs
2022-04-15 Xrays
2022-08-05 Bone density scan, started taking Calcium and D3

**07/12/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

2023-03-15 (Kaiser CA) Started taking Alendronate, continued to present

As you can see, this post-dates the onset of serious hip issues ~2022-12

Given the DEXA scan date, when should I have my bone density checked again?

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 07/10/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #4 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Foster, Kellie R, MD | 07/10/2024 1940 |

### Clinical Notes

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 7/10/2024 1310**

Author: Foster, Kellie R, MD
Filed: 7/17/2024 6:04 PM
Status: Signed
Service: —
Encounter Date: 7/10/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 7/10/2024 12:43 PM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of joint pain, suspected neuropathic pain and osteoporosis bones, presents with ongoing joint symptoms affecting multiple areas, including the hands, right hip, and left knee. The patient reports a recent increase in joint pain, particularly in the right hip following a physical therapy session. Despite this, the patient notes some improvement in joint symptoms, including the elbow and hands, over the past month.

The patient has been actively managing their symptoms through physical and occupational therapy, dietary modifications, and the use of compression gloves. Sense of burning/discomfort recently improved

They have also been taking alpha lipoic acid for approximately five weeks, which they believe may be contributing to their recent improvements. Seeing some improvement in ability to type, but give example that he tried 15 min of pressing calculaotry type buttons - very gentle - then 2 days of pain.

The patient has a history of fragile bones, having broken ribs on multiple occasions under unusual circumstances. This led to a diagnosis of osteoporosis and the initiation of alendronate therapy several years ago.

The patient's joint pain has significantly impacted their mobility and ability to perform daily activities, including work. Despite this, they report some recent improvements, such as being able to stand and prepare meals, and no longer needing a wheelchair for mobility within their home, still using power mobility outside of home

The patient's joint pain does not affect all joints and seems to be more pronounced on the left side in upper ext. They describe the pain as a lack of lubrication, leading to stiffness and sensitivity to movement.

The patient's joint pain and mobility issues have been ongoing for approximately a year. They are currently unable to return to work due to these limitations.

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.

**Clinical Notes (continued)**

-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Foster, Kellie R, MD at 7/17/2024 6:04 PM

**Patient Instructions**

It was a pleasure to talk with you today over video

Our plan for today: stop Alendronate for 1 month and monitor symptoms. If pain improves let stop this medication

Continue Physical Therapy and Occupational therapy

I will let you know what radiology recommends about lesions in your muscle in your upper back

See below for information on anti-inflammatory diet

Food Plan for Reducing Pain and Inflammation, Supporting Structural Health,
and Healing Musculoskeletal Conditions

The purpose of this food plan is to help you achieve and maintain health by decreasing foods that lead to inflammation and pain, decreasing your intake of harmful chemicals, and optimizing your intake of healthy protein, fat, and carbs. It can also aid in weight management and in the prevention of heart attacks, type 2 diabetes, cancer
and strokes. The plan may be modified if you have food allergies or are gluten sensitive.

Grocery Shopping

**07/10/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Patient Instructions (continued)**

Healthy food is really better for your body; it is not just a fad. It is best to do most of your food shopping at a market that offers a lot of organic and natural food choices. Buy organic fruits, vegetables, milk products, and free-range eggs and meats whenever possible. Non-organic fruits, vegetables, dairy, and meats contain pesticides, and may
contain other chemicals or harmful metals. These chemicals can be stored in your body, where they stimulate pain receptors, create inflammation, increase free radical production, and make it more difficult to heal.

Proteins
Goal: to get sufficient healthy sources of protein to supply the amino acids that help to preserve and build
muscle, and heal musculoskeletal tissues.
Protein is made from amino acids. Adequate protein is needed every day. It helps to maintain your muscles, and amino acids are a building block for many important cell reactions. Everyone needs at least .8 grams of protein per kilogram of body weight (weight in pounds divided by 2.2).

Protein needs:
• For sedentary individuals: .8 gms/Kg.
• When doing aerobic training that is moderate to vigorous: 1.2 grams per kg of lean body weight.
• When weight lifting to make body shaping or hypertrophy gains: 1.4-1.6 grams per kg.
• While healing from surgery: 1 – 1.2 g/kg.
• For healing a tendon or ligament from an injury: 1.2 gms per kg of lean weight.
• Based on this scale, your protein needs are______________.

Protein guidelines:
• Have protein with each meal and snack if possible.
• Limit red meat or eliminate it unless it is free-range, grass-fed beef or lamb.
• Avoid charring/browning proteins/meats.
• Use organic meats or free-range meats and poultry (chicken and turkey) when possible.
• Use free-range eggs for protein but avoid browning the eggs.
• Avoid lunch meats that have sodium nitrate or nitrites. Nitrate-free turkey is a good protein source.
• Use walnuts as a protein source for snacks and for the omega-3 fats.
• Use mixed nuts and seeds (pumpkin, sunflower).
• Consider nut butters (almond, cashew, macadamia) that you add to breakfast cereal, bread, crackers, apples and
celery.
• Soy products such as tempeh, miso, and soy milk are good sources of protein.
• If you are going to use milk products try to use organic milk products (milk, cheese, and yogurt).
• For milk substitutes, you can use soy, rice, almond, or oat milk.
• Consider beans and grains as a source of protein and fiber (soy, millet, quinoa, lentils and other beans).
• Get at least 1/3 -1/4 of your daily protein need at breakfast by using a protein powder with whey or rice protein
to make protein smoothies. You can blend 2 scoops in 10-12 ounces of a liquid with some organic berries (+ or – a banana).
• Minimize large fish such as tuna and swordfish because of mercury. Avoid farm-raised salmon because of PCBs; river trout is usually OK.

Fats
Goal: Eat healthy fats and decrease unhealthy fats.
Your fat intake is directly related to inflammation. Follow these guidelines:
• Use coconut oil, canola, or olive oil (extra virgin is best) for cooking.

• Make your own salad dressing with 2 parts flax oil, 4 parts extra virgin olive oil, and red wine or balsamic
vinegar (may add a small amount of toasted sesame for flavor) .
• Use sources of omega-3 fats, including flax seeds and oil (don't heat flax), sardines, ocean salmon, and walnuts.
• Use a daily supplement of 1-4 grams of high EPA/DHA fish oils (capsule or liquid) purified to eliminate mercury, pesticides, etc.
• Use dry-roasted or raw nuts.
• Eliminate deep fried and breaded fried foods (french fries, Chicken MC Nuggets, etc.).
• Avoid all partially hydrogenated oils and trans fats by reading labels ("partially hydrogenated____________oil").
• Decrease saturated fats (e.g., ice cream). Try to limit foods that have more than 6-8 grams of fat per serving.
Choose low-fat ice creams, low or nonfat yogurt, and low or healthy fat salad dressings (vinaigrette, oil and
vinegar).
• Choose leaner meats.
• Avoid highly heated fats such as crispy bacon and french fries cooked in vats of oil.

Carbohydrates
Goal: limit non-nutritive carbs and use healthy complex carbs as an energy and vitamin source.
• Have a daily intake of healthy and colorful fruits (berries, pomegranate, apples, pears, and citrus fruits) and veggies for fiber and beneficial phytochemicals to help your body quench free radicals and biotransform (detoxify) toxins.
• Eat healthy vegetables (organic when possible): including Cruciferous vegetables daily (broccoli, cabbage,
cauliflower, kale) as they help your body detoxify.
• Eat other vegetables for their nutrients and fiber: chard, spinach, celery, squash, zucchini, cucumber.
• Eat from the onion family daily (onions, leeks, chard, garlic, chives) as it is good for connective tissue and detoxification.
• Consider juicing organic vegetables to improve your intake of phytochemicals: consider celery, apple, carrot, kale, broccoli, spinach, beets, with some lemon or lime and some
protein powder.
• Limit cookies, cake, scones, muffins, potatoes, starches, sugars, rice, pasta, and breads unless you are training for a long aerobic event or do not have a weight management problem; in that case, use whole and sprouted grains in bread or boiled.
• Eat beans (kidney, black, pinto, garbanzo, etc.) for soluble fiber and to limit colon inflammation.
• Use a bread that has at least 3-5 grams of protein and fiber per slice. Look for sprouted grain and seed breads. Use whole grain sources for carbs, such as quinoa, millet, etc.
• Use a breakfast cereal that has at least 8 grams of fiber and 4-10 grams of protein per cup.

Food Additives
• Try to avoid artificial colorings and diet beverages with aspartame.
• Minimize and avoid foods containing ingredients that have MSG or hidden MSG. To get a current list of
hidden MSG in foods, do a search for MSG, Hidden.

Steps for Healthier Food Choices
Start where you are and proceed step by step toward the goal. Follow these overall guidelines:
• Minimize or eliminate (ideally) partially hydrogenated oils in processed foods (use foods labeled "No Trans Fats").

• Minimize or avoid eating at fast food restaurants. At restaurants choose butter based toppings on the side, eliminate sour cream and cream based dishes. Choose salads (with oil and vinegar or vinaigrette), vegetables and avoid deep fried entrées.
• Minimize or avoid deep fried and breaded foods.
• Minimize sugars and starches (crackers, potatoes, rice, scones, cookies, etc.).
• Increase healthy fruits such as apples and berries (have 2-3 servings per day).
• Use healthy veggies such as those in the veggie list above (Carbohydrates section).
Have a minimum of 3 servings per day.
• Try to choose organic fruits and veggies when your budget and the availability of these items allows.
• Eat protein at every meal.
• Try to purchase free-range poultry and meat (if you are not vegetarian).
• Try to choose low-fat, organic dairy products (milk, cheese, yogurt, ice cream, etc.) if you eat dairy products.
• Use a good multivitamin mineral supplement (taken at meals) that requires at least 2 per day with minerals (calcium 500 mg per day and magnesium 500 mg per day) and antioxidants (A, C, E, selenium).
• Try some green tea daily (other teas such as white and red are also healthy).
• Minimize drinks with fructose and corn syrup.
• Choose veggie juices such as V 8 or an organic version (Knudsen Very Veggie Organic, Lakeview Super Veggie).
• For fruit juice, choose one with a lot of phytonutrients and antioxidant quenching abilities.
• If you are trying to lose weight, limit juices other than veggie juices to 4-6 ounces per day.

Breakfast Ideas:
• Get at least ¼ of your protein needs met at breakfast.
• Protein Smoothie (see protein section above to make it). Use enough protein powder to get 20-25 grams.
• Use breakfast cereals that are high in protein and fiber, such as Nature's Path Optimum Slim or Kashi Good
Friends. Consider adding mixed nuts and fruit to cereal (blueberries, banana, etc.).
• A 2-3 egg omelet or egg scramble with veggies such as spinach, leeks, broccoli, tomatoes, or chives is a good
breakfast choice.

Lunch Ideas
• Have a sandwich with high fiber, high protein sprouted grain bread (see carbohydrate section above). In your
sandwich have nut butter (such as almond, macadamia, or cashew) or turkey or chicken (with no nitrates) with
veggies (lettuce, tomatoes, olives, cucumber, onions) or organic cheese with veggies.
• If you have a salad for lunch, add healthy protein such as beans (kidney, garbanzo, pinto), sliced nitrate-free
turkey, ocean salmon, or organic cottage cheese. Use numerous colorful veggies in your salad and try to include
cruciferous veggies such as broccoli. Use an oil and vinegar salad dressing or make your own (see fats above).

Dinner Ideas
• Try to have 2 servings of healthy veggies and a low -at protein source.
• Minimize desserts (other than fruit).
--------------------------------------------------------------------------------------------------------------

**Patient Instructions (continued)**

Following the anti-inflammatory diet recommendations that I have shared with you can also be very helpful overall, and help to combat inflammation from the source.

Other supplements including omega 3 fatty acids (as found in fish oil supplements or wild salmon and sardines) are also anti-inflammatory in nature. The omega 3 fatty acids from fish oil are more readily absorbed than vegetarian/vegan sources (flaxseed, etc.). If you have concerns about animal sources, there are companies that carry an algae-based form.

Lastly, to further reduce inflammation, you can consider adding turmeric 400 mg 3 times daily with food. It is better absorbed if you look for a brand with piperine (a pepper extract- you can check the back label). Taking it with any meal that includes a little bit of fat also helps with absorption. "Doctor's Best" is a brand that contains the pepper. "Nature's Way" and "Gaia Herbs" are also reputable brands.

Electronically signed by Foster, Kellie R, MD at 7/10/2024 1:41 PM

**Letters**

**Work Letter by Foster, Kellie R, MD on 7/10/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

**Messages**

**Appointment scheduled from kp.org**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Kporg Appointment Notifications | 5/21/2024 10:20 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: VID PC HOME VISIT OL (1101531)

7/10/2024 1:10 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Forms for Sedgwick, work status report

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>5/21/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/21/2024 10:20 AM |

Appointment Information:
Visit Type: Video visit
Date: 7/10/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 1:10 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.

3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

KAISER PERMANENTE®

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**
3572
**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

# School Status Report

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**
3572
**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 07/09/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Ortiz Calderon, Areli, LPN at 7/10/2024 0913**

| | | |
|---|---|---|
| Author: Ortiz Calderon, Areli, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/10/2024 9:13 AM | Encounter Date: 7/9/2024 | Creation Time: 7/10/2024 9:13 AM |
| Status: Signed | Editor: Ortiz Calderon, Areli, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for review

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Electronically signed by Ortiz Calderon, Areli, LPN at 7/10/2024 9:13 AM

**Messages**

**Re: disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Lesa Culbertson, LPN<br>Last Read in kp.org<br>7/12/2024 9:13 AM by Weller, Steven | Weller, Steven | 7/11/2024 11:02 AM |

Steven,

Thank you for using kp.org. My name is Lesa, and I am a LPN with Kellie R. Foster, MD's team.

Please send forms to ROI. See the instructions I have sent below.

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**07/09/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests.

If you have questions, you can reach the ROI department by phone at (503) 571-5051, 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lesa A. Culbertson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Re: disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/10/2024 9:39 AM |

Sedgwick replied:

Kaiser doesn't complete any of our forms as they have their own. If you could ensure an updated Work Status Report and office visit notes from your appointments are sent in that would be wonderful. I tried getting updated medical but they didn't have any records to share with Sedgwick at the time as it was requested on 07/02/2024. Thanks! :)

I've attached a previous WSR from Kaiser that was accepted, so something equivalent to that is what is needed.

**disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/9/2024 5:51 PM |

I don't have a form to be filled in. I received a vague message from Sedgwick yesterday saying that my medical information was incomplete. I left a message on their web site asking for specifics and what I should do. I believe they need a letter that says I am unable to work. I will check tomorrow and call them.

In the past the doctor at Kaiser CA generated a letter called a Work Status Report that stated I was unable to work and included a range of dates. That was in the form of an electronically signed PDF that I then sent to Sedgwick or whoever needed it. For medical information, I've been downloading it myself via ROI and sending it to Sedgwick since that seems to be the only reliable method.

Lincoln, the other insurance company I work with, has no such problems.

**disability forms**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/10/2024 9:36 AM by Weller, Steven | Weller, Steven | 7/9/2024 2:40 PM |

Dear Mr Weller,

I was preparing for our visit tomorrow and realized I don't yet see in your chart the disability forms. Could you please attach to this email and resend to ROI?

Sincerely,
Kellie R. Foster, MD

At Kaiser Permanente, the department called Release of Information (ROI) helps make medical records available to patients and third parties.

The ROI department also processes requests for medical certifications and short-term disability. Kaiser generates medical certification forms from your electronic healthcare record. These forms are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting www.kp.org/requestrecords. You can also use the KP mobile app: select "Medical Record," then scroll down to "Medical Information Requests." For phone information about ROI services or to make a new leave request, call (503) 571-5051 and follow the recorded instructions. Interpretation services are available by phone. Please be aware that these services are not available onsite.

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Bailey, Michaela, PT | Bailey, Michaela, PT | Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 3 weeks (around 7/26/2024) for Face-to-Face Visit, Video Visit, Telephone Visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 7/5/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Bailey, Michaela, PT | 07/05/2024 1212 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Bailey, Michaela, PT | 07/05/2024 1213 |

### Clinical Notes

**Unknown**

**Progress Notes by Bailey, Michaela, PT at 7/5/2024 1130**

Author: Bailey, Michaela, PT
Filed: 7/5/2024 12:13 PM
Status: Signed
Service: —
Encounter Date: 7/5/2024
Editor: Bailey, Michaela, PT (THERAPIST, PHYSICAL)
Author Type: THERAPIST, PHYSICAL
Creation Time: 7/5/2024 11:20 AM

**PHYSICAL THERAPY EVALUATION**

**Physical Therapy Initial Evaluation**

Visit #1 for dx of
**Diagnosis**
M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

pain (+0 for this year)

PT Initial Evaluation Date: 7/5/24

Medicare Reauthorization Date if Applicable: 10/3/24
Monthly Progress Note Due Date: 8/4/24

Referring Provider: Chad Andrew Esterberg,
Precautions/Contraindications/Comorbidities: NA

Suspect central sensitization.

**SUBJECTIVE**

Pt reports
Right hip
Left knee "not because it hurts me but I can't do any exercise"

Main problem is right hip.
Dec 2022 developed pain in left hip, around 3-4 days, went away. Recurred, went away.
Another recurrence at Beg of 2023 left hip and did not go away.

Was in WC until March 2023 when he got steroid shot in left hip, within a week pain went away and he has been able to WB and walk without a problem.

In May 2023 Right hip got more painful.
Got steroid injection in Right hip and had no effect.
Since June of 2023 has been using WC inside his house.
In condo.
Wife has been pushing him around in man WC the whole chair.
Got power WC.
Got another steroid injection in R hip, did not help.

Has gotten better.
Changed technique of rising from sitting, and it reduced pain.
Changed alignment and the way he gets up and "that has led me to now I only need the WEC some of the time."

Pain 3/10 in right hip "this morning it was 1/10."

States he can walk for short distances unlimited by pain.
States after walking, his pain increases.
He states with WC.

R hip
Pain on pelvis at Right ASIS "I think it's really bad."
Constant, focused ache.
Been getting slowly worse as I've been sitting here.
Deep pain in here.
Points to R inguinal area.
If I press I can feel pain.

Has gym at home.

Has been walking more, around the house.
Can tolerate standing long enough to prepare a meal.
Reports he turns toes and feet inwards and it hurts his knee and hip.

Not working currently, is on medical leave.
Software engineer "Its' all computers all day any day"
Has not been working for 9 months.
"My hands are basically worn out.
I'm effectively retired."

Pt rates pain as 1-3/10 on pain scale.

Imaging: See Chart
Multiple body regions, all WNL

**Patient Specific Functional Scale (PSFS)**

| ACTIVITY | DATE: 7/5/2024 | | |
|---|---|---|---|
| 1. Lifting | 2/10 | | |
| 2. Carrying | 2/10 | | |
| 3. Standing | 2/10 | | |
| 4. Walking | 2/10 | | |
| **Total Score** = sum of activity scores/number of activities | 2/10 | | |

**KEY:** On a scale of 0-10, Zero indicates the patient is unable to perform the activity.
Ten indicates the patient is able to perform the activity at the same level as before injury.
Minimal detectable change for total score = 2 points. Minimal detectable change for single activity score = 3 points.

**OBJECTIVE**

Patient arrived in motorized wheelchair at today's visit.
Inside clinic he stated "I can stand and walk".

Bil leg musculature appears toned and well-developed.
No inc in pain with all seated and supine exercises.

Thomas test neg bil.

Pain at visit reported 1-3/10 on VAS.

Multiple imaging, including MRIs and Xrays, indicate WNL findings for all examined body regions.
Symptoms in Sitting: WNL
Sitting Posture: WNL
fwd head, internally rotated shoulders

Initial Symptoms During Standing: WNL, no reported increase in pain
Reports he is able to stand and walk.
Standing Posture: WNL

Gait:
WNL

Patient completed multiple sit<> stand, stand <> supine transfers and turns unlimited by pain or reports of cracking,

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

crunching, grinding, snapping, clicking, N/T, or radiating pain.

Objectively observed AROM of legs including rising and turning, and performing multiple supine SLR and combined leg lift/ ABD all performed in smooth fluid movements, without audible or visible signs of discomfort.

No facial grimacing, sighing, sharp exhales or other nonverbal signs were observed.

Functional Strength/Testing:
Squat:
Bridge:
Single-leg Balance:

Deferred to future visit d/t acuity of condition.

Hip ROM: WNL

Special Testing:
Straight Leg Raise Test: Right -, Left -
Thomas Test: Right -, Left -
SI Compression Test: NA

**ASSESSMENT**

Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.

Pt will benefit from PT for further mobility assessment, progression of therex, posture and core strengthening, along with continued education regarding spinal alignment and lifting mechanics. Pt may also benefit from manual therapy and modalities as indicated to help with improved lumbar mobility and reduced pain.

Potential barriers to goal achievement: emotional factors

Goals:
STGs: 8/4/24
Patient will be able to sit > 60 minutes without sxs.
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

LTGs: 10/3/24
Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**Evaluation Complexity**

| History | Examination | Presentation | Decision Making |
|---|---|---|---|
| **Impacting Personal Factors/CoMorbidities:** None significantly impacting POC/No impacting comorbidities | **Body Structures/ Additional Body Systems Involved:** LE/Musculoskeletal and Neurologic | **Clinical Presentation:** stable | **The patient's presenting complexity is: LOW**<br><br>**Functional Test** |

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | **Activity Limitations:** walking, standing, sitting, lifting, and climbing stairs/inclines | | **and Raw Score:** 2/10 |
| **Low:** 0<br>**Mod:** 1-2<br>**High:** 3 or more | **Low:** 1-2<br>**Mod:** 3<br>**High:** 4 or more | **Low:** Stable, with uncomplicated characteristics<br>**Mod:** Evolving, with changing characteristics<br>**High:** **E**volving with unstable/unpredictable characteristics | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Patient to be seen up to 4 additional visits by by 10/3/24 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

4 More visits, each approx 2-3 weeks apart with PTA.
Next Progress note (PT only) due by 8/2/24

Focus on pain education,
Reinforce alignment and posture
"Sore but safe"

Consider at next visit:
Progress HEP, progressive strengthening.
Reinforce posture, gradual progressions

Focus on posture, symmetry, alignment, core
Diaphragmatic breathing
L hip flexor release
Assess squats, lunges, SLS
TUG
Stairs
balance

7/5/24
Short Term Goals: By by 8/4/24
1. Pt will demonstrate correct performance of stretching/strengthening exercises and will report consistent performance of this at home to help pt progress to Independence with HEP
2. Pt will demonstrate improved strength (4+/5) to help with improved stability and alignment.
3. Pt will report no more than 2/10 pain with all ADLs and work/ and/or school activities to help pt return to necessary daily activities.

Long Term Goals: By by 10/3/24
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms.
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Therapeutic Exercise:** Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles.
Handout with written patient instructions and images was provided.

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll

**Clinical Notes (continued)**

- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Patient Response to Treatment: Patient tolerated evaluation and treatment well.

**Time Spent on Evaluation and Treatment:**
Evaluation x 15 minutes
Therapeutic Exercise x 15 minutes

Time In: 11:20am
Time Out: 11:56am

Electronically signed by Bailey, Michaela, PT at 7/5/2024 12:13 PM

**Patient Instructions**

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Electronically signed by Bailey, Michaela, PT at 7/5/2024 11:53 AM

**Messages**

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Messages (continued)**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Pt / Ot Appointment Notification Pool | 5/7/2024 10:09 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PT NEW (109058)

7/5/2024 11:30 AM 40 mins. Bailey, Michaela, PT TNB-PT

Patient Comments:
Patella-femoral syndrome, hip arthritis. Trying to get away from wheelchair use.

**Referrals**

**Outpatient Service #1915302329**

Reason: Specialty Services Required
Class: Internal
Status updated on: 5/7/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 5/7/2024 to 5/7/2025

**Referred From**

Location: WESTSIDE MEDICAL OFFICE
Department phone: 971-310-3240
Provider phone: 503-813-2000
Department: WMS-ORTH
Provider: Esterberg, Chad Andrew, PA
Provider address: 2875 NE Stucki Ave HILLSBORO OR 97124

**Referred To**

Department: ZZZ-PT/OT
Specialty: Physical Therapy
Department phone: 844-394-3972

**Visits**

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
|---|---|---|---|

**Procedures**

**252969 - REFERRAL PHYSICAL THERAPY, MUSCULOSKELETAL DISORDER**

Number requested: 1
Number approved: 1

**Diagnoses**

- M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
- M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

**Order**

**REFERRAL PHYSICAL THERAPY, MUSCULOSKELETAL DISORDER [611204126]**

Electronically signed by: **Esterberg, Chad Andrew, PA on 05/07/24 0859**
Status: **Active**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 05/07/24 0859
Authorized by: Esterberg, Chad Andrew, PA
Ordered during: Patient Message on 05/05/2024
Diagnoses
OSTEOARTHRITIS OF BILAT HIPS [M16.0]
LEFT KNEE JOINT PAIN [M25.562]



PAGE 294/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Referrals (continued)**

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

KAISER PERMANENTE. RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Done )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1746**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:47 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:46 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:47 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:15 AM |

(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- GENERAL MESSAGE (done)

### Clinical Notes

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1729**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:30 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:29 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:30 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:13 AM |

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

**06/26/2024 - Patient Message in East Interstate Internal Medicine**

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**
- GENERAL MESSAGE (Done )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1727**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:27 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:27 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:27 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:12 AM |

Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited

**Messages (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Update )

**Revision History**

Phan, Stella Nai, LPN on 6/26/2024 1647

- GENERAL MESSAGE

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1647**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 4:50 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 4:47 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD pool for review
Patent sent multiple KP.org messages on 06/26/24 to update provider. Copied and pasted all into one encounter for provider to review.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 06/26/24 from the patient:*
Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Clinical Notes (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

*The following has been copied and pasted from email on 06/26/24 from the patient:*
Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

*The following has been copied and pasted from email on 06/26/24 from the patient :*
(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 4:50 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>6/29/2024 9:33 AM by Weller, Steven | Weller, Steven | 6/27/2024 6:27 PM |

Dear Mr Weller,

Thank you for your emails and I am glad you are seeing some improvement.

I look forward to talking with you in a couple of weeks.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:10 AM |

A series of emails summarizing where things are currently.

Inflammation
Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

Exercise
My mobility has improved a little, so Im moving about more than I was and sitting less. No visits to the pool for water walking because my knee says no.

Mood
Im bumping up against depression at times. It never gets bad, and I can see it coming, but its yet another thing I have to deal with.

## 06/26/2024 - Patient Message in Westside Medical Office Neurology

### Visit Information

**Provider Information**

**Encounter Provider**
Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

### Reason for Visit

**Chief Complaint**

- MD ADVICE (3 DL sensations with occupational therapy exercises, patient update)

### Clinical Notes

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 6/27/2024 1214**

| | | |
|---|---|---|
| Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 6/27/2024 12:15 PM | Encounter Date: 6/26/2024 | Creation Time: 6/27/2024 12:14 PM |
| Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE) | |

**S**: Message reviewed. Routing to Clinician for review. Sensations with occupational therapy exercises and patient update.

Electronically signed by Roque, Christine, RN at 6/27/2024 12:15 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD<br>Last Read in kp.org<br>6/29/2024 9:32 AM by Weller, Steven | Weller, Steven | 6/27/2024 12:41 PM |

Hi Steven,

Thank you for the update, and I am glad you are at least seeing some improvement. Hopefully this trend will continue with ongoing therapeutic exercises and anti-inflammatory strategies.

Sincerely,

Dan Lavery

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting | 6/26/2024 9:22 AM |

Daniel Philip Lavery Jr., MD)

---

, but the following may be interesting to you:

Is this sensation expected?

Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

My hands are now a little better overall.

Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 06/09/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**

- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 6/10/2024 0926**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 6/10/2024 9:27 AM | Encounter Date: 6/9/2024 | Creation Time: 6/10/2024 9:26 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 6/10/2024 9:27 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>6/11/2024 4:52 PM by Weller, Steven | Weller, Steven | 6/11/2024 4:44 PM |

Hi Steven. Thanks for the update. It sounds like you are making some progress. With no response to either injection, it makes me wonder if your symptoms are not joint related. It may be a good idea to touch base with your primary care doctor to see if they want to look into other potential causes of your symptoms such as coming from your lumbar spine. In the meantime, I do still feel that PT which you have scheduled for next month will be helpful.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|

**06/09/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

| | | |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 6/9/2024 12:34 PM |

Knee and hip status update

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At that point I focussed on finding actions that could be constantly hurting my hip and found that there is a specific range of movement that seemed to trigger it. By being very careful how I use my legs to go from a sitting position to standing for the last couple of weeks, I've been able to slowly but consistently improve my mobility. I can now get around at home all day without using the manual wheelchair, but still need the electric one for outdoor use. The pain is only low level as long as I continue to be very careful.

Left Knee
The steroid injection April 26th in my left knee seems to have had no effect. I've yet to try water walking again, but there was no reduction in the pain I was already experiencing beyond what I would expect from normal recovery.

I'm going to see how much better my hip can become.

## 06/04/2024 - Patient Message in South Interstate Occupational Therapy

### Visit Information

#### Provider Information

**Encounter Provider**
Dahuyag, Faye D, OT

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

### Messages

#### Nonurgent medical questions or concerns~Other

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>6/5/2024 12:30 PM by Weller, Steven | Weller, Steven | 6/4/2024 1:12 PM |

Hi Steven!

Glad, some things are helpful! We will re-assess every thing on you follow-up visit.

Have a great day!

-faye

#### Nonurgent medical questions or concerns~Other

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 6/4/2024 1:03 PM |

Faye, a quick follow-up to let you know of progress. I've been doing the exercises, working up to twice a day for all of them over the last couple of weeks. The median nerve flossing (tray) is clearly exercising the nerves in my left arm and I feel it most in my elbow. The left ulnar nerve flossing less so. The right arm does not get the same sensations. So we may be onto something here.

I have been wearing compression gloves during the day for about a week and that definitely helps with the stinging sensation. It had a noticeable effect after a just couple of days.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 05/28/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/28/2024 1106**

| | | |
|---|---|---|
| Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/28/2024 11:06 AM | Encounter Date: 5/28/2024 | Creation Time: 5/28/2024 11:06 AM |
| Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE) | |

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

Electronically signed by Manjarrez, Virginia, LPN at 5/28/2024 11:06 AM

### Messages

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/28/2024 8:36 AM |

I uploaded the Sedgwick form to Kaiser Records a while ago as you asked. They responded recently saying that my application is incomplete, which is correct, since we are planning on going through the two Kaiser forms when we meet on video in July.

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 7/5/2024).

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaint

- OCCUPATIONAL THERAPY, onset date 6/16/2024

#### Visit Diagnoses

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- LEFT HAND JOINT PAIN [M25.542]
- MUSCLE WEAKNESS [M62.81]
- RIGHT HAND PAIN [M79.641]
- RIGHT HAND JOINT PAIN [M25.541]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #3 | | | | |
| Add | LEFT HAND JOINT PAIN | M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #4 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #5 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #6 | | | | |
| Add | RIGHT HAND JOINT PAIN | M25.541 | Dahuyag, Faye D, OT | 06/16/2024 2306 |

### Clinical Notes

#### Unknown

**Progress Notes by Dahuyag, Faye D, OT at 5/24/2024 1500**

| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
|---|---|---|
| Filed: 6/16/2024 11:08 PM | Encounter Date: 5/24/2024 | Creation Time: 5/24/2024 2:41 PM |



PAGE 311/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

**05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)**

**Clinical Notes (continued)**

Status: Signed Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL)

**Occupational Therapy Visit #1/5 Monthly Progress Note: 6/23/24 Medicare Reauthorization Date if Applicable: 8/22/24 Prior OT this year: 0**

**Readers please observe:** chart notes are working documents for providers taking care of a patient, intended to memorialize an assessment --to the best of what is possible, given appointment time-- with observation, data provided by the patient, and by the any other available information to date. The chart note is NOT a letter to the reader, nor should it be interpreted as a definitive or declarative statement. Readers should understand that medical language has its own abbreviations and definitions, and, most important, that medical problem solving is a living process over time. Any potential confusion/disagreements should be discussed with your provider, though it is understood that to scrutinize these notes with an eye to extensive or detailed editing misconstrues their purpose.

**Occupational Profile and Review of History**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Review of Medical History includes review of encounters related to referral diagnosis , history and physical, and problem list
Hand Dominance: RIGHT
Recreational Activities: NA
Significant PMH/UE Injury: none
Precautions/Contraindications: none
Comorbidities: chronic pain
Prior/Concurrent Related Services: none
Prior Level of Function: independent.
Difficulty with ADL's and IADL

**ASSESSMENT**

Steven is a 62 yrs old male who presents today with diffuse pain in B hand. Unable to reproduce symptoms with differential testing. Per patient, he is unable to use the computer d/t pain along the palmar aspect of the hand. Swimming gives him relief. Exhibits tight intrinsics in the L hand. Patient will benefit from continued skilled services to decrease symptoms and maximize function. Limitations in function noted as reported on functional outcome measure.

Potential barriers to goal achievement: none known

Steven will benefit from skilled OT intervention to improve ROM, improve strength, decrease pain, and assist with graded return to functional activity

Performance deficits identified in the evaluation include: Physical performance deficits including: strength, joint range of motion, joint stability, and pain

**Evaluation Complexity**

| Profile and History | Assessment of Occupational Performance | Clinical Decision Making | Level of Evaluation Complexity |
|---|---|---|---|

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| OT evaluation includes **a brief review** of the occupational profile and medical/therapy history | Steven demonstrates **4 performance deficits** relating to physical skills which result in activity limitations.<br><br>The assessment of Occupational Performance required **Problem-focused assessment** | Level of Clinical Decision Making: **low complexity** | **Overall Level of Evaluation Complexity: low** |
| **Review of profile and history:**<br>**Low = Brief**<br>**Moderate = Expanded**<br>**High = Extensive** | **Performance deficits:**<br>**Low = 1-3**<br>**Mod = 3-5**<br>**High = 5 or more**<br><br>**Assessment of Occupational Performance:**<br>**Low = Problem-focused**<br>**Mod = Detailed**<br>**High = Comprehensive** | **Low = Limited number** of treatment options to be considered, **no comorbidities** that affect occupational performance, **Modification** of tasks or assistance is **not necessary** to complete evaluation.<br>**Mod** = **Moderate analytic complexity** analyzing data from **detailed assessment,** consideration of **several treatment options,** presence of **comorbidities**, **minimal to moderate modification of tasks** or assistance to complete evaluation.<br>**High = High analytic complexity** of data from **comprehensive assessment(s)**, consideration of **multiple treatment options,** presence of **comorbidities, significant modification** of tasks or assistance with assessment(s) necessary | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Steven Weller to be seen up to an additional 4 visits through 09/2024

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | |
| Therapist: Faye Dahuyag, OTR | |
| Patient to demonstrate understanding on activity modification techniques | |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | |
| Patient to report compliance with HEP | |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | | | |
| Therapist: Faye Dahuyag, OTR | | | |
| Patient to report pain no more then 1/10 during functional use of the B hand | | | |
| Patient will be able to type for at least 5 mins with no pain. | | | |
| Independent with HEP and self management of this diagnosis. | | | |

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Subsequent Visit Treatment Recommendations: continue assessment. Update HEP

**SUBJECTIVE**

Current concern: limited function and pain.
Steven goals/priorities for therapy: decrease symptoms

Symptoms:"stinging" "distracting" pain Location: B hand, more notable along the palm aspect of the L IF,
Numeric Analog Pain Scale 5/10

**OBJECTIVE**

Observation/Appearance: report irritation of the the ulnar nerve at the cubital tunnel but has gotten better. No notable bony deformity/abnormality

Palpation/Provocative Tests: Tender to palpation over the R MF MP pad A1 pulley. No palpable nodule

Notable intrinsic tightness in the B hand

CMC grind -
Carpal tunnel compression test -
Phalens' -

Range of Motion: WNL

Sensation: No c/o paraesthesias

Strength: only tested one time
R grip 90#
L grip 70#

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*
Evaluation completed.
Educated on relevant anatomy.
Instructed on home exercise program. Provided printed handout with online access code.

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Discussed activity modification, tasks variation, and adaptive positioning changes.
Dema grip for comfort.
Encouraged use of imak glove for warmth and comfort.
Heat modality and massage along the volar hand prior to stretching.

**Education/Home Program Instructions:**

Please see Patient Instructions for specifics on Home Program.
Access Code: LCNZFYTR
URL: https://kaiserpermanente.medbridgego.com/
Date: 05/24/2024
Prepared by: Faye Dahuyag

Exercises
- Seated Single Digit Intrinsic Stretch - 3 x daily - 7 x weekly - 2 reps
- Finger Spreading - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Hand AROM Tendon Gliding Series - 3 x daily - 7 x weekly - 2 sets
- Median Nerve Flossing - Tray - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Ulnar Nerve Flossing - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Finger Adduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Seated Finger Abduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps

Patient Response to Treatment: verbalizes understanding of program and expresses willingness to comply, able to perform return demonstration, asks appropriate questions, and verbalizes concern about ability to comply with home program .

Time In: 253
Time Out: 350
Supplies: dema grip

| BILLING CODES | Time (Min) | Units |
|---|---|---|
| Evaluation | 30 | 1 |
| therex | 27 | 2 |
| | | |
| Total Billable Time: | 57 | 3 |

Electronically signed by Dahuyag, Faye D, OT at 6/16/2024 11:08 PM

**Referrals**

**Outpatient Service #1915282602**

Reason: Specialty Services Required
Class: Internal
Status updated on: 4/30/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 4/30/2024 to 4/30/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Referrals (continued)**

**Referred To**

Department: INT-OT
Specialty: Occupational Therapy
Department phone: 844-394-3972
Provider: Dahuyag, Faye D, OT

**Visits**

Requested: **1** Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**218936 - REFERRAL OCCUPATIONAL THERAPY MUSCULOSKELETAL DISORDERS**

Number requested: 1 Number approved: 1

**Diagnoses**

- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN

**Referral Notes**

**Message by Valencia, Blanca Estela at 5/2/2024 0842**

Summary: Auto: 22303-PT/OT RFL NOTICATION

### PT Referral Notification

Name: Steven Weller
HRN: 1550-03-73
Referral Authorization Number: 1915282602
Referral Date: 04/30/2024

### Upcoming Appointments

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |
| 5/24/2024 3:00 PM (Arrive by 2:45 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

**Order**

**REFERRAL OCCUPATIONAL THERAPY MUSCULOSKELETAL DISORDERS [610386223]**

Electronically signed by: **Foster, Kellie R, MD on 04/30/24 2307** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 04/30/24 2307 Authorized by: Foster, Kellie R, MD
Ordered during: Telemedicine on 04/23/2024
Diagnoses
NEUROPATHIC PAIN [M79.2]
BILAT HAND JOINT PAIN [M25.541, M25.542]

**Coverages**

**Deductible Plan**

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Referrals (continued)**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 05/14/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- LETTER

### Clinical Notes

**Unknown**

**Telephone Encounter by Peterman, Spencer, LPN at 5/15/2024 0900**

| | | |
|---|---|---|
| Author: Peterman, Spencer, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/15/2024 9:00 AM | Encounter Date: 5/14/2024 | Creation Time: 5/15/2024 9:00 AM |
| Status: Signed | Editor: Peterman, Spencer, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD pool for advice
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 05/10/2024 to the patient:*
**Lavery, Daniel Philip Jr., MD**
to Steven Weller



5/13/24 12:29 PM
Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

Sincerely,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

| Dan Lavery |
|---|

Spencer Peterman, LPN
Kaiser Permanente Primary Care Nurse

Electronically signed by Peterman, Spencer, LPN at 5/15/2024 9:00 AM

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/21/2024 1243**

| | | |
|---|---|---|
| Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/21/2024 12:43 PM | Encounter Date: 5/14/2024 | Creation Time: 5/21/2024 12:43 PM |
| Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Clinician for: Ongoing conversation
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:/B:** Email incoming

Electronically signed by Manjarrez, Virginia, LPN at 5/21/2024 12:43 PM

**Telephone Encounter by Winegar, Leslie, LPN at 5/21/2024 1432**

| | | |
|---|---|---|
| Author: Winegar, Leslie, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/21/2024 2:33 PM | Encounter Date: 5/14/2024 | Creation Time: 5/21/2024 2:32 PM |
| Status: Signed | Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE) | |

Opened in error.

Leslie D. Winegar, LPN

Electronically signed by Winegar, Leslie, LPN at 5/21/2024 2:33 PM

**Messages**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>5/28/2024 8:32 AM by Weller, Steven | Weller, Steven | 5/22/2024 12:11 PM |

Dear Mr Weller,

Thank you for the update. The Sedgewick forms say that updated forms are needed by 7/25 so the timing of our appointment will work.

Sincerely,
Kellie R. Foster, MD
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:26 AM |

Here is a copy of the current WSR from Dr. Brian Lee in Santa Clara. It expires 7/5, which is before the appointment I was able to make with you on 7/10.

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:16 AM |

Here is the form that Sedgwick sent. I have also emailed this to ROI.

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 9:39 AM |

I've navigated the ROI department (it's similar to the Kaiser California system), requested records up to the current date, downloaded them, and forwarded them to Sedgwick, so I believe that part is complete. Sedgwick have only ever required a signed doctor's letter to satisfy the Work Status Report requirement. I will upload the form and set up the video visit as requested.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/9/2024 5:40 PM by Weller, Steven | Weller, Steven | 5/15/2024 1:17 PM |

Dear Mr Weller,

I can help with that form - can you please submit the form to our ROI department and schedule a virtual visit with me so that we can complete it together?

Sincerely,
Kellie R. Foster, MD

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests. If you have questions, you can reach the ROI department by phone at (503) 571-5051 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/14/2024 2:59 PM |

My short term disability company Sedgwick has requested a Work Status Report from me stating that I'm unable to work. My current WSR with them was from California and expires July 4 2024, but I don't think that is sufficient now since I'm no longer under Dr Brian Lee's care.

Is that something you provide?

They also requested medical records which I have already provided by via Kaiser's records office.

KAISER PERMANENTE. RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 05/13/2024 - Appointment in East Interstate Laboratory

**Visit Information**

**Appointment Information**

**LAB** **Completed**
5/13/2024 7:05 AM

| Time | Provider | Department | Length |
|---|---|---|---|
| 7:05 AM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 7:03 AM Enc Form Number: 82474729

History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| Checked In: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| EOD Status: | 5/18/2024 4:08 AM | By: | Corbitt, Shelley | ES |

**Reason for Visit**

**Visit Diagnosis**

- BILAT HAND PAIN [M79.641, M79.642]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Kpnw, Ordtrans | 05/13/2024 0703 |

**Labs**

**Clinical Laboratory**

**ANA [611926729] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920 Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**ANA SCREEN [611926729]** Resulted: 05/13/24 1354, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709

Filed by: Interface, Pathnet Results In 05/13/24 1354
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Screen | Negative | Negative | — | KP AWL |

Comment:
***********************
This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY [611926730] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**TISSUE TRANSGLUTAMINASE W IGA (TTG-IGA) [611926730]** Resulted: 05/13/24 1411, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1411
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1418

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL | — | KP AWL |

Comment:
All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA.

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM
Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

**IMMUNOFIXATION, SERUM [611926731] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: Click on Process Information Tab for detail on this test.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**IMMUNOFIXATION [611926731]** Resulted: 05/14/24 1619, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/14/24 1619
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Serum Immunofixation Result: | -- | — | — | KP AWL |

No monoclonal protein detected by immunofixation electrophoresis.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**VITAMIN B6 (PYRIDOXINE) [611926732] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Scheduling instructions
This lab test requires you to be fasting. Please arrive at the lab 10 hours or more after your last meal. You may drink water, coffee (without cream or sugar), tea (without cream or sugar); but you should not drink alcohol or take vitamins for 24 hours.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400524 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**VITAMIN B6 [611926732]** Resulted: 05/16/24 1253, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/16/24 1253
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L | — | ARP |

Comment:
INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)

Pyridoxal 5'-phosphate measured in a specimen collected following an 8-hour or overnight fast accurately indicates vitamin B6 nutritional status. Non-fasting specimen concentration reflects recent vitamin intake.

This test was developed and its performance characteristics determined by ARUP Laboratories. It has not been cleared or approved by the US Food and Drug Administration. This test was performed in a CLIA certified laboratory and is intended for clinical purposes.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD
CLIA Number: 46D0523979

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - ARP** | ARUP LABORATORIES | Unknown | 392 N 3700 W Salt Lake City UT 84000 | 03/20/14 1016 - Present |
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**CRP (C-REACTIVE PROTEIN) [611926733] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) [611926733]** Resulted: 05/13/24 1451, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 05/13/24 1451
Collected by: Reno, Dee 05/13/24 0709
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

### RHEUMATOID FACTOR, SERUM [611926734] (Final result)

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920 Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**RHEUMATOID FACTOR, SERUM [611926734]** Resulted: 05/13/24 1427, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1427
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

## 05/10/2024 - Patient Message in Westside Medical Office Neurology

**Visit Information**

**Provider Information**

**Encounter Provider**

Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

**Reason for Visit**

**Chief Complaint**

- LETTER (3 DL pt requesting Work Status Report letter, defer to PCP?)

**Revision History**

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed for bilateral hand pain)

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 5/10/2024 1034**

| | | |
|---|---|---|
| Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 5/10/2024 10:34 AM | Encounter Date: 5/10/2024 | Creation Time: 5/10/2024 10:34 AM |
| Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE) | |

**S**: Routing to NOD to follow up with member if needed before routing to provider.

Electronically signed by Roque, Christine, RN at 5/10/2024 10:34 AM

**Telephone Encounter by Dykier, Pamela, RN at 5/13/2024 1032**

| | | |
|---|---|---|
| Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 5/13/2024 10:33 AM | Encounter Date: 5/10/2024 | Creation Time: 5/13/2024 10:32 AM |
| Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE) | |

**R: Message reviewed: routed to clinician. Should we defer to PCP?**

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**COMMENTS**

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that

## 05/10/2024 - Patient Message in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

**RECOMMENDATIONS**
-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody
-no additional neurodiagnostic testing recommended outside of the above blood tests
-agree with occupational hand therapy evaluation
-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered
-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam
-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

Electronically signed by Dykier, Pamela, RN at 5/13/2024 10:33 AM

**Messages**

**Form or letter request~Request return to work or travel letter**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD<br>Last Read in kp.org<br>5/13/2024 12:58 PM by Weller, Steven | Weller, Steven | 5/13/2024 12:29 PM |

Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

**Messages (continued)**

Sincerely,

Dan Lavery

**Form or letter request~Request return to work or travel letter**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting Daniel Philip Lavery Jr., MD) | 5/10/2024 10:06 AM |

My neurologist at Kaiser CA (Dr. Brian Lee) had provided me with a Work Status Report stating that I'm unable to work that expires I think 2024-07-04. Can you provide me with another WSR with the same or later date based on your judgement so I can send that to my insurance provider?

Or is this something that should go through my PCP?

## 05/09/2024 - Office Visit in Westside Medical Office Neurology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Lavery, Daniel Philip Jr., MD | Lavery, Daniel Philip Jr., MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

**Follow-up and Dispositions**

- Return for PRN (follow up as needed).

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 5** |

### Reason for Visit

**Chief Complaint**

- CONSULTATION (Neuropathic pain)

**Revision History**

Gurman, Lubov, MA on 5/9/2024 0830
- CONSULTATION

**Visit Diagnosis**

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Lavery, Daniel Philip Jr., MD | 05/09/2024 0920 |

### Clinical Notes

**Unknown**

**Nursing Note by Gurman, Lubov, MA at 5/9/2024 0840**

| | | |
|---|---|---|
| Author: Gurman, Lubov, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/9/2024 8:39 AM | Encounter Date: 5/9/2024 | Creation Time: 5/9/2024 8:37 AM |
| Status: Signed | Editor: Gurman, Lubov, MA (MEDICAL ASSISTANT) | |

large adult's cuff - left arm sitting

Patient arrive with : Wife, Laura
Medications Reviewed: Yes
Patient Prefers: Kaiser and mail order pharmacy
Current medications and drug allergies confirmed with pt.
Pharmacy reviewed and updated Yes
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.
Visit preparation completed, including updating Care Everywhere outside medical records. Yes

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

Panel Support Tool Reviewed.
PST patient handout given.
Lubov Gurman, Medical assistant
Department of Neurology

Electronically signed by Gurman, Lubov, MA at 5/9/2024 8:39 AM

**Progress Notes by Lavery, Daniel Philip Jr., MD at 5/9/2024 0840**

| | | |
|---|---|---|
| Author: Lavery, Daniel Philip Jr., MD | Service: — | Author Type: Physician |
| Filed: 5/9/2024 9:35 AM | Encounter Date: 5/9/2024 | Creation Time: 5/9/2024 8:33 AM |
| Status: Signed | Editor: Lavery, Daniel Philip Jr., MD (Physician) | |

NEUROLOGY CONSULTATION

REFERRING PROVIDER: Kellie R Foster, MD

CHIEF COMPLAINT(S): Chronic pain in the hands/upper limbs

HISTORY OF PRESENT ILLNESS: Steven Weller is a 62 yrs old male referred for chronic hand/arm pain.

The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms. The patient also mentions a history of tendinitis in the right hand dating back to 1994, which was triggered by a month of intensive computer work. The patient has been managing the pain by switching hands and devices over the years. The patient also reports a leathery feeling in the hands, but denies any similar symptoms in the feet or legs. When he exacerbates chronic tendinitis/arthritis at the left elbow, he will occasionally notice tingling in digits 4-5 of the left hand. There is otherwise no frank numbness or tingling in either hand. With rest his symptoms significantly improve, and in the past they would resolve completely. However, more recently he continues to have persistent symptoms despite avoiding activities that would typically provoke them. He has also been taking ibuprofen regularly and using a wrist brace on the left hand. These have provided modest relief at best. He also notes chronic intermittent hip pain, which can be relatively severe, and he tells me that prior testing has not shown any significant findings.

Patient provided verbal consent to be recorded using documentation assistance tool.

The following has been copied and pasted from outside neurology note on January 4, 2024:
Neurology Follow-Up

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

Mr. Weller returns today with his wife for follow up. Splint continues to be helping. Plans are in place for the move to Oregon. Will have KP there.
As previously noted, left index and middle finger are the main pain symptoms. The left abductor pollicis brevis (median, C8 less than T1) has been noted to be weak. Pinprick examination has shown fifth digit more sensitive than the dermatomal distribution of the median nerve. EMG negative.

Anticipate Mr. Weller will benefit from continuing with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. This is favored over a C7 radiculopathy.

The following has been copied and pasted from outside neurology note on October 20, 2023:
Mr. Weller returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6, which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. Examination shows 5/5 biceps strength and intact pinprick. We will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

The following has been copied and pasted from NCS report on 6/5/2023:
Nerve Conduction Study:
Individual results and a full listing of each tested nerve are attached to this report.
Motor nerve conduction studies show normal distal latency, amplitude, conduction velocities with normal F-wave latencies.
Sensory nerve conduction studies show normal onset latency, amplitude, and conduction velocity.

Reference Values, EMG Lab, Kaiser Permanente, San Jose, Neurology Department.

Motor DML (ms) Amplitude (mV) NCV (m/s)
Median <4.4 >=4.2 >=50
Ulnar <3.5 >=5.6 >=50
Radial <3.0 >=7 >=50
Tibial <5.8 >=4.0 >=44
Peroneal <6.5 >=2.2 >=41
Femoral <6.2 >=3.5

Sensory Latency (ms) Amplitude (uV) NCV (m/s)
Median-D2-W <=3.5 >=10 >=50
Median-Palmar-W <=2.2 >=40 >=50
Ulnar-Palmar-W <=2.2 <=12 >=50
Ulnar D5-W <=3.5 >=5 >=50
Radial <=2.9 >=15 >=50
Sup Peroneal <=4.4 >=6 >=40
Sural <=4.4 >=6 >=40
Saphenous <=4.4 >=4
Med Lat Plantar <=3.7 >=3

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

MNC

Nerve / Sites Muscle Latency Amplitude Area Duration Segments Distance Velocity
ms mV mVms ms mm m/s
R Median - APB
Wrist APB 2.81 7.9 33.5 6.93 Wrist - APB
Elbow APB 7.03 7.1 30.4 7.08 Elbow - Wrist 230 55
L Median - APB
Wrist APB 2.34 10.8 38.8 5.83 Wrist - APB
Elbow APB 6.61 7.3 26.8 5.89 Elbow - Wrist 230 54
R Ulnar - ADM
Wrist ADM 1.93 10.3 27.9 6.35 Wrist - ADM
B.Elbow ADM 5.63 10.6 28.4 5.52 B.Elbow - Wrist 270 73
A.Elbow ADM 6.41 9.6 25.0 5.05 A.Elbow - B.Elbow 70 90
A.Elbow - Wrist
L Ulnar - ADM
Wrist ADM 1.93 10.6 29.0 6.20 Wrist - ADM
B.Elbow ADM 6.20 10.2 28.3 8.70 B.Elbow - Wrist 260 61
A.Elbow ADM 6.67 10.5 27.8 8.54 A.Elbow - B.Elbow 60 128
A.Elbow - Wrist

F Wave

Nerve F Lat M Lat F-M Lat Min F Lat Min M Lat Min F-M
ms ms ms ms ms ms
R Median - APB 26.1 2.8 23.3 25.8 2.8 23.0
R Ulnar - ADM 26.4 2.8 23.5 26.4 2.8 23.5
L Median - APB 26.9 2.7 24.2 26.9 2.7 24.2
L Ulnar - ADM 28.0 1.9 26.1 28.0 1.9 26.1

SNC

Nerve / Sites Rec. Site Onset Lat Peak Lat Amp Segments Peak Diff
ms ms μV ms
R Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.09 1.61 74.4 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.93 42.6 Ulnar Palm - Wrist
Median Palm - Ulnar Palm -0.31
L Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.46 1.93 34.1 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.61 55.5 Ulnar Palm - Wrist
Median Palm - Ulnar Palm 0.31

Impression:

This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.

The following has been copied and pasted from EMG report from November 6, 2023:
Summary: Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

Interpretation: normal LUE EMG

Conclusion: This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

Muscle Insertional Activity MUAP
Left FDIH NL NL
Left APB NL NL
Left FCR NL NL
Left Deltoids NL NL
Left Biceps NL NL
Left Triceps NL NL
Left Paraspinals mid and low Cervical NL

The following has been copied and pasted from outside physiatry note on October 24, 2023:
HPI:
Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023. No thumb symptoms . Attributed with more keyboarding. Rare intermittent left elbow and ulnar finger tingling. And left index finger tip tingling /leather feeling and feel cold
However, nerve conduction study of bilateral upper extremity 6/5/2023 was normal.
The patient was seen by neurologist, Dr. Brian Lee who reported clinically no suspicion for carpal tunnel syndrome as there was no EBP atrophy there was no upper extremity weakness.
MRI of the cervical spine was subsequently ordered with results below. Referred to spine clinic for evaluation of any cervical radicular symptoms that may contribute to his symptoms.
Associated symptoms: NO arm weakness.
Hand Dexterity - negative. Change in gait dexterity - negative
Duration of pain: 10 to 15 years.
Pain level - current: 7/10.left UE arm pain, 2/10 left neck
Modifying factors: Aggravating factors: Arm uses keyboarding
relieving factors: heat and limiting keyboarding duration.

///////////////////

Assessment:

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023.

(M47.812) CERVICAL SPONDYLOSIS (primary encounter diagnosis)
(M79.18) MYOFASCIAL PAIN SYNDROME -in bilateral forearm area.
(M54.12) CERVICAL RADICULITIS -clinically left C6-7 radiculitis from spondylitic changes.
(M70.90) REPETITIVE STRAIN INJURY -also contributing to his left forearm pain and trapezius pain.

PLANS:

1. Above assessment and radiological study discussed with patient and discussed the multifactorial etiologies of his symptoms.
The following plans were discussed and will be emailed to him for him to consider as options, both diagnostic and management standpoint.

2. Diagnostic Imaging:
Suggest EMG of the left upper extremity to see if there is active versus chronic C6 and C7 denervation. One can have symptomatic radiculitis without EMG changes. However if the results are positive then may suggest improvement from cervical epidural steroid injection.

3. Medication:
-As he had tried pregabalin and gabapentin with good effectiveness for significant side effects, consider other adjuvant medication such as Topamax or Cymbalta patient want to think about it
-

4. Therapies/Exercises/Modalities:
- Discussed with patient the foundation for treatment of neck/upper back pain is through strengthen of core and range of motion exercises.
-Consider referral to PT for neck rehab and postural training
- Educated patient on proper ergonomic setup in home work station.

5. Injection or Interventional Procedures. Defer and work-up in progress.
6. Activity Modification:

PMH:

**Patient Active Problem List**

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

Diagnosis
- ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
  KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy

CURRENT MEDICATIONS:

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |

No current facility-administered medications for this visit.

ALLERGIES: No Known Allergies

SOCHX:

**Social History**

Socioeconomic History
- Marital status: Unknown

**Social Determinants of Health**

Housing Stability: Unknown (3/11/2024)
  Housing Stability Vital Sign
  - Unable to Pay for Housing in the Last Year: No
  - Unstable Housing in the Last Year: No

PHYSICAL EXAM:

There were no vitals taken for this visit.

NEUROLOGICAL EXAM:

MENTAL STATUS:

Alert with normal attention.

Normal speech and language.

Normal general fund of knowledge.

CRANIAL NERVES:

VII: No facial weakness

MOTOR:

| Motor (MRC grading) | Right | Left |
|---|---|---|
| Deltoids | 5 | 5 |

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Biceps | 5 | 5 |
| Triceps | 5 | 5 |
| APB | 5 | 5 |
| FDI | 5 | 5 |
| | | |
| Iliopsoas | 5 | 5 |
| Tibialis anterior | 5 | 5 |

DEEP TENDON REFLEXES (**right/left**): 2+/2+ biceps, 2+/2+ knees. Hoffman's reflex absent bilaterally.
SENSATION: Sensation to pinprick normal in both hands.

LABORATORY DATA REVIEWED 5/9/2024:

| Component | Value | Date |
|---|---|---|
| RBS | 95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CHOL | 177 | 03/19/2024 |
| TG | 126 | 03/19/2024 |
| HDL | 35 (L) | 03/19/2024 |
| LDLCALC | 117 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| NA | 141 | 03/19/2024 |
| K | 4.0 | 03/19/2024 |
| CL | 104 | 03/19/2024 |
| CO2 | 30 | 03/19/2024 |
| BUN | 18 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CA | 9.7 | 03/19/2024 |

No results found for: "ALT", "AST", "GGT", "ALKP", "TBILI"

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| VITD25 | 33 | 03/19/2024 |

RADIOLOGY REPORT REVIEWED:

The following has been copied and pasted from MRI cervical spine on 8/24/2023:

**Impression**

Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

**Narrative**

MRI CERVICAL SPINE WITHOUT CONTRAST

** HISTORY **:
61 years old, bilateral hand pain

** TECHNIQUE **:
MR images of the cervical spine acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication.

BONES: Vertebral body height and alignment are normal. Marrow signal is normal.

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis.

C3-C4: No canal or foraminal stenosis.

C4-C5: No canal or foraminal stenosis.

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal.

The following has been copied and pasted from brachial plexus MRI from January 24, 2024:

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

## COMMENTS

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

## RECOMMENDATIONS

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody

-no additional neurodiagnostic testing recommended outside of the above blood tests

-agree with occupational hand therapy evaluation

-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered

-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam

-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

This note was dictated using FLUENCY VOICE RECOGNITION SOFTWARE and transcription errors occasionally occur. Please contact me if there is a question about the intended meaning of a word or phrase in this dictation.

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:35 AM

**Flowsheets**

**Custom Formula Data**

| Row Name | 05/09/24 0838 | 05/09/24 0835 |
|---|---|---|
| OTHER | | |
| Birth Weight | — | 0 -LG at 05/09/24 0837 |

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Flowsheets (continued)**

| | | |
|---|---|---|
| % Change from Birth Weight | — | 703092400 -LG at 05/09/24 0837 |
| BSA (Last Ht) | — | 0 -LG at 05/09/24 0837 |
| Ideal Body Weight (calculated) | — | Height Unknown -LG at 05/09/24 0837 |
| Contrast dose | — | 370.0 -LG at 05/09/24 0837 |
| Shock Index (NIBP) | 0.42 -LG at 05/09/24 0839 | 0.4 -LG at 05/09/24 0838 |
| BP to MAP Calculation | 103 -LG at 05/09/24 0839 | 102 -LG at 05/09/24 0838 |
| Vitals Reassessment | Yes -LG at 05/09/24 0839 | Yes -LG at 05/09/24 0838 |

**Encounter Vitals**

| Row Name | 05/09/24 0838 | 05/09/24 0835 |
|---|---|---|
| Encounter Vitals | | |
| BP | 144/82 -LG at 05/09/24 0839 | 148/79 -LG at 05/09/24 0838 |
| Pulse | 60 -LG at 05/09/24 0839 | **59** ! -LG at 05/09/24 0838 |
| Resp | — | 10 -LG at 05/09/24 0838 |
| Weight | — | 155 lb (70.3 kg) per patient -LG at 05/09/24 0837 |
| OTHER | | |
| BP Location | LA-LEFT ARM -LG at 05/09/24 0839 | LA-LEFT ARM -LG at 05/09/24 0838 |
| BP Patient Position | SITTING -LG at 05/09/24 0839 | SITTING -LG at 05/09/24 0838 |
| Cuff Size | Large Adult -LG at 05/09/24 0839 | Large Adult -LG at 05/09/24 0838 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| LG | Gurman, Lubov, MA | MEDICAL ASSISTANT | — | 05/09/2024 |

**Patient Instructions**

Steven,

It was a pleasure providing care for you today.

**Here is our Treatment Plan:**

-please go fasting to the lab to have blood drawn at your earliest convenience.

-the following supplements may help reduce nerve discomfort: curcumin with bioperine 1000 mg daily, alpha lipoic acid 600 mg daily, and/or palmitoylethanolamide (PEA) 400 mg 3 times per day. There are different forms of PEA so make sure it is palmitoylethanolamide. If you have difficulty finding curcumin then you can also use turmeric supplements. Just make sure they say that it contains "95% curcuminoids". Oral CBD products would be another option. Usually you need to go to a marijuana dispensary to get these and the staff would be able to provide recommendations based on

**Patient Instructions (continued)**

the products that they carry.

-while I do not think that your underlying symptoms are due to a primary nerve problem, trying different nerve pain medications would be reasonable. This would be through your primary care provider, but may include medications like duloxetine or venlafaxine. Alternatively, a trial of a stronger anti-inflammatory medication could be considered, especially since your symptoms are more likely due to underlying musculoskeletal inflammation. This would be medications like meloxicam, for example. I do not have much experience with these medications, but you could consider a trial with your primary care provider. If your pain can not be adequately controlled with conservative treatments and medications, then your primary care provider could involve a pain specialist for an opinion.

-I would also strongly consider following an anti-inflammatory diet. There are plenty of articles from reliable sources on the Internet that describe this, but simple rules of thumb for anti-inflammatory eating include the following:

Eat more plants. Whole plant foods have the anti-inflammatory nutrients that your body needs. So eating a rainbow of fruits, veggies, whole grains and legumes is the best place to start.

Focus on antioxidants. They help prevent, delay or repair some types of cell and tissue damage. They're found in colorful fruits and veggies like berries, leafy greens, beets and avocados, as well as beans and lentils, whole grains, ginger, turmeric and green tea.

Get your Omega-3s. Omega-3 fatty acids play a role in regulating your body's inflammatory process and could help regulate pain related to inflammation. Find these healthy fats in fish like salmon, tuna and mackerel, as well as smaller amounts in walnuts, pecans, ground flaxseed and soy.

Eat less red meat. Red meat can be pro-inflammatory. Are you a burger lover? Aim for a realistic goal. Try substituting your lunchtime beef with fish, nuts or soy-based protein a few times a week.

Cut the processed stuff. Sugary cereals and drinks, deep-fried food, and pastries are all pro-inflammatory offenders. They can contain plenty of unhealthy fats that are linked to inflammation. But eating whole fruits, veggies, grains and beans can be quick if you prep ahead for multiple meals.

**Follow-up:**

- I will send a copy of my note to your primary care provider. I would suggest checking in with her in a few months, after you have tried some of the conservative treatments listed above. If the symptoms are not adequately controlled then she could consider prescribing a prescription medication for pain, or possibly involving rheumatology or orthopedic hand surgery for opinions.

Sincerely,

Dan Lavery, MD
Department of Neurology

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:25 AM

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/15/2024**

Status: Sent by batch
Letter body:

**TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY**

| Result | Value | Ref Range |
|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL |
| Comment: | All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA. | |

**CRP (C-REACTIVE PROTEIN)**

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

**RHEUMATOID FACTOR, SERUM**

| Result | Value | Ref Range |
|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL |

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/16/2024**

Status: Sent by batch
Letter body:

**ANA**

| Result | Value | Ref Range |
|---|---|---|
| ANA Screen | Negative | Negative |
| Comment: | ************************ | |

This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects
the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA,
Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as
negative it means none of the above were detected.

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/17/2024**

Status: Sent by batch
Letter body:

**IMMUNOFIXATION, SERUM**

| Result | Value | Ref Range |
|---|---|---|
| Serum Immunofixation | | |

No monoclonal protein detected by immunofixation electrophoresis.

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/19/2024**

Status: Sent by batch
Letter body:

**VITAMIN B6 (PYRIDOXINE)**

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L |
| Comment: | INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)<br><br>Pyridoxal 5'-phosphate measured in a specimen collected following an 8-hour or overnight fast accurately indicates vitamin B6 nutritional status. Non-fasting specimen concentration reflects recent vitamin intake.<br><br>This test was developed and its performance characteristics determined by ARUP Laboratories. It has not been cleared or approved by the US Food and Drug Administration. This test was performed in a CLIA certified laboratory and is intended for clinical purposes.<br>Performed By: ARUP Laboratories<br>500 Chipeta Way<br>Salt Lake City, UT 84108<br>Laboratory Director: Jonathan R. Genzen, MD, PhD<br>CLIA Number: 46D0523979 | |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Daniel Philip Lavery Jr., MD | 5/9/2024 8:23 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Neurology Appointment Notifications | 3/27/2024 7:00 PM |

**Messages (continued)**

Appointment For: Steven Weller (1550-03-73)
Visit Type: TKT NEUR OVN (1103142)

5/9/2024 8:40 AM 40 mins. Lavery, Daniel Philip Jr., MD WMS-NEUR

Patient Comments:
Neuropathic pain

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 5/9/2024 8:23 AM PST - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

**Referrals**

**Outpatient Service #1915166626**

Reason: Specialty Services Required
Class: Internal
Status updated on: 3/27/2024

Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 3/27/2024 to 3/27/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000

Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: WMS-NEUR
Specialty: Neurology

Department phone: 844-364-4807

**Visits**

| | | | |
|---|---|---|---|
| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |

**Procedures**

**213904 - REFERRAL NEUROLOGY CONSULTATION.**

Number requested: 1
Number approved: 1

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Referrals (continued)**

**Diagnoses**

- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M72.2 (ICD-10-CM) - FIBROMATOSIS OF BILAT PLANTAR FASCIA
- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN
- M25.521, M25.522 (ICD-10-CM) - BILAT ELBOW JOINT PAIN
- G56.22 (ICD-10-CM) - LEFT ULNAR NEUROPATHY

**Referral Notes**

**Scheduling Ticket Sent by McDowell, Chantal Yun at 3/27/2024 1549**

Scheduling Ticket Sent.

**Specialty Comments by Noble, Geoffrey Peter, MD, PhD at 3/27/2024 1253**

Summary: Schedule in OVN appointment slot with Benjamin Koo, MD, Dan Lavery, MD, Branavan Mahadeva, MD, or Geoffrey Noble, MD. Send General questionnaire(s).

Schedule in **OVN** appointment slot with **Benjamin Koo, MD, Dan Lavery, MD, Branavan Mahadeva, MD, or Geoffrey Noble, MD**. Send **General** questionnaire(s).

SCRIPTING FOR APPOINTMENT SCHEDULING:
"The Neurologist who reviewed your referral recommended a regular consultation appointment for you. This consultation will include an overall assessment that will help determine follow up steps which may include recommendations for you and your Primary Care Clinician or follow up with the Neurologist.

We will be sending you a questionnaire to complete prior to your appointment. Please remember bring that questionnaire with you and arrive 15 minutes prior to your appointment to allow time to check in and maximize your appointment time."

CANCEL LIST (for all members being booked more than 5 business days from time of call or any member dissatisfied w/ appointment time)
"I will add your request (for sooner appointment, different time, other physician) to our courtesy list. If an appointment meeting your request comes available someone will call you as soon as possible. What is the best number to call if we get a cancellation for you? Can you also tell me the shortest notice that would still make it possible for you to come to an open appointment, so I can note it with your request?"

**Provider Comments by Foster, Kellie R, MD at 3/27/2024 0611**

Summary: Provider Comments

Last visit to Neurology in 10 Years:
-----------------------------------
No appointments were found for this specialty within the specified time limit.

**Status History**

| Change | User | Date/Time |
|---|---|---|

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Referrals (continued)**

| | | |
|---|---|---|
| From Pending Review to Authorized | Noble, Geoffrey Peter, MD, PhD | 03/27/2024 1253 |

**Order**

**REFERRAL NEUROLOGY CONSULTATION. [605762748]**

Electronically signed by: **Foster, Kellie R, MD on 03/27/24 0611** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/27/24 0611 Authorized by: Foster, Kellie R, MD
Ordered during: Office Visit on 03/19/2024
Diagnoses
NEUROPATHIC PAIN [M79.2]
FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
BILAT HAND JOINT PAIN [M25.541, M25.542]
BILAT ELBOW JOINT PAIN [M25.521, M25.522]
LEFT ULNAR NEUROPATHY [G56.22]
Order comments: Last visit to Neurology in 10 Years: ---------------------------------- No appointments were found for this specialty within the specified time limit.

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 5/9/2024 8:39 AM

| BP | Pulse | Resp | Wt |
|---|---|---|---|
| 144/82 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Large Adult) | 60 | 10 | 155 lb (70.3 kg) Comment: per patient |

## 05/06/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- DIAGNOSTIC IMAGING RESULTS

**Clinical Notes**

**Unknown**

**Telephone Encounter by Greene, Kathryn Rose, LPN at 5/6/2024 1613**

| | | |
|---|---|---|
| Author: Greene, Kathryn Rose, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/6/2024 4:31 PM | Encounter Date: 5/6/2024 | Creation Time: 5/6/2024 4:13 PM |
| Status: Signed | Editor: Greene, Kathryn Rose, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD pool for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from MRI 1/2024:*
**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 05/06/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**All Measurements**

Exam End: **01/24/24 8:45 AM**
Specimen Collected: **01/24/24 9:16 AM** Last Resulted: **01/24/24 9:31 AM**

Kathryn Greene, LPN

Electronically signed by Greene, Kathryn Rose, LPN at 5/6/2024 4:31 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Panagiotis D Fourtounis, MD<br>Last Read in kp.org<br>5/7/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/6/2024 5:07 PM |

Steven I think a phone or video appointment to discuss this issue with Dr Foster is a good idea.
Panos Fourtounis, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/6/2024 1:23 PM |

Were you able to get any answers about the masses that were found in my back during the last MRI scan?

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

**Encounter Provider**
Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Follow-up and Dispositions**

### Reason for Visit

**Chief Complaint**

- REFERRAL (PT)

**Revision History**

McGath, Tracy, MA on 5/6/2024 0831
- OTHER (FYI)

**Visit Diagnoses**

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #3 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |

### Clinical Notes

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 0831**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/6/2024 8:31 AM | Encounter Date: 5/5/2024 | Creation Time: 5/6/2024 8:31 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 8:31 AM

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 1703**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/6/2024 5:04 PM | Encounter Date: 5/5/2024 | Creation Time: 5/6/2024 5:03 PM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 5:04 PM

**Addendum Note by Esterberg, Chad Andrew, PA at 5/7/2024 0900**

| | | |
|---|---|---|
| Author: Esterberg, Chad Andrew, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 5/7/2024 9:00 AM | Encounter Date: 5/5/2024 | Creation Time: 5/7/2024 9:00 AM |
| Status: Signed | Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.)) | |

Addended by: ESTERBERG, CHAD ANDREW on: 5/7/2024 09:00 AM

Modules accepted: Orders

Electronically signed by Esterberg, Chad Andrew, PA at 5/7/2024 9:00 AM

**Telephone Encounter by McGath, Tracy, MA at 5/7/2024 1156**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/7/2024 11:56 AM | Encounter Date: 5/5/2024 | Creation Time: 5/7/2024 11:56 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: Message completed.
Instructions given to pt.
Closing encounter.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/7/2024 11:56 AM

**Messages**

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Tracy McGath, MA<br>Last Read in kp.org<br>5/7/2024 12:00 PM by Weller, Steven | Weller, Steven | 5/7/2024 11:57 AM |

Hello Steven,
It was nice talking to you today. Let us know if you have any other questions or concerns.

**05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

Have a nice day, Tracy, MA for Chad Esterberg, PA-C

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/7/2024 10:21 AM |

I made the first available appointment for July 5 via the KP app, but I'm confused about the location.

It was at this place, which I can't find anywhere else. There seems to be confusion about NE vs NW in the address and it's not in your list below.

Tanasbourne Physical Therapy
10315 NE Tanasbourne Drive
Hillsboro OR 97124-5860
844-394-3972

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/7/2024 10:18 AM by Weller, Steven | Weller, Steven | 5/7/2024 9:00 AM |

Sounds good. I placed the PT referral. You will need to call them to schedule the initial visit. See below for their contact info.

Take care,
Chad Esterberg, PA-C

PHYSICAL THERAPY APPOINTMENTS

You have been referred for a Physical Therapy (PT) evaluation. To ensure you receive the best care in the appropriate time frame, each referral will be reviewed by a licensed therapist prior to scheduling your appointment. Please allow 24 hours for this to occur, and then contact our offices.

Please arrive 15 minutes early to register for your appointment.

Wear loose fitting clothing, and bring shorts if your leg is to be assessed.

Physical therapy appointments are in high demand. If you need to cancel an appointment please give 48 hours

notice so that someone else may use that appointment time. Cancel on-line at kp.org or call our automated line at (800) 813-2000 and follow the prompts.

The therapist you see will provide an initial assessment and determine if additional therapy is indicated. Physical Therapy is a limited benefit. Please check your benefit booklet or with Membership Services about your coverage for these services.

THERAPY LOCATIONS
Portland Metro Area (503) 571-4910, or from outside of the Portland Area 1-844-394-3972. Our appointing staff is available to assist you from 8:00 am - 5:00 pm, Monday through Friday.

| | Beaverton Medical Office: 4855 S.W. Western Avenue Beaverton, OR

| | Central Interstate Medical Office: 3600 N. Interstate Ave. Portland, OR

| | Mount Talbert Medical Office: 10100 SE Sunnyside Rd, Clackamas, OR

| | Orchards Medical Office: 7101 N.E. 137th Ave. Vancouver, WA

| | Sunnybrook Medical Office: 9900 SE Sunnyside Rd Clackamas, OR

| | Sunnyside Medical Office: 10180 S.E. Sunnyside Rd. Clackamas, OR

| | Tualatin Medical Office: 19185 SW 90th Ave. Tualatin, OR

| | North Lancaster Medical Office: 2400 Lancaster Drive NE Salem, OR

| | Skyline Medical Office: 5125 Skyline Road South Salem, OR

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/6/2024 1:21 PM |

I share your concern about wheelchair use. I walk as normally as possible when the pain permits and stability is not an issue. Unfortunately from experience I know that ignoring the pain just leads to an exponential rise and days of incapacity. Fingers crossed that the steroid will help and I can bear more weight.

Yes let's see what PT can do. This will help guide me for pool use also.

Better news today. My hip barely hurts today following the rest I gave it, but I lost a few days there due to the pain causing a very depressed mood.

**Nonurgent medical questions or concerns~Other**

**05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/6/2024 1:09 PM by Weller, Steven | Weller, Steven | 5/6/2024 9:14 AM |

Hi Steven. Thanks for the update. Its possible you may have overdone it in the pool, but my concern is having you become reliant on the wheelchair. This will lead to muscle deconditioning and even more difficulty tolerating pool exercises or physical therapy. I would recommend discontinuing the wheelchair and try using a cane for extra stability. The more active you are and walking under your own ability will be helpful. I think working with physical therapy would be incredibly beneficial. If you would like to try, let me know and I can place a referral.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/5/2024 8:00 AM |

I had steroid shots in my left knee and right hip on 4/26. The hip shot felt just like the successful one in my right hip March 2023, and very much unlike the unsuccessful one in my right hip June 2023. I rested for a few days and let the discomfort wear off.

By 4/30 my hip felt maybe a little better and I went to a warm water pool and did very gentle exercise for 30 minutes. That hurt my left knee as it has in the past and now, five days later, it's still a little sore, so no definitive improvement there, bit there are some signs it's doing better than it has in the past.

My right hip is currently somewhat worse than before the shot. I'm using a wheelchair in the house 100% of the time to keep the weight off it and it hurts much of the time. I'm not sure what to think, but obviously I should give it more time before reaching conclusions. Maybe I overdid it in the pool? It was really gentle exercise, so that would be surprising, and my left hip did just fine.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 05/01/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**
Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

#### Appointments and referrals~Referral request

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/1/2024 1:33 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.



PAGE 360/440 * RCVD AT 3/7/2025 4:06:02 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:8773536412 * CSID:TCNF * ANI:5032415403 * DURATION (mm-ss):129-01

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 04/29/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL REQUESTED

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 4/30/2024 1343**

| | | |
|---|---|---|
| Author: Segletes, Paula Ann, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 4/30/2024 1:46 PM | Encounter Date: 4/29/2024 | Creation Time: 4/30/2024 1:43 PM |
| Status: Signed | Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD pool for orders, O.T. PENDED
- Patient inquires about OT referral discussed on 4/23 during VV (copied below.)
- O.T. referral pended.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from VV encounter on 4/23/24 by Kellie R. Foster, MD :*

Left thumb- - inovluntary twrsit - does seem connected to eblow
Only on left

Pain in eblow is better - more gradual
MRI brachial plexus

L 2nd finger episodic severe pain

Has to limit computer use and I phone use

Using electronic wheelchair now
Manual wheelcair 1/2 time

Mass in thig, prior imaging

Left hand > right - seeing OA change in R hand 5th finge
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 04/29/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) No diagnosis found.

Alpha lipoic acid
OT
Neurology referral
Mass in shoulder MRI

P) No orders of the defined types were placed in this encounter.

minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Segletes, Paula Ann, LPN at 4/30/2024 1:46 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>5/6/2024 1:21 PM by Weller, Steven | Weller, Steven | 5/1/2024 12:50 PM |

Dear Mr Weller,

Thank you for your message and I apologize for delay in getting you this information. Here is OT scheduling

**04/29/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

info:

You have been referred for a Occupational Therapy evaluation. Schedule online at kp.org or call us to schedule your Occupational Therapy appointment at 1-844-394-3972, 8 am to 5 pm Monday through Friday. Occupational therapy requires that you schedule the appointment, they will not call you.

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/29/2024 6:53 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Norton, Kyle Robert, PA | Norton, Kyle Robert, PA |

#### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaint

- INJECTION (Right hip )

#### Visit Diagnosis

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Norton, Kyle Robert, PA | 04/26/2024 1200 |

### Clinical Notes

#### Unknown

**Progress Notes by Norton, Kyle Robert, PA at 4/26/2024 1430**

| | | |
|---|---|---|
| Author: Norton, Kyle Robert, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 4/26/2024 2:48 PM | Encounter Date: 4/26/2024 | Creation Time: 4/26/2024 11:59 AM |
| Status: Signed | Editor: Norton, Kyle Robert, PA (PHYSICIAN ASSISTANT (P.A.)) | |

Procedure Orders
1. INJ LRG JT/BURSA: R intra-articular hip joint [609887228] ordered by Norton, Kyle Robert, PA
2. INJ LRG JT/BURSA: L knee joint [609902605] ordered by Norton, Kyle Robert, PA

Post-procedure Diagnoses
1. OSTEOARTHRITIS OF RIGHT HIP [M16.11]

04/26/24

Chief compliant: Right hip pain.

Interim history: Steven Weller is a 62 yrs male who presents today for right hip US guided intraarticular corticosteroid injection. + previous injections last year to his hip in CA. He states that intra-articular injection to the left hip provided excellent pain relief and continues to do well. The injection of the right hip was not as effective.

Denies adverse reaction to injections in the past. Denies any calf pain, fever or chills.

Impression:
1. Right hip osteoarthritis - mild on x-rays. Reports short-term improvement with prior intra-articular hip injection.
2. Left knee osteoarthritis: Mild on x-rays.

Plan:
1. Right hip US guided intraarticular corticosteroid injection. See procedure note below.
2. Left knee corticosteroid injection today.
3. RTC no sooner than 3 months for repeat injections.

All questions answered.

**INJ LRG JT/BURSA: R intra-articular hip joint**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **hip**
Site: **R intra-articular hip joint**
Guidance: **ultrasound**

**Right Injection Details:**
Approach: **anterolateral**
Needle Type: **spinal**
Needle Gauge: **22 G**
Topical Anesthetic: **lidocaine (3 cc 1%lido with 25g needle)**

**Medications:**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications and pain medications**

**INJ LRG JT/BURSA: L knee joint**

**04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **knee**
Site: **L knee joint**

**Left Injection Details:**
Approach: **anterolateral**
Needle Type: **standard**
Needle Gauge: **22 G**
Topical Anesthetic: **ethyl chloride(cold spray)**

**Medications:**
**80 mg methylPREDNISolone Acetate 80 mg/mL**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications, elevation and pain medications**

Electronically signed by Norton, Kyle Robert, PA at 4/26/2024 2:48 PM

**Nursing Note by Carmen, Sandibel, MA at 4/26/2024 1430**

| | | |
|---|---|---|
| Author: Carmen, Sandibel, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 4/26/2024 2:26 PM | Encounter Date: 4/26/2024 | Creation Time: 4/26/2024 2:22 PM |
| Status: Signed | Editor: Carmen, Sandibel, MA (MEDICAL ASSISTANT) | |

Steven Weller
62 yrs

**Chief Complaint**
Patient presents with
- INJECTION

**Clinical Notes (continued)**

*Right hip*

**Issues/concerns: the last injection helped him for a few wks**

Pt is here with self , in room 12
Current pain level 3/ 10, taking ibuprofen
Pain Medication prescribed by: otc
Does patient takes prescription blood thinning medication? No
Does patient take Aspirin daily? No

**Treatments**:
Prior surgeries; no
Prior injections; 06/2023
PT; no
Ambulates with none

Panel Support Tool Reviewed.
No gaps identified.

Sandibel Carmen, MA

Electronically signed by Carmen, Sandibel, MA at 4/26/2024 2:26 PM

**Medication Administrations**

**methylPREDNISolone Acetate Inj 80 mg (DEPO-Medrol) [609902673]**

Ordering Provider: **Norton, Kyle Robert, PA**
Ordered On: **04/26/24 1448**
Ordered Dose (Remaining/Total): **80 mg (0/1)**
Frequency: **OUTPATIENT (PROVIDER GIVEN ONE TIME)**
Status: **Completed (Past End Date/Time)**
Starts/Ends: **04/26/24 1430 - 04/26/24 1430**
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Site | Other Information |
|---|---|---|---|---|
| Performed 04/26/24 1430<br>Documented: 04/26/24 1448 | Given | 80 mg | Left Knee | Performed by: **Norton, Kyle Robert, PA**<br>Scanned Package: 70121-1552-1 |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kyle Robert Norton, PA | 4/26/2024 2:20 PM |

Patient Questionnaire Submission

**04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

--------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 4/26/2024 2:20 PM PST - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

# 04/23/2024 - Telemedicine in East Interstate Internal Medicine

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

## Reason for Visit

### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- BILAT HAND JOINT PAIN [M25.541, M25.542]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 04/30/2024 2307 |
| Diagnosis #2 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 04/30/2024 2307 |

## Clinical Notes

### Unknown

#### Progress Notes by Foster, Kellie R, MD at 4/23/2024 0840

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 4/30/2024 11:11 PM | Encounter Date: 4/23/2024 | Creation Time: 4/23/2024 8:34 AM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
Symptom Follow up

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of chronic pain in the hands and hips, reports a new symptom of twitching in the left thumb. The twitching is described as random and possibly related to the position of the elbow. The patient has been wearing a brace for the past six months, which has led to a slow, month-to-month improvement in elbow pain.

**04/23/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

The patient also reports a general increase in hand pain, described as a stinging sensation, particularly noticeable at night. The pain is low-level and not distracting during daily activities, but there is a concern that it is gradually worsening. The patient has limited use of his hands due to the pain, which has led to a decrease in physical activity and an increase in sedentary activities such as watching TV.

The patient has been using an electric wheelchair for mobility, which has led to a decrease in hip pain due to less physical strain. However, the patient reports that the right hip pain can become severe if overused.

Recent brachial plexus MRI showed 2 soft tissue masses, pt asking if f/u indicated, not causing pain

The patient has also been informed that he is a candidate for cataract surgery within the next year. He has a history of floaters in the eyes.

The patient is currently on long-term disability and is in the process of applying for Social Security Disability Insurance (SSDI).

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
BILAT HAND JOINT PAIN

Neurological Symptoms: Persistent hand pain, possibly worsening. New symptom of left thumb twitching, possibly related to elbow position.
-has neurology consult scheduled for next month
-Consider trial of alpha lipoic acid supplement for nerve pain relief.
-Referral to occupational therapy for advice on minimizing stress on hands during daily activities.

Muscle Masses: Two masses identified in shoulder muscles on MRI, in addition to a long-standing mass in the thigh.
-Consult with radiologist for further assessment and guidance on follow-up.

**Clinical Notes (continued)**

Cataracts: Identified during recent eye exam, with potential need for surgery within the next year.
-Plan to consult with ophthalmologist at Kaiser for further evaluation and potential surgery planning.

P)
**Orders Placed This Encounter**
- Alpha Lipoic Acid 600 mg Oral Cap
- Elbow/Forearm/Wrist/Hand Musculoskeletal OT

21 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Foster, Kellie R, MD at 4/30/2024 11:11 PM

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>4/29/2024 6:51 PM by Weller, Steven | Weller, Steven | 3/19/2024 1:59 PM |

Appointment Information:
Visit Type: Video visit
Date: 4/23/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 8:40 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link

2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

## 04/18/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 4/19/2024 1637**

Author: Manjarrez, Virginia, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 4/19/2024 4:37 PM
Encounter Date: 4/18/2024
Creation Time: 4/19/2024 4:37 PM
Status: Signed
Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 4/23/2024 8:40 AM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 4/26/2024 2:30 PM (Arrive by 2:15 PM) | Kyle Robert Norton | Westside Medical Office Orthopedics | 971-310-3240 | |
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |

Electronically signed by Manjarrez, Virginia, LPN at 4/19/2024 4:37 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

From
Kellie R Foster, MD
Last Read in kp.org
4/23/2024 5:36 AM by Weller, Steven

To
Weller, Steven

Sent and Delivered
4/22/2024 10:07 PM

Dear Mr Weller,

Thank you for the update. I am glad you will be meeting with Dr Lavery soon and that you also have been able to establish with orthopedics.

Take care,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/18/2024 3:12 PM |

I have developed a new neurological symptom in my left hand over the past month. My left thumb twitches toward the palm randomly, sometimes hardly at all and sometimes every few seconds. I think it's related to the angle of my left elbow, but am not sure.

I will discuss this at my upcoming neurology appointment.

# 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray

## Visit Information

### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Center X-Ray | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-4602 |

## Reason for Visit

### Visit Diagnosis

- LEFT KNEE JOINT PAIN [M25.562]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Kpnw, Ordtrans | 03/28/2024 1542 |

## Visit Account Information

### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 41206540 | Outpatient | Closed | VST MBR KP NCAL - KP INTRGNL NO CALIFORNIA |

### Guarantor Account (for Hospital Account #41206540)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NW | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| | | H)<br>O) | | |

### Coverage Information (for Hospital Account #41206540)

#### 1. VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA

| F/O Payor/Plan | | Precert # |
|---|---|---|
| VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| Claims Administration - NCAL<br>PO Box 12923<br>Oakland, CA 94604-2923 | 626-381-3882 | |

#### 2. DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000 X

| F/O Payor/Plan | | Precert # |
|---|---|---|
| DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000 X | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Laura A | | 15500373 |
| **Address** | **Phone** | |

## Events

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Events (continued)**

**Hospital Outpatient at 3/28/2024 1530**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Discharge at 3/28/2024 2359**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Imaging**

**Imaging**

**XR LEFT KNEE 3 VIEWS [606041075] (Final result)**

Electronically signed by: **Esterberg, Chad Andrew, PA on 03/28/24 1538** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 03/28/24 1538 Authorized by: Esterberg, Chad Andrew, PA
Ordering mode: Standard
Frequency: Routine X1 03/28/24 1542 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Khouth, Ann M 3/28/2024 3:42 PM
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Esterberg, Chad Andrew, PA | 1558700781 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING, LATERAL, AND MERCHANT |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Date of Birth (by verbal statement or documentation). | |
| 2nd Patient Identifier: | Patient name (as stated by patient or their family). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |
| Chaperone? | | |
| Full name and role of chaperone | | |
| Guest? | | |

**XR LEFT KNEE 3 VIEWS [606041075]** Resulted: 04/02/24 1735, Result status: Final result

Order status: Completed Resulted by: Cho, Josephine O., MD
Filed by: Interface, Powerscribe360 04/02/24 1737 Performed: 03/28/24 1546 - 03/28/24 1600
Accession number: 19022528550 Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

EXAM: XR LEFT KNEE 3 VIEWS
EXAM DATE AND TIME: 3/28/2024 3:30 PM

HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

COMPARISON: None.

TECHNIQUE: Frontal, lateral and patellar views

Impression:
FINDINGS/IMPRESSION:

There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.

OSTEOARTHRITIS GRADING:

-Medial compartment: 0
-Lateral compartment: 0
-Patellofemoral compartment: 0

NWP Osteoarthritis Pathway Grading System Criteria:

1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM
Acknowledged by: Esterberg, Chad Andrew, PA on 04/05/24 1108

**Recipients**

**Esterberg, Chad Andrew, PA**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589906629 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1 - KPRL** | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**Signed**

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

Electronically signed by Cho, Josephine O., MD on 4/2/24 at 1735 PDT

**All Reviewers List**

Esterberg, Chad Andrew, PA on 4/5/2024 11:08 AM

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Esterberg, Chad Andrew, PA | Esterberg, Chad Andrew, PA | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 4** |

### Reason for Visit

**Chief Complaint**

- INJECTION - Right Knee

**Visit Diagnoses**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |

### Clinical Notes

**Unknown**

**Progress Notes by Esterberg, Chad Andrew, PA at 3/28/2024 1510**

| | | |
|---|---|---|
| Author: Esterberg, Chad Andrew, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 3/28/2024 3:40 PM | Encounter Date: 3/28/2024 | Creation Time: 3/28/2024 11:34 AM |
| Status: Signed | Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.)) | |

**ORTHOPEDIC SURGERY CLINIC HIP/LABRUM EXAM**
**3/28/2024**

Requested services from Kellie R Foster, MD

**Chief Complaint:** right hip discomfort

**History of Present Illness:**
Steven Weller is a 62 yrs male who presents with longstanding bilateral hip pain but the right hip has been the most bothersome for him. When he was living in California he had bilateral intra-articular hip injections which were helpful. He localizes the pain to the anterior groin of both hips which becomes significantly aggravated any time he stands up

replace his weight on his legs. He has been using a wheelchair at home to get around once the hip start to become aggravated.

He has done water therapy in the past which he found very helpful for the hips but because of baseline left knee pain, he has not been able to continue this or try any other physical therapy out of concern that it will make his knee worse thus debilitating him further. He has not had any treatment for the knee or an injection. There have been a recent left knee x-rays but he would be open to considering an injection depending on those results and would also like to proceed with another hip injection.

**Answers submitted by the patient for this visit:**

Orthopedic/Podiatry Questionnaire (Submitted on 3/22/2024)

**Chief Complaint: PAIN**

Occupation: Software Engineer
Location of problem: hip
Laterality: right
Problem start: 5/1/2023
Specific injury: Started due to additional use from left hip being unable to take weight
Previous treatments: Right hip steroid injection June 2023
Pain level: 3/10
Symptoms: aching, dull, sharp
Progression: staying the same
Frequency: constant, gets worse later in day, pain with activity, pain at rest
Trouble taking off socks: No
Stairs: normally
Ability to walk: less than 1 block
Devices used: cane, wheelchair
Aggravated by: standing / walking, going up stairs, going down stairs, during walking / exercise
Relieved by: rest, heat, cortisone shots

No past medical history on file.

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Allergies:
Patient has no known allergies.

No active medications on file as of 03/28/2024

No past surgical history on file.

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Unknown |
| Spouse name: | Not on file |
| • Number of children: | Not on file |

**03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Not on file |
| • Smokeless tobacco: | Not on file |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Unknown (3/11/2024)
Housing Stability Vital Sign
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: Not on file
- Unstable Housing in the Last Year: No

**Physical Exam:**
The patient presents in no acute distress.
He is utilizing a motorized wheelchair today.
Mild left anterior groin discomfort with passive logroll of the leg. No pain with passive log-rolling of the right leg.
Negative straight leg raise bilaterally.
Hip flexion to 120° bilaterally, 45° of external rotation and 20° of internal rotation bilaterally.
Mild anterior groin discomfort of both hips at full hip flexion.

Left knee with mild tenderness to palpation across the anterior side and around the patella.
Knee range of motion is 0-120 degrees.
Mild patellar crepitus.
Stable to varus and valgus stress.
Neurovascularly intact.

*The following has been copied and pasted from MRI of the right hip on 9/2/23:*
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

**03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Clinical Notes (continued)**

| |
|---|
| Focal moderate to high-grade chondral loss at the superior hip joint.<br><br>Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement. |

**Impression:**
Right hip OA and left knee pain.

**Plan:**
- He will get left knee x-rays today and I will message him with the results once reviewed.
- I will schedule him for an ultrasound-guided right hip intra-articular steroid injection and possible left knee injection at the same time if he chooses to proceed.

Chad Esterberg PA-C
Orthopedics
Westside Medical Center

*Please be aware that this note has been partially dictated using Fluency dictation voice recognition software. It has been reviewed for major content, but may contain minor mistakes due to the limitations of the software.*

Electronically signed by Esterberg, Chad Andrew, PA at 3/28/2024 3:40 PM

**Nursing Note by Tolentino, Ana M, LPN at 3/28/2024 1510**

| | | |
|---|---|---|
| Author: Tolentino, Ana M, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 3/28/2024 3:22 PM | Encounter Date: 3/28/2024 | Creation Time: 3/28/2024 3:18 PM |
| Status: Signed | Editor: Tolentino, Ana M, LPN (LICENSED PRACTICAL NURSE) | |

Accompanied by: Self
BP Method: none taken
Weight Bearing Status: Full
Weight: Patient declined
Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.

Ana M. Tolentino, LPN

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/28/24 1516 |
|---|---|
| Encounter Vitals | |

**03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Pain Score | 1 (scale 0-10) -AT at 03/28/24 1516 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| AT | Tolentino, Ana M, LPN | LICENSED PRACTICAL NURSE | Nursing | 03/28/2024 |

**Patient Instructions**

KAISER PERMANENTE

Dear Steven Weller

It was a pleasure to see you today.

Should you have any questions, please contact our advice nurse at (971) 310-3240. You may receive a questionnaire in the mail about today's visit. If you do please take the time to fill it out and return it as soon as possible. This will help us to better serve you.

Thank you for allowing me and my team the privilege of caring for you today. **YOU are the reason we are here, and I truly hope we provided you with the excellent service you deserve**. Please let us know if there is anything else we can do for you so that we can be sure you are leaving completely satisfied with your care experience.
If your symptoms persist or worsen please return to the clinic otherwise please follow up with your primary care provider.

Be well and thrive,

Chad Esterberg, PA-C
KAISER WESTSIDE ORTHOPAEDICS
2875 NW STUCKI AVE
HILLSBORO, OR 97124

**If I ordered new medication(s) or refill(s) today to be delivered to you by mail-order, you must call 1-800-548-9809 when you are ready to have the medications mailed to you. THE MAIL ORDER PHARMACY WILL NOT FILL YOUR PRESCRIPTIONS UNTIL THEY RECEIVE YOUR CALL!**

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

**03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Letters**

**Results Release Online by Esterberg, Chad Andrew, PA on 4/5/2024**

Status: Sent by batch
Letter body:

**XR LEFT KNEE 3 VIEWS**

*Narrative*
*EXAM: XR LEFT KNEE 3 VIEWS*
*EXAM DATE AND TIME: 3/28/2024 3:30 PM*

*HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)*

*COMPARISON: None.*

*TECHNIQUE: Frontal, lateral and patellar views*

*Impression*
*FINDINGS/IMPRESSION:*

*There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.*

*OSTEOARTHRITIS GRADING:*

*-Medial compartment: 0*
*-Lateral compartment: 0*
*-Patellofemoral compartment: 0*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM*

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Chad Andrew Esterberg, PA | 3/22/2024 12:12 PM |

**Messages (continued)**

Patient Questionnaire Submission

-------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Kp Ort Bones Nw Orthopedic/Podiatry Questionnaire**

| Question | 3/22/2024 12:12 PM PST - Filed by Patient |
|---|---|
| What is your occupation? | Software Engineer |
| What is the main reason for today's visit? | hip |
| Which side of the body are you having a problem with? | right |
| When did the problem start? | 5/1/2023 |
| If this was the result of a specific injury, please describe below. Otherwise, please state "No injury". | Started due to additional use from left hip being unable to take weight |
| Please list any treatments or surgeries you have had for this problem. | Right hip steroid injection June 2023 |
| Please rate the severity of your pain (0 = no pain, 10 = the worst pain) | 3 |
| Please describe the symptoms you are experiencing. | aching<br>dull<br>sharp |
| Are your symptoms: | staying the same |
| How often are you having these symptoms? | constant<br>gets worse later in day<br>pain with activity<br>pain at rest |
| Do you have trouble taking off your socks? | No |
| Are you able to use stairs: | normally |
| How far can you walk? | less than 1 block |
| Do you need to use any of the following devices? | cane<br>wheelchair |
| What makes your symptoms worse? | standing / walking<br>going up stairs<br>going down stairs<br>during walking / exercise |
| What makes your symptoms better? | rest<br>heat<br>cortisone shots |

**Referrals**

**Outpatient Service #1915141737**

Reason: Specialty Services Required
Class: Internal
Status updated on: 3/22/2024

Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 3/19/2024 to 3/19/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000

Department: EIN-IM
Provider: Foster, Kellie R, MD

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Referrals (continued)**

Provider phone: 503-813-2000 | Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: SYB-ORTH
Specialty: Orthopaedics
Department phone: 503-571-3653

**Visits**

| | | | |
|---|---|---|---|
| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |

**Procedures**

**200353 - REFERRAL ORTHOPEDIC**

Number requested: 1 | Number approved: 1

**Diagnoses**

- M25.551 (ICD-10-CM) - RIGHT HIP JOINT PAIN

**Referral Notes**

**Sent Kp.org Message by Rodriguez, Jessica Marie at 3/22/2024 0906**

KP Message Sent

**Specialty Comments by Southam, Jodi Dew, MD at 3/22/2024 0538**

F2F TJ AC

**Specialty Comments by Silvey, Amy M, RN at 3/20/2024 0821**

Summary: No films have been ordered nor completed for this patient (right hip). Message sent to referring provider to contact patient to complete.

No films have been ordered nor completed for this patient (right hip). Message sent to referring provider to contact patient to complete.
Amy M. Silvey, RN

**Provider Comments by Foster, Kellie R, MD at 3/19/2024 1354**

Summary: Provider Comments

No results found for: "HGA1C", "HGBA1CPED", "HGBA1CEXTRSL"
No image results found.

**Status History**

| Change | User | Date/Time |
|---|---|---|
| From Pending Review to Authorized | Southam, Jodi Dew, MD | 03/22/2024 0538 |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Referrals (continued)**

**Order**

**REFERRAL ORTHOPEDIC [604759150]**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354 Authorized by: Foster, Kellie R, MD
Ordered during: Office Visit on 03/19/2024
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]
Order comments: No results found for: "HGA1C", "HGBA1CPED", "HGBA1CEXTRSL" No image results found.

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/22/2024 - Patient Message in Sunnybrook Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**

Initiated, Patient/Staff

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Orthopedics | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-3653 |

**Messages**

**ORTHOPEDIC REFERRAL**

| From | To | Sent and Delivered |
|---|---|---|
| Jessica Marie Rodriguez<br>Last Read in kp.org<br>3/22/2024 9:36 AM by Weller, Steven | Weller, Steven | 3/22/2024 9:06 AM |

Your health care clinician has referred you to the Orthopedics Department for a Consultation. Please call us when you are ready to schedule your appointment or if you have any questions at (503) 571- 4227. We are available Monday- Friday from 8:00am to 5:00pm. If you have already made an appointment, please disregard this notice.

We look forward to speaking with you, to ensure you receive the care you need. As a reminder, your referral is valid for one year.

Be healthy. Live well. Thrive.

Sincerely,

Specialty Care Appointing

KAISER PERMANENTE RELEASE OF INFORMATION Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Radiology | 3500 N Interstate Ave<br>Portland OR 97227 | 503-331-6082 |

### Reason for Visit

#### Visit Diagnosis

- RIGHT HIP JOINT PAIN [M25.551]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Kpnw, Ordtrans | 03/21/2024 1515 |

### Imaging

#### Imaging

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/21/24 1514** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/21/24 1514 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/21/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Passera, Rene 3/21/2024 3:15 PM
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING LOW PELVIS FOR HIPS AND MODIFIED FROG LATERAL HIP |
| Return patient to provider? | No |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Patient name. (as stated by patient or their family). | |
| 2nd Patient Identifier: | Date of Birth (by verbal statement or documentation). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology (continued)

**Imaging (continued)**

Chaperone?
Full name and role of chaperone
Guest?

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447]** Resulted: 03/26/24 1430, Result status: Final result

Order status: Completed
Filed by: Interface, Powerscribe360 03/26/24 1432
Accession number: 19022509170

Resulted by: Kramer, Zachariah, MD
Performed: 03/21/24 1524 - 03/21/24 1540
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

Impression:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM
Acknowledged by: Foster, Kellie R, MD on 03/26/24 2020

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589001604 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - KPRL | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**Signed**

**Imaging (continued)**

Electronically signed by Kramer, Zachariah, MD on 3/26/24 at 1430 PDT

**All Reviewers List**

Foster, Kellie R, MD on 3/26/2024 8:20 PM

## 03/21/2024 - Orders Only in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**

Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

#### Visit Diagnosis

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Foster, Kellie R, MD | 03/21/2024 1514 |

## 03/21/2024 - Orders Only in East Interstate Internal Medicine (continued)

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/28/2024**

Status: Sent by batch
Letter body:

**XR RIGHT HIP AND PELVIS 2 VIEWS**

*Narrative*
*EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS*

*CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)*

*COMPARISON: None*

*Impression*
*FINDINGS/IMPRESSION:*

*No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.*

*OSTEOARTHRITIS GRADING:*

*-Right hip: 0 = Normal*
*-Left hip: 1 = Minimal/mild (single view)*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*0 = Normal.*
*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM*

KAISER PERMANENTE® RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/20/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**

Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (MM, colonoscopy )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Winegar, Leslie, LPN at 3/21/2024 1004**

| | | |
|---|---|---|
| Author: Winegar, Leslie, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 3/21/2024 10:06 AM | Encounter Date: 3/20/2024 | Creation Time: 3/21/2024 10:04 AM |
| Status: Signed | Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to message management team clinician pool for review

- Patient's last colonoscopy 12/20/23 at outside facility with the next colonoscopy due on 12/20/28.
- Can you please update his medical history, I am unable to do this without a provider approval. This should take care of the stool for occult blood test due on his PST.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD team/pool, this message has been staged and routed to Message Management MD pool to be addressed

There is no problem list on file for this patient.

Unable to review PST at this time - Staging encounter for Clinician / nursing review

Electronically signed by Winegar, Leslie, LPN at 3/21/2024 10:06 AM

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kyla N Pepper, MD<br>Last Read in kp.org<br>3/21/2024 11:13 AM by Weller, Steven | Weller, Steven | 3/21/2024 10:28 AM |

Steven,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**03/20/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

I am assisting with your provider's messages today.

I see that, thank you! I've updated your chart to reflect the colonoscopy last December. It looks like the recommendation is to repeat a colonoscopy in 2033. You will need a referral for that to be done in Oregon when it is time.

Please let us know if there is anything else we can do for you.

Kyla N. Pepper, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 3/20/2024 9:32 AM |

I see a colon cancer screening kit on my preventative list. I had a routine colonoscopy recently, so please cancel that unless it is still recommended.

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/19/2024 - Appointment in East Interstate Laboratory

**Visit Information**

**Appointment Information**

**LAB** **Completed**
3/19/2024 2:10 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 2:10 PM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 2:06 PM

Enc Form Number: 81600953

History

| | | | | |
|---|---|---|---|---|
| Made On: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| Checked In: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| EOD Status: | 3/24/2024 4:07 AM | By: | Corbitt, Shelley | ES |

**Reason for Visit**

**Visit Diagnoses**

| Name | Code | Chronic? |
|---|---|---|
| SCREENING FOR LIPID DISORDER | Z13.220 | No |
| OSTEOPOROSIS | M81.0 | Yes |
| NEUROPATHIC PAIN | M79.2 | No |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | No | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #2 | | | | | |
| Add | OSTEOPOROSIS | M81.0 | Yes | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #3 | | | | | |
| Add | NEUROPATHIC PAIN | M79.2 | No | Kpnw, Ordtrans | 03/19/2024 1406 |

**Labs**

**Clinical Laboratory**

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Edited Result - FINAL)**

Electronically signed by: **User, Nw Bulk Orders on 03/01/24 0000** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: User, Nw Bulk Orders 03/01/24 0000
Authorized by: Ostermeyer, Claudia De Araujo, MD
Ordering mode: Standard
Frequency: Routine 03/01/24 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
SCREENING FOR LIPID DISORDER [Z13.220]

**Provider Details**

| Provider | NPI |
|---|---|
| Ostermeyer, Claudia De Araujo, MD | 1891867800 |

**Specimen Information**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

Resulted: 03/19/24 2016, Result status: Edited

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ˅ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| AIRPORT WAY REGIONAL LABORATORY | Suite C<br>Portland OR 97230 |

Resulted: 03/19/24 2016, Result status: Edited

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ˅ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |
| Comment:<br><br>Cholesterol NCEP Guidelines<br><200 mg/dL Desirable<br>200-239 mg/dL Borderline Risk<br>>239 mg/dL High Risk | | | | |
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ˅ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

SCREENING FOR LIPID DISORDER [Z13.220 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**CREATININE [604761592] (Edited Result - FINAL)**

Electronically signed by: **Foster, Kellie R, MD on 03/13/24 1101** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/13/24 1101 Authorized by: Foster, Kellie R, MD

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Ordering mode: Standard
Frequency: Routine 03/13/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
OSTEOPOROSIS [M81.0]

Class: Normal
Lab status: Edited Result - FINAL

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**CREATININE, SERUM (INCLUDES GFR) [604761592]**

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY | Unknown | 13705 NE Airport Way, Suite C | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| REGIONAL LABORATORY | Portland OR 97230 |

**CREATININE, SERUM (INCLUDES GFR) [604761592]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

OSTEOPOROSIS [M81.0 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN B12 (COBALAMIN) [604761594] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN B12 [604761594]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2042
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL | — | KP AWL |

Comment:

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**HEMOGLOBIN A1C SCREENING [604761595] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**HEMOGLOBIN A1C SCREENING [604761595]** Resulted: 03/19/24 2240, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2240
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % | — | KP AWL |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**CRP (C-REACTIVE PROTEIN) [604761596] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** Status: **Completed**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) crp [604761596]** Resulted: 03/19/24 2052, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 03/19/24 2052
Collected by: Spalding, Sarah 03/19/24 1406
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN D, 25-HYDROXY [604761597] (Final result)**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN D, 25-HYDROXY [604761597]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed Filed by: Interface, Pathnet Results In 03/19/24 2042
Collected by: Spalding, Sarah 03/19/24 1406 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL | — | KP AWL |

Comment:
Total Vitamin D Interpretation
<20 ng/mL Severe Vitamin D Deficiency
20-29 ng/mL Mild Vitamin D Deficiency
30-80 ng/mL Optimal
>80 ng/mL Consider Vitamin D Toxicity

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1456 - KP AWL | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

AIRPORT WAY REGIONAL LABORATORY — Suite C, Portland OR 97230

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN) [604761598] (Edited Result - FINAL)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: BASIC METABOLIC PANEL per AMA contains: Sodium, Potassium, Chloride, CO2 Random Glucose, BUN, Creatinine, Calcium

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed Filed by: Interface, Pathnet Results In 03/19/24 2016
Collected by: Spalding, Sarah 03/19/24 1406 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:
_

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited
Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited
Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/19/2024 - Office Visit in East Interstate Internal Medicine

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT NEW LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- PHYSICAL EXAMINATION (Pe and to estab)

#### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- BILAT ELBOW JOINT PAIN [M25.521, M25.522]
- LEFT ULNAR NEUROPATHY [G56.22]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 03/19/2024 1349 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 03/19/2024 1354 |
| Diagnosis #3 | | | | |
| Add | FIBROMATOSIS OF BILAT PLANTAR FASCIA | M72.2 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #5 | | | | |
| Add | BILAT ELBOW JOINT PAIN | M25.521, M25.522 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #6 | | | | |
| Add | LEFT ULNAR NEUROPATHY | G56.22 | Foster, Kellie R, MD | 03/27/2024 0611 |

### Clinical Notes

#### Unknown

**Nursing Note by Woodward, Vicki L, MA at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Woodward, Vicki L, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 3/27/2024 6:13 AM | Encounter Date: 3/19/2024 | Creation Time: 3/19/2024 1:17 PM |
| Status: Signed | Editor: Woodward, Vicki L, MA (MEDICAL ASSISTANT) | |

Home Phone 408-506-5936

**Clinical Notes (continued)**

Work Phone Data Not Entered
Mobile

Chaperone offered, patient declined. Patient consented to exam without presence of a chaperone.
BP Method: dinamap
Weight: with shoes
There is no height or weight on file to calculate BMI.

Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy

Patient Support Tool Reviewed: The following care gaps have been identified: - Colorectal screening
- Immunizations: Tdap
- Labs Lipid panel
-Depression and Alcohol Screening (DAQ) (office visit in reach only)
Pt declined a tdap vac.
Visit preparation completed, including updating Care Everywhere outside medical records.

Vicki L. Woodward, MA

Electronically signed by Woodward, Vicki L, MA at 3/27/2024 6:13 AM

**Progress Notes by Foster, Kellie R, MD at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/27/2024 6:13 AM | Encounter Date: 3/19/2024 | Creation Time: 3/19/2024 1:16 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

## Subjective

Steven Weller is a male who is 62 yrs old here for evaluation of:
No chief complaint on file.

Prior care N Ca KP

Recent significant pain that has led him to have to stop working and limited ability to exercise

Last seen Jan 2024- Neurology Dr Lee f/u for left CTS with weakness in left index/middle finger, negative EMG
Started wearing a wrist brace and has seen benefit

Pain in R shoulder - did heal with rest
L shoulder has been ok

Left elbow both medial/lateral symptoms- 2-3 years ago was doing Physical Therapy for left knee pain - then eblow startedto hurt - painful until started to waer loose brace 24 hours a day
Has seen improvemetn in function, no longer constant pain
Had been radial /medial

Arthrtis in both wist - 10 years of symptoms
Dupuytren's L > R hand

Painful arthritis n base of l thumb
Tendonitis in hands

Work required keyboard use, now not able to use
Has tried mutiple different tools to type

Last few years - most than just pain arms
Pain would grow exponsentioally, having to stop for 1 hour after 5 min work
Fingers would feel lethargic, stinging
Hands are not getting better in spite of rest
OT not helpful

R hip pain - preventing him from walking household distances at times
Had to use wheelchair in clinic today
Had purchased electric wheelcahhair
1 year of pain

Left hip - had a cortisone shot with clear benefit
March 2023

R hip pain flared in May, steroid shot in May - slight effefct
Mobility is a major issue
Was getting into pool, doing water walking - usually very active but this flared patellar femoral syndrome

Taking ibuprofen most days

Saw benefit to gabaentin but felt poorly
Lyrica helped - was able to get a lot of work done since pain was controlled but then pain worsened

## Objective

BP 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | Pulse 61 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 16 | Wt 157 lb 3 oz (71.3 kg) | SpO2 98%

R hip - Mild pain int rotatin/log roll
Left hip - mild pain int rotatin
No GT tenderness
Nl gait- nl leg swing, not atalgic

Hand - 5/5 we/wf, pincher strength thumb to 2nd finger, thumb to 5th finger intact
finger strength intact 2nd/3rd finger with flex/ext
Sensation intact to light touch in both hands
Duputreyen's contracture left hand

## Recent Labs/Imaging

*The following has been copied and pasted from MRI spine 1/24/24 CE record:*
Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet

synovitis, which can be a source of neck pain and may be irritating the exiting nerve root.
Correlate with left C7 radiculitis.

*The following has been copied and pasted from MRI elbow 10/28/23 CE records*
Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

*The following has been copied and pasted from R hip MRI:*
ossible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Hand xrays 3/23- mild OA changes

## Assessment and Plan

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
FIBROMATOSIS OF BILAT PLANTAR FASCIA
BILAT HAND JOINT PAIN
BILAT ELBOW JOINT PAIN

Significnat hip pain limiting ambulation - referral to ortho places
Hand pain/fatiguability, some improvement with wrist braces. Update neuropathy labs, refer to neurology
Briefly discussed cymbalta as a treatment option
1 month f/u scheduled
32 min face to face time
P)
**Orders Placed This Encounter**
- VITAMIN B12
- HEMOGLOBIN A1C SCREENING
- C-REACTIVE PROTEIN ( NON-CARDIAC) crp
- VITAMIN D, 25-HYDROXY
- BASIC METABOLIC PANEL bmp ama
- Other Orthopedics Referral (including sports hernia)
- REFERRAL NEUROLOGY CONSULTATION.

## Histories

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

### Social History

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Not on file |
| Smokeless Tobacco | Not on file |

No active medications on file as of 03/19/2024

No Known Allergies

Social History
Social History Narrative
Not on file

No family history on file.

There is no problem list on file for this patient.

No past surgical history on file.

Electronically signed by Foster, Kellie R, MD at 3/27/2024 6:13 AM

**Flowsheets**

**AUDIT (U.S.)**

| Row Name | 03/19/24 1416 |
|---|---|
| AUDIT (U.S.) Alcohol Use Disorders Identification Test | |
| How often do you have a drink containing alcohol? | 0 -VW at 03/19/24 1416 |
| Total AUDIT 1-3 (Positive score 7+) | 0 -VW at 03/19/24 1416 |

**Custom Formula Data**

| Row Name | 03/19/24 1316 |
|---|---|
| OTHER | |
| Birth Weight | 0 -VW at 03/19/24 1317 |
| % Change from Birth Weight | 713015075 -VW at 03/19/24 1317 |
| BSA (Last Ht) | 0 -VW at 03/19/24 1317 |
| Ideal Body Weight (calculated) | Height Unknown -VW at 03/19/24 1317 |
| Shock Index (NIBP) | 0.47 -VW at 03/19/24 1317 |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Flowsheets (continued)**

| | |
|---|---|
| BP to MAP Calculation | 90 -VW at 03/19/24 1317 |

**Encounter Vitals**

| Row Name | 03/19/24 1316 |
|---|---|
| Encounter Vitals | |
| BP | 131/70 -VW at 03/19/24 1317 |
| Pulse | 61 -VW at 03/19/24 1317 |
| Resp | 16 -VW at 03/19/24 1317 |
| Temp | 97.7 °F (36.5 °C) -VW at 03/19/24 1317 |
| Temp src | Oral -VW at 03/19/24 1317 |
| SpO2 | 98 % -VW at 03/19/24 1317 |
| Weight | 157 lb 3 oz (71.3 kg) -VW at 03/19/24 1317 |
| OTHER | |
| BP Location | LA-LEFT ARM -VW at 03/19/24 1317 |
| BP Patient Position | SITTING -VW at 03/19/24 1317 |
| Cuff Size | Standard Adult VW at 03/19/24 1317 |

**Exercise Vitals**

| Row Name | 03/19/24 1317 |
|---|---|
| Exercise Level of Effort | |
| Days per week of moderate to strenuous exercise (like a brisk walk) | 0 -VW at 03/19/24 1317 |
| On average, minutes per day of exercise at this level | 0 -VW at 03/19/24 1317 |
| Total minutes per week | 0 -VW at 03/19/24 1317 |

**PHQ2 Adult**

| Row Name | 03/19/24 1416 |
|---|---|
| PHQ-2 ADULT - Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| 1. Little interest or pleasure in doing things | 1 -VW at 03/19/24 1416 |
| 2. Feeling down, depressed, or hopeless | 0 -VW at 03/19/24 1416 |
| PHQ-2 Total Score | 1 -VW at 03/19/24 1416 |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Flowsheets (continued)**

**AUDIT (U.S.)**

| Row Name | 03/11/24 0704 |
|---|---|
| AUDIT (U.S.) Alcohol Use Disorders Identification Test | |
| Total AUDIT 1-3 (Positive score 7+) | 0 (P) -KN at 03/11/24 0704 |

**Patient-Reported Data**

| Row Name | 03/11/24 0706 | 03/11/24 0704 |
|---|---|---|
| OTHER | | |
| How often do you have a drink containing alcohol? | — | 0 (P) -patient at 03/11/24 0704 |
| Would you like us to assist you in getting help with any of the following? | Not at this time (P) -patient at 03/11/24 0706 | — |
| Think about the place you live, do you have problems with any of the following? | None of the above (P) -patient at 03/11/24 0706 | — |
| Housing Stability | | |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No (P) -patient at 03/11/24 0706 | — |
| In the last 12 months, how many places have you lived? | 2 (P) -patient at 03/11/24 0706 | — |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | No (P) -patient at 03/11/24 0706 | — |
| Financial Resource Strain | | |
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Not hard at all (P) -patient at 03/11/24 0706 | — |
| Transportation Needs | | |
| In the past 12 months, has lack of transportation kept you from medical | No (P) -patient at 03/11/24 0706 | — |

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Flowsheets (continued)**

| | | |
|---|---|---|
| appointments or from getting medications? | | |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | No (P) -patient at 03/11/24 0706 | — |
| **Food Insecurity** | | |
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Never true (P) - patient at 03/11/24 0706 | — |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Never true (P) - patient at 03/11/24 0706 | — |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| VW | Woodward, Vicki L, MA | MEDICAL ASSISTANT | — | 03/19/2024 |
| KN | Northwest, Kaiser | — | — | 03/11/2024 |
| patient | Steven Weller | — | — | 03/11/2024 |

**Patient Instructions**

It was a pleasure to meet you today

Our plan for today:

I have placed a referral to our orthopedics department for R hip. See below for information regarding the scheduling process

I will place referral to neurology

Please go to lab for blood tests

Lets consider Cymbalta at future visits

Lets follow up in 1 month

Electronically signed by Foster, Kellie R, MD at 3/19/2024 1:56 PM

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/22/2024**

Status: Sent by batch
Letter body:

**CREATININE**

| Result | Value | Ref Range |
|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |
| Comment: | | |

_

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**VITAMIN B12 (COBALAMIN)**

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL |
| Comment: | | |

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

**HEMOGLOBIN A1C SCREENING**

| Result | Value | Ref Range |
|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % |

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Letters (continued)**

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**CRP (C-REACTIVE PROTEIN)**

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

**VITAMIN D, 25-HYDROXY**

| Result | Value | Ref Range |
|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL |

Comment:

| Total Vitamin D | Interpretation |
|---|---|
| <20 ng/mL | Severe Vitamin D Deficiency |
| 20-29 ng/mL | Mild Vitamin D Deficiency |
| 30-80 ng/mL | Optimal |
| >80 ng/mL | Consider Vitamin D Toxicity |

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

**BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN)**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L |
| Chloride | 104 | 97 - 109 mmol/L |
| CO2 | 30 | 22 - 32 mmol/L |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L |
| Glucose, Random | 95 | 70 - 200 mg/dL |
| BUN | 18 | 7 - 25 mg/dL |
| Creatinine | 0.95 | <=1.30 mg/dL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |

Comment:

_

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based
calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your

clinician.

-

## Messages

### Questionnaire Submission

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:06 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

### Questionnaire Submission

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:04 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

### Appointment scheduled from kp.org

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Kporg Appointment Notifications | 3/5/2024 10:50 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PCP OV OL (108223)

3/19/2024 1:30 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Initial visit with PCP

## Questionnaires

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Questionnaires (continued)**

**Legend:**

**Triggered a BPA Scoring question**

**Audit (Us) Alcohol Use Disorders Indentification Test Bhs Amb Kp.Org Natl**

| Question | 3/11/2024 7:04 AM PST - Filed by Patient |
|---|---|
| How often do you have a drink containing alcohol? | Never |
| **Total AUDIT 1-3 (range: 0 - 18)** | **0** |

**Brief Social Health Screener Kp.Org Natl**

| Question | 3/11/2024 7:06 AM PST - Filed by Patient |
|---|---|
| Finances | |
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Not hard at all |
| Food | |
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Never true |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Never true |
| Transportation | |
| In the past 12 months, has lack of transportation kept you from medical appointments or from getting medications? | No |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | No |
| Housing | |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No |
| In the last 12 months, how many places have you lived? (range: at least 0) | 2 |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | No |
| Think about the place you live. Do you have problems with any of the following? | None of the above |
| Assistance Wanted | |
| Would you like us to assist you in getting help with any of the following? | Not at this time |

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 3/19/2024 1:17 PM

| BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 61 | 97.7 °F (36.5 °C) (Oral) | 16 | 157 lb 3 oz (71.3 kg) |

| SpO2 |
|---|
| 98% |

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/06/2024 - Telephone in New Member Pharmacy Service

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Level of Service**

**Level of Service**

**ADMIN ENCOUNTER ID NO SVC PROV.**

**Reason for Visit**

**Chief Complaint**

- MEDICATION REVIEW NEW MEMBER (NEW MEMBER OUTREACH), onset date 3/6/2024

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **OSTEOPOROSIS (primary)** | M81.0 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **OSTEOPOROSIS (primary)** | M81.0 | Yes | Malotte, Kristine M, PharmD | 03/12/2024 1012 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Dagnino, Angela D, CPhT at 3/6/2024 1409**

Author: Dagnino, Angela D, CPhT
Service: —
Author Type: TECHNICIAN
Filed: 3/6/2024 2:15 PM
Encounter Date: 3/6/2024
Creation Time: 3/6/2024 2:09 PM
Status: Signed
Editor: Dagnino, Angela D, CPhT (Certified Pharmacy Technician)

New Member prescription information received. Information documented below.

The following information was included in referral received from patient

MERGE PT

Region: KNW
MRN-HRN: 15500373
Last Name: WELLER
First Name: STEVEN
DateofBirth:
Evening Phone:
Mobile Phone:
Email address: bagelturf@mac.com
Membership Effective Date: 2024-03-01
Total Number of Prescriptions: 1
Transfer details:

Drug Name 1: Alendronate
Rx # 1: 2442 0309 3713

**03/06/2024 - Telephone in New Member Pharmacy Service (continued)**

**Clinical Notes (continued)**

Need Timeframe 1: Not needed within 14 days
Pharmacy Name 1: Kaiser Foundation CPP Pharmacy
Pharmacy Phone Number 1: 888-218-6245
Instructions 1: Take 1 tablet by mouth every 7 days
Strength 1: 70 mg
Refills Remaining 1: Yes

Allergies: No known medication allergies
Date Submitted: 03/04/2024
Time Submitted: 9:14:45 AM PST
Member Address:
Member City:
Member State:
Member Zip:

End of Member Submission

Did tech open Care Everywhere? No, already open.

Total Number of Medications: 1

Patient referred by: Kana

Electronically signed by Dagnino, Angela D, CPhT at 3/6/2024 2:15 PM

**Telephone Encounter by Malotte, Kristine M, PharmD at 3/12/2024 1007**

| | | |
|---|---|---|
| Author: Malotte, Kristine M, PharmD | Service: — | Author Type: PHARMACIST |
| Filed: 3/12/2024 10:17 AM | Encounter Date: 3/6/2024 | Creation Time: 3/12/2024 10:07 AM |
| Status: Signed | Editor: Malotte, Kristine M, PharmD (PHARMACIST) | |

Refill Request

Patient is paneled with you
Patient has appt pending with you on Mar 19, 2024
Patient requesting medication.

Please:
1) Review and sign the pended medication(s) and/or lab(s), if appropriate.
   - By signing medication orders you are authorizing the full plan as outlined below unless otherwise indicated.
2) Indicate your approval of the plan below by using the SmartPhrase (dot)OKPLAN
3) Route to p 10670 (AWC New Member RPh Pool)

<P>
Medications pended for a 90 day supply with prn refills and 4 month expiration date unless otherwise noted.

• **REFILL OF FORMULARY:**
1) Alendronate 70mg, 1t po once weekly with full glass of water at least 30min before first food, beverage or medication of the day. Do not lie down for 30min.

• Labs pended per Lab Monitoring Practice Resource/Refill Protocol/PST.

**03/06/2024 - Telephone in New Member Pharmacy Service (continued)**

**Clinical Notes (continued)**

===========================

<S/O>
Current medication(s) reported by patient: see <A/P> (plan) for complete list.

Prescription(s) confirmed by: Kaiser pharmacy/ePIMS and Care Everywhere

*The following has been copied and pasted from Care Everywhere record on 6/23/23 by labs:*

**CREATININE W GFR, CALCULATED**

| **Component** Ref Range & Units | **8 mo ago** | **Comments** |
|---|---|---|
| **Creatinine** <=1.34 mg/dL | **1.10** | |
| **Estimated Glomerular Filtration Rate** >=60 mL/min/1.73 m2 | **>60** | Estimated GFR (eGFR) helps us know how the kidneys are working. eGFR is based on the creatinine blood test result, age, sex, and body size. Monitoring eGFR over time helps us understand changes in kidney function.<br><br>Actual kidney function may be better or worse than the estimated GFR because blood creatinine levels are affected by body make up, diet, hydration, genetics, and more.<br><br>Multiple eGFR values are used to determine chronic kidney disease (CKD) stages, defined by the following ranges:<br><br>eGFR 45 - 59 = Stage 3a<br>eGFR 30 - 44 = Stage 3b<br>eGFR 15 - 29 = Stage 4<br>eGFR under 15 = Stage 5<br><br>Values for eGFR before 05/25/2022 will appear in lab results under "Past results". |
| Resulting Agency | TPMG REGIONAL LABORATORY, MWS | |

Specimen Collected: 06/23/23 9:21 AM

Performed by: TPMG REGIONAL LABORATORY, MWS — Last Resulted: 06/24/23 4:15 AM

Received From: Kaiser Permanente Northern California — Result Received: 03/05/24 10:50 AM

## 03/06/2024 - Telephone in New Member Pharmacy Service (continued)

**Clinical Notes (continued)**

<A>
Pharmacist has documented medication allergies in KP HealthConnect as appropriate? Yes.

Electronically signed by Malotte, Kristine M, PharmD at 3/12/2024 10:17 AM

**Telephone Encounter by Foster, Kellie R, MD at 3/13/2024 1101**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/13/2024 11:01 AM | Encounter Date: 3/6/2024 | Creation Time: 3/13/2024 11:01 AM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

I agree with the plan of care as defined, Kellie R. Foster, MD.

Electronically signed by Foster, Kellie R, MD at 3/13/2024 11:01 AM

**Telephone Encounter by Healey, Barbara K, PharmD at 3/13/2024 1118**

| | | |
|---|---|---|
| Author: Healey, Barbara K, PharmD | Service: — | Author Type: PHARMACIST |
| Filed: 3/13/2024 11:18 AM | Encounter Date: 3/6/2024 | Creation Time: 3/13/2024 11:18 AM |
| Status: Signed | Editor: Healey, Barbara K, PharmD (PHARMACIST) | |

Prescriptions ordered and in KP HealthConnect.

patient was instructed to check KP.org when ready to order refills.

No further Pharmacy Services follow-up planned.

Electronically signed by Healey, Barbara K, PharmD at 3/13/2024 11:18 AM

KAISER PERMANENTE RELEASE OF INFORMATION Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/06/2024 - Patient Message in New Member Pharmacy Service

**Visit Information**

**Provider Information**

**Encounter Provider**
Dagnino, Angela D, CPhT

**Department**

| Name | Address | Phone |
|---|---|---|
| New Member Pharmacy Service | 5725 N E 138TH AVENUE<br>Portland OR 97230 | 888-572-7231 |

**Messages**

**New Member Pharmacy Services**

| From | To | Sent and Delivered |
|---|---|---|
| Angela D Dagnino, CPhT<br>Last Read in kp.org<br>3/6/2024 3:02 PM by Weller, Steven | Weller, Steven | 3/6/2024 2:10 PM |

New Member Pharmacy Services

Health Record Number 1550-03-73
March 6, 2024

Steven Weller

3572

Dear Steven Weller,

Welcome to Kaiser Permanente.

We have received your prescription information, and are in the process of transferring your medications. **Once the transfer is complete, you will be able to see your prescriptions online at kp.org.**

**Refilling your medication:**
Save time. Order Online. Join the millions of Kaiser Permanente member who save time and money with mail-order pharmacy.

Order your next prescription(s) through our Mail-Order Pharmacy.
• Save money: Most members get a 3-month supply of medication for the price of 2
• Save time: Most orders deliver in 3 or 4 days (allow up to 7)
• Sign on to kp.org or the Kaiser Permanente app and click on “Pharmacy center”
• Don’t have access to a computer or smartphone? Call 1-800-548-9809 and follow the prompts

For questions about clinic locations; services available; or business hours; please check your Kaiser Permanente Medical Directory or on the Internet at ***www.kp.org/nw***

We value your membership and look forward to helping you meet your health care needs.

Kaiser Permanente Pharmacy Services
(503)261-7900 or toll-free 1-888-572-7231, option 1 for a representative (TTY 711)
Monday - Friday 8:00am to 5:30pm

KAISER PERMANENTE RELEASE OF INFORMATION

Steven Weller
MRN: 1550-03-73, DOB:
Sex: male

## 03/01/2024 - Orders Only in Population Health

**Visit Information**

**Provider Information**

**Encounter Provider**

Ostermeyer, Claudia De Araujo, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Population Health | 500 NE Multnomah St<br>Portland OR 97232 | 503-813-2000 |

**Reason for Visit**

**Visit Diagnoses**

- SCREENING FOR LIPID DISORDER [Z13.220]
- SCREENING FOR COLON CANCER [Z12.11]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | User, Nw Bulk Orders | 03/01/2024 0732 |
| Diagnosis #2 | | | | |
| Add | SCREENING FOR COLON CANCER | Z12.11 | User, Nw Bulk Orders | 03/01/2024 0732 |

**03/01/2024 - Orders Only in Population Health (continued)**

**Letters**

**Results Release Online by Ostermeyer, Claudia De Araujo, MD on 3/22/2024**

Status: Sent by batch
Letter body:

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL)**

| Result | Value | Ref Range |
|---|---|---|
| Cholesterol | 177 | <=239 mg/dL |
| Comment: | Cholesterol NCEP Guidelines<br><200 mg/dL Desirable<br>200-239 mg/dL Borderline Risk<br>>239 mg/dL High Risk | |
| Triglyceride | 126 | <=499 mg/dL |
| HDL Chol | 35 (L) | >=40 mg/dL |
| LDL Calc | 117 | <=159 mg/dL |
| Lipid Panel Interpretation | Interp Guide: | |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

# Weller, Steven

MRN: 200610276

**Office Visit** 2/12/2025
Pain Specialists of Southern Oregon

Provider: Brett T Quave, MD (Pain Medicine)
Primary diagnosis: Bilateral hand pain

## H&P

Brett T Quave, MD (Physician) • Pain Medicine

Patient: Steven Weller
Provider: BRETT T QUAVE, MD
DOB:
Date of Service: 2/12/2025
Primary Care Provider: No primary care provider on file.
Referring Provider: No ref. provider found

**CHIEF COMPLAINT:**
Bilateral hand pain

**HISTORY OF PRESENT ILLNESS:**

History of Present Illness

The patient is a 63-year-old male who presents primarily for evaluation regarding many years of bilateral hand pain in the context of his work as a software engineer. His work as a software engineer was preceded by education as an electrical engineer. He has worked in a variety of environments, including at Apple in the Bay Area. He currently resides in Portland, Oregon. He is accompanied today by his wife, Laura. Steven was granted long-term disability benefits in the past, but it is my understanding that this has been challenged recently. We are being asked to evaluated the patient and render a medical opinion regarding his chronic pain condition.

Steven reports experiencing pain in multiple locations, including his hands, left elbow, both hips, right shoulder, and left knee. The onset of his hand pain was in 1994, which he attributes to overexertion in computer work during a financially expensive and stressful divorce process. Despite being right-handed, he frequently switched between hands to avoid pain on his dominant side. This ultimately led to pain on his other side. With each modification of activity, he seemed to cause an additional pain condition. The patient reports current significant pain in his hands that continues to be exacerbated by activities such as using a computer and holding a phone. He uses a pencil for pointing tasks and carries a tripod for holding the phone. The pain of his hands did improve when he rested from his work, initially a day or two at a time, but then his pain condition progressed to the point he couldn't go back to work at all without really flaring up his pain. He states he has claimed 3 disabilities that impact his ability to work: primarily his hand pain, but also his hip pain and hearing deficit. His work has been quite repetitive, and using his hands in the context of software development really flares up his pain. He has limited range of motion in his fingers, which has not improved despite rest or finger exercises. He has Dupuytren's contractures, primarily affecting his left hand, which interferes with the tendons and causes tension in his fingers. He experiences pain in all his upper extremity tendons at various times, which gradually subsides but never fully goes away. He has never been diagnosed with PTSD and does not experience nightmares. He has read about pain systems and believes he associates many of his symptoms with malfunction of his pain system. He found some relief from gabapentin and Lyrica, but had to discontinue them due to side effects. He finds that exercise alleviates his pain, but he has not exercised much for the past 2 years due to his hip and knee issues, leading to weight gain and decreased mobility. He uses a bluetooth microphone for social interaction.

Steven's joint issues have caused him to require an electric chair at times. However, his left hip arthritis was successfully treated with a steroid injection, resulting in significant improvement within a week. However, he continues to experience pain in his right groin, which necessitated the use of a wheelchair for 3 months. This pain, diagnosed as tendinitis or tendinopathy, is gradually improving. He has been using an electric wheelchair intermittently, but today is the first instance in 1.5 years that he feels he has not needed it to travel or function.

His states his left knee is prone to pain, particularly with certain movements. He consulted a physician last

week who diagnosed him with patellofemoral syndrome. His left knee has been problematic since a minor skiing accident in the mid-1980s, although no tears or fractures were reported at that time. He has been unable to run since the accident. He uses a cane primarily for balance and to bear weight on his knee when standing for extended periods. He is learning to walk again due to his knee condition, which causes an altered gait and has caused atrophy of his leg muscles. He has not undergone much physical therapy for his knee. He tends to walk on the outside of his foot, pointing his foot in, so he uses the right muscles. His knee condition limits his ability to exercise. He used to do water walking for his hips, but had to stop due to knee pain. An x-ray of his knee further suggested patellofemoral syndrome, but no specific treatment has been provided as of yet. He has a left knee MRI scheduled for next month.

His right hip pain feels as though it is gradually improving.The right hip pain has been present for 1.5 years.

He has seen an occupational therapist and physical therapist for his hand pain, but no diagnosis was provided.

He has had mild sciatic nerve pain once or twice.

He had blood work done a year ago, which included tests for rheumatoid markers, all of which were negative. He has never been diagnosed with rheumatoid arthritis or lupus. He takes calcium and vitamin D supplements, and his vitamin D levels are apparently within normal range.

His deafness is genetic. He uses the most powerful hearing aids he could find.

He sleeps using a CPAP machine. Before he had the CPAP machine he really struggled.

He notes that his pain affects his mood, leading to feelings of depression. He regulates his activities to avoid the pain, which affects his mood.

SOCIAL HISTORY
He is a software engineer and has not written software in about 8 or 9 years. He moved from California to Portland a year ago.

FAMILY HISTORY
He has a family history of rheumatoid arthritis and lupus. His child has celiac disease.

MEDICATIONS
Discontinued: gabapentin, Lyrica

He rates his pain as a 6 out of 10 at it's worst, a 2 out of 10 at it's least, and a 3-4 out of 10 as his usual pain score. The pain is constant. It is aching and dull in nature. Rest, compression gloves, and heat improves the pain. Using his hands, computer use, use of fingertips, and small motor movement worsens the pain.

**PREVIOUS PAIN COURSE/INTERVENTIONS:**
Therapy History: Treatments: Bracing, Heat, and Physical Therapy
NSAIDS/Tylenol: Tylenol, Naproxen, Voltaren, and Ibuprofen
Other: Neurontin (Gabapentin) and Lyrica (Pregabalin)

**MEASUREMENT BASED CARE ASSESSMENTS:**
There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels of pain when measured in other ways, or to patient reported levels of function, activity tolerance, quality of life, etc. To better assess this and to help track outcomes over time, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire today, with the following results:

**Steven Weller**

**D.O.B.** **MRN: 200610276** **Date: 02/11/2025**

PAIN SPECIALISTS

## PATIENT ASSESSMENT SUMMARY

**Opioid Risk Tool**
**1/26** - Low Risk
**Positive For:** Personal history of depression.

## PROMIS-29 SUMMARY

**Global Pain**
**4/10** - [illegible]

**Pain Impact Score**
**37/50** - High Impact

## PROMIS SYMPTOM DOMAINS
**Lower scores/percentiles indicate less symptom severity.**

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Pain Interference | 66 | Moderate | 95% |
| Anxiety | 40 | Normal | 17% |
| Depression | 41 | Normal | 16% |
| Fatigue | 34 | Normal | 5% |
| Sleep Disturbance | 46 | Normal | 36% |

## PROMIS FUNCTION DOMAINS
**Higher scores/percentiles indicate greater social participation/physical function.**

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Physical Function | 31 | Moderate | 3% |
| Social Participation | 37 | Moderate | 10% |

**ALLERGIES:**
Not on File

**PAST MEDICAL HISTORY:**
**Past Medical History:**
Diagnosis Date
- Arthritis
- Depression
- Osteoporosis

**PAST SURGICAL HISTORY:**
History reviewed. No pertinent surgical history.

**SOCIAL HISTORY:**
**Social History**

Tobacco Use
- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics
- Alcohol use: Not Currently

**FAMILY HISTORY:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Mother | |
| • Stroke | Mother | |
| • Osteoarthritis | Mother | |
| • Cancer | Father | |

**MEDICATIONS:**

Current Outpatient Medications:
• alendronate (FOSAMAX) 70 mg tablet, Take by mouth every 7 days. Take in AM with water & empty stomach. Do not lie down, eat, or take other meds for 30 min., Disp: , Rfl:
• alpha lipoic acid 100 mg Cap, Take by mouth once daily., Disp: , Rfl:

**REVIEW OF SYSTEMS:**
Review of Systems
HENT: Positive for hearing loss.
Musculoskeletal: Positive for arthralgias.
All other systems reviewed and are negative.

**PHYSICAL EXAM:**
**Vitals:**

| | 02/12/25 1449 |
|---|---|
| Pulse: | 62 |
| SpO2: | 97% |

Body mass index is 24.07 kg/m².
Height: 5' 9" (175.3 cm)
Weight: 163 lb (73.9 kg)

Physical Exam

The patient is alert and oriented x3. He is very pleasant, well spoken, well groomed, and articulate.
The neck exam demonstrates full range of motion. No real tenderness to palpation of the cervical spine. The range of motion is full in all directions.
The upper extremity exam shows normal appearing upper extremities. There is no allodynia, hyperalgesia, erythema, or edema of the upper extremities to suggest something like complex regional pain syndrome. The strength of the upper extremities is within normal limits. There is no real guarding of the upper extremities. The patient does have decreased sensation over the left lateral aspect of the 5th digit. The back exam shows no real loss of range of motion. The patient has a somewhat antalgic gait and walks with a cane. The left thigh and left calf are smaller in circumference than the right side. There is full range of motion of the knees. There are no gross other neurologic deficits to the bilateral lower extremities. There does not appear to be a foot drop. The patient manifested 11 out of 18 tender points of fibromyalgia.

Vital Signs
Vital signs are stable.

**RELEVANT IMAGING:**

**MRI CERVICAL SPINE WITHOUT CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication

BONES: Vertebral body height and alignment are normal. Marrow signal is normal

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis

C3-C4: No canal or foraminal stenosis

C4-C5: No canal or foraminal stenosis

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal

IMPRESSION:
Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

**MRI NECK WITHOUT AND WITH CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
There is an approximately 8 x 5 mm fatty lesion on the right retroauricular subcutaneous tissues which most likely represents small lipoma. There is no abnormal enhancement or soft tissue mass. No lymphadenopathy.

PHARYNGEAL MUCOSA: Normal nasopharynx, oropharynx and hypopharynx.

ORAL CAVITY: Normal including tongue and floor of mouth.

LARYNX: Normal supraglottic, glottic and subglottic larynx.

LYMPH NODES: No suspicious lymph nodes.

SALIVARY GLANDS: Normal parotid, submandibular and sublingual glands.

THYROID: Normal.

FLOW VOIDS AND CAROTID SPACE: Normal.

BONES: No significant abnormality.

IMPRESSION:
A tiny 8 mm right retroauricular subcutaneous fatty lesion may represent lipoma.

**MRI RIGHT HIP WITHOUT CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
LABRUM AND CAPSULE: Probable small anterior superior labral tear on image 14 and 15 of series 8. Capsular ligaments are intact.

TENDONS AND MUSCLES: Visualized portions of the gluteal, iliopsoas, rectus femoris and adductor tendons are intact. Mild hamstring tendinosis. Visualized muscles demonstrate normal signal and morphology.

JOINT AND BURSAL FLUID: No significant joint effusion or intra-articular bodies. No trochanteric bursitis. No focal fluid collections.

PELVIC VISCERA/OTHER: Visualized portions of the pelvic viscera demonstrate no significant abnormalities.

BONES AND CARTILAGE: Mild subcortical cystic change in the femoral head and femoral head neck junction. No fracture, contusion or avascular necrosis. Small focal area of superior hip joint moderate to marked focal chondral loss on image 7 and 8 of series 9 and on image 10 of series 8.

IMPRESSION:
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

**MRI LEFT THIGH WITHOUT AND WITH CONTRAST**

EXAM LOCATION: Kaiser Permanente

FINDINGS:
SOFT TISSUES: Again noted within the vastus lateralis is a circumscribed intramuscular mass lesion with elongated appearance that measures 2.0 x 1.4 x 3.3 cm. Previously noted tapering edema extending superiorly and inferiorly has resolved. Mass has decreased in size from comparison study. It has high T2 and low T1 signal intensity with heterogeneous postcontrast enhancement. Findings could reflect a nerve sheath tumor possibly with hemorrhage on prior exam which could explain this size discrepancy with small size on current exam.

OTHER: Neurovascular structures are intact. No significant bursitis. No joint effusion. No inguinal adenopathy.

BONES: Visualized femur marrow signal is normal.

IMPRESSION:
Interval decrease in size of heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis. Lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

**OPIOID MONITORING/RISK STRATIFICATION:**
**PDMP:** Checked. No aberrant findings.
**Concurrent benzodiazepine use:** No
**MEDD:** 0 mg
**History of sleep apnea:** Yes
**Cardiopulmonary disease:** No
**ORT:** 1/26 - low risk

**ASSESSMENT/PLAN:**

| | | SNOMED CT(R) |
|---|---|---|
| 1. | **Bilateral hand pain** | PAIN OF BILATERAL HANDS |
| 2. | Bilateral hip pain | HIP PAIN |
| 3. | Chronic pain of left knee | PAIN OF KNEE REGION |
| 4. | Fibromyalgia | FIBROMYALGIA |
| 5. | Central pain syndrome | CENTRAL PAIN SYNDROME |
| 6. | Obstructive sleep apnea | OBSTRUCTIVE SLEEP APNEA SYNDROME |
| 7. | Low testosterone in male | TESTOSTERONE LEVEL BELOW REFERENCE RANGE |
| 8. | Chronic pain syndrome [G89.4] | CHRONIC PAIN SYNDROME |

## Assessment & Plan

1. Bilateral hand pain.
The patient reports significant pain in his hands, exacerbated by activities required by his profession as a software engineer such as using a computer and holding a phone. He currently uses a pencil for pointing tasks and carries a tripod for holding the phone as modifications to help him function. Despite his best efforts, he has continued to have high impact pain that affects his life very significantly. Physical examination revealed decreased sensation in the left lateral aspect of the fifth digit but no allodynia or hyperalgesia. There has been no edema, erythema, or sudomotor findings to suggest any thing like complex regional pain syndrome. I believe his hand pain is very likely due to overuse in the context of stressful life events, and this has caused not only local injury, but also and especially central maintenance of his chronic pain condition. His nervous system appears to continue to remain somewhat ramped up, as suggested by ongoing stinging in his finger tips when he uses them for activities related to a computer of phone. There is a history of a normal EMG-NCS to the best of my knowledge that has ruled out peripheral neuropathy. I suggested he consider frequency-specific microcurrent therapy with Dr. Carolyn McMackin, a chiropractor in Portland, to help reset his "concussed" nervous system and potentially alleviate pain. A stellate ganglion block could also be considered to help reset the nervous system in a way to decrease maintenance of central pain. Once again, I do not see any evidence of typical complex regional pain syndrome. Magnesium threonate is recommended to help with chronic pain and improve sleep quality. Ketamine could be considered as well, either in the form of a single or series of ketamine infusions, or possibly in the form of nasal spray or troches.

2. Multiple joint pains.
The patient experiences pain in multiple joints, including bilateral hips, left knee, left elbow, and some of the joints of the hands. He has a history of significant pain of the left hip that was successfully treated with a steroid injection, and patellofemoral syndrome in the left knee. He reports sensitivity with certain angles of motion and pain in the right hip. Physical examination shows obvious (not measured today) decreased circumference of the left thigh and calf compared to the right. One option to treat the left knee pain if other treatments fail may be to offer something such as a genicular nerve ablation. An MRI is scheduled for next month to further evaluate the condition. The patient's orthopedist may have a specific treatment for patellofemoral syndrome.

3. Possible fibromyalgia/myofascial pain.
The patient officially meets the criteria for fibromyalgia, characterized by pain in the upper and lower body, both sides of the body and with 11/18 tender points. The main takeaway regarding this presentation is the idea that the patient is more likely than not struggling with a central component of pain. His chronic pain certainly impacts his quality of life. He is advised to consider micro-current therapy, including ketamine lozenges or nasal sprays, to help manage central sensitization and pain.

4. Centralization of chronic pain.
The patient likely has a degree of central pain syndrome, causing pain in areas that typically do not show radiologic or anatomic evidence of injury. Central pain syndrome can also magnify pain that ordinarily would be minimal to a level that may lead to disability. It is called central pain syndrome because of the changes in how the central nervous system (brain and spinal cord) loses its ability to suppress pain experience. He is advised to consider things such as noted in the paragraphs above as treatment options. The importance of lifestyle modifications, including regular exercise, adequate sleep, and stress management, has been emphasized.

5. Obstructive sleep apnea.
The patient uses a CPAP machine, which improves his sleep quality. He is advised to continue using the CPAP machine.

6. Suspected low testosterone.
Based on the patient's symptoms, he may have low testosterone. Chronic pain, sleep apnea, chronic stress can all impact testosterone production. Testosterone, a powerful anti-inflammatory prohealing hormone, can play a role to help alleviate pain and promote healing and regeneration of injured tissues. He is also advised to maintain good nutrition, including vitamin D, magnesium, vitamin B12, and vitamin B6.

7. Chronic pain syndrome.
The patient's pain scored as being high impact on the PROMIS-29 measures, particularly in how it affects his physical activities and social participation.

Follow-up
The patient may follow up in the future as needed. This was originally scheduled as a one-time consult. Hopefully this input will be helpful to further Mr. Weller's care and recovery. He seems like a very nice and intelligent individual. In no way do I sense he is trying to "game the system."

Return if symptoms worsen or fail to improve.

Approximately 3 hours of time was spent on this case to include chart review (1 hour), the new patient consult (1 hour), and note generation (1 hour).

Electronically Signed Brett Quave, MD

*Psychometric Testing: Performed today using computerized testing with provider interpretation in order to identify the presence of psychogenic factors contributing to the patient's pain complaint in order to guide treatment. The PROMIS-29 pain impact, pain interference, anxiety, depression, fatigue, sleep disturbance, physical function, and social participation domains were reviewed and noted as above. We will continue to screen for these issues over time and adjust pain treatment therapy accordingly.*

*This encounter took more than 30 minutes including reviewing notes, updating the history, performing the examination, reviewing relevant imaging, reviewing and discussing Celeri results, counseling the patient, and documenting the encounter in the electronic health record.*

*This dictation was produced using voice recognition software. Despite concurrent proof reading, please note transcription errors are common and may not reflect the true intent of the reporter. Please contact us for clarification if any questions arise relating to the wording of this document.*

*Contains text generated by DAX Copilot*

## Instructions

Return if symptoms worsen or fail to improve.

After Visit Summary (Automatic SnapShot taken 2/12/2025)

## Additional Documentation

| | |
|---|---|
| Vitals: | Pulse **62** Ht 5' 9" (1.753 m) Wt **163** lb (73.9 kg) SpO2 **97%** BMI 24.07 kg/m² BSA 1.9 m² Pain Sc **4** |
| Flowsheets: | NICU Vitals, Weight Change, Anthropometrics |
| SmartForms: | AHS LUNG CANCER SCREENING SHARED DECISION ADVANCED • AHS ADT OREGON REALD DEMOGRPAHICS |

## Orders Placed

None

## Medication Changes

As of 2/12/2025 2:57 PM

None

## Medication List at End of Visit

As of 2/12/2025 2:57 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **alendronate (FOSAMAX) 70 mg tablet**<br>Take by mouth every 7 days. Take in AM with water & empty stomach. Do not lie down, eat, or take other meds for 30 min. - Oral<br>Patient-reported medication | — | | — |
| **alpha lipoic acid 100 mg Cap**<br>Take by mouth once daily. - Oral<br>Patient-reported medication | — | | — |

## Visit Diagnoses

Primary: **Bilateral hand pain** M79.641, M79.642
Bilateral hip pain M25.551, M25.552
Chronic pain of left knee M25.562, G89.29
Fibromyalgia M79.7
Central pain syndrome G89.0
Obstructive sleep apnea G47.33
Low testosterone in male R79.89
Chronic pain syndrome G89.4

## Pharmacy Benefits

**WELLER, STEVEN - KAISER PERMANENTE NORTHWEST (MEDIMPACT)**

Covered: **Retail** Not covered: Mail Order Unknown: Specialty, Long-Term Care

| | | | | | |
|---|---|---|---|---|---|
| Member ID: | 15500373 | BIN: | 003585 | DOB: | |
| Group ID: | 20001 | PCN: | 70000 | Legal sex: | M |
| Group name: | KNW OR KPIF OFF EXCHANGE | | | Address: | |

RE: Steven Weller
DOB:

Steven Weller consulted with me regarding chronic pain in February 2025. I reviewed his medical record for the last several years and performed an examination on February 12, 2025. I am a board-certified anesthesiologist with a subspecialty in pain medicine. My current practice is devoted to treating chronic pain.

I understand that you are in the process of determining whether Mr. Weller is disabled under his insurance policy. I'm providing this statement to explain why the medical evidence demonstrates that Mr. Weller has central pain syndrome and fibromyalgia and to give my opinion about how those conditions affect his ability to function.

Central pain syndrome is a condition that sometimes arises in people who experience chronic pain. Science has not yet identified a specific gene that correlates to a propensity to develop central pain syndrome; however, there is a higher incidence of central pain syndrome in people who are directly related to others with that condition. Additionally, there is a link between rheumatological disorders like rheumatoid arthritis or lupus and increased incidence of central pain syndrome. In Mr. Weller's case, he does not have a direct relative who also suffers from central pain syndrome but does have direct relatives who suffer from both rheumatoid arthritis and lupus. Additionally, Mr. Weller developed his pain symptoms in the context of significant stress. Stress significantly increases the catecholamine levels in the body. Catecholamines are a type of neurohormone – that is, a chemical made by nerve cells and used to send signals to other cells. Increased catecholamine levels impact the central nervous system in a manner that predisposes it to develop central pain syndrome.

Central pain syndrome occurs when a person experiences chronic pain over a period of time and, in response to that pain, the central nervous system adapts to pain stimuli in a manner that perpetuates and magnifies pain sensations. Research into central

pain syndrome using functional MRIs and PET scans has conclusively proven that central pain syndrome is a physiological and not a somatoform condition.

In central pain syndrome, when peripheral pain stimuli feeds into the central nervous system, the person experiences magnified pain. In other words, people with central pain syndrome experience both allodynia and hyperalgesia, which is among the diagnostic elements of central pain syndrome. Mr. Weller was positive for both allodynia and hyperalgesia on examination. Additionally, his medical record details a long history of chronic pain in the presence of underlying peripheral conditions including a labral tear in his hip and degeneration of his cervical spine; however, Mr. Weller's experience of that pain is magnified by central pain syndrome.

Mr. Weller also has fibromyalgia. I documented that condition during my examination in which I performed a tender point evaluation. In fact, fibromyalgia is considered a central pain syndrome

From a functional perspective, Mr. Weller is limited to using his hands and fingers less than 1/3 of any workday and would be incapable of performing even in a sit/stand modified sedentary job. The medical history thoroughly supports these limitations. Indeed, the medical record documents Mr. Weller's chronic pain over the last several years in a manner entirely consistent with the diagnosis of central pain syndrome and fibromyalgia. Last, my examination confirms those diagnoses and aligns with the historic documentation of Mr. Weller's pain.

Brett Quave MD

Brett Quave, MD

3/7/25

Date

**From:**Smith, Tara
**Sent:**Mon, 27 Jan 2025 15:55:03 +0000
**To:**Steve Weller
**Subject:**RE: W-2 availability Claim #15113454

Hi Steve,

W2's are typically mailed out by 1/31/25.

But if you would like to have it sent electronically, written authorization is required.

If you would like your W-2 form sent via email, please reply to this email stating that you agree to the following statement:

Name: Steven Weller
Claim #: 15113454
Year Requested: 2024

“I agree to receive my W-2 form(s) electronically. I understand that such consent will remain in effect until I withdraw my consent electronically or in writing.”

We will provide your requested W-2 form via secure email once we receive your written authorization. Please note: the secure email may need to be opened on a desktop or laptop computer (not a mobile device).

Thank you,

Tara Smith
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Steve Weller <
Sent: Sunday, January 26, 2025 5:23 PM
To: Smith, Tara <Tara.Smith@lfg.com>
Subject: W-2 availability Claim #15113454

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Tara,

Will Lincoln be issuing a W-2?

If so, when should I expect it, or how can I download it?

Lincoln/Weller 1381

THOMAS, COON, NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

# Fax Transmission

**Attention to:-**

**Name:** Tara S.
**Company:** Lincoln Financial Group
**Date:** 12-02-2024
**Time:** 09:58:32 A

**From:-**

**Name:** Erin Daniels, legal assistant to Scott Sell
**Company:** Thomas Coon Newton & Frost
**Telephone:**
**Pages:** 5

## RE: Steven Weller Claim # 15113454

**Comments/Notes:**

Please find Mr. Weller's notice appointment Mr. Scott Sell as his LTD lawyer as well as a request for the entire claim file.

If you have any questions or concerns, please call me at 503-228-5222 or email me at edaniels@tcnf.legal.

JAMES S. COON
CHRISTINE C. FROST
SYDNEY A. MONTANARO
CYNTHIA F. NEWTON*
SCOTT A. SELL
CHRIS A. THOMAS
RAYMOND F. THOMAS

*ADMITTED IN OR, CA AND WA

FOUNDING PARTNERS
MICHAEL D. ROYCE
(1980-1994)
DOUGLAS A. SWANSON
(1980-2004)

THOMAS, COON, NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
WEST ARON
TASHA BROOKS
MELODIE CARTER
ERIN DANIELS
CHARLES FRIEND
DIANE FULTON
CARLOS GOMEZ
NATALIE LAGUNA
DALIA LEPE
AARON MCCURRIE
SUSAN PARK
AMBER POLLARD
HALEY SINCLAIR
HAVAN STANLEY
AUDREY TUCKER

December 2, 2024

**<u>Submitted via fax 877-353-6412</u>**
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103

RE: Steven Weller
Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

**NOTICE OF APPOINTMENT AND REQUEST FOR CLAIM FILE**

Mr. Weller has hired me to represent him on his claim for LTD benefits. Please find my notice of appointment attached along with our releases that our client has signed.

I would like to request a copy of Lincoln's complete claim file be sent to me electronically at ssell@tcnf.legal or you can mail a disc to:

Scott Sell
Thomas Coon Newton & Frost
820 SW 2nd Ave Ste 200
Portland, OR 97204

Respectfully,

**THOMAS COON NEWTON & FROST**

Scott Sell
Attorney
Partner

SAS/ed
Enc: Notice of Appointment, ROI

Docusign Envelope ID: 5BDED4D9-68F0-443D-9CE5-20BEA8754A14

James S. Coon
Christine C. Frost
Sydney A. Montanaro
Cynthia F. Newton*
Scott A. Sell
Chris A. Thomas
Raymond F. Thomas

*Admitted in OR, CA and WA

Founding Partners
Michael D. Royce
(1980-1994)
Douglas A. Swanson
(1900-2004)

THOMAS, COON,
NEWTON & FROST
PORTLAND LAW FIRM SINCE 1980

STAFF
Theo Buchanan
Erin Daniels
Hannah Flowers
Diane Fulton
Alexus Gardner
Kimberly Holcomb
Tasha Jennings
Kristin Kidd
Michael Lovas
Aaron McCurrie
Susan Park
Samantha Roady
Antonia Bokle

November 22, 2024

**Submitted via fax 877-353-6412**
Lincoln Financial Life Insurance Company
Disability and Life Claims

Re: Steven Weller
Claim Number: 15113454
Apple Inc.

This letter confirms that Scott Sell of Thomas, Coon, Newton and Frost, represents Steven Weller in his claim for long-term disability benefits with Lincoln Financial Group for the above referenced claim.

Please direct all future correspondence regarding this matter to:

Scott Sell
820 SW Second Ave, Suite 200
Portland, OR 97204
503.228.5222
Fax: 503.273.9175
ssell@tcnf.legal

Signed by:
Steve Weller
[illegible]
Steven Weller

11/25/2024
Date

Respectfully submitted,

Thomas, Coon, Newton and Frost

Scott Sell

Attorney

## AUTHORIZATION FOR RELEASE OF INFORMATION

Name : Steven A. Weller
Date of Birth :
Social Security No.

**TO WHOM IT MAY CONCERN:**

I am unable to provide all information necessary concerning my condition and background. I, therefore, authorize the law firm of THOMAS, COON, NEWTON & FROST and/or their agents or representatives, to contact the following sources for additional information:

Attorneys and Law Firms
Banks and/or trust companies
Bureau of Old Age, Survivors, and Disability
Employers, including but not limited to payroll information, contents of personnel file and/or any disciplinary action, medical records, and attendance records
Finance companies
Fraternal organizations
Insurance Companies
Military records, including but not limited to medical diagnosis, service history, and any disciplinary action taken
Law enforcement agencies
Physicians and medical institutions
Postal savings departments
Real estate dealers
Savings & Loan associations
Schools
All other government agencies not specified above
Other: Lincoln Financial Group

I HEREBY AUTHORIZE the sources listed above to release any information requested by my attorney and/or their agent or representative.

It is my understanding that all information concerning me will be treated as confidential by my attorney.

Signature December 2, 2024
Date

## AUTHORIZATION TO USE AND/OR DISCLOSE PROTECTED HEALTH INFORMATION

**Name of Patient:** Steven A. Weller **Date(s) of Service:** 01/01/2021 - present

**DOB:** **SSN:**

**Name/address of health care provider:**
Any medical records held by
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578 Omaha, NE 68103

**To disclose medical information to:**
THOMAS, COON, NEWTON & FROST
Attorneys at Law
820 SW Second Ave., Suite 200
Portland, OR 97204-3087

**By initialing the spaces below, I specifically authorize the disclosure of the following medical information and/or medical records, if such information and/or records exist, for the purpose of developing my Social Security Disability case:**

SAW All hospital records (including nursing records and progress notes)
SAW Transcribed hospital records
SAW Continuity of care records
SAW Laboratory/pathology reports
SAW Correspondence to/from others
SAW Vocational rehabilitation records
SAW Entire medical record (all information)
SAW Emergency and urgency care records
SAW Diagnostic imaging reports/films
SAW Clinician office chart notes
SAW Physical therapy records
SAW Dental records
SAW Billing statements
SAW Insurance forms
SAW Employment/payroll records
SAW Corrections, probation, and parole records
SAW Educational records, including any directly related to disability
SAW Workers' Compensation claim record for injuries of ____________________

*** If the information to be disclosed contains any of the types of records or information listed below, I understand and agree that this information will be disclosed only if my initials appear in the space next to each item:**

SAW * HIV/AIDS test or result information and/or records
SAW * Mental health information and/or records including psychological history, evaluation, diagnosis, and progress notes
SAW * Genetic testing information and/or records
SAW * Drug/alcohol diagnosis, treatment or referral information and/or records

**I understand that I have the following rights: (1) The disclosure of the information and/or records is to be used for legal purposes with the disclosure to be made to my attorney(s); (2) The information disclosed may be subject to redisclosure and may no longer be protected by federal law; (3) I do not have to sign this authorization in order to obtain health care benefits (treatment, payment or enrollment); and (4) I may revoke this authorization in writing pursuant to the Privacy Notice to Patients posted at the facility where the information is to be released. <u>I authorize both written and verbal release of the information described above.</u>**

**By my signature below, I understand that a copy of this Authorization has the same validity as the original. Unless revoked earlier, this authorization will expire 180 days from the date of signing or shall remain in effect for the period reasonably needed to complete the request.**

DATED: December 2, 2024

[signature]
Patient, Guardian/Conservator, or Authorized Representative

Last modified:

| Claim Number(s):15113454 | | |
|---|---|---|
| **Overpayment Calculation** | | |
| Original Amount Paid: | 02/19/2024 - 09/10/2024 | $26,261.97 |
| Revised Pay Amount: | 02/19/2024 - 09/10/2024 | *$3,973.41* |
| Variance: | | *($22,288.56)* |
| Credits: | Prior Recovery | $0.00 |
| | Attorney Fees | $6,932.00 |
| | Excess Fees | $0.00 |
| **Overpayment Amount Due (Variance + Credits):** | | **($15,356.56)** |

Per Check Breakdown:

| *Check Number* | *Dates Covered* | *Original Net Amount* | *Revised Net Amount* | *Amount Due* |
|---|---|---|---|---|
| 112078753 | *02/19/2024 - 03/18/2024* | *$3,459.62* | *$164.57* | $2,304.55 |
| 112322716 | *03/19/2024 - 04/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 112564913 | *04/19/2024 - 05/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 112815209 | *05/19/2024 - 06/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 113070376 | *06/19/2024 - 07/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 113320191 | *07/19/2024 - 08/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 113571632 | *08/19/2024 - 09/10/2024* | *$6,033.70* | *$3,514.59* | $1,528.86 |
| | - | *$0.00* | *$0.00* | $0.00 |
| | | $26,261.97 | $3,973.41 | $15,356.56 |

**If Applicable:**

**Lincoln remitted taxes to the IRS on your behalf, as part of your total income for the above tax year(s). Lincoln cannot recover previous year's taxes from the IRS. Therefore, if the overpayment is not paid in full by year end your total overpayment due will increase effective January 1, 2025 to include the previous year(s) taxes remitted on your behalf.*

# Calculation Worksheet

**Claimant Name:** STEVEN WELLER **Customer:** APPLE INC.

**Claim Number (s):** 15113454

| Originally Paid | | Should ha e Paid | |
|---|---|---|---|
| From Date | 2/19/2024 | From Date | 2/19/2024 |
| Thru Date | 9/10/2024 | Thru Date | 9/10/2024 |
| Total | $26,261.97 | Total | $3,973.41 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $6,932.00 |
| Excess Fees | $0.00 |
| Total: | $6,932.00 |

| | |
|---|---|
| Overpayment Amount: | $ 15,356.56 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| NonS1 Balance: | |
| Tax Aging: | $1,164.71 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15113454 | 112078753 | 0 | 2/19/2024 | 3/18/2024 | 3/13/2024 | $ 12,775.25 | $ 7,020.00 | $ 5,755.25 | $ 1,836.91 | $ 458.72 | $ 3,459.62 |
| 15113454 | 112322716 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 12,775.25 | $ 7,020.00 | $ 5,755.25 | $ 1,828.13 | $ 573.39 | $ 3,353.73 |
| 15113454 | 112564913 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 12,775.25 | $ 7,020.00 | $ 5,755.25 | $ 1,828.13 | $ 573.39 | $ 3,353.73 |
| 15113454 | 112815209 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 12,775.25 | $ 7,020.00 | $ 5,755.25 | $ 1,828.13 | $ 573.39 | $ 3,353.73 |
| 15113454 | 113070376 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 12,775.25 | $ 7,020.00 | $ 5,755.25 | $ 1,828.13 | $ 573.39 | $ 3,353.73 |
| 15113454 | 113320191 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 12,775.25 | $ 7,020.00 | $ 5,755.25 | $ 1,828.13 | $ 573.39 | $ 3,353.73 |
| 15113454 | 113571632 | 0 | 8/19/2024 | 9/10/2024 | 9/10/2024 | $ 9,794.36 | $ 1,638.00 | $ 8,156.36 | $ 1,683.06 | $ 439.60 | $ 6,033.70 |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $86,445.86 | $43,758.00 | $42,687.86 | $12,660.62 | $3,765.27 | $26,261.97 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Statutory | Multiple Offsets | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15113454 | 112078753 | 0 | 2/19/2024 | 3/18/2024 | 3/13/2024 | $ 12,775.25 | $3,466.00 | $7,020.00 | $0.00 | $ 2,289.25 | $ 1,665.96 | $ 458.72 | $ 164.57 | $ 2,304.55 |
| 15113454 | 112322716 | 0 | 3/19/2024 | 4/18/2024 | 4/12/2024 | $ 12,775.25 | $3,466.00 | $7,020.00 | $0.00 | $ 2,289.25 | $ 1,657.01 | $ 573.39 | $ 58.85 | $ 2,304.63 |
| 15113454 | 112564913 | 0 | 4/19/2024 | 5/18/2024 | 5/13/2024 | $ 12,775.25 | $3,466.00 | $7,020.00 | $0.00 | $ 2,289.25 | $ 1,657.01 | $ 573.39 | $ 58.85 | $ 2,304.63 |
| 15113454 | 112815209 | 0 | 5/19/2024 | 6/18/2024 | 6/12/2024 | $ 12,775.25 | $3,466.00 | $7,020.00 | $0.00 | $ 2,289.25 | $ 1,657.01 | $ 573.39 | $ 58.85 | $ 2,304.63 |
| 15113454 | 113070376 | 0 | 6/19/2024 | 7/18/2024 | 7/12/2024 | $ 12,775.25 | $3,466.00 | $7,020.00 | $0.00 | $ 2,289.25 | $ 1,657.01 | $ 573.39 | $ 58.85 | $ 2,304.63 |
| 15113454 | 113320191 | 0 | 7/19/2024 | 8/18/2024 | 8/12/2024 | $ 12,775.25 | $3,466.00 | $7,020.00 | $0.00 | $ 2,289.25 | $ 1,657.01 | $ 573.39 | $ 58.85 | $ 2,304.63 |
| 15113454 | 113571632 | 0 | 8/19/2024 | 9/10/2024 | 9/10/2024 | $ 9,794.36 | $2,657.27 | $1,638.00 | $0.00 | $ 5,499.09 | $ 1,544.90 | $ 439.60 | $ 3,514.59 | $ 1,528.86 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $86,445.86 | $23,453.27 | $43,758.00 | $0.00 | $19,234.59 | $11,495.91 | $3,765.27 | $3,973.41 | $15,356.56 |

* (-) indicates an underpayment

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, November 12, 2024 10:51:43 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | magqcoickzqq3xxsngvc_19132269.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (603) 334-0401

November 12, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company has received notification that you have been awarded Social Security Disability benefits at **$3,466.00** monthly effective **February 1, 2024**.

This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of **February 18, 2024 through September 10, 2024**, with no reduction for Social Security Disability benefit, you are now overpaid under the terms of your Policy.

Please note that it is possible to have a larger overpayment balance than monies received or available to have transferred. Nonetheless, we will work together for any explanations. You are required to repay The Lincoln National Life Insurance Company this amount and we ask that this matter receive your immediate attention.

| | |
|---|---|
| Total Overpayment Amount: | **$15,356.56** |
| Payment Due Date: | **December 5, 2024** |

The attached exhibit explains the calculation of your **$15,356.56** overpayment balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**

**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at **disabilitydocuments@lfg.com.** If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 2578**
**Omaha, NE 68172-9688**

Please contact our office with any questions you may have at the number listed below.

If you are unable to remit the payment in full, please contact our office by **December 5, 2024** to make appropriate arrangements to refund this amount.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michele M.
Recovery Specialist II
Phone No.: (844) 556-3270 Ext. 16591
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
15113454-RECOVERY/REPAYMENT-CORRESPONDENCE-11.12.2024

| Claim Number(s):15113454 | | | | |
|---|---|---|---|---|
| **Overpayment Calculation** | | | | |
| Original Amount Paid: | 02/19/2024 - 09/10/2024 | $26,261.97 | | |
| Revised Pay Amount: | 02/19/2024 - 09/10/2024 | *$3,973.41* | | |
| Variance: | | *($22,288.56)* | | |
| Credits: | Prior Recovery | $0.00 | | |
| | Attorney Fees | $6,932.00 | | |
| | Excess Fees | $0.00 | | |
| **Overpayment Amount Due (Variance + Credits):** | | | **($15,356.56)** | |

Per Check Breakdown:

| *Check Number* | *Dates Covered* | *Original Net Amount* | *Revised Net Amount* | *Amount Due* |
|---|---|---|---|---|
| 112078753 | *02/19/2024 - 03/18/2024* | *$3,459.62* | *$164.57* | $2,304.55 |
| 112322716 | *03/19/2024 - 04/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 112564913 | *04/19/2024 - 05/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 112815209 | *05/19/2024 - 06/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 113070376 | *06/19/2024 - 07/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 113320191 | *07/19/2024 - 08/18/2024* | *$3,353.73* | *$58.85* | $2,304.63 |
| 113571632 | *08/19/2024 - 09/10/2024* | *$6,033.70* | *$3,514.59* | $1,528.86 |
| | - | *$0.00* | *$0.00* | $0.00 |
| | | $26,261.97 | $3,973.41 | $15,356.56 |

If Applicable:

***Lincoln remitted taxes to the IRS on your behalf, as part of your total income for the above tax year(s). Lincoln cannot recover previous year's taxes from the IRS. Therefore, if the overpayment is not paid in full by year end your total overpayment due will increase effective January 1, 2025 to include the previous year(s) taxes remitted on your behalf.***

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68103-2578

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 15113454

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on or after __________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ____________________

City, State, Zip ______________________ Email ____________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________

Financial Institution Address ______________________

Routing Number ______________________

Account Number ______________________

SIGNATURE ______________________ DATE ______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**From:** DisabilityDocuments
**Sent:** Sunday, November 10, 2024 12:38 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 15113454 SSDI award notification

---

**From:** Steve Weller <bagelturf@mac.com>
**Sent:** Sunday, November 10, 2024 5:36:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim 15113454 SSDI award notification

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Enclosed notice. I have received the lump sum described.

**[Error : unloaded OLE object or mail attachment]**

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: November 4, 2024
BNC#: 24MS815J70794-HA

0000626 00011276 2 MB 0.622 1031M3MCS3PI T81 P10
STEVEN A WELLER

RECEIVED
NOV 05 2024
BY:

You are entitled to monthly disability benefits beginning February 2024.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 18, 2023.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2024.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $24,262.00 around November 5, 2024.
- This is the money you are due for February 2024 through October 2024.
- Your next payment of $3,466.00, which is for November 2024, will be received on or about the fourth Wednesday of December 2024.
- After that you will receive $3,466.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

Enclosure(s):
Pub 05-10153

C

See Next Page

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $27,728.00 for February 2024 through September 2024. Under the fee agreement, the representative cannot charge you more than $6,932.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd
Birmingham, Alabama 35285-0001

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $6,932.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $117, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to SCOTT ANDREW SELL.

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-888-632-6990.

SOCIAL SECURITY
1538 SW YAMHILL ST
PORTLAND OR 97205

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

*0303712B00426* 0000626

# PAYMENT SUMMARY

**Your Payment Of $24,262.00**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for February 2024 through October 2024, less monthly rounding of benefits | $31,194.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 6,932.00 |
| This equals the amount of your first payment | $24,262.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective November 2024:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 3,466.70 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .70 |
| This equals the amount of your regular monthly payment | $ 3,466.00 |

**From:**Hernandez, Alejandra
**Sent:**Tue, 5 Nov 2024 17:25:01 +0000
**To:**Steve Weller
**Cc:**Smith, Tara
**Subject:**RE: SSDI Approval

Good Morning Mr. Weller,

Congratulations on being awarded SSDI. Now that you have been awarded you will want to forward us a full copy of your Notice of Award from SSA once it's received. Keep in mind that It can take a couple of weeks for SSA to generate this Letter. I will recommend that you hold on to any past due benefits that SSA releases to you. If you would like for me to call you to provide you with additional next steps I can most certainly do so but the first next step will be for you to forward us a full copy of your award letter once it's received.

Our direct email address is DisabilityDocuments@LFG.com and our fax # is 1-603-334-0701.

We are committed to providing you with quality customer service. If you have additional questions or comments, please contact me at 1-888-437-7611 Ext 67039.

Thank you,

Alejandra Hernandez
Social Security Specialist
GP Claim Shared Services

Lincoln Financial Group
LincolnFinancial.com
1-888-437-7611 x67039
FAX: 603-334-0401

-----Original Message-----
From: Steve Weller <
Sent: Tuesday, November 5, 2024 12:16 PM
To: Hernandez, Alejandra <Alejandra.Hernandez@lfg.com>
Cc: Smith, Tara <Tara.Smith@lfg.com>
Subject: SSDI Approval

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim 15113454

I recently learned that my application for SSDI has been approved. I have not yet received a notice of award, so I don't have any details. I'm aware that Lincoln is owed a portion of the award as an offset against payments already made to me.

What is the next step here?

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 08/19/24 - 09/10/24
Pmt Date: 09/10/24
Check #: 113571632

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 9794.36 | $ 0.00 | $ 1638.00 | $ 8156.36 | $ 0.00 | $ 1150.00 | $ 533.06 | $ 439.60 | $ 6033.70 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 08/19/24 | 08/25/24 | $ 1638.00 | | | | |

Subtotal Offset $ 1638.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 08/19/24 | 09/10/24 | $ 2.42 | PRE-TAX DENTAL | 08/19/24 | 09/10/24 | $ 90.40 |
| PRE-TAX MEDICAL | 08/19/24 | 09/10/24 | $ 339.45 | PRE-TAX VISION | 08/19/24 | 09/10/24 | $ 7.33 |

Subtotal Deduction $ 439.60

Total Provisions $ 0.00 Total Offsets $ 1638.00 Total Deductions $ 439.60

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 8156.36 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 7719.18 | | Federal Withholding: | $ 1150.00 |
| State Taxable Wages: | $ 7719.18 | Employee State: OR | State Withholding: | $ 533.06 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**To print this page:** Use your browser's **Print** button, or select **File** then **Print** from your browser menu. If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the **Close** button below.

**Patient name:** Steven Weller
**Date of birth:**

KAISER PERMANENTE®

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 9/6/2024
**Auth ID:** 1901093670371.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 10/7/2024 through 1/7/2025.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Certain content delivered by MyChart®, licensed from Epic Systems Corporation, © 1999 to February 2024, patents pending.

From: LFGNotifications@LFG.com
Sent: Tuesday, September 10, 2024 3:52:54 PM
To:
CC:
BCC:
Subject: [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller
Attachments: ulawvodz3s8qisgjps6x_18615106.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

September 10, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond September 10, 2024. Apple Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> i. *that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*
>
> ***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.*

You have been receiving LTD benefits for your disability since February 19, 2024.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Spinal stenosis, cervical region and Other cervical disc degeneration, unspecified cervical region and your claim file contains the following medical documentation:

- Unknown - Work Status/Restrictions
- 08/05/2022 Kellie R Foster, MD - Procedure/Operative Note 08/05/2022, 07/10/2024, 05/22/2024, 04/18/2024, 03/19/2024
- 08/05/2022 Daniel Stucker, MD - Computed Tomography (CT) 08/05/2022
- 05/05/2023 Pharmacy User - Procedure/Operative Note 05/05/2023
- 07/05/2023 Robert Diaz, MD - Medical Report Visit/Note 07/05/2023
- 07/05/2023 Robert Diaz, MD - Procedure/Operative Note 07/05/2023
- 07/06/2023 Irene Oi Yin Ho, MD - Work Status/Restrictions 07/06/2023
- 07/07/2023 Pamela Marie Plata De Jesus, MA - Medical Report Visit/Note 07/07/2023
- 07/07/2023 Fabian Miranda, RCP - Procedure/Operative Note 07/07/2023
- 07/16/2023 Zina Zarshenas-Payman, MD - Magnetic Resonance Imaging (MRI) 07/16/2023
- 07/19/2023 Todd Andrew Theman, MD - Medical Report Visit/Note 07/19/2023
- 07/20/2023 Fabian Miranda, RCP - Medical Report Visit/Note 07/20/2023
- 07/20/2023 Thomas Matthew Dailey, MD - Computed Tomography (CT) 07/20/2023
- 07/26/2023 Brian Poeu Lee, MD - Procedure/Operative Note 07/26/2023, 11/16/2023, 11/20/2023, 10/20/2023, 01/04/2024
- 07/26/2023 Kaiser Permanente - Medical Report Visit/Note 07/26/2023, 08/10/2023, 12/20/2023
- 08/01/2023 Brian Poeu Lee, MD - Work Status/Restrictions 08/01/2023, 10/20/2023,12/01/2023, 01/22/2024, 08/16/2024, 01/19/2024
- 08/10/2023 Physical Therapy-plastic Surg - Medical Report Visit/Note 08/10/2023
- 08/22/2023 Audrey V Suciu, OT - Physical/Occupational/Chiropractic Therapy 08/22/2023, 08/10/2023
- 08/22/2023 Audrey V Suciu, OT - Medical Report Visit/Note 08/22/2023
- 08/24/2023 Craig Martin McCormick, MD - Procedure/Operative Note 08/24/2023
- 08/25/2023 Mark Daniel Mamlouk, MD - Magnetic Resonance Imaging (MRI) 08/25/2023
- 08/28/2023 Andrew Sun Fang, MD - Medical Report Visit/Note 08/28/2023
- 08/29/2023 Andrew Sun Fang, MD - Procedure/Operative Note 08/29/2023
- 08/31/2023 Brian Poeu Lee, MD - Legal and Administrative 08/31/2023
- 09/01/2023 Angela Marie Mendoza, DPT PT - Procedure/Operative Note 09/01/2023, 11/07/2023, 07/28/2023, 08/11/2023, 10/10/2023
- 09/02/2023 Grant Ernest Stanley, MD - Magnetic Resonance Imaging (MRI) 09/02/2023, 10/09/2023
- 09/02/2023 Grant Ernest Stanley, MD - Procedure/Operative Note 09/02/2023
- 09/06/2023 Keleigh J Sanchez, AUD - Medical Report Visit/Note 09/06/2023, 09/20/2023, 10/25/2023
- 09/06/2023 Sanchez, Keleigh J, Au.d - Procedure/Operative Note 09/06/2023
- 09/25/2023 Erik Hall McDonald, MD - Medical Report Visit/Note 09/25/2023
- 09/25/2023 Erik Hall McDonald, MD - Procedure/Operative Note 09/25/2023, 09/28/2023
- 09/29/2023 Cynthia Jaimes, MA - Procedure/Operative Note 09/29/2023
- 10/02/2023 Altun Hernandez, Honorio Agustin, Ma - Procedure/Operative Note 10/02/2023
- 10/03/2023 Keleigh J Sanchez, AUD - Procedure/Operative Note 10/03/2023, 10/08/2023,

08/02/2023, 09/25/2023

- 10/16/2023 Cardoza, Brianna - Medical Report Visit/Note 10/16/2023
- 10/16/2023 Brianna Cardoza, MA - Procedure/Operative Note 10/16/2023
- 10/24/2023 Sydney Tsui, MA - Medical Report Visit/Note 10/24/2023
- 10/26/2023 Tung Ba Le, MD - Medical Report Visit/Note 10/26/2023
- 11/06/2023 Kevin Wang, MD - Medical Report Visit/Note 11/06/2023
- 11/06/2023 Kevin Wang, MD - Procedure/Operative Note 11/06/2023
- 11/06/2023 Eunice Wan-Yew Lau, MD - Procedure/Operative Note 11/06/2023, 10/24/2023
- 11/07/2023 Angela Marie Mendoza, DPT PT - Physical/Occupational/Chiropractic Therapy 11/07/2023, 11/24/2023, 07/28/2023, 09/01/2023, 10/10/2023, 07/07/2023, 07/21/2023, 08/11/2023, 09/22/2023, 01/19/2024
- 11/07/2023 Angela Marie Mendoza, DPT PT - Medical Report Visit/Note 11/07/2023, 07/28/2023, 11/24/2023, 07/07/2023, 07/21/2023, 09/01/2023, 01/19/2024
- 11/16/2023 Pharmacy User - Authorization/Request 11/16/2023, 05/05/2023
- 11/16/2023 Brian Poeu Lee, MD - Medical Report Visit/Note 11/16/2023, 10/20/2023, 10/30/2023, 12/06/2023, 01/04/2024, 07/26/2023, 09/08/2023, 09/16/2023, 01/19/2024
- 11/28/2023 Spencer Thomas Fung, MD - Endoscopy Reports 11/28/2023
- 11/28/2023 Caitlin Chilan Doan, MD - Procedure/Operative Note 11/28/2023
- 11/28/2023 Caitlin Chilan Doan, MD - Authorization/Request 11/28/2023
- 11/28/2023 Caitlin Chilan Doan, MD - Medical Report Visit/Note 11/28/2023
- 11/28/2023 Edith - Legal and Administrative 11/28/2023
- 11/30/2023 Irene Oi Yin Ho, MD - Procedure/Operative Note 11/30/2023, 10/09/2023, 09/22/2023
- 12/01/2023 Erin Alyson Dobler, PAC - Procedure/Operative Note 12/01/2023, 08/09/2023, 08/16/2023, 09/29/2023
- 12/07/2023 Brian Poeu Lee, MD - Authorization/Request 12/07/2023
- 12/20/2023 Yao Wen Cheng, MD - Procedure/Operative Note 12/20/2023
- 12/20/2023 Clarence Carl Shouppe, RN - Medical Report Visit/Note 12/20/2023
- 12/21/2023 Cheng, Yao-wen, Md - Legal and Administrative 12/21/2023
- 01/02/2024 Erin Alyson Dobler, PA-C - Medical Report Visit/Note 01/02/2024, 01/04/2024
- 01/03/2024 Lillian Booker - Medical Report Visit/Note 01/03/2024
- 01/04/2024 Brian Poeu Lee, MD - Medical Report Visit/Note 01/04/2024, 01/15/2024, 01/21/2024, 01/28/2024, 01/19/2024, 01/30/2024
- 01/11/2024 Pamela Mamaril Delmundo - Medical Report Visit/Note 01/11/2024
- 01/11/2024 Pamela Mamaril Delmundo, LVN - Procedure/Operative Note 01/11/2024
- 01/19/2024 Angela Marie Mendoza, PT - Medical Report Visit/Note 01/19/2024
- 01/24/2024 Peter Jun, MD - Magnetic Resonance Imaging (MRI) 01/24/2024
- 02/05/2024 Annie R Layno-Moses, MD - Legal and Administrative 02/05/2024
- 03/19/2024 Claudia De Araujo Ostermeyer, MD - Laboratory Test Results 03/19/2024, 03/22/2024
- 03/21/2024 Zachariah Kramer, Md - Medical Report Visit/Note 03/21/2024
- 03/26/2024 Zachariah Kramer, Md - X-ray (Radiography) 03/26/2024
- 03/28/2024 Chad Andrew Esterberg, PA - Procedure/Operative Note 03/28/2024
- 04/02/2024 Josephine O Cho, MD - X-ray (Radiography) 04/02/2024
- 04/23/2024 Kellie R Foster, MD - Medical Report Visit/Note 04/23/2024, 08/15/2024, 07/28/2024, 07/09/2024, 03/06/2024
- 04/26/2024 Kyle Robert Norton, PA - Medical Report Visit/Note 04/26/2024
- 05/09/2024 Daniel Philip Lavery Jr, MD - Medical Report Visit/Note 05/09/2024

- 05/13/2024 Daniel Philip Lavery Jr, MD - Laboratory Test Results 05/13/2024
- 05/28/2024 Manjarrez, Virginia, LPN - Procedure/Operative Note 05/28/2024
- 06/04/2024 Faye D Dahuyag, OT - Procedure/Operative Note 06/04/2024
- 07/05/2024 Michaela Bailey, PT - Physical/Occupational/Chiropractic Therapy 07/05/2024
- 07/19/2024 Faye D Dahuyag, OT - Physical/Occupational/Chiropractic Therapy 07/19/2024, 05/24/2024
- 08/01/2024 Choeying Sangmo, PTA - Physical/Occupational/Chiropractic Therapy 08/01/2024
- 08/15/2024 Chad Andrew Esterberg, PA - Medical Report Visit/Note 08/15/2024
- 08/16/2024 Kellie R Foster, MD - Work Status/Restrictions 08/16/2024
- 08/20/2024 Irene Oi Yin Ho, MD - Medical Report Visit/Note 08/20/2024
- 08/20/2024 Brian Poeu Lee, MD - Work Status/Restrictions 08/20/2024

**In order to determine your level of functionality, your claim was referred for a clinical review by an independent physician Board Certified in Physical Medicine and Rehabilitation.**

**The results of the review completed by the Physician board certified in Physical Medicine and Rehabilition are as follows:**

*Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, there are no supported findings of impairment from 8/1/2024 to the present.*

*The claimant is a 62-year-old male who stopped working due to spinal stenosis of the cervical region. The claimant's job description includes sedentary work and working at the desk for up to eight hours per day. History of diagnoses include right shoulder joint pain, right ulnar neuropathy, osteoporosis, bilateral hearing loss, bilateral hand pain, and subcutaneous mass. The claimant has had a history of pain in the right shoulder, left knee pain, and elbow pain. In March 2023, the claimant underwent a cortisone shot with clear benefits to pain relief.*

*The claimant is being treated and evaluated for spinal stenosis of the cervical region. Physical exam reveals 5/5 strength in the hand, finger strength intact, sensation intact to light touch, normal gait, during the timeframe in question, able to complete sit-to-stand, able to complete stand-to-supine transfers, normal range of motion of the hips, negative straight leg raise test, and negative Thompson test. MRI of the cervical spine reveals mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis. It is acknowledged that the claimant reports persistent and chronic pain in multiple musculoskeletal sites with some difficulty with ambulation at times, but this is inconsistent as it is noted that the claimant was in a motorized wheelchair during April 2024, however, the claimant was then able to perform sit to stand and sit to supine transfers in July 2024, then in August 2024 it states the claimant can only tolerate standing for 1 to 2 minutes on physical therapy notes showing inconsistencies within the records.*

*Considering the clinical findings including evidence of stability in his chronic pain and no evidence of any acute distress during office visits, no evidence of any urgent care visits for acute pain or escalation in treatment due to uncontrolled pain, the overall treatment intensity and reported functional activities, the medical evidence does not support restrictions and limitations precluding the performance of the outlined occupational demands. Based on the review of the medical records, the claimant has not reported side effects of medications.*

*In conclusion, the weight of the medical evidence and file information does not support restrictions and limitations precluding occupational demands.*

To gain further clarification about your absence from work, the consulting physician attempted to speak with your treating providers.

**Communication:**

08/21/24 01:35 PM PDT- A call was attempted with Dr. Kellie Foster at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

08/22/24 02:30 PM PDT- A call was attempted with Dr. Kellie Foster at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

08/21/24 01:40 PM PDT- A call was attempted with Dr. Chad Esterberg at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

08/22/24 02:35 PM PDT- A call was attempted with Dr. Chad Esterberg at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

08/21/24 01:45 PM PDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Daniel Lavery at (503) 571-2624. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.

08/21/24 01:45 PM PDT- A call was attempted with Dr. Daniel Lavery at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

08/22/24 02:40 PM PDT- A call was attempted with Dr. Daniel Lavery at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

08/31/24 08:00 AM PDT- A fax was submitted to the office of Dr. Daniel Lavery at (503) 571-2624. The fax contained details regarding prior call attempts and a request to submit any additional information available.

08/21/24 01:50 PM PDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Brian Lee at (408) 851-4559. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.

08/21/24 01:50 PM PDT- A call was attempted with Dr. Brian Lee at (408) 851-4255. A message was left with Nancy, MA providing case details, report due times, and a callback number. Nancy said that she would send a message over to the provider.

08/22/24 02:45 PM PDT- A call was attempted with Dr. Brian Lee at (408) 851-4255. A message was left with office staff, an unknown name providing case details, report due times, and a callback

number. Office staff said that the provider does not do peer-to-peer calls.

08/31/24 08:00 AM PDT- A fax was submitted to the office of Dr. Brian Lee at (408) 851-4559. The fax contained details regarding prior call attempts and a request to submit any additional information available.

## Conculsion

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, office visit notes, operative reports, office visit notes, diagnostic test results, referrals,physical therapy records, consultations, restrictions, limitations, treatment plans, and any other medical information, from August 21, 2023 through present from Dr. Daniel Lavery, Dr. Brian Lee, Dr. Kellie Foster, Dr. Chad Esterberg, or any other treating provider that would preclude you from performing the material and substantial duties of your own occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh níiní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

In addition, your claim may be reviewed further by the California Department of Insurance. Their address is California Department of Insurance, Consumer Services Division, 300 South Spring St., South Tower, Los Angeles, CA 90013 and the Consumer Hotline is 1-800-927-4357.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara S.
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

DANE STREET

Henry Richardson, M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Steven Weller | **Claim Number:** | 15113454 |
| **Report Date:** | 08/31/24 | **Referral Type:** | Appeal |
| **Referral Date:** | 08/20/24 | **Claimant DOB:** | |
| **Dane Street ID:** | 2324959 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing diagnoses.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no comorbid diagnoses in the documentation.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2024 to present, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, there are no supported findings of impairment from 8/1/2024 to the present.

The claimant is a 62-year-old male who stopped working due to spinal stenosis of the cervical region. The claimant's job description includes sedentary work and working at the desk for up to eight hours per day. History of diagnoses include right shoulder joint pain, right ulnar neuropathy, osteoporosis, bilateral hearing loss, bilateral hand pain, and subcutaneous mass. The claimant has had a history of pain in the right shoulder, left knee pain, and elbow pain. In March 2023, the claimant underwent a cortisone shot with clear benefits to pain relief.

The claimant is being treated and evaluated for spinal stenosis of the cervical region. Physical exam reveals 5/5 strength in the hand, finger strength intact, sensation intact to light touch, normal gait, during the timeframe in question, able to complete sit-to-stand, able to complete stand-to-supine transfers, normal range of motion of the hips, negative straight leg raise test, and negative Thompson test. MRI of the cervical spine reveals mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis. It is acknowledged that the claimant reports persistent and chronic pain in multiple musculoskeletal sites with some difficulty with ambulation at times, but this is inconsistent as it is noted that the claimant was in a motorized wheelchair during April 2024, however, the claimant was then able to perform sit to stand and sit to supine transfers in July 2024, then in August 2024 it states the claimant can only tolerate standing for 1 to 2 minutes on physical therapy notes showing inconsistencies within the records. Considering the clinical findings including evidence of stability in his chronic pain and no evidence of any acute distress during office visits, no evidence of any urgent care visits for acute pain or escalation in treatment due to uncontrolled pain, the overall treatment intensity and reported functional activities, the medical evidence does not support restrictions and limitations precluding the performance of the outlined occupational demands. Based on the review of the medical records, the claimant has not reported side effects of medications.

In conclusion, the weight of the medical evidence and file information does not support restrictions and limitations precluding occupational demands.

**4. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence.**

Please see the call log. Calls were attempted; however, they were unsuccessful.

**Medical Records:**

Lincoln Financial Group - Legal and Administrative
Apple - Employment
Unknown - Work Status/Restrictions
08/05/2022 Kellie R Foster, MD - Procedure/Operative Note 08/05/2022, 07/10/2024, 05/22/2024, 04/18/2024, 03/19/2024
08/05/2022 Daniel Stucker, MD - Computed Tomography (CT) 08/05/2022
05/05/2023 Pharmacy User - Procedure/Operative Note 05/05/2023
07/05/2023 Robert Diaz, MD - Medical Report Visit/Note 07/05/2023
07/05/2023 Robert Diaz, MD - Procedure/Operative Note 07/05/2023
07/06/2023 Irene Oi Yin Ho, MD - Work Status/Restrictions 07/06/2023
07/07/2023 Pamela Marie Plata De Jesus, MA - Medical Report Visit/Note 07/07/2023
07/07/2023 Fabian Miranda, RCP - Procedure/Operative Note 07/07/2023
07/16/2023 Zina Zarshenas-Payman, MD - Magnetic Resonance Imaging (MRI) 07/16/2023
07/19/2023 Todd Andrew Theman, MD - Medical Report Visit/Note 07/19/2023
07/20/2023 Fabian Miranda, RCP - Medical Report Visit/Note 07/20/2023
07/20/2023 Thomas Matthew Dailey, MD - Computed Tomography (CT) 07/20/2023
07/26/2023 Brian Poeu Lee, MD - Procedure/Operative Note 07/26/2023, 11/16/2023, 11/20/2023, 10/20/2023, 01/04/2024
07/26/2023 Kaiser Permanente - Medical Report Visit/Note 07/26/2023, 08/10/2023, 12/20/2023
08/01/2023 Brian Poeu Lee, MD - Work Status/Restrictions 08/01/2023, 10/20/2023, 12/01/2023, 01/22/2024, 08/16/2024, 01/19/2024
08/10/2023 Physical Therapy-plastic Surg - Medical Report Visit/Note 08/10/2023
08/22/2023 Audrey V Suciu, OT - Physical/Occupational/Chiropractic Therapy 08/22/2023, 08/10/2023
08/22/2023 Audrey V Suciu, OT - Medical Report Visit/Note 08/22/2023
08/24/2023 Craig Martin McCormick, MD - Procedure/Operative Note 08/24/2023
08/25/2023 Mark Daniel Mamlouk, MD - Magnetic Resonance Imaging (MRI) 08/25/2023
08/28/2023 Andrew Sun Fang, MD - Medical Report Visit/Note 08/28/2023
08/29/2023 Andrew Sun Fang, MD - Procedure/Operative Note 08/29/2023
08/31/2023 Brian Poeu Lee, MD - Legal and Administrative 08/31/2023
09/01/2023 Angela Marie Mendoza, DPT PT - Procedure/Operative Note 09/01/2023, 11/07/2023, 07/28/2023, 08/11/2023, 10/10/2023
09/02/2023 Grant Ernest Stanley, MD - Magnetic Resonance Imaging (MRI) 09/02/2023, 10/09/2023
09/02/2023 Grant Ernest Stanley, MD - Procedure/Operative Note 09/02/2023
09/06/2023 Keleigh J Sanchez, AUD - Medical Report Visit/Note 09/06/2023, 09/20/2023, 10/25/2023
09/06/2023 Sanchez, Keleigh J, Au.d - Procedure/Operative Note 09/06/2023
09/25/2023 Erik Hall McDonald, MD - Medical Report Visit/Note 09/25/2023
09/25/2023 Erik Hall McDonald, MD - Procedure/Operative Note 09/25/2023, 09/28/2023
09/29/2023 Cynthia Jaimes, MA - Procedure/Operative Note 09/29/2023
10/02/2023 Altun Hernandez, Honorio Agustin, Ma - Procedure/Operative Note 10/02/2023
10/03/2023 Keleigh J Sanchez, AUD - Procedure/Operative Note 10/03/2023, 10/08/2023, 08/02/2023, 09/25/2023
10/16/2023 Cardoza, Brianna - Medical Report Visit/Note 10/16/2023
10/16/2023 Brianna Cardoza, MA - Procedure/Operative Note 10/16/2023
10/24/2023 Sydney Tsui, MA - Medical Report Visit/Note 10/24/2023
10/26/2023 Tung Ba Le, MD - Medical Report Visit/Note 10/26/2023
11/06/2023 Kevin Wang, MD - Medical Report Visit/Note 11/06/2023
11/06/2023 Kevin Wang, MD - Procedure/Operative Note 11/06/2023
11/06/2023 Eunice Wan-Yew Lau, MD - Procedure/Operative Note 11/06/2023, 10/24/2023

11/07/2023 Angela Marie Mendoza, DPT PT - Physical/Occupational/Chiropractic Therapy 11/07/2023, 11/24/2023, 07/28/2023, 09/01/2023, 10/10/2023, 07/07/2023, 07/21/2023, 08/11/2023, 09/22/2023, 01/19/2024
11/07/2023 Angela Marie Mendoza, DPT PT - Medical Report Visit/Note 11/07/2023, 07/28/2023, 11/24/2023, 07/07/2023, 07/21/2023, 09/01/2023, 01/19/2024
11/16/2023 Pharmacy User - Authorization/Request 11/16/2023, 05/05/2023
11/16/2023 Brian Poeu Lee, MD - Medical Report Visit/Note 11/16/2023, 10/20/2023, 10/30/2023, 12/06/2023, 01/04/2024, 07/26/2023, 09/08/2023, 09/16/2023, 01/19/2024
11/28/2023 Spencer Thomas Fung, MD - Endoscopy Reports 11/28/2023
11/28/2023 Caitlin Chilan Doan, MD - Procedure/Operative Note 11/28/2023
11/28/2023 Caitlin Chilan Doan, MD - Authorization/Request 11/28/2023
11/28/2023 Caitlin Chilan Doan, MD - Medical Report Visit/Note 11/28/2023
11/28/2023 Edith - Legal and Administrative 11/28/2023
11/30/2023 Irene Oi Yin Ho, MD - Procedure/Operative Note 11/30/2023, 10/09/2023, 09/22/2023
12/01/2023 Erin Alyson Dobler, PAC - Procedure/Operative Note 12/01/2023, 08/09/2023, 08/16/2023, 09/29/2023
12/07/2023 Brian Poeu Lee, MD - Authorization/Request 12/07/2023
12/20/2023 Yao Wen Cheng, MD - Procedure/Operative Note 12/20/2023
12/20/2023 Clarence Carl Shouppe, RN - Medical Report Visit/Note 12/20/2023
12/21/2023 Cheng, Yao-wen, Md - Legal and Administrative 12/21/2023
01/02/2024 Erin Alyson Dobler, PA-C - Medical Report Visit/Note 01/02/2024, 01/04/2024
01/03/2024 Lillian Booker - Medical Report Visit/Note 01/03/2024
01/04/2024 Brian Poeu Lee, MD - Medical Report Visit/Note 01/04/2024, 01/15/2024, 01/21/2024, 01/28/2024, 01/19/2024, 01/30/2024
01/10/2024 The Lincoln National Life Insurance Company - Insurance 01/10/2024, 02/15/2024
01/10/2024 The Lincoln National Life Insurance Company - Authorization/Request 01/10/2024
01/10/2024 Lincoln National Life Insurance Company - Legal and Administrative 01/10/2024
01/11/2024 Pamela Mamaril Delmundo - Medical Report Visit/Note 01/11/2024
01/11/2024 Pamela Mamaril Delmundo, LVN - Procedure/Operative Note 01/11/2024
01/19/2024 Angela Marie Mendoza, PT - Medical Report Visit/Note 01/19/2024
01/24/2024 Peter Jun, MD - Magnetic Resonance Imaging (MRI) 01/24/2024
01/24/2024 Lincoln Financial Group - Employment 01/24/2024
01/24/2024 Tara Smith - Legal and Administrative 01/24/2024
02/05/2024 Annie R Layno-Moses, MD - Legal and Administrative 02/05/2024
03/19/2024 Claudia De Araujo Ostermeyer, MD - Laboratory Test Results 03/19/2024, 03/22/2024
03/21/2024 Zachariah Kramer, Md - Medical Report Visit/Note 03/21/2024
03/26/2024 Zachariah Kramer, Md - X-ray (Radiography) 03/26/2024
03/28/2024 Chad Andrew Esterberg, PA - Procedure/Operative Note 03/28/2024
04/02/2024 Josephine O Cho, MD - X-ray (Radiography) 04/02/2024
04/23/2024 Kellie R Foster, MD - Medical Report Visit/Note 04/23/2024, 08/15/2024, 07/28/2024, 07/09/2024, 03/06/2024
04/26/2024 Kyle Robert Norton, PA - Medical Report Visit/Note 04/26/2024
05/09/2024 Daniel Philip Lavery Jr, MD - Medical Report Visit/Note 05/09/2024
05/13/2024 Daniel Philip Lavery Jr, MD - Laboratory Test Results 05/13/2024
05/28/2024 Manjarrez, Virginia, LPN - Procedure/Operative Note 05/28/2024
06/04/2024 Faye D Dahuyag, OT - Procedure/Operative Note 06/04/2024
07/05/2024 Michaela Bailey, PT - Physical/Occupational/Chiropractic Therapy 07/05/2024
07/19/2024 Faye D Dahuyag, OT - Physical/Occupational/Chiropractic Therapy 07/19/2024, 05/24/2024
08/01/2024 Choeying Sangmo, PTA - Physical/Occupational/Chiropractic Therapy 08/01/2024
08/15/2024 Chad Andrew Esterberg, PA - Medical Report Visit/Note 08/15/2024
08/16/2024 Kellie R Foster, MD - Work Status/Restrictions 08/16/2024
08/20/2024 Irene Oi Yin Ho, MD - Medical Report Visit/Note 08/20/2024
08/20/2024 Brian Poeu Lee, MD - Work Status/Restrictions 08/20/2024

**Summary:**

All documentation will be considered. Only information pertinent to the timeframe in question will be commented on.

The claimant is a 62-year-old male who stopped working due to spinal stenosis of the cervical region. The claimant's job description includes sedentary work and working at the desk for up to eight hours per day. History of diagnoses include right shoulder joint pain, right ulnar neuropathy, osteoporosis, bilateral hearing loss, bilateral hand pain, and subcutaneous mass. The claimant has had a history of pain in the right shoulder, left knee pain, and elbow pain. In March 2023, the claimant underwent a cortisone shot with clear benefits to pain relief. History of MRI shows clear evidence of bilateral neural foraminal narrowing at C5-C6, affecting the C6 roots. The claimant notes that the pain is worse with the use of typing in the fingers, he can only work two hours before becoming severe/intolerable, and gabapentin was noticeably helpful for symptoms. On 10/10/23, the claimant was undergoing physical therapy and was presented in a wheelchair in October 2023. There is a note of the electromyogram (EMG) studies on 11/06/23 showing normal findings.

On 03/13/24, Kellie Foster, MD, the claimant was being seen for a follow-up on pain. Physical exam revealed mild pain in the right hip, mild pain in the left hip, normal gait, 5/5 strength in the hand, finger strength intact, sensation intact to light touch, and pain. The claimant underwent an MRI of the cervical spine showing mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root correlating with left C7 radiculitis. MRI of the elbow revealed mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal cultural defect, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyles with no discrete lesion, nonspecific. MRI of the right hip revealed mild hamstring tendinosis, focal moderate to high-grade cultural loss at the superior hip joint, and mild subcortical cystic change in the femoral head in femoral head-neck junction is likely degenerative or sequelae of impingement. The claimant is being diagnosed with neuropathic pain, right hip joint pain, and bilateral hand and elbow joint pain. The claimant is to follow up in one month.

On 03/21/24, Kellie Foster, MD, the claimant was following up on pain. The claimant had undergone an x-ray of the right hip revealing normal findings.

On 03/28/24, Chad Esterberg, PA, the claimant was seen for a right knee injection. Physical exam reveals ambulating with a motorized wheelchair, mild left anterior grain discomfort with passive log roll of the leg, limited range of motion, mild interior going discomfort of both hips at full hip flexion, mild tenderness of the left knee to palpation across the anterior side, mildly limited range of motion of the knee, mild crepitus, and neurovascularly intact. The claimant is being diagnosed with right hip osteoarthritis and left knee pain. X-ray of the left knee revealed no abnormalities.

On 04/18/24, Kellie Foster, MD, the claimant was being seen for a follow-up on pain. There was a message stating that the claimant was having new neurological symptoms in the left hand with the thumb twitching toward the palm randomly. It will be discussed in the following appointment.

On 04/23/24, Kellie Foster, MD, the claimant was being seen for a telemedicine visit. It is noted the claimant is reporting an increase in pain and has been ambulating with a wheelchair for mobility. This has led to a decrease in hip pain due to less physical strain. The claimant is being diagnosed with neuropathic pain and bilateral hand joint pain.

On 04/26/24, Kyle Norton, PA, the claimant was being seen for right hip pain. The claimant was presenting for a corticosteroid injection and a left knee corticosteroid injection.

On 05/09/24, Daniel Lavery, MD, the claimant was being seen for bilateral hand pain. Examination revealed 5/5 strength in the biceps, sensation intact to pinprick, and the EMG studies were normal. The claimant is being diagnosed with cervical spondylosis, cervical radiculitis, and myofascial pain syndrome. MRI of the brachial plexus was normal. The treating provider suggested a trial of an anti-inflammatory diet and getting an opinion from rheumatology and orthopedic hand surgery.

On 05/24/24, Faye Dahuyag, OT, the claim was seen in occupational therapy for bilateral hand joint pain. The assessment noted the claimant is unable to reproduce symptoms with differential testing, unable to use a computer due to pain, and swelling gives the claimant relief. The claimant is set up to be seen for four visits through 09/2024. The examination shows range of motion is within normal limits, tenderness to palpation, and intrinsic tightness in the bilateral hands.

On 07/05/24, Michaela Bailey, PT, the claimant was seen by physical therapy and was to return in about three weeks. The claimant has been walking more around the house and cannot tolerate standing long enough to prepare a meal. It is noted the claimant has been off work for nine months. Examination findings show normal gait, ability to complete sit-to-stand, ability to complete stand-to-supine transfers, normal range of motion of the hips, negative straight leg raise test, and negative Thompson test. The claimant is to undergo visits.

On 07/10/24, Kellie Foster, MD, the claimant was seen for a telemedicine visit for follow-up care. The claimant is being diagnosed with neuropathic pain, right hip joint pain, bilateral hand joint pain, and left knee joint pain. It is noted that the claimant is unable to return to work due to limitations with mobility issues. The claimant is to follow up in eight weeks. The treating provider placed the claimant off work from 07/05/24 to 10/07/24.

On 08/01/24, Choeying Sangmo, PTA, the claimant was seen by physical therapy for osteoarthritis of the bilateral hips and left knee joint pain. It is noted the claimant is slowly progressing as anticipated. The claimant is to be seen for three additional visits. It is noted the straight leg raise seemed to bother the claimant's right hip and the claimant can tolerate standing for 1 to 2 minutes.

On 08/15/24, Chad Esterberg, PA, there was a patient message with the treating provider stating that the claimant had a labral tear, but that it was not the primary cause of the symptoms.

**Communication:**

08/21/24 01:35 PM PDT- A call was attempted with Dr. Kellie Foster at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/22/24 02:30 PM PDT- A call was attempted with Dr. Kellie Foster at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/21/24 01:40 PM PDT- A call was attempted with Dr. Chad Esterberg at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/22/24 02:35 PM PDT- A call was attempted with Dr. Chad Esterberg at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/21/24 01:45 PM PDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Daniel Lavery at (503) 571-2624. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.
08/21/24 01:45 PM PDT- A call was attempted with Dr. Daniel Lavery at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/22/24 02:40 PM PDT- A call was attempted with Dr. Daniel Lavery at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/31/24 08:00 AM PDT- A fax was submitted to the office of Dr. Daniel Lavery at (503) 571-2624. The fax contained details regarding prior call attempts and a request to submit any additional information available.
08/21/24 01:50 PM PDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Brian Lee at (408) 851-4559. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.
08/21/24 01:50 PM PDT- A call was attempted with Dr. Brian Lee at (408) 851-4255. A message was left with Nancy, MA providing case details, report due times, and a callback number. Nancy said that she would send a message over to the provider.
08/22/24 02:45 PM PDT- A call was attempted with Dr. Brian Lee at (408) 851-4255. A message was left with office staff, an unknown name providing case details, report due times, and a callback number. Office staff said that the provider does not do peer-to-peer calls.
08/31/24 08:00 AM PDT- A fax was submitted to the office of Dr. Brian Lee at (408) 851-4559. The fax contained

details regarding prior call attempts and a request to submit any additional information available.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Dr. Henry Richardson

Henry Richardson, M.D.
Board Certified Physical Medicine and Rehabilitation
FL#ME132318

DANE STREET™

08/31/24

Henry Richardson, M.D.

Re: Disability Benefits
Claimant Name: Steven Weller
Claimant DOB:
Claim Number: 15113454

Dear Dr. Brian Lee,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. The following attempts were made to reach you by phone; however, we were unable to connect.

08/21/24 01:50 PM PDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Brian Lee at (408) 851-4559. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.

08/21/24 01:50 PM PDT- A call was attempted with Dr. Brian Lee at (408) 851-4255. A message was left with Nancy, MA providing case details, report due times, and a callback number. Nancy said that she would send a message over to the provider.

08/22/24 02:45 PM PDT- A call was attempted with Dr. Brian Lee at (408) 851-4255. A message was left with office staff, an unknown name providing case details, report due times, and a callback number. Office staff said that the provider does not do peer-to-peer calls.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll-free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Dr. Henry Richardson

Henry Richardson, M.D.
Board Certified Physical Medicine and Rehabilitation

[Treating provider Signature] Date

DANE STREET™

08/31/24

Henry Richardson, M.D.

Re: Disability Benefits
Claimant Name: Steven Weller
Claimant DOB:
Claim Number: 15113454

Dear Dr. Daniel Lavery,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. The following attempts were made to reach you by phone; however, we were unable to connect.

08/21/24 01:45 PM PDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Daniel Lavery at (503) 571-2624. The fax included a request for a peer discussion. The request provided case details, report due times, and a callback number.
08/21/24 01:45 PM PDT- A call was attempted with Dr. Daniel Lavery at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.
08/22/24 02:40 PM PDT- A call was attempted with Dr. Daniel Lavery at (800) 813-2000. A message was unable to be left due to being placed on an extended hold exceeding 5 minutes.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll-free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Dr. Henry Richardson

Henry Richardson, M.D.
Board Certified Physical Medicine and Rehabilitation

______________________ [Treating provider Signature] ______ Date



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**From:**no-reply@danestreet.com
**Sent:**Sat, 31 Aug 2024 17:26:58 +0000
**To:**VendorReferrals
**Subject:**Completed DS# 2324959, Claim# 15113454
**Attachments:**Steven_Weller_PM_R.pdf, 2324959.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We're happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Tara,

The following referral has been completed and is ready for review:

| | |
|---|---|
| **Referral:** | 2324959 |
| **Claimant:** | Steven Weller |
| **Claim number:** | 15113454 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field: https://www.danestreet.com/referrals?claim_number=15113454

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Lori Poirier

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

DANE STREET™
LOCALLY BUILT. NATIONALLY RECOGNIZED.

INVOICE 2324959
August 31, 2024

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| LFG |
| Attention: Tara Smith |
| 100 Liberty Way |
| Dover, NH 03820 |

| Referral Details: | |
|---|---|
| Claimant Name: | Steven Weller |
| Insured: | APPLE INC. |
| Claim #: | 15113454 |
| Injury Date: | |
| Review Type: | LTD - Peer Review review |
| Dane Street ID: | 2324959 |

| Description | Amount |
|---|---|
| PM&R | $668.75 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $668.75

© Dane Street, LLC - A medical review company
(888) 920-4440

**Patient**

## Kaiser Permanente Disclosure of Patient Medical Information

Kaiser Permanente documents patient medical record information in a federally certified electronic medical record.

The output contained in this file contains one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation.
- Relevant medical records substituted in lieu of a medical certification form.
- A standardized electronic form generated from our certified electronic medical record substituted in lieu of form completion.

**Electronic signatures:** State and federal law permit the use of electronic signatures (e-signatures) on electronic records in connection with transactions between parties. The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures. Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud.

**Additional medical records:** If additional medical records are needed, contact our office with the type of records and dates of treatment.

**Restrictions:** It is not possible to accurately produce records in response to a request limited to a specific diagnosis, condition, injury, treatment, or body part. We can only respond to record requests restricted by medical specialty, type of record, or date range.

**Redisclosure for Washington residents:** If these records contain information related to sexually transmitted diseases, note that this information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

This record output was generated on 8/21/24 by the Kaiser Permanente Release of Information department.

## Patient
## USCDI Demographics

### Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 1550-03-73 | Male | (62 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (H)<br>(W)<br>(M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | Foster, Kellie R, MD503-813-2000 | 03/19/24 | 06/17/24 |

| Marital Status | Religion | Alias |
|---|---|---|
| Unknown | — | — |

| Emergency Contact 1 |
|---|
| Laura Weller (SPOUSE)<br>408-506-5936 (M) |

### Basic Information

| Date Of Birth | Race | Preferred Spoken Language | Preferred Written Language |
|---|---|---|---|
| | White | English | English |

### Gender Information

| | |
|---|---|
| Legal sex: | Male |
| Gender identity: | Not specified |
| Sex assigned at birth: | Not specified |

### Address History

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 4/26/2024 | | | | | | UNITED STATES | | | |
| 4/26/2024 | | | | | | UNITED STATES | | | |
| 2/23/2024 | | | | | | UNITED STATES | | | |

## Patient (continued)

### Care Team

#### Active

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Foster, Kellie R, MD | 1093916470 | PCP - General | Internal Medicine | 503-813-2000 | 03/05/2024 - Present |

#### External

| Name | Identifier | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|---|
| Dang, Yu-Xuan | — | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |

## Patient (continued)

### Care Team (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| Last updated by organization: El Camino Hospital on 07/10/2024 | | | | | | |
| Ho, Irene Oi Yin (M.D.) | 1114004058 | PCP - General | Internal Medicine | — | 01/01/2023 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 03/05/2024 | | | | | | |
| Ma, Kimberley Faith | — | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 03/05/2024 | | | | | | |
| Pcp, No | — | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and University Healthcare Alliance on 03/05/2024 | | | | | | |
| Pcp, No | — | PCP - General | Family Practice | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 05/13/2024 | | | | | | |
| Pcp, Not Found | — | PCP - General | Family Practice | — | 07/18/2022 | Historical |
| Last updated by organization: CVS Health & MinuteClinic on 03/05/2024 | | | | | | |
| Zadeh, Pezhman Moztar (M.D.) | 1730381674 | Neurologist | Neurology | — | 06/06/2023 | Current |
| Last updated by organization: Kaiser Permanente Northern California on 03/05/2024 | | | | | | |

### Problem List as of 8/19/2024

Problems never marked as reviewed

**ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033** *[last edited by Pepper, Kyla N, MD on 3/21/2024 1027]*

Diagnosis: ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033 Noted on: 03/21/2024 Chronic: No
ICD-10-CM: ADMIN CODE

**Overview Note** *[last edited by Pepper, Kyla N, MD on 3/21/2024 1027]*

KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy

#### Documentation from Outside Organizations - Unverified

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
|---|---|---|---|---|---|---|
| Received from Sutter Health Affiliates and Community Connect Practices on 04/23/2024 0812 | | | | | | |
| History of colonic polyps | — | 05/18/2018 | — | — | Active | Active |
| Formatting of this note might be different from the original.<br>POEDH003V2 Digestive Health Non-Malignant Neoplastic Polyp Data<br>Region/ Operator [1]: Camino/ Sanjay Ramrakhiani, MD<br>Date of Procedure [2]: 5/18/2018<br>Tubular adenoma(s) [3]: 1<br>Tubulovillous adenoma(s) [4]: 0<br>Villous adenoma(s) [5]: 0<br>Sessile serrated adenoma(s) [6]: 0<br>High risk hyperplastic polyp(s) [7]: 0<br>Other (specify) [8]: N/A<br>Colorectal cancer found (Yes/No) [9]: No<br>END POEDH003V2 | | | | | | |
| Hearing loss | — | — | — | — | Active | Active |
| Formatting of this note might be different from the original.<br>wears hearing aides, followed by outside ENT | | | | | | |
| Osteopenia (femoral) | — | 08/16/2022 | — | — | Active | Active |
| Osteoporosis (lumbar) | — | 08/16/2022 | — | — | Active | Active |
| Backache | — | 10/13/2011 | — | — | Active | Active |
| Shoulder pain | — | 04/23/2012 | — | — | Active | Active |
| Elevated BP | — | 03/26/2015 | — | — | Active | Active |
| Osteoarthritis of both hands | — | 07/09/2015 | — | — | Active | Active |
| Hypercholesteremia | — | 07/09/2015 | — | — | Active | Active |
| Insomnia due to medical condition | — | 08/26/2015 | — | — | Active | Active |
| Obstructive sleep apnea (adult) | — | 09/27/2015 | — | Yes | Active | Active |
| Formatting of this note might be different from the original. | | | | | | |

## Patient (continued)

**Problem List (continued)** as of 8/19/2024

DME: Pulmonary solutions
RDI:
CPAP/BiPAP Pressure:
Mask:

| | | | | | | |
|---|---|---|---|---|---|---|
| Cognitive dysfunction | — | 09/27/2015 | 04/04/2017 | — | Resolved | — |
| Adjustment reaction, other | — | 05/16/2016 | — | — | Active | Active |
| Therapy | — | 06/02/2016 | — | — | Active | Active |
| Chronic right shoulder pain | — | 06/02/2016 | — | — | Active | Active |
| Right arm pain | — | 06/02/2016 | — | — | Active | Active |
| Ulnar neuropathy at elbow of right upper extremity | — | 06/02/2016 | — | — | Active | Active |
| Stiff neck | — | 06/02/2016 | — | — | Active | Active |

Received from Kaiser Permanente Northern California on 03/05/2024 1050

| | | | | | | |
|---|---|---|---|---|---|---|
| MEDICATION REFILL | — | 06/30/2023 | — | — | Active | Active |
| CERVICAL SPONDYLOSIS | — | 10/24/2023 | — | Yes | Active | Active |
| SCREENING COLONOSCOPY | — | 11/28/2023 | — | — | Active | Active |
| RIGHT SHOULDER JOINT PAIN > 3 MONTHS | — | 06/02/2016 | — | — | Active | Active |
| RIGHT ULNAR NEUROPATHY | — | 06/02/2016 | — | — | Active | Active |
| OSTEOPOROSIS | — | 03/15/2023 | — | Yes | Active | Active |
| BILAT HEARING LOSS | — | 03/15/2023 | — | — | Active | Active |
| BILAT HAND PAIN | — | 03/15/2023 | — | — | Active | Active |
| SUBCUTANEOUS MASS | — | 03/15/2023 | — | — | Active | Active |

**Allergies**

Allergies last reviewed by Gurman, Lubov, MA on 5/9/2024 0833
No Known Allergies

## Patient (continued)

### Immunizations

Immunizations never marked as reviewed

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 7/18/2022
Lot number: 006M21A
Dose: 0.25 mL
External: Auto Reconciled From Outside Source
CVX code: 207
Admin Location (Facility): CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 5/6/2021
Lot number: 006C21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 4/8/2021
Lot number: 026B21A
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): SAFEWAY PHARMACY 2621

**COVID-19 mRNA LNP-S, PF (Moderna)**

Date: 11/30/2021
Lot number: 012H21B
CVX code: 207
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA LNP-S, PF, XBB 1.5 12YRS-Adult(Pfizer), 30mcg/0.3mL**

Date: 1/11/2024
Lot number: HG5967
Dose: 0.3 mL
External: Auto Reconciled From Outside Source
CVX code: 309
Admin Location (Facility): Kaiser Permanente Northern California

**COVID-19 mRNA LNP-S, bivalent PF (Moderna), 50 mcg/0.5 mL or 25 mcg/0.25 mL**

Date: 10/14/2022
Lot number: 053D22A
External: Auto Reconciled From Outside Source
Admin Location (Facility): CVS CORPORATE

### Current Medications

**Medications**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**Alendronate (FOSAMAX) 70 mg Oral Tab**

Instructions: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes
Authorized by: Foster, Kellie R, MD
Ordered on: 3/13/2024
Start date: 3/13/2024
Quantity: 12 tablet
Refill: Refill as needed

**Alpha Lipoic Acid 600 mg Oral Cap**

Instructions: Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month
Authorized by: Foster, Kellie R, MD
Ordered on: 4/30/2024
Start date: 4/30/2024
Action: Patient not taking
Quantity: 30 capsule
Refill: Refill as needed

**Medication Comment**

**Gurman, Lubov, MA on 5/9/2024 0835**

Ibuprofen 400 mg BID, Vitamin D 400 IU daily, Calcium 600 mg BID

## Patient (continued)

### Current Medications (continued)

Luba Gurman, MA 5/9/24

### Advance Care Planning

#### Plan

##### Patient Capacity

The patient has full capacity. There is no history of patient status change.

##### Current Code Status

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

##### Active Health Care Agents

There are no active Health Care Agents on file.

## 08/15/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- MEDICATION MANAGEMENT (Fosomax update)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 8/16/2024 1017**

Author: Segletes, Paula Ann, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 8/16/2024 10:21 AM Encounter Date: 8/15/2024 Creation Time: 8/16/2024 10:17 AM
Status: Signed Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for **medication management**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

**Active Medications as of 08/15/2024:**
**ALENDRONATE 70 MG ORAL TAB, Sig: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes**

*The following has been copied and pasted from video visit on 7/10/24 by Kellie R. Foster, MD*
:

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 08/15/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Segletes, Paula Ann, LPN at 8/16/2024 10:21 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>8/17/2024 6:49 AM by Weller, Steven | Weller, Steven | 8/16/2024 11:17 PM |

Dear Mr Weller,

Thank you for letting me know, I agree with restarting.

Take care,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/15/2024 8:46 AM |

As suggested, I stopped taking Alendronate (Fosamax) for several weeks. There has been no

**Messages (continued)**

improvement to my right hip (it's still pretty bad), so I will start taking it again at the weekend.

## 08/15/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Reason for Visit

**Chief Complaint**

- INQUIRY

### Clinical Notes

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 8/15/2024 0905**

Author: McGath, Tracy, MA
Filed: 8/15/2024 9:05 AM
Status: Signed
Service: —
Encounter Date: 8/15/2024
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)
Author Type: MEDICAL ASSISTANT
Creation Time: 8/15/2024 9:05 AM

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 8/15/2024 9:05 AM

### Messages

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA | Weller, Steven | 8/15/2024 2:42 PM |
| Last Read in kp.org<br>8/17/2024 6:52 AM by Weller, Steven | | |

Hi Steven. I would not suspect the existing labral tear is the primary cause of your symptoms. Lets wait and see what Sadie thinks when you see her but I suspect that Dr. Foster may want to consider looking at your lumbar spine as a potential source of your symptoms.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting | 8/15/2024 8:59 AM |

**08/15/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

Chad Andrew Esterberg, PA)

I have an appointment with Sadie Morse 9/13 to further investigate my hip issues. Is there anything that should be done prior to that which would help provide data to further a diagnosis?

I will be traveling Sept 18 through Oct 9 and that was the first ortho appointment I could get.

I initially saw steady but very slow improvement after starting alpha Lipoic acid and taking other anti inflammatory measures, but then immediately went back to disabling pain when I tried small range supine leg raises. An MRI from September 2023 showed a small labral tear. Could that or something else adjacent be the cause?

## 08/01/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 8/1/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 08/01/2024 1306 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 08/01/2024 1306 |

### Clinical Notes

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 8/1/2024 0845**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 8/1/2024 1:06 PM | Encounter Date: 8/1/2024 | Creation Time: 8/1/2024 8:21 AM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

## PhysicalTherapy Treatment Note

Visit number 2 this year
Progress note due: 8/4/24

## ASSESSMENT

Patient Response to Treatment: Pt. Tolerated therapy session with minimal increase in pain.

Steven is a 62 yrs old male with subjective report and objective findings consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.
which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

## PLAN

Steven to be seen for up to 3 additional visits by 10/3/24 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

No change in plan of care.

Next session 08/22/24.

## SUBJECTIVE

Steven reports hip pain got worse for 3 days after the last session, stopped HEP, restarted one by one after a week to see which one aggravates, SLR seemed to bother R hip. Not doing that. Overall improvement, still have pain but 4/10/.. not using the WC at home as much. Standing tolerance 1-2 min.

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Participated therapy session in WC
Tolerated walking to/from treatment room# 4 to gym (NuStep)

| **Home Program** |
|---|
| Access Code: JQNF84R6<br>URL:<br>https://kaiserpermanente.medbridgego.com/<br>Date: 08/01/2024<br>Prepared by: Choeying Sangmo<br><br>**Reviewed:**<br>- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps<br><br>**Added:**<br>- Standing Hip Flexor Stretch - 1 x daily - 7 x weekly - 2 reps - 1-3 hold<br>- Staggered Stance Forward Backward Weight Shift with Counter Support - 1 x daily - 7 x weekly - 2 sets - 2-3 reps |

**08/01/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Therapeutic exercise 30 minutes: reviewed and added Hep with Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 08:43
Time Out: 09;15

Electronically signed by Sangmo, Choeying, PTA at 8/1/2024 1:06 PM

## 07/28/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**
Bailey, Michaela, PT

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Michaela Bailey, PT | Weller, Steven | 7/29/2024 1:21 PM |
| Last Read in kp.org<br>7/30/2024 10:32 AM by Weller, Steven | | |

Hi Steven,

Sorry to hear you are in pain.

You did the right thing to stop specific exercises that increase your pain.

As I recall, on our visit, I provided extensive education on various pain management strategies, as well as several gentle exercises. Please see summary of these below.

I don't recall instructing you to do leg raises.

You may wish to follow up with your medical doctor for additional questions or concerns.

Thank you,
Miki

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

## 07/28/2024 - Patient Message in Tanasbourne Physical Therapy (continued)

**Messages (continued)**

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Bailey Michaela Pt Pool (supporting Michaela Bailey, PT) | 7/28/2024 8:53 AM |

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with my symptoms and diagnostic results, but has never been followed up on. Is that something you are aware of?

In the few days after my visit to you 2024-07-05 I developed severe right hip pain and had to rest it for a week. Then I started adding the exercises one by one, doing each fully but just once a day. I left the leg raise to last and am now in severe pain again. Onset is delayed, so it was three days before I stopped, but I'm now sure that this exercise is the cause. I wake with

**Messages (continued)**

hip pain, something I've not experienced for a long time. In terms of the gradual improvement I saw prior to PT, I estimate I've regressed about two months. The other exercises were benign, but I'm currently not doing any until the pain reduces.

## 07/28/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Hip pain)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Baek, Marina, LPN at 7/29/2024 0946**

Author: Baek, Marina, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 7/29/2024 9:46 AM
Encounter Date: 7/28/2024
Creation Time: 7/29/2024 9:46 AM
Status: Sign at exiting of workspace
Editor: Baek, Marina, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from Telemedicine encounter on 7/10/24 by Kellie R. Foster, MD:*

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 07/28/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/30/2024 10:31 AM by Weller, Steven | Weller, Steven | 7/29/2024 10:54 AM |

Dear Steven,

I am sorry to hear about this increased pain. I recommend scheduling a follow up visit with PA Kyle Norton or one of his colleagues in the orthopedics department - here is the orthopedic department phone number- (503) 571- 4227.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/28/2024 9:05 AM |

One specific PT exercise has apparently put me back about two months in terms of right hip progress. I'm close to going back to an indoor wheelchair and it's really demoralizing. See my mail to Mike Bailey for more detail.

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with onset (high levels of physical stress due to left hip pain), symptoms (pain mainly at the front, radiating upward) and diagnostic results (joint impingement, pain

**07/28/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

unaffected by steroid shots), but has never been followed up on. I'd like to investigate this further.

## 07/19/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dahuyag, Faye D, OT |

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>7/26/2024 10:46 AM by Weller, Steven | Weller, Steven | 7/25/2024 4:12 PM |

Hi Steven!

Sorry about your appointment. I had a pink eye. I am glad you are getting better slowly. Continue to do the exercises and we will re-assess next visit. Stay well!

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 7/19/2024 3:30 PM |

Our appointment was cancelled last week, and I was not able to make another until September, so I wanted to touch base on where I am and ask what should be next. I've been doing all the exercises probably an average of 2.5 times a day. I'm taking alpha lipoic acid and have been wearing the compression gloves about half the time. I've made modifications to my diet to help inflammation.

Overall my hands are showing slow improvement. I have less constant stinging and don't notice it at night so much. I have a little more resilience to hand use. The "tray" exercise feels much better on the left side now than when I started it, so I assume that means it's working. At their current level, none of the exercises are triggering any new pain.

Please let me know what I should change, if anything.

**07/19/2024 - Patient Message in South Interstate Occupational Therapy (continued)**

**Messages (continued)**

## 07/12/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (Next Dexa?)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Deveraux, Dori, LPN at 7/13/2024 1025**

| | | |
|---|---|---|
| Author: Deveraux, Dori, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/13/2024 10:28 AM | Encounter Date: 7/12/2024 | Creation Time: 7/13/2024 10:25 AM |
| Status: Signed | Editor: Deveraux, Dori, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice
- **When is Dexa due?**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from : 08/04/2022 DEXA BONE DENSITY*

IMPRESSION:
1. Lumbar osteoporosis and femoral osteopenia.

FRAX calculations for fracture risk in the next 10 years:
Major osteoporotic fracture: 10.3%
Hip fracture: 1.5%

The National Osteoporosis Foundation recommends pharmacologic therapy for osteoporosis.

Consider pharmacologic therapy for osteopenia if the 10 year risk is 20% or greater for major osteoporotic fracture or 3% or greater for hip fracture, especially in the setting of clinical risk factors.

WHO Criteria (applicable to peri- or postmenopausal women or to men >50 years old):

Normal: T-score -1.0 or better
Osteopenia: T-score between -1.0 and -2.49
Osteoporosis: T-score -2.5 or worse
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 07/12/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Last Resulted: 08/05/22 9:14 AM

**Current Outpatient Medications**

| Medication | Instructions |
|---|---|
| • Alendronate (FOSAMAX) | 70 mg, Oral, EVERY 7 DAYS, with a full glass of water at least 30 minutes before first food, beverage, or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Electronically signed by Deveraux, Dori, LPN at 7/13/2024 10:28 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/18/2024 7:40 PM by Weller, Steven | Weller, Steven | 7/18/2024 6:17 PM |

Dear Mr Weller,

Thank you for this information. Lets still see if the hand pain and knee pain improve off the alendronate. The timing of the next bone density depends on whether or not we decide to resume alendronate.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/12/2024 8:57 AM |

I looked into my history of Alendronate (Fosamax)and bone density. See attached DEXA info.
As far as I can tell:
2022-04-10 Cracked ribs
2022-04-15 Xrays
2022-08-05 Bone density scan, started taking Calcium and D3

**Messages (continued)**

2023-03-15 (Kaiser CA) Started taking Alendronate, continued to present

As you can see, this post-dates the onset of serious hip issues ~2022-12

Given the DEXA scan date, when should I have my bone density checked again?

## 07/10/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #4 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Foster, Kellie R, MD | 07/10/2024 1940 |

### Clinical Notes

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 7/10/2024 1310**

Author: Foster, Kellie R, MD
Filed: 7/17/2024 6:04 PM
Status: Signed
Service: —
Encounter Date: 7/10/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 7/10/2024 12:43 PM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of joint pain, suspected neuropathic pain and osteoporosis bones, presents with ongoing joint symptoms affecting multiple areas, including the hands, right hip, and left knee. The patient reports a recent increase in joint pain, particularly in the right hip following a physical therapy session. Despite this, the patient notes some improvement in joint symptoms, including the elbow and hands, over the past month.

The patient has been actively managing their symptoms through physical and occupational therapy, dietary modifications, and the use of compression gloves. Sense of burning/discomfort recently improved

They have also been taking alpha lipoic acid for approximately five weeks, which they believe may be contributing to their recent improvements. Seeing some improvement in ability to type, but give example that he tried 15 min of pressing calculaotry type buttons - very gentle - then 2 days of pain.

The patient has a history of fragile bones, having broken ribs on multiple occasions under unusual circumstances. This led to a diagnosis of osteoporosis and the initiation of alendronate therapy several years ago.

The patient's joint pain has significantly impacted their mobility and ability to perform daily activities, including work. Despite this, they report some recent improvements, such as being able to stand and prepare meals, and no longer needing a wheelchair for mobility within their home, still using power mobility outside of home

The patient's joint pain does not affect all joints and seems to be more pronounced on the left side in upper ext. They describe the pain as a lack of lubrication, leading to stiffness and sensitivity to movement.

The patient's joint pain and mobility issues have been ongoing for approximately a year. They are currently unable to return to work due to these limitations.

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.

**Clinical Notes (continued)**

-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Foster, Kellie R, MD at 7/17/2024 6:04 PM

**Patient Instructions**

It was a pleasure to talk with you today over video

Our plan for today: stop Alendronate for 1 month and monitor symptoms. If pain improves let stop this medication

Continue Physical Therapy and Occupational therapy

I will let you know what radiology recommends about lesions in your muscle in your upper back

See below for information on anti-inflammatory diet

Food Plan for Reducing Pain and Inflammation, Supporting Structural Health, and Healing Musculoskeletal Conditions

The purpose of this food plan is to help you achieve and maintain health by decreasing foods that lead to inflammation and pain, decreasing your intake of harmful chemicals, and optimizing your intake of healthy protein, fat, and carbs. It can also aid in weight management and in the prevention of heart attacks, type 2 diabetes, cancer
and strokes. The plan may be modified if you have food allergies or are gluten sensitive.

Grocery Shopping

**Patient Instructions (continued)**

Healthy food is really better for your body; it is not just a fad. It is best to do most of your food shopping at a market that offers a lot of organic and natural food choices. Buy organic fruits, vegetables, milk products, and free-range eggs and meats whenever possible. Non-organic fruits, vegetables, dairy, and meats contain pesticides, and may
contain other chemicals or harmful metals. These chemicals can be stored in your body, where they stimulate pain receptors, create inflammation, increase free radical production, and make it more difficult to heal.

Proteins
Goal: to get sufficient healthy sources of protein to supply the amino acids that help to preserve and build
muscle, and heal musculoskeletal tissues.
Protein is made from amino acids. Adequate protein is needed every day. It helps to maintain your muscles, and amino acids are a building block for many important cell reactions. Everyone needs at least .8 grams of protein per kilogram of body weight (weight in pounds divided by 2.2).

Protein needs:
• For sedentary individuals: .8 gms/Kg.
• When doing aerobic training that is moderate to vigorous: 1.2 grams per kg of lean body weight.
• When weight lifting to make body shaping or hypertrophy gains: 1.4-1.6 grams per kg.
• While healing from surgery: 1 – 1.2 g/kg.
• For healing a tendon or ligament from an injury: 1.2 gms per kg of lean weight.
• Based on this scale, your protein needs are_____________.

Protein guidelines:
• Have protein with each meal and snack if possible.
• Limit red meat or eliminate it unless it is free-range, grass-fed beef or lamb.
• Avoid charring/browning proteins/meats.
• Use organic meats or free-range meats and poultry (chicken and turkey) when possible.
• Use free-range eggs for protein but avoid browning the eggs.
• Avoid lunch meats that have sodium nitrate or nitrites. Nitrate-free turkey is a good protein source.
• Use walnuts as a protein source for snacks and for the omega-3 fats.
• Use mixed nuts and seeds (pumpkin, sunflower).
• Consider nut butters (almond, cashew, macadamia) that you add to breakfast cereal, bread, crackers, apples and
celery.
• Soy products such as tempeh, miso, and soy milk are good sources of protein.
• If you are going to use milk products try to use organic milk products (milk, cheese, and yogurt).
• For milk substitutes, you can use soy, rice, almond, or oat milk.
• Consider beans and grains as a source of protein and fiber (soy, millet, quinoa, lentils and other beans).
• Get at least 1/3 -1/4 of your daily protein need at breakfast by using a protein powder with whey or rice protein
to make protein smoothies. You can blend 2 scoops in 10-12 ounces of a liquid with some organic berries (+ or – a banana).
• Minimize large fish such as tuna and swordfish because of mercury. Avoid farm-raised salmon because of PCBs; river trout is usually OK.

Fats
Goal: Eat healthy fats and decrease unhealthy fats.
Your fat intake is directly related to inflammation. Follow these guidelines:
• Use coconut oil, canola, or olive oil (extra virgin is best) for cooking.

**Patient Instructions (continued)**

• Make your own salad dressing with 2 parts flax oil, 4 parts extra virgin olive oil, and red wine or balsamic
vinegar (may add a small amount of toasted sesame for flavor) .
• Use sources of omega-3 fats, including flax seeds and oil (don't heat flax), sardines, ocean salmon, and walnuts.
• Use a daily supplement of 1-4 grams of high EPA/DHA fish oils (capsule or liquid) purified to eliminate mercury, pesticides, etc.
• Use dry-roasted or raw nuts.
• Eliminate deep fried and breaded fried foods (french fries, Chicken MC Nuggets, etc.).
• Avoid all partially hydrogenated oils and trans fats by reading labels ("partially hydrogenated___________oil").
• Decrease saturated fats (e.g., ice cream). Try to limit foods that have more than 6-8 grams of fat per serving.
Choose low-fat ice creams, low or nonfat yogurt, and low or healthy fat salad dressings (vinaigrette, oil and
vinegar).
• Choose leaner meats.
• Avoid highly heated fats such as crispy bacon and french fries cooked in vats of oil.

Carbohydrates
Goal: limit non-nutritive carbs and use healthy complex carbs as an energy and vitamin source.
• Have a daily intake of healthy and colorful fruits (berries, pomegranate, apples, pears, and citrus fruits) and veggies for fiber and beneficial phytochemicals to help your body quench free radicals and biotransform (detoxify) toxins.
• Eat healthy vegetables (organic when possible): including Cruciferous vegetables daily (broccoli, cabbage,
cauliflower, kale) as they help your body detoxify.
• Eat other vegetables for their nutrients and fiber: chard, spinach, celery, squash, zucchini, cucumber.
• Eat from the onion family daily (onions, leeks, chard, garlic, chives) as it is good for connective tissue and detoxification.
• Consider juicing organic vegetables to improve your intake of phytochemicals: consider celery, apple, carrot, kale, broccoli, spinach, beets, with some lemon or lime and some
protein powder.
• Limit cookies, cake, scones, muffins, potatoes, starches, sugars, rice, pasta, and breads unless you are training for a long aerobic event or do not have a weight management problem; in that case, use whole and sprouted grains in bread or boiled.
• Eat beans (kidney, black, pinto, garbanzo, etc.) for soluble fiber and to limit colon inflammation.
• Use a bread that has at least 3-5 grams of protein and fiber per slice. Look for sprouted grain and seed breads. Use whole grain sources for carbs, such as quinoa, millet, etc.
• Use a breakfast cereal that has at least 8 grams of fiber and 4-10 grams of protein per cup.

Food Additives
• Try to avoid artificial colorings and diet beverages with aspartame.
• Minimize and avoid foods containing ingredients that have MSG or hidden MSG. To get a current list of
hidden MSG in foods, do a search for MSG, Hidden.

Steps for Healthier Food Choices
Start where you are and proceed step by step toward the goal. Follow these overall guidelines:
• Minimize or eliminate (ideally) partially hydrogenated oils in processed foods (use foods labeled "No Trans Fats").

**Patient Instructions (continued)**

• Minimize or avoid eating at fast food restaurants. At restaurants choose butter based toppings on the side, eliminate sour cream and cream based dishes. Choose salads (with oil and vinegar or vinaigrette), vegetables and avoid deep fried entrées.
• Minimize or avoid deep fried and breaded foods.
• Minimize sugars and starches (crackers, potatoes, rice, scones, cookies, etc.).
• Increase healthy fruits such as apples and berries (have 2-3 servings per day).
• Use healthy veggies such as those in the veggie list above (Carbohydrates section).
Have a minimum of 3 servings per day.
• Try to choose organic fruits and veggies when your budget and the availability of these items allows.
• Eat protein at every meal.
• Try to purchase free-range poultry and meat (if you are not vegetarian).
• Try to choose low-fat, organic dairy products (milk, cheese, yogurt, ice cream, etc.) if you eat dairy products.
• Use a good multivitamin mineral supplement (taken at meals) that requires at least 2 per day with minerals (calcium 500 mg per day and magnesium 500 mg per day) and antioxidants (A, C, E, selenium).
• Try some green tea daily (other teas such as white and red are also healthy).
• Minimize drinks with fructose and corn syrup.
• Choose veggie juices such as V 8 or an organic version (Knudsen Very Veggie Organic, Lakeview Super Veggie).
• For fruit juice, choose one with a lot of phytonutrients and antioxidant quenching abilities.
• If you are trying to lose weight, limit juices other than veggie juices to 4-6 ounces per day.

Breakfast Ideas:
• Get at least ¼ of your protein needs met at breakfast.
• Protein Smoothie (see protein section above to make it). Use enough protein powder to get 20-25 grams.
• Use breakfast cereals that are high in protein and fiber, such as Nature's Path Optimum Slim or Kashi Good
Friends. Consider adding mixed nuts and fruit to cereal (blueberries, banana, etc.).
• A 2-3 egg omelet or egg scramble with veggies such as spinach, leeks, broccoli, tomatoes, or chives is a good
breakfast choice.

Lunch Ideas
• Have a sandwich with high fiber, high protein sprouted grain bread (see carbohydrate section above). In your
sandwich have nut butter (such as almond, macadamia, or cashew) or turkey or chicken (with no nitrates) with
veggies (lettuce, tomatoes, olives, cucumber, onions) or organic cheese with veggies.
• If you have a salad for lunch, add healthy protein such as beans (kidney, garbanzo, pinto), sliced nitrate-free
turkey, ocean salmon, or organic cottage cheese. Use numerous colorful veggies in your salad and try to include
cruciferous veggies such as broccoli. Use an oil and vinegar salad dressing or make your own (see fats above).

Dinner Ideas
• Try to have 2 servings of healthy veggies and a low -at protein source.
• Minimize desserts (other than fruit).
---------------------------------------------------------------------------------------------------------------

**Patient Instructions (continued)**

Following the anti-inflammatory diet recommendations that I have shared with you can also be very helpful overall, and help to combat inflammation from the source.

Other supplements including omega 3 fatty acids (as found in fish oil supplements or wild salmon and sardines) are also anti-inflammatory in nature. The omega 3 fatty acids from fish oil are more readily absorbed than vegetarian/vegan sources (flaxseed, etc.). If you have concerns about animal sources, there are companies that carry an algae-based form.

Lastly, to further reduce inflammation, you can consider adding turmeric 400 mg 3 times daily with food. It is better absorbed if you look for a brand with piperine (a pepper extract- you can check the back label). Taking it with any meal that includes a little bit of fat also helps with absorption. "Doctor's Best" is a brand that contains the pepper. "Nature's Way" and "Gaia Herbs" are also reputable brands.

Electronically signed by Foster, Kellie R, MD at 7/10/2024 1:41 PM

**07/10/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Letters**

**Work Letter by Foster, Kellie R, MD on 7/10/2024**

Status: **Sent**
Letter body:

KAISER PERMANENTE.

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

**Messages**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Kporg Appointment Notifications | 5/21/2024 10:20 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: VID PC HOME VISIT OL (1101531)

7/10/2024 1:10 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Forms for Sedgwick, work status report

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>5/21/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/21/2024 10:20 AM |

Appointment Information:
Visit Type: Video visit
Date: 7/10/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 1:10 PM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.

**Messages (continued)**

3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

## 07/09/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Ortiz Calderon, Areli, LPN at 7/10/2024 0913**

| | | |
|---|---|---|
| Author: Ortiz Calderon, Areli, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/10/2024 9:13 AM | Encounter Date: 7/9/2024 | Creation Time: 7/10/2024 9:13 AM |
| Status: Signed | Editor: Ortiz Calderon, Areli, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for review

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Electronically signed by Ortiz Calderon, Areli, LPN at 7/10/2024 9:13 AM

**Messages**

**Re: disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Lesa Culbertson, LPN | Weller, Steven | 7/11/2024 11:02 AM |
| Last Read in kp.org<br>7/12/2024 9:13 AM by Weller, Steven | | |

Steven,

Thank you for using kp.org. My name is Lesa, and I am a LPN with Kellie R. Foster, MD's team.

Please send forms to ROI. See the instructions I have sent below.

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Messages (continued)**

department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests.

If you have questions, you can reach the ROI department by phone at (503) 571-5051, 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lesa A. Culbertson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Re: disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/10/2024 9:39 AM |

Sedgwick replied:

Kaiser doesn't complete any of our forms as they have their own. If you could ensure an updated Work Status Report and office visit notes from your appointments are sent in that would be wonderful. I tried getting updated medical but they didn't have any records to share with Sedgwick at the time as it was requested on 07/02/2024. Thanks! :)

I've attached a previous WSR from Kaiser that was accepted, so something equivalent to that is what is needed.

**disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/9/2024 5:51 PM |

I don't have a form to be filled in. I received a vague message from Sedgwick yesterday saying that my medical information was incomplete. I left a message on their web site asking for specifics and what I should do. I believe they need a letter that says I am unable to work. I will check tomorrow and call them.

In the past the doctor at Kaiser CA generated a letter called a Work Status Report that stated I was unable to work and included a range of dates. That was in the form of an electronically signed PDF that I then sent to Sedgwick or whoever needed it. For medical information, I've been downloading it myself via ROI and sending it to Sedgwick since that seems to be the only reliable method.

Lincoln, the other insurance company I work with, has no such problems.

**disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/10/2024 9:36 AM by Weller, Steven | Weller, Steven | 7/9/2024 2:40 PM |

Dear Mr Weller,

I was preparing for our visit tomorrow and realized I don't yet see in your chart the disability forms. Could you please attach to this email and resend to ROI?

Sincerely,
Kellie R. Foster, MD

At Kaiser Permanente, the department called Release of Information (ROI) helps make medical records available to patients and third parties.

The ROI department also processes requests for medical certifications and short-term disability. Kaiser generates medical certification forms from your electronic healthcare record. These forms are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting www.kp.org/requestrecords. You can also use the KP mobile app: select "Medical Record," then scroll down to "Medical Information Requests." For phone information about ROI services or to make a new leave request, call (503) 571-5051 and follow the recorded instructions. Interpretation services are available by phone. Please be aware that these services are not available onsite.

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Bailey, Michaela, PT | Bailey, Michaela, PT | Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 3 weeks (around 7/26/2024) for Face-to-Face Visit, Video Visit, Telephone Visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 7/5/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Bailey, Michaela, PT | 07/05/2024 1212 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Bailey, Michaela, PT | 07/05/2024 1213 |

### Clinical Notes

**Unknown**

**Progress Notes by Bailey, Michaela, PT at 7/5/2024 1130**

Author: Bailey, Michaela, PT
Filed: 7/5/2024 12:13 PM
Status: Signed
Service: —
Encounter Date: 7/5/2024
Editor: Bailey, Michaela, PT (THERAPIST, PHYSICAL)
Author Type: THERAPIST, PHYSICAL
Creation Time: 7/5/2024 11:20 AM

**PHYSICAL THERAPY EVALUATION**

**Physical Therapy Initial Evaluation**

Visit #1 for dx of

**Diagnosis**

M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

pain (+0 for this year)

PT Initial Evaluation Date: 7/5/24

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Medicare Reauthorization Date if Applicable: 10/3/24
Monthly Progress Note Due Date: 8/4/24

Referring Provider: Chad Andrew Esterberg,
Precautions/Contraindications/Comorbidities: NA

Suspect central sensitization.

**SUBJECTIVE**

Pt reports
Right hip
Left knee "not because it hurts me but I can't do any exercise"

Main problem is right hip.
Dec 2022 developed pain in left hip, around 3-4 days, went away. Recurred, went away.
Another recurrence at Beg of 2023 left hip and did not go away.

Was in WC until March 2023 when he got steroid shot in left hip, within a week pain went away and he has been able to WB and walk without a problem.

In May 2023 Right hip got more painful.
Got steroid injection in Right hip and had no effect.
Since June of 2023 has been using WC inside his house.
In condo.
Wife has been pushing him around in man WC the whole chair.
Got power WC.
Got another steroid injection in R hip, did not help.

Has gotten better.
Changed technique of rising from sitting, and it reduced pain.
Changed alignment and the way he gets up and "that has led me to now I only need the WEC some of the time."

Pain 3/10 in right hip "this morning it was 1/10."

States he can walk for short distances unlimited by pain.
States after walking, his pain increases.
He states with WC.

R hip
Pain on pelvis at Right ASIS "I think it's really bad."
Constant, focused ache.
Been getting slowly worse as I've been sitting here.
Deep pain in here.
Points to R inguinal area.
If I press I can feel pain.

Has gym at home.

Has been walking more, around the house.
Can tolerate standing long enough to prepare a meal.
Reports he turns toes and feet inwards and it hurts his knee and hip.

Not working currently, is on medical leave.
Software engineer "Its' all computers all day any day"
Has not been working for 9 months.
"My hands are basically worn out.
I'm effectively retired."

Pt rates pain as 1-3/10 on pain scale.

Imaging: See Chart
Multiple body regions, all WNL

**Patient Specific Functional Scale (PSFS)**

| **ACTIVITY** | **DATE: 7/5/2024** | | |
|---|---|---|---|
| 1. Lifting | 2/10 | | |
| 2. Carrying | 2/10 | | |
| 3. Standing | 2/10 | | |
| 4. Walking | 2/10 | | |
| **Total Score** = sum of activity scores/number of activities | 2/10 | | |

**KEY:** On a scale of 0-10, Zero indicates the patient is unable to perform the activity.
Ten indicates the patient is able to perform the activity at the same level as before injury.
Minimal detectable change for total score = 2 points. Minimal detectable change for single activity score = 3 points.

## OBJECTIVE

Patient arrived in motorized wheelchair at today's visit.
Inside clinic he stated "I can stand and walk".

Bil leg musculature appears toned and well-developed.
No inc in pain with all seated and supine exercises.

Thomas test neg bil.

Pain at visit reported 1-3/10 on VAS.

Multiple imaging, including MRIs and Xrays, indicate WNL findings for all examined body regions.
Symptoms in Sitting: WNL
Sitting Posture: WNL
fwd head, internally rotated shoulders

Initial Symptoms During Standing: WNL, no reported increase in pain
Reports he is able to stand and walk.
Standing Posture: WNL

Gait:
WNL

Patient completed multiple sit<> stand, stand <> supine transfers and turns unlimited by pain or reports of cracking,

**Clinical Notes (continued)**

crunching, grinding, snapping, clicking, N/T, or radiating pain.

Objectively observed AROM of legs including rising and turning, and performing multiple supine SLR and combined leg lift/ ABD all performed in smooth fluid movements, without audible or visible signs of discomfort.

No facial grimacing, sighing, sharp exhales or other nonverbal signs were observed.

Functional Strength/Testing:
Squat:
Bridge:
Single-leg Balance:

Deferred to future visit d/t acuity of condition.

Hip ROM: WNL

Special Testing:
Straight Leg Raise Test: Right -, Left -
Thomas Test: Right -, Left -
SI Compression Test: NA

**ASSESSMENT**

Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.

Pt will benefit from PT for further mobility assessment, progression of therex, posture and core strengthening, along with continued education regarding spinal alignment and lifting mechanics. Pt may also benefit from manual therapy and modalities as indicated to help with improved lumbar mobility and reduced pain.

Potential barriers to goal achievement: emotional factors

Goals:
STGs: 8/4/24
Patient will be able to sit > 60 minutes without sxs.
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

LTGs: 10/3/24
Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**Evaluation Complexity**

| History | Examination | Presentation | Decision Making |
|---|---|---|---|
| **Impacting Personal Factors/CoMorbidities:** None significantly impacting POC/No impacting comorbidities | **Body Structures/ Additional Body Systems Involved:** LE/Musculoskeletal and Neurologic | **Clinical Presentation:** stable | **The patient's presenting complexity is: LOW**<br><br>**Functional Test** |

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | **Activity Limitations:** walking, standing, sitting, lifting, and climbing stairs/inclines | | **and Raw Score:** 2/10 |
| **Low:** 0<br>**Mod:** 1-2<br>**High:** 3 or more | **Low:** 1-2<br>**Mod:** 3<br>**High:** 4 or more | **Low:** Stable, with uncomplicated characteristics<br>**Mod:** Evolving, with changing characteristics<br>**High:** Evolving with unstable/unpredictable characteristics | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Patient to be seen up to 4 additional visits by by 10/3/24 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

4 More visits, each approx 2-3 weeks apart with PTA.
Next Progress note (PT only) due by 8/2/24

Focus on pain education,
Reinforce alignment and posture
"Sore but safe"

Consider at next visit:
Progress HEP, progressive strengthening.
Reinforce posture, gradual progressions

Focus on posture, symmetry, alignment, core
Diaphragmatic breathing
L hip flexor release
Assess squats, lunges, SLS
TUG
Stairs
balance

7/5/24
Short Term Goals: By by 8/4/24
1. Pt will demonstrate correct performance of stretching/strengthening exercises and will report consistent performance of this at home to help pt progress to Independence with HEP
2. Pt will demonstrate improved strength (4+/5) to help with improved stability and alignment.
3. Pt will report no more than 2/10 pain with all ADLs and work/ and/or school activities to help pt return to necessary daily activities.

Long Term Goals: By by 10/3/24
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms.
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Therapeutic Exercise:** Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles.
Handout with written patient instructions and images was provided.

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Clinical Notes (continued)**

- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Patient Response to Treatment: Patient tolerated evaluation and treatment well.

**Time Spent on Evaluation and Treatment:**
Evaluation x 15 minutes
Therapeutic Exercise x 15 minutes

Time In: 11:20am
Time Out: 11:56am

Electronically signed by Bailey, Michaela, PT at 7/5/2024 12:13 PM

**Patient Instructions**

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Electronically signed by Bailey, Michaela, PT at 7/5/2024 11:53 AM

**Messages**

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Messages (continued)**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Pt / Ot Appointment Notification Pool | 5/7/2024 10:09 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PT NEW (109058)

7/5/2024 11:30 AM 40 mins. Bailey, Michaela, PT TNB-PT

Patient Comments:
Patella-femoral syndrome, hip arthritis. Trying to get away from wheelchair use.

**Referrals**

**Outpatient Service #1915302329**

Reason: Specialty Services Required
Class: Internal
Status updated on: 5/7/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 5/7/2024 to 5/7/2025

**Referred From**

Location: WESTSIDE MEDICAL OFFICE
Department phone: 971-310-3240
Provider phone: 503-813-2000
Department: WMS-ORTH
Provider: Esterberg, Chad Andrew, PA
Provider address: 2875 NE Stucki Ave HILLSBORO OR 97124

**Referred To**

Department: ZZZ-PT/OT
Specialty: Physical Therapy
Department phone: 844-394-3972

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**252969 - REFERRAL PHYSICAL THERAPY, MUSCULOSKELETAL DISORDER**

Number requested: 1 Number approved: 1

**Diagnoses**

- M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
- M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

**Order**

**REFERRAL PHYSICAL THERAPY, MUSCULOSKELETAL DISORDER [611204126]**

Electronically signed by: **Esterberg, Chad Andrew, PA on 05/07/24 0859** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 05/07/24 0859 Authorized by: Esterberg, Chad Andrew, PA
Ordered during: Patient Message on 05/05/2024
Diagnoses
OSTEOARTHRITIS OF BILAT HIPS [M16.0]
LEFT KNEE JOINT PAIN [M25.562]

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Referrals (continued)**

**Coverages**

**Deductible Plan**

| | | | |
|---|---|---|---|
| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- GENERAL MESSAGE (Done )

### Clinical Notes

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1746**

| | | |
| --- | --- | --- |
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:47 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:46 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:47 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:15 AM |

(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

**06/26/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- GENERAL MESSAGE (done)

### Clinical Notes

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1729**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:30 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:29 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:30 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:13 AM |

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

**Messages (continued)**

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Done )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1727**

Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 6/26/2024 5:27 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:27 PM
Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE)

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:27 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:12 AM |

Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited

**06/26/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Update )

**Revision History**

Phan, Stella Nai, LPN on 6/26/2024 1647
- GENERAL MESSAGE

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1647**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 4:50 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 4:47 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD pool for review
Patent sent multiple KP.org messages on 06/26/24 to update provider. Copied and pasted all into one encounter for provider to review.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 06/26/24 from the patient:*

Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 06/26/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

*The following has been copied and pasted from email on 06/26/24 from the patient:*
Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

*The following has been copied and pasted from email on 06/26/24 from the patient :*
(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 4:50 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Kellie R Foster, MD | Weller, Steven | 6/27/2024 6:27 PM |
| Last Read in kp.org<br>6/29/2024 9:33 AM by Weller, Steven | | |

Dear Mr Weller,

Thank you for your emails and I am glad you are seeing some improvement.

I look forward to talking with you in a couple of weeks.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:10 AM |

A series of emails summarizing where things are currently.

Inflammation
Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

Exercise
My mobility has improved a little, so Im moving about more than I was and sitting less. No visits to the pool for water walking because my knee says no.

Mood
Im bumping up against depression at times. It never gets bad, and I can see it coming, but its yet another thing I have to deal with.

## 06/26/2024 - Patient Message in Westside Medical Office Neurology

### Visit Information

**Provider Information**

**Encounter Provider**
Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

### Reason for Visit

**Chief Complaint**

- MD ADVICE (3 DL sensations with occupational therapy exercises, patient update)

### Clinical Notes

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 6/27/2024 1214**

Author: Roque, Christine, RN
Filed: 6/27/2024 12:15 PM
Status: Signed
Service: —
Encounter Date: 6/26/2024
Editor: Roque, Christine, RN (REGISTERED NURSE)
Author Type: REGISTERED NURSE
Creation Time: 6/27/2024 12:14 PM

**S**: Message reviewed. Routing to Clinician for review. Sensations with occupational therapy exercises and patient update.

Electronically signed by Roque, Christine, RN at 6/27/2024 12:15 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD | Weller, Steven | 6/27/2024 12:41 PM |

Last Read in kp.org
6/29/2024 9:32 AM by Weller, Steven

Hi Steven,

Thank you for the update, and I am glad you are at least seeing some improvement. Hopefully this trend will continue with ongoing therapeutic exercises and anti-inflammatory strategies.

Sincerely,

Dan Lavery

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting | 6/26/2024 9:22 AM |

Daniel Philip Lavery Jr., MD)

, but the following may be interesting to you:

Is this sensation expected?

Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

My hands are now a little better overall.

Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

## 06/09/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

**Encounter Provider**
Esterberg, Chad Andrew, PA

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**
- OTHER

**Clinical Notes**

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 6/10/2024 0926**

Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 6/10/2024 9:27 AM | Encounter Date: 6/9/2024 | Creation Time: 6/10/2024 9:26 AM
Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 6/10/2024 9:27 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA | Weller, Steven | 6/11/2024 4:44 PM |

Last Read in kp.org
6/11/2024 4:52 PM by Weller, Steven

Hi Steven. Thanks for the update. It sounds like you are making some progress. With no response to either injection, it makes me wonder if your symptoms are not joint related. It may be a good idea to touch base with your primary care doctor to see if they want to look into other potential causes of your symptoms such as coming from your lumbar spine. In the meantime, I do still feel that PT which you have scheduled for next month will be helpful.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|

**Messages (continued)**

| | | |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 6/9/2024 12:34 PM |

Knee and hip status update

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At that point I focussed on finding actions that could be constantly hurting my hip and found that there is a specific range of movement that seemed to trigger it. By being very careful how I use my legs to go from a sitting position to standing for the last couple of weeks, I've been able to slowly but consistently improve my mobility. I can now get around at home all day without using the manual wheelchair, but still need the electric one for outdoor use. The pain is only low level as long as I continue to be very careful.

Left Knee
The steroid injection April 26th in my left knee seems to have had no effect. I've yet to try water walking again, but there was no reduction in the pain I was already experiencing beyond what I would expect from normal recovery.

I'm going to see how much better my hip can become.

## 06/04/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**
Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT | Weller, Steven | 6/4/2024 1:12 PM |
| Last Read in kp.org<br>6/5/2024 12:30 PM by Weller, Steven | | |

Hi Steven!

Glad, some things are helpful! We will re-assess every thing on you follow-up visit.

Have a great day!

-faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 6/4/2024 1:03 PM |

Faye, a quick follow-up to let you know of progress. I've been doing the exercises, working up to twice a day for all of them over the last couple of weeks. The median nerve flossing (tray) is clearly exercising the nerves in my left arm and I feel it most in my elbow. The left ulnar nerve flossing less so. The right arm does not get the same sensations. So we may be onto something here.

I have been wearing compression gloves during the day for about a week and that definitely helps with the stinging sensation. It had a noticeable effect after a just couple of days.

## 05/28/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/28/2024 1106**

Author: Manjarrez, Virginia, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 5/28/2024 11:06 AM
Encounter Date: 5/28/2024
Creation Time: 5/28/2024 11:06 AM
Status: Signed
Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

Electronically signed by Manjarrez, Virginia, LPN at 5/28/2024 11:06 AM

### Messages

**Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/28/2024 8:36 AM |

I uploaded the Sedgwick form to Kaiser Records a while ago as you asked. They responded recently saying that my application is incomplete, which is correct, since we are planning on going through the two Kaiser forms when we meet on video in July.

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 7/5/2024).

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaint

- OCCUPATIONAL THERAPY, onset date 6/16/2024

#### Visit Diagnoses

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- LEFT HAND JOINT PAIN [M25.542]
- MUSCLE WEAKNESS [M62.81]
- RIGHT HAND PAIN [M79.641]
- RIGHT HAND JOINT PAIN [M25.541]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #3 | | | | |
| Add | LEFT HAND JOINT PAIN | M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #4 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #5 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #6 | | | | |
| Add | RIGHT HAND JOINT PAIN | M25.541 | Dahuyag, Faye D, OT | 06/16/2024 2306 |

### Clinical Notes

#### Unknown

**Progress Notes by Dahuyag, Faye D, OT at 5/24/2024 1500**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 6/16/2024 11:08 PM | Encounter Date: 5/24/2024 | Creation Time: 5/24/2024 2:41 PM |

**05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)**

**Clinical Notes (continued)**

Status: Signed Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL)

**Occupational Therapy Visit #1/5 Monthly Progress Note: 6/23/24 Medicare Reauthorization Date if Applicable: 8/22/24 Prior OT this year: 0**

**Readers please observe:** chart notes are working documents for providers taking care of a patient, intended to memorialize an assessment --to the best of what is possible, given appointment time-- with observation, data provided by the patient, and by the any other available information to date. The chart note is NOT a letter to the reader, nor should it be interpreted as a definitive or declarative statement. Readers should understand that medical language has its own abbreviations and definitions, and, most important, that medical problem solving is a living process over time. Any potential confusion/disagreements should be discussed with your provider, though it is understood that to scrutinize these notes with an eye to extensive or detailed editing misconstrues their purpose.

**Occupational Profile and Review of History**

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Review of Medical History includes review of encounters related to referral diagnosis , history and physical, and problem list
Hand Dominance: RIGHT
Recreational Activities: NA
Significant PMH/UE Injury: none
Precautions/Contraindications: none
Comorbidities: chronic pain
Prior/Concurrent Related Services: none
Prior Level of Function: independent.
Difficulty with ADL's and IADL

**ASSESSMENT**

Steven is a 62 yrs old male who presents today with diffuse pain in B hand. Unable to reproduce symptoms with differential testing. Per patient, he is unable to use the computer d/t pain along the palmar aspect of the hand. Swimming gives him relief. Exhibits tight intrinsics in the L hand. Patient will benefit from continued skilled services to decrease symptoms and maximize function. Limitations in function noted as reported on functional outcome measure.

Potential barriers to goal achievement: none known

Steven will benefit from skilled OT intervention to improve ROM, improve strength, decrease pain, and assist with graded return to functional activity

Performance deficits identified in the evaluation include: Physical performance deficits including: strength, joint range of motion, joint stability, and pain

**Evaluation Complexity**

| Profile and History | Assessment of Occupational Performance | Clinical Decision Making | Level of Evaluation Complexity |
|---|---|---|---|

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| OT evaluation includes **a brief review** of the occupational profile and medical/therapy history | Steven demonstrates **4 performance deficits** relating to physical skills which result in activity limitations.<br><br>The assessment of Occupational Performance required **Problem-focused assessment** | Level of Clinical Decision Making: **low complexity** | **Overall Level of Evaluation Complexity: low** |
| **Review of profile and history:**<br>**Low = Brief**<br>**Moderate = Expanded**<br>**High = Extensive** | **Performance deficits:**<br>**Low = 1-3**<br>**Mod = 3-5**<br>**High = 5 or more**<br><br>**Assessment of Occupational Performance:**<br>**Low = Problem-focused**<br>**Mod = Detailed**<br>**High = Comprehensive** | Low = **Limited number** of treatment options to be considered, **no comorbidities** that affect occupational performance, **Modification** of tasks or assistance is **not necessary** to complete evaluation.<br>Mod = **Moderate analytic complexity** analyzing data from **detailed assessment,** consideration of **several treatment options**, presence of **comorbidities, minimal to moderate modification of tasks** or assistance to complete evaluation.<br>High = **High analytic complexity** of data from **comprehensive assessment(s)**, consideration of **multiple treatment options,** presence of **comorbidities, significant modification** of tasks or assistance with assessment(s) necessary | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Steven Weller to be seen up to an additional 4 visits through 09/2024

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | |
| Therapist: Faye Dahuyag, OTR | |
| Patient to demonstrate understanding on activity modification techniques | |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | |
| Patient to report compliance with HEP | |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | | | |
| Therapist: Faye Dahuyag, OTR | | | |
| Patient to report pain no more then 1/10 during functional use of the B hand | | | |
| Patient will be able to type for at least 5 mins with no pain. | | | |
| Independent with HEP and self management of this diagnosis. | | | |

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Subsequent Visit Treatment Recommendations: continue assessment. Update HEP

### SUBJECTIVE

Current concern: limited function and pain.
Steven goals/priorities for therapy: decrease symptoms

Symptoms:"stinging" "distracting" pain Location: B hand, more notable along the palm aspect of the L IF,
Numeric Analog Pain Scale 5/10

### OBJECTIVE

Observation/Appearance: report irritation of the the ulnar nerve at the cubital tunnel but has gotten better. No notable bony deformity/abnormality

Palpation/Provocative Tests: Tender to palpation over the R MF MP pad A1 pulley. No palpable nodule

Notable intrinsic tightness in the B hand

CMC grind -
Carpal tunnel compression test -
Phalens' -

Range of Motion: WNL

Sensation: No c/o paraesthesias

Strength: only tested one time
R grip 90#
L grip 70#

### TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

Evaluation completed.
Educated on relevant anatomy.
Instructed on home exercise program. Provided printed handout with online access code.

**Clinical Notes (continued)**

Discussed activity modification, tasks variation, and adaptive positioning changes.
Dema grip for comfort.
Encouraged use of imak glove for warmth and comfort.
Heat modality and massage along the volar hand prior to stretching.

**Education/Home Program Instructions:**

Please see Patient Instructions for specifics on Home Program.
Access Code: LCNZFYTR
URL: https://kaiserpermanente.medbridgego.com/
Date: 05/24/2024
Prepared by: Faye Dahuyag

Exercises
- Seated Single Digit Intrinsic Stretch - 3 x daily - 7 x weekly - 2 reps
- Finger Spreading - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Hand AROM Tendon Gliding Series - 3 x daily - 7 x weekly - 2 sets
- Median Nerve Flossing - Tray - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Ulnar Nerve Flossing - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Finger Adduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Seated Finger Abduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps

Patient Response to Treatment: verbalizes understanding of program and expresses willingness to comply, able to perform return demonstration, asks appropriate questions, and verbalizes concern about ability to comply with home program .

Time In: 253
Time Out: 350
Supplies: dema grip

| BILLING CODES | Time (Min) | Units |
|---|---|---|
| Evaluation | 30 | 1 |
| therex | 27 | 2 |
| | | |
| Total Billable Time: | 57 | 3 |

Electronically signed by Dahuyag, Faye D, OT at 6/16/2024 11:08 PM

**Referrals**

**Outpatient Service #1915282602**

Reason: Specialty Services Required
Class: Internal
Status updated on: 4/30/2024
Priority: Routine
Status: Authorized - System Automatic Approval
Valid dates: From 4/30/2024 to 4/30/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Referrals (continued)**

**Referred To**

Department: INT-OT
Specialty: Occupational Therapy
Department phone: 844-394-3972
Provider: Dahuyag, Faye D, OT

**Visits**

Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0

**Procedures**

**218936 - REFERRAL OCCUPATIONAL THERAPY MUSCULOSKELETAL DISORDERS**

Number requested: 1 | Number approved: 1

**Diagnoses**

- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN

**Referral Notes**

**Message by Valencia, Blanca Estela at 5/2/2024 0842**

Summary: Auto: 22303-PT/OT RFL NOTICATION

### PT Referral Notification

Name: Steven Weller
HRN: 1550-03-73
Referral Authorization Number: 1915282602
Referral Date: 04/30/2024

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |
| 5/24/2024 3:00 PM (Arrive by 2:45 PM) | Faye D. Dahuyag | South Interstate Occupational Therapy | 844-394-3972 | |

**Order**

**REFERRAL OCCUPATIONAL THERAPY MUSCULOSKELETAL DISORDERS [610386223]**

Electronically signed by: **Foster, Kellie R, MD on 04/30/24 2307** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 04/30/24 2307 Authorized by: Foster, Kellie R, MD
Ordered during: Telemedicine on 04/23/2024
Diagnoses
NEUROPATHIC PAIN [M79.2]
BILAT HAND JOINT PAIN [M25.541, M25.542]

**Coverages**

**Deductible Plan**

**Referrals (continued)**

Plan: **5033270** Covered: **Covered** From: **3/1/2024** Member #: **15500373**

## 05/14/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- LETTER

**Clinical Notes**

**Unknown**

**Telephone Encounter by Peterman, Spencer Matthew Timothy, LPN at 5/15/2024 0900**

Author: Peterman, Spencer Matthew Timothy, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 5/15/2024 9:00 AM
Encounter Date: 5/14/2024
Creation Time: 5/15/2024 9:00 AM
Status: Signed
Editor: Peterman, Spencer Matthew Timothy, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for advice
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 05/10/2024 to the patient:*

**Lavery, Daniel Philip Jr., MD**
to Steven Weller



5/13/24 12:29 PM
Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

Sincerely,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Dan Lavery

Spencer Peterman, LPN
Kaiser Permanente Primary Care Nurse

Electronically signed by Peterman, Spencer Matthew Timothy, LPN at 5/15/2024 9:00 AM

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/21/2024 1243**

| | | |
|---|---|---|
| Author: **Manjarrez, Virginia, LPN** | Service: — | Author Type: **LICENSED PRACTICAL NURSE** |
| Filed: **5/21/2024 12:43 PM** | Encounter Date: **5/14/2024** | Creation Time: **5/21/2024 12:43 PM** |
| Status: **Signed** | Editor: **Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)** | |

**R:** Routed to Clinician for: Ongoing conversation
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:/B:** Email incoming

Electronically signed by Manjarrez, Virginia, LPN at 5/21/2024 12:43 PM

**Telephone Encounter by Winegar, Leslie, LPN at 5/21/2024 1432**

| | | |
|---|---|---|
| Author: **Winegar, Leslie, LPN** | Service: — | Author Type: **LICENSED PRACTICAL NURSE** |
| Filed: **5/21/2024 2:33 PM** | Encounter Date: **5/14/2024** | Creation Time: **5/21/2024 2:32 PM** |
| Status: **Signed** | Editor: **Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE)** | |

Opened in error.

Leslie D. Winegar, LPN

Electronically signed by Winegar, Leslie, LPN at 5/21/2024 2:33 PM

**Messages**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| **Kellie R Foster, MD**<br>Last Read in kp.org<br>**5/28/2024 8:32 AM by Weller, Steven** | **Weller, Steven** | **5/22/2024 12:11 PM** |

Dear Mr Weller,

Thank you for the update. The Sedgewick forms say that updated forms are needed by 7/25 so the timing of our appointment will work.

Sincerely,
Kellie R. Foster, MD
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Messages (continued)**

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:26 AM |

Here is a copy of the current WSR from Dr. Brian Lee in Santa Clara. It expires 7/5, which is before the appointment I was able to make with you on 7/10.

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:16 AM |

Here is the form that Sedgwick sent. I have also emailed this to ROI.

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 9:39 AM |

I've navigated the ROI department (it's similar to the Kaiser California system), requested records up to the current date, downloaded them, and forwarded them to Sedgwick, so I believe that part is complete. Sedgwick have only ever required a signed doctor's letter to satisfy the Work Status Report requirement. I will upload the form and set up the video visit as requested.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/9/2024 5:40 PM by Weller, Steven | Weller, Steven | 5/15/2024 1:17 PM |

Dear Mr Weller,

I can help with that form - can you please submit the form to our ROI department and schedule a virtual visit with me so that we can complete it together?

Sincerely,
Kellie R. Foster, MD

**05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests. If you have questions, you can reach the ROI department by phone at (503) 571-5051 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

**Form or letter request~Request form**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/14/2024 2:59 PM |

My short term disability company Sedgwick has requested a Work Status Report from me stating that I'm unable to work. My current WSR with them was from California and expires July 4 2024, but I don't think that is sufficient now since I'm no longer under Dr Brian Lee's care.

Is that something you provide?

They also requested medical records which I have already provided by via Kaiser's records office.

# 05/13/2024 - Appointment in East Interstate Laboratory

## Visit Information

### Appointment Information

**LAB**
5/13/2024 7:05 AM

**Completed**

| Time | Provider | Department | Length |
|---|---|---|---|
| 7:05 AM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 7:03 AM

Enc Form Number: 82474729

History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| Checked In: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| EOD Status: | 5/18/2024 4:08 AM | By: | Corbitt, Shelley | ES |

## Reason for Visit

### Visit Diagnosis

- BILAT HAND PAIN [M79.641, M79.642]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Kpnw, Ordtrans | 05/13/2024 0703 |

## Labs

### Clinical Laboratory

**ANA [611926729] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920**

Status: **Completed**

This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**ANA SCREEN [611926729]** Resulted: 05/13/24 1354, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1354
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Screen | Negative | Negative | — | KP AWL |

Comment:
************************
This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY [611926730] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**TISSUE TRANSGLUTAMINASE W IGA (TTG-IGA) [611926730]** Resulted: 05/13/24 1411, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1411
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1418

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL | — | KP AWL |

Comment:
All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA.

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM
Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

**IMMUNOFIXATION, SERUM [611926731] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: Click on Process Information Tab for detail on this test.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**IMMUNOFIXATION [611926731]** Resulted: 05/14/24 1619, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/14/24 1619
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Serum Immunofixation | — | — | — | KP AWL |

Result:

No monoclonal protein detected by immunofixation electrophoresis.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**VITAMIN B6 (PYRIDOXINE) [611926732] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Scheduling instructions
This lab test requires you to be fasting. Please arrive at the lab 10 hours or more after your last meal. You may drink water, coffee (without cream or sugar), tea (without cream or sugar); but you should not drink alcohol or take vitamins for 24 hours.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400524 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**VITAMIN B6 [611926732]** Resulted: 05/16/24 1253, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/16/24 1253
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L | — | ARP |

Comment:
INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)

Pyridoxal 5'-phosphate measured in a specimen collected following an 8-hour or overnight fast accurately indicates vitamin B6 nutritional status. Non-fasting specimen concentration reflects recent vitamin intake.

This test was developed and its performance characteristics determined by ARUP Laboratories. It has not been cleared or approved by the US Food and Drug Administration. This test was performed in a CLIA certified laboratory and is intended for clinical purposes.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD
CLIA Number: 46D0523979

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - ARP** | ARUP LABORATORIES | Unknown | 392 N 3700 W Salt Lake City UT 84000 | 03/20/14 1016 - Present |
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

### CRP (C-REACTIVE PROTEIN) [611926733] (Final result)

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) [611926733]** Resulted: 05/13/24 1451, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 05/13/24 1451
Collected by: Reno, Dee 05/13/24 0709
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

### RHEUMATOID FACTOR, SERUM [611926734] (Final result)

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920**
Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**RHEUMATOID FACTOR, SERUM [611926734]** Resulted: 05/13/24 1427, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 05/13/24 1427
Collected by: Reno, Dee 05/13/24 0709
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

## 05/10/2024 - Patient Message in Westside Medical Office Neurology

**Visit Information**

**Provider Information**

**Encounter Provider**
Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

**Reason for Visit**

**Chief Complaint**

- LETTER (3 DL pt requesting Work Status Report letter, defer to PCP?)

**Revision History**

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed for bilateral hand pain)

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 5/10/2024 1034**

Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 5/10/2024 10:34 AM | Encounter Date: 5/10/2024 | Creation Time: 5/10/2024 10:34 AM
Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE)

**S**: Routing to NOD to follow up with member if needed before routing to provider.

Electronically signed by Roque, Christine, RN at 5/10/2024 10:34 AM

**Telephone Encounter by Dykier, Pamela, RN at 5/13/2024 1032**

Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 5/13/2024 10:33 AM | Encounter Date: 5/10/2024 | Creation Time: 5/13/2024 10:32 AM
Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE)

**R: Message reviewed: routed to clinician. Should we defer to PCP?**

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**COMMENTS**

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that

## 05/10/2024 - Patient Message in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

**RECOMMENDATIONS**

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody
-no additional neurodiagnostic testing recommended outside of the above blood tests
-agree with occupational hand therapy evaluation
-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered
-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam
-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

Electronically signed by Dykier, Pamela, RN at 5/13/2024 10:33 AM

**Messages**

**Form or letter request~Request return to work or travel letter**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD<br>Last Read in kp.org<br>5/13/2024 12:58 PM by Weller, Steven | Weller, Steven | 5/13/2024 12:29 PM |

Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

**05/10/2024 - Patient Message in Westside Medical Office Neurology (continued)**

**Messages (continued)**

Sincerely,

Dan Lavery

**Form or letter request~Request return to work or travel letter**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting Daniel Philip Lavery Jr., MD) | 5/10/2024 10:06 AM |

My neurologist at Kaiser CA (Dr. Brian Lee) had provided me with a Work Status Report stating that I'm unable to work that expires I think 2024-07-04. Can you provide me with another WSR with the same or later date based on your judgement so I can send that to my insurance provider?

Or is this something that should go through my PCP?

## 05/09/2024 - Office Visit in Westside Medical Office Neurology

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Lavery, Daniel Philip Jr., MD | Lavery, Daniel Philip Jr., MD | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

#### Follow-up and Dispositions

- Return for PRN (follow up as needed).

#### Level of Service

| Level of Service |
|---|
| **OUTPT NEW LEVEL 5** |

### Reason for Visit

#### Chief Complaint

- CONSULTATION (Neuropathic pain)

##### Revision History

Gurman, Lubov, MA on 5/9/2024 0830

- CONSULTATION

#### Visit Diagnosis

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Lavery, Daniel Philip Jr., MD | 05/09/2024 0920 |

### Clinical Notes

#### Unknown

##### Nursing Note by Gurman, Lubov, MA at 5/9/2024 0840

Author: Gurman, Lubov, MA
Filed: 5/9/2024 8:39 AM
Status: Signed

Service: —
Encounter Date: 5/9/2024
Editor: Gurman, Lubov, MA (MEDICAL ASSISTANT)

Author Type: MEDICAL ASSISTANT
Creation Time: 5/9/2024 8:37 AM

large adult's cuff - left arm sitting

Patient arrive with : Wife, Laura
Medications Reviewed: Yes
Patient Prefers: Kaiser and mail order pharmacy
Current medications and drug allergies confirmed with pt.
Pharmacy reviewed and updated Yes
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.
Visit preparation completed, including updating Care Everywhere outside medical records. Yes

**Clinical Notes (continued)**

Panel Support Tool Reviewed.
PST patient handout given.
Lubov Gurman, Medical assistant
Department of Neurology

Electronically signed by Gurman, Lubov, MA at 5/9/2024 8:39 AM

**Progress Notes by Lavery, Daniel Philip Jr., MD at 5/9/2024 0840**

| | | |
|---|---|---|
| Author: Lavery, Daniel Philip Jr., MD | Service: — | Author Type: Physician |
| Filed: 5/9/2024 9:35 AM | Encounter Date: 5/9/2024 | Creation Time: 5/9/2024 8:33 AM |
| Status: Signed | Editor: Lavery, Daniel Philip Jr., MD (Physician) | |

NEUROLOGY CONSULTATION

REFERRING PROVIDER: Kellie R Foster, MD

CHIEF COMPLAINT(S): Chronic pain in the hands/upper limbs

HISTORY OF PRESENT ILLNESS: Steven Weller is a 62 yrs old male referred for chronic hand/arm pain.

The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms. The patient also mentions a history of tendinitis in the right hand dating back to 1994, which was triggered by a month of intensive computer work. The patient has been managing the pain by switching hands and devices over the years. The patient also reports a leathery feeling in the hands, but denies any similar symptoms in the feet or legs. When he exacerbates chronic tendinitis/arthritis at the left elbow, he will occasionally notice tingling in digits 4-5 of the left hand. There is otherwise no frank numbness or tingling in either hand. With rest his symptoms significantly improve, and in the past they would resolve completely. However, more recently he continues to have persistent symptoms despite avoiding activities that would typically provoke them. He has also been taking ibuprofen regularly and using a wrist brace on the left hand. These have provided modest relief at best. He also notes chronic intermittent hip pain, which can be relatively severe, and he tells me that prior testing has not shown any significant findings.

Patient provided verbal consent to be recorded using documentation assistance tool.

The following has been copied and pasted from outside neurology note on January 4, 2024:

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Splint continues to be helping. Plans are in place for the move to Oregon. Will have KP there.
As previously noted, left index and middle finger are the main pain symptoms. The left abductor pollicis brevis (median, C8 less than T1) has been noted to be weak. Pinprick examination has shown fifth digit more sensitive than the dermatomal distribution of the median nerve. EMG negative.

Anticipate Mr. Weller will benefit from continuing with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. This is favored over a C7 radiculopathy.

The following has been copied and pasted from outside neurology note on October 20, 2023:

Mr. Weller returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6, which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. Examination shows 5/5 biceps strength and intact pinprick. We will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

The following has been copied and pasted from NCS report on 6/5/2023:

Nerve Conduction Study:
Individual results and a full listing of each tested nerve are attached to this report.
Motor nerve conduction studies show normal distal latency, amplitude, conduction velocities with normal F-wave latencies.
Sensory nerve conduction studies show normal onset latency, amplitude, and conduction velocity.

Reference Values, EMG Lab, Kaiser Permanente, San Jose, Neurology Department.

Motor DML (ms) Amplitude (mV) NCV (m/s)
Median <4.4 >=4.2 >=50
Ulnar <3.5 >=5.6 >=50
Radial <3.0 >=7 >=50
Tibial <5.8 >=4.0 >=44
Peroneal <6.5 >=2.2 >=41
Femoral <6.2 >=3.5

Sensory Latency (ms) Amplitude (uV) NCV (m/s)
Median-D2-W <=3.5 >=10 >=50
Median-Palmar-W <=2.2 >=40 >=50
Ulnar-Palmar-W <=2.2 <=12 >=50
Ulnar D5-W <=3.5 >=5 >=50
Radial <=2.9 >=15 >=50
Sup Peroneal <=4.4 >=6 >=40
Sural <=4.4 >=6 >=40
Saphenous <=4.4 >=4
Med Lat Plantar <=3.7 >=3

**Clinical Notes (continued)**

MNC

Nerve / Sites Muscle Latency Amplitude Area Duration Segments Distance Velocity
ms mV mVms ms mm m/s
R Median - APB
Wrist APB 2.81 7.9 33.5 6.93 Wrist - APB
Elbow APB 7.03 7.1 30.4 7.08 Elbow - Wrist 230 55
L Median - APB
Wrist APB 2.34 10.8 38.8 5.83 Wrist - APB
Elbow APB 6.61 7.3 26.8 5.89 Elbow - Wrist 230 54
R Ulnar - ADM
Wrist ADM 1.93 10.3 27.9 6.35 Wrist - ADM
B.Elbow ADM 5.63 10.6 28.4 5.52 B.Elbow - Wrist 270 73
A.Elbow ADM 6.41 9.6 25.0 5.05 A.Elbow - B.Elbow 70 90
A.Elbow - Wrist
L Ulnar - ADM
Wrist ADM 1.93 10.6 29.0 6.20 Wrist - ADM
B.Elbow ADM 6.20 10.2 28.3 8.70 B.Elbow - Wrist 260 61
A.Elbow ADM 6.67 10.5 27.8 8.54 A.Elbow - B.Elbow 60 128
A.Elbow - Wrist

F Wave

Nerve F Lat M Lat F-M Lat Min F Lat Min M Lat Min F-M
ms ms ms ms ms ms
R Median - APB 26.1 2.8 23.3 25.8 2.8 23.0
R Ulnar - ADM 26.4 2.8 23.5 26.4 2.8 23.5
L Median - APB 26.9 2.7 24.2 26.9 2.7 24.2
L Ulnar - ADM 28.0 1.9 26.1 28.0 1.9 26.1

SNC

Nerve / Sites Rec. Site Onset Lat Peak Lat Amp Segments Peak Diff
ms ms µV ms
R Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.09 1.61 74.4 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.93 42.6 Ulnar Palm - Wrist
Median Palm - Ulnar Palm -0.31
L Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.46 1.93 34.1 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.61 55.5 Ulnar Palm - Wrist
Median Palm - Ulnar Palm 0.31

Impression:

This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.

**Clinical Notes (continued)**

The following has been copied and pasted from EMG report from November 6, 2023:

Summary: Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

Interpretation: normal LUE EMG

Conclusion: This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

Muscle Insertional Activity MUAP
Left FDIH NL NL
Left APB NL NL
Left FCR NL NL
Left Deltoids NL NL
Left Biceps NL NL
Left Triceps NL NL
Left Paraspinals mid and low Cervical NL

The following has been copied and pasted from outside physiatry note on October 24, 2023:

HPI:
Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023. No thumb symptoms . Attributed with more keyboarding. Rare intermittent left elbow and ulnar finger tingling. And left index finger tip tingling /leather feeling and feel cold
However, nerve conduction study of bilateral upper extremity 6/5/2023 was normal.
The patient was seen by neurologist, Dr. Brian Lee who reported clinically no suspicion for carpal tunnel syndrome as there was no EBP atrophy there was no upper extremity weakness.
MRI of the cervical spine was subsequently ordered with results below. Referred to spine clinic for evaluation of any cervical radicular symptoms that may contribute to his symptoms.
Associated symptoms: NO arm weakness.
Hand Dexterity - negative. Change in gait dexterity - negative
Duration of pain: 10 to 15 years.
Pain level - current: 7/10.left UE arm pain, 2/10 left neck
Modifying factors: Aggravating factors: Arm uses keyboarding
relieving factors: heat and limiting keyboarding duration.

///////////////////

Assessment:

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023.

(M47.812) CERVICAL SPONDYLOSIS (primary encounter diagnosis)
(M79.18) MYOFASCIAL PAIN SYNDROME -in bilateral forearm area.
(M54.12) CERVICAL RADICULITIS -clinically left C6-7 radiculitis from spondylitic changes.
(M70.90) REPETITIVE STRAIN INJURY -also contributing to his left forearm pain and trapezius pain.

PLANS:

1. Above assessment and radiological study discussed with patient and discussed the multifactorial etiologies of his symptoms.
The following plans were discussed and will be emailed to him for him to consider as options, both diagnostic and management standpoint.

2. Diagnostic Imaging:
Suggest EMG of the left upper extremity to see if there is active versus chronic C6 and C7 denervation. One can have symptomatic radiculitis without EMG changes. However if the results are positive then may suggest improvement from cervical epidural steroid injection.

3. Medication:
-As he had tried pregabalin and gabapentin with good effectiveness for significant side effects, consider other adjuvant medication such as Topamax or Cymbalta patient want to think about it
-

4. Therapies/Exercises/Modalities:
- Discussed with patient the foundation for treatment of neck/upper back pain is through strengthen of core and range of motion exercises.
-Consider referral to PT for neck rehab and postural training
- Educated patient on proper ergonomic setup in home work station.

5. Injection or Interventional Procedures. Defer and work-up in progress.
6. Activity Modification:

PMH:

Patient Active Problem List

Diagnosis

- ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
  KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy

CURRENT MEDICATIONS:

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |

No current facility-administered medications for this visit.

ALLERGIES: No Known Allergies

SOCHX:

**Social History**

Socioeconomic History

- Marital status: Unknown

**Social Determinants of Health**

Housing Stability: Unknown (3/11/2024)

Housing Stability Vital Sign

- Unable to Pay for Housing in the Last Year: No
- Unstable Housing in the Last Year: No

PHYSICAL EXAM:

There were no vitals taken for this visit.

NEUROLOGICAL EXAM:

MENTAL STATUS:

Alert with normal attention.

Normal speech and language.

Normal general fund of knowledge.

CRANIAL NERVES:

VII: No facial weakness

MOTOR:

| Motor (MRC grading) | Right | Left |
|---|---|---|
| Deltoids | 5 | 5 |

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Biceps | 5 | 5 |
| Triceps | 5 | 5 |
| APB | 5 | 5 |
| FDI | 5 | 5 |
| | | |
| Iliopsoas | 5 | 5 |
| Tibialis anterior | 5 | 5 |

DEEP TENDON REFLEXES (**right/left**): 2+/2+ biceps, 2+/2+ knees. Hoffman's reflex absent bilaterally.
SENSATION: Sensation to pinprick normal in both hands.

LABORATORY DATA REVIEWED 5/9/2024:

| Component | Value | Date |
|---|---|---|
| RBS | 95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CHOL | 177 | 03/19/2024 |
| TG | 126 | 03/19/2024 |
| HDL | 35 (L) | 03/19/2024 |
| LDLCALC | 117 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| NA | 141 | 03/19/2024 |
| K | 4.0 | 03/19/2024 |
| CL | 104 | 03/19/2024 |
| CO2 | 30 | 03/19/2024 |
| BUN | 18 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CA | 9.7 | 03/19/2024 |

No results found for: "ALT", "AST", "GGT", "ALKP", "TBILI"

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| VITD25 | 33 | 03/19/2024 |

RADIOLOGY REPORT REVIEWED:

The following has been copied and pasted from MRI cervical spine on 8/24/2023:

**Impression**

Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

**Narrative**

MRI CERVICAL SPINE WITHOUT CONTRAST

** HISTORY **:
61 years old, bilateral hand pain

** TECHNIQUE **:
MR images of the cervical spine acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication.

BONES: Vertebral body height and alignment are normal. Marrow signal is normal.

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis.

C3-C4: No canal or foraminal stenosis.

C4-C5: No canal or foraminal stenosis.

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

**Clinical Notes (continued)**

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal.

The following has been copied and pasted from brachial plexus MRI from January 24, 2024:

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**Clinical Notes (continued)**

## COMMENTS

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

## RECOMMENDATIONS

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody

-no additional neurodiagnostic testing recommended outside of the above blood tests

-agree with occupational hand therapy evaluation

-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered

-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam

-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

This note was dictated using FLUENCY VOICE RECOGNITION SOFTWARE and transcription errors occasionally occur. Please contact me if there is a question about the intended meaning of a word or phrase in this dictation.

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:35 AM

**Flowsheets**

**Custom Formula Data**

| Row Name | 05/09/24 0838 | 05/09/24 0835 |
|---|---|---|
| OTHER | | |
| Birth Weight | — | 0 -LG at 05/09/24 0837 |

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| % Change from Birth Weight | — | 703092400 -LG at 05/09/24 0837 |
| BSA (Last Ht) | — | 0 -LG at 05/09/24 0837 |
| Ideal Body Weight (calculated) | — | Height Unknown -LG at 05/09/24 0837 |
| Contrast dose | — | 370.0 -LG at 05/09/24 0837 |
| Shock Index (NIBP) | 0.42 -LG at 05/09/24 0839 | 0.4 -LG at 05/09/24 0838 |
| BP to MAP Calculation | 103 -LG at 05/09/24 0839 | 102 -LG at 05/09/24 0838 |
| Vitals Reassessment | Yes -LG at 05/09/24 0839 | Yes -LG at 05/09/24 0838 |

**Encounter Vitals**

| Row Name | 05/09/24 0838 | 05/09/24 0835 |
|---|---|---|
| Encounter Vitals | | |
| BP | 144/82 -LG at 05/09/24 0839 | 148/79 -LG at 05/09/24 0838 |
| Pulse | 60 -LG at 05/09/24 0839 | 59 ! -LG at 05/09/24 0838 |
| Resp | — | 10 -LG at 05/09/24 0838 |
| Weight | — | 155 lb (70.3 kg) per patient -LG at 05/09/24 0837 |
| OTHER | | |
| BP Location | LA-LEFT ARM -LG at 05/09/24 0839 | LA-LEFT ARM -LG at 05/09/24 0838 |
| BP Patient Position | SITTING -LG at 05/09/24 0839 | SITTING -LG at 05/09/24 0838 |
| Cuff Size | Large Adult -LG at 05/09/24 0839 | Large Adult -LG at 05/09/24 0838 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| LG | Gurman, Lubov, MA | MEDICAL ASSISTANT | — | 05/09/2024 |

**Patient Instructions**

Steven,

It was a pleasure providing care for you today.

**Here is our Treatment Plan:**

-please go fasting to the lab to have blood drawn at your earliest convenience.

-the following supplements may help reduce nerve discomfort: curcumin with bioperine 1000 mg daily, alpha lipoic acid 600 mg daily, and/or palmitoylethanolamide (PEA) 400 mg 3 times per day. There are different forms of PEA so make sure it is palmitoylethanolamide. If you have difficulty finding curcumin then you can also use turmeric supplements. Just make sure they say that it contains "95% curcuminoids". Oral CBD products would be another option. Usually you need to go to a marijuana dispensary to get these and the staff would be able to provide recommendations based on

the products that they carry.

-while I do not think that your underlying symptoms are due to a primary nerve problem, trying different nerve pain medications would be reasonable. This would be through your primary care provider, but may include medications like duloxetine or venlafaxine. Alternatively, a trial of a stronger anti-inflammatory medication could be considered, especially since your symptoms are more likely due to underlying musculoskeletal inflammation. This would be medications like meloxicam, for example. I do not have much experience with these medications, but you could consider a trial with your primary care provider. If your pain can not be adequately controlled with conservative treatments and medications, then your primary care provider could involve a pain specialist for an opinion.

-I would also strongly consider following an anti-inflammatory diet. There are plenty of articles from reliable sources on the Internet that describe this, but simple rules of thumb for anti-inflammatory eating include the following:

Eat more plants. Whole plant foods have the anti-inflammatory nutrients that your body needs. So eating a rainbow of fruits, veggies, whole grains and legumes is the best place to start.

Focus on antioxidants. They help prevent, delay or repair some types of cell and tissue damage. They're found in colorful fruits and veggies like berries, leafy greens, beets and avocados, as well as beans and lentils, whole grains, ginger, turmeric and green tea.

Get your Omega-3s. Omega-3 fatty acids play a role in regulating your body's inflammatory process and could help regulate pain related to inflammation. Find these healthy fats in fish like salmon, tuna and mackerel, as well as smaller amounts in walnuts, pecans, ground flaxseed and soy.

Eat less red meat. Red meat can be pro-inflammatory. Are you a burger lover? Aim for a realistic goal. Try substituting your lunchtime beef with fish, nuts or soy-based protein a few times a week.

Cut the processed stuff. Sugary cereals and drinks, deep-fried food, and pastries are all pro-inflammatory offenders. They can contain plenty of unhealthy fats that are linked to inflammation. But eating whole fruits, veggies, grains and beans can be quick if you prep ahead for multiple meals.

**Follow-up:**

- I will send a copy of my note to your primary care provider. I would suggest checking in with her in a few months, after you have tried some of the conservative treatments listed above. If the symptoms are not adequately controlled then she could consider prescribing a prescription medication for pain, or possibly involving rheumatology or orthopedic hand surgery for opinions.

Sincerely,

Dan Lavery, MD
Department of Neurology

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:25 AM

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Letters**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/15/2024**

Status: Sent by batch
Letter body:

TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY

| Result | Value | Ref Range |
|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL |
| Comment: | All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA. | |

CRP (C-REACTIVE PROTEIN)

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

RHEUMATOID FACTOR, SERUM

| Result | Value | Ref Range |
|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL |

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/16/2024**

Status: Sent by batch
Letter body:

**ANA**

| Result | Value | Ref Range |
|---|---|---|
| ANA Screen | Negative | Negative |
| Comment: | ************************ This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected. | |

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/17/2024**

Status: Sent by batch
Letter body:

**IMMUNOFIXATION, SERUM**

| Result | Value | Ref Range |
|---|---|---|
| Serum Immunofixation | | |

No monoclonal protein detected by immunofixation electrophoresis.

**Letters (continued)**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/19/2024**

Status: Sent by batch
Letter body:
VITAMIN B6 (PYRIDOXINE)

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L |
| Comment: | INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)<br><br>Pyridoxal 5'-phosphate measured in a specimen collected following<br>an 8-hour or overnight fast accurately indicates vitamin B6<br>nutritional status. Non-fasting specimen concentration reflects<br>recent vitamin intake.<br><br>This test was developed and its performance characteristics<br>determined by ARUP Laboratories. It has not been cleared or<br>approved by the US Food and Drug Administration. This test was<br>performed in a CLIA certified laboratory and is intended for<br>clinical purposes.<br>Performed By: ARUP Laboratories<br>500 Chipeta Way<br>Salt Lake City, UT 84108<br>Laboratory Director: Jonathan R. Genzen, MD, PhD<br>CLIA Number: 46D0523979 | |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Daniel Philip Lavery Jr., MD | 5/9/2024 8:23 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Neurology Appointment Notifications | 3/27/2024 7:00 PM |

**Messages (continued)**

Appointment For: Steven Weller (1550-03-73)
Visit Type: TKT NEUR OVN (1103142)

5/9/2024 8:40 AM 40 mins. Lavery, Daniel Philip Jr., MD WMS-NEUR

Patient Comments:
Neuropathic pain

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 5/9/2024 8:23 AM PDT - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

**Referrals**

**Outpatient Service #1915166626**

Reason: Specialty Services Required
Class: Internal
Status updated on: 3/27/2024
Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 3/27/2024 to 3/27/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000
Provider phone: 503-813-2000
Department: EIN-IM
Provider: Foster, Kellie R, MD
Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: WMS-NEUR
Specialty: Neurology
Department phone: 844-364-4807

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**213904 - REFERRAL NEUROLOGY CONSULTATION.**

Number requested: 1 Number approved: 1

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Referrals (continued)**

**Diagnoses**

- M79.2 (ICD-10-CM) - NEUROPATHIC PAIN
- M72.2 (ICD-10-CM) - FIBROMATOSIS OF BILAT PLANTAR FASCIA
- M25.541, M25.542 (ICD-10-CM) - BILAT HAND JOINT PAIN
- M25.521, M25.522 (ICD-10-CM) - BILAT ELBOW JOINT PAIN
- G56.22 (ICD-10-CM) - LEFT ULNAR NEUROPATHY

**Referral Notes**

**Scheduling Ticket Sent by McDowell, Chantal Yun at 3/27/2024 1549**

Scheduling Ticket Sent.

**Specialty Comments by Noble, Geoffrey Peter, MD, PhD at 3/27/2024 1253**

Summary: Schedule in OVN appointment slot with Benjamin Koo, MD, Dan Lavery, MD, Branavan Mahadeva, MD, or Geoffrey Noble, MD. Send General questionnaire(s).

Schedule in **OVN** appointment slot with **Benjamin Koo, MD, Dan Lavery, MD, Branavan Mahadeva, MD, or Geoffrey Noble, MD.** Send **General** questionnaire(s).

SCRIPTING FOR APPOINTMENT SCHEDULING:
"The Neurologist who reviewed your referral recommended a regular consultation appointment for you. This consultation will include an overall assessment that will help determine follow up steps which may include recommendations for you and your Primary Care Clinician or follow up with the Neurologist.

We will be sending you a questionnaire to complete prior to your appointment. Please remember bring that questionnaire with you and arrive 15 minutes prior to your appointment to allow time to check in and maximize your appointment time."

CANCEL LIST (for all members being booked more than 5 business days from time of call or any member dissatisfied w/ appointment time)
"I will add your request (for sooner appointment, different time, other physician) to our courtesy list. If an appointment meeting your request comes available someone will call you as soon as possible. What is the best number to call if we get a cancellation for you? Can you also tell me the shortest notice that would still make it possible for you to come to an open appointment, so I can note it with your request?"

**Provider Comments by Foster, Kellie R, MD at 3/27/2024 0611**

Summary: Provider Comments

Last visit to Neurology in 10 Years:
------------------------------------
No appointments were found for this specialty within the specified time limit.

**Status History**

| Change | User | Date/Time |
|---|---|---|

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

### Referrals (continued)

| | | |
|---|---|---|
| From Pending Review to Authorized | Noble, Geoffrey Peter, MD, PhD | 03/27/2024 1253 |

#### Order

**REFERRAL NEUROLOGY CONSULTATION. [605762748]**

Electronically signed by: **Foster, Kellie R, MD on 03/27/24 0611** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/27/24 0611 Authorized by: Foster, Kellie R, MD
Ordered during: Office Visit on 03/19/2024
Diagnoses
NEUROPATHIC PAIN [M79.2]
FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
BILAT HAND JOINT PAIN [M25.541, M25.542]
BILAT ELBOW JOINT PAIN [M25.521, M25.522]
LEFT ULNAR NEUROPATHY [G56.22]
Order comments: Last visit to Neurology in 10 Years: ---------------------------------- No appointments were found for this specialty within the specified time limit.

#### Coverages

**Deductible Plan**

| Plan | Covered | From | Member # |
|---|---|---|---|
| 5033270 | Covered | 3/1/2024 | 15500373 |

### Vitals

**Vital Signs - Last Recorded** Most recent update: 5/9/2024 8:39 AM

| BP | Pulse | Resp | Wt |
|---|---|---|---|
| 144/82 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Large Adult) | 60 | 10 | 155 lb (70.3 kg)<br>Comment: per patient |

## 05/06/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- DIAGNOSTIC IMAGING RESULTS

**Clinical Notes**

**Unknown**

**Telephone Encounter by Greene, Kathryn Rose, LPN at 5/6/2024 1613**

Author: Greene, Kathryn Rose, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 5/6/2024 4:31 PM | Encounter Date: 5/6/2024 | Creation Time: 5/6/2024 4:13 PM
Status: Signed | Editor: Greene, Kathryn Rose, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from MRI 1/2024:*

**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**05/06/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**All Measurements**

Exam End: 01/24/24 8:45 AM
Specimen Collected: 01/24/24 9:16 AM  Last Resulted: 01/24/24 9:31 AM

Kathryn Greene, LPN

Electronically signed by Greene, Kathryn Rose, LPN at 5/6/2024 4:31 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Panagiotis D Fourtounis, MD<br>Last Read in kp.org<br>5/7/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/6/2024 5:07 PM |

Steven I think a phone or video appointment to discuss this issue with Dr Foster is a good idea.
Panos Fourtounis, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/6/2024 1:23 PM |

Were you able to get any answers about the masses that were found in my back during the last MRI scan?

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

#### Provider Information

**Encounter Provider**
Esterberg, Chad Andrew, PA

#### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

#### Follow-up and Dispositions

### Reason for Visit

#### Chief Complaint

- REFERRAL (PT)

**Revision History**

McGath, Tracy, MA on 5/6/2024 0831
- OTHER (FYI)

#### Visit Diagnoses

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #3 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |

### Clinical Notes

#### Unknown

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 0831**

Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 5/6/2024 8:31 AM | Encounter Date: 5/5/2024 | Creation Time: 5/6/2024 8:31 AM
Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 8:31 AM

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 1703**

Author: McGath, Tracy, MA
Service: —
Author Type: MEDICAL ASSISTANT
Filed: 5/6/2024 5:04 PM
Encounter Date: 5/5/2024
Creation Time: 5/6/2024 5:03 PM
Status: Signed
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: No staging indicated, routed to clinician.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 5:04 PM

**Addendum Note by Esterberg, Chad Andrew, PA at 5/7/2024 0900**

Author: Esterberg, Chad Andrew, PA
Service: —
Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 5/7/2024 9:00 AM
Encounter Date: 5/5/2024
Creation Time: 5/7/2024 9:00 AM
Status: Signed
Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.))
Addended by: ESTERBERG, CHAD ANDREW on: 5/7/2024 09:00 AM

Modules accepted: Orders

Electronically signed by Esterberg, Chad Andrew, PA at 5/7/2024 9:00 AM

**Telephone Encounter by McGath, Tracy, MA at 5/7/2024 1156**

Author: McGath, Tracy, MA
Service: —
Author Type: MEDICAL ASSISTANT
Filed: 5/7/2024 11:56 AM
Encounter Date: 5/5/2024
Creation Time: 5/7/2024 11:56 AM
Status: Signed
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: Message completed.
Instructions given to pt.
Closing encounter.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/7/2024 11:56 AM

**Messages**

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Tracy McGath, MA | Weller, Steven | 5/7/2024 11:57 AM |

Last Read in kp.org
5/7/2024 12:00 PM by Weller, Steven

Hello Steven,
It was nice talking to you today. Let us know if you have any other questions or concerns.

**05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

Have a nice day, Tracy, MA for Chad Esterberg, PA-C

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/7/2024 10:21 AM |

I made the first available appointment for July 5 via the KP app, but I'm confused about the location.

It was at this place, which I can't find anywhere else. There seems to be confusion about NE vs NW in the address and it's not in your list below.

Tanasbourne Physical Therapy
10315 NE Tanasbourne Drive
Hillsboro OR 97124-5860
844-394-3972

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/7/2024 10:18 AM by Weller, Steven | Weller, Steven | 5/7/2024 9:00 AM |

Sounds good. I placed the PT referral. You will need to call them to schedule the initial visit. See below for their contact info.

Take care,
Chad Esterberg, PA-C

PHYSICAL THERAPY APPOINTMENTS

You have been referred for a Physical Therapy (PT) evaluation. To ensure you receive the best care in the appropriate time frame, each referral will be reviewed by a licensed therapist prior to scheduling your appointment. Please allow 24 hours for this to occur, and then contact our offices.

Please arrive 15 minutes early to register for your appointment.

Wear loose fitting clothing, and bring shorts if your leg is to be assessed.

Physical therapy appointments are in high demand. If you need to cancel an appointment please give 48 hours

notice so that someone else may use that appointment time. Cancel on-line at kp.org or call our automated line at (800) 813-2000 and follow the prompts.

The therapist you see will provide an initial assessment and determine if additional therapy is indicated. Physical Therapy is a limited benefit. Please check your benefit booklet or with Membership Services about your coverage for these services.

THERAPY LOCATIONS
Portland Metro Area (503) 571-4910, or from outside of the Portland Area 1-844-394-3972. Our appointing staff is available to assist you from 8:00 am - 5:00 pm, Monday through Friday.

| | Beaverton Medical Office: 4855 S.W. Western Avenue Beaverton, OR

| | Central Interstate Medical Office: 3600 N. Interstate Ave. Portland, OR

| | Mount Talbert Medical Office: 10100 SE Sunnyside Rd, Clackamas, OR

| | Orchards Medical Office: 7101 N.E. 137th Ave. Vancouver, WA

| | Sunnybrook Medical Office: 9900 SE Sunnyside Rd Clackamas, OR

| | Sunnyside Medical Office: 10180 S.E. Sunnyside Rd. Clackamas, OR

| | Tualatin Medical Office: 19185 SW 90th Ave. Tualatin, OR

| | North Lancaster Medical Office: 2400 Lancaster Drive NE Salem, OR

| | Skyline Medical Office: 5125 Skyline Road South Salem, OR

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/6/2024 1:21 PM |

I share your concern about wheelchair use. I walk as normally as possible when the pain permits and stability is not an issue. Unfortunately from experience I know that ignoring the pain just leads to an exponential rise and days of incapacity. Fingers crossed that the steroid will help and I can bear more weight.

Yes let's see what PT can do. This will help guide me for pool use also.

Better news today. My hip barely hurts today following the rest I gave it, but I lost a few days there due to the pain causing a very depressed mood.

**Nonurgent medical questions or concerns~Other**

**05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/6/2024 1:09 PM by Weller, Steven | Weller, Steven | 5/6/2024 9:14 AM |

Hi Steven. Thanks for the update. Its possible you may have overdone it in the pool, but my concern is having you become reliant on the wheelchair. This will lead to muscle deconditioning and even more difficulty tolerating pool exercises or physical therapy. I would recommend discontinuing the wheelchair and try using a cane for extra stability. The more active you are and walking under your own ability will be helpful. I think working with physical therapy would be incredibly beneficial. If you would like to try, let me know and I can place a referral.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/5/2024 8:00 AM |

I had steroid shots in my left knee and right hip on 4/26. The hip shot felt just like the successful one in my right hip March 2023, and very much unlike the unsuccessful one in my right hip June 2023. I rested for a few days and let the discomfort wear off.

By 4/30 my hip felt maybe a little better and I went to a warm water pool and did very gentle exercise for 30 minutes. That hurt my left knee as it has in the past and now, five days later, it's still a little sore, so no definitive improvement there, bit there are some signs it's doing better than it has in the past.

My right hip is currently somewhat worse than before the shot. I'm using a wheelchair in the house 100% of the time to keep the weight off it and it hurts much of the time. I'm not sure what to think, but obviously I should give it more time before reaching conclusions. Maybe I overdid it in the pool? It was really gentle exercise, so that would be surprising, and my left hip did just fine.

## 05/01/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/1/2024 1:33 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/29/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL REQUESTED

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 4/30/2024 1343**

Author: Segletes, Paula Ann, LPN    Service: —    Author Type: LICENSED PRACTICAL NURSE
Filed: 4/30/2024 1:46 PM    Encounter Date: 4/29/2024    Creation Time: 4/30/2024 1:43 PM
Status: Signed    Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for orders, O.T. PENDED
- Patient inquires about OT referral discussed on 4/23 during VV (copied below.)
- O.T. referral pended.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from VV encounter on 4/23/24 by Kellie R. Foster, MD :*

Left thumb- - inovluntary twrsit - does seem connected to eblow
Only on left

Pain in eblow is better - more gradual
MRI brachial plexus

L 2nd finger episodic severe pain

Has to limit computer use and I phone use

Using electronic wheelchair now
Manual wheelcair 1/2 time

Mass in thig, prior imaging

Left hand > right - seeing OA change in R hand 5th finge
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 04/29/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) No diagnosis found.

Alpha lipoic acid
OT
Neurology referral
Mass in shoulder MRI

P) No orders of the defined types were placed in this encounter.

minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Segletes, Paula Ann, LPN at 4/30/2024 1:46 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>5/6/2024 1:21 PM by Weller, Steven | Weller, Steven | 5/1/2024 12:50 PM |

Dear Mr Weller,

Thank you for your message and I apologize for delay in getting you this information. Here is OT scheduling

info:

You have been referred for a Occupational Therapy evaluation. Schedule online at kp.org or call us to schedule your Occupational Therapy appointment at 1-844-394-3972, 8 am to 5 pm Monday through Friday. Occupational therapy requires that you schedule the appointment, they will not call you.

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/29/2024 6:53 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Norton, Kyle Robert, PA | Norton, Kyle Robert, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- INJECTION (Right hip )

**Visit Diagnosis**

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Norton, Kyle Robert, PA | 04/26/2024 1200 |

### Clinical Notes

**Unknown**

**Progress Notes by Norton, Kyle Robert, PA at 4/26/2024 1430**

Author: Norton, Kyle Robert, PA Service: — Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 4/26/2024 2:48 PM Encounter Date: 4/26/2024 Creation Time: 4/26/2024 11:59 AM
Status: Signed Editor: Norton, Kyle Robert, PA (PHYSICIAN ASSISTANT (P.A.))

Procedure Orders
1. INJ LRG JT/BURSA: R intra-articular hip joint [609887228] ordered by Norton, Kyle Robert, PA
2. INJ LRG JT/BURSA: L knee joint [609902605] ordered by Norton, Kyle Robert, PA

Post-procedure Diagnoses
1. OSTEOARTHRITIS OF RIGHT HIP [M16.11]

04/26/24

Chief compliant: Right hip pain.

Interim history: Steven Weller is a 62 yrs male who presents today for right hip US guided intraarticular corticosteroid injection. + previous injections last year to his hip in CA. He states that intra-articular injection to the left hip provided excellent pain relief and continues to do well. The injection of the right hip was not as effective.

Denies adverse reaction to injections in the past. Denies any calf pain, fever or chills.

Impression:
1. Right hip osteoarthritis - mild on x-rays. Reports short-term improvement with prior intra-articular hip injection.
2. Left knee osteoarthritis: Mild on x-rays.

Plan:
1. Right hip US guided intraarticular corticosteroid injection. See procedure note below.
2. Left knee corticosteroid injection today.
3. RTC no sooner than 3 months for repeat injections.

All questions answered.

**INJ LRG JT/BURSA: R intra-articular hip joint**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **hip**
Site: **R intra-articular hip joint**
Guidance: **ultrasound**

**Right Injection Details:**
Approach: **anterolateral**
Needle Type: **spinal**
Needle Gauge: **22 G**
Topical Anesthetic: **lidocaine (3 cc 1%lido with 25g needle)**

**Medications:**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications and pain medications**

**INJ LRG JT/BURSA: L knee joint**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **knee**
Site: **L knee joint**

**Left Injection Details:**
Approach: **anterolateral**
Needle Type: **standard**
Needle Gauge: **22 G**
Topical Anesthetic: **ethyl chloride(cold spray)**

**Medications:**
  **80 mg methylPREDNISolone Acetate 80 mg/mL**
  **6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications, elevation and pain medications**

Electronically signed by Norton, Kyle Robert, PA at 4/26/2024 2:48 PM

**Nursing Note by Carmen, Sandibel, MA at 4/26/2024 1430**

| | | |
|---|---|---|
| Author: Carmen, Sandibel, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 4/26/2024 2:26 PM | Encounter Date: 4/26/2024 | Creation Time: 4/26/2024 2:22 PM |
| Status: Signed | Editor: Carmen, Sandibel, MA (MEDICAL ASSISTANT) | |

Steven Weller
62 yrs

**Chief Complaint**
Patient presents with
- INJECTION

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

*Right hip*

**Issues/concerns: the last injection helped him for a few wks**

Pt is here with self , in room 12
Current pain level 3/ 10, taking ibuprofen
Pain Medication prescribed by: otc
Does patient takes prescription blood thinning medication? No
Does patient take Aspirin daily? No

**Treatments:**
Prior surgeries; no
Prior injections; 06/2023
PT; no
Ambulates with none

Panel Support Tool Reviewed.
No gaps identified.

Sandibel Carmen, MA

Electronically signed by Carmen, Sandibel, MA at 4/26/2024 2:26 PM

**Medication Administrations**

**methylPREDNISolone Acetate Inj 80 mg (DEPO-Medrol) [609902673]**

Ordering Provider: Norton, Kyle Robert, PA
Ordered On: 04/26/24 1448
Ordered Dose (Remaining/Total): 80 mg (0/1)
Frequency: OUTPATIENT (PROVIDER GIVEN ONE TIME)
Status: Completed (Past End Date/Time)
Starts/Ends: 04/26/24 1430 - 04/26/24 1430
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Site | Other Information |
|---|---|---|---|---|
| Performed 04/26/24 1430<br>Documented: 04/26/24 1448 | Given | 80 mg | Left Knee | Performed by: Norton, Kyle Robert, PA<br>Scanned Package: 70121-1552-1 |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kyle Robert Norton, PA | 4/26/2024 2:20 PM |

Patient Questionnaire Submission

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Messages (continued)**

---------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Kpnw Kiosk Coronavirus**

| Question | 4/26/2024 2:20 PM PDT - Filed by Patient |
|---|---|
| Do you have fever, chills, cough, shortness of breath, fatigue, muscle aches, sore throat, runny/stuffy nose, and/or loss of taste and smell? No: | No |
| Have you had an exposure in the past 14 days to someone with COVID or have you been told to quarantine or isolate because of an exposure? | No |
| Have you had a positive COVID test WITHIN THE LAST 20 DAYS? | No |

## 04/23/2024 - Telemedicine in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

**Reason for Visit**

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- BILAT HAND JOINT PAIN [M25.541, M25.542]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 04/30/2024 2307 |
| Diagnosis #2 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 04/30/2024 2307 |

**Clinical Notes**

**Unknown**

**Progress Notes by Foster, Kellie R, MD at 4/23/2024 0840**

Author: Foster, Kellie R, MD
Filed: 4/30/2024 11:11 PM
Status: Signed
Service: —
Encounter Date: 4/23/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 4/23/2024 8:34 AM

### Primary Care: Video Visit Appointment

**Reason for Call / Notes from Prior Visit:**
Symptom Follow up

### Patient comments / history:

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of chronic pain in the hands and hips, reports a new symptom of twitching in the left thumb. The twitching is described as random and possibly related to the position of the elbow. The patient has been wearing a brace for the past six months, which has led to a slow, month-to-month improvement in elbow pain.

## 04/23/2024 - Telemedicine in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

The patient also reports a general increase in hand pain, described as a stinging sensation, particularly noticeable at night. The pain is low-level and not distracting during daily activities, but there is a concern that it is gradually worsening. The patient has limited use of his hands due to the pain, which has led to a decrease in physical activity and an increase in sedentary activities such as watching TV.

The patient has been using an electric wheelchair for mobility, which has led to a decrease in hip pain due to less physical strain. However, the patient reports that the right hip pain can become severe if overused.

Recent brachial plexus MRI showed 2 soft tissue masses, pt asking if f/u indicated, not causing pain

The patient has also been informed that he is a candidate for cataract surgery within the next year. He has a history of floaters in the eyes.

The patient is currently on long-term disability and is in the process of applying for Social Security Disability Insurance (SSDI).

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
BILAT HAND JOINT PAIN

Neurological Symptoms: Persistent hand pain, possibly worsening. New symptom of left thumb twitching, possibly related to elbow position.
-has neurology consult scheduled for next month
-Consider trial of alpha lipoic acid supplement for nerve pain relief.
-Referral to occupational therapy for advice on minimizing stress on hands during daily activities.

Muscle Masses: Two masses identified in shoulder muscles on MRI, in addition to a long-standing mass in the thigh.
-Consult with radiologist for further assessment and guidance on follow-up.

**04/23/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Cataracts: Identified during recent eye exam, with potential need for surgery within the next year.
-Plan to consult with ophthalmologist at Kaiser for further evaluation and potential surgery planning.

P)
**Orders Placed This Encounter**
- Alpha Lipoic Acid 600 mg Oral Cap
- Elbow/Forearm/Wrist/Hand Musculoskeletal OT

21 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Foster, Kellie R, MD at 4/30/2024 11:11 PM

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser | Weller, Steven | 3/19/2024 1:59 PM |
| Last Read in kp.org<br>4/29/2024 6:51 PM by Weller, Steven | | |

Appointment Information:
Visit Type: Video visit
Date: 4/23/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 8:40 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link

2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

## 04/18/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 4/19/2024 1637**

Author: Manjarrez, Virginia, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 4/19/2024 4:37 PM
Encounter Date: 4/18/2024
Creation Time: 4/19/2024 4:37 PM
Status: Signed
Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 4/23/2024 8:40 AM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 4/26/2024 2:30 PM (Arrive by 2:15 PM) | Kyle Robert Norton | Westside Medical Office Orthopedics | 971-310-3240 | |
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |

Electronically signed by Manjarrez, Virginia, LPN at 4/19/2024 4:37 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

From
Kellie R Foster, MD
Last Read in kp.org
4/23/2024 5:36 AM by Weller, Steven

To
Weller, Steven

Sent and Delivered
4/22/2024 10:07 PM

Dear Mr Weller,

Thank you for the update. I am glad you will be meeting with Dr Lavery soon and that you also have been able to establish with orthopedics.

Take care,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/18/2024 3:12 PM |

I have developed a new neurological symptom in my left hand over the past month. My left thumb twitches toward the palm randomly, sometimes hardly at all and sometimes every few seconds. I think it's related to the angle of my left elbow, but am not sure.

I will discuss this at my upcoming neurology appointment.

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Center X-Ray | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-4602 |

### Reason for Visit

**Visit Diagnosis**

- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Kpnw, Ordtrans | 03/28/2024 1542 |

### Visit Account Information

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 41206540 | Outpatient | Closed | VST MBR KP NCAL - KP INTRGNL NO CALIFORNIA |

**Guarantor Account (for Hospital Account #41206540)**

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NW | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| | | H)<br>O) | | |

**Coverage Information (for Hospital Account #41206540)**

**1. VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| Claims Administration - NCAL<br>PO Box 12923<br>Oakland, CA 94604-2923 | 626-381-3882 | |

**2. DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000/40 X**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000/40 X | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Laura A | | 15500373 |
| **Address** | **Phone** | |
| 500 NE MULTNOMAH<br>PORTLAND, OR 97232 | | |

### Events

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Events (continued)**

**Hospital Outpatient at 3/28/2024 1530**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Discharge at 3/28/2024 2359**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Imaging**

**Imaging**

**XR LEFT KNEE 3 VIEWS [606041075] (Final result)**

Electronically signed by: **Esterberg, Chad Andrew, PA on 03/28/24 1538** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 03/28/24 1538
Authorized by: Esterberg, Chad Andrew, PA
Ordering mode: Standard
Frequency: Routine X1 03/28/24 1542 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Khouth, Ann M 3/28/2024 3:42 PM
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Esterberg, Chad Andrew, PA | 1558700781 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING, LATERAL, AND MERCHANT |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Date of Birth (by verbal statement or documentation). | |
| 2nd Patient Identifier: | Patient name (as stated by patient or their family). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |
| Chaperone? | | |
| Full name and role of chaperone | | |
| Guest? | | |

**XR LEFT KNEE 3 VIEWS [606041075]** Resulted: 04/02/24 1735, Result status: Final result

Order status: Completed
Resulted by: Cho, Josephine O., MD
Filed by: Interface, Powerscribe360 04/02/24 1737
Performed: 03/28/24 1546 - 03/28/24 1600
Accession number: 19022528550
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

EXAM: XR LEFT KNEE 3 VIEWS
EXAM DATE AND TIME: 3/28/2024 3:30 PM

HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

COMPARISON: None.

TECHNIQUE: Frontal, lateral and patellar views

Impression:
FINDINGS/IMPRESSION:

There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.

OSTEOARTHRITIS GRADING:

-Medial compartment: 0
-Lateral compartment: 0
-Patellofemoral compartment: 0

NWP Osteoarthritis Pathway Grading System Criteria:

1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM
Acknowledged by: Esterberg, Chad Andrew, PA on 04/05/24 1108

**Recipients**

**Esterberg, Chad Andrew, PA**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589906629 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - KPRL | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**Signed**

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

Electronically signed by Cho, Josephine O., MD on 4/2/24 at 1735 PDT

**All Reviewers List**

Esterberg, Chad Andrew, PA on 4/5/2024 11:08 AM

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Esterberg, Chad Andrew, PA | Esterberg, Chad Andrew, PA | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 4** |

### Reason for Visit

**Chief Complaint**

- INJECTION - Right Knee

**Visit Diagnoses**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |

### Clinical Notes

**Unknown**

**Progress Notes by Esterberg, Chad Andrew, PA at 3/28/2024 1510**

Author: Esterberg, Chad Andrew, PA　Service: —　Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 3/28/2024 3:40 PM　Encounter Date: 3/28/2024　Creation Time: 3/28/2024 11:34 AM
Status: Signed　Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.))

**ORTHOPEDIC SURGERY CLINIC HIP/LABRUM EXAM**
**3/28/2024**

Requested services from Kellie R Foster, MD

**Chief Complaint:** right hip discomfort

**History of Present Illness:**
Steven Weller is a 62 yrs male who presents with longstanding bilateral hip pain but the right hip has been the most bothersome for him. When he was living in California he had bilateral intra-articular hip injections which were helpful. He localizes the pain to the anterior groin of both hips which becomes significantly aggravated any time he stands up

replace his weight on his legs. He has been using a wheelchair at home to get around once the hip start to become aggravated.

He has done water therapy in the past which he found very helpful for the hips but because of baseline left knee pain, he has not been able to continue this or try any other physical therapy out of concern that it will make his knee worse thus debilitating him further. He has not had any treatment for the knee or an injection. There have been a recent left knee x-rays but he would be open to considering an injection depending on those results and would also like to proceed with another hip injection.

**Answers submitted by the patient for this visit:**

Orthopedic/Podiatry Questionnaire (Submitted on 3/22/2024)

**Chief Complaint: PAIN**

Occupation: Software Engineer
Location of problem: hip
Laterality: right
Problem start: 5/1/2023
Specific injury: Started due to additional use from left hip being unable to take weight
Previous treatments: Right hip steroid injection June 2023
Pain level: 3/10
Symptoms: aching, dull, sharp
Progression: staying the same
Frequency: constant, gets worse later in day, pain with activity, pain at rest
Trouble taking off socks: No
Stairs: normally
Ability to walk: less than 1 block
Devices used: cane, wheelchair
Aggravated by: standing / walking, going up stairs, going down stairs, during walking / exercise
Relieved by: rest, heat, cortisone shots

No past medical history on file.

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Allergies:
Patient has no known allergies.

No active medications on file as of 03/28/2024

No past surgical history on file.

Social History

Socioeconomic History

| | |
|---|---|
| • Marital status: | Unknown |
| Spouse name: | Not on file |
| • Number of children: | Not on file |

- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Not on file
- Smokeless tobacco: Not on file

Substance and Sexual Activity
- Alcohol use: Not on file
- Drug use: Not on file
- Sexual activity: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Unknown (3/11/2024)
Housing Stability Vital Sign
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: Not on file
- Unstable Housing in the Last Year: No

**Physical Exam:**
The patient presents in no acute distress.
He is utilizing a motorized wheelchair today.
Mild left anterior groin discomfort with passive logroll of the leg. No pain with passive log-rolling of the right leg.
Negative straight leg raise bilaterally.
Hip flexion to 120° bilaterally, 45° of external rotation and 20° of internal rotation bilaterally.
Mild anterior groin discomfort of both hips at full hip flexion.

Left knee with mild tenderness to palpation across the anterior side and around the patella.
Knee range of motion is 0-120 degrees.
Mild patellar crepitus.
Stable to varus and valgus stress.
Neurovascularly intact.

*The following has been copied and pasted from MRI of the right hip on 9/2/23:*
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

**Clinical Notes (continued)**

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

**Impression:**
Right hip OA and left knee pain.

**Plan:**
- He will get left knee x-rays today and I will message him with the results once reviewed.
- I will schedule him for an ultrasound-guided right hip intra-articular steroid injection and possible left knee injection at the same time if he chooses to proceed.

Chad Esterberg PA-C
Orthopedics
Westside Medical Center

*Please be aware that this note has been partially dictated using Fluency dictation voice recognition software. It has been reviewed for major content, but may contain minor mistakes due to the limitations of the software.*

Electronically signed by Esterberg, Chad Andrew, PA at 3/28/2024 3:40 PM

**Nursing Note by Tolentino, Ana M, LPN at 3/28/2024 1510**

Author: Tolentino, Ana M, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 3/28/2024 3:22 PM | Encounter Date: 3/28/2024 | Creation Time: 3/28/2024 3:18 PM
Status: Signed | Editor: Tolentino, Ana M, LPN (LICENSED PRACTICAL NURSE)

Accompanied by: Self
BP Method: none taken
Weight Bearing Status: Full
Weight: Patient declined
Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.

Ana M. Tolentino, LPN

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/28/24 1516 |
|---|---|
| Encounter Vitals | |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Pain Score | 1 (scale 0-10) -AT at 03/28/24 1516 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| AT | Tolentino, Ana M, LPN | LICENSED PRACTICAL NURSE | Nursing | 03/28/2024 |

**Patient Instructions**

KAISER PERMANENTE

Dear Steven Weller

It was a pleasure to see you today.

Should you have any questions, please contact our advice nurse at (971) 310-3240. You may receive a questionnaire in the mail about today's visit. If you do please take the time to fill it out and return it as soon as possible. This will help us to better serve you.

Thank you for allowing me and my team the privilege of caring for you today. **YOU are the reason we are here, and I truly hope we provided you with the excellent service you deserve**. Please let us know if there is anything else we can do for you so that we can be sure you are leaving completely satisfied with your care experience.
If your symptoms persist or worsen please return to the clinic otherwise please follow up with your primary care provider.

Be well and thrive,

Chad Esterberg, PA-C
KAISER WESTSIDE ORTHOPAEDICS
2875 NW STUCKI AVE
HILLSBORO, OR 97124

**If I ordered new medication(s) or refill(s) today to be delivered to you by mail-order, you must call 1-800-548-9809 when you are ready to have the medications mailed to you. THE MAIL ORDER PHARMACY WILL NOT FILL YOUR PRESCRIPTIONS UNTIL THEY RECEIVE YOUR CALL!**

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Letters**

**Results Release Online by Esterberg, Chad Andrew, PA on 4/5/2024**

Status: Sent by batch
Letter body:

**XR LEFT KNEE 3 VIEWS**

*Narrative*
*EXAM: XR LEFT KNEE 3 VIEWS*
*EXAM DATE AND TIME: 3/28/2024 3:30 PM*

*HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)*

*COMPARISON: None.*

*TECHNIQUE: Frontal, lateral and patellar views*

*Impression*
*FINDINGS/IMPRESSION:*

*There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.*

*OSTEOARTHRITIS GRADING:*

*-Medial compartment: 0*
*-Lateral compartment: 0*
*-Patellofemoral compartment: 0*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM*

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Chad Andrew Esterberg, PA | 3/22/2024 12:12 PM |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Messages (continued)**

Patient Questionnaire Submission

---------------------------------

Your response has been received.

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Kp Ort Bones Nw Orthopedic/Podiatry Questionnaire**

| Question | 3/22/2024 12:12 PM PDT - Filed by Patient |
|---|---|
| What is your occupation? | Software Engineer |
| What is the main reason for today's visit? | hip |
| Which side of the body are you having a problem with? | right |
| When did the problem start? | 5/1/2023 |
| If this was the result of a specific injury, please describe below. Otherwise, please state "No injury". | Started due to additional use from left hip being unable to take weight |
| Please list any treatments or surgeries you have had for this problem. | Right hip steroid injection June 2023 |
| Please rate the severity of your pain (0 = no pain, 10 = the worst pain) | 3 |
| Please describe the symptoms you are experiencing. | aching<br>dull<br>sharp |
| Are your symptoms: | staying the same |
| How often are you having these symptoms? | constant<br>gets worse later in day<br>pain with activity<br>pain at rest |
| Do you have trouble taking off your socks? | No |
| Are you able to use stairs: | normally |
| How far can you walk? | less than 1 block |
| Do you need to use any of the following devices? | cane<br>wheelchair |
| What makes your symptoms worse? | standing / walking<br>going up stairs<br>going down stairs<br>during walking / exercise |
| What makes your symptoms better? | rest<br>heat<br>cortisone shots |

**Referrals**

**Outpatient Service #1915141737**

Reason: Specialty Services Required
Class: Internal
Status updated on: 3/22/2024

Priority: Routine
Status: Authorized - Approve - New (schedule)
Valid dates: From 3/19/2024 to 3/19/2025

**Referred From**

Location: INTERSTATE MEDICAL OFFICE EAST
Department phone: 800-813-2000

Department: EIN-IM
Provider: Foster, Kellie R, MD

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Referrals (continued)**

Provider phone: 503-813-2000
Provider address: 3550 North Interstate Avenue Portland OR 97227

**Referred To**

Department: SYB-ORTH
Specialty: Orthopaedics
Department phone: 503-571-3653

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**200353 - REFERRAL ORTHOPEDIC**

Number requested: 1 Number approved: 1

**Diagnoses**

- M25.551 (ICD-10-CM) - RIGHT HIP JOINT PAIN

**Referral Notes**

**Sent Kp.org Message by Rodriguez, Jessica Marie at 3/22/2024 0906**

KP Message Sent

**Specialty Comments by Southam, Jodi Dew, MD at 3/22/2024 0538**

F2F TJ AC

**Specialty Comments by Silvey, Amy M, RN at 3/20/2024 0821**

Summary: No films have been ordered nor completed for this patient (right hip). Message sent to referring provider to contact patient to complete.

No films have been ordered nor completed for this patient (right hip). Message sent to referring provider to contact patient to complete.
Amy M. Silvey, RN

**Provider Comments by Foster, Kellie R, MD at 3/19/2024 1354**

Summary: Provider Comments

No results found for: "HGA1C", "HGBA1CPED", "HGBA1CEXTRSL"
No image results found.

**Status History**

| Change | User | Date/Time |
|---|---|---|
| From Pending Review to Authorized | Southam, Jodi Dew, MD | 03/22/2024 0538 |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Referrals (continued)**

**Order**

**REFERRAL ORTHOPEDIC [604759150]**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354 Authorized by: Foster, Kellie R, MD
Ordered during: Office Visit on 03/19/2024
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]
Order comments: No results found for: "HGA1C", "HGBA1CPED", "HGBA1CEXTRSL" No image results found.

**Coverages**

**Deductible Plan**

| Plan: 5033270 | Covered: Covered | From: 3/1/2024 | Member #: 15500373 |
|---|---|---|---|

## 03/22/2024 - Patient Message in Sunnybrook Orthopedics

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Initiated, Patient/Staff |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Orthopedics | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-3653 |

**Messages**

**ORTHOPEDIC REFERRAL**

| From | To | Sent and Delivered |
|---|---|---|
| Jessica Marie Rodriguez | Weller, Steven | 3/22/2024 9:06 AM |
| Last Read in kp.org<br>3/22/2024 9:36 AM by Weller, Steven | | |

Your health care clinician has referred you to the Orthopedics Department for a Consultation. Please call us when you are ready to schedule your appointment or if you have any questions at (503) 571- 4227. We are available Monday- Friday from 8:00am to 5:00pm. If you have already made an appointment, please disregard this notice.

We look forward to speaking with you, to ensure you receive the care you need. As a reminder, your referral is valid for one year.

Be healthy. Live well. Thrive.

Sincerely,

Specialty Care Appointing

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Radiology | 3500 N Interstate Ave<br>Portland OR 97227 | 503-331-6082 |

### Reason for Visit

**Visit Diagnosis**

- RIGHT HIP JOINT PAIN [M25.551]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Kpnw, Ordtrans | 03/21/2024 1515 |

### Imaging

**Imaging**

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/21/24 1514** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/21/24 1514 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/21/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Passera, Rene 3/21/2024 3:15 PM
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING LOW PELVIS FOR HIPS AND MODIFIED FROG LATERAL HIP |
| Return patient to provider? | No |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Patient name. (as stated by patient or their family). | |
| 2nd Patient Identifier: | Date of Birth (by verbal statement or documentation). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology (continued)

**Imaging (continued)**

Chaperone?
Full name and role of chaperone
Guest?

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447]** Resulted: 03/26/24 1430, Result status: Final result

Order status: Completed
Filed by: Interface, Powerscribe360 03/26/24 1432
Accession number: 19022509170
Resulted by: Kramer, Zachariah, MD
Performed: 03/21/24 1524 - 03/21/24 1540
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

Impression:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM
Acknowledged by: Foster, Kellie R, MD on 03/26/24 2020

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589001604 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - KPRL | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**Signed**

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology (continued)

**Imaging (continued)**

Electronically signed by Kramer, Zachariah, MD on 3/26/24 at 1430 PDT

**All Reviewers List**

Foster, Kellie R, MD on 3/26/2024 8:20 PM

## 03/21/2024 - Orders Only in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**
Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

#### Visit Diagnosis

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Foster, Kellie R, MD | 03/21/2024 1514 |

## 03/21/2024 - Orders Only in East Interstate Internal Medicine (continued)

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/28/2024**

Status: Sent by batch
Letter body:

XR RIGHT HIP AND PELVIS 2 VIEWS

*Narrative*
*EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS*

*CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)*

*COMPARISON: None*

*Impression*
*FINDINGS/IMPRESSION:*

*No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.*

*OSTEOARTHRITIS GRADING:*

*-Right hip: 0 = Normal*
*-Left hip: 1 = Minimal/mild (single view)*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*0 = Normal.*
*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM*

## 03/20/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**
Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

#### Chief Complaint

- TEST (MM, colonoscopy )

### Clinical Notes

#### Unknown

**Telephone Encounter by Winegar, Leslie, LPN at 3/21/2024 1004**

| | | |
|---|---|---|
| Author: Winegar, Leslie, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 3/21/2024 10:06 AM | Encounter Date: 3/20/2024 | Creation Time: 3/21/2024 10:04 AM |
| Status: Signed | Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to message management team clinician pool for review
- Patient's last colonoscopy 12/20/23 at outside facility with the next colonoscopy due on 12/20/28.
- Can you please update his medical history, I am unable to do this without a provider approval. This should take care of the stool for occult blood test due on his PST.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD team/pool, this message has been staged and routed to Message Management MD pool to be addressed

There is no problem list on file for this patient.

Unable to review PST at this time - Staging encounter for Clinician / nursing review

Electronically signed by Winegar, Leslie, LPN at 3/21/2024 10:06 AM

### Messages

#### Nonurgent medical questions or concerns~(New) question for care team

| From | To | Sent and Delivered |
|---|---|---|
| Kyla N Pepper, MD | Weller, Steven | 3/21/2024 10:28 AM |
| Last Read in kp.org<br>3/21/2024 11:13 AM by Weller, Steven | | |

Steven,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

I am assisting with your provider's messages today.

I see that, thank you! I've updated your chart to reflect the colonoscopy last December. It looks like the recommendation is to repeat a colonoscopy in 2033. You will need a referral for that to be done in Oregon when it is time.

Please let us know if there is anything else we can do for you.

Kyla N. Pepper, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 3/20/2024 9:32 AM |

I see a colon cancer screening kit on my preventative list. I had a routine colonoscopy recently, so please cancel that unless it is still recommended.

# 03/19/2024 - Appointment in East Interstate Laboratory

## Visit Information

### Appointment Information

**LAB**
3/19/2024 2:10 PM

**Completed**

| Time | Provider | Department | Length |
|---|---|---|---|
| 2:10 PM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 2:06 PM

Enc Form Number: 81600953

History

| | | | | |
|---|---|---|---|---|
| Made On: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| Checked In: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| EOD Status: | 3/24/2024 4:07 AM | By: | Corbitt, Shelley | ES |

## Reason for Visit

### Visit Diagnoses

| Name | Code | Chronic? |
|---|---|---|
| SCREENING FOR LIPID DISORDER | Z13.220 | No |
| OSTEOPOROSIS | M81.0 | Yes |
| NEUROPATHIC PAIN | M79.2 | No |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | No | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #2 | | | | | |
| Add | OSTEOPOROSIS | M81.0 | Yes | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #3 | | | | | |
| Add | NEUROPATHIC PAIN | M79.2 | No | Kpnw, Ordtrans | 03/19/2024 1406 |

## Labs

### Clinical Laboratory

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Edited Result - FINAL)**

Electronically signed by: **User, Nw Bulk Orders on 03/01/24 0000**
Status: **Completed**
This order may be acted on in another encounter.
Ordering user: User, Nw Bulk Orders 03/01/24 0000
Authorized by: Ostermeyer, Claudia De Araujo, MD
Ordering mode: Standard
Frequency: Routine 03/01/24 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
SCREENING FOR LIPID DISORDER [Z13.220]

**Provider Details**

| Provider | NPI |
|---|---|
| Ostermeyer, Claudia De Araujo, MD | 1891867800 |

**Specimen Information**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

Resulted: 03/19/24 2016, Result status: Edited
Result - FINAL

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ▾ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| AIRPORT WAY REGIONAL LABORATORY | Suite C<br>Portland OR 97230 |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ▾ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ▾ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

SCREENING FOR LIPID DISORDER [Z13.220 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**CREATININE [604761592] (Edited Result - FINAL)**

Electronically signed by: **Foster, Kellie R, MD on 03/13/24 1101** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/13/24 1101 Authorized by: Foster, Kellie R, MD

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Ordering mode: Standard
Frequency: Routine 03/13/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
OSTEOPOROSIS [M81.0]

Class: Normal
Lab status: Edited Result - FINAL

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**CREATININE, SERUM (INCLUDES GFR) [604761592]**

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY | Unknown | 13705 NE Airport Way, Suite C | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

REGIONAL LABORATORY — Portland OR 97230

**CREATININE, SERUM (INCLUDES GFR) [604761592]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

OSTEOPOROSIS [M81.0 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN B12 (COBALAMIN) [604761594] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN B12 [604761594]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2042
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL | — | KP AWL |

Comment:

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1456 - KP AWL | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

### HEMOGLOBIN A1C SCREENING [604761595] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**HEMOGLOBIN A1C SCREENING [604761595]** Resulted: 03/19/24 2240, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 03/19/24 2240
Collected by: Spalding, Sarah 03/19/24 1406
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % | — | KP AWL |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

### CRP (C-REACTIVE PROTEIN) [604761596] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** Status: **Completed**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

Authorized by: Foster, Kellie R, MD
Class: Normal
Lab status: Final result

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) crp [604761596]** Resulted: 03/19/24 2052, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

Filed by: Interface, Pathnet Results In 03/19/24 2052
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN D, 25-HYDROXY [604761597] (Final result)**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN D, 25-HYDROXY [604761597]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 03/19/24 2042
Collected by: Spalding, Sarah 03/19/24 1406
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL | — | KP AWL |

Comment:
Total Vitamin D Interpretation

| Total Vitamin D | Interpretation |
|---|---|
| <20 ng/mL | Severe Vitamin D Deficiency |
| 20-29 ng/mL | Mild Vitamin D Deficiency |
| 30-80 ng/mL | Optimal |
| >80 ng/mL | Consider Vitamin D Toxicity |

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1456 - KP AWL | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

AIRPORT WAY REGIONAL LABORATORY
Suite C
Portland OR 97230

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

### BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN) [604761598] (Edited Result - FINAL)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: BASIC METABOLIC PANEL per AMA contains: Sodium, Potassium, Chloride, CO2 Random Glucose, BUN, Creatinine, Calcium

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

## 03/19/2024 - Office Visit in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 3** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL EXAMINATION (Pe and to estab)

**Visit Diagnoses**

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- BILAT ELBOW JOINT PAIN [M25.521, M25.522]
- LEFT ULNAR NEUROPATHY [G56.22]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 03/19/2024 1349 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 03/19/2024 1354 |
| Diagnosis #3 | | | | |
| Add | FIBROMATOSIS OF BILAT PLANTAR FASCIA | M72.2 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #5 | | | | |
| Add | BILAT ELBOW JOINT PAIN | M25.521, M25.522 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #6 | | | | |
| Add | LEFT ULNAR NEUROPATHY | G56.22 | Foster, Kellie R, MD | 03/27/2024 0611 |

### Clinical Notes

**Unknown**

**Nursing Note by Woodward, Vicki L, MA at 3/19/2024 1330**

Author: Woodward, Vicki L, MA
Filed: 3/27/2024 6:13 AM
Status: Signed
Service: —
Encounter Date: 3/19/2024
Editor: Woodward, Vicki L, MA (MEDICAL ASSISTANT)
Author Type: MEDICAL ASSISTANT
Creation Time: 3/19/2024 1:17 PM

Home Phone 408-506-5936

**Clinical Notes (continued)**

Work Phone Data Not Entered
Mobile

Chaperone offered, patient declined. Patient consented to exam without presence of a chaperone.
BP Method: dinamap
Weight: with shoes
There is no height or weight on file to calculate BMI.

Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy

Patient Support Tool Reviewed: The following care gaps have been identified: - Colorectal screening
- Immunizations: Tdap
- Labs Lipid panel
-Depression and Alcohol Screening (DAQ) (office visit in reach only)
Pt declined a tdap vac.
Visit preparation completed, including updating Care Everywhere outside medical records.

Vicki L. Woodward, MA

Electronically signed by Woodward, Vicki L, MA at 3/27/2024 6:13 AM

**Progress Notes by Foster, Kellie R, MD at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/27/2024 6:13 AM | Encounter Date: 3/19/2024 | Creation Time: 3/19/2024 1:16 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

## Subjective

Steven Weller is a male who is 62 yrs old here for evaluation of:
No chief complaint on file.

Prior care N Ca KP

Recent significant pain that has led him to have to stop working and limited ability to exercise

Last seen Jan 2024- Neurology Dr Lee f/u for left CTS with weakness in left index/middle finger, negative EMG
Started wearing a wrist brace and has seen benefit

Pain in R shoulder - did heal with rest
L shoulder has been ok

Left elbow both medial/lateral symptoms- 2-3 years ago was doing Physical Therapy for left knee pain - then eblow startedto hurt - painful until started to waer loose brace 24 hours a day
Has seen improvemetn in function, no longer constant pain
Had been radial /medial

Arthrtis in both wist - 10 years of symptoms
Dupuytren's L > R hand

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Painful arthritis n base of l thumb
Tendonitis in hands

Work required keyboard use, now not able to use
Has tried mutiple different tools to type

Last few years - most than just pain arms
Pain would grow exponsentioally, having to stop for 1 hour after 5 min work
Fingers would feel lethargic, stinging
Hands are not getting better in spite of rest
OT not helpful

R hip pain - preventing him from walking household distances at times
Had to use wheelchair in clinic today
Had purchased electric wheelcahhair
1 year of pain

Left hip - had a cortisone shot with clear benefit
March 2023

R hip pain flared in May, steroid shot in May - slight effefct
Mobility is a major issue
Was getting into pool, doing water walking - usually very active but this flared patellar femoral syndrome

Taking ibuprofen most days

Saw benefit to gabaentin but felt poorly
Lyrica helped - was able to get a lot of work done since pain was controlled but then pain worsened

### Objective

BP 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | Pulse 61 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 16 | Wt 157 lb 3 oz (71.3 kg) | SpO2 98%

R hip - Mild pain int rotatin/log roll
Left hip - mild pain int rotatin
No GT tenderness
Nl gait- nl leg swing, not atalgic

Hand - 5/5 we/wf, pincher strength thumb to 2nd finger, thumb to 5th finger intact
finger strength intact 2nd/3rd finger with flex/ext
Sensation intact to light touch in both hands
Duputreyen's contracture left hand

### Recent Labs/Imaging

*The following has been copied and pasted from MRI spine 1/24/24 CE record:*

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet

**Clinical Notes (continued)**

synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

*The following has been copied and pasted from MRI elbow 10/28/23 CE records*

Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

*The following has been copied and pasted from R hip MRI:*

ossible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Hand xrays 3/23- mild OA changes

## Assessment and Plan

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
FIBROMATOSIS OF BILAT PLANTAR FASCIA
BILAT HAND JOINT PAIN
BILAT ELBOW JOINT PAIN

Significnat hip pain limiting ambulation - referral to ortho places
Hand pain/fatiguability, some improvement with wrist braces. Update neuropathy labs, refer to neurology
Briefly discussed cymbalta as a treatment option
1 month f/u scheduled
32 min face to face time
P)
Orders Placed This Encounter

- VITAMIN B12
- HEMOGLOBIN A1C SCREENING
- C-REACTIVE PROTEIN ( NON-CARDIAC) crp
- VITAMIN D, 25-HYDROXY
- BASIC METABOLIC PANEL bmp ama
- Other Orthopedics Referral (including sports hernia)
- REFERRAL NEUROLOGY CONSULTATION.

## Histories

**Clinical Notes (continued)**

### Social History

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Not on file |
| Smokeless Tobacco | Not on file |

No active medications on file as of 03/19/2024

No Known Allergies

Social History
Social History Narrative
Not on file

No family history on file.

There is no problem list on file for this patient.

No past surgical history on file.

Electronically signed by Foster, Kellie R, MD at 3/27/2024 6:13 AM

**Flowsheets**

**AUDIT (U.S.)**

| Row Name | 03/19/24 1416 |
|---|---|
| AUDIT (U.S.) Alcohol Use Disorders Identification Test | |
| How often do you have a drink containing alcohol? | 0 -VW at 03/19/24 1416 |
| Total AUDIT 1-3 (Positive score 7+) | 0 -VW at 03/19/24 1416 |

**Custom Formula Data**

| Row Name | 03/19/24 1316 |
|---|---|
| OTHER | |
| Birth Weight | 0 -VW at 03/19/24 1317 |
| % Change from Birth Weight | 713015075 -VW at 03/19/24 1317 |
| BSA (Last Ht) | 0 -VW at 03/19/24 1317 |
| Ideal Body Weight (calculated) | Height Unknown -VW at 03/19/24 1317 |
| Shock Index (NIBP) | 0.47 -VW at 03/19/24 1317 |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

### Flowsheets (continued)

| | |
|---|---|
| BP to MAP Calculation | **90** -VW at 03/19/24 1317 |

#### Encounter Vitals

| Row Name | 03/19/24 1316 |
|---|---|
| **Encounter Vitals** | |
| BP | **131/70** -VW at 03/19/24 1317 |
| Pulse | **61** -VW at 03/19/24 1317 |
| Resp | **16** -VW at 03/19/24 1317 |
| Temp | **97.7 °F (36.5 °C)** -VW at 03/19/24 1317 |
| Temp src | **Oral** -VW at 03/19/24 1317 |
| SpO2 | **98 %** -VW at 03/19/24 1317 |
| Weight | **157 lb 3 oz (71.3 kg)** -VW at 03/19/24 1317 |
| **OTHER** | |
| BP Location | **LA-LEFT ARM** -VW at 03/19/24 1317 |
| BP Patient Position | **SITTING** -VW at 03/19/24 1317 |
| Cuff Size | **Standard Adult** -VW at 03/19/24 1317 |

#### Exercise Vitals

| Row Name | 03/19/24 1317 |
|---|---|
| **Exercise Level of Effort** | |
| Days per week of moderate to strenuous exercise (like a brisk walk) | **0** -VW at 03/19/24 1317 |
| On average, minutes per day of exercise at this level | **0** -VW at 03/19/24 1317 |
| Total minutes per week | **0** -VW at 03/19/24 1317 |

#### PHQ2 Adult

| Row Name | 03/19/24 1416 |
|---|---|
| **PHQ-2 ADULT - Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| 1. Little interest or pleasure in doing things | **1** -VW at 03/19/24 1416 |
| 2. Feeling down, depressed, or hopeless | **0** -VW at 03/19/24 1416 |
| PHQ-2 Total Score | **1** -VW at 03/19/24 1416 |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

### Flowsheets (continued)

#### AUDIT (U.S.)

| Row Name | 03/11/24 0704 |
|---|---|
| **AUDIT (U.S.) Alcohol Use Disorders Identification Test** | |
| Total AUDIT 1-3 (Positive score 7+) | 0 (P) -KN at 03/11/24 0704 |

#### Patient-Reported Data

| Row Name | 03/11/24 0706 | 03/11/24 0704 |
|---|---|---|
| **OTHER** | | |
| How often do you have a drink containing alcohol? | — | 0 (P) -patient at 03/11/24 0704 |
| Would you like us to assist you in getting help with any of the following? | Not at this time (P) -patient at 03/11/24 0706 | — |
| Think about the place you live, do you have problems with any of the following? | None of the above (P) -patient at 03/11/24 0706 | — |
| **Housing Stability** | | |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No (P) -patient at 03/11/24 0706 | — |
| In the last 12 months, how many places have you lived? | 2 (P) -patient at 03/11/24 0706 | — |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | No (P) -patient at 03/11/24 0706 | — |
| **Financial Resource Strain** | | |
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Not hard at all (P) -patient at 03/11/24 0706 | — |
| **Transportation Needs** | | |
| In the past 12 months, has lack of transportation kept you from medical | No (P) -patient at 03/11/24 0706 | — |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| appointments or from getting medications? | | |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | No (P) -patient at 03/11/24 0706 | — |

**Food Insecurity**

| | | |
|---|---|---|
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Never true (P) -patient at 03/11/24 0706 | — |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Never true (P) -patient at 03/11/24 0706 | — |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| VW | Woodward, Vicki L, MA | MEDICAL ASSISTANT | — | 03/19/2024 |
| KN | Northwest, Kaiser | — | — | 03/11/2024 |
| patient | Steven Weller | — | — | 03/11/2024 |

**Patient Instructions**

It was a pleasure to meet you today

Our plan for today:

I have placed a referral to our orthopedics department for R hip. See below for information regarding the scheduling process

I will place referral to neurology

Please go to lab for blood tests

Lets consider Cymbalta at future visits

Lets follow up in 1 month

Electronically signed by Foster, Kellie R, MD at 3/19/2024 1:56 PM

**Patient Instructions (continued)**

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/22/2024**

Status: Sent by batch
Letter body:

CREATININE

| Result | Value | Ref Range |
|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

VITAMIN B12 (COBALAMIN)

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL |

Comment:

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

HEMOGLOBIN A1C SCREENING

| Result | Value | Ref Range |
|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**CRP (C-REACTIVE PROTEIN)**

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

**VITAMIN D, 25-HYDROXY**

| Result | Value | Ref Range |
|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL |

Comment:

Total Vitamin D Interpretation

| Total Vitamin D | Interpretation |
|---|---|
| <20 ng/mL | Severe Vitamin D Deficiency |
| 20-29 ng/mL | Mild Vitamin D Deficiency |
| 30-80 ng/mL | Optimal |
| >80 ng/mL | Consider Vitamin D Toxicity |

*Narrative*

*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

**BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN)**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L |
| Chloride | 104 | 97 - 109 mmol/L |
| CO2 | 30 | 22 - 32 mmol/L |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L |
| Glucose, Random | 95 | 70 - 200 mg/dL |
| BUN | 18 | 7 - 25 mg/dL |
| Creatinine | 0.95 | <=1.30 mg/dL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based
calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Letters (continued)**

clinician.

-

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:06 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:04 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Kporg Appointment Notifications | 3/5/2024 10:50 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PCP OV OL (108223)

3/19/2024 1:30 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Initial visit with PCP

**Questionnaires**

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Questionnaires (continued)**

**Legend:**

**Triggered a BPA** **Scoring question**

**Audit (Us) Alcohol Use Disorders Indentification Test Bhs Amb Kp.Org Natl**

| Question | 3/11/2024 7:04 AM PDT - Filed by Patient |
|---|---|
| How often do you have a drink containing alcohol? | Never |
| **Total AUDIT 1-3 (range: 0 - 18)** | **0** |

**Brief Social Health Screener Kp.Org Natl**

| Question | 3/11/2024 7:06 AM PDT - Filed by Patient |
|---|---|
| Finances | |
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Not hard at all |
| Food | |
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Never true |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Never true |
| Transportation | |
| In the past 12 months, has lack of transportation kept you from medical appointments or from getting medications? | No |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | No |
| Housing | |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No |
| In the last 12 months, how many places have you lived? (range: at least 0) | 2 |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | No |
| Think about the place you live. Do you have problems with any of the following? | None of the above |
| Assistance Wanted | |
| Would you like us to assist you in getting help with any of the following? | Not at this time |

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 3/19/2024 1:17 PM

| BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 61 | 97.7 °F (36.5 °C) (Oral) | 16 | 157 lb 3 oz (71.3 kg) |

| SpO2 |
|---|
| 98% |

## 03/06/2024 - Telephone in New Member Pharmacy Service

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Level of Service**

| Level of Service |
|---|
| **ADMIN ENCOUNTER ID NO SVC PROV.** |

### Reason for Visit

**Chief Complaint**

- MEDICATION REVIEW NEW MEMBER (NEW MEMBER OUTREACH), onset date 3/6/2024

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **OSTEOPOROSIS (primary)** | M81.0 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **OSTEOPOROSIS (primary)** | M81.0 | Yes | Malotte, Kristine M, PharmD | 03/12/2024 1012 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Dagnino, Angela D, CPhT at 3/6/2024 1409**

Author: Dagnino, Angela D, CPhT
Filed: 3/6/2024 2:15 PM
Status: Signed
Service: —
Encounter Date: 3/6/2024
Editor: Dagnino, Angela D, CPhT (Certified Pharmacy Technician)
Author Type: TECHNICIAN
Creation Time: 3/6/2024 2:09 PM

New Member prescription information received. Information documented below.

The following information was included in referral received from patient

MERGE PT

Region: KNW
MRN-HRN: 15500373
Last Name: WELLER
First Name: STEVEN
DateofBirth:
Evening Phone:
Mobile Phone:
Email address: bagelturf@mac.com
Membership Effective Date: 2024-03-01
Total Number of Prescriptions: 1
Transfer details:

Drug Name 1: Alendronate
Rx # 1: 2442 0309 3713

## 03/06/2024 - Telephone in New Member Pharmacy Service (continued)

**Clinical Notes (continued)**

Need Timeframe 1: Not needed within 14 days
Pharmacy Name 1: Kaiser Foundation CPP Pharmacy
Pharmacy Phone Number 1: 888-218-6245
Instructions 1: Take 1 tablet by mouth every 7 days
Strength 1: 70 mg
Refills Remaining 1: Yes

Allergies: No known medication allergies
Date Submitted: 03/04/2024
Time Submitted: 9:14:45 AM PST
Member Address:
Member City:
Member State:
Member Zip:

End of Member Submission

Did tech open Care Everywhere? No, already open.

Total Number of Medications: 1

Patient referred by: Kana

Electronically signed by Dagnino, Angela D, CPhT at 3/6/2024 2:15 PM

**Telephone Encounter by Malotte, Kristine M, PharmD at 3/12/2024 1007**

| | | |
|---|---|---|
| Author: Malotte, Kristine M, PharmD | Service: — | Author Type: PHARMACIST |
| Filed: 3/12/2024 10:17 AM | Encounter Date: 3/6/2024 | Creation Time: 3/12/2024 10:07 AM |
| Status: Signed | Editor: Malotte, Kristine M, PharmD (PHARMACIST) | |

Refill Request

Patient is paneled with you
Patient has appt pending with you on Mar 19, 2024
Patient requesting medication.

Please:
1) Review and sign the pended medication(s) and/or lab(s), if appropriate.
 - By signing medication orders you are authorizing the full plan as outlined below unless otherwise indicated.
2) Indicate your approval of the plan below by using the SmartPhrase (dot)OKPLAN
3) Route to p 10670 (AWC New Member RPh Pool)

<P>
Medications pended for a 90 day supply with prn refills and 4 month expiration date unless otherwise noted.

• **REFILL OF FORMULARY:**
1) Alendronate 70mg, 1t po once weekly with full glass of water at least 30min before first food, beverage or medication of the day. Do not lie down for 30min.

• Labs pended per Lab Monitoring Practice Resource/Refill Protocol/PST.

## 03/06/2024 - Telephone in New Member Pharmacy Service (continued)

**Clinical Notes (continued)**

===========================

<S/O>
Current medication(s) reported by patient: see <A/P> (plan) for complete list.

Prescription(s) confirmed by: Kaiser pharmacy/ePIMS and Care Everywhere

*The following has been copied and pasted from Care Everywhere record on 6/23/23 by labs:*

**CREATININE W GFR, CALCULATED**

| Component<br>Ref Range & Units | 8 mo ago | Comments |
|---|---|---|
| **Creatinine**<br><=1.34 mg/dL | **1.10** | |
| **Estimated Glomerular Filtration Rate**<br>>=60 mL/min/1.73 m2 | **>60** | Estimated GFR (eGFR) helps us know how the kidneys are working. eGFR is based<br>on the creatinine blood test result, age, sex, and body size. Monitoring eGFR<br>over time helps us understand changes in kidney function.<br><br>Actual kidney function may be better or worse than the estimated GFR because<br>blood creatinine levels are affected by body make up, diet, hydration,<br>genetics, and more.<br><br>Multiple eGFR values are used to determine chronic kidney disease (CKD)<br>stages, defined by the following ranges:<br><br>eGFR 45 - 59 = Stage 3a<br>eGFR 30 - 44 = Stage 3b<br>eGFR 15 - 29 = Stage 4<br>eGFR under 15 = Stage 5<br><br>Values for eGFR before 05/25/2022 will appear in lab results under "Past<br>results". |
| Resulting Agency | TPMG REGIONAL LABORATORY, MWS | |

Specimen Collected: 06/23/23 9:21 AM
Performed by: TPMG REGIONAL LABORATORY, MWS
Last Resulted: 06/24/23 4:15 AM
Received From: Kaiser Permanente Northern California
Result Received: 03/05/24 10:50 AM

## 03/06/2024 - Telephone in New Member Pharmacy Service (continued)

**Clinical Notes (continued)**

<A>
Pharmacist has documented medication allergies in KP HealthConnect as appropriate? Yes.

Electronically signed by Malotte, Kristine M, PharmD at 3/12/2024 10:17 AM

**Telephone Encounter by Foster, Kellie R, MD at 3/13/2024 1101**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/13/2024 11:01 AM | Encounter Date: 3/6/2024 | Creation Time: 3/13/2024 11:01 AM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

I agree with the plan of care as defined, Kellie R. Foster, MD.

Electronically signed by Foster, Kellie R, MD at 3/13/2024 11:01 AM

**Telephone Encounter by Healey, Barbara K, PharmD at 3/13/2024 1118**

| | | |
|---|---|---|
| Author: Healey, Barbara K, PharmD | Service: — | Author Type: PHARMACIST |
| Filed: 3/13/2024 11:18 AM | Encounter Date: 3/6/2024 | Creation Time: 3/13/2024 11:18 AM |
| Status: Signed | Editor: Healey, Barbara K, PharmD (PHARMACIST) | |

Prescriptions ordered and in KP HealthConnect.

patient was instructed to check KP.org when ready to order refills.

No further Pharmacy Services follow-up planned.

Electronically signed by Healey, Barbara K, PharmD at 3/13/2024 11:18 AM

## 03/06/2024 - Patient Message in New Member Pharmacy Service

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dagnino, Angela D, CPhT |

**Department**

| Name | Address | Phone |
|---|---|---|
| New Member Pharmacy Service | 5725 N E 138TH AVENUE<br>Portland OR 97230 | 888-572-7231 |

**Messages**

**New Member Pharmacy Services**

| From | To | Sent and Delivered |
|---|---|---|
| Angela D Dagnino, CPhT<br>Last Read in kp.org<br>3/6/2024 3:02 PM by Weller, Steven | Weller, Steven | 3/6/2024 2:10 PM |

New Member Pharmacy Services

Health Record Number 1550-03-73
March 6, 2024

Steven Weller

3572

Dear Steven Weller,

Welcome to Kaiser Permanente.

We have received your prescription information, and are in the process of transferring your medications. **Once the transfer is complete, you will be able to see your prescriptions online at kp.org.**

**Refilling your medication:**
Save time. Order Online. Join the millions of Kaiser Permanente member who save time and money with mail-order pharmacy.

Order your next prescription(s) through our Mail-Order Pharmacy.
• Save money: Most members get a 3-month supply of medication for the price of 2
• Save time: Most orders deliver in 3 or 4 days (allow up to 7)
• Sign on to kp.org or the Kaiser Permanente app and click on "Pharmacy center"
• Don't have access to a computer or smartphone? Call 1-800-548-9809 and follow the prompts

For questions about clinic locations; services available; or business hours; please check your Kaiser Permanente Medical Directory or on the Internet at ***www.kp.org/nw***

We value your membership and look forward to helping you meet your health care needs.

**03/06/2024 - Patient Message in New Member Pharmacy Service (continued)**

**Messages (continued)**

Kaiser Permanente Pharmacy Services
(503)261-7900 or toll-free 1-888-572-7231, option 1 for a representative (TTY 711)
Monday - Friday 8:00am to 5:30pm

## 03/01/2024 - Orders Only in Population Health

### Visit Information

#### Provider Information

**Encounter Provider**

Ostermeyer, Claudia De Araujo, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| Population Health | 500 NE Multnomah St<br>Portland OR 97232 | 503-813-2000 |

### Reason for Visit

#### Visit Diagnoses

- SCREENING FOR LIPID DISORDER [Z13.220]
- SCREENING FOR COLON CANCER [Z12.11]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | User, Nw Bulk Orders | 03/01/2024 0732 |
| Diagnosis #2 | | | | |
| Add | SCREENING FOR COLON CANCER | Z12.11 | User, Nw Bulk Orders | 03/01/2024 0732 |

## 03/01/2024 - Orders Only in Population Health (continued)

**Letters**

**Results Release Online by Ostermeyer, Claudia De Araujo, MD on 3/22/2024**

Status: Sent by batch
Letter body:
LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL)

| Result | Value | Ref Range |
|---|---|---|
| Cholesterol | 177 | <=239 mg/dL |
| Comment: | Cholesterol NCEP Guidelines<br><200 mg/dL Desirable<br>200-239 mg/dL Borderline Risk<br>>239 mg/dL High Risk | |
| Triglyceride | 126 | <=499 mg/dL |
| HDL Chol | 35 (L) | >=40 mg/dL |
| LDL Calc | 117 | <=159 mg/dL |
| Lipid Panel Interpretation | Interp Guide: | |
| Comment: | | |

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

## Patient

KAISER PERMANENTE

### Kaiser Permanente Disclosure of Patient Medical Information

Kaiser Permanente documents patient medical record information in a Federally certified electronic medical record.

The output contained in this file is one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation
- If a medical certification form was requested, we may have substituted relevant medical records in lieu of form completion
- We may have also substituted a standardized electronic form, generated from our certified electronic medical record in lieu of form completion

State and federal law permit the use of electronic signatures (e-signatures) and electronic records in connection with transactions between parties.

- Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud

- The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures

This record output was generated on 8/20/24 and certified by Kaiser Permanente Release of Medical Information

## Patient Demographics

**Patient Demographics**

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 110018429889 | Male | (62 yrs) |

| Address | Phone | Email |
|---|---|---|
| 547 BRYAN AVE<br>SUNNYVALE CA 94086-6420 | (H)<br>(W)<br>(M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Ho, Irene Oi Yin (M.D.)408-851-3215 x3215 | 07/15/23 | 11/29/50 |

| Marital Status | Religion | Alias |
|---|---|---|
| Unknown | — | — |

**Patient Preferred Languages**

Interpreter Needed: No | Spoken Language: English | Written Language: English

## Patient Demographics (continued)

### Patient Preferred Languages (continued)

### Basic Information

| Date Of Birth | Race | Ethnic Group |
|---|---|---|
| | Decline to State | Decline to State |

### Address History

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2022 | | | | | | UNITED STATES | | | |

## Patient (continued)

### Active Coverages as of 8/20/2024

**KFHP 1000**

Plan: APPLE INC. NCR CORP - SAC [16876]
Group: 000008917-0000-000742020001
Member: 110018429889
Effective from: 1/1/2023
Subscriber: WELLER,STEVEN
Subscriber ID: 110018429889
Guarantor: WELLER,STEVEN

**VST MBR KP NORTHWEST**

Plan: KP INTRGNL NORTHWEST
Group: 3017851
Member: 15500373
Effective from: 3/1/2024
Subscriber: WELLER,STEVEN
Subscriber ID: 15500373
Guarantor: WELLER,STEVEN

### Care Team

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Ho, Irene Oi Yin (M.D.) | 1114004058 | PCP - General | — | 408-851-3215 x3215 | 01/01/2023 - Present |
| Lee, Brian Poeu (M.D.) | 1962580464 | Neurologist | — | — | 08/05/2024 - Present |

**External**

| Name | Identifier | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|---|
| Dang, Yu-Xuan (M.D.) | 1225415631 | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 10/24/2023 | | | | | | |
| Foster, Kellie R | — | PCP - General | Internal Medicine | +1 503-813-2000 | 03/05/2024 | Current |
| Last updated by organization: Kaiser Permanente Northwest on 05/08/2024 | | | | | | |
| GORDON, CAROLYN | — | PCP - General | — | — | 03/14/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 12/20/2023 | | | | | | |
| LADD, AMY L | — | PCP - General | — | — | 03/05/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 12/20/2023 | | | | | | |
| Ma, Kimberley Faith (M.D.) | 1023384260 | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 01/02/2023 | | | | | | |
| Pcp, No | — | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and University Healthcare Alliance on 01/02/2023 | | | | | | |
| Pcp, Not Found | — | PCP - General | Family Medicine | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 01/02/2023 | | | | | | |

## Patient (continued)

**Problem List** as of 8/20/2024

Problems last reviewed by Wang, Kevin (M.D.) on 11/6/2023 1053

**BILAT HAND PAIN**

Diagnosis: BILAT HAND PAIN | Noted on: 03/15/2023 | Chronic: No
ICD-10-CM: M79.641, M79.642

**BILAT HEARING LOSS**

Diagnosis: BILAT HEARING LOSS | Noted on: 03/15/2023 | Chronic: No
ICD-10-CM: H91.93

**CERVICAL SPONDYLOSIS**

Diagnosis: CERVICAL SPONDYLOSIS | Noted on: 10/24/2023 | Chronic: Yes
ICD-10-CM: M47.812

**MEDICATION REFILL**

Diagnosis: MEDICATION REFILL | Noted on: 06/30/2023 | Chronic: No
ICD-10-CM: Z76.0

**OSTEOPOROSIS**

Diagnosis: OSTEOPOROSIS | Noted on: 03/15/2023 | Chronic: Yes
ICD-10-CM: M81.0

**RIGHT SHOULDER JOINT PAIN > 3 MONTHS**

Diagnosis: RIGHT SHOULDER JOINT PAIN > 3 MONTHS | Noted on: 06/02/2016 | Chronic: No
ICD-10-CM: M25.511

**Reconciled Documentation from Outside Organizations**

**Chronic right shoulder pain**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on: 6/2/2016 | Status: Active | State: Active

**RIGHT ULNAR NEUROPATHY**

Diagnosis: RIGHT ULNAR NEUROPATHY | Noted on: 06/02/2016 | Chronic: No
ICD-10-CM: G56.21

**Reconciled Documentation from Outside Organizations**

**Ulnar neuropathy at elbow of right upper extremity**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on: 6/2/2016 | Status: Active | State: Active

**SCREENING COLONOSCOPY**

Diagnosis: SCREENING COLONOSCOPY | Noted on: 11/28/2023 | Chronic: No
ICD-10-CM: Z12.11

**SUBCUTANEOUS MASS**

Diagnosis: SUBCUTANEOUS MASS | Noted on: 03/15/2023 | Chronic: No
ICD-10-CM: R22.9

**Documentation from Outside Organizations - Unverified**

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
|---|---|---|---|---|---|---|

## Patient (continued)

**Problem List (continued)** as of 8/20/2024

Received from Kaiser Permanente Northwest on 05/08/2024 1322

| | | | | | | |
|---|---|---|---|---|---|---|
| ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033 | — | 03/21/2024 | — | — | Active | Active |

Formatting of this note might be different from the original.
KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy

Received from Sutter Health Affiliates and Community Connect Practices on 03/08/2024 1229

| | | | | | | |
|---|---|---|---|---|---|---|
| History of colonic polyps | — | 05/18/2018 | — | — | Active | Active |

Formatting of this note might be different from the original.
POEDH003V2 Digestive Health Non-Malignant Neoplastic Polyp Data
Region/ Operator [1]: Camino/ Sanjay Ramrakhiani, MD
Date of Procedure [2]: 5/18/2018
Tubular adenoma(s) [3]: 1
Tubulovillous adenoma(s) [4]: 0
Villous adenoma(s) [5]: 0
Sessile serrated adenoma(s) [6]: 0
High risk hyperplastic polyp(s) [7]: 0
Other (specify) [8]: N/A
Colorectal cancer found (Yes/No) [9]: No
END POEDH003V2

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing loss | — | — | — | — | Active | Active |

Formatting of this note might be different from the original.
wears hearing aides, followed by outside ENT

| | | | | | | |
|---|---|---|---|---|---|---|
| Osteopenia (femoral) | — | 08/16/2022 | — | — | Active | Active |
| Osteoporosis (lumbar) | — | 08/16/2022 | — | — | Active | Active |
| Backache | — | 10/13/2011 | — | — | Active | Active |
| Shoulder pain | — | 04/23/2012 | — | — | Active | Active |
| Elevated BP | — | 03/26/2015 | — | — | Active | Active |
| Osteoarthritis of both hands | — | 07/09/2015 | — | — | Active | Active |
| Hypercholesteremia | — | 07/09/2015 | — | — | Active | Active |
| Insomnia due to medical condition | — | 08/26/2015 | — | — | Active | Active |
| Obstructive sleep apnea (adult) | — | 09/27/2015 | — | Yes | Active | Active |

Formatting of this note might be different from the original.
DME: Pulmonary solutions
RDI:
CPAP/BiPAP Pressure:
Mask:

| | | | | | | |
|---|---|---|---|---|---|---|
| Cognitive dysfunction | — | 09/27/2015 | 04/04/2017 | — | Resolved | — |
| Adjustment reaction, other | — | 05/16/2016 | — | — | Active | Active |
| Therapy | — | 06/02/2016 | — | — | Active | Active |
| Chronic right shoulder pain | — | 06/02/2016 | — | — | Active | Active |
| Right arm pain | — | 06/02/2016 | — | — | Active | Active |
| Ulnar neuropathy at elbow of right upper extremity | — | 06/02/2016 | — | — | Active | Active |
| Stiff neck | — | 06/02/2016 | — | — | Active | Active |

**Allergies**

Allergies last reviewed by Delmundo, Pamela Mamaril (L.V.N.) on 1/11/2024 1354
No Known Allergies

**Immunizations**

Immunizations last reviewed by Delmundo, Pamela Mamaril (L.V.N.) on 1/11/2024 1355

**COVID-19 Moderna, External Administration**

| | | |
|---|---|---|
| Date: 5/6/2021 | Dose: .5 | Site: Left Deltoid |
| Route: Intramuscular | CVX code: 207 | |
| Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer: Moderna US, Inc. | Lot number: 006C21A |
| External: Non-Kaiser | Admin Location (Facility): SAFEWAY PHARMACY 2621 | |

## Patient (continued)

**Immunizations (continued)**

Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Date: 5/6/2021
Dose: .5
CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION
Lot number: 006C21A
External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Date: 4/8/2021
Dose: .5
Site: Left Deltoid
Route: Intramuscular
CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION
Manufacturer: Moderna US, Inc.
Lot number: 026B21A
External: Non-Kaiser
Admin Location (Facility): SAFEWAY PHARMACY 2621
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Date: 4/8/2021
Dose: .5
CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION
Lot number: 026B21A
External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Date: 11/30/2021
Dose: .5
Site: Left Deltoid
Route: Intramuscular
CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION
Manufacturer: Moderna US, Inc.
Lot number: 012H21B
External: Non-Kaiser
Admin Location (Facility): CVS CORPORATE
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Date: 11/30/2021
Dose: .5
CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION
Lot number: 012H21B
External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Date: 7/18/2022
Site: Left Deltoid
Route: Intramuscular
CVX code: 207
Manufacturer: Moderna US, Inc.
Lot number: 006M21A
Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA LNP-S, PF, XBB 1.5 12YRS-Adult(Pfizer), 30mcg/0.3mL**

Given by: Delmundo, Pamela Mamaril (L.V.N.)
Date: 1/11/2024 1358
Dose: 0.3 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 00069-2362-01
CVX code: 309
Scanned barcode: 011030069236201917241231110HG5967
VIS Publish Date: 10/19/2023
Product: Comirnaty 2023-24 (12y up)(PF)
Manufacturer: Pfizer US pharm
Lot number: HG5967
Expiration date: 12/31/2024

**Questionnaire**

## Patient (continued)

### Immunizations (continued)

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Date: 7/18/2022 Dose: 0.25 mL CVX code: 229
Lot number: 006M21A Admin Location (Facility): CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Date: 10/14/2022 Site: Left Deltoid Route: Intramuscular
CVX code: 229
Manufacturer: Moderna US, Inc. Lot number: 053D22A Admin Location (Facility): CVS CORPORATE

**INF (Influenza) unspecified formulation**

Date: 10/14/2022
External: Patient reported

**INF (Influenza) unspecified formulation**

Date: 10/1/2022
External: Patient reported

**INFS Pres Free (quadrivalent) (influenza)**

Date: 2/7/2019 Dose: 0.5 mL
Lot number: UT6261KA Admin Location (Facility): Sutter Health Affiliates and Community Connect Practices

**INFS Pres Free (quadrivalent) (influenza)**

Date: 9/27/2020

**INFS pres free 6mos-adult (Fluzone quadrivalent) (influenza)**

Given by: Delmundo, Pamela Mamaril (L.V.N.) Date: 1/11/2024 1357 Dose: 0.5 mL
Site: Left Deltoid Route: Intramuscular NDC: 49281-0423-88
Scanned barcode: 01003492814238881724063010UT8219MA VIS Publish Date: 08/06/2021
Product: FLUZONE QUAD 2023-2024 (PF) Manufacturer: Sanofi Pasteur Lot number: UT8219MA
Expiration date: 6/30/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

**Tdap (Tetanus, diphtheria, acellular pertussis)**

Date: 7/10/2015 Dose: 0.5 mL
Lot number: U4971AA Admin Location (Facility): Sutter Health Affiliates and Community Connect Practices

**Tdap (Tetanus, diphtheria, acellular pertussis)**

Date: 4/9/2007

**ZOS (Herpes zoster recombinant) Shingrix**

Given by: Perez, Michelle C Rios (L.V.N.) Date: 1/18/2023 1401 Dose: 0.5 mL
Site: Left Deltoid Route: Intramuscular NDC: 58160-0828-03
Scanned barcode: 011035816082803117230924109CR25 VIS Publish Date: 02/04/2022
Product: Shingrix gE Antigen Component Manufacturer: GlaxoSmithKline Lot number: 9CR25
Expiration date: 9/24/2023

## Patient (continued)

### Immunizations (continued)

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

Dose: 0.5 mL | Route: Intramuscular | VIS Publish Date: 02/04/2022

**ZOS (Herpes zoster recombinant) Shingrix**

Given by: Aldana, Sheila Marie A (L.V.N.)
Site: Left Deltoid
Scanned barcode: 01103581608280311724012610B97G2
Product: Shingrix gE Antigen Component
Expiration date: 1/26/2024

Date: 4/7/2023 1609
Route: Intramuscular
VIS Publish Date: 02/04/2022
Manufacturer: GlaxoSmithKline

Dose: 0.5 mL
NDC: 58160-0828-03
Lot number: B97G2

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

Dose: 0.5 mL | Route: Intramuscular | VIS Publish Date: 02/04/2022

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | 01/11/2024 1355 |
| Delmundo, Pamela Mamaril (L.V.N.) | 01/11/2024 1354 |
| Aldana, Sheila Marie A (L.V.N.) | 04/07/2023 1606 |

### PPD/Skin Test - PPD Results Key: 00 = Negative 01 = Positive

ⓘ No data to display

### Current Medications

**Medications**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: NON-CPM PHARMACY PROVIDER
Start date: 11/16/2023
Quantity: 100 mL

Ordered on: 11/16/2023
End date: 11/15/2024
Refill: Refill as needed

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: NON-CPM PHARMACY PROVIDER
Start date: 11/16/2023
Action: Patient not taking
Refill: Refill as needed

Ordered on: 11/16/2023
End date: 11/15/2025
Quantity: 100 mL

**Diclofenac Sodium (VOLTAREN) 1 % Top Gel**

Instructions: Apply to affected area(s) as directed in package insert
Authorized by: Dobler, Erin Alyson (P.A.-C)

Ordered on: 12/1/2023

## Patient (continued)

### Current Medications (continued)

Start date: 12/1/2023
Action: Patient not taking
Quantity: 100 g
Refill: No refills remaining

**Meloxicam (MOBIC) 15 mg Oral Tab**

Instructions: Take 1 tablet by mouth daily as needed for pain . Take with food
Authorized by: Ho, Irene Oi Yin (M.D.)
Ordered on: 6/30/2023
Start date: 6/30/2023
End date: 6/29/2025
Action: Patient not taking
Quantity: 30 tablet
Refill: 3 refills remaining

### History as of 8/20/2024

#### Surgical History

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| SCREENING COLONOSCOPY [246301] | N/A | 12/20/2023 | Performed by Cheng, Yao-Wen (M.D.) at SCH-OPPC-MOB-PRO | Provider |

### Advance Care Planning

#### Plan

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| **Prior** | | | | | |

**Active Health Care Agents**

There are no active Health Care Agents on file.

## Patient (continued)

**Documents — Patient Level:**

Documents: None found at the patient level.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Legal
Sex: M
SSN:
Visit date: 1/2/2024

## 01/02/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Medical justification for Oregon move**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler | Weller, Steven | 1/2/2024 4:12 PM |
| Last Read in kp.org<br>1/3/2024 9:10 AM by Weller, Steven | | |

Hi Steven,
I cannot write a medical justification for this.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Medical justification for Oregon move**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/2/2024 2:24 PM |

My employer is requesting a medical justification for my family's planned move to Portland. Is that something that you or another professional could provide for this accommodation? If so, what form would this be in?

One of the reasons for moving permanently to our Portland condo from our Sunnyvale home is to better support for my limited mobility and need for a wheelchair.

These include:

Single-level condo in building with elevators vs. two-level single-family home with stairs
City center location close to everything vs. suburban location
Very close to multiple forms of frequent public transport vs. limited public transport
Wide doors and corridors vs. narrow doors and corridors
At-grade building entry/exit and automatic doors vs. steps and manual doors

**Messages (continued)**

## 01/04/2024 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### Disabled placard renewal

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/4/2024 10:44 AM by Weller, Steven | Weller, Steven | 1/4/2024 9:40 AM |

Hi Steve,
I'll leave the paper work for a temporary placard at the front desk of Dept 148. You or a friend/family member can pick it up between 830am and 445pm. It's good until June. When you move, you'll have to get a new one from your physician there to go through Oregon DMV.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

#### Disabled placard renewal

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/4/2024 8:39 AM |

Hello,

My current temporary disabled placard expires Jan 16. I am still using a wheelchair much of the time in the house and wheelchair/cane all of the time outside the house.

Please let me know how I can renew this.

# 01/04/2024 - Office Visit in NEUROLOGY

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

## Reason for Visit

### Chief Complaint

- FOLLOW UP ROUTINE

### Visit Diagnosis

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/04/2024 1059 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN | 1/4/2024 | Lee, Brian Poeu (M.D.) | | 1 |

## Clinical Notes

### Unknown

#### Progress Notes by Lee, Brian Poeu (M.D.) at 1/4/2024 1426

Version 1 of 1

Author: Lee, Brian Poeu (M.D.) Service: — Author Type: Physician
Filed: 1/4/2024 2:29 PM Encounter Date: 1/4/2024 Creation Time: 1/4/2024 2:26 PM
Status: Signed Editor: Lee, Brian Poeu (M.D.) (Physician)

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Splint appears to be helping.

As previously noted, left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Continue with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. Imaging studies can be pursued for brachial plexopathy question, but anticipate it will be negative.

**Clinical Notes (continued)**

Patient Active Problem List:
- RIGHT SHOULDER JOINT PAIN > 3 MONTHS
- RIGHT ULNAR NEUROPATHY
- OSTEOPOROSIS
- BILAT HEARING LOSS
- BILAT HAND PAIN
- SUBCUTANEOUS MASS
- MEDICATION REFILL
- CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 1/4/2024 2:29 PM

## Imaging

### Imaging

**MR SPINE [1627500426] (Completed)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 01/04/24 1059** Status: **Completed**
Ordering user: Lee, Brian Poeu (M.D.) 01/04/24 1059 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 01/04/24 - Class: Normal
Quantity: 1 Released by: Lee, Brian Poeu (M.D.) 01/04/24 1059
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

## After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

1/4/2024 10:30 AM NEUROLOGY 408-851-4435

## Instructions from BRIAN POEU LEE MD

Imaging ordered today
MR SPINE
Complete as directed

## Today's Visit

You saw BRIAN POEU LEE MD on Thursday January 4, 2024.

Blood Pressure
132/78

Pulse
61

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday January 19, 2024
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

### What's Next (continued)

MRI
Date: Wednesday January 24, 2024
Time: 7:45 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

Office Visit
With: BRIAN POEU LEE MD
Date: Tuesday January 30, 2024
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of January 4, 2024 2:29 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

Steven Weller (MRN: 110018429889) • Printed at 1/4/2024 2:29 PM Page 2 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**Messages**

**Questionnaire Submission**

**Messages (continued)**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/28/2023 9:03 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Visit Questionnaire

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Exercise
Question: Would you like to answer some questions about your exercise habits?
Answer: Yes

Question: How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)?
Answer: 0

Question: Comments
Answer: Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
|---|---|---|
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>1/7/2024 1:59 PM by Weller, Steven | Weller, Steven | 12/28/2023 1:18 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

### Questionnaires

**Legend:**

**Triggered a BPA** **Scoring question**

**Ncal Mychart Rooming Questionnaire**

| Question | 12/28/2023 9:03 AM PDT - Filed by Patient |
|---|---|
| Exercise | |
| Would you like to answer some questions about your exercise habits? | Yes |
| How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)? | 0 |
| Comments | Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise |

### Vitals

**Vital Signs - Last Recorded**

Most recent update: 1/4/2024 10:35 AM
Blood Pressure: 132/78 (Site: Left arm, Position: Sitting, Cuff Size: Adult)
Pulse: 61

## 01/05/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Return to work date

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/5/2024 1:45 PM |

I've extended my return to work date to March 4 via Sedgwick. Last time I extended the date all the bureaucracy worked as it should.

## 01/07/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/7/2024 1:59 PM |
| Last Read in kp.org<br>1/9/2024 6:57 PM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/16/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Hands update 2024-01-05

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/7/2024 1:59 PM |

Not a lot of change. Back on ibuprofen since 2023-12-30 and wearing wrist brace all the time. I'm back to water walking, but can't do as much exercise as I want due to my left knee.

Elbow has had pain when I've used it, but it's inside the joint and there is little to no soreness on the tendons now. I'm definitely using my left arm more. I had a couple of days of a very stiff left hand and elbow pain together. Index finger has had some pain which correlates with elbow pain. Hand stinging continues, but is not distracting. Worse near the end of the day.

I also had right hand pain this week, quite badly, from iPad use (I'm using a Pencil). It ran from my pinky down my wrist and arm. It felt like tendinitis and I simply rested it.

# 01/11/2024 - Vaccine Visit in ADULT INJECTIONS

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Delmundo, Pamela Mamaril (L.V.N.) |

### Department

| Name | Address | Phone |
|---|---|---|
| ADULT INJECTIONS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-3497 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 90686 | IIV4 VACC PRESRV FREE 0.5 ML FOR IM USE<br>Duration: 0m ( 1:57 PM - 1:57 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |
| G0008 | ADMIN INFLUENZA VIRUS VAC<br>Duration: 0m ( 1:57 PM - 1:57 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |

## Immunizations Given

Immunizations never marked as reviewed

**INFS pres free 6mos-adult (Fluzone quadrivalent) (influenza)**

Given by: Delmundo, Pamela Mamaril (L.V.N.)
Date: 1/11/2024 1357
Dose: 0.5 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 49281-0423-88
Scanned barcode: 01003492814238881724063010UT8219MA
VIS Publish Date: 08/06/2021
Product: FLUZONE QUAD 2023-2024 (PF)
Manufacturer: Sanofi Pasteur
Lot number: UT8219MA
Expiration date: 6/30/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

## Other Orders

### Immunization/Injection

**VACC INFLUENZA VACCINE [1627500427] (Completed)**

Electronically signed by: **Delmundo, Pamela Mamaril (L.V.N.) on 01/11/24 1357**
Status: **Completed**
Ordering user: Delmundo, Pamela Mamaril (L.V.N.) 01/11/24 1357
Authorized by: UNSPECIFIED,
Ordering mode: Standard
Frequency: Routine 01/11/24 -
Class: Normal
Quantity: 1

**Provider Details**

| Provider | NPI |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | — |
| UNSPECIFIED, | — |

# 01/11/2024 - Vaccine Visit in ADULT INJECTIONS

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Delmundo, Pamela Mamaril (L.V.N.) |

### Department

| Name | Address | Phone |
|---|---|---|
| ADULT INJECTIONS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-3497 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 91320 | SARSCOV2 VACC 30MCG/0.3ML TRIS-SUCROSE IM USE<br>Duration: 0m ( 1:58 PM - 1:58 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |
| 90480 | IMM ADMN SARSCOV2 VACCINE SINGLE DOSE<br>Duration: 0m ( 1:58 PM - 1:58 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |

## Immunizations Given

Immunizations never marked as reviewed

**COVID-19 mRNA LNP-S, PF, XBB 1.5 12YRS-Adult(Pfizer), 30mcg/0.3mL**

Given by: Delmundo, Pamela Mamaril (L.V.N.)
Date: 1/11/2024 1358
Dose: 0.3 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 00069-2362-01
CVX code: 309
Scanned barcode: 01103006923620191724123110HG5967
VIS Publish Date: 10/19/2023
Product: Comirnaty 2023-24 (12y up)(PF)
Manufacturer: Pfizer US pharm
Lot number: HG5967
Expiration date: 12/31/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

## Other Orders

### Immunization/Injection

**VACC COVID-19, MRNA, LNP-S, PF, XBB 1.5 (PFIZER), 30 MCG/0.3 ML, IM [1627500428] (Completed)**

Electronically signed by: **Delmundo, Pamela Mamaril (L.V.N.) on 01/11/24 1358**
Status: **Completed**
Ordering user: Delmundo, Pamela Mamaril (L.V.N.) 01/11/24 1358
Authorized by: UNSPECIFIED,
Ordering mode: Standard
Frequency: Routine 01/11/24 -
Class: Normal
Quantity: 1

**Provider Details**

| Provider | NPI |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | — |
| UNSPECIFIED, | — |

## 01/15/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/15/2024 1:36 PM |
| Last Read in kp.org<br>1/15/2024 6:13 PM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/16/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-12**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/15/2024 1:36 PM |

I'm wearing the brace and taking 400mg ibuprofen twice daily. I've applied for long term disability from Lincoln now. Covid and flu shots did not affect my general level of pain.

I'm definitely getting more use out of my left arm with the improved condition of my elbow. Joint hurts, but the tendons don't unless I really over do it. I'm using that arm more for gross actions like picking things up, carrying. My right hand and wrist have been hurting somewhat, probably because it's doing everything left hand isn't doing (typing this with pancil on iPad for example).

**Messages (continued)**

Occasional index finger pain correlated with elbow pain. Both hands sting quite a lot by the end of the day (fingers, palms typically). Some days of coldness in hands.

Use of computer is still painful quickly and my elbow prevents me from using my left hand at all. No change there. My wife and I are now doing together the computer things I used to do myself so that she will eventually be able to take over.

## 01/18/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Work status report and Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/21/2024 9:58 AM by Weller, Steven | Weller, Steven | 1/19/2024 2:58 PM |

Mr. Weller,

Thank you for your email. Your new report is all set, and is written for six months beginning January 5.

Take care,

Dr. Lee

**Work status report and Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/18/2024 12:18 PM |

Money has stopped flowing again and it seems that lack of a work status report past Jan 5 is the reason. Sedgwick never asked for one, despite my giving them later dates.

Please provide one to cover Jan 5 onwards. I have to navigate a change of disability insurance company, a change of provider area, and a move in the midst of this. In theory we will cut over to a new provider (Kaiser Oregon) at the start of March but it will take a while before I can get set up there, so as far past that as possible would be best.

## 01/19/2024 - Office Visit in REHABILITATION SVCS

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY

#### Visit Diagnoses

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- LEFT ELBOW JOINT PAIN [M25.522]
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND PAIN [M79.641, M79.642]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #2 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #3 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97535 | SELF-CARE/HOME MGMT TRAINING EACH 15 MINUTES | 1/19/2024 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

#### THERAPIST, PHYSICAL

**Progress Notes by Mendoza, Angela Marie (P.T.) at 1/19/2024 0909**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 1/19/2024 9:41 AM Encounter Date: 1/19/2024 Creation Time: 1/19/2024 9:09 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023

Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 1/19/2024**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 1/19/2024**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Partially met, does not need wheelchair for bathroom use 1/19/2024**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
======================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 10/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:

Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Patient is moving in 3 weeks to Oregon.
Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 2/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
1-2/10 in left elbow (wearing brace for 8 weeks), at its worst 3/10; 0-1/10 in the left knee at the worst 3/10

Observation: Presented in wheelchair, able to walk inside the clinic. Patient stated reduced the use of the wheelchair by 50%
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 2X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior
Patient reports sitting resting 3 hours per day, broken up
Patient is using heat for pain management 2-3X/ day for 30 minutes. Patient educated on decreasing heat to no more than 20 minutes with 2 hour gaps in between.

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis,

iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Self care for 40 minutes
Patient educated how to gauge when it is appropriate to progress with pool and aerobic activity and when it is appropriate to maintain through symptoms acknowledgement. Patient verbalized understanding.

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

=====================================================

Self care for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home, decreased use of wheelchair by 50%

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: Transfer care to PHYSICAL THERAPY in Oregon

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 1/19/2024 9:41 AM

## 01/19/2024 - Office Visit in REHABILITATION SVCS (continued)

**Physical Medicine Notes (continued)**

### Procedures

**Procedures**

**TRNG, SELF CARE, HOME MGMT, ONE ON ONE, EA 15 MIN [1627500429] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 01/19/24 0941** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 01/19/24 0941 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 01/19/24 - Class: Back Office
Quantity: 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAIN [M25.551]
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]
LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]
BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 1/19/2024 9:00 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday January 19, 2024. The following issues were addressed: LEFT KNEE JOINT PAIN, LEFT ELBOW JOINT PAIN, RIGHT HIP JOINT PAIN, and BILATERAL HAND PAIN.

Done Today
TRAINING, SELF CARE, HOME MANAGEMENT

## What's Next

MRI
Date: Wednesday January 24, 2024
Time: 7:45 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

Office Visit
With: BRIAN POEU LEE MD
Date: Tuesday January 30, 2024
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of January 19, 2024 9:41 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

# 01/19/2024 - Ancillary Orders in NEUROLOGY

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

## Reason for Visit

### Visit Diagnoses

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**
- CERVICAL RADICULOPATHY [M54.12]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/19/2024 1457 |
| Diagnosis #2 | | | | |
| Add | CERVICAL RADICULOPATHY | M54.12 | Lee, Brian Poeu (M.D.) | 01/19/2024 1457 |

KAISER PERMANENTE

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 1/19/2024

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 1/5/2024 through 7/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 01/21/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/21/2024 3:53 PM |
| Last Read in kp.org<br>1/22/2024 9:56 AM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/23/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Hands update 2024-01-19

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/21/2024 3:53 PM |

Wearing brace and taking 400mg ibuprofen twice a day. Visiting pool 2-3 times a week for light exercise, limited by knee. Wheelchair use < 50% of the time around the house.

Still experiencing slow but steady improvement in left elbow. More usable and less pain, occasionally pain-free this week. Can't use it for computer since that aggravates it quickly.

Hands become painful after a few minutes computer use. Stinging in the evening is quite noticeable, but I'm not certain it's trending worse. It has a gradient of most bad at the pinkie and least bad at the index finger across both hands. A couple of episodes of cold hands also. Index finger has been only slightly painful.

I've been having pain in my right hand and wrist this week from iPad/Pencil use. It's on the pinkie side and extends down the arm through the wrist, so feels like tendons.

## 01/28/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/28/2024 4:08 PM |
| Last Read in kp.org<br>1/29/2024 5:48 AM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/30/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-26**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/28/2024 4:08 PM |

I'm wearing the left wrist brace and taking 400mg ibuprofen twice a day. Improvement to my left elbow feels like it has leveled off. I still have pain, but it's inside the joint and it's not always present. I'm still getting more use than I was from my left arm. The left shoulder MRI caused me to have that arm straight for 30 minutes and that seems to have made it hurt later that day.

Hands stinging at night feels like it is slowly getting worse, but it's not bad enough to be distracting. I'm using my hands less on the computer since my wife has been taking over some

of things I need it for. iPad use has been hurting my right hand and wrist, not enough to trigger the horrible pain, but I have to limit use. I've had times when my right hand felt cold.

Left index finger continues to have only slight pain, corellating with elbow pain and use.

## 01/30/2024 - Office Visit in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP ROUTINE

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/30/2024 1739 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN | 1/30/2024 | Lee, Brian Poeu (M.D.) | | 1 |

**Clinical Notes**

**Unknown**

**Progress Notes by Lee, Brian Poeu (M.D.) at 1/30/2024 1736**

**Version 1 of 1**

Author: Lee, Brian Poeu (M.D.) Service: — Author Type: Physician
Filed: 1/30/2024 5:39 PM Encounter Date: 1/30/2024 Creation Time: 1/30/2024 5:36 PM
Status: Signed Editor: Lee, Brian Poeu (M.D.) (Physician)

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Splint continues to be helping. Plans are in place for the move to Oregon. Will have KP there.
As previously noted, left index and middle finger are the main pain symptoms. The left abductor pollicis brevis (median, C8 less than T1) has been noted to be weak. Pinprick examination has shown fifth digit more sensitive than the dermatomal distribution of the median nerve. EMG negative.

Anticipate Mr. Weller will benefit from continuing with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. This is favored over a C7 radiculopathy.

**Clinical Notes (continued)**

---

Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 1/30/2024 5:39 PM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## 01/30/2024 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

1/30/2024 8:30 AM NEUROLOGY 408-851-4435

## Today's Visit

You saw BRIAN POEU LEE MD on Tuesday January 30, 2024.

Blood Pressure
127/73

Pulse
66

## What's Next

You currently have no upcoming appointments scheduled.

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of January 30, 2024 5:39 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

Steven Weller (MRN: 110018429889) • Printed at 1/30/2024 5:39 PM Page 1 of 1 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**Messages**

**Questionnaire Submission**

**Messages (continued)**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/24/2024 9:59 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Visit Questionnaire

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Exercise
Question: Would you like to answer some questions about your exercise habits?
Answer: Yes

Question: How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)?
Answer: 3

Question: How many minutes per day do you exercise at this level for each day you exercise?
Answer: 30

Question: Comments
Answer: Water walking, arm movement

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
|---|---|---|
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>1/24/2024 9:58 AM by Weller, Steven | Weller, Steven | 1/23/2024 1:20 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 01/30/2024 - Office Visit in NEUROLOGY (continued)

**Messages (continued)**

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Ncal Mychart Rooming Questionnaire**

| Question | 1/24/2024 9:59 AM PDT - Filed by Patient |
|---|---|
| Exercise | |
| Would you like to answer some questions about your exercise habits? | Yes |
| How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)? | 3 |
| How many minutes per day do you exercise at this level for each day you exercise? | 30 |
| Comments | Water walking, arm movement |

**Vitals**

**Vital Signs - Last Recorded**

Most recent update: 1/30/2024 8:41 AM
Blood Pressure: 127/73 (Site: Left arm, Position: Sitting, Cuff Size: Adult)
Pulse: 66

## 01/24/2024 - MRI in MRI
## Hospital INFO

### Admission Information

**Current Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 01/24/24 0715 | 01/24/24 2359 | | |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care. | |

## 01/24/2024 - MRI in MRI (continued)

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

### Reason for Visit

**Visit Diagnoses**

- SOFT TISSUE MASS [M79.9]
- WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SOFT TISSUE MASS | M79.9 | System, Generated | 01/24/2024 0749 |
| Diagnosis #2 | | | | |
| Add | WORK UP IN PROGRESS, NEUROLOGIC | ADMIN CODE | System, Generated | 01/24/2024 0750 |

### Visit Account Information

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 3221110563686 | Outpatient | Closed | KFHP 1000 - HMOX HMO(E) PLAN 4354310 |

**Guarantor Account (for Hospital Account #3221110563686)**

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| 547 BRYAN AVE<br>SUNNYVALE, CA 94086-6420 | | H)<br>O) | | |

## Visit Account Information (continued)

### Coverage Information (for Hospital Account #3221110563686)

| F/O Payor/Plan | | Precert # |
|---|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| 393 E WALNUT ST<br>PASADENA, CA 91188 | | |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 71550 | MRI CHEST W/O CONTRAST MATERIAL | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | 26 | 1 |
| 70540 | MRI ORBIT FACE &/NECK W/O CONTRAST | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | 26 | 1 |
| 71550 | MRI CHEST W/O CONTRAST MATERIAL | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | | 1 |
| 70540 | MRI ORBIT FACE &/NECK W/O CONTRAST | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | | 1 |

## Events

### Hospital Outpatient at 1/24/2024 0715

Unit: MRI
Patient class: Outpatient

### Discharge at 1/24/2024 2359

Unit: MRI
Patient class: Outpatient

## Imaging

### Imaging

#### MR MUSCULOSKELETAL [1627500431] (Active)

Electronically signed by: **Fang, Andrew Sun (M.D.) on 08/29/23 1220** Status: **Active**
Ordering user: Fang, Andrew Sun (M.D.) 08/29/23 1220 Authorized by: Fang, Andrew Sun (M.D.)
Ordering mode: Standard
Frequency: Routine 01/24/24 0749 - 1 occurrence Class: Normal
Quantity: 1 Instance released by: Volpe, Maria C 1/24/2024 7:49 AM
Diagnoses
SOFT TISSUE MASS [M79.9]

**Provider Details**

| Provider | NPI |
|---|---|
| Fang, Andrew Sun (M.D.) | 1568540169 |

**Indications**

SOFT TISSUE MASS [M79.9 (ICD-10-CM)]

#### MR SPINE [1627500433] (Final result)

Electronically signed by: **Lee, Brian Poeu (M.D.) on 01/04/24 1059** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lee, Brian Poeu (M.D.) 01/04/24 1059 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard

**Imaging (continued)**

Frequency: Routine 01/24/24 0750 - 1 occurrence
Quantity: 1
Instance released by: Volpe, Maria C 1/24/2024 7:50 AM
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

Class: Normal
Lab status: Final result

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR SPINE [1627500433]** Resulted: 01/24/24 0931, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 01/24/24 0934
Accession number: 12205817337
Resulted by: Jun, Peter (M.D.)
Performed: 01/24/24 0849 - 01/24/24 0845
Resulting lab: NCAL PWS INTERFACE

Narrative:
MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

Impression:

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

Acknowledged by: Lee, Brian Poeu (M.D.) on 03/15/24 1435

**Components**

## 01/24/2024 - MRI in MRI (continued)

**Imaging (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI BRACHIAL PLEXUS NO CONTRAST. [250870] | |

**Recipients**

**Lee, Brian Poeu (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 657462692 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR SPINE [1627500433]** Resulted: 01/24/24 0756, Result status: In process

Order status: Completed
Filed by: Dore, Michael A 01/24/24 0756
Accession number: 12205817337
Resulted by: Jun, Peter (M.D.)
Performed: 01/24/24 0849 - 01/24/24 0845

| Procedures Performed | Chargeables |
|---|---|
| MRI BRACHIAL PLEXUS NO CONTRAST. [250870] | |

**Reviewed by**

Lee, Brian Poeu (M.D.) on 03/15/24 1436

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

**Signed**

Electronically signed by Jun, Peter (M.D.) on 1/24/24 at 0931 PST

**All Reviewers List**

Lee, Brian Poeu (M.D.) on 3/15/2024 14:36

## 08/15/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- MEDICATION MANAGEMENT (Fosomax update)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 8/16/2024 1017**

Author: Segletes, Paula Ann, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 8/16/2024 10:21 AM | Encounter Date: 8/15/2024 | Creation Time: 8/16/2024 10:17 AM
Status: Signed | Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for **medication management**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

**Active Medications as of 08/15/2024:**
**ALENDRONATE 70 MG ORAL TAB, Sig: Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes**

*The following has been copied and pasted from video visit on 7/10/24 by Kellie R. Foster, MD*
:

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 08/15/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Segletes, Paula Ann, LPN at 8/16/2024 10:21 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 8/15/2024 8:46 AM |

As suggested, I stopped taking Alendronate (Fosamax) for several weeks. There has been no improvement to my right hip (it's still pretty bad), so I will start taking it again at the weekend.

## 08/15/2024 - Patient Message in Westside Medical Office Orthopedics

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Reason for Visit**

**Chief Complaint**

- INQUIRY

**Clinical Notes**

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 8/15/2024 0905**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 8/15/2024 9:05 AM | Encounter Date: 8/15/2024 | Creation Time: 8/15/2024 9:05 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 8/15/2024 9:05 AM

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA | Weller, Steven | 8/15/2024 2:42 PM |
| Last Read in kp.org | | |
| Not Read | | |

Hi Steven. I would not suspect the existing labral tear is the primary cause of your symptoms. Lets wait and see what Sadie thinks when you see her but I suspect that Dr. Foster may want to consider looking at your lumbar spine as a potential source of your symptoms.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting | 8/15/2024 8:59 AM |

Chad Andrew Esterberg, PA)

---

I have an appointment with Sadie Morse 9/13 to further investigate my hip issues. Is there anything that should be done prior to that which would help provide data to further a diagnosis?

I will be traveling Sept 18 through Oct 9 and that was the first ortho appointment I could get.

I initially saw steady but very slow improvement after starting alpha Lipoic acid and taking other anti inflammatory measures, but then immediately went back to disabling pain when I tried small range supine leg raises. An MRI from September 2023 showed a small labral tear. Could that or something else adjacent be the cause?

## 08/01/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sangmo, Choeying, PTA | Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 8/1/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Sangmo, Choeying, PTA | 08/01/2024 1306 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Sangmo, Choeying, PTA | 08/01/2024 1306 |

### Clinical Notes

**Unknown**

**Progress Notes by Sangmo, Choeying, PTA at 8/1/2024 0845**

| | | |
|---|---|---|
| Author: Sangmo, Choeying, PTA | Service: — | Author Type: PHYS THERAPY ASSISTANT |
| Filed: 8/1/2024 1:06 PM | Encounter Date: 8/1/2024 | Creation Time: 8/1/2024 8:21 AM |
| Status: Signed | Editor: Sangmo, Choeying, PTA (PHYS THERAPY ASSISTANT) | |

## PhysicalTherapy Treatment Note

Visit number 2 this year
Progress note due: 8/4/24

## ASSESSMENT

Patient Response to Treatment: Pt. Tolerated therapy session with minimal increase in pain.

Steven is a 62 yrs old male with subjective report and objective findings consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.
which is slowly progressing as anticipated as indicated by patient report and objective data.

Member will continue to benefit from skilled physical therapy intervention to improve mobility/strength, decrease pain,

and assist with graded return to functional activity in order to be able to resume activities of daily living without limitations.

**PLAN**

Steven to be seen for up to 3 additional visits by 10/3/24 per physical therapy plan of care. Treatment may include the following: progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

No change in plan of care.

Next session 08/22/24.

**SUBJECTIVE**

Steven reports hip pain got worse for 3 days after the last session, stopped HEP, restarted one by one after a week to see which one aggravates, SLR seemed to bother R hip. Not doing that. Overall improvement, still have pain but 4/10/.. not using the WC at home as much. Standing tolerance 1-2 min.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Informed consent: I have discussed the relative risks, benefits, and alternatives for treatment of this problem with the patient. They verbalized understanding and agreement with the treatment plan.

Objective Data:
Participated therapy session in WC
Tolerated walking to/from treatment room# 4 to gym (NuStep)

| **Home Program** |
|---|
| Access Code: JQNF84R6<br>URL:<br>https://kaiserpermanente.medbridgego.com/<br>Date: 08/01/2024<br>Prepared by: Choeying Sangmo<br><br>**Reviewed:**<br>- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps<br>- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps<br><br>**Added:**<br>- Standing Hip Flexor Stretch - 1 x daily - 7 x weekly - 2 reps - 1-3 hold<br>- Staggered Stance Forward Backward Weight Shift with Counter Support - 1 x daily - 7 x weekly - 2 sets - 2-3 reps |

**08/01/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Therapeutic exercise 30 minutes: reviewed and added Hep with Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles. Handout with written patient instructions and images was provided.

Education: Education in plan of care, home program, postural awareness with daily tasks.

Time In: 08:43
Time Out: 09;15

Electronically signed by Sangmo, Choeying, PTA at 8/1/2024 1:06 PM

## 07/28/2024 - Patient Message in Tanasbourne Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Bailey, Michaela, PT |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Michaela Bailey, PT<br>Last Read in kp.org<br>7/30/2024 10:32 AM by Weller, Steven | Weller, Steven | 7/29/2024 1:21 PM |

Hi Steven,

Sorry to hear you are in pain.

You did the right thing to stop specific exercises that increase your pain.

As I recall, on our visit, I provided extensive education on various pain management strategies, as well as several gentle exercises. Please see summary of these below.

I don't recall instructing you to do leg raises.

You may wish to follow up with your medical doctor for additional questions or concerns.

Thank you,
Miki

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

**07/28/2024 - Patient Message in Tanasbourne Physical Therapy (continued)**

**Messages (continued)**

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll
- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Bailey Michaela Pt Pool (supporting Michaela Bailey, PT) | 7/28/2024 8:53 AM |

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with my symptoms and diagnostic results, but has never been followed up on. Is that something you are aware of?

In the few days after my visit to you 2024-07-05 I developed severe right hip pain and had to rest it for a week. Then I started adding the exercises one by one, doing each fully but just once a day. I left the leg raise to last and am now in severe pain again. Onset is delayed, so it was three days before I stopped, but I'm now sure that this exercise is the cause. I wake with

hip pain, something I've not experienced for a long time. In terms of the gradual improvement I saw prior to PT, I estimate I've regressed about two months. The other exercises were benign, but I'm currently not doing any until the pain reduces.

## 07/28/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- FOLLOW UP CARE (Hip pain)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Baek, Marina, LPN at 7/29/2024 0946**

| | | |
|---|---|---|
| Author: Baek, Marina, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 7/29/2024 9:46 AM | Encounter Date: 7/28/2024 | Creation Time: 7/29/2024 9:46 AM |
| Status: Sign at exiting of workspace | Editor: Baek, Marina, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Kellie R. Foster, MD for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from Telemedicine encounter on 7/10/24 by Kellie R. Foster, MD:*

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.
-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 07/28/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/30/2024 10:31 AM by Weller, Steven | Weller, Steven | 7/29/2024 10:54 AM |

Dear Steven,

I am sorry to hear about this increased pain. I recommend scheduling a follow up visit with PA Kyle Norton or one of his colleagues in the orthopedics department - here is the orthopedic department phone number- (503) 571- 4227.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/28/2024 9:05 AM |

One specific PT exercise has apparently put me back about two months in terms of right hip progress. I'm close to going back to an indoor wheelchair and it's really demoralizing. See my mail to Mike Bailey for more detail.

An MRI taken in September 2023 showed a small labral tear on my right hip. This seems consistent with onset (high levels of physical stress due to left hip pain), symptoms (pain mainly at the front, radiating upward) and diagnostic results (joint impingement, pain

**07/28/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

unaffected by steroid shots), but has never been followed up on. I'd like to investigate this further.

## 07/19/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dahuyag, Faye D, OT |

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>7/26/2024 10:46 AM by Weller, Steven | Weller, Steven | 7/25/2024 4:12 PM |

Hi Steven!

Sorry about your appointment. I had a pink eye. I am glad you are getting better slowly. Continue to do the exercises and we will re-assess next visit. Stay well!

Best,
Faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 7/19/2024 3:30 PM |

Our appointment was cancelled last week, and I was not able to make another until September, so I wanted to touch base on where I am and ask what should be next. I've been doing all the exercises probably an average of 2.5 times a day. I'm taking alpha lipoic acid and have been wearing the compression gloves about half the time. I've made modifications to my diet to help inflammation.

Overall my hands are showing slow improvement. I have less constant stinging and don't notice it at night so much. I have a little more resilience to hand use. The "tray" exercise feels much better on the left side now than when I started it, so I assume that means it's working. At their current level, none of the exercises are triggering any new pain.

Please let me know what I should change, if anything.

**07/19/2024 - Patient Message in South Interstate Occupational Therapy (continued)**

**Messages (continued)**

## 07/12/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (Next Dexa?)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Deveraux, Dori, LPN at 7/13/2024 1025**

Author: Deveraux, Dori, LPN    Service: —    Author Type: LICENSED PRACTICAL NURSE
Filed: 7/13/2024 10:28 AM    Encounter Date: 7/12/2024    Creation Time: 7/13/2024 10:25 AM
Status: Signed    Editor: Deveraux, Dori, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for advice

- **When is Dexa due?**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from : 08/04/2022 DEXA BONE DENSITY*

IMPRESSION:
1. Lumbar osteoporosis and femoral osteopenia.

FRAX calculations for fracture risk in the next 10 years:
Major osteoporotic fracture: 10.3%
Hip fracture: 1.5%

The National Osteoporosis Foundation recommends pharmacologic therapy for osteoporosis.

Consider pharmacologic therapy for osteopenia if the 10 year risk is 20% or greater for major osteoporotic fracture or 3% or greater for hip fracture, especially in the setting of clinical risk factors.

WHO Criteria (applicable to peri- or postmenopausal women or to men >50 years old):

Normal: T-score -1.0 or better
Osteopenia: T-score between -1.0 and -2.49
Osteoporosis: T-score -2.5 or worse
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 07/12/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Last Resulted: 08/05/22 9:14 AM

**Current Outpatient Medications**

| Medication | Instructions |
| --- | --- |
| • Alendronate (FOSAMAX) | 70 mg, Oral, EVERY 7 DAYS, with a full glass of water at least 30 minutes before first food, beverage, or medication of the day. Do not lie down for 30 minutes |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Electronically signed by Deveraux, Dori, LPN at 7/13/2024 10:28 AM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/18/2024 7:40 PM by Weller, Steven | Weller, Steven | 7/18/2024 6:17 PM |

Dear Mr Weller,

Thank you for this information. Lets still see if the hand pain and knee pain improve off the alendronate. The timing of the next bone density depends on whether or not we decide to resume alendronate.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/12/2024 8:57 AM |

I looked into my history of Alendronate (Fosamax)and bone density. See attached DEXA info.
As far as I can tell:
2022-04-10 Cracked ribs
2022-04-15 Xrays
2022-08-05 Bone density scan, started taking Calcium and D3

**Messages (continued)**

2023-03-15 (Kaiser CA) Started taking Alendronate, continued to present

As you can see, this post-dates the onset of serious hip issues ~2022-12

Given the DEXA scan date, when should I have my bone density checked again?

## 07/12/2024 - Patient Message in East Interstate Internal Medicine (continued)

### COC Scans

#### Patient Entered Attachment - Scan on 7/12/2024 8:57 AM: IMG 0985.jpeg

Scan (below)

◄ Search 12:53 PM Thu Jul 11

Back | Test Details | Close

Results

Impression

IMPRESSION:
1. Lumbar osteoporosis and femoral osteopenia.

FRAX calculations for fracture risk in the next 10 years:
Major osteoporotic fracture: 10.3%
Hip fracture: 1.5%

The National Osteoporosis Foundation recommends pharmacologic therapy for osteoporosis.

Consider pharmacologic therapy for osteopenia if the 10 year risk is 20% or greater for major osteoporotic fracture or 3% or greater for hip fracture, especially in the setting of clinical risk factors.

WHO Criteria (applicable to peri- or postmenopausal women or to men >50 years old):

Normal: T-score -1.0 or better
Osteopenia: T-score between -1.0 and -2.49
Osteoporosis: T-score -2.5 or worse

Electronically Signed by: Daniel Stucker, MD 8/5/2022 9:14 AM

Narrative

60-year-old man
Relevant medications: None listed

BMD T-score Z-score
(g/sq cm)
Left Femoral Neck
8/4/2022 0.857 -1.6 -0.5

Lumbar Spine
8/4/2022 0.841 -3.2 -2.5

Want more information about BONE DENSITY TEST (DEXA)?
Learn more

Additional information


Lincoln/Weller 1673

## 07/10/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

#### Follow-up and Dispositions

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- LEFT KNEE JOINT PAIN [M25.562]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #3 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 07/10/2024 1940 |
| Diagnosis #4 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Foster, Kellie R, MD | 07/10/2024 1940 |

### Clinical Notes

#### Unknown

**Progress Notes by Foster, Kellie R, MD at 7/10/2024 1310**

Author: Foster, Kellie R, MD
Filed: 7/17/2024 6:04 PM
Status: Signed
Service: —
Encounter Date: 7/10/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 7/10/2024 12:43 PM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
F/u care

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of joint pain, suspected neuropathic pain and osteoporosis bones, presents with ongoing joint symptoms affecting multiple areas, including the hands, right hip, and left knee. The patient reports a recent increase in joint pain, particularly in the right hip following a physical therapy session. Despite this, the patient notes some improvement in joint symptoms, including the elbow and hands, over the past month.

The patient has been actively managing their symptoms through physical and occupational therapy, dietary modifications, and the use of compression gloves. Sense of burning/discomfort recently improved

They have also been taking alpha lipoic acid for approximately five weeks, which they believe may be contributing to their recent improvements. Seeing some improvement in ability to type, but give example that he tried 15 min of pressing calculaotry type buttons - very gentle - then 2 days of pain.

The patient has a history of fragile bones, having broken ribs on multiple occasions under unusual circumstances. This led to a diagnosis of osteoporosis and the initiation of alendronate therapy several years ago.

The patient's joint pain has significantly impacted their mobility and ability to perform daily activities, including work. Despite this, they report some recent improvements, such as being able to stand and prepare meals, and no longer needing a wheelchair for mobility within their home, still using power mobility outside of home

The patient's joint pain does not affect all joints and seems to be more pronounced on the left side in upper ext. They describe the pain as a lack of lubrication, leading to stiffness and sensitivity to movement.

The patient's joint pain and mobility issues have been ongoing for approximately a year. They are currently unable to return to work due to these limitations.

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
BILAT HAND JOINT PAIN
LEFT KNEE JOINT PAIN

Joint Pain: Multiple joint symptoms including hands, right hip, and left knee as well as burning sensation in hands. Improvement noted with physical therapy, occupational therapy, and use of compression gloves. Pain described as "lacking lubrication" and "stiffness and sensitivity to movements".
-Continue physical and occupational therapy.
-Continue use of compression gloves.
-Continue alpha lipoic acid.

**Clinical Notes (continued)**

-Consider anti-inflammatory diet.
-Stop alendronate for one month to assess if it is contributing to joint pain.

Osteoporosis: History of multiple rib fractures and confirmed osteoporosis on bone scan. Currently on alendronate.
-Temporarily discontinue alendronate for one month to assess if it is contributing to joint pain.

Work Status: Limited ability to stand and use hands, impacting ability to work.
-Extend work note for another three months and re-evaluate.

Follow-up:
-Schedule follow-up appointment for September 6th.
-Continue to monitor joint symptoms and response to discontinuation of alendronate.
-Continue to monitor response to physical and occupational therapy.
-Notify patient of radiology's assessment of spots on upper back once received.

P) No orders of the defined types were placed in this encounter.

21-30

Electronically signed by Foster, Kellie R, MD at 7/17/2024 6:04 PM

**Letters**

**Work Letter by Foster, Kellie R, MD on 7/10/2024**

Status: Sent
Letter body:

KAISER PERMANENTE

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

**Messages**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Kporg Appointment Notifications | 5/21/2024 10:20 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: VID PC HOME VISIT OL (1101531)

7/10/2024 1:10 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Forms for Sedgwick, work status report

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser<br>Last Read in kp.org<br>5/21/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/21/2024 10:20 AM |

Appointment Information:
Visit Type: Video visit
Date: 7/10/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 1:10 PM

Appt Status: Scheduled