**Messages (continued)**

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link
2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

KAISER PERMANENTE.

Kellie R. Foster, MD
3550 N INTERSTATE AVE
PORTLAND OR 97227
503-813-2000



EXHIBIT
3, part 3

**Patient Name:** Weller,Steven
**Patient Address:**

**Encounter Date:** 7/10/2024
**Auth ID:** 1901090209236.1

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Off Work**
This patient is placed off work from 7/5/2024 through 10/7/2024.

This form has been electronically signed by Kellie R. Foster, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

## 07/09/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Ortiz Calderon, Areli, LPN at 7/10/2024 0913**

Author: Ortiz Calderon, Areli, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 7/10/2024 9:13 AM Encounter Date: 7/9/2024 Creation Time: 7/10/2024 9:13 AM
Status: Signed Editor: Ortiz Calderon, Areli, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD for review

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

Electronically signed by Ortiz Calderon, Areli, LPN at 7/10/2024 9:13 AM

**Messages**

**Re: disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Lesa Culbertson, LPN<br>Last Read in kp.org<br>7/12/2024 9:13 AM by Weller, Steven | Weller, Steven | 7/11/2024 11:02 AM |

Steven,

Thank you for using kp.org. My name is Lesa, and I am a LPN with Kellie R. Foster, MD's team.

Please send forms to ROI. See the instructions I have sent below.

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests.

If you have questions, you can reach the ROI department by phone at (503) 571-5051, 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

Your overall health is important to us. Please see the recommendations from your clinician, regarding any preventative care you may be due for, online at www.kp.org/action-plan.

Have a wonderful day.

Lesa A. Culbertson, LPN

How was your experience messaging your doctor or care team? Tell us your thoughts by completing this short survey. Your feedback is important to us.

The official link to the survey:
https://forms.office.com/r/RaGf1GVT2Y

**Re: disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/10/2024 9:39 AM |

Sedgwick replied:

Kaiser doesn't complete any of our forms as they have their own. If you could ensure an updated Work Status Report and office visit notes from your appointments are sent in that would be wonderful. I tried getting updated medical but they didn't have any records to share with Sedgwick at the time as it was requested on 07/02/2024. Thanks! :)

I've attached a previous WSR from Kaiser that was accepted, so something equivalent to that is what is needed.

**disability forms**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 7/9/2024 5:51 PM |

I don't have a form to be filled in. I received a vague message from Sedgwick yesterday saying that my medical information was incomplete. I left a message on their web site asking for specifics and what I should do. I believe they need a letter that says I am unable to work. I will check tomorrow and call them.

**Messages (continued)**

In the past the doctor at Kaiser CA generated a letter called a Work Status Report that stated I was unable to work and included a range of dates. That was in the form of an electronically signed PDF that I then sent to Sedgwick or whoever needed it. For medical information, I've been downloading it myself via ROI and sending it to Sedgwick since that seems to be the only reliable method.

Lincoln, the other insurance company I work with, has no such problems.

**disability forms**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD | Weller, Steven | 7/9/2024 2:40 PM |
| Last Read in kp.org<br>7/10/2024 9:36 AM by Weller, Steven | | |

Dear Mr Weller,

I was preparing for our visit tomorrow and realized I don't yet see in your chart the disability forms. Could you please attach to this email and resend to ROI?

Sincerely,
Kellie R. Foster, MD

At Kaiser Permanente, the department called Release of Information (ROI) helps make medical records available to patients and third parties.

The ROI department also processes requests for medical certifications and short-term disability. Kaiser generates medical certification forms from your electronic healthcare record. These forms are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting www.kp.org/requestrecords. You can also use the KP mobile app: select "Medical Record," then scroll down to "Medical Information Requests." For phone information about ROI services or to make a new leave request, call (503) 571-5051 and follow the recorded instructions. Interpretation services are available by phone. Please be aware that these services are not available onsite.

## 07/09/2024 - Patient Message in East Interstate Internal Medicine (continued)

**COC Scans**

**Patient Entered Attachment - Document on 7/10/2024 9:39 AM: WSR 2024-01-05 through 2024-07-05.pdf**

Document (below)

KAISER PERMANENTE. thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 1/19/2024

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 1/5/2024 through 7/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

Back

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Bailey, Michaela, PT | Bailey, Michaela, PT | Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Tanasbourne Physical Therapy | 10315 NE Tanasbourne Drive<br>Hillsboro OR 97124-5860 | 844-394-3972 |

**Follow-up and Dispositions**

- Return in about 3 weeks (around 7/26/2024) for Face-to-Face Visit, Video Visit, Telephone Visit.

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY, onset date 7/5/2024

**Visit Diagnoses**

- **OSTEOARTHRITIS OF BILAT HIPS (primary) [M16.0]**
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF BILAT HIPS (primary)** | M16.0 | Bailey, Michaela, PT | 07/05/2024 1212 |
| Diagnosis #2 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Bailey, Michaela, PT | 07/05/2024 1213 |

### Clinical Notes

**Unknown**

**Progress Notes by Bailey, Michaela, PT at 7/5/2024 1130**

Author: Bailey, Michaela, PT
Filed: 7/5/2024 12:13 PM
Status: Signed
Service: —
Encounter Date: 7/5/2024
Editor: Bailey, Michaela, PT (THERAPIST, PHYSICAL)
Author Type: THERAPIST, PHYSICAL
Creation Time: 7/5/2024 11:20 AM

**PHYSICAL THERAPY EVALUATION**

**Physical Therapy Initial Evaluation**

Visit #1 for dx of

**Diagnosis**

M16.0 (ICD-10-CM) - OSTEOARTHRITIS OF BILAT HIPS
M25.562 (ICD-10-CM) - LEFT KNEE JOINT PAIN

pain (+0 for this year)

PT Initial Evaluation Date: 7/5/24

**Clinical Notes (continued)**

Medicare Reauthorization Date if Applicable: 10/3/24
Monthly Progress Note Due Date: 8/4/24

Referring Provider: Chad Andrew Esterberg,
Precautions/Contraindications/Comorbidities: NA

Suspect central sensitization.

**SUBJECTIVE**

Pt reports
Right hip
Left knee "not because it hurts me but I can't do any exercise"

Main problem is right hip.
Dec 2022 developed pain in left hip, around 3-4 days, went away. Recurred, went away.
Another recurrence at Beg of 2023 left hip and did not go away.

Was in WC until March 2023 when he got steroid shot in left hip, within a week pain went away and he has been able to WB and walk without a problem.

In May 2023 Right hip got more painful.
Got steroid injection in Right hip and had no effect.
Since June of 2023 has been using WC inside his house.
In condo.
Wife has been pushing him around in man WC the whole chair.
Got power WC.
Got another steroid injection in R hip, did not help.

Has gotten better.
Changed technique of rising from sitting, and it reduced pain.
Changed alignment and the way he gets up and "that has led me to now I only need the WEC some of the time."

Pain 3/10 in right hip "this morning it was 1/10."

States he can walk for short distances unlimited by pain.
States after walking, his pain increases.
He states with WC.

R hip
Pain on pelvis at Right ASIS "I think it's really bad."
Constant, focused ache.
Been getting slowly worse as I've been sitting here.
Deep pain in here.
Points to R inguinal area.
If I press I can feel pain.

Has gym at home.

Has been walking more, around the house.
Can tolerate standing long enough to prepare a meal.
Reports he turns toes and feet inwards and it hurts his knee and hip.

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

Not working currently, is on medical leave.
Software engineer "Its' all computers all day any day"
Has not been working for 9 months.
"My hands are basically worn out.
I'm effectively retired."

Pt rates pain as 1-3/10 on pain scale.

Imaging: See Chart
Multiple body regions, all WNL

**Patient Specific Functional Scale (PSFS)**

| ACTIVITY | DATE: 7/5/2024 | | |
|---|---|---|---|
| 1. Lifting | 2/10 | | |
| 2. Carrying | 2/10 | | |
| 3. Standing | 2/10 | | |
| 4. Walking | 2/10 | | |
| **Total Score** = sum of activity scores/number of activities | 2/10 | | |

**KEY:** On a scale of 0-10, Zero indicates the patient is unable to perform the activity.
Ten indicates the patient is able to perform the activity at the same level as before injury.
Minimal detectable change for total score = 2 points. Minimal detectable change for single activity score = 3 points.

**OBJECTIVE**

Patient arrived in motorized wheelchair at today's visit.
Inside clinic he stated "I can stand and walk".

Bil leg musculature appears toned and well-developed.
No inc in pain with all seated and supine exercises.

Thomas test neg bil.

Pain at visit reported 1-3/10 on VAS.

Multiple imaging, including MRIs and Xrays, indicate WNL findings for all examined body regions.
Symptoms in Sitting: WNL
Sitting Posture: WNL
fwd head, internally rotated shoulders

Initial Symptoms During Standing: WNL, no reported increase in pain
Reports he is able to stand and walk.
Standing Posture: WNL

Gait:
WNL

Patient completed multiple sit<> stand, stand <> supine transfers and turns unlimited by pain or reports of cracking,

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

crunching, grinding, snapping, clicking, N/T, or radiating pain.

Objectively observed AROM of legs including rising and turning, and performing multiple supine SLR and combined leg lift/ ABD all performed in smooth fluid movements, without audible or visible signs of discomfort.

No facial grimacing, sighing, sharp exhales or other nonverbal signs were observed.

Functional Strength/Testing:
Squat:
Bridge:
Single-leg Balance:

Deferred to future visit d/t acuity of condition.

Hip ROM: WNL

Special Testing:
Straight Leg Raise Test: Right -, Left -
Thomas Test: Right -, Left -
SI Compression Test: NA

**ASSESSMENT**

Steven is a 62 yrs old male with signs and symptoms consistent with muscular imbalances, Central Sensitization, possible muscle strain and muscular imbalances.

Pt will benefit from PT for further mobility assessment, progression of therex, posture and core strengthening, along with continued education regarding spinal alignment and lifting mechanics. Pt may also benefit from manual therapy and modalities as indicated to help with improved lumbar mobility and reduced pain.

Potential barriers to goal achievement: emotional factors

Goals:
STGs: 8/4/24
Patient will be able to sit > 60 minutes without sxs.
Patient will be able to stand > 60 minutes without sxs.
Patient will be able to walk > 1mile without sxs.
Patient will be able to don/doff shoes without sxs.

LTGs: 10/3/24
Patient will be able to manage daily activites without pain > 2 out of 10.
Patient will be able to lift 30 pounds without LB sxs.
Patient will be independent in core stability and mobilization exercise program.

**Evaluation Complexity**

| History | Examination | Presentation | Decision Making |
|---|---|---|---|
| **Impacting Personal Factors/CoMorbidities:** None significantly impacting POC/No impacting comorbidities | **Body Structures/ Additional Body Systems Involved:** LE/Musculoskeletal and Neurologic | **Clinical Presentation:** stable | **The patient's presenting complexity is: LOW**<br><br>**Functional Test** |

## 07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | **Activity Limitations:** walking, standing, sitting, lifting, and climbing stairs/inclines | | **and Raw Score:** 2/10 |
| **Low:** 0<br>**Mod:** 1-2<br>**High:** 3 or more | **Low:** 1-2<br>**Mod:** 3<br>**High:** 4 or more | **Low:** Stable, with uncomplicated characteristics<br>**Mod:** Evolving, with changing characteristics<br>**High:** Evolving with unstable/unpredictable characteristics | **Must meet all criteria in all areas to meet level identified.** |

### PLAN OF CARE

Patient to be seen up to 4 additional visits by by 10/3/24 for progression of stretch/strength exercises as tolerated, along with manual tx/modalities for pain management, improved ROM and function.

4 More visits, each approx 2-3 weeks apart with PTA.
Next Progress note (PT only) due by 8/2/24

Focus on pain education,
Reinforce alignment and posture
"Sore but safe"

Consider at next visit:
Progress HEP, progressive strengthening.
Reinforce posture, gradual progressions

Focus on posture, symmetry, alignment, core
Diaphragmatic breathing
L hip flexor release
Assess squats, lunges, SLS
TUG
Stairs
balance

7/5/24
Short Term Goals: By by 8/4/24
1. Pt will demonstrate correct performance of stretching/strengthening exercises and will report consistent performance of this at home to help pt progress to Independence with HEP
2. Pt will demonstrate improved strength (4+/5) to help with improved stability and alignment.
3. Pt will report no more than 2/10 pain with all ADLs and work/ and/or school activities to help pt return to necessary daily activities.

Long Term Goals: By by 10/3/24
1. Pt goal: to be able to resume all ADLs, work activities, and prior exercise program.
2. Pt to demonstrate Indep. with home exercise program for self management of symptoms.
3. Pt will report ability to stand and walk without exacerbation of pain to help return to previous level of function.
4. Pt will tolerate closed kinetic chain (CKC) progressions without exacerbation of pain to help continued increase knee strength/improved function.

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Therapeutic Exercise:** Written, illustrated, demonstrated instructions and practice under supervision was utilized to accomodate all learning styles.
Handout with written patient instructions and images was provided.

Pt education on relevant anatomy/biomechanics and importance of strengthening related to pain. Additional pt education on activity pacing and monitoring pain with exercise.

Pt education and performance of:

Provided Neuroscience of pain education.
Educ on "internal alarm system" getting over sensitized after prolonged experience of pain.
Educ on strategies to over time dial down pain sensitivity, including:

Nutrition
Hydration
Sleep
Safe movements "sore bu safe"
Joyful activities
Supportive social interactions
Breathing techniques

Massage
Chiro
Acupuncture

Heat/ice/ rest
MBSR
Mindfulness
Meditation
Yoga

Access Code: JQNF84R6
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/05/2024
Prepared by: Michaela Bailey

Program Notes
Please do all exercises in small range, on/off.Then relax fully.Knee Pain:Align center of kneecap over toes.

Exercises
- Seated Long Arc Quad - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Heel Raise - 3 x daily - 7 x weekly - 3 sets - 10 reps
- Seated Toe Raise - 3 x daily - 7 x weekly - 3 sets - 5 reps
- Small Range Straight Leg Raise - 1 x daily - 7 x weekly - 3 sets - 3-5 reps - 1 sec hold
- Supine Hip Abduction - 1 x daily - 7 x weekly - 3 sets - 5-10 reps
- Supine Heel Slide - 2 x daily - 7 x weekly - 3 sets - 5-10 reps

Patient Education
- Log Roll

**07/05/2024 - Office Visit in Tanasbourne Physical Therapy (continued)**

**Clinical Notes (continued)**

- Treating Persistent Pain Without Medications: Mindfulness
- Treating Persistent Pain Without Medications: Relaxation
- Treating Persistent Pain Without Medications: Exercise
- TENS Therapy
- Office Posture

Patient Response to Treatment: Patient tolerated evaluation and treatment well.

**Time Spent on Evaluation and Treatment:**
Evaluation x 15 minutes
Therapeutic Exercise x 15 minutes

Time In: 11:20am
Time Out: 11:56am

Electronically signed by Bailey, Michaela, PT at 7/5/2024 12:13 PM

**Messages**

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Pt / Ot Appointment Notification Pool | 5/7/2024 10:09 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PT NEW (109058)

7/5/2024 11:30 AM 40 mins. Bailey, Michaela, PT TNB-PT

Patient Comments:
Patella-femoral syndrome, hip arthritis. Trying to get away from wheelchair use.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Done )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1746**

| | | |
|---|---|---|
| Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 6/26/2024 5:47 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:46 PM |
| Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE) | |

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:47 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:15 AM |

(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Messages (continued)**

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (done)

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1729**

Author: Phan, Stella Nai, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE
Filed: 6/26/2024 5:30 PM | Encounter Date: 6/26/2024 | Creation Time: 6/26/2024 5:29 PM
Status: Signed | Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE)

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:30 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:13 AM |

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

Messages (continued)

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Chief Complaint**

- GENERAL MESSAGE (Done )

### Clinical Notes

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1727**

Author: Phan, Stella Nai, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 6/26/2024 5:27 PM
Encounter Date: 6/26/2024
Creation Time: 6/26/2024 5:27 PM
Status: Signed
Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE)

Duplicate message- see encounter from 06/26/24. Closing encounter.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 5:27 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:12 AM |

Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited

**Messages (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

## 06/26/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- GENERAL MESSAGE (Update )

**Revision History**

Phan, Stella Nai, LPN on 6/26/2024 1647
- GENERAL MESSAGE

**Clinical Notes**

**Unknown**

**Telephone Encounter by Phan, Stella Nai, LPN at 6/26/2024 1647**

Author: Phan, Stella Nai, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 6/26/2024 4:50 PM
Encounter Date: 6/26/2024
Creation Time: 6/26/2024 4:47 PM
Status: Signed
Editor: Phan, Stella Nai, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for review
Patent sent multiple KP.org messages on 06/26/24 to update provider. Copied and pasted all into one encounter for provider to review.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 06/26/24 from the patient:*

Hands
I had a visit with Faye D. Dahuyag OT on 2024-05-24. Since then Ive been wearing compression gloves about half the time and doing exercises for the intrinsic hand muscles and tendons, and doing exercises for radial/ulnar nerve flossing. Im not wearing the wrist brace at all. My left hand feels generally less stiff now.

Both my hands are still stinging most of the time. However, I have less stinging than I did a month ago, so there has been some gradual improvement. I continue to have hand pain after even a small amount of computer use and have to limit even iPhone touch screen use. iPad with Pencil is the easiest for me, but that too results in pain after a while. I get the coldness/neurological pain in my left hand if I overuse it.

Left Elbow
Continues to be reasonably pain free and I get quite a lot of use out of my left arm, limited
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 06/26/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

mostly by my left hand. Improvement is very very slow and irregular, but is still heading in the right direction.

*The following has been copied and pasted from email on 06/26/24 from the patient:*

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At the end of May I paid careful attention to my movements and identified transitioning between sitting and standing (both ways) as actions that were triggering pain. By being very careful how I use my legs for these transitions, Ive improved my mobility over the last month and have not used the manual wheelchair indoors for several weeks. I can stand longer also.

Im still sitting most of the time and am still in pain most of the time. I use an electric wheelchair whenever I leave the apartment.

Ive also discovered an issue with my gait that is likely linked to hip pain. I turn my right foot inwards and put weight on the outer side rather than use my big toe. Now Im more mobile, Im trying to walk more normally and avoid that action.

*The following has been copied and pasted from email on 06/26/24 from the patient :*

(last part)

Left Knee
The steroid injection April 26th in my left knee seems to not have had any effect. Ive yet to try water walking again, but it most likely would lead to several weeks of pain if I did.

Neurological
Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

Electronically signed by Phan, Stella Nai, LPN at 6/26/2024 4:50 PM

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD | Weller, Steven | 6/27/2024 6:27 PM |
| Last Read in kp.org | | |
| 6/29/2024 9:33 AM by Weller, Steven | | |

Dear Mr Weller,

Thank you for your emails and I am glad you are seeing some improvement.

I look forward to talking with you in a couple of weeks.

Sincerely,
Kellie R. Foster, MD

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 6/26/2024 9:10 AM |

A series of emails summarizing where things are currently.

Inflammation
Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

Exercise
My mobility has improved a little, so Im moving about more than I was and sitting less. No visits to the pool for water walking because my knee says no.

Mood
Im bumping up against depression at times. It never gets bad, and I can see it coming, but its yet another thing I have to deal with.

## 06/26/2024 - Patient Message in Westside Medical Office Neurology

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lavery, Daniel Philip Jr., MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

### Reason for Visit

**Chief Complaint**

- MD ADVICE (3 DL sensations with occupational therapy exercises, patient update)

### Clinical Notes

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 6/27/2024 1214**

| | | |
|---|---|---|
| Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE |
| Filed: 6/27/2024 12:15 PM | Encounter Date: 6/26/2024 | Creation Time: 6/27/2024 12:14 PM |
| Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE) | |

**S**: Message reviewed. Routing to Clinician for review. Sensations with occupational therapy exercises and patient update.

Electronically signed by Roque, Christine, RN at 6/27/2024 12:15 PM

### Messages

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD | Weller, Steven | 6/27/2024 12:41 PM |
| Last Read in kp.org<br>6/29/2024 9:32 AM by Weller, Steven | | |

Hi Steven,

Thank you for the update, and I am glad you are at least seeing some improvement. Hopefully this trend will continue with ongoing therapeutic exercises and anti-inflammatory strategies.

Sincerely,

Dan Lavery

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting | 6/26/2024 9:22 AM |

Daniel Philip Lavery Jr., MD)

, but the following may be interesting to you:

Is this sensation expected?

Two exercises assigned by Faye D. Dahuyag OT on 2024-05-24, median nerve flossing (tray) and ulnar nerve flossing are showing a clear asymmetry. With the median flossing, I can feel the nerve all the way from my spine to the tip of my index finger on the left side (sometime my thumb also). On the right there is no such sensation. The ulnar flossing has a less well defined effect, but the asymmetry is there. I think the sensation is lessening slowly over time, so the exercises may be helping.

My hands are now a little better overall.

Ive not been taking ibuprofen for more than a month. I have added alpha lipoic acid 600mg once a day and am still taking calcium/D3 supplements. Ive adjusted my diet to eat fewer inflammatory foods and more anti inflammatory foods, plus generally less sugar and sweet. Next Im going to try eliminating dairy to see if that makes a difference.

## 06/09/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Esterberg, Chad Andrew, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

### Reason for Visit

**Chief Complaint**

- OTHER

### Clinical Notes

**Unknown**

**Telephone Encounter by McGath, Tracy, MA at 6/10/2024 0926**

Author: McGath, Tracy, MA
Filed: 6/10/2024 9:27 AM
Status: Signed
Service: —
Encounter Date: 6/9/2024
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)
Author Type: MEDICAL ASSISTANT
Creation Time: 6/10/2024 9:26 AM

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 6/10/2024 9:27 AM

### Messages

**Nonurgent medical questions or concerns~Other**

From
Chad Andrew Esterberg, PA
Last Read in kp.org
6/11/2024 4:52 PM by Weller, Steven
To
Weller, Steven
Sent and Delivered
6/11/2024 4:44 PM

Hi Steven. Thanks for the update. It sounds like you are making some progress. With no response to either injection, it makes me wonder if your symptoms are not joint related. It may be a good idea to touch base with your primary care doctor to see if they want to look into other potential causes of your symptoms such as coming from your lumbar spine. In the meantime, I do still feel that PT which you have scheduled for next month will be helpful.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

From To Sent

**Messages (continued)**

| | | |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 6/9/2024 12:34 PM |

Knee and hip status update

Right Hip
Following the steroid injection April 26th in my right hip I experienced no noticeable improvement, even after a month. At that point I focussed on finding actions that could be constantly hurting my hip and found that there is a specific range of movement that seemed to trigger it. By being very careful how I use my legs to go from a sitting position to standing for the last couple of weeks, I've been able to slowly but consistently improve my mobility. I can now get around at home all day without using the manual wheelchair, but still need the electric one for outdoor use. The pain is only low level as long as I continue to be very careful.

Left Knee
The steroid injection April 26th in my left knee seems to have had no effect. I've yet to try water walking again, but there was no reduction in the pain I was already experiencing beyond what I would expect from normal recovery.

I'm going to see how much better my hip can become.

## 06/04/2024 - Patient Message in South Interstate Occupational Therapy

**Visit Information**

**Provider Information**

**Encounter Provider**
Dahuyag, Faye D, OT

**Department**

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

**Messages**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Faye D Dahuyag, OT<br>Last Read in kp.org<br>6/5/2024 12:30 PM by Weller, Steven | Weller, Steven | 6/4/2024 1:12 PM |

Hi Steven!

Glad, some things are helpful! We will re-assess every thing on you follow-up visit.

Have a great day!

-faye

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Dahuyag Faye D Ot Pool (supporting Faye D Dahuyag, OT) | 6/4/2024 1:03 PM |

Faye, a quick follow-up to let you know of progress. I've been doing the exercises, working up to twice a day for all of them over the last couple of weeks. The median nerve flossing (tray) is clearly exercising the nerves in my left arm and I feel it most in my elbow. The left ulnar nerve flossing less so. The right arm does not get the same sensations. So we may be onto something here.

I have been wearing compression gloves during the day for about a week and that definitely helps with the stinging sensation. It had a noticeable effect after a just couple of days.

## 05/28/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Clinical Notes**

**Unknown**

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/28/2024 1106**

| | | |
|---|---|---|
| Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/28/2024 11:06 AM | Encounter Date: 5/28/2024 | Creation Time: 5/28/2024 11:06 AM |
| Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE) | |

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

Electronically signed by Manjarrez, Virginia, LPN at 5/28/2024 11:06 AM

**Messages**

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/28/2024 8:36 AM |

I uploaded the Sedgwick form to Kaiser Records a while ago as you asked. They responded recently saying that my application is incomplete, which is correct, since we are planning on going through the two Kaiser forms when we meet on video in July.

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Dahuyag, Faye D, OT | Dahuyag, Faye D, OT | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Occupational Therapy | 3500 N Interstate Ave<br>Portland OR 97227 | 844-394-3972 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 7/5/2024).

#### Level of Service

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

#### Chief Complaint

- OCCUPATIONAL THERAPY, onset date 6/16/2024

#### Visit Diagnoses

- **BILAT HAND JOINT PAIN (primary) [M25.541, M25.542]**
- LEFT HAND PAIN [M79.642]
- LEFT HAND JOINT PAIN [M25.542]
- MUSCLE WEAKNESS [M62.81]
- RIGHT HAND PAIN [M79.641]
- RIGHT HAND JOINT PAIN [M25.541]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND JOINT PAIN (primary)** | M25.541, M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #2 | | | | |
| Add | LEFT HAND PAIN | M79.642 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #3 | | | | |
| Add | LEFT HAND JOINT PAIN | M25.542 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #4 | | | | |
| Add | MUSCLE WEAKNESS | M62.81 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #5 | | | | |
| Add | RIGHT HAND PAIN | M79.641 | Dahuyag, Faye D, OT | 06/16/2024 2306 |
| Diagnosis #6 | | | | |
| Add | RIGHT HAND JOINT PAIN | M25.541 | Dahuyag, Faye D, OT | 06/16/2024 2306 |

### Clinical Notes

#### Unknown

**Progress Notes by Dahuyag, Faye D, OT at 5/24/2024 1500**

| | | |
|---|---|---|
| Author: Dahuyag, Faye D, OT | Service: — | Author Type: THERAPIST, OCCUPATIONAL |
| Filed: 6/16/2024 11:08 PM | Encounter Date: 5/24/2024 | Creation Time: 5/24/2024 2:41 PM |

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Status: Signed    Editor: Dahuyag, Faye D, OT (THERAPIST, OCCUPATIONAL)

**Occupational Therapy Visit #1/5 Monthly Progress Note: 6/23/24 Medicare Reauthorization Date if Applicable: 8/22/24 Prior OT this year: 0**

**Readers please observe:** chart notes are working documents for providers taking care of a patient, intended to memorialize an assessment --to the best of what is possible, given appointment time-- with observation, data provided by the patient, and by the any other available information to date. The chart note is NOT a letter to the reader, nor should it be interpreted as a definitive or declarative statement. Readers should understand that medical language has its own abbreviations and definitions, and, most important, that medical problem solving is a living process over time. Any potential confusion/disagreements should be discussed with your provider, though it is understood that to scrutinize these notes with an eye to extensive or detailed editing misconstrues their purpose.

### Occupational Profile and Review of History

Referral Diagnosis: BILAT HAND JOINT PAIN
Orders: OT Evaluation and Treatment
Referring Provider: Kellie R Foster, MD
Date of Onset/Injury: years. 3 years
Date of Surgery: N/A
History/Mechanism of Injury: chronic pain
Review of Medical History includes review of encounters related to referral diagnosis , history and physical, and problem list
Hand Dominance: RIGHT
Recreational Activities: NA
Significant PMH/UE Injury: none
Precautions/Contraindications: none
Comorbidities: chronic pain
Prior/Concurrent Related Services: none
Prior Level of Function: independent.
Difficulty with ADL's and IADL

### ASSESSMENT

Steven is a 62 yrs old male who presents today with diffuse pain in B hand. Unable to reproduce symptoms with differential testing. Per patient, he is unable to use the computer d/t pain along the palmar aspect of the hand. Swimming gives him relief. Exhibits tight intrinsics in the L hand. Patient will benefit from continued skilled services to decrease symptoms and maximize function. Limitations in function noted as reported on functional outcome measure.

Potential barriers to goal achievement: none known

Steven will benefit from skilled OT intervention to improve ROM, improve strength, decrease pain, and assist with graded return to functional activity

Performance deficits identified in the evaluation include: Physical performance deficits including: strength, joint range of motion, joint stability, and pain

**Evaluation Complexity**

| Profile and History | Assessment of Occupational Performance | Clinical Decision Making | Level of Evaluation Complexity |
|---|---|---|---|

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| OT evaluation includes **a brief review** of the occupational profile and medical/therapy history | Steven demonstrates **4 performance deficits** relating to physical skills which result in activity limitations.<br><br>The assessment of Occupational Performance required **Problem-focused assessment** | Level of Clinical Decision Making: **low complexity** | **Overall Level of Evaluation Complexity: low** |
| **Review of profile and history:**<br>**Low = Brief**<br>**Moderate = Expanded**<br>**High = Extensive** | **Performance deficits:**<br>**Low = 1-3**<br>**Mod = 3-5**<br>**High = 5 or more**<br><br>**Assessment of Occupational Performance:**<br>**Low = Problem-focused**<br>**Mod = Detailed**<br>**High = Comprehensive** | Low = **Limited number** of treatment options to be considered, **no comorbidities** that affect occupational performance, **Modification** of tasks or assistance is **not necessary** to complete evaluation.<br>Mod = **Moderate analytic complexity** analyzing data from **detailed assessment,** consideration of **several treatment options**, presence of **comorbidities, minimal to moderate modification of tasks** or assistance to complete evaluation.<br>High = **High analytic complexity** of data from **comprehensive assessment(s)**, consideration of **multiple treatment options,** presence of **comorbidities**, **significant modification** of tasks or assistance with assessment(s) necessary | **Must meet all criteria in all areas to meet level identified.** |

**PLAN OF CARE**

Steven Weller to be seen up to an additional 4 visits through 09/2024

| **Short term goals by** 6/23/24 | Status |
|---|---|
| Date: **5/24/24** | |
| Therapist: Faye Dahuyag, OTR | |
| Patient to demonstrate understanding on activity modification techniques | |
| Patient to report decrease in pain at rest and with activities requiring use of the B hand | |
| Patient to report compliance with HEP | |

| **Long term goals by** 8/22/24 | Status | Status | |
|---|---|---|---|
| Date: **5/24/24** | | | |
| Therapist: Faye Dahuyag, OTR | | | |
| Patient to report pain no more then 1/10 during functional use of the B hand | | | |
| Patient will be able to type for at least 5 mins with no pain. | | | |
| Independent with HEP and self management of this diagnosis. | | | |

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Treatment May Include the Following:
-Member education on diagnosis and self management of symptoms.
-Instruction on injury/diagnosis precautions, activity modification, and compensatory ADL strategies.
-Member education on joint protection, energy conservation, and use of adaptive equipment.
-Ergonomic counseling and individualized recommendations for activity, environment, and tool modification.
-Home exercise program instruction, practice, and revision/advancement as needed.
-Custom orthotic fabrication/fitting and/or serial casting for protection, stabilization or mobilization.
-Manual therapy including: joint/neural mobilization, soft tissue mobilization with or without instrumentation, and mobilization with movement.
-Taping for proprioceptive feedback, pain relief, support of soft tissues, injury protection.
-Edema management techniques including elevation, retrograde massage, and basic lymphatic massage, compression garments, contrast baths, therapeutic exercises.
-Desensitization and sensory re-education.
-Therapeutic exercises including stretching, progressive resistive and stabilization exercises.
-ADL training and functional activities to promote/simulate ADL performance and participation.
-Education on chronic pain management including stress relaxation techniques, healthy coping mechanisms, diaphragmatic breathing, and other pain management resources.
-Thermal modalities including paraffin, ultrasound, hot/cold packs, and fluidotherapy.

Subsequent Visit Treatment Recommendations: continue assessment. Update HEP

**SUBJECTIVE**

Current concern: limited function and pain.
Steven goals/priorities for therapy: decrease symptoms

Symptoms:"stinging" "distracting" pain  Location: B hand, more notable along the palm aspect of the L IF,
Numeric Analog Pain Scale 5/10

**OBJECTIVE**

Observation/Appearance: report irritation of the the ulnar nerve at the cubital tunnel but has gotten better. No notable bony deformity/abnormality

Palpation/Provocative Tests: Tender to palpation over the R MF MP pad A1 pulley. No palpable nodule

Notable intrinsic tightness in the B hand

CMC grind -
Carpal tunnel compression test -
Phalens' -

Range of Motion: WNL

Sensation: No c/o paraesthesias

Strength: only tested one time
R grip 90#
L grip 70#

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

Evaluation completed.
Educated on relevant anatomy.
Instructed on home exercise program. Provided printed handout with online access code.

## 05/24/2024 - Office Visit in South Interstate Occupational Therapy (continued)

**Clinical Notes (continued)**

Discussed activity modification, tasks variation, and adaptive positioning changes.
Dema grip for comfort.
Encouraged use of imak glove for warmth and comfort.
Heat modality and massage along the volar hand prior to stretching.

**Education/Home Program Instructions:**

Please see Patient Instructions for specifics on Home Program.
Access Code: LCNZFYTR
URL: https://kaiserpermanente.medbridgego.com/
Date: 05/24/2024
Prepared by: Faye Dahuyag

Exercises
- Seated Single Digit Intrinsic Stretch - 3 x daily - 7 x weekly - 2 reps
- Finger Spreading - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Hand AROM Tendon Gliding Series - 3 x daily - 7 x weekly - 2 sets
- Median Nerve Flossing - Tray - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Ulnar Nerve Flossing - 3 x daily - 7 x weekly - 2 sets - 10 reps
- Finger Adduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps
- Seated Finger Abduction with Putty - 2 x daily - 7 x weekly - 2 sets - 5 reps

Patient Response to Treatment: verbalizes understanding of program and expresses willingness to comply, able to perform return demonstration, asks appropriate questions, and verbalizes concern about ability to comply with home program .

Time In: 253
Time Out: 350
Supplies: dema grip

| BILLING CODES | Time (Min) | Units |
|---|---|---|
| Evaluation | 30 | 1 |
| therex | 27 | 2 |
| | | |
| Total Billable Time: | 57 | 3 |

Electronically signed by Dahuyag, Faye D, OT at 6/16/2024 11:08 PM

## 05/14/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**
Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

#### Chief Complaint

- LETTER

### Clinical Notes

#### Unknown

**Telephone Encounter by Peterman, Spencer Matthew Timothy, LPN at 5/15/2024 0900**

Author: Peterman, Spencer Matthew Timothy, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 5/15/2024 9:00 AM
Encounter Date: 5/14/2024
Creation Time: 5/15/2024 9:00 AM
Status: Signed
Editor: Peterman, Spencer Matthew Timothy, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for advice
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from email on 05/10/2024 to the patient:*

**Lavery, Daniel Philip Jr., MD**
to Steven Weller



5/13/24 12:29 PM

Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

Sincerely,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

Dan Lavery

Spencer Peterman, LPN
Kaiser Permanente Primary Care Nurse

Electronically signed by Peterman, Spencer Matthew Timothy, LPN at 5/15/2024 9:00 AM

**Telephone Encounter by Manjarrez, Virginia, LPN at 5/21/2024 1243**

| | | |
|---|---|---|
| Author: Manjarrez, Virginia, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/21/2024 12:43 PM | Encounter Date: 5/14/2024 | Creation Time: 5/21/2024 12:43 PM |
| Status: Signed | Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE) | |

**R:** Routed to Clinician for: Ongoing conversation
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:/B:** Email incoming

Electronically signed by Manjarrez, Virginia, LPN at 5/21/2024 12:43 PM

**Telephone Encounter by Winegar, Leslie, LPN at 5/21/2024 1432**

| | | |
|---|---|---|
| Author: Winegar, Leslie, LPN | Service: — | Author Type: LICENSED PRACTICAL NURSE |
| Filed: 5/21/2024 2:33 PM | Encounter Date: 5/14/2024 | Creation Time: 5/21/2024 2:32 PM |
| Status: Signed | Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE) | |

Opened in error.

Leslie D. Winegar, LPN

Electronically signed by Winegar, Leslie, LPN at 5/21/2024 2:33 PM

**Messages**

**Re: Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>5/28/2024 8:32 AM by Weller, Steven | Weller, Steven | 5/22/2024 12:11 PM |

Dear Mr Weller,

Thank you for the update. The Sedgewick forms say that updated forms are needed by 7/25 so the timing of our appointment will work.

Sincerely,
Kellie R. Foster, MD
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:26 AM |

Here is a copy of the current WSR from Dr. Brian Lee in Santa Clara. It expires 7/5, which is before the appointment I was able to make with you on 7/10.

**Re: Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 10:16 AM |

Here is the form that Sedgwick sent. I have also emailed this to ROI.

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/21/2024 9:39 AM |

I've navigated the ROI department (it's similar to the Kaiser California system), requested records up to the current date, downloaded them, and forwarded them to Sedgwick, so I believe that part is complete. Sedgwick have only ever required a signed doctor's letter to satisfy the Work Status Report requirement. I will upload the form and set up the video visit as requested.

**Form or letter request~Request form**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>7/9/2024 5:40 PM by Weller, Steven | Weller, Steven | 5/15/2024 1:17 PM |

Dear Mr Weller,

I can help with that form - can you please submit the form to our ROI department and schedule a virtual visit with me so that we can complete it together?

Sincerely,
Kellie R. Foster, MD

**05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

At Kaiser Permanente, we have a department called Release of Information (ROI) that facilitates the release of medical records to patients and third parties. They also process requests for medical certification and short-term disability. The medical certification forms Kaiser generates from your electronic healthcare record are accepted by all leave programs, including FMLA, OFLA, Paid Leave Oregon, and WA Paid Family and Medical Leave.

Begin your request for medical records, medical certification, or short-term disability by visiting the ROI department on the web at www.kp.org/requestrecords or on the KP mobile app by selecting Medical Record and then Medical Information Requests. If you have questions, you can reach the ROI department by phone at (503) 571-5051 8 a.m. to 4:30 p.m., closed noon to 1 p.m., Monday-Friday, or via email any time at nw.roi@kp.org. No onsite services available.

**Form or letter request~Request form**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/14/2024 2:59 PM |

My short term disability company Sedgwick has requested a Work Status Report from me stating that I'm unable to work. My current WSR with them was from California and expires July 4 2024, but I don't think that is sufficient now since I'm no longer under Dr Brian Lee's care.

Is that something you provide?

They also requested medical records which I have already provided by via Kaiser's records office.

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**COC Scans**

**Patient Entered Attachment - Document on 5/21/2024 10:16 AM: 2024-05-17 6017_APL_DL_CA VP Approval.pdf**

Document (below)

Sedgwick Claims Management Services, Inc.
P.O. Box 14424
Lexington, KY 40512-4424

sedgwick.

**Phone:** 855-702-7753
**Fax:** 866-315-0607

May 17, 2024

Steven Weller
547 Bryan Ave
Sunnyvale, CA 94086

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**COC Scans (continued)**

# APPROVAL

sedgwick
caring counts

Phone: 855-70APPLE (855-702-7753) | Web: mysedgwick.com/apple | Fax: 866-315-0607
PO Box 14424, Lexington, KY 40512

May 17, 2024

Dear Steven:

You are approved for your time away from work.

Apple California Voluntary Plan (CVP)

- Your Claim Number: C354578791-0001-02
- Waiting Period Dates: August 21, 2023 through August 27, 2023
- CVP Approved Dates: August 28, 2023 through July 05, 2024

Time Away Requests: If you submitted sick and/or vacation for any portion of the approved periods of leave and disability, your time away request will be cancelled. Depending on your supplemental leave pay election, an adjustment to your pay may be made by Apple Payroll.

Unpaid Leave of Absence Determination

- Federal Family and Medical Leave Act Approved Dates: August 21, 2023 through November 10, 2023 = 12.00 weeks. This will be counted against your Federal Family and Medical Leave Act entitlement given there are no changes to your leave.
- California Family Rights Act Approved Dates: August 21, 2023 through November 10, 2023 = 12.00 weeks. This will be counted against your California Family Rights Act entitlement given there are no changes to your leave.
- Apple Medical Leave of Absence Approved Dates: August 21, 2023 through July 5, 2024. This will be counted against your Apple Medical Leave of Absence entitlement given there are no changes to your leave.

## Here's What You Need to Do:

If You Are Able to Return to Work

- ☐ Your health care provider must send Sedgwick a written release before you can return to work. If you are released with restrictions, Sedgwick will review the restriction to see if additional information is needed before you can return to work. Keep your manager apprised of your return to work plan. On your first day of work, remember to contact Sedgwick by phone, text or online. If you are not able to return when expected, contact Sedgwick to request an extension of your leave of absence.

If You Need Additional Time Away from Work

- ☐ If you are not able to return to work as planned or you need more time away from work, contact Sedgwick and your health care provider to request and obtain updated medical documentation.
- ☐ We will need updated medical documentation by **July 25, 2024** to be able to extend your time away from work and pay. We have included the necessary forms for your convenience.

How to Return Your Documents:
Upload: www.mysedgwick.com/apple | Email: appledocuments@sedgwicksir.com | Fax: 866-315-0607

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**COC Scans (continued)**

**Need Additional Help?**
You can access your claim information 24/7 at www.mysedgwick.com/apple or by calling Sedgwick at 855-702-7753. If you have any questions, Sedgwick representatives are available Monday through Friday between 5:00 am to 6:30 pm pacific time.

Thank you,
Your Sedgwick Claim Team
Phone: 855-70APPLE (855-702-7753)
Fax: 866-315-0607
Email documents: appledocuments@sedgwicksir.com

*Scan this QR code with your smartphone camera to go straight to mySedgwick!*

# CALIFORNIA CLAIM FOR DISABILITY BENEFITS PROVIDER CERTIFICATION

Return to Sedgwick Leave Service Center
Email: appledocuments@sedgwicksir.com | | Fax: 866-315-0607 | PO Box 14424 Lexington, KY 40512-4424 | Phone: 855-702-7753

Employee Name: Steven Weller Claim Number: C354578791-0001-02

| | | | | |
|---|---|---|---|---|
| Patient's Name: | Steven Weller | | Date of Birth: | |
| ICD 10 Code for disability condition that prevents the patient from performing his/her regular or customary work: | | | | |
| Primary: | | Secondary: | | |
| This patient has been under my care & treatment for this medical condition | | | From / / to / / | |
| At any time during your treatment of this medical condition has the patient been incapable of performing his/her customary work? ☐ Yes. Enter date disability began / / ☐ No | | | | |
| Date you released or anticipate releasing the patient to return to his/her regular or customary work. If unknown or indefinite, please provide your best estimated date | | | / / | |
| ☐ Check if patient's disability is permanent & you never anticipate releasing him/her to regular or customary work. | | | | |
| If the patient is or has been pregnant: | ☐ Estimated Date of Delivery / / | | ☐ Actual Date of Delivery / / | |
| If the patient has delivered: | | | | |
| If the patient has not delivered, number of days the patient will be disabled postpartum for each delivery type. | | | _____ Days (Vaginal)<br>_____ Days (Cesarean) | |
| In case of an abnormal pregnancy and or delivery, state the complications causing disability | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Diagnosis** (If no diagnosis has been determined, enter a detailed statement of symptoms): | | | | |
| | | | | |
| | | | | |
| **Findings** (state nature, severity and extent of the incapacitating disease or injury, include any other disability conditions): | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Type of Treatment/Medication Provided to Patient: | | | | |
| | | | | |
| | | | | |
| | | | | |

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

### COC Scans (continued)

| | | | | | |
|---|---|---|---|---|---|
| Date & type of surgery/procedure most recently performed or to be performed: | | | | | |
| CPT Code: | Date: | | Description: | | |
| Was the patient unable to work immediately before the surgery or procedure? ☐Yes ☐No | | | | | |
| If "yes" provide the first date the patient was unable to work before the surgery or procedure? | | | | | / / |
| Hospitalization Admission Date: | / / | Discharge Date: | / / | ☐Check if patient remains hospitalized | |
| Name of Hospital: | | | | | |
| Date your patient became a resident of a drug or alcohol facility: | | | | | / / |
| Name of Facility: | | | | | |
| Was this disabling condition caused by or aggravated by the patient's regular or customary work? | | | | ☐Yes ☐No | |
| Was the patient seen previously by another provider for the current disability/illness/injury? ☐Yes ☐No ☐Unknown | | | | | |
| Would disclosure of the information on this form be detrimental to your patient? | | | | ☐Yes ☐No | |
| ☐Check if patient is deceased | | | | Date of Death: | / / |

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

| | | | |
|---|---|---|---|
| Telephone Number: | | Physician/Provider Printed Name: | |
| Fax Number: | | Physician/Provider Specialty: | |
| | | Physician/Provider License # & State: | |
| Date Completed: | | Physician/Provider Signature: | |

## 05/14/2024 - Patient Message in East Interstate Internal Medicine (continued)

**COC Scans (continued)**

**Patient Entered Attachment - Document on 5/21/2024 10:26 AM: WSR 2024-01-05 through 2024-07-05.pdf**

Document (below)

KAISER PERMANENTE. thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 1/19/2024

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 1/5/2024 through 7/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

Back

## 05/13/2024 - Appointment in East Interstate Laboratory

**Visit Information**

**Appointment Information**

**LAB** **Completed**
5/13/2024 7:05 AM

| Time | Provider | Department | Length |
|---|---|---|---|
| 7:05 AM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 7:03 AM    Enc Form Number: 82474729

History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| Checked In: | 5/13/2024 7:03 AM | By: | Reno, Dee | ES |
| EOD Status: | 5/18/2024 4:08 AM | By: | Corbitt, Shelley | ES |

**Reason for Visit**

**Visit Diagnosis**

- BILAT HAND PAIN [M79.641, M79.642]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Kpnw, Ordtrans | 05/13/2024 0703 |

**Labs**

**Clinical Laboratory**

**ANA [611926729] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920    Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -    Class: Normal
Quantity: 1    Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**ANA SCREEN [611926729]** Resulted: 05/13/24 1354, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1354
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Screen | Negative | Negative | — | KP AWL |

Comment:
************************

This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY [611926730] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**TISSUE TRANSGLUTAMINASE W IGA (TTG-IGA) [611926730]** Resulted: 05/13/24 1411, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/13/24 1411
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1418

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL | — | KP AWL |

Comment:
All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA.

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM
Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

**IMMUNOFIXATION, SERUM [611926731] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: Click on Process Information Tab for detail on this test.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**IMMUNOFIXATION [611926731]** Resulted: 05/14/24 1619, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/14/24 1619
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Serum Immunofixation | — | — | — | KP AWL |

Result:

No monoclonal protein detected by immunofixation electrophoresis.

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**VITAMIN B6 (PYRIDOXINE) [611926732] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Scheduling instructions
This lab test requires you to be fasting. Please arrive at the lab 10 hours or more after your last meal. You may drink water, coffee (without cream or sugar), tea (without cream or sugar); but you should not drink alcohol or take vitamins for 24 hours.

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400524 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**VITAMIN B6 [611926732]** Resulted: 05/16/24 1253, Result status: Final result

Order status: Completed
Collected by: Reno, Dee 05/13/24 0709
Filed by: Interface, Pathnet Results In 05/16/24 1253
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L | — | ARP |

Comment:
INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)

Pyridoxal 5'-phosphate measured in a specimen collected following an 8-hour or overnight fast accurately indicates vitamin B6 nutritional status. Non-fasting specimen concentration reflects recent vitamin intake.

This test was developed and its performance characteristics determined by ARUP Laboratories. It has not been cleared or approved by the US Food and Drug Administration. This test was performed in a CLIA certified laboratory and is intended for clinical purposes.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD
CLIA Number: 46D0523979

**Recipients**

**Neuro Regional Lab Results Pool**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595189579 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - ARP** | ARUP LABORATORIES | Unknown | 392 N 3700 W Salt Lake City UT 84000 | 03/20/14 1016 - Present |
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**CRP (C-REACTIVE PROTEIN) [611926733] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) [611926733]** Resulted: 05/13/24 1451, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 05/13/24 1451
Collected by: Reno, Dee 05/13/24 0709
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

**RHEUMATOID FACTOR, SERUM [611926734] (Final result)**

Electronically signed by: **Lavery, Daniel Philip Jr., MD on 05/09/24 0920**
Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lavery, Daniel Philip Jr., MD 05/09/24 0920
Authorized by: Lavery, Daniel Philip Jr., MD
Ordering mode: Standard
Frequency: Routine 05/09/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Reno, Dee 5/13/2024 7:03 AM
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Lavery, Daniel Philip Jr., MD | 1871758078 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2413400523 | — | BLOOD | Reno, Dee 05/13/24 0709 |

**RHEUMATOID FACTOR, SERUM [611926734]**
Resulted: 05/13/24 1427, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 05/13/24 1427
Collected by: Reno, Dee 05/13/24 0709
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Lavery, Daniel Philip Jr., MD on 05/13/24 1611

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL | — | KP AWL |

**Recipients**

**Lavery, Daniel Philip Jr., MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 595192770 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

## 05/13/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**All Reviewers List**

Lavery, Daniel Philip Jr., MD on 5/13/2024 4:11 PM

## 05/10/2024 - Patient Message in Westside Medical Office Neurology

### Visit Information

**Provider Information**

**Encounter Provider**
Lavery, Daniel Philip Jr., MD

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

### Reason for Visit

**Chief Complaint**

- LETTER (3 DL pt requesting Work Status Report letter, defer to PCP?)

**Revision History**

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed for bilateral hand pain)

Roque, Christine, RN on 5/10/2024 1034
- LETTER (Pam DL letter needed)

### Clinical Notes

**Unknown**

**Telephone Encounter by Roque, Christine, RN at 5/10/2024 1034**

Author: Roque, Christine, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 5/10/2024 10:34 AM | Encounter Date: 5/10/2024 | Creation Time: 5/10/2024 10:34 AM
Status: Signed | Editor: Roque, Christine, RN (REGISTERED NURSE)

**S**: Routing to NOD to follow up with member if needed before routing to provider.

Electronically signed by Roque, Christine, RN at 5/10/2024 10:34 AM

**Telephone Encounter by Dykier, Pamela, RN at 5/13/2024 1032**

Author: Dykier, Pamela, RN | Service: — | Author Type: REGISTERED NURSE
Filed: 5/13/2024 10:33 AM | Encounter Date: 5/10/2024 | Creation Time: 5/13/2024 10:32 AM
Status: Signed | Editor: Dykier, Pamela, RN (REGISTERED NURSE)

**R: Message reviewed: routed to clinician. Should we defer to PCP?**

*The following has been copied and pasted from office visit on 5/9/2024 by Dr. Lavery:*

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

**COMMENTS**

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that

## 05/10/2024 - Patient Message in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

**RECOMMENDATIONS**

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody
-no additional neurodiagnostic testing recommended outside of the above blood tests
-agree with occupational hand therapy evaluation
-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered
-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam
-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

Electronically signed by Dykier, Pamela, RN at 5/13/2024 10:33 AM

**Messages**

**Form or letter request~Request return to work or travel letter**

| From | To | Sent and Delivered |
|---|---|---|
| Daniel Philip Lavery Jr., MD<br>Last Read in kp.org<br>5/13/2024 12:58 PM by Weller, Steven | Weller, Steven | 5/13/2024 12:29 PM |

Hi Steven,

I can see why your neurologist previously handled this since you were still undergoing neurological tests, but at this point I would suggest going through your primary doctor for the current forms as well as future forms.

Sincerely,

Dan Lavery

**Form or letter request~Request return to work or travel letter**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Lavery Dan Md (Neuro) Pool (supporting Daniel Philip Lavery Jr., MD) | 5/10/2024 10:06 AM |

My neurologist at Kaiser CA (Dr. Brian Lee) had provided me with a Work Status Report stating that I'm unable to work that expires I think 2024-07-04. Can you provide me with another WSR with the same or later date based on your judgement so I can send that to my insurance provider?

Or is this something that should go through my PCP?

## 05/09/2024 - Office Visit in Westside Medical Office Neurology

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Lavery, Daniel Philip Jr., MD | Lavery, Daniel Philip Jr., MD | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Neurology | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 844-364-4807 |

**Follow-up and Dispositions**

- Return for PRN (follow up as needed).

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 5** |

### Reason for Visit

**Chief Complaint**

- CONSULTATION (Neuropathic pain)

**Revision History**

Gurman, Lubov, MA on 5/9/2024 0830
- CONSULTATION

**Visit Diagnosis**

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Lavery, Daniel Philip Jr., MD | 05/09/2024 0920 |

### Clinical Notes

**Unknown**

**Nursing Note by Gurman, Lubov, MA at 5/9/2024 0840**

Author: Gurman, Lubov, MA
Filed: 5/9/2024 8:39 AM
Status: Signed
Service: —
Encounter Date: 5/9/2024
Editor: Gurman, Lubov, MA (MEDICAL ASSISTANT)
Author Type: MEDICAL ASSISTANT
Creation Time: 5/9/2024 8:37 AM

large adult's cuff - left arm sitting

Patient arrive with : Wife, Laura
Medications Reviewed: Yes
Patient Prefers: Kaiser and mail order pharmacy
Current medications and drug allergies confirmed with pt.
Pharmacy reviewed and updated Yes
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.
Visit preparation completed, including updating Care Everywhere outside medical records. Yes

**05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)**

**Clinical Notes (continued)**

Panel Support Tool Reviewed.
PST patient handout given.
Lubov Gurman, Medical assistant
Department of Neurology

Electronically signed by Gurman, Lubov, MA at 5/9/2024 8:39 AM

**Progress Notes by Lavery, Daniel Philip Jr., MD at 5/9/2024 0840**

| | | |
|---|---|---|
| Author: Lavery, Daniel Philip Jr., MD | Service: — | Author Type: Physician |
| Filed: 5/9/2024 9:35 AM | Encounter Date: 5/9/2024 | Creation Time: 5/9/2024 8:33 AM |
| Status: Signed | Editor: Lavery, Daniel Philip Jr., MD (Physician) | |

NEUROLOGY CONSULTATION

REFERRING PROVIDER: Kellie R Foster, MD

CHIEF COMPLAINT(S): Chronic pain in the hands/upper limbs

HISTORY OF PRESENT ILLNESS: Steven Weller is a 62 yrs old male referred for chronic hand/arm pain.

The patient, with a long-standing history of hand pain and arthritis, presents with worsening chronic hand pain over the past 14 years. The pain, described as a stinging sensation, is particularly triggered by small repetitive movements and touch (i.e. using a keyboard). The patient reports that the pain has gradually increased over time, becoming intolerable in the last couple of years. The patient has tried various treatments, including gabapentin and pregabalin, but these have only provided limited relief and have been associated with side effects. The patient also reports having arthritis in specific joints and Dupuytren's contracture. The patient has been on medical leave for the past eight to ten months due to the severity of the symptoms. The patient also mentions a history of tendinitis in the right hand dating back to 1994, which was triggered by a month of intensive computer work. The patient has been managing the pain by switching hands and devices over the years. The patient also reports a leathery feeling in the hands, but denies any similar symptoms in the feet or legs. When he exacerbates chronic tendinitis/arthritis at the left elbow, he will occasionally notice tingling in digits 4-5 of the left hand. There is otherwise no frank numbness or tingling in either hand. With rest his symptoms significantly improve, and in the past they would resolve completely. However, more recently he continues to have persistent symptoms despite avoiding activities that would typically provoke them. He has also been taking ibuprofen regularly and using a wrist brace on the left hand. These have provided modest relief at best. He also notes chronic intermittent hip pain, which can be relatively severe, and he tells me that prior testing has not shown any significant findings.

Patient provided verbal consent to be recorded using documentation assistance tool.

The following has been copied and pasted from outside neurology note on January 4, 2024:
Neurology Follow-Up

**Clinical Notes (continued)**

Mr. Weller returns today with his wife for follow up. Splint continues to be helping. Plans are in place for the move to Oregon. Will have KP there.
As previously noted, left index and middle finger are the main pain symptoms. The left abductor pollicis brevis (median, C8 less than T1) has been noted to be weak. Pinprick examination has shown fifth digit more sensitive than the dermatomal distribution of the median nerve. EMG negative.

Anticipate Mr. Weller will benefit from continuing with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. This is favored over a C7 radiculopathy.

The following has been copied and pasted from outside neurology note on October 20, 2023:

Mr. Weller returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6, which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. Examination shows 5/5 biceps strength and intact pinprick. We will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

The following has been copied and pasted from NCS report on 6/5/2023:

Nerve Conduction Study:
Individual results and a full listing of each tested nerve are attached to this report.
Motor nerve conduction studies show normal distal latency, amplitude, conduction velocities with normal F-wave latencies.
Sensory nerve conduction studies show normal onset latency, amplitude, and conduction velocity.

Reference Values, EMG Lab, Kaiser Permanente, San Jose, Neurology Department.

Motor DML (ms) Amplitude (mV) NCV (m/s)
Median <4.4 >=4.2 >=50
Ulnar <3.5 >=5.6 >=50
Radial <3.0 >=7 >=50
Tibial <5.8 >=4.0 >=44
Peroneal <6.5 >=2.2 >=41
Femoral <6.2 >=3.5

Sensory Latency (ms) Amplitude (uV) NCV (m/s)
Median-D2-W <=3.5 >=10 >=50
Median-Palmar-W <=2.2 >=40 >=50
Ulnar-Palmar-W <=2.2 <=12 >=50
Ulnar D5-W <=3.5 >=5 >=50
Radial <=2.9 >=15 >=50
Sup Peroneal <=4.4 >=6 >=40
Sural <=4.4 >=6 >=40
Saphenous <=4.4 >=4
Med Lat Plantar <=3.7 >=3

MNC

Nerve / Sites Muscle Latency Amplitude Area Duration Segments Distance Velocity
ms mV mVms ms mm m/s
R Median - APB
Wrist APB 2.81 7.9 33.5 6.93 Wrist - APB
Elbow APB 7.03 7.1 30.4 7.08 Elbow - Wrist 230 55
L Median - APB
Wrist APB 2.34 10.8 38.8 5.83 Wrist - APB
Elbow APB 6.61 7.3 26.8 5.89 Elbow - Wrist 230 54
R Ulnar - ADM
Wrist ADM 1.93 10.3 27.9 6.35 Wrist - ADM
B.Elbow ADM 5.63 10.6 28.4 5.52 B.Elbow - Wrist 270 73
A.Elbow ADM 6.41 9.6 25.0 5.05 A.Elbow - B.Elbow 70 90
A.Elbow - Wrist
L Ulnar - ADM
Wrist ADM 1.93 10.6 29.0 6.20 Wrist - ADM
B.Elbow ADM 6.20 10.2 28.3 8.70 B.Elbow - Wrist 260 61
A.Elbow ADM 6.67 10.5 27.8 8.54 A.Elbow - B.Elbow 60 128
A.Elbow - Wrist

F Wave

Nerve F Lat M Lat F-M Lat Min F Lat Min M Lat Min F-M
ms ms ms ms ms ms
R Median - APB 26.1 2.8 23.3 25.8 2.8 23.0
R Ulnar - ADM 26.4 2.8 23.5 26.4 2.8 23.5
L Median - APB 26.9 2.7 24.2 26.9 2.7 24.2
L Ulnar - ADM 28.0 1.9 26.1 28.0 1.9 26.1

SNC

Nerve / Sites Rec. Site Onset Lat Peak Lat Amp Segments Peak Diff
ms ms µV ms
R Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.09 1.61 74.4 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.93 42.6 Ulnar Palm - Wrist
Median Palm - Ulnar Palm -0.31
L Median, Ulnar - Transcarpal comparison
Median Palm Wrist 1.46 1.93 34.1 Median Palm - Wrist
Ulnar Palm Wrist 1.09 1.61 55.5 Ulnar Palm - Wrist
Median Palm - Ulnar Palm 0.31

Impression:

This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.

**Clinical Notes (continued)**

The following has been copied and pasted from EMG report from November 6, 2023:

Summary: Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

Interpretation: normal LUE EMG

Conclusion: This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

Muscle Insertional Activity MUAP
Left FDIH NL NL
Left APB NL NL
Left FCR NL NL
Left Deltoids NL NL
Left Biceps NL NL
Left Triceps NL NL
Left Paraspinals mid and low Cervical NL

The following has been copied and pasted from outside physiatry note on October 24, 2023:

HPI:
Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023. No thumb symptoms . Attributed with more keyboarding. Rare intermittent left elbow and ulnar finger tingling. And left index finger tip tingling /leather feeling and feel cold
However, nerve conduction study of bilateral upper extremity 6/5/2023 was normal.
The patient was seen by neurologist, Dr. Brian Lee who reported clinically no suspicion for carpal tunnel syndrome as there was no EBP atrophy there was no upper extremity weakness.
MRI of the cervical spine was subsequently ordered with results below. Referred to spine clinic for evaluation of any cervical radicular symptoms that may contribute to his symptoms.
Associated symptoms: NO arm weakness.
Hand Dexterity - negative. Change in gait dexterity - negative
Duration of pain: 10 to 15 years.
Pain level - current: 7/10.left UE arm pain, 2/10 left neck
Modifying factors: Aggravating factors: Arm uses keyboarding
relieving factors: heat and limiting keyboarding duration.

///////////////////

Assessment:

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023.

(M47.812) CERVICAL SPONDYLOSIS (primary encounter diagnosis)
(M79.18) MYOFASCIAL PAIN SYNDROME -in bilateral forearm area.
(M54.12) CERVICAL RADICULITIS -clinically left C6-7 radiculitis from spondylitic changes.
(M70.90) REPETITIVE STRAIN INJURY -also contributing to his left forearm pain and trapezius pain.

PLANS:

1. Above assessment and radiological study discussed with patient and discussed the multifactorial etiologies of his symptoms.
The following plans were discussed and will be emailed to him for him to consider as options, both diagnostic and management standpoint.

2. Diagnostic Imaging:
Suggest EMG of the left upper extremity to see if there is active versus chronic C6 and C7 denervation. One can have symptomatic radiculitis without EMG changes. However if the results are positive then may suggest improvement from cervical epidural steroid injection.

3. Medication:
-As he had tried pregabalin and gabapentin with good effectiveness for significant side effects, consider other adjuvant medication such as Topamax or Cymbalta patient want to think about it
-

4. Therapies/Exercises/Modalities:
- Discussed with patient the foundation for treatment of neck/upper back pain is through strengthen of core and range of motion exercises.
-Consider referral to PT for neck rehab and postural training
- Educated patient on proper ergonomic setup in home work station.

5. Injection or Interventional Procedures. Defer and work-up in progress.
6. Activity Modification:

PMH:

Patient Active Problem List

**Clinical Notes (continued)**

Diagnosis

- ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033
  KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy

CURRENT MEDICATIONS:

Current Outpatient Medications

| Medication | Sig |
| --- | --- |
| • Alpha Lipoic Acid 600 mg Oral Cap | Take 1 capsule by mouth 1 time a day for nerve pain. May increase to 2 capsules 1 time a day if no improvement in 1 month |
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every week with a full glass of water at least 30 minutes before first food, beverage or medication of the day. Do not lie down for 30 minutes |

No current facility-administered medications for this visit.

ALLERGIES: No Known Allergies

SOCHX:

Social History

Socioeconomic History

- Marital status: Unknown

**Social Determinants of Health**

Housing Stability: Unknown (3/11/2024)

Housing Stability Vital Sign

- Unable to Pay for Housing in the Last Year: No
- Unstable Housing in the Last Year: No

PHYSICAL EXAM:

There were no vitals taken for this visit.

NEUROLOGICAL EXAM:

MENTAL STATUS:

Alert with normal attention.

Normal speech and language.

Normal general fund of knowledge.

CRANIAL NERVES:

VII: No facial weakness

MOTOR:

| Motor (MRC grading) | Right | Left |
| --- | --- | --- |
| Deltoids | 5 | 5 |

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Biceps | 5 | 5 |
| Triceps | 5 | 5 |
| APB | 5 | 5 |
| FDI | 5 | 5 |
| | | |
| Iliopsoas | 5 | 5 |
| Tibialis anterior | 5 | 5 |

DEEP TENDON REFLEXES (**right/left**): 2+/2+ biceps, 2+/2+ knees. Hoffman's reflex absent bilaterally.
SENSATION: Sensation to pinprick normal in both hands.

LABORATORY DATA REVIEWED 5/9/2024:

| Component | Value | Date |
|---|---|---|
| RBS | 95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| HGA1C | 5.5 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CHOL | 177 | 03/19/2024 |
| TG | 126 | 03/19/2024 |
| HDL | 35 (L) | 03/19/2024 |
| LDLCALC | 117 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| NA | 141 | 03/19/2024 |
| K | 4.0 | 03/19/2024 |
| CL | 104 | 03/19/2024 |
| CO2 | 30 | 03/19/2024 |
| BUN | 18 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |
| CR | 0.95 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| CA | 9.7 | 03/19/2024 |

**Clinical Notes (continued)**

No results found for: "ALT", "AST", "GGT", "ALKP", "TBILI"

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

| Component | Value | Date |
|---|---|---|
| VITD25 | 33 | 03/19/2024 |

RADIOLOGY REPORT REVIEWED:

The following has been copied and pasted from MRI cervical spine on 8/24/2023:

**Impression**

Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

**Narrative**

MRI CERVICAL SPINE WITHOUT CONTRAST

** HISTORY **:
61 years old, bilateral hand pain

** TECHNIQUE **:
MR images of the cervical spine acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication.

BONES: Vertebral body height and alignment are normal. Marrow signal is normal.

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis.

C3-C4: No canal or foraminal stenosis.

C4-C5: No canal or foraminal stenosis.

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

**Clinical Notes (continued)**

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal.

The following has been copied and pasted from brachial plexus MRI from January 24, 2024:

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

### Narrative

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**IMPRESSION**

BILAT HAND PAIN (primary encounter diagnosis)

## COMMENTS

I do not see any clear evidence of an underlying neurological disorder at this point other than the mild intermittent ulnar neuropathy symptoms in the left hand, which seem independent of his overall chronic pain syndrome. His symptoms have historically been provoked by repetitive activity with his hands, especially activity such as using the keyboard. To me this suggests that there is some type of more musculoskeletal cause, possibly osteoarthritis in the hands, wrist, and/or elbows. He has had a fairly thorough neurological workup in the past with normal nerve conduction studies and EMG testing, and essentially unremarkable MRI scans of the cervical spine and brachial plexus. Overall I have a low suspicion for a primary neurological diagnosis, even though he occasionally has symptoms which overlap with neuropathic pain. I will check some additional serological studies, but I otherwise do not recommend any additional neurodiagnostic testing. Could consider an opinion with Rheumatology or repeat opinion with orthopedic hand surgery, though I am not certain how helpful these will be. He has an appointment upcoming with occupational hand therapy, in the sounds very reasonable. Even though I do not think he has a primary neurological diagnosis, typical neuropathic pain medications could be used.

## RECOMMENDATIONS

-will check B6, serum immunofixation, CRP, rheumatoid factor, ANA, TTG antibody

-no additional neurodiagnostic testing recommended outside of the above blood tests

-agree with occupational hand therapy evaluation

-suggest a trial of an anti-inflammatory diet and will also list some over-the-counter supplements that could be considered

-could consider trials of neuropathic pain medications (e.g. duloxetine or venlafaxine) verses trial of a prescription anti-inflammatory such as meloxicam

-could also consider an opinion with Rheumatology or orthopedic hand surgery, though the expected yield is likely low

Total combined time spent reviewing the chart and face-to-face with patient was: 62 min

Dan Lavery, MD
Department of Neurology

This note was dictated using FLUENCY VOICE RECOGNITION SOFTWARE and transcription errors occasionally occur. Please contact me if there is a question about the intended meaning of a word or phrase in this dictation.

Electronically signed by Lavery, Daniel Philip Jr., MD at 5/9/2024 9:35 AM

**Letters**

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/15/2024**

Status: Sent by batch
Letter body:

TISSUE TRANSGLUTAMINASE IGA, QUALITATIVE, MULTIPLEX IMMUNOASSAY

| Result | Value | Ref Range |
|---|---|---|

**Letters (continued)**

| | | |
|---|---|---|
| TTG IgA | <0.5 | <=14.9 U/mL |
| Comment: | All TTG orders include a background IgA level. Although the total IgA level is not reported in Epic, it is run as part of the assay. If the IgA is low a TTG IgG will be performed instead of TTG IgA. | |

**CRP (C-REACTIVE PROTEIN)**

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

**RHEUMATOID FACTOR, SERUM**

| Result | Value | Ref Range |
|---|---|---|
| Rheumatoid factor | <10 | <=14 IU/mL |

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/16/2024**

Status: Sent by batch
Letter body:

**ANA**

| Result | Value | Ref Range |
|---|---|---|
| ANA Screen | Negative | Negative |
| Comment: | ************************<br>This ANA Screen is an Extracted Nuclear Antigen test (ENA). This test detects the following antibodies: SSA, SSB, Sm, Sm-RNP, RNP, Chromatin, dsDNA, Scl-70, Centromere-B, Ribosomal-P, Jo-1. If the screen was reported as negative it means none of the above were detected. | |

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/17/2024**

Status: Sent by batch
Letter body:

**IMMUNOFIXATION, SERUM**

| Result | Value | Ref Range |
|---|---|---|
| Serum Immunofixation | | |

No monoclonal protein detected by immunofixation electrophoresis.

**Results Release Online by Lavery, Daniel Philip Jr., MD on 5/19/2024**

## 05/09/2024 - Office Visit in Westside Medical Office Neurology (continued)

**Letters (continued)**

Status: Sent by batch
Letter body:

VITAMIN B6 (PYRIDOXINE)

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B6 | 36.2 | 20.0 - 125.0 nmol/L |
| Comment: | INTERPRETIVE INFORMATION: Vitamin B6 (Pyridoxal 5-Phosphate)<br><br>Pyridoxal 5'-phosphate measured in a specimen collected following<br>an 8-hour or overnight fast accurately indicates vitamin B6<br>nutritional status. Non-fasting specimen concentration reflects<br>recent vitamin intake.<br><br>This test was developed and its performance characteristics<br>determined by ARUP Laboratories. It has not been cleared or<br>approved by the US Food and Drug Administration. This test was<br>performed in a CLIA certified laboratory and is intended for<br>clinical purposes.<br>Performed By: ARUP Laboratories<br>500 Chipeta Way<br>Salt Lake City, UT 84108<br>Laboratory Director: Jonathan R. Genzen, MD, PhD<br>CLIA Number: 46D0523979 | |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Daniel Philip Lavery Jr., MD | 5/9/2024 8:23 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Neurology Appointment Notifications | 3/27/2024 7:00 PM |

**Messages (continued)**

Appointment For: Steven Weller (1550-03-73)
Visit Type: TKT NEUR OVN (1103142)

5/9/2024 8:40 AM 40 mins. Lavery, Daniel Philip Jr., MD WMS-NEUR

Patient Comments:
Neuropathic pain

## 05/06/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- DIAGNOSTIC IMAGING RESULTS

**Clinical Notes**

**Unknown**

**Telephone Encounter by Greene, Kathryn Rose, LPN at 5/6/2024 1613**

Author: Greene, Kathryn Rose, LPN Service: — Author Type: LICENSED PRACTICAL NURSE
Filed: 5/6/2024 4:31 PM Encounter Date: 5/6/2024 Creation Time: 5/6/2024 4:13 PM
Status: Signed Editor: Greene, Kathryn Rose, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for advice

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from MRI 1/2024:*

**Narrative**

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast.

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 05/06/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

**All Measurements**

Exam End: 01/24/24 8:45 AM
Specimen Collected: 01/24/24 9:16 AM   Last Resulted: 01/24/24 9:31 AM

Kathryn Greene, LPN

Electronically signed by Greene, Kathryn Rose, LPN at 5/6/2024 4:31 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Panagiotis D Fourtounis, MD<br>Last Read in kp.org<br>5/7/2024 10:24 AM by Weller, Steven | Weller, Steven | 5/6/2024 5:07 PM |

Steven I think a phone or video appointment to discuss this issue with Dr Foster is a good idea.
Panos Fourtounis, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/6/2024 1:23 PM |

Were you able to get any answers about the masses that were found in my back during the last MRI scan?

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics

### Visit Information

#### Provider Information

**Encounter Provider**
Esterberg, Chad Andrew, PA

#### Department

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

#### Follow-up and Dispositions

### Reason for Visit

#### Chief Complaint

- REFERRAL (PT)

**Revision History**

McGath, Tracy, MA on 5/6/2024 0831
- OTHER (FYI)

#### Visit Diagnoses

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]
- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |
| Diagnosis #3 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Esterberg, Chad Andrew, PA | 05/07/2024 0859 |

### Clinical Notes

#### Unknown

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 0831**

Author: McGath, Tracy, MA
Service: —
Author Type: MEDICAL ASSISTANT
Filed: 5/6/2024 8:31 AM
Encounter Date: 5/5/2024
Creation Time: 5/6/2024 8:31 AM
Status: Signed
Editor: McGath, Tracy, MA (MEDICAL ASSISTANT)

**S:** Message reviewed: No staging indicated, routed to clinician.
Unable to review PST at this time.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 8:31 AM

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

**Telephone Encounter by McGath, Tracy, MA at 5/6/2024 1703**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/6/2024 5:04 PM | Encounter Date: 5/5/2024 | Creation Time: 5/6/2024 5:03 PM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: No staging indicated, routed to clinician.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/6/2024 5:04 PM

**Addendum Note by Esterberg, Chad Andrew, PA at 5/7/2024 0900**

| | | |
|---|---|---|
| Author: Esterberg, Chad Andrew, PA | Service: — | Author Type: PHYSICIAN ASSISTANT (P.A.) |
| Filed: 5/7/2024 9:00 AM | Encounter Date: 5/5/2024 | Creation Time: 5/7/2024 9:00 AM |
| Status: Signed | Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.)) | |

Addended by: ESTERBERG, CHAD ANDREW on: 5/7/2024 09:00 AM

Modules accepted: Orders

Electronically signed by Esterberg, Chad Andrew, PA at 5/7/2024 9:00 AM

**Telephone Encounter by McGath, Tracy, MA at 5/7/2024 1156**

| | | |
|---|---|---|
| Author: McGath, Tracy, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 5/7/2024 11:56 AM | Encounter Date: 5/5/2024 | Creation Time: 5/7/2024 11:56 AM |
| Status: Signed | Editor: McGath, Tracy, MA (MEDICAL ASSISTANT) | |

**S:** Message reviewed: Message completed.
Instructions given to pt.
Closing encounter.
Tracy McGath, MA.

Electronically signed by McGath, Tracy, MA at 5/7/2024 11:56 AM

**Messages**

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Tracy McGath, MA | Weller, Steven | 5/7/2024 11:57 AM |
| Last Read in kp.org<br>5/7/2024 12:00 PM by Weller, Steven | | |

Hello Steven,
It was nice talking to you today. Let us know if you have any other questions or concerns.

**05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)**

**Messages (continued)**

Have a nice day, Tracy, MA for Chad Esterberg, PA-C

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/7/2024 10:21 AM |

I made the first available appointment for July 5 via the KP app, but I'm confused about the location.

It was at this place, which I can't find anywhere else. There seems to be confusion about NE vs NW in the address and it's not in your list below.

Tanasbourne Physical Therapy
10315 NE Tanasbourne Drive
Hillsboro OR 97124-5860
844-394-3972

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/7/2024 10:18 AM by Weller, Steven | Weller, Steven | 5/7/2024 9:00 AM |

Sounds good. I placed the PT referral. You will need to call them to schedule the initial visit. See below for their contact info.

Take care,
Chad Esterberg, PA-C

PHYSICAL THERAPY APPOINTMENTS

You have been referred for a Physical Therapy (PT) evaluation. To ensure you receive the best care in the appropriate time frame, each referral will be reviewed by a licensed therapist prior to scheduling your appointment. Please allow 24 hours for this to occur, and then contact our offices.

Please arrive 15 minutes early to register for your appointment.

Wear loose fitting clothing, and bring shorts if your leg is to be assessed.

Physical therapy appointments are in high demand. If you need to cancel an appointment please give 48 hours

notice so that someone else may use that appointment time. Cancel on-line at kp.org or call our automated line at (800) 813-2000 and follow the prompts.

The therapist you see will provide an initial assessment and determine if additional therapy is indicated. Physical Therapy is a limited benefit. Please check your benefit booklet or with Membership Services about your coverage for these services.

THERAPY LOCATIONS
Portland Metro Area (503) 571-4910, or from outside of the Portland Area 1-844-394-3972. Our appointing staff is available to assist you from 8:00 am - 5:00 pm, Monday through Friday.

| | Beaverton Medical Office: 4855 S.W. Western Avenue Beaverton, OR

| | Central Interstate Medical Office: 3600 N. Interstate Ave. Portland, OR

| | Mount Talbert Medical Office: 10100 SE Sunnyside Rd, Clackamas, OR

| | Orchards Medical Office: 7101 N.E. 137th Ave. Vancouver, WA

| | Sunnybrook Medical Office: 9900 SE Sunnyside Rd Clackamas, OR

| | Sunnyside Medical Office: 10180 S.E. Sunnyside Rd. Clackamas, OR

| | Tualatin Medical Office: 19185 SW 90th Ave. Tualatin, OR

| | North Lancaster Medical Office: 2400 Lancaster Drive NE Salem, OR

| | Skyline Medical Office: 5125 Skyline Road South Salem, OR

**Re: Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/6/2024 1:21 PM |

I share your concern about wheelchair use. I walk as normally as possible when the pain permits and stability is not an issue. Unfortunately from experience I know that ignoring the pain just leads to an exponential rise and days of incapacity. Fingers crossed that the steroid will help and I can bear more weight.

Yes let's see what PT can do. This will help guide me for pool use also.

Better news today. My hip barely hurts today following the rest I gave it, but I lost a few days there due to the pain causing a very depressed mood.

**Nonurgent medical questions or concerns~Other**

## 05/05/2024 - Patient Message in Westside Medical Office Orthopedics (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Chad Andrew Esterberg, PA<br>Last Read in kp.org<br>5/6/2024 1:09 PM by Weller, Steven | Weller, Steven | 5/6/2024 9:14 AM |

Hi Steven. Thanks for the update. Its possible you may have overdone it in the pool, but my concern is having you become reliant on the wheelchair. This will lead to muscle deconditioning and even more difficulty tolerating pool exercises or physical therapy. I would recommend discontinuing the wheelchair and try using a cane for extra stability. The more active you are and walking under your own ability will be helpful. I think working with physical therapy would be incredibly beneficial. If you would like to try, let me know and I can place a referral.

Take care,
Chad Esterberg, PA-C

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Esterberg Chad A Pa Pool (supporting Chad Andrew Esterberg, PA) | 5/5/2024 8:00 AM |

I had steroid shots in my left knee and right hip on 4/26. The hip shot felt just like the successful one in my right hip March 2023, and very much unlike the unsuccessful one in my right hip June 2023. I rested for a few days and let the discomfort wear off.

By 4/30 my hip felt maybe a little better and I went to a warm water pool and did very gentle exercise for 30 minutes. That hurt my left knee as it has in the past and now, five days later, it's still a little sore, so no definitive improvement there, bit there are some signs it's doing better than it has in the past.

My right hip is currently somewhat worse than before the shot. I'm using a wheelchair in the house 100% of the time to keep the weight off it and it hurts much of the time. I'm not sure what to think, but obviously I should give it more time before reaching conclusions. Maybe I overdid it in the pool? It was really gentle exercise, so that would be surprising, and my left hip did just fine.

## 05/01/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Messages

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 5/1/2024 1:33 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/29/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- REFERRAL REQUESTED

**Clinical Notes**

**Unknown**

**Telephone Encounter by Segletes, Paula Ann, LPN at 4/30/2024 1343**

Author: Segletes, Paula Ann, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 4/30/2024 1:46 PM
Encounter Date: 4/29/2024
Creation Time: 4/30/2024 1:43 PM
Status: Signed
Editor: Segletes, Paula Ann, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to Kellie R. Foster, MD pool for orders, O.T. PENDED

- Patient inquires about OT referral discussed on 4/23 during VV (copied below.)
- O.T. referral pended.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD's team/pool, this message has been staged and routed to Kellie R. Foster, MD and/or the team to address the above listed concern.

*The following has been copied and pasted from VV encounter on 4/23/24 by Kellie R. Foster, MD :*

Left thumb- - inovluntary twrsit - does seem connected to eblow
Only on left

Pain in eblow is better - more gradual
MRI brachial plexus

L 2nd finger episodic severe pain

Has to limit computer use and I phone use

Using electronic wheelchair now
Manual wheelcair 1/2 time

Mass in thig, prior imaging

Left hand > right - seeing OA change in R hand 5th finge
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 04/29/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) No diagnosis found.

Alpha lipoic acid
OT
Neurology referral
Mass in shoulder MRI

P) No orders of the defined types were placed in this encounter.

minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Segletes, Paula Ann, LPN at 4/30/2024 1:46 PM

**Messages**

**Appointments and referrals~Referral request**

| From | To | Sent and Delivered |
|---|---|---|
| Kellie R Foster, MD<br>Last Read in kp.org<br>5/6/2024 1:21 PM by Weller, Steven | Weller, Steven | 5/1/2024 12:50 PM |

Dear Mr Weller,

Thank you for your message and I apologize for delay in getting you this information. Here is OT scheduling

**Messages (continued)**

info:

You have been referred for a Occupational Therapy evaluation. Schedule online at kp.org or call us to schedule your Occupational Therapy appointment at 1-844-394-3972, 8 am to 5 pm Monday through Friday. Occupational therapy requires that you schedule the appointment, they will not call you.

Sincerely,
Kellie R. Foster, MD

**Appointments and referrals~Referral request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/29/2024 6:53 PM |

At our video visit on the 23rd you talked about a referral to an OT. I don't see any notes from that or a referral yet.

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Norton, Kyle Robert, PA | Norton, Kyle Robert, PA |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- INJECTION (Right hip )

**Visit Diagnosis**

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Norton, Kyle Robert, PA | 04/26/2024 1200 |

### Clinical Notes

**Unknown**

**Progress Notes by Norton, Kyle Robert, PA at 4/26/2024 1430**

Author: Norton, Kyle Robert, PA  Service: —  Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 4/26/2024 2:48 PM  Encounter Date: 4/26/2024  Creation Time: 4/26/2024 11:59 AM
Status: Signed  Editor: Norton, Kyle Robert, PA (PHYSICIAN ASSISTANT (P.A.))

Procedure Orders
1. INJ LRG JT/BURSA: R intra-articular hip joint [609887228] ordered by Norton, Kyle Robert, PA
2. INJ LRG JT/BURSA: L knee joint [609902605] ordered by Norton, Kyle Robert, PA

Post-procedure Diagnoses
1. OSTEOARTHRITIS OF RIGHT HIP [M16.11]

04/26/24

Chief compliant: Right hip pain.

Interim history: Steven Weller is a 62 yrs male who presents today for right hip US guided intraarticular corticosteroid injection. + previous injections last year to his hip in CA. He states that intra-articular injection to the left hip provided excellent pain relief and continues to do well. The injection of the right hip was not as effective.

Denies adverse reaction to injections in the past. Denies any calf pain, fever or chills.

Impression:
1. Right hip osteoarthritis - mild on x-rays. Reports short-term improvement with prior intra-articular hip injection.
2. Left knee osteoarthritis: Mild on x-rays.

Plan:
1. Right hip US guided intraarticular corticosteroid injection. See procedure note below.
2. Left knee corticosteroid injection today.
3. RTC no sooner than 3 months for repeat injections.

All questions answered.

**INJ LRG JT/BURSA: R intra-articular hip joint**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **hip**
Site: **R intra-articular hip joint**
Guidance: **ultrasound**

**Right Injection Details:**
Approach: **anterolateral**
Needle Type: **spinal**
Needle Gauge: **22 G**
Topical Anesthetic: **lidocaine (3 cc 1%lido with 25g needle)**

**Medications:**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications and pain medications**

**INJ LRG JT/BURSA: L knee joint**

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

Date/Time: **4/26/2024 2:30 PM**

Performed by: **Norton, Kyle Robert, PA**
Authorized by: **Norton, Kyle Robert, PA**
Options of treatment: **the options of treatment were discussed with the patient**
Risks: **risks were discussed**
Questions answered: **all questions were answered**
Consent Given by: **patient**

Site Marked: **the procedure site was marked**
Preparation: **patient was prepped in usual sterile fashion**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Indications: **pain and osteoarthritis**

**Procedure Details:**
Location: **knee**
Site: **L knee joint**

**Left Injection Details:**
Approach: **anterolateral**
Needle Type: **standard**
Needle Gauge: **22 G**
Topical Anesthetic: **ethyl chloride(cold spray)**

**Medications:**
**80 mg methylPREDNISolone Acetate 80 mg/mL**
**6** mL lidocaine 1%

**Post Procedure Details:**
Patient tolerance: **Patient tolerated the procedure well**
Post procedure instructions: **Rest, ice, anti-inflammatory medications, elevation and pain medications**

Electronically signed by Norton, Kyle Robert, PA at 4/26/2024 2:48 PM

**Nursing Note by Carmen, Sandibel, MA at 4/26/2024 1430**

| | | |
|---|---|---|
| Author: Carmen, Sandibel, MA | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 4/26/2024 2:26 PM | Encounter Date: 4/26/2024 | Creation Time: 4/26/2024 2:22 PM |
| Status: Signed | Editor: Carmen, Sandibel, MA (MEDICAL ASSISTANT) | |

Steven Weller
62 yrs

**Chief Complaint**
Patient presents with
- INJECTION

## 04/26/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

*Right hip*

**Issues/concerns: the last injection helped him for a few wks**

Pt is here with self , in room 12
Current pain level 3/ 10, taking ibuprofen
Pain Medication prescribed by: otc
Does patient takes prescription blood thinning medication? No
Does patient take Aspirin daily? No

**Treatments:**
Prior surgeries; no
Prior injections; 06/2023
PT; no
Ambulates with none

Panel Support Tool Reviewed.
No gaps identified.

Sandibel Carmen, MA

Electronically signed by Carmen, Sandibel, MA at 4/26/2024 2:26 PM

**Messages**

**Questionnaire Submission**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Kyle Robert Norton, PA | 4/26/2024 2:20 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

## 04/23/2024 - Telemedicine in East Interstate Internal Medicine

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- BILAT HAND JOINT PAIN [M25.541, M25.542]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 04/30/2024 2307 |
| Diagnosis #2 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 04/30/2024 2307 |

### Clinical Notes

#### Unknown

**Progress Notes by Foster, Kellie R, MD at 4/23/2024 0840**

Author: Foster, Kellie R, MD
Filed: 4/30/2024 11:11 PM
Status: Signed
Service: —
Encounter Date: 4/23/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 4/23/2024 8:34 AM

**Primary Care: Video Visit Appointment**

**Reason for Call / Notes from Prior Visit:**
Symptom Follow up

**Patient comments / history:**

Patient provided verbal consent to be recorded using documentation assistance tool.

The patient, with a history of chronic pain in the hands and hips, reports a new symptom of twitching in the left thumb. The twitching is described as random and possibly related to the position of the elbow. The patient has been wearing a brace for the past six months, which has led to a slow, month-to-month improvement in elbow pain.

**04/23/2024 - Telemedicine in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

The patient also reports a general increase in hand pain, described as a stinging sensation, particularly noticeable at night. The pain is low-level and not distracting during daily activities, but there is a concern that it is gradually worsening. The patient has limited use of his hands due to the pain, which has led to a decrease in physical activity and an increase in sedentary activities such as watching TV.

The patient has been using an electric wheelchair for mobility, which has led to a decrease in hip pain due to less physical strain. However, the patient reports that the right hip pain can become severe if overused.

Recent brachial plexus MRI showed 2 soft tissue masses, pt asking if f/u indicated, not causing pain

The patient has also been informed that he is a candidate for cataract surgery within the next year. He has a history of floaters in the eyes.

The patient is currently on long-term disability and is in the process of applying for Social Security Disability Insurance (SSDI).

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

Pt alert, pleasant, good historian

**Labs / Images Reviewed**

| Component | Value | Date |
|---|---|---|
| B12 | 701 | 03/19/2024 |

No results found for: "TSH"

| Component | Value | Date |
|---|---|---|
| CRP | <0.3 | 03/19/2024 |

**Assessment and Plan:**

A) NEUROPATHIC PAIN (primary encounter diagnosis)
BILAT HAND JOINT PAIN

Neurological Symptoms: Persistent hand pain, possibly worsening. New symptom of left thumb twitching, possibly related to elbow position.
-has neurology consult scheduled for next month
-Consider trial of alpha lipoic acid supplement for nerve pain relief.
-Referral to occupational therapy for advice on minimizing stress on hands during daily activities.

Muscle Masses: Two masses identified in shoulder muscles on MRI, in addition to a long-standing mass in the thigh.
-Consult with radiologist for further assessment and guidance on follow-up.

Cataracts: Identified during recent eye exam, with potential need for surgery within the next year.
-Plan to consult with ophthalmologist at Kaiser for further evaluation and potential surgery planning.

P)

**Orders Placed This Encounter**

- Alpha Lipoic Acid 600 mg Oral Cap
- Elbow/Forearm/Wrist/Hand Musculoskeletal OT

21 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Foster, Kellie R, MD at 4/30/2024 11:11 PM

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Northwest, Kaiser | Weller, Steven | 3/19/2024 1:59 PM |
| Last Read in kp.org<br>4/29/2024 6:51 PM by Weller, Steven | | |

Appointment Information:
Visit Type: Video visit
Date: 4/23/2024
Dept: East Interstate Internal Medicine
Provider: Kellie R. Foster
Time: 8:40 AM

Appt Status: Scheduled

Appt Instructions:

Appt instructions:
1. Your visit will take place using your mobile device or computer and webcam.
2. You will need a strong Wi-Fi or LTE connection.
3. You will receive a link 15 minutes prior to your appointment time.
4. For best experience download the zoom app.

From the link sent to you
1. Click on the link

2. Select "open zoom meetings"
3. Wait for clinician to join

From mobile devices (phone or tablet)
1. From your phone or tablet, go to the App Store or Google Play' and download the Kaiser Permanente app.
2. Open and sign in to the app using your kp.org user ID and password
3. Go to "Appointments" and tap "Join" to start your video visit
4. Select "open zoom meetings"

From computers or laptops
1. Using Chrome or Safari, click the link in your confirmation email or sign in to kp.org.
2. Click "Join Your Video Visit" to start your visit.
3. Select "open zoom meetings"
4. Wait for clinician to join

For technical support, call 1-844-800-0826
To help prepare for your video visit you can do a tech check here as well as get tips and tricks or call us at 1 844-800-0826

## 04/18/2024 - Patient Message in East Interstate Internal Medicine

### Visit Information

#### Provider Information

**Encounter Provider**
Foster, Kellie R, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Clinical Notes

#### Unknown

**Telephone Encounter by Manjarrez, Virginia, LPN at 4/19/2024 1637**

Author: Manjarrez, Virginia, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 4/19/2024 4:37 PM
Encounter Date: 4/18/2024
Creation Time: 4/19/2024 4:37 PM
Status: Signed
Editor: Manjarrez, Virginia, LPN (LICENSED PRACTICAL NURSE)

**S/R:** Message reviewed and has been routed to PCP for FYI, and any follow-up with patient if needed.

**Upcoming Appointments**

| Date / Time | Provider | Department | Dept Phone | Special Notes |
|---|---|---|---|---|
| 4/23/2024 8:40 AM | Kellie R. Foster | East Interstate Internal Medicine | 800-813-2000 | Video Visit Evolution (Zoom) |
| 4/26/2024 2:30 PM (Arrive by 2:15 PM) | Kyle Robert Norton | Westside Medical Office Orthopedics | 971-310-3240 | |
| 5/9/2024 8:40 AM (Arrive by 8:25 AM) | Daniel P. Lavery | Westside Medical Office Neurology | 844-364-4807 | |

Electronically signed by Manjarrez, Virginia, LPN at 4/19/2024 4:37 PM

### Messages

**Nonurgent medical questions or concerns~Other**

From
Kellie R Foster, MD
To
Weller, Steven
Sent and Delivered
4/22/2024 10:07 PM
Last Read in kp.org
4/23/2024 5:36 AM by Weller, Steven

Dear Mr Weller,

Thank you for the update. I am glad you will be meeting with Dr Lavery soon and that you also have been able to establish with orthopedics.

Take care,
Kellie R. Foster, MD

## 04/18/2024 - Patient Message in East Interstate Internal Medicine (continued)

**Messages (continued)**

**Nonurgent medical questions or concerns~Other**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 4/18/2024 3:12 PM |

I have developed a new neurological symptom in my left hand over the past month. My left thumb twitches toward the palm randomly, sometimes hardly at all and sometimes every few seconds. I think it's related to the angle of my left elbow, but am not sure.

I will discuss this at my upcoming neurology appointment.

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Center X-Ray | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-4602 |

### Reason for Visit

**Visit Diagnosis**

- LEFT KNEE JOINT PAIN [M25.562]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | LEFT KNEE JOINT PAIN | M25.562 | Kpnw, Ordtrans | 03/28/2024 1542 |

### Visit Account Information

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 41206540 | Outpatient | Closed | VST MBR KP NCAL - KP INTRGNL NO CALIFORNIA |

**Guarantor Account (for Hospital Account #41206540)**

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NW | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| | | H)<br>O) | | |

**Coverage Information (for Hospital Account #41206540)**

**1. VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| VST MBR KP NCAL/KP INTRGNL NO CALIFORNIA | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| Claims Administration - NCAL<br>PO Box 12923<br>Oakland, CA 94604-2923 | 626-381-3882 | |

**2. DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000/40 X**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| DEDUCTIBLE PLAN/KNW20001-005-KP OR Silver 4000/40 X | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Laura A | | 15500373 |
| **Address** | **Phone** | |
| 500 NE MULTNOMAH<br>PORTLAND, OR 97232 | | |

### Events

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Events (continued)**

**Hospital Outpatient at 3/28/2024 1530**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Discharge at 3/28/2024 2359**

Unit: Westside Medical Center X-Ray
Patient class: Outpatient

**Imaging**

**Imaging**

**XR LEFT KNEE 3 VIEWS [606041075] (Final result)**

Electronically signed by: **Esterberg, Chad Andrew, PA on 03/28/24 1538** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Esterberg, Chad Andrew, PA 03/28/24 1538
Authorized by: Esterberg, Chad Andrew, PA
Ordering mode: Standard
Frequency: Routine X1 03/28/24 1542 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Khouth, Ann M 3/28/2024 3:42 PM
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Esterberg, Chad Andrew, PA | 1558700781 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING, LATERAL, AND MERCHANT |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Date of Birth (by verbal statement or documentation). | |
| 2nd Patient Identifier: | Patient name (as stated by patient or their family). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |
| Chaperone? | | |
| Full name and role of chaperone | | |
| Guest? | | |

**XR LEFT KNEE 3 VIEWS [606041075]** Resulted: 04/02/24 1735, Result status: Final result

Order status: Completed
Resulted by: Cho, Josephine O., MD
Filed by: Interface, Powerscribe360 04/02/24 1737
Performed: 03/28/24 1546 - 03/28/24 1600
Accession number: 19022528550
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:

## 03/28/2024 - GENERAL RADIOLOGY in Westside Medical Center X-Ray (continued)

**Imaging (continued)**

EXAM: XR LEFT KNEE 3 VIEWS
EXAM DATE AND TIME: 3/28/2024 3:30 PM

HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)

COMPARISON: None.

TECHNIQUE: Frontal, lateral and patellar views

Impression:
FINDINGS/IMPRESSION:

There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.

OSTEOARTHRITIS GRADING:

-Medial compartment: 0
-Lateral compartment: 0
-Patellofemoral compartment: 0

NWP Osteoarthritis Pathway Grading System Criteria:

1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM
Acknowledged by: Esterberg, Chad Andrew, PA on 04/05/24 1108

**Recipients**

**Esterberg, Chad Andrew, PA**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589906629 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - KPRL | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**Signed**

**Imaging (continued)**

Electronically signed by Cho, Josephine O., MD on 4/2/24 at 1735 PDT

**All Reviewers List**

Esterberg, Chad Andrew, PA on 4/5/2024 11:08 AM

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Esterberg, Chad Andrew, PA | Esterberg, Chad Andrew, PA | Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Westside Medical Office Orthopedics | 2875 NE Stucki Ave<br>Hillsboro OR 97124 | 971-310-3240 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 4** |

### Reason for Visit

**Chief Complaint**

- INJECTION - Right Knee

**Visit Diagnoses**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- OSTEOARTHRITIS OF BILAT HIPS [M16.0]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF BILAT HIPS | M16.0 | Esterberg, Chad Andrew, PA | 03/28/2024 1538 |

### Clinical Notes

**Unknown**

**Progress Notes by Esterberg, Chad Andrew, PA at 3/28/2024 1510**

Author: Esterberg, Chad Andrew, PA  Service: —  Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 3/28/2024 3:40 PM  Encounter Date: 3/28/2024  Creation Time: 3/28/2024 11:34 AM
Status: Signed  Editor: Esterberg, Chad Andrew, PA (PHYSICIAN ASSISTANT (P.A.))

**ORTHOPEDIC SURGERY CLINIC HIP/LABRUM EXAM**
**3/28/2024**

Requested services from Kellie R Foster, MD

**Chief Complaint:** right hip discomfort

**History of Present Illness:**
Steven Weller is a 62 yrs male who presents with longstanding bilateral hip pain but the right hip has been the most bothersome for him. When he was living in California he had bilateral intra-articular hip injections which were helpful. He localizes the pain to the anterior groin of both hips which becomes significantly aggravated any time he stands up

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

replace his weight on his legs. He has been using a wheelchair at home to get around once the hip start to become aggravated.

He has done water therapy in the past which he found very helpful for the hips but because of baseline left knee pain, he has not been able to continue this or try any other physical therapy out of concern that it will make his knee worse thus debilitating him further. He has not had any treatment for the knee or an injection. There have been a recent left knee x-rays but he would be open to considering an injection depending on those results and would also like to proceed with another hip injection.

**Answers submitted by the patient for this visit:**

Orthopedic/Podiatry Questionnaire (Submitted on 3/22/2024)

**Chief Complaint: PAIN**

Occupation: Software Engineer
Location of problem: hip
Laterality: right
Problem start: 5/1/2023
Specific injury: Started due to additional use from left hip being unable to take weight
Previous treatments: Right hip steroid injection June 2023
Pain level: 3/10
Symptoms: aching, dull, sharp
Progression: staying the same
Frequency: constant, gets worse later in day, pain with activity, pain at rest
Trouble taking off socks: No
Stairs: normally
Ability to walk: less than 1 block
Devices used: cane, wheelchair
Aggravated by: standing / walking, going up stairs, going down stairs, during walking / exercise
Relieved by: rest, heat, cortisone shots

No past medical history on file.

Patient Active Problem List:
ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033

Allergies:
Patient has no known allergies.

No active medications on file as of 03/28/2024

No past surgical history on file.

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Unknown |
| Spouse name: | Not on file |
| • Number of children: | Not on file |

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Not on file
- Smokeless tobacco: Not on file

Substance and Sexual Activity
- Alcohol use: Not on file
- Drug use: Not on file
- Sexual activity: Not on file

Other Topics — Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Unknown (3/11/2024)
Housing Stability Vital Sign
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: Not on file
- Unstable Housing in the Last Year: No

**Physical Exam:**
The patient presents in no acute distress.
He is utilizing a motorized wheelchair today.
Mild left anterior groin discomfort with passive logroll of the leg. No pain with passive log-rolling of the right leg.
Negative straight leg raise bilaterally.
Hip flexion to 120° bilaterally, 45° of external rotation and 20° of internal rotation bilaterally.
Mild anterior groin discomfort of both hips at full hip flexion.

Left knee with mild tenderness to palpation across the anterior side and around the patella.
Knee range of motion is 0-120 degrees.
Mild patellar crepitus.
Stable to varus and valgus stress.
Neurovascularly intact.

*The following has been copied and pasted from MRI of the right hip on 9/2/23:*
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

## 03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)

**Clinical Notes (continued)**

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

**Impression:**
Right hip OA and left knee pain.

**Plan:**
- He will get left knee x-rays today and I will message him with the results once reviewed.
- I will schedule him for an ultrasound-guided right hip intra-articular steroid injection and possible left knee injection at the same time if he chooses to proceed.

Chad Esterberg PA-C
Orthopedics
Westside Medical Center

*Please be aware that this note has been partially dictated using Fluency dictation voice recognition software. It has been reviewed for major content, but may contain minor mistakes due to the limitations of the software.*

Electronically signed by Esterberg, Chad Andrew, PA at 3/28/2024 3:40 PM

**Nursing Note by Tolentino, Ana M, LPN at 3/28/2024 1510**

Author: Tolentino, Ana M, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 3/28/2024 3:22 PM
Encounter Date: 3/28/2024
Creation Time: 3/28/2024 3:18 PM
Status: Signed
Editor: Tolentino, Ana M, LPN (LICENSED PRACTICAL NURSE)

Accompanied by: Self
BP Method: none taken
Weight Bearing Status: Full
Weight: Patient declined
Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy
Patient Support Tool Reviewed: The following care gaps have been identified: - Immunizations: Tdap.

Ana M. Tolentino, LPN

Electronically signed by Tolentino, Ana M, LPN at 3/28/2024 3:22 PM

**Letters**

**Results Release Online by Esterberg, Chad Andrew, PA on 4/5/2024**

Status: Sent by batch
Letter body:
**XR LEFT KNEE 3 VIEWS**

**03/28/2024 - Office Visit in Westside Medical Office Orthopedics (continued)**

**Letters (continued)**

*Narrative*
*EXAM: XR LEFT KNEE 3 VIEWS*
*EXAM DATE AND TIME: 3/28/2024 3:30 PM*

*HISTORY: CLINICAL CONCERN: knee pain (differential diagnosis or r/o)*

*COMPARISON: None.*

*TECHNIQUE: Frontal, lateral and patellar views*

*Impression*
*FINDINGS/IMPRESSION:*

*There is no fracture, malalignment, or focal destruction. No significant joint effusion. The surrounding soft tissues are unremarkable.*

*OSTEOARTHRITIS GRADING:*

*-Medial compartment: 0*
*-Lateral compartment: 0*
*-Patellofemoral compartment: 0*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Josephine Cho, MD. 4/2/2024 5:35 PM*

**Messages**

**Questionnaire Submission**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Chad Andrew Esterberg, PA | 3/22/2024 12:12 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

## 03/22/2024 - Patient Message in Sunnybrook Orthopedics

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Initiated, Patient/Staff |

**Department**

| Name | Address | Phone |
|---|---|---|
| Sunnybrook Orthopedics | 9900 SE Sunnyside Rd<br>Clackamas OR 97015 | 503-571-3653 |

**Messages**

**ORTHOPEDIC REFERRAL**

| From | To | Sent and Delivered |
|---|---|---|
| Jessica Marie Rodriguez | Weller, Steven | 3/22/2024 9:06 AM |
| Last Read in kp.org<br>3/22/2024 9:36 AM by Weller, Steven | | |

Your health care clinician has referred you to the Orthopedics Department for a Consultation. Please call us when you are ready to schedule your appointment or if you have any questions at (503) 571- 4227. We are available Monday- Friday from 8:00am to 5:00pm. If you have already made an appointment, please disregard this notice.

We look forward to speaking with you, to ensure you receive the care you need. As a reminder, your referral is valid for one year.

Be healthy. Live well. Thrive.

Sincerely,

Specialty Care Appointing

# 03/21/2024 - Ancillary Procedure in South Interstate Radiology

## Visit Information

### Department

| Name | Address | Phone |
|---|---|---|
| South Interstate Radiology | 3500 N Interstate Ave<br>Portland OR 97227 | 503-331-6082 |

## Reason for Visit

### Visit Diagnosis

- RIGHT HIP JOINT PAIN [M25.551]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Kpnw, Ordtrans | 03/21/2024 1515 |

## Imaging

### Imaging

#### XR RIGHT HIP AND PELVIS 2 VIEWS [605122447] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/21/24 1514**
Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/21/24 1514
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/21/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Passera, Rene 3/21/2024 3:15 PM
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Views: | AP STANDING LOW PELVIS FOR HIPS AND MODIFIED FROG LATERAL HIP |
| Return patient to provider? | No |
| STAT read callback? (Abnormalities Only) | No |
| I authorize this order to be changed per imaging departmental protocols and policies. | Yes |

Scheduling instructions
Your doctor has ordered an x-ray exam for you. X-rays do not require an appointment.
Order comments: CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| 1st Patient Identifier: | Patient name. (as stated by patient or their family). | |
| 2nd Patient Identifier: | Date of Birth (by verbal statement or documentation). | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the correct Resource listed in the Confirm Resource Field? | Yes, the resource is correct. | |

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology (continued)

**Imaging (continued)**

Chaperone?
Full name and role of chaperone
Guest?

**XR RIGHT HIP AND PELVIS 2 VIEWS [605122447]** Resulted: 03/26/24 1430, Result status: Final result

Order status: Completed
Filed by: Interface, Powerscribe360 03/26/24 1432
Accession number: 19022509170
Resulted by: Kramer, Zachariah, MD
Performed: 03/21/24 1524 - 03/21/24 1540
Resulting lab: KPNW AIRPORT WAY REGIONAL LABORATORY

Narrative:
EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS

CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)

COMPARISON: None

Impression:
FINDINGS/IMPRESSION:

No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.

OSTEOARTHRITIS GRADING:

-Right hip: 0 = Normal
-Left hip: 1 = Minimal/mild (single view)

NWP Osteoarthritis Pathway Grading System Criteria:

0 = Normal.
1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).
2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).
3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.

Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM
Acknowledged by: Foster, Kellie R, MD on 03/26/24 2020

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 589001604 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - KPRL | KPNW AIRPORT WAY REGIONAL LABORATORY | Unknown | Unknown | 11/01/11 1357 - Present |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**Signed**

## 03/21/2024 - Ancillary Procedure in South Interstate Radiology (continued)

**Imaging (continued)**

Electronically signed by Kramer, Zachariah, MD on 3/26/24 at 1430 PDT

**All Reviewers List**

Foster, Kellie R, MD on 3/26/2024 8:20 PM

## 03/21/2024 - Orders Only in East Interstate Internal Medicine

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Foster, Kellie R, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

### Reason for Visit

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Foster, Kellie R, MD | 03/21/2024 1514 |

### Letters

**Results Release Online by Foster, Kellie R, MD on 3/28/2024**

Status: Sent by batch
Letter body:

XR RIGHT HIP AND PELVIS 2 VIEWS

*Narrative*
*EXAM: XR RIGHT HIP AND PELVIS 2 VIEWS*

*CLINICAL CONCERN: r hip joint pain (differential diagnosis or r/o)*

*COMPARISON: None*

*Impression*
*FINDINGS/IMPRESSION:*

*No fracture, malalignment, or focal destruction. Visualized sacroiliac joints are maintained. Maintained pubic symphysis. Unremarkable surrounding soft tissues.*

*OSTEOARTHRITIS GRADING:*

*-Right hip: 0 = Normal*
*-Left hip: 1 = Minimal/mild (single view)*

*NWP Osteoarthritis Pathway Grading System Criteria:*

*0 = Normal.*
*1 = Minimal/mild OA: Small osteophytes; +/- joint space narrowing (unequivocally less than 50%).*
*2 = Moderate OA: Definite osteophytes; definite joint space narrowing (at least 50% but not close to bone-on-bone).*
*3 = Severe OA: Definite osteophytes; severe joint space narrowing (bone on bone or a fraction less); subchondral cystic changes and sclerosis often present, but not necessary; alternatively, moderate joint space narrowing may be present but with pronounced spurs and/or subchondral changes.*

*Electronically signed by Zachariah Kramer, MD. 3/26/2024 2:30 PM*

**Letters (continued)**

## 03/20/2024 - Patient Message in East Interstate Internal Medicine

**Visit Information**

**Provider Information**

**Encounter Provider**
Foster, Kellie R, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

**Reason for Visit**

**Chief Complaint**

- TEST (MM, colonoscopy )

**Clinical Notes**

**Unknown**

**Telephone Encounter by Winegar, Leslie, LPN at 3/21/2024 1004**

Author: Winegar, Leslie, LPN
Service: —
Author Type: LICENSED PRACTICAL NURSE
Filed: 3/21/2024 10:06 AM
Encounter Date: 3/20/2024
Creation Time: 3/21/2024 10:04 AM
Status: Signed
Editor: Winegar, Leslie, LPN (LICENSED PRACTICAL NURSE)

**R:** Routed to message management team clinician pool for review
- Patient's last colonoscopy 12/20/23 at outside facility with the next colonoscopy due on 12/20/28.
- Can you please update his medical history, I am unable to do this without a provider approval. This should take care of the stool for occult blood test due on his PST.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**S:** Email incoming.
**B:** Communication from patient and/or family has been sent to Kellie R. Foster, MD team/pool, this message has been staged and routed to Message Management MD pool to be addressed

There is no problem list on file for this patient.

Unable to review PST at this time - Staging encounter for Clinician / nursing review

Electronically signed by Winegar, Leslie, LPN at 3/21/2024 10:06 AM

**Messages**

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent and Delivered |
|---|---|---|
| Kyla N Pepper, MD | Weller, Steven | 3/21/2024 10:28 AM |

Last Read in kp.org
3/21/2024 11:13 AM by Weller, Steven

Steven,
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**03/20/2024 - Patient Message in East Interstate Internal Medicine (continued)**

**Messages (continued)**

I am assisting with your provider's messages today.

I see that, thank you! I've updated your chart to reflect the colonoscopy last December. It looks like the recommendation is to repeat a colonoscopy in 2033. You will need a referral for that to be done in Oregon when it is time.

Please let us know if there is anything else we can do for you.

Kyla N. Pepper, MD

**Nonurgent medical questions or concerns~(New) question for care team**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Ein Im Kporg Pool (supporting Kellie R Foster, MD) | 3/20/2024 9:32 AM |

I see a colon cancer screening kit on my preventative list. I had a routine colonoscopy recently, so please cancel that unless it is still recommended.

## 03/19/2024 - Appointment in East Interstate Laboratory

### Visit Information

#### Appointment Information

**LAB** **Completed**
3/19/2024 2:10 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 2:10 PM | EIN LAB TECH | EIN-LAB | 5 min |

Arrival Time: 2:06 PM Enc Form Number: 81600953

History

| | | | | |
|---|---|---|---|---|
| Made On: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| Checked In: | 3/19/2024 2:06 PM | By: | Spalding, Sarah | ES |
| EOD Status: | 3/24/2024 4:07 AM | By: | Corbitt, Shelley | ES |

### Reason for Visit

#### Visit Diagnoses

| Name | Code | Chronic? |
|---|---|---|
| SCREENING FOR LIPID DISORDER | Z13.220 | No |
| OSTEOPOROSIS | M81.0 | Yes |
| NEUROPATHIC PAIN | M79.2 | No |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | No | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #2 | | | | | |
| Add | OSTEOPOROSIS | M81.0 | Yes | Kpnw, Ordtrans | 03/19/2024 1406 |
| Diagnosis #3 | | | | | |
| Add | NEUROPATHIC PAIN | M79.2 | No | Kpnw, Ordtrans | 03/19/2024 1406 |

### Labs

#### Clinical Laboratory

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Edited Result - FINAL)**

Electronically signed by: **User, Nw Bulk Orders on 03/01/24 0000** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: User, Nw Bulk Orders 03/01/24 0000 Authorized by: Ostermeyer, Claudia De Araujo, MD
Ordering mode: Standard
Frequency: Routine 03/01/24 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
SCREENING FOR LIPID DISORDER [Z13.220]

**Provider Details**

| Provider | NPI |
|---|---|
| Ostermeyer, Claudia De Araujo, MD | 1891867800 |

**Specimen Information**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

Resulted: 03/19/24 2016, Result status: Edited
**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ▾ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:
< 100 mg/dL Optimal
100 - 129 mg/dL Near Optimal
130 - 159 mg/dL Borderline High
160 - 189 mg/dL High
> 189 mg/dL Very High

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

AIRPORT WAY REGIONAL LABORATORY
Suite C
Portland OR 97230

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ▾ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |
| Lipid Panel Interpretation | Interp Guide: | — | — | KP AWL |

Comment:

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with a fasting triglyceride test
Fasting triglycerides 500-999: Consider treatment if patient has history of pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with decreased pancreatitis risk.

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL) [604761591] (Abnormal)** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 177 | <=239 mg/dL | — | KP AWL |

Comment:

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglyceride | 126 | <=499 mg/dL | — | KP AWL |
| HDL Chol | 35 | >=40 mg/dL | L ▾ | KP AWL |
| LDL Calc | 117 | <=159 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

SCREENING FOR LIPID DISORDER [Z13.220 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**CREATININE [604761592] (Edited Result - FINAL)**

Electronically signed by: **Foster, Kellie R, MD on 03/13/24 1101** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/13/24 1101 Authorized by: Foster, Kellie R, MD

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Ordering mode: Standard
Frequency: Routine 03/13/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
OSTEOPOROSIS [M81.0]

Class: Normal
Lab status: Edited Result - FINAL

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**CREATININE, SERUM (INCLUDES GFR) [604761592]**

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:

–

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY | Unknown | 13705 NE Airport Way, Suite C | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| REGIONAL LABORATORY | Portland OR 97230 |

**CREATINE, SERUM (INCLUDES GFR) [604761592]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |

**Reviewed by**

Foster, Kellie R, MD on 03/22/24 1003

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

OSTEOPOROSIS [M81.0 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN B12 (COBALAMIN) [604761594] (Final result)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN B12 [604761594]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2042
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL | — | KP AWL |

Comment:

B12 <200: Severe deficiency. If supplementation does not correct consider further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L) and increased homocysteine (>15 umol/L). Folate deficiency manifests with normal MMA but increased homocysteine.

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

### HEMOGLOBIN A1C SCREENING [604761595] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1349
Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**HEMOGLOBIN A1C SCREENING [604761595]** Resulted: 03/19/24 2240, Result status: Final result

Order status: Completed
Filed by: Interface, Pathnet Results In 03/19/24 2240
Collected by: Spalding, Sarah 03/19/24 1406
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % | — | KP AWL |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

### CRP (C-REACTIVE PROTEIN) [604761596] (Final result)

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1354** Status: **Completed**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1354
Ordering mode: Standard
Frequency: Routine 03/19/24 -
Quantity: 1
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

Authorized by: Foster, Kellie R, MD
Class: Normal
Lab status: Final result

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**C-REACTIVE PROTEIN ( NON-CARDIAC) crp [604761596]** Resulted: 03/19/24 2052, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2052
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL | — | KP AWL |

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C<br>Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**VITAMIN D, 25-HYDROXY [604761597] (Final result)**

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**VITAMIN D, 25-HYDROXY [604761597]** Resulted: 03/19/24 2042, Result status: Final result

Order status: Completed Filed by: Interface, Pathnet Results In 03/19/24 2042
Collected by: Spalding, Sarah 03/19/24 1406 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

Narrative:
High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.
Acknowledged by: Foster, Kellie R, MD on 03/22/24 1003

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL | — | KP AWL |

Comment:
Total Vitamin D Interpretation
<20 ng/mL Severe Vitamin D Deficiency
20-29 ng/mL Mild Vitamin D Deficiency
30-80 ng/mL Optimal
>80 ng/mL Consider Vitamin D Toxicity

**Recipients**

**Foster, Kellie R, MD**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 588124777 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW | Unknown | 13705 NE Airport Way, | 11/18/13 1201 - Present |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | |
|---|---|
| AIRPORT WAY REGIONAL LABORATORY | Suite C<br>Portland OR 97230 |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

**All Reviewers List**

Foster, Kellie R, MD on 3/22/2024 10:03 AM

**BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN) [604761598] (Edited Result - FINAL)**

Electronically signed by: **Foster, Kellie R, MD on 03/19/24 1356** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Foster, Kellie R, MD 03/19/24 1356 Authorized by: Foster, Kellie R, MD
Ordering mode: Standard
Frequency: Routine 03/19/24 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Instance released by: Spalding, Sarah 3/19/2024 2:06 PM
Diagnoses
NEUROPATHIC PAIN [M79.2]

**Provider Details**

| Provider | NPI |
|---|---|
| Foster, Kellie R, MD | 1093916470 |

**Questionnaire**

| Question | Answer |
|---|---|
| Release result to patient | Immediate |

Order comments: BASIC METABOLIC PANEL per AMA contains: Sodium, Potassium, Chloride, CO2 Random Glucose, BUN, Creatinine, Calcium

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2407905323 | — | BLOOD | Spalding, Sarah 03/19/24 1406 |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

Order status: Completed Filed by: Interface, Pathnet Results In 03/19/24 2016
Collected by: Spalding, Sarah 03/19/24 1406 Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |
| eGFR | 90 | >=60 mL/min/1.73m2 | — | KP AWL |

Comment:

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1456 - KP AWL | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1456 - KP AWL | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

Resulted: 03/19/24 2016, Result status: Edited Result - FINAL

**BASIC METABOLIC PANEL bmp ama [604761598]**

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406

Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

## 03/19/2024 - Appointment in East Interstate Laboratory (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| CO2 | 30 | 22 - 32 mmol/L | — | KP AWL |
| Glucose, Random | 95 | 70 - 200 mg/dL | — | KP AWL |
| BUN | 18 | 7 - 25 mg/dL | — | KP AWL |
| Creatinine | 0.95 | <=1.30 mg/dL | — | KP AWL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**BASIC METABOLIC PANEL bmp ama [604761598]** Resulted: 03/19/24 2016, Result status: Final result

Order status: Completed
Collected by: Spalding, Sarah 03/19/24 1406
Filed by: Interface, Pathnet Results In 03/19/24 2016
Resulting lab: KAISER NW AIRPORT WAY REGIONAL LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L | — | KP AWL |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | KP AWL |
| Chloride | 104 | 97 - 109 mmol/L | — | KP AWL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1456 - KP AWL** | KAISER NW AIRPORT WAY REGIONAL LABORATORY | Unknown | 13705 NE Airport Way, Suite C Portland OR 97230 | 11/18/13 1201 - Present |

**Indications**

NEUROPATHIC PAIN [M79.2 (ICD-10-CM)]

## 03/19/2024 - Office Visit in East Interstate Internal Medicine

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Foster, Kellie R, MD | Foster, Kellie R, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| East Interstate Internal Medicine | 3550 N Interstate Ave<br>Portland OR 97227 | 800-813-2000 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT NEW LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- PHYSICAL EXAMINATION (Pe and to estab)

#### Visit Diagnoses

- **NEUROPATHIC PAIN (primary) [M79.2]**
- RIGHT HIP JOINT PAIN [M25.551]
- FIBROMATOSIS OF BILAT PLANTAR FASCIA [M72.2]
- BILAT HAND JOINT PAIN [M25.541, M25.542]
- BILAT ELBOW JOINT PAIN [M25.521, M25.522]
- LEFT ULNAR NEUROPATHY [G56.22]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **NEUROPATHIC PAIN (primary)** | M79.2 | Foster, Kellie R, MD | 03/19/2024 1349 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Foster, Kellie R, MD | 03/19/2024 1354 |
| Diagnosis #3 | | | | |
| Add | FIBROMATOSIS OF BILAT PLANTAR FASCIA | M72.2 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND JOINT PAIN | M25.541, M25.542 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #5 | | | | |
| Add | BILAT ELBOW JOINT PAIN | M25.521, M25.522 | Foster, Kellie R, MD | 03/27/2024 0602 |
| Diagnosis #6 | | | | |
| Add | LEFT ULNAR NEUROPATHY | G56.22 | Foster, Kellie R, MD | 03/27/2024 0611 |

### Clinical Notes

#### Unknown

**Nursing Note by Woodward, Vicki L, MA at 3/19/2024 1330**

Author: Woodward, Vicki L, MA | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 3/27/2024 6:13 AM | Encounter Date: 3/19/2024 | Creation Time: 3/19/2024 1:17 PM
Status: Signed | Editor: Woodward, Vicki L, MA (MEDICAL ASSISTANT)

Home Phone 408-506-5936

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Work Phone Data Not Entered
Mobile

Chaperone offered, patient declined. Patient consented to exam without presence of a chaperone.
BP Method: dinamap
Weight: with shoes
There is no height or weight on file to calculate BMI.

Medications Reviewed: Yes
Patient Prefers: Kaiser pharmacy

Patient Support Tool Reviewed: The following care gaps have been identified: - Colorectal screening
- Immunizations: Tdap
- Labs Lipid panel
-Depression and Alcohol Screening (DAQ) (office visit in reach only)
Pt declined a tdap vac.
Visit preparation completed, including updating Care Everywhere outside medical records.

Vicki L. Woodward, MA

Electronically signed by Woodward, Vicki L, MA at 3/27/2024 6:13 AM

**Progress Notes by Foster, Kellie R, MD at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Foster, Kellie R, MD | Service: — | Author Type: Physician |
| Filed: 3/27/2024 6:13 AM | Encounter Date: 3/19/2024 | Creation Time: 3/19/2024 1:16 PM |
| Status: Signed | Editor: Foster, Kellie R, MD (Physician) | |

**Subjective**

Steven Weller is a male who is 62 yrs old here for evaluation of:
No chief complaint on file.

Prior care N Ca KP

Recent significant pain that has led him to have to stop working and limited ability to exercise

Last seen Jan 2024- Neurology Dr Lee f/u for left CTS with weakness in left index/middle finger, negative EMG
Started wearing a wrist brace and has seen benefit

Pain in R shoulder - did heal with rest
L shoulder has been ok

Left elbow both medial/lateral symptoms- 2-3 years ago was doing Physical Therapy for left knee pain - then eblow startedto hurt - painful until started to waer loose brace 24 hours a day
Has seen improvemetn in function, no longer constant pain
Had been radial /medial

Arthrtis in both wist - 10 years of symptoms
Dupuytren's L > R hand

**Clinical Notes (continued)**

Painful arthritis n base of l thumb
Tendonitis in hands

Work required keyboard use, now not able to use
Has tried mutiple different tools to type

Last few years - most than just pain arms
Pain would grow exponsentioally, having to stop for 1 hour after 5 min work
Fingers would feel lethargic, stinging
Hands are not getting better in spite of rest
OT not helpful

R hip pain - preventing him from walking household distances at times
Had to use wheelchair in clinic today
Had purchased electric wheelcahhair
1 year of pain

Left hip - had a cortisone shot with clear benefit
March 2023

R hip pain flared in May, steroid shot in May - slight effefct
Mobility is a major issue
Was getting into pool, doing water walking - usually very active but this flared patellar femoral syndrome

Taking ibuprofen most days

Saw benefit to gabaentin but felt poorly
Lyrica helped - was able to get a lot of work done since pain was controlled but then pain worsened

## Objective

BP 131/70 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | Pulse 61 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 16 | Wt 157 lb 3 oz (71.3 kg) | SpO2 98%

R hip - Mild pain int rotatin/log roll
Left hip - mild pain int rotatin
No GT tenderness
Nl gait- nl leg swing, not atalgic

Hand - 5/5 we/wf, pincher strength thumb to 2nd finger, thumb to 5th finger intact
finger strength intact 2nd/3rd finger with flex/ext
Sensation intact to light touch in both hands
Duputreyen's contracture left hand

## Recent Labs/Imaging

*The following has been copied and pasted from MRI spine 1/24/24 CE record:*
Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Clinical Notes (continued)**

synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

*The following has been copied and pasted from MRI elbow 10/28/23 CE records*

Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

*The following has been copied and pasted from R hip MRI:*

ossible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Hand xrays 3/23- mild OA changes

### Assessment and Plan

A) NEUROPATHIC PAIN (primary encounter diagnosis)
RIGHT HIP JOINT PAIN
FIBROMATOSIS OF BILAT PLANTAR FASCIA
BILAT HAND JOINT PAIN
BILAT ELBOW JOINT PAIN

Significnat hip pain limiting ambulation - referral to ortho places
Hand pain/fatiguability, some improvement with wrist braces. Update neuropathy labs, refer to neurology
Briefly discussed cymbalta as a treatment option
1 month f/u scheduled
32 min face to face time
P)
**Orders Placed This Encounter**

- VITAMIN B12
- HEMOGLOBIN A1C SCREENING
- C-REACTIVE PROTEIN ( NON-CARDIAC) crp
- VITAMIN D, 25-HYDROXY
- BASIC METABOLIC PANEL bmp ama
- Other Orthopedics Referral (including sports hernia)
- REFERRAL NEUROLOGY CONSULTATION.

### Histories

**03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)**

**Clinical Notes (continued)**

Social History

| Tobacco Use | |
|---|---|
| Smoking Status | Not on file |
| Smokeless Tobacco | Not on file |

No active medications on file as of 03/19/2024

No Known Allergies

Social History
Social History Narrative
Not on file

No family history on file.

There is no problem list on file for this patient.

No past surgical history on file.

Electronically signed by Foster, Kellie R, MD at 3/27/2024 6:13 AM

**Letters**

**Results Release Online by Foster, Kellie R, MD on 3/22/2024**

Status: Sent by batch
Letter body:

CREATININE

| Result | Value | Ref Range |
|---|---|---|
| Creatinine | 0.95 | <=1.30 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |
| Comment: | – As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate). Please note this may slightly impact your GFR number. If you have questions regarding your results, please reach out to your clinician. - | |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Letters (continued)**

**VITAMIN B12 (COBALAMIN)**

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 701 | 232 - 946 pg/mL |

Comment:

B12 <200: Severe deficiency. If supplementation does not correct consider
further testing
B12 <300: Deficiency likely. If supplementation does not correct, consider
further testing
B12 <400: Supplementation may be considered if symptomatic
B12 >400: Deficiency unlikely

B12 Deficiency can be confirmed with findings of increased MMA (>320 nmol/L)
and increased homocysteine (>15 umol/L). Folate deficiency manifests with
normal MMA but increased homocysteine.

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

**HEMOGLOBIN A1C SCREENING**

| Result | Value | Ref Range |
|---|---|---|
| HbA1c Screen | 5.5 | <=5.6 % |

Comment:

HbA1c for Screening (do not use this order in patients known to have DM)
Reference range:
Normal <5.7
PreDM 5.7-6.4
DM >=6.5 needs confirmation to establish diagnosis of DM

**CRP (C-REACTIVE PROTEIN)**

| Result | Value | Ref Range |
|---|---|---|
| C-reactive protein | <0.3 | <=0.8 mg/dL |

**VITAMIN D, 25-HYDROXY**

| Result | Value | Ref Range |
|---|---|---|
| VIT D 25OH, Total | 33 | 20 - 80 ng/mL |

Comment:

| Total Vitamin D | Interpretation |
|---|---|
| <20 ng/mL | Severe Vitamin D Deficiency |
| 20-29 ng/mL | Mild Vitamin D Deficiency |
| 30-80 ng/mL | Optimal |

## 03/19/2024 - Office Visit in East Interstate Internal Medicine (continued)

**Letters (continued)**

>80 ng/mL Consider Vitamin D Toxicity

*Narrative*
*High doses of biotin (>5000 micrograms/day) can interfere with this laboratory test. Falsely elevated or decreased lab values may be seen. Patients should abstain from high dose biotin for 48 hours before having lab tests drawn.*

**BASIC METABOLIC PANEL (TOTAL CA, CO2, CL, CR, GLUC, K, NA, BUN)**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 148 mmol/L |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L |
| Chloride | 104 | 97 - 109 mmol/L |
| CO2 | 30 | 22 - 32 mmol/L |
| Anion gap, ser/plas | 7 | 4 - 16 mmol/L |
| Glucose, Random | 95 | 70 - 200 mg/dL |
| BUN | 18 | 7 - 25 mg/dL |
| Creatinine | 0.95 | <=1.30 mg/dL |
| Calcium | 9.7 | 8.4 - 10.2 mg/dL |
| eGFR | 90 | >=60 mL/min/1.73m2 |
| Comment: | | |

--

As of April 2022, Kaiser Permanente NW, has implemented a non-race-based calculation to estimate the GFR (glomerular filtration rate).
Please note this may slightly impact your GFR number.
If you have questions regarding your results, please reach out to your clinician.

-

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:06 AM |

Patient Questionnaire Submission
------------------------------
Your response has been received.

**Messages (continued)**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Kellie R Foster, MD | 3/11/2024 7:04 AM |

Patient Questionnaire Submission
---------------------------------
Your response has been received.

**Appointment scheduled from kp.org**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Kporg Appointment Notifications | 3/5/2024 10:50 AM |

Appointment For: Steven Weller (1550-03-73)
Visit Type: PCP OV OL (108223)

3/19/2024 1:30 PM 20 mins. Foster, Kellie R, MD EIN-IM

Patient Comments:
Initial visit with PCP

## 03/06/2024 - Telephone in New Member Pharmacy Service

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Level of Service**

| Level of Service |
|---|
| ADMIN ENCOUNTER ID NO SVC PROV. |

### Reason for Visit

**Chief Complaint**

- MEDICATION REVIEW NEW MEMBER (NEW MEMBER OUTREACH), onset date 3/6/2024

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| OSTEOPOROSIS (primary) | M81.0 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **OSTEOPOROSIS (primary)** | M81.0 | Yes | Malotte, Kristine M, PharmD | 03/12/2024 1012 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Dagnino, Angela D, CPhT at 3/6/2024 1409**

Author: Dagnino, Angela D, CPhT
Filed: 3/6/2024 2:15 PM
Status: Signed
Service: —
Encounter Date: 3/6/2024
Editor: Dagnino, Angela D, CPhT (Certified Pharmacy Technician)
Author Type: TECHNICIAN
Creation Time: 3/6/2024 2:09 PM

New Member prescription information received. Information documented below.

The following information was included in referral received from patient

MERGE PT

Region: KNW
MRN-HRN: 15500373
Last Name: WELLER
First Name: STEVEN
DateofBirth:
Evening Phone:
Mobile Phone:
Email address: bagelturf@mac.com
Membership Effective Date: 2024-03-01
Total Number of Prescriptions: 1
Transfer details:

Drug Name 1: Alendronate
Rx # 1: 2442 0309 3713

**Clinical Notes (continued)**

Need Timeframe 1: Not needed within 14 days
Pharmacy Name 1: Kaiser Foundation CPP Pharmacy
Pharmacy Phone Number 1: 888-218-6245
Instructions 1: Take 1 tablet by mouth every 7 days
Strength 1: 70 mg
Refills Remaining 1: Yes

Allergies: No known medication allergies
Date Submitted: 03/04/2024
Time Submitted: 9:14:45 AM PST
Member Address:
Member City:
Member State:
Member Zip:

End of Member Submission

Did tech open Care Everywhere? No, already open.

Total Number of Medications: 1

Patient referred by: Kana

Electronically signed by Dagnino, Angela D, CPhT at 3/6/2024 2:15 PM

**Telephone Encounter by Malotte, Kristine M, PharmD at 3/12/2024 1007**

Author: Malotte, Kristine M, PharmD
Service: —
Author Type: PHARMACIST
Filed: 3/12/2024 10:17 AM
Encounter Date: 3/6/2024
Creation Time: 3/12/2024 10:07 AM
Status: Signed
Editor: Malotte, Kristine M, PharmD (PHARMACIST)

Refill Request

Patient is paneled with you
Patient has appt pending with you on Mar 19, 2024
Patient requesting medication.

Please:
1) Review and sign the pended medication(s) and/or lab(s), if appropriate.
   - By signing medication orders you are authorizing the full plan as outlined below unless otherwise indicated.
2) Indicate your approval of the plan below by using the SmartPhrase (dot)OKPLAN
3) Route to p 10670 (AWC New Member RPh Pool)

<P>
Medications pended for a 90 day supply with prn refills and 4 month expiration date unless otherwise noted.

• **REFILL OF FORMULARY:**
1) Alendronate 70mg, 1t po once weekly with full glass of water at least 30min before first food, beverage or medication of the day. Do not lie down for 30min.

• Labs pended per Lab Monitoring Practice Resource/Refill Protocol/PST.

## 03/06/2024 - Telephone in New Member Pharmacy Service (continued)

**Clinical Notes (continued)**

===========================

<S/O>
Current medication(s) reported by patient: see <A/P> (plan) for complete list.

Prescription(s) confirmed by: Kaiser pharmacy/ePIMS and Care Everywhere

*The following has been copied and pasted from Care Everywhere record on 6/23/23 by labs:*

**CREATININE W GFR, CALCULATED**

| Component<br>Ref Range & Units | 8 mo ago | Comments |
|---|---|---|
| **Creatinine**<br><=1.34 mg/dL | **1.10** | |
| **Estimated Glomerular Filtration Rate**<br>>=60 mL/min/1.73 m2 | **>60** | Estimated GFR (eGFR) helps us know how the kidneys are working. eGFR is based<br>on the creatinine blood test result, age, sex, and body size. Monitoring eGFR<br>over time helps us understand changes in kidney function.<br><br>Actual kidney function may be better or worse than the estimated GFR because<br>blood creatinine levels are affected by body make up, diet, hydration,<br>genetics, and more.<br><br>Multiple eGFR values are used to determine chronic kidney disease (CKD)<br>stages, defined by the following ranges:<br><br>eGFR 45 - 59 = Stage 3a<br>eGFR 30 - 44 = Stage 3b<br>eGFR 15 - 29 = Stage 4<br>eGFR under 15 = Stage 5<br><br>Values for eGFR before 05/25/2022 will appear in lab results under "Past<br>results". |
| Resulting Agency | TPMG REGIONAL LABORATORY, MWS | |

Specimen Collected: 06/23/23 9:21 AM
Performed by: TPMG REGIONAL LABORATORY, MWS
Last Resulted: 06/24/23 4:15 AM
Received From: Kaiser Permanente Northern California
Result Received: 03/05/24 10:50 AM

## 03/06/2024 - Telephone in New Member Pharmacy Service (continued)

**Clinical Notes (continued)**

<A>
Pharmacist has documented medication allergies in KP HealthConnect as appropriate? Yes.

Electronically signed by Malotte, Kristine M, PharmD at 3/12/2024 10:17 AM

**Telephone Encounter by Foster, Kellie R, MD at 3/13/2024 1101**

Author: Foster, Kellie R, MD
Filed: 3/13/2024 11:01 AM
Status: Signed
Service: —
Encounter Date: 3/6/2024
Editor: Foster, Kellie R, MD (Physician)
Author Type: Physician
Creation Time: 3/13/2024 11:01 AM

I agree with the plan of care as defined, Kellie R. Foster, MD.

Electronically signed by Foster, Kellie R, MD at 3/13/2024 11:01 AM

**Telephone Encounter by Healey, Barbara K, PharmD at 3/13/2024 1118**

Author: Healey, Barbara K, PharmD
Filed: 3/13/2024 11:18 AM
Status: Signed
Service: —
Encounter Date: 3/6/2024
Editor: Healey, Barbara K, PharmD (PHARMACIST)
Author Type: PHARMACIST
Creation Time: 3/13/2024 11:18 AM

Prescriptions ordered and in KP HealthConnect.

patient was instructed to check KP.org when ready to order refills.

No further Pharmacy Services follow-up planned.

Electronically signed by Healey, Barbara K, PharmD at 3/13/2024 11:18 AM

## 03/06/2024 - Patient Message in New Member Pharmacy Service

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dagnino, Angela D, CPhT |

**Department**

| Name | Address | Phone |
|---|---|---|
| New Member Pharmacy Service | 5725 N E 138TH AVENUE<br>Portland OR 97230 | 888-572-7231 |

**Messages**

**New Member Pharmacy Services**

| From | To | Sent and Delivered |
|---|---|---|
| Angela D Dagnino, CPhT | Weller, Steven | 3/6/2024 2:10 PM |
| Last Read in kp.org<br>3/6/2024 3:02 PM by Weller, Steven | | |

New Member Pharmacy Services

Health Record Number 1550-03-73
March 6, 2024

Steven Weller

3572

Dear Steven Weller,

Welcome to Kaiser Permanente.

We have received your prescription information, and are in the process of transferring your medications. **Once the transfer is complete, you will be able to see your prescriptions online at kp.org.**

**Refilling your medication**:
Save time. Order Online. Join the millions of Kaiser Permanente member who save time and money with mail-order pharmacy.

Order your next prescription(s) through our Mail-Order Pharmacy.
- Save money: Most members get a 3-month supply of medication for the price of 2
- Save time: Most orders deliver in 3 or 4 days (allow up to 7)
- Sign on to kp.org or the Kaiser Permanente app and click on "Pharmacy center"
- Don't have access to a computer or smartphone? Call 1-800-548-9809 and follow the prompts

For questions about clinic locations; services available; or business hours; please check your Kaiser Permanente Medical Directory or on the Internet at ***www.kp.org/nw***

We value your membership and look forward to helping you meet your health care needs.

**Messages (continued)**

Kaiser Permanente Pharmacy Services
(503)261-7900 or toll-free 1-888-572-7231, option 1 for a representative (TTY 711)
Monday - Friday 8:00am to 5:30pm

## 03/01/2024 - Orders Only in Population Health

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ostermeyer, Claudia De Araujo, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| Population Health | 500 NE Multnomah St<br>Portland OR 97232 | 503-813-2000 |

### Reason for Visit

**Visit Diagnoses**

- SCREENING FOR LIPID DISORDER [Z13.220]
- SCREENING FOR COLON CANCER [Z12.11]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SCREENING FOR LIPID DISORDER | Z13.220 | User, Nw Bulk Orders | 03/01/2024 0732 |
| Diagnosis #2 | | | | |
| Add | SCREENING FOR COLON CANCER | Z12.11 | User, Nw Bulk Orders | 03/01/2024 0732 |

### Letters

**Results Release Online by Ostermeyer, Claudia De Araujo, MD on 3/22/2024**

Status: Sent by batch
Letter body:

LIPID PANEL (CHOL, TRIG, DHDL, CALC LDL)

| Result | Value | Ref Range |
|---|---|---|
| Cholesterol | 177 | <=239 mg/dL |
| Comment: | | |

Cholesterol NCEP Guidelines
<200 mg/dL Desirable
200-239 mg/dL Borderline Risk
>239 mg/dL High Risk

| Result | Value | Ref Range |
|---|---|---|
| Triglyceride | 126 | <=499 mg/dL |
| HDL Chol | 35 (L) | >=40 mg/dL |
| LDL Calc | 117 | <=159 mg/dL |
| Lipid Panel Interpretation | Interp Guide: | |
| Comment: | | |

LDL Cholesterol NCEP guidelines:

| | | |
|---|---|---|
| < 100 | mg/dL | Optimal |
| 100 - 129 | mg/dL | Near Optimal |
| 130 - 159 | mg/dL | Borderline High |
| 160 - 189 | mg/dL | High |
| > 189 | mg/dL | Very High |

Triglycerides >= 500 mg/dL should be confirmed with
a fasting triglyceride
test

## 03/01/2024 - Orders Only in Population Health (continued)

**Letters (continued)**

Fasting triglycerides 500-999: Consider treatment if patient has history of
pancreatitis
Fasting triglycerides >=1000: Treatment recommended

There is no direct evidence linking tryglyceride-lowering therapy with
decreased pancreatitis risk.

**From:** DisabilityDocuments
**Sent:** Monday, August 19, 2024 6:46 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Forms for Steve Weller 15113454

---

**From:** Steve Weller <bagelturf@mac.com>
**Sent:** Monday, August 19, 2024 10:43:37 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Forms for Steve Weller 15113454

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Forms for Steve Weller 15113454

**[Error : unloaded OLE object or mail attachment]**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Return to:** Tara Smith

**EMPLOYEE/CLAIMANT NAME:** Steven Weller **CLAIM #:** 15113454
**EMPLOYER:** Apple Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Weller, Steven A. | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married | |
| Spouse's Full Name and Date of Birth Laura A. Weller 6-14-61 | Number of Children 3 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Laura Weller Relationship to you? wife Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per (Week)/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability CA UDI | $ 1620/wk | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Steven Weller

**DATE:** 8-19-24 **EMPLOYEE'S SIGNATURE:**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454
EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: no Certificate Program completed: ________

Associates Degree: no College: number of years: ________

Bachelor's Degree: BA (BS) Major: Electronic Engineering Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): no

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: none

Primary language spoken: English Other language(s) spoken fluently: none

Additional Skills, Hobbies & Volunteer Work photography, 3D printing, (prior to disability)

Did you serve in the Armed Forces? ☐ Y ☒ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Apple Department: Software Eng. From: 6/16 To: present
   Job Title(s): Performance Engineer
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): Typed communication, video meetings, spreadsheets, data analysis, summer intern management, all day use of computer keyboard, scrolling and pointing devices
2. Company: Upthere Department: Frameworks From: 11/13 To: 5/16
   Job Title(s): Framework Engineer
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): Software design, development, debugging, meetings, All day usage of computer keyboard, scrolling and pointing devices.

3. Company: Soundhound Department: App Development From: 2/10 To: 11/13
Job Title(s): Senior iOS Software Engineer
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): Software design, development, debugging; meetings. All day usage of computer keyboard, scrolling and pointing devices

4. Company: self Department: From: 2009 To: 2010
Job Title(s): Independent iOS Software App Developer
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): Software design, development, debugging; meetings. All day usage of computer keyboard, scrolling and pointing devices.

5. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):

**Computer Utilization:**

Computer Training/Courses, Certifications: none

| | Home | Work (circled) if I were working | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☒ | | | |
| Word Processing (MS Word) | ☐ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☒ |
| Photo Software | ☐ | ☐ | Other: | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute)
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: bageltusf@mac.com Work: sweller@apple.com

| | |
|---|---|
| SIGNATURE: [signature] | PHONE NO: (409) 506-1127 |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy, mental health, drug/alcohol, chemical dependence, substance use or addiction medicine notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health, drug/alcohol, chemical dependence, substance use or addiction medicine and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

## FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

California Kaiser

1 of 3

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2024 TO present***

**DOCTORS:**

Name Lee, Brian M.D. Specialty Neurology
Address 700 Lawrence Expwy
City Santa Clara State CA Zip Code 95051
Phone: 408-851-1000 Fax:
Dates Seen 1-4-24 to 1-30-24

Name Mendoza, Angela PT Specialty Physical therapy
Address same as above
City Santa Clara State Zip Code
Phone: Fax:
Dates Seen 1-19-24 to 1-19-24

Name Specialty
Address
City State Zip Code
Phone: Fax:
Dates Seen to

Name Specialty
Address
City State Zip Code
Phone: Fax:
Dates Seen to

**PHARMACIES:**

Name Kaiser Permanente
Address 700 Lawrence Expwy
City Santa Clara State CA Zip Code 95051
Phone: 408-851-1000 Fax:
Dates: 1-1-24 to 2-29-24

Name
Address
City State Zip Code
Phone: Fax:
Dates: to

**HOSPITALS:**

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name Kaiser Permanente
Address
City State Zip Code
Phone Number:

Policy Number Apple
Member ID 18429889
Dates of Coverage 1-1-24 to present
Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature SW Date 8-19-24

Oregon Kaiser

2 of 3

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller    CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2024 TO present***

**DOCTORS:**

Name Kellie R. Foster MD Specialty Internal Med
Address 3600 N. Interstate Ave
City Portland State OR Zip Code 97227
Phone: 800-813-2000 Fax:
Dates Seen 3-1-24 to present

Name Chad A. Esterberg PA-C Specialty Orthopedics
Address 2875 NW Stucki Ave.
City Hillsboro State OR Zip Code 97124
Phone: 800-813-2000 Fax:
Dates Seen 3-1-24 to present

Name Daniel P. Lavery MD Specialty Neurology
Address 2875 NW Stucki Ave
City Hillsboro State OR Zip Code 97124
Phone: 800-813-2000 Fax:
Dates Seen 3-1-24 to present

Name Kyle R. Norton PA Specialty Orthopedics
Address 2875 NW Stucki Ave
City Hillsboro State OR Zip Code 97124
Phone: 800-813-2000 Fax:
Dates Seen 4-26-24 to 4-26-24

**PHARMACIES:**

Name Kaiser Permanente
Address
City State Zip Code
Phone: 800-813-2000 Fax:
Dates: 3-1-24 to present

Name
Address
City State Zip Code
Phone: Fax:
Dates: to

**HOSPITALS:**

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name Kaiser Permanente
Address 500 NE Multnomah St Ste 100
City Portland State OR Zip Code 97232
Phone Number: 800-813-2000

Policy Number
Member ID 1550 03 73
Dates of Coverage 3-1-24 to present
Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature]    Date 8-19-24

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Oregon Kaiser
3 of 3

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2024 TO present***

**DOCTORS:**

Name Faye D. Dahuyag OTR Specialty Occupational therapy
Address 3600 N Interstate Ave
City Portland State OR Zip Code 97227
Phone: 800-813-2000 Fax:
Dates Seen 5-24-24 to present

Name Miki Bailey DPT Specialty Physical therapy
Address 10315 NE Tanasbourne Dr.
City Hillsboro State OR Zip Code 97124
Phone: 800-813-2000 Fax:
Dates Seen 7-5-24 to present

Name Choeying Sangmo PT Specialty Physical therapy
Address 10315 NE Tanasbourne Dr.
City Hillsboro State OR Zip Code 97214
Phone: 800-813-2000 Fax:
Dates Seen 8-1-24 to present

Name Specialty
Address
City State Zip Code
Phone: Fax:
Dates Seen to

**PHARMACIES:**

Name
Address
City State Zip Code
Phone: Fax:
Dates: to

Name
Address
City State Zip Code
Phone: Fax:
Dates: to

**HOSPITALS:**

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name
Address
City State Zip Code
Phone Number:
Policy Number
Member ID
Dates of Coverage to
Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 8-19-24

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Steven Weller

Name of legal representative, if applicable (print):

________________________________________

Relationship:

________________________________________

Signature of claimant or legal representative:

SW

Date: 8-19-24

Date of Birth: __________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Steven Weller

Name of legal representative, if applicable (print):

______________________________

Relationship: ______________________________

Signature of claimant or legal representative:

SW ______________________________

Date: 8-19-24

Date of Birth: _ ________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, August 15, 2024 12:37:36 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | klu1dq5uq4jxlwer6vun_18488383.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

August 15, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 15, 2024, we requested medical records from Kaiser Permanente. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2024 through present from your treating provider.
- Physical therapy notes from January 1, 2024 through present.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Apple Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 28, 2024, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by October 28, 2024, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 28, 2024 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara S.
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, August 15, 2024 12:42:38 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | vvhpmasngzwpxhxuhmud_18488453.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

August 15, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 12th month, you must be disabled from any occupation. As your benefits began on February 19, 2024, the change in definition will occur on February 19, 2025. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by August 29, 2024:

- X Claimant Supplementary Statement
- X Training Education Experience
- X Authorization - CA
- X Authorization - Medical CA
- X Treating Medical Professionals Form
- __ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara S.
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

Attachments: Claimant Supplementary Statement
Training Education Experience
Authorization - CA
Authorization - Medical CA
Treating Medical Professionals Form

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Return to:** Tara Smith

**EMPLOYEE/CLAIMANT NAME:** Steven Weller **CLAIM #:** 15113454
**EMPLOYER:** Apple Inc. **DATE OF BIRTH:** ________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454
EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: _________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

4. Company: ______________________ Department: ______________________ From: _________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

5. Company: ______________________ Department: ______________________ From: _________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: __________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (       )** ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy, mental health, drug/alcohol, chemical dependence, substance use or addiction medicine notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_______________________________________________

Name of legal representative, if applicable (print):

_______________________________________________

Relationship:

_______________________________________________

Signature of claimant or legal representative:

_______________________________________________

Date: ______________________________

Date of Birth: ____________________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health, drug/alcohol, chemical dependence, substance use or addiction medicine and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_______________________________________________________

Name of legal representative, if applicable (print):

_______________________________________________________

Relationship: ____________________________________________

Signature of claimant or legal representative:

______________________________________________________

Date: ______________________________

Date of Birth: _________________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES January 1, 2024 TO present***

**DOCTORS:**

Name ____________________ Specialty __________ Name ____________________ Specialty __________

Address ______________________________ Address ______________________________

City ______________ State _____ Zip Code _______ City ______________ State _____ Zip Code _______

Phone: ______________ Fax: ______________ Phone: ______________ Fax: ______________

Dates Seen ______________ to ______________ Dates Seen ______________ to ______________

Name ____________________ Specialty __________ Name ____________________ Specialty __________

Address ______________________________ Address ______________________________

City ______________ State _____ Zip Code _______ City ______________ State _____ Zip Code _______

Phone: ______________ Fax: ______________ Phone: ______________ Fax: ______________

Dates Seen ______________ to ______________ Dates Seen ______________ to ______________

**PHARMACIES:**

Name ______________________________ Name ______________________________

Address ______________________________ Address ______________________________

City ______________ State _____ Zip Code _______ City ______________ State _____ Zip Code _______

Phone: ______________ Fax: ______________ Phone: ______________ Fax: ______________

Dates: ______________ to ______________ Dates: ______________ to ______________

**HOSPITALS:**

Name ______________________________ Name ______________________________

Address ______________________________ Address ______________________________

City ______________ State _____ Zip Code _______ City ______________ State _____ Zip Code _______

Phone: ______________ Fax: ______________ Phone: ______________ Fax: ______________

Dates Confined: ____________ to ______________ Dates Confined: ____________ to ______________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ______________________________ Policy Number ______________________________

Address ______________________________ Member ID ______________________________

City ______________ State _____ Zip Code _______ Dates of Coverage ______________ to ______________

Phone Number: ______________________________ Fax Number: ______________________________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________________ Date ______________

## FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.



**Lincoln/Weller 1842**

◄ Search 8:39 AM Thu Aug 15

←

## Upcoming

**Thursday, Aug 22, 8:10 a.m.**
Office Appointment
Czarino Paragas Silao
PT

**Friday, Sep 6, 10 a.m.**
Video Visit
Kellie R. Foster
PCP

**Friday, Sep 6, 2:10 p.m.**
Office Appointment
Miki Bailey
DPT

**Wednesday, Sep 11, 3:20 p.m.**
Office Appointment
Faye D. Dahuyag
OT hands

**Friday, Sep 13, 9:20 a.m.**
Office Appointment
Sadie Katherine Morse
Ortho PA

**Tuesday, Sep 17, 8:45 a.m.**
Office Appointment
Choeying Sangmo
PT

Home

Close

months
ago

MAY
9
2024
Office Visit
Daniel P. Lavery
Westside Medical Office Neurology

View After Visit Summary®

View notes

MAY
5
2024
**Patient Message**
Chad A. Esterberg
Westside Medical Office Orthopedics

View After Visit Summary®

APR
29
2024
Patient Message
Kellie R. Foster
East Interstate Internal Medicine

View After Visit Summary®

APR
26
2024
Office Visit
Kyle Robert Norton
Westside Medical Office Orthopedics

View After Visit Summary®

View notes

APR
23
2024
Telemedicine
Kellie R. Foster
East Interstate Internal Medicine

9:31 AM Thu Aug 15

Close

Last 3 months

AUG 1 2024

## Office Visit

Choeying Sangmo
Tanasbourne Physical Therapy

View After Visit Summary®

View notes

JUL 10 2024

## Telemedicine

Kellie R. Foster
East Interstate Internal Medicine

View After Visit Summary®

View notes

JUL 5 2024

## Office Visit

Miki Bailey
Tanasbourne Physical Therapy

View After Visit Summary®

View notes

MAY 24 2024

## Office Visit

Faye D. Dahuyag
South Interstate Occupational Therapy

View After Visit Summary®

View notes

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 07/19/24 - 08/18/24
Pmt Date: 08/12/24
Check #: 113320191

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 12775.25 | $ 0.00 | $ 7020.00 | $ 5755.25 | $ 0.00 | $ 1500.00 | $ 328.13 | $ 573.39 | $ 3353.73 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 07/19/24 | 08/18/24 | $ 7020.00 | | | | |

Subtotal Offset $ 7020.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 07/19/24 | 08/18/24 | $ 3.16 | PRE-TAX DENTAL | 07/19/24 | 08/18/24 | $ 117.91 |
| PRE-TAX MEDICAL | 07/19/24 | 08/18/24 | $ 442.76 | PRE-TAX VISION | 07/19/24 | 08/18/24 | $ 9.56 |

Subtotal Deduction $ 573.39

Total Provisions $ 0.00 Total Offsets $ 7020.00 Total Deductions $ 573.39

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 5755.25 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 5185.02 | | Federal Withholding: | $ 1500.00 |
| State Taxable Wages: | $ 5185.02 | Employee State: OR | State Withholding: | $ 328.13 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 06/19/24 - 07/18/24
Pmt Date: 07/12/24
Check #: 113070376

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 12775.25 | $ 0.00 | $ 7020.00 | $ 5755.25 | $ 0.00 | $ 1500.00 | $ 328.13 | $ 573.39 | $ 3353.73 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 06/19/24 | 07/18/24 | $ 7020.00 | | | | |

Subtotal Offset $ 7020.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 06/19/24 | 07/18/24 | $ 3.16 | PRE-TAX DENTAL | 06/19/24 | 07/18/24 | $ 117.91 |
| PRE-TAX MEDICAL | 06/19/24 | 07/18/24 | $ 442.76 | PRE-TAX VISION | 06/19/24 | 07/18/24 | $ 9.56 |

Subtotal Deduction $ 573.39

Total Provisions $ 0.00 Total Offsets $ 7020.00 Total Deductions $ 573.39

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 5755.25 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 5185.02 | Federal Withholding: | $ 1500.00 |
| State Taxable Wages: | $ 5185.02 | State Withholding: | $ 328.13 |

Benefit Tax %: 100.00

Employee State: OR

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group® Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 05/19/24 - 06/18/24
Pmt Date: 06/12/24
Check #: 112815209

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 12775.25 | $ 0.00 | $ 7020.00 | $ 5755.25 | $ 0.00 | $ 1500.00 | $ 328.13 | $ 573.39 | $ 3353.73 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 05/19/24 | 06/18/24 | $ 7020.00 | | | | |

Subtotal Offset $ 7020.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 05/19/24 | 06/18/24 | $ 3.16 | PRE-TAX DENTAL | 05/19/24 | 06/18/24 | $ 117.91 |
| PRE-TAX MEDICAL | 05/19/24 | 06/18/24 | $ 442.76 | PRE-TAX VISION | 05/19/24 | 06/18/24 | $ 9.56 |

Subtotal Deduction $ 573.39

Total Provisions $ 0.00 Total Offsets $ 7020.00 Total Deductions $ 573.39

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 5755.25 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 5185.02 | | Federal Withholding: | $ 1500.00 |
| State Taxable Wages: | $ 5185.02 | Employee State: OR | State Withholding: | $ 328.13 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 04/19/24 - 05/18/24
Pmt Date: 05/13/24
Check #: 112564913

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 12775.25 | $ 0.00 | $ 7020.00 | $ 5755.25 | $ 0.00 | $ 1500.00 | $ 328.13 | $ 573.39 | $ 3353.73 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 04/19/24 | 05/18/24 | $ 7020.00 | | | | |

Subtotal Offset $ 7020.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 04/19/24 | 05/18/24 | $ 3.16 | PRE-TAX DENTAL | 04/19/24 | 05/18/24 | $ 117.91 |
| PRE-TAX MEDICAL | 04/19/24 | 05/18/24 | $ 442.76 | PRE-TAX VISION | 04/19/24 | 05/18/24 | $ 9.56 |

Subtotal Deduction $ 573.39

Total Provisions $ 0.00 Total Offsets $ 7020.00 Total Deductions $ 573.39

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 5755.25 | Benefit Tax %: 100.00 | |
| Federal Excludable Wages: | $ 0.00 | | |
| OASDI Taxable Wages: | $ 0.00 | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 5185.02 | Federal Withholding: | $ 1500.00 |
| State Taxable Wages: | $ 5185.02 | Employee State: OR | |
| State Withholding: | $ 328.13 | | |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# DIRECT DEPOSIT APPLICATION

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Return To:** Tara Smith

EMPLOYEE/CLAIMANT NAME: Steven Weller

CLAIM NO: 15113454

EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**

**YOUR TELEPHONE NUMBER: ( )** ____________

**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ____ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE: ( )** ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
No. Your Explanation of Benefits (EOB) Statement is accessible on our website at www.mylincolnportal.com. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

DocuSign Envelope ID: ACDB77C0-2C31-4EB9-8975-208CFC9562CC

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Return To:** Tara Smith

EMPLOYEE/CLAIMANT NAME: Steven Weller

CLAIM NO: 15113454

EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☒ **Change**

**YOUR TELEPHONE NUMBER:** ( ______

**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ **Checking** ☐ **Savings**

**BANK NAME:** Bank of America

**9 DIGIT ABA ROUTING NUMBER:** ______

**BANK ADDRESS:** 1245 NW Lovejoy St

**YOUR ACCOUNT NUMBER:** ______

**CITY:** Portland **STATE:** OR **ZIP:** 97209

**BANK PHONE:** ( 503) 4841802

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: DocuSigned by: Steven Weller 204FE2E0040D4A8 Date: 5/3/2024

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DocuSign Envelope ID: ACDB77C0-2C31-4EB9-8975-208CFC9562CC

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
No. Your Explanation of Benefits (EOB) Statement is accessible on our website at www.mylincolnportal.com. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, April 25, 2024 3:03:42 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | 22jt3kazauy3ummbi8fs_17703682.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 25, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

We are writing about your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved and in a follow-up letter dated March 25, 2024, we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling

the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401, or
- Email: disabilitydocuments@lfg.com

Should you have any questions regarding this matter, feel free to contact me at the number below.

Sincerely,

Alejandra Hernandez
Claims Examiner Ii, Social Sec
Phone No.: (888) 437-7611 Ext. 67039
Secure Fax No.: (603) 334-0401

CC: Scott Sell

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, April 25, 2024 3:03:48 PM |
| To: | SSELL@TCNF.LEGAL; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | cc_22jt3kazauy3ummbi8fs_17703682_18163650.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 25, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

We are writing about your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved and in a follow-up letter dated March 25, 2024, we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling

the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401, or
- Email: disabilitydocuments@lfg.com

Should you have any questions regarding this matter, feel free to contact me at the number below.

Sincerely,

Alejandra Hernandez
Claims Examiner Ii, Social Sec
Phone No.: (888) 437-7611 Ext. 67039
Secure Fax No.: (603) 334-0401

CC: Scott Sell

**From:**Smith, Tara
**Sent:**Fri, 19 Apr 2024 19:21:04 +0000
**To:**Steve Weller
**Cc:**Wilkerson, Shericka
**Subject:**RE: Payment discrepancy

Good afternoon Steve,

Your LTD benefit calculations are based on your salary as of your last day worked. Salary increases that occur while on disability, bonuses, or any other extra compensation is not included.

Below is the policy language for basic monthly earnings:

“Basic Monthly Earnings” means the Covered Person’s monthly rate of earnings plus On-Target Variable Earnings if applicable, in effect on the date of Disability or Partial Disability begins. Such earnings will not include bonuses, overtime pay, or other extra compensation.

Let me know if you have any additional questions.

Thank you,

Tara Smith
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Steve Weller <
Sent: Friday, April 19, 2024 2:43 PM
To: Smith, Tara <Tara.Smith@lfg.com>
Cc: Wilkerson, Shericka <Shericka.Wilkerson@lfg.com>
Subject: Payment discrepancy

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim #15113454

I suspect this as intended, but wanted to run it past you.

The unadjusted gross amount I am receiving each month corresponds to 70% of my salary at the date of disability, but not 70% of my current salary. I received a raise of $7000 in October 2023.

**From:**Wilkerson, Shericka
**Sent:**Thu, 18 Apr 2024 15:29:40 +0000
**To:**Hernandez, Alejandra
**Subject:**RE: Steven Weller, Claim #15113454

No problem. Have a great day!

*Best,*
*Shericka Wilkerson*


Shericka Wilkerson
Social Security Specialist
GP CLM Shared Services

Office: 888-437-7611 Extension: 29171

Shericka.Wilkerson@LFG.com
LincolnFinancial.com


**Upcoming Time Off:**
**May 27th**
**June 19th**

Follow us on:


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**





---

**From:** Hernandez, Alejandra <Alejandra.Hernandez@lfg.com>
**Sent:** Thursday, April 18, 2024 11:29 AM
**To:** Wilkerson, Shericka <Shericka.Wilkerson@lfg.com>
**Subject:** RE: Steven Weller, Claim #15113454

Good Morning Shericka,

Thank you for updating this info.

Thank you,


Alejandra Hernandez
Social Security Specialist
GP Claim Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

1-888-437-7611 x67039


---

**From:** Wilkerson, Shericka <Shericka.Wilkerson@lfg.com>
**Sent:** Thursday, April 18, 2024 10:41 AM
**To:** Hernandez, Alejandra <Alejandra.Hernandez@lfg.com>
**Subject:** Steven Weller, Claim #15113454

Hello,

I have updated the attorney's information in System One. As well as updated your task to remind you to email the atty for proof of filling as the employee is attorney represented.

Customer ID [ ] - [ ] Task Due Date [ ] From [ ] Through [ ] WIP [ ]

Task Detail
Claim/Event/Leave ID 15113454 Accommodation Number [ ] Target Date 04/25/2024 Task Assignment HERNANDEZ ALEJANDRA
Task Type Follow-up Task Name SOCIAL SECURITY Task Status Assigned [ ] WIP
Text: SS DAY 60. CLAIMIFY/ T2. IF POF NOT RECEIVED CALL AND SEND 60 DAY LETTER. CA POL (EE/ RECEIVES) // OWN ATTY. - EMAIL SCOTT SELL > SSELL@TCNF.LEGAL < FOR SSDI POF

| WIP | Target Date | Claim/Event/Leave # | Accm. No. | Claimant/EE Name | Task Type | Task Name | Text | Task Assignment |
|---|---|---|---|---|---|---|---|---|
| | 04/22/2024 | 15113454 | | WELLER, STEVEN | S1-Gen | CHANGE IN DEFINITION | INVESTIGATE CHANGE IN DEFINITIO | SMITH, TARA |
| | 04/24/2024 | 15113454 | | WELLER, STEVEN | Follow-up | ACTION PLAN | MED STATUS/ONGOING TX PLAN, RTW | SMITH, TARA |
| | 04/25/2024 | 15113454 | | WELLER, STEVEN | Follow-up | SOCIAL SECURITY | SS DAY 60. CLAIMIFY/ T2. IF PO | HERNANDEZ, ALEJAND |
| | 06/18/2024 | 15113454 | | WELLER, STEVEN | Follow-up | ACTION PLAN | MED STATUS/ONGOING TX PLAN, RTW | SMITH, TARA |
| | 08/02/2024 | 15113454 | | WELLER, STEVEN | Follow-up | ACTION PLAN | MED STATUS/ONGOING TX PLAN, RTW | SMITH, TARA |
| | 03/20/2025 | 15113454 | | WELLER, STEVEN | S1-Gen | PMT INACTION 30 DAYS | PAYMENT FOR THIS CLAIM HAS CEAS | SMITH, TARA |

Disab Claim Leave Life Claim

**Employee**

First Name: STEVEN MI:
Last Name: WELLER
SSN: ! DOB:

**Customer**

Name: APPLE INC. ID: 01 - B72V5F
Sub Name: APPLE INC. Sub Code: USA0
Loc Name: APPLE INC. Loc Code: SW000000

**Contact Info**

* Contact Status: Active * Contact Type: Additional Employee Contact
First Name: SCOTT MI: Last Name: SELL
Organization Name: THOMA S, COON, NEW TON & FROST PORTL AND LAW FIRM SINCE 1980
* Relationship: Other * Other Relationship: SSDI ATTORNEY
Address Line 1: 820 SW SECOND AVENUE
Address Line 2: SUITE #200
Address Line 3:
City: PORTLAND State: OR Zip Code: 97204-0000
Country: UNITED STATES OF AMERICA
Home Phone: Cell Phone:
Work Phone: (503) 228-5222 Extension: International Phone:
Fax #: (503) 273-9175 Claim Correspondence Distribution Type: Email
* Email Address: SSELL@TCNF.LEGAL

| Status | Contact Type | Individual Name | Organization Name | Relationship |
|---|---|---|---|---|
| Active | Additional Employee Contact | SELL, SCOTT | THOMA S, COON, NEW TON & FROST | SSDI ATTORNEY |

Have a tremendous day.

*Best,*
*Shericka Wilkerson*




Shericka Wilkerson
Social Security Specialist
GP CLM Shared Services

Office: 888-437-7611 Extension: 29171

Shericka.Wilkerson@LFG.com
LincolnFinancial.com


**Upcoming Time Off:**
**May 27th**
**June 19th**

Follow us on:


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**




**From:** Steve Weller <
**Sent:** Wednesday, April 17, 2024 5:00 PM
**To:** Wilkerson, Shericka <Shericka.Wilkerson@lfg.com>
**Cc:** Smith, Tara <Tara.Smith@lfg.com>
**Subject:** SSDI lawyer

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim #15113454

Shericka,

I have just started the process of applying for SSDI via a local law firm. I am working with Scott Sell ssell@tcnf.legal.

THOMA S, COON,
NEW TON & FROST
PORTL AND LAW FIRM SINCE 1980

820 SW Second Avenue, Suite 200
Portland, OR 97204
Phone: 503.228.5222
Fax: 503.273.9175
medicalrecords@tcnf.legal
www.tcnf.legal

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 03/19/24 - 04/18/24
Pmt Date: 04/12/24
Check #: 112322716

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 12775.25 | $ 0.00 | $ 7020.00 | $ 5755.25 | $ 0.00 | $ 1500.00 | $ 328.13 | $ 573.39 | $ 3353.73 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 03/19/24 | 04/18/24 | $ 7020.00 | | | | |

Subtotal Offset $ 7020.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 03/19/24 | 04/18/24 | $ 3.16 | PRE-TAX DENTAL | 03/19/24 | 04/18/24 | $ 117.91 |
| PRE-TAX MEDICAL | 03/19/24 | 04/18/24 | $ 442.76 | PRE-TAX VISION | 03/19/24 | 04/18/24 | $ 9.56 |

Subtotal Deduction $ 573.39

Total Provisions $ 0.00 Total Offsets $ 7020.00 Total Deductions $ 573.39

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 5755.25 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 5185.02 | | Federal Withholding: | $ 1500.00 |
| State Taxable Wages: | $ 5185.02 | Employee State: OR | State Withholding: | $ 328.13 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

From: LFGNotifications@LFG.com
Sent: Monday, March 25, 2024 9:53:56 AM
To: ;
CC:
BCC:
Subject: [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller
Attachments: tvyltgbizpgkvlgbmbmw_17470862.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 25, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

We are writing about your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call

1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401, or
- Email: disabilitydocuments@lfg.com

Should you have any questions regarding this matter, feel free to contact me at the number below.

Sincerely,

Alejandra Hernandez
Svc Asst, Client Services
Phone No.: (888) 437-7611 Ext. 62228
Secure Fax No.: (603) 334-0401

**From:**Smith, Tara
**Sent:**Thu, 21 Mar 2024 19:19:22 +0000
**To:**Steve Weller
**Subject:**RE: Medical provider in Oregon

Good afternoon Steve,

Thank for providing your new PCP's name...I will get her added to your claim file.

At this time, there are no forms or documents needed from you or your providers. I will be following up with you towards the end of April for a medical status update and at that time, you can provide me with the contact information for the neurologist, orthopedist and any other specialist that you may be referred to.

In the meantime, if you have any additional questions or concerns, please let me know.

Thank you,

Tara Smith
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Steve Weller
Sent: Thursday, March 21, 2024 3:09 PM
To: Smith, Tara <Tara.Smith@lfg.com>
Subject: Medical provider in Oregon

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim 15113454

We have been insured by Kaiser of Oregon since March 1 and I have recently had an initial visit with my PCP, Dr. Kelly Foster. Referrals to orthopedics and neurology will follow.

Are there any additional form or authorizations needed from me at this time?

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group® Lincoln National Life Insurance Company

Claim: 15113454
Claim Type: LTD
Payee Type: EMP

Customer: APPLE INC.
Subsidiary: APPLE INC.
Location: APPLE INC.
Employee: STEVEN WELLER

Policy Number: GF3-810-B72V5F-01
Pmt Period: 02/19/24 - 03/18/24
Pmt Date: 03/13/24
Check #: 112078753

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 12775.25 | $ 0.00 | $ 7020.00 | $ 5755.25 | $ 0.00 | $ 1500.00 | $ 336.91 | $ 458.72 | $ 3459.62 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE DI | 02/19/24 | 03/18/24 | $ 7020.00 | | | | |

Subtotal Offset $ 7020.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| ADDE | 02/24/24 | 03/18/24 | $ 2.53 | PRE-TAX DENTAL | 02/24/24 | 03/18/24 | $ 94.33 |
| PRE-TAX MEDICAL | 02/24/24 | 03/18/24 | $ 354.21 | PRE-TAX VISION | 02/24/24 | 03/18/24 | $ 7.65 |

Subtotal Deduction $ 458.72

Total Provisions $ 0.00 Total Offsets $ 7020.00 Total Deductions $ 458.72

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 5755.25 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 5299.06 | | Federal Withholding: | $ 1500.00 |
| State Taxable Wages: | $ 5299.06 | Employee State: OR | State Withholding: | $ 336.91 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Clear this page

# 2024 Form OR-W-4

Page 1 of 1, 150-101-402
(Rev. 08-18-23, ver. 01)

Oregon Department of Revenue

19612401010000

Office use only

## Oregon Withholding Statement and Exemption Certificate

| First name | Initial | Last name | Social Security number (SSN) | Redetermination |
|---|---|---|---|---|
| Steven | A | Weller | | ☐ |

| Address | City | State | ZIP code |
|---|---|---|---|
| | | | |

**Note:** Your eligibility to claim a certain number of allowances or an exemption from withholding may be subject to review by the Oregon Department of Revenue. Your employer may be required to send a copy of this form to the department for review.

1. **Select one:** ☐ Single ☒ Married ☐ Married, but withhold at the higher single rate.
**Note:** Select "Single" if you're married but legally separated or your spouse is a non-U.S. citizen without permanent resident status.

2. **Allowances.** Total number of allowances you're claiming on line **A4, B15,** or **C5.**
**See worksheets in the instructions.** If you skip the worksheets and aren't exempt, **enter 0**............. 2. Ø

3. **Additional amount,** if any, you want withheld from each paycheck.......... 3.

4. **Exemption from withholding.** I certify my wages are exempt from withholding and I meet the conditions for exemption as stated on page 2 of the instructions. Complete **both** lines below:
   - Enter your exemption code. (See instructions)............ 4a.
   - Write "Exempt"............ 4b.

**Sign here.** Under penalty of false swearing, I declare the information provided is true, correct, and complete.

| Employee signature (This form isn't valid unless signed.) | Date |
|---|---|
| [signature] | 2/29/24 |

**Employer use only.**

| Employer name | Federal employer identification number (FEIN) | | |
|---|---|---|---|
| **Employer address** | **City** | **State** | **ZIP code** |
| | | | |

**—Submit this form to your employer—**

## Initial Payment Set up Worksheet

| | | | | | |
|---|---|---|---|---|---|
| | | | **Class** | 1B | **DOB** |
| **LTD Claim #** | 15113454 | | | **Work State** | CA ! |
| **Associated Claims** | N/A | Type STD | | | Type |
| **Benefit End Date of Associated Claims** | | 2/18/2024 | | | |
| **LTD Benefit Begin Date** | 2/19/2024 | | **DOD** | 8/21/2023 | **AGE** 61 |
| **Max Benefit Date** | 2/18/2028 | 48 months | | | |
| **Does policy include COLA provision** | No | | | **Eligibility Intended** | Elig Appr |

**Sources used to verify BME Amount**

ELIGIBILITY APPROVED Wkly snapshot file 08.11.23 - ELIG FILE EFFECTIVE 09/24/2022 -- ANNUAL SALARY: $219,004.24 / 12 = $18,250.35 MONTHLY.

| | | | |
|---|---|---|---|
| **BME Amount** | $18,250.35 | **Benefit Percentage** | 70.00 % |
| | | **Gross Modal Benefit** | $12,775.25 |
| **Benefit Begin Date** | 2/19/2024 | | |
| **Approved Thru Date** | 2/18/2025 | 12 months own occupation | |

**Offsets Entered**

| Type | Amount |
|---|---|
| STCA, 02/19/24 thru 08/25/24<br>Wkly $1620.00x52/12 | $7,020.00 |
| | |
| | |

**Claim Status** APPROVED

**Claim Decision Date** 2/15/2024

**Deductions Entered** **Effective:** 2/24/2024 **Through** 2/18/2028

| Type | Amount | | Type | Amount |
|---|---|---|---|---|
| ADDE | $3.16 | =1.46*26/12 | | |
| PTVS | $9.56 | =4.41*26/12 | | |
| PTDN | $117.91 | =54.42*26/12 | | |
| PTMD | $442.76 | =204.35*26/12 | | |
| PTDB | | #N/A | | |

**Tax Withholding** **Federal** $1,500.00 **State**

**Completed by:** Jackie M

**Calc Next Check Review Date:** 2/28/2024

15113454-PAYMENTS-BENEFIT CALCULATION-02.28.2024.xlsx

| Pay Period Begin | Pay Period End | Pay Day | BBD | Claim Decision | Deduction Begin |
|---|---|---|---|---|---|
| 12/17/2022 | 12/30/2022 | 1/6/2023 | 2/19/2024 | 2/15/2024 | 2/24/2024 |
| 12/31/2022 | 1/13/2023 | 1/20/2023 | | | |
| 1/14/2023 | 1/27/2023 | 2/3/2023 | | | |
| 1/28/2023 | 2/10/2023 | 2/17/2023 | | | |
| 2/11/2023 | 2/24/2023 | 3/3/2023 | | | |
| 2/25/2023 | 3/10/2023 | 3/17/2023 | | | |
| 3/11/2023 | 3/24/2023 | 3/31/2023 | | | |
| 3/25/2023 | 4/7/2023 | 4/14/2023 | | | |
| 4/8/2023 | 4/21/2023 | 4/28/2023 | | | |
| 4/22/2023 | 5/5/2023 | 5/12/2023 | | | |
| 5/6/2023 | 5/19/2023 | 5/26/2023 | | | |
| 5/20/2023 | 6/2/2023 | 6/9/2023 | | | |
| 6/3/2023 | 6/16/2023 | 6/23/2023 | | | |
| 6/17/2023 | 6/30/2023 | 7/7/2023 | | | |
| 7/1/2023 | 7/14/2023 | 7/21/2023 | | | |
| 7/15/2023 | 7/28/2023 | 8/4/2023 | | | |
| 7/29/2023 | 8/11/2023 | 8/18/2023 | | | |
| 8/12/2023 | 8/25/2023 | 9/1/2023 | | | |
| 8/26/2023 | 9/8/2023 | 9/15/2023 | | | |
| 9/9/2023 | 9/22/2023 | 9/29/2023 | | | |
| 9/23/2023 | 10/6/2023 | 10/13/2023 | | | |
| 10/7/2023 | 10/20/2023 | 10/27/2023 | | | |
| 10/21/2023 | 11/3/2023 | 11/10/2023 | | | |
| 11/4/2023 | 11/17/2023 | 11/24/2023 | | | |
| 11/18/2023 | 12/1/2023 | 12/8/2023 | | | |
| 12/2/2023 | 12/15/2023 | 12/22/2023 | | | |
| 12/16/2023 | 12/29/2023 | 1/5/2024 | | | |
| 12/30/2023 | 1/12/2024 | 1/19/2024 | | | |
| 1/13/2024 | 1/26/2024 | 2/2/2024 | | | |
| 1/27/2024 | 2/9/2024 | 2/16/2024 | | | |
| 2/10/2024 | 2/23/2024 | 3/1/2024 | | | |
| 2/24/2024 | 3/8/2024 | 3/15/2024 | | | |
| 3/9/2024 | 3/22/2024 | 3/29/2024 | | | |
| 3/23/2024 | 4/5/2024 | 4/12/2024 | | | |
| 4/6/2024 | 4/19/2024 | 4/26/2024 | | | |
| 4/20/2024 | 5/3/2024 | 5/10/2024 | | | |
| 5/4/2024 | 5/17/2024 | 5/24/2024 | | | |
| 5/18/2024 | 5/31/2024 | 6/7/2024 | | | |
| 6/1/2024 | 6/14/2024 | 6/21/2024 | | | |
| 6/15/2024 | 6/28/2024 | 7/5/2024 | | | |
| 6/29/2024 | 7/12/2024 | 7/19/2024 | | | |
| 7/13/2024 | 7/26/2024 | 8/2/2024 | | | |
| 7/27/2024 | 8/9/2024 | 8/16/2024 | | | |
| 8/10/2024 | 8/23/2024 | 8/30/2024 | | | |
| 8/24/2024 | 9/6/2024 | 9/13/2024 | | | |
| 9/7/2024 | 9/20/2024 | 9/27/2024 | | | |
| 9/21/2024 | 10/4/2024 | 10/11/2024 | | | |
| 10/5/2024 | 10/18/2024 | 10/25/2024 | | | |
| 10/19/2024 | 11/1/2024 | 11/8/2024 | | | |
| 11/2/2024 | 11/15/2024 | 11/22/2024 | | | |
| 11/16/2024 | 11/29/2024 | 12/6/2024 | | | |
| 11/30/2024 | 12/13/2024 | 12/20/2024 | | | |
| 12/14/2024 | 12/27/2024 | 1/3/2025 | | | |
| 12/28/2024 | 1/10/2025 | 1/17/2025 | | | |

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 23, 2024 2:47:17 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | cdjjzlqdfjtmcb0sd3xh_17258062.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 23, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

We are writing about your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are several advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Claimify, a Social Security claimant representative. Claimify specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

This will be explained to you in greater detail upon accepting representation by Claimify.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shericka Wilkerson
Claims Examiner II
Phone No.: (888) 437-7611 Ext. 29171
Secure Fax No.: (603) 334-0401

Attachments: Disability Payment Option Form
Claimify SSDI FAQ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims (Herein Referred to as "we" and "us")
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68103-2578

Policy Number: 01-B72V5F Claim No. 15113454 Disability Date: August 21, 2023

Issued To: Apple Inc. Address: ______________________

Claimant: Steven Weller Address: ______________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

| | |
|---|---|
| (Insured) | (Witness) |
| (Address) | (Address) |
| (Date) | (Date) |

claimify

Claimify - ATTN 83420
9450 SW Gemini Drive
Beaverton, OR, 97008-7105

# Frequently Asked Questions About Social Security Disability Insurance

## What is Social Security Disability Insurance (SSDI)?

The Social Security Administration (SSA) seeks to help workers and their families when a disabling condition occurs by providing SSDI benefits. The SSDI program provides financial assistance to people who meet the requirements for disability with SSA. These requirements are based upon the severity of the condition and your work history. Claimify is able to help you establish if you are eligible for SSDI.

## What are the advantages of applying for SSDI?

If you apply for SSDI, and you are awarded SSDI benefits, there are many advantages for you which may include:

- Preserve your Social Security Retirement income in order to maximize your financial income
- Obtain Medicare Coverage to help with medical costs, prescriptions, and doctor visits
- Increase your monthly benefit with Cost Of Living Adjustments provided by SSA on an annual basis
- Take advantage of the Trial Work Period that SSA provides without jeopardizing your SSDI benefit
- Provide benefits to your family for eligible dependents which may include children, spouse, or others
- Save on potential tax obligations resulting in increased financial opportunities

## What are the advantages to working with Claimify?

Published statistics demonstrate that having a representative assist you with your SSDI application increases your chance of a favorable outcome. The application process may be complex and requires a knowledgebase of the different forms required, the regulations and timelines associated with each step of the process, an understanding of how to submit an appeal if initially denied, and the potential to present at a Hearing in front of an Administrative Law Judge. Claimify provides multiple options for you to select from in order to set your application up for success.

## Do I have to pay a fee to Claimify if I work with them?

There is no out of pocket expense to you when you work with Claimify since Lincoln Financial Group will absorb the fee for a successful award with your claim.

## How long does it take to apply for SSDI benefits?

Understanding the timelines associated with an application is an important step. The SSA has an Initial application process that may take 3-6 months to complete. If they deny your Initial application, don't worry, Claimify will assist in appealing their decision through the Reconsideration or Hearing levels. These appeal timelines will depend on the details associated with your claim, but they could take upwards of 12-24 months to complete.

## Does SSDI impact my Social Security Retirement (SSR) benefits?

Typically, SSDI positively impacts your SSR benefits. SSR is calculated using the highest 35 year earnings over the span of your career. If you are unable to work due to a disability, and are approved for SSDI, SSA will acknowledge that you are unable to work and place a "freeze" on your earnings record in order to not factor reduced income into your SSR calculation. This "freeze" will help maintain the benefit amount you would receive from SSA at full retirement age.

## Is there a lot of paperwork involved with filing for SSDI?

The SSA does require applications to be submitted in order to be considered for SSDI benefits. These applications and forms may be complex, and they need to be supported by records documenting your current condition. If the paperwork is not filled out appropriately, or if timelines are missed when the SSA is requesting information, you may receive a technical denial. By working with Claimify, we are able to manage that process directly and ensure nothing is missed with your application.

**If you didn't find the answer to your question, please contact Claimify and submit your question using one of the following methods:**

**Call:** (888) 512-9136
**Text:** (617) 958-8358
**Email:** info@claimify.com

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 23, 2024 3:00:18 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | ywdbmxfvdioxo0ovxwlb_17258452.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 23, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

On February 23rd, 2024, you requested contact information. Please review below.

**Document Submission Method(s)**
Please review the following methods to submit document(s) to Lincoln Financial Group:

- Postal Mail:

The Lincoln National Life Insurance Company
Disability and Life Claims
PO BOX 2578
Omaha, NE 68103-2578

- You may fax it to your social security specialist using fax number (603) 334-0401.
- You may submit it via e-mail to disabilitydocuments@lfg.com.
- You may upload it on the LFG portal www.MyLincolnPortal.com

- Your Long-Term Disability Case Manager's email is: Tara.Smith@LFG.com
- Your Social Security Disability Case Manager's email is: Shericka.Wilkerson@LFG.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Shericka Wilkerson
Claims Examiner II

Phone No.: (888) 437-7611 Ext. 29171
Secure Fax No.: (603) 334-0401

DocuSign Envelope ID: 5B4A83F2-0DC8-4386-9E2B-3B3A0937BF65

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

February 15, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 21, 2023 and your benefits begin on February 19, 2024. Benefit payment will be sent under separate cover.

The Policy provides benefits at 70% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive LTD benefits, we will not require payment of any LTD premiums normally due. Additionally, your supplemental employee and dependent life insurance premiums will be waived when eligible to receive LTD benefits. Medical, Dental, Vision, AD&D, and Tobacco-user premiums will be withheld from your LTD benefits, as applicable. If your LTD benefits are not sufficient to cover your deductions, these will be taken from subsequent pay while on leave, if possible, or from your regular pay upon your return to work.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by February 22, 2024.

X Direct Deposit Application
X Family Information Questionnaire
X Reimbursement Agreement - CA
X W-4S 2023
__ Other

If You Have Already Applied or Been Awarded SSDI:
• When you file for SSDI benefits you are required to disclose this to Lincoln and provide us with Proof of application or the SSA's Notice of Decision letter if your application has been approved or denied.
We encourage you to request a copy of your file directly from the Social Security Administration (SSA) and submit the information directly to Lincoln. In addition, whenever you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will

evaluate it as part of your ongoing LTD claim. Now that your LTD claim has been approved, a Lincoln Social Security (SS) Specialist will assess your claim to determine the most appropriate timing for you to initiate the Social Security Disability (SSDI) application process. The SS Specialist assigned to your claim will be your main contact for any questions related to the SSDI process and impacts to your LTD benefits. Here is what to expect next:

- If the SS Specialist Recommends Applying Now: You will receive a telephone call and a letter from Lincoln's SS Specialist to go over the next steps, requirements, and your obligations under the LTD Policy.
- If the SS Specialist Recommends Deferring the Application: You will receive a letter notifying you of the deferral recommendation. The specialist will then routinely monitor your LTD claim and contact you at a future date if they determine it is appropriate for you to initiate the SSDI application at that time.

If your benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

Attachments: Direct Deposit Application
Family Information Questionnaire
Reimbursement Agreement - CA
W-4S 2023

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Return To:** Tara Smith

EMPLOYEE/CLAIMANT NAME: Steven Weller

CLAIM NO: 15113454

EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ____

**CHECK ONE:** [x] **New** [ ] **Change**

**YOUR TELEPHONE NUMBER:** ( ____ ____

**ADDRESS:** ____ **CITY:** ____ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [x] **Checking** [ ] **Savings** **BANK NAME:** Provident Credit Union

**9 DIGIT ABA ROUTING NUMBER:** 3 **BANK ADDRESS:** 303 Twin Dolphin Drive

**YOUR ACCOUNT NUMBER:** ____ **CITY:** Redwood City **STATE:** CA **ZIP:** 94065-1497

**BANK PHONE:** (800) 632-4600

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [x] **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [x] **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: DocuSigned by: Steven Weller 204FE2E0040D4AB Date: 2/18/2024

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
No. Your Explanation of Benefits (EOB) Statement is accessible on our website at www.mylincolnportal.com. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

DocuSign Envelope ID: 5B4A83F2-0DC8-4386-9E2B-3B3A0937BF65

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

Return to: Tara Smith

EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454
EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married X Divorced ______
If married, please indicate your spouse's name and date of birth. Name: Laura Weller DOB: ______

Do you have children or dependents*? Yes ______ No X
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: DocuSigned by: Steven Weller 204FE3E0040D4A8... Date: 2/18/2024

# REIMBURSEMENT AGREEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Claimant:** Steven Weller **Date of Birth:** ________

**Employer:** Apple Inc. **Policy/Plan Sponsor No.:** 01-B72V5F

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* awarded/paid to me or to my family:

*Disability Retirement Benefits, Social Security Disability, Severance, Unemployment Benefits, State Disability benefits, lost time benefits from a third party, any temporary disability Workers Compensation Benefit and any lost wages or settlement for Workers Compensation temporary disability, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy Schedule of Benefits.

If disability benefits are approved I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
2) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
3) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
4) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** DocuSigned by: Steven Weller 204FE2E0040D4A8... **DATE:** 2/18/2024

**EMPLOYEE'S PRINTED NAME:** Steven Weller

***Please retain a copy for your records or one can be provided upon request.***

**Lincoln/Weller 1889**

DocuSign Envelope ID: 5B4A83F2-0DC8-4386-9E2B-3B3A0937BF65

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2023**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| Steven A | Weller | |

Home address (number and street or rural route)

City or town, state, and ZIP code

,

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15113454

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . $ 1500

Employee's signature: DocuSigned by: Steven Weller 204FE2E0040D4A8... Date: 2/18/2024

-----------------------------**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** -----------------------------------

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2023 . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2023 . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Tax. Figure your tax on line 3 by using the **2023** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2022 Instructions for Form 1040 . . . . . . . | 4 | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . | 5 | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2023 or paid or to be paid with 2023 estimated tax payments . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

*(continued on back)*



**Lincoln/Weller 1890**

DocuSign Envelope ID: 5B4A83F2-0DC8-4386-9E2B-3B3A0937BF65



## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2 - Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2023, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying surviving spouse | $27,700* |
| Head of household | $20,800* |
| Single or Married filing separately | $13,850* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,500 is allowed for a married individual (filing jointly or separately) or a qualifying surviving spouse who is 65 or older or blind, $3,000 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $3,000 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $6,000 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,850 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,700 if 65 or older **and** blind. See the 2023 Estimated Tax Worksheet - Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,250 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5 - Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7 - Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2023 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2023 Tax Rate Schedules

### Schedule X-Single

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $11,000 | **$0 + 10%** | **$0** |
| 11,000 | 44,725 | **1,100 + 12%** | **11,000** |
| 44,725 | 95,375 | **5,147 + 22%** | **44,725** |
| 95,375 | 182,100 | **16,290 + 24%** | **95,375** |
| 182,100 | 231,250 | **37,104 + 32%** | **182,100** |
| 231,250 | 578,125 | **52,832 + 35%** | **231,250** |
| 578,125 | and greater | **174,238.25 + 37%** | **578,125** |

### Schedule Z-Head of household

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $15,700 | **$0 + 10%** | **$0** |
| 15,700 | 59,850 | **1,570 + 12%** | **15,700** |
| 59,850 | 95,350 | **6,868 + 22%** | **59,850** |
| 95,350 | 182,100 | **14,678 + 24%** | **95,350** |
| 182,100 | 231,250 | **35,498 + 32%** | **182,100** |
| 231,250 | 578,100 | **51,226 + 35%** | **231,250** |
| 578,100 | and greater | **172,623.50 + 37%** | **578,100** |

### Schedule Y-1-Married filing jointly or Qualifying surviving spouse

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $22,000 | **$0 + 10%** | **$0** |
| 22,000 | 89,450 | **2,200 + 12%** | **22,000** |
| 89,450 | 190,750 | **10,294 + 22%** | **89,450** |
| 190,750 | 364,200 | **32,580 + 24%** | **190,750** |
| 364,200 | 462,500 | **74,208 + 32%** | **364,200** |
| 462,500 | 693,750 | **105,664 + 35%** | **462,500** |
| 693,750 | and greater | **186,601.50 + 37%** | **693,750** |

### Schedule Y-2-Married filing separately

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $11,000 | **$0 + 10%** | **$0** |
| 11,000 | 44,725 | **1,100 + 12%** | **11,000** |
| 44,725 | 95,375 | **5,147 + 22%** | **44,725** |
| 95,375 | 182,100 | **16,290 + 24%** | **95,375** |
| 182,100 | 231,250 | **37,104 + 32%** | **182,100** |
| 231,250 | 346,875 | **52,832 + 35%** | **231,250** |
| 346,875 | and greater | **93,300.75 + 37%** | **346,875** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Weller 1891**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

February 15, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 21, 2023 and your benefits begin on February 19, 2024. Benefit payment will be sent under separate cover.

The Policy provides benefits at 70% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive LTD benefits, we will not require payment of any LTD premiums normally due. Additionally, your supplemental employee and dependent life insurance premiums will be waived when eligible to receive LTD benefits. Medical, Dental, Vision, AD&D, and Tobacco-user premiums will be withheld from your LTD benefits, as applicable. If your LTD benefits are not sufficient to cover your deductions, these will be taken from subsequent pay while on leave, if possible, or from your regular pay upon your return to work.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by February 22, 2024.

_X_ Direct Deposit Application
_X_ Family Information Questionnaire
_X_ Reimbursement Agreement - CA
_X_ W-4S 2023
__ Other

If You Have Already Applied or Been Awarded SSDI:
• When you file for SSDI benefits you are required to disclose this to Lincoln and provide us with Proof of application or the SSA's Notice of Decision letter if your application has been approved or denied.
We encourage you to request a copy of your file directly from the Social Security Administration (SSA) and submit the information directly to Lincoln. In addition, whenever you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will

evaluate it as part of your ongoing LTD claim. Now that your LTD claim has been approved, a Lincoln Social Security (SS) Specialist will assess your claim to determine the most appropriate timing for you to initiate the Social Security Disability (SSDI) application process. The SS Specialist assigned to your claim will be your main contact for any questions related to the SSDI process and impacts to your LTD benefits. Here is what to expect next:

- If the SS Specialist Recommends Applying Now: You will receive a telephone call and a letter from Lincoln's SS Specialist to go over the next steps, requirements, and your obligations under the LTD Policy.
- If the SS Specialist Recommends Deferring the Application: You will receive a letter notifying you of the deferral recommendation. The specialist will then routinely monitor your LTD claim and contact you at a future date if they determine it is appropriate for you to initiate the SSDI application at that time.

If your benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

Attachments: Direct Deposit Application
Family Information Questionnaire
Reimbursement Agreement - CA
W-4S 2023

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Return To:** Tara Smith

EMPLOYEE/CLAIMANT NAME: Steven Weller

CLAIM NO: 15113454

EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**

**YOUR TELEPHONE NUMBER:** ( ) ____________

**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
No. Your Explanation of Benefits (EOB) Statement is accessible on our website at www.mylincolnportal.com. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

Return to: Tara Smith

EMPLOYEE/CLAIMANT NAME: Steven Weller

CLAIM NO: 15113454

EMPLOYER/SPONSOR: Apple Inc.　　DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______

If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ______ No______

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# REIMBURSEMENT AGREEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

**Claimant:** Steven Weller **Date of Birth:** ________

**Employer:** Apple Inc. **Policy/Plan Sponsor No.:** 01-B72V5F

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* awarded/paid to me or to my family:

*Disability Retirement Benefits, Social Security Disability, Severance, Unemployment Benefits, State Disability benefits, lost time benefits from a third party, any temporary disability Workers Compensation Benefit and any lost wages or settlement for Workers Compensation temporary disability, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy Schedule of Benefits.

If disability benefits are approved I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
2) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
3) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
4) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** ______________________________ **DATE:** ____________________

**EMPLOYEE'S PRINTED NAME:** ________________________________

***Please retain a copy for your records or one can be provided upon request.***

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2023**

| Your first name and middle initial | Last name | **Your social security number** |
| --- | --- | --- |
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
| --- | --- |
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature: Date:

------------------------------**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ------------------------------------

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
| --- | --- | --- | --- |
| **1** | Enter amount of adjusted gross income that you expect in 2023 . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2023 . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2023** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2022 Instructions for Form 1040 . . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2023 or paid or to be paid with 2023 estimated tax payments . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

*(continued on back)*



**Lincoln/Weller 1899**

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2 - Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2023, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying surviving spouse . . . . | $27,700* |
| Head of household . . . . . . . . . . . . . . | $20,800* |
| Single or Married filing separately . . . . . . . . . . | $13,850* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,500 is allowed for a married individual (filing jointly or separately) or a qualifying surviving spouse who is 65 or older or blind, $3,000 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $3,000 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $6,000 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,850 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,700 if 65 or older **and** blind. See the 2023 Estimated Tax Worksheet - Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,250 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5 - Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7 - Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2023 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2023 Tax Rate Schedules

### Schedule X-Single

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $11,000 | **$0 + 10%** | **$0** |
| 11,000 | 44,725 | **1,100 + 12%** | **11,000** |
| 44,725 | 95,375 | **5,147 + 22%** | **44,725** |
| 95,375 | 182,100 | **16,290 + 24%** | **95,375** |
| 182,100 | 231,250 | **37,104 + 32%** | **182,100** |
| 231,250 | 578,125 | **52,832 + 35%** | **231,250** |
| 578,125 | and greater | **174,238.25 + 37%** | **578,125** |

### Schedule Z-Head of household

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $15,700 | **$0 + 10%** | **$0** |
| 15,700 | 59,850 | **1,570 + 12%** | **15,700** |
| 59,850 | 95,350 | **6,868 + 22%** | **59,850** |
| 95,350 | 182,100 | **14,678 + 24%** | **95,350** |
| 182,100 | 231,250 | **35,498 + 32%** | **182,100** |
| 231,250 | 578,100 | **51,226 + 35%** | **231,250** |
| 578,100 | and greater | **172,623.50 + 37%** | **578,100** |

### Schedule Y-1-Married filing jointly or Qualifying surviving spouse

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $22,000 | **$0 + 10%** | **$0** |
| 22,000 | 89,450 | **2,200 + 12%** | **22,000** |
| 89,450 | 190,750 | **10,294 + 22%** | **89,450** |
| 190,750 | 364,200 | **32,580 + 24%** | **190,750** |
| 364,200 | 462,500 | **74,208 + 32%** | **364,200** |
| 462,500 | 693,750 | **105,664 + 35%** | **462,500** |
| 693,750 | and greater | **186,601.50 + 37%** | **693,750** |

### Schedule Y-2-Married filing separately

| If line 3 is: Over- | But not over- | The tax is: | of the amount over- |
|---|---|---|---|
| $0 | $11,000 | **$0 + 10%** | **$0** |
| 11,000 | 44,725 | **1,100 + 12%** | **11,000** |
| 44,725 | 95,375 | **5,147 + 22%** | **44,725** |
| 95,375 | 182,100 | **16,290 + 24%** | **95,375** |
| 182,100 | 231,250 | **37,104 + 32%** | **182,100** |
| 231,250 | 346,875 | **52,832 + 35%** | **231,250** |
| 346,875 | and greater | **93,300.75 + 37%** | **346,875** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Weller 1900**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | February 7, 2024 |
| To: | ERIN DOBLER<br>KAISER PERMANENTE<br>710 LAWRENCE EXPRESSWAY<br>DEPT 148<br>SANTA CLARA CA 95051 |
| Attn: | Clinical Assessment |
| Fax: | (408) 851-1739 |
| From: | Tara Smith<br>Sr. Claims Examiner, LTD 1<br>Phone No.: (844) 556-3270<br>Secure Fax No.: (877) 353-6412 |
| Total Pages (Including Cover): | 13 |
| RE: | Claim #: 15113454<br>Claimant: Steven Weller<br><br>Apple Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 556-3270 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

February 7, 2024

Erin Dobler
Kaiser Permanente
710 LAWRENCE EXPRESSWAY
DEPT 148
SANTA CLARA, CA 95051

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller
Claimant D.O.B.:

Dear Erin Dobler:

We are the Disability Claim Administrator for your patient, Steven Weller.

On February 5, 2024 a/an clinical assessment was performed to assist us in determining Mr. Weller's eligibility for Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling s equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel s in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:*

*Sitting: Constantly,*
*Standing: Occasionally, with the use of wheelchair / cane*
*Walking: Occasionally, with the use of wheelchair / cane*
*Lifting: Occasionally, up to 20 lbs. BUE*

*Carrying: Occasionally, up to 20 lbs. BUE*
*Pushing: Occasionally, up to 20 lbs. BUE*
*Pulling: Occasionally, up to 20 lbs. BUE*
*Climbing stairs: Never*
*Balancing: Never*
*Stooping: Never*
*Kneeling: Never*
*Crouching: Never*
*Crawling: Never*
*Reaching: Occasionally overhead and below waist level; Unrestricted desk level*
*Use lower extremities for foot controls: Occasionally RLE; Frequently LLE*
*Fine manipulation: Occasionally BUE*
*Simple and firm grasping: Occasionally BUE*

*No climbing ladders*
*No working at unprotected heights*
*No operating heavy machinery*

*The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.*

*The claimant s abilities are sustainable on a full-time basis.*

Please review the enclosed report by Dr. Annie Layno-Moses, and provide any comments you wish to have considered. If you disagree with Dr. Annie Layno-Moses's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 14, 2024. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (877) 353-6412 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Weller allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Weller's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

Attachments: 15113454-MEDICAL-CP/PEER REVIEW-02.05.2024

# Annie R. Layno-Moses, MD
***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***

CLAIMANT NAME: Weller, Steven
EXAMINER: Annie R. Layno-Moses, MD
ECN #: 258613-1
CLAIM #: 15113454
DATE OF LOSS: 8/21/2023
DATE OF SERVICE: 2/5/2024

**Peer Review**

This is a peer review regarding Weller, Steven. I have been asked to review the medical records on behalf of ECN. I reviewed records from 07/05/2023 through 01/24/2024 including:

- Zina Zarshenas-Payman, MD / Neuroradiology, on 07/15/2023
- Craig Martin McCormick, MD / Diagnostic Radiology, on 08/24/2023
- Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology, on 08/24/2023
- Grant Ernest Stanley, MD / Diagnostic Radiology, extending from 09/02/2023 to 10/08/2023
- KP Monitor Strip Record, on 12/20/2023
- Richmond L. Lim, RCP / Respiratory Care Practitioner, extending from 07/07/2023 to 09/12/2023
- Robert Diaz Jr., MD / Sports Medicine, on 07/05/2023
- After Visit Summary, extending from 07/05/2023 to 01/19/2024
- Julia Constance Bertozzi, PA / Physician Assistant, extending from 07/10/2023 to 07/17/2023
- Irene Oi Yin Ho, MD / Internal Medicine, extending from 07/06/2023 to 12/15/2023
- Linda K. Vassallo, AuD / Audiology, extending from 07/10/2023 to 07/11/2023
- Angela Marie Mendoza, PT / Physical Therapist, extending from 07/07/2023 to 01/19/2024
- Pamela Marie Plata de Jesus, MA / Medical Assistant, on 07/07/2023
- Fabian Miranda, RCP / Respiratory Therapist, extending from 07/07/2023 to 07/20/2023
- Erin Alyson Dobler, PA-C / Physician Assistant, extending from 07/20/2023 to 01/04/2024
- Todd Andrew Theman, MD / Plastic Surgery, on 07/19/2023
- Brian Poeu Lee, MD / Neurology, extending from 07/26/2023 to 01/21/2024
- Erica Michelle Melot, MA / Medical Assistant, on 07/28/2023
- Keleigh J. Sanchez, Au.D. / Audiologist, extending from 08/02/2023 to 10/26/2023
- Order, extending from 08/03/2023 to 12/06/2023
- Audrey V. Suciu, OT / Occupational Therapist, extending from 08/10/2023 to 08/22/2023

- Norrice Kenney / Unknown Specialty, on 08/28/2023
- Josephia Maria Meza, MA / Medical Assistant, on 08/29/2023
- Andrew Sun Fang, MD / Orthopedic Oncology, extending from 08/28/2023 to 08/29/2023
- Erik Hall McDonald, MD / Orthopedic Surgery, extending from 09/25/2023 to 10/12/2023
- Cynthia Jaimes, MA / Medical Assistant, on 09/29/2023
- Honorio Agustin Altun Hernandez, MA / Medical Assistant, on 10/02/2023
- Brianna Cardoza, MA / Medical Assistant, on 10/16/2023
- Gilda M. Dasilva, MA / Medical Assistant, on 10/20/2023
- Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation, extending from 10/24/2023 to 12/01/2023
- Sydney Tsui, MA / Medical Assistant, on 10/24/2023
- Tung Ba Le, MD / Orthopedics, on 10/26/2023
- Visit Summary, on 10/29/2023
- Kevin Wang, MD / Physical Medicine & Rehabilitation, on 11/06/2023
- Sylvester Singh / Unknown Specialty, on 11/24/2023
- Andrew Anping Shiah, FNP-C / Nurse Practitioner, on 11/24/2023
- Mi-Mi Tra-Mi Nguyen, MA / Medical Assistant, on 11/27/2023
- Edith Yamilet Guzman, MA / Medical Assistant, on 11/28/2023
- Yao-Wen Cheng, MD / Gastroenterology, extending from 12/20/2023 to 12/27/2023
- Clarence Carl Shouppe, RN / Registered Nurse, on 12/20/2023
- Nhi My VI, RN / Registered Nurse, on 12/20/2023
- KFH Santa Clara – Homestead Laboratory, on 12/20/2023
- Yunjie Li, MD / Pathology, on 12/20/2023
- Pamela Mamaril Delmundo, LVN / Licensed Vocational Nurse, on 01/11/2024
- Lori Ashworth, M.Ed., CRC / LFG Certified Rehabilitation Counselor, Vocational Consultant II, on 01/24/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, bone marrow edema syndrome of the left elbow.

07/15/2023, Zina Zarshenas-Payman, MD / Neuroradiology: Record revealed that the claimant underwent MRI of the brain without contrast due to sensorineural hearing loss left more than right supraclavicular. Impression indicates no vestibular schwannoma or other retrocochlear abnormality. Also, underwent MRI of the neck with and without contrast due to lump behind his right ear which showed a tiny 8 mm right retroarticular subcutaneous fatty lesion may represent lipoma.

08/16/2023, Erin Alyson Dobler, PA-C / Physician Assistant: The claimant presents with complaints of right hip pain at groin without radiation of pain. Bridges with a strap cause pain. He is unable to stretch. He is on Lyrica for hands but will stop due to decreased sensation in skin everywhere. He feels it is also slowing his speech. Examination showed he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, ROM flexion as 95, IR as 30, ER as 45, adduction as 20, abduction as 45.

08/24/2023, Craig Martin McCormick, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left thigh with and without contrast due to left lateral thigh mass. Impression indicates interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

08/24/2023, Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology: Record revealed that the claimant underwent MRI of the cervical spine without contrast due to bilateral hand pain. Impression indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

09/02/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right hip without contrast due to right hip mild DJD with severe pain. Impression indicates possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

09/25/2023, Erik Hall McDonald, MD / Orthopedic Surgery: The claimant has right groin pain and cannot walk >1 block. He is using a wheelchair. Also, has had pain in the left hip and had an injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. He is able to move the hip without significant pain but has pain with any weight bearing. He is also doing water therapy. Also, complains of significant "nerve" type pain in the L>R arm (mostly right hand). He has had frozen shoulder bilaterally in the past. Examination showed that he walks with antalgic gait, mild groin pain with log roll, hip ROM 100 degrees flexion, 15 degrees internal rotation, 45 degrees external rotation symmetric to the contralateral leg.

10/09/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left elbow without contrast due to diffuse pain. Impression indicates mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific, correlate with any signs or symptoms of ulnar neuritis.

10/20/2023, Brian Poeu Lee, MD / Neurology: The claimant returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6,

which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. His examination shows 5/5 biceps strength and intact pinprick. Will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off wok from 10/20/2023 though 11/20/2023.

10/24/2023, Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation: The claimant presents with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. He reports long history of daily bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasional left index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity. Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand, left posterior arm. (+) left neck and trapezius area since Aug 2023. Examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals. 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow.

10/26/2023, Tung Ba Le, MD / Orthopedics: The claimant presents for left elbow pain over the past 2 years. Examination showed pain over the radial capitellar joint with forearm rotation.

11/06/2023, Kevin Wang, MD / Physical Medicine & Rehabilitation: Record revealed that the claimant underwent EMG/NCV due to evaluation of left upper extremity which showed as normal.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/16/2023, Brian Poeu Lee, MD / Neurology: The claimant's left index and middle finger are the center of the pain symptoms, left APB weaker, pinprick shows fifth digit wins.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/04/2024, Brian Poeu Lee, MD / Neurology: The claimant presents for follow-up. Splint appears to be helping. He continues with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome.

01/19/2024, Angela Marie Mendoza, PT / Physical Therapy: The claimant demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He was tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias. He demonstrates improved walking mobility in the home, decreased use of wheelchair by 50%.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

01/24/2024, Occupational Analysis: Record revealed that the claimant is able to perform on a sedentary physical demand level.

**PRIMARY DIAGNOSIS:** Pain in unspecified hand

**SECONDARY DIAGNOSIS:** Bilateral hand pain, pain in right hip

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD-10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Cervical stenosis (M48.02)
Cervical degenerative disc disease (M50.30)
Anterior superior labral tear of the right hip (S73.191A)
Medial epicondylitis of the left elbow
Bone marrow edema syndrome of the left elbow

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD-10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/21/2023 to present and beyond, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment that translates into restrictions and limitations from 8/21/2023 to the present and beyond.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow.

Interval history shows that the claimant complains of right hip pain with examination on 08/16/2023 showing that he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, and limited range of motion. Also, was noted that he has a left lateral thigh mass and underwent an MRI of the left thigh on 08/24/2023 which showed an interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology. Also, has been complaining of bilateral hand pain which he underwent MRI of the cervical spine without contrast on 08/24/2023 which indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to a degenerative change. His MRI of the right hip without contrast on 09/02/2023 indicates a possible small anterior superior labral tear. He has tried corticosteroid injection on both hips but not very helpful as he continues to have groin pain, pain while walking, pain with any weight bearing, and also has nerve-type pain in his arms mostly on the right hand. His examination on 09/25/2021 showed that he walks with antalgic gait, mild groin pain with log roll, limited range of motion on the hips. On 10/09/2023, his MRI of the left elbow without contrast indicates mild subcortical bone marrow edema at the medial aspect of the capitellum, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle. As per visit on 10/20/2023, his symptoms originate at the index finger. As per visit on 10/24/2023, he presented with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. On 10/26/2023, he continued with left elbow pain with examination showed pain over the radial capitellar joint with forearm rotation. On 11/06/2023, his EMG/NCV showed as normal. On 11/16/2023, he continues with pain on left index and middle finger. He is using a wrists splint which helps. As per recent PT visit on 10/19/2023, he demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias.

Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed

tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly,
Standing: Occasionally, with the use of wheelchair / cane
Walking: Occasionally, with the use of wheelchair / cane
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Never
Balancing: Never
Stooping: Never
Kneeling: Never
Crouching: Never
Crawling: Never
Reaching: Occasionally overhead and below waist level; Unrestricted desk level
Use lower extremities for foot controls: Occasionally RLE; Frequently LLE
Fine manipulation: Occasionally BUE
Simple and firm grasping: Occasionally BUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

The records do support some Restrictions and Limitations that were recommended by treating providers for the timeframes in questions. I disagree with the restrictions and limitations that the claimant is deemed as unable to work attributed to his conditions. The records do not identify clinical abnormalities of severity to concur with a decision of no work status. The claimant's condition can be accommodated in a full-time work setting with the appropriate restrictions and limitations.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant was placed off work from 10/20/2023 though 11/20/2023.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?**

No, there are not any non-medical circumstances identified in the medical records that may adversely impact work.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN

**Corporate Office**
[illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

*Exam Coordinators Network* A division of Genex Services, LLC
E-mail: [illegible] • Web: [illegible]

Claimant Name: Steven Weller
Claim Number: 15113454
Case Number: 258613-1

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 2/5/2024

Signature of Physician Date

Medical/Professional License # A 149708

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | February 7, 2024 |
| To: | DR. EUNICE LAU |
| Attn: | Clinical Assessment |
| Fax: | (408) 530-2901 |
| From: | Tara Smith<br>Sr. Claims Examiner, LTD 1<br>Phone No.: (844) 556-3270<br>Secure Fax No.: (877) 353-6412 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 15113454<br>Claimant: Steven Weller<br><br>Apple Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 556-3270 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

February 7, 2024

Eunice Lau

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller
Claimant D.O.B.:

Dear Eunice Lau:

We are the Disability Claim Administrator for your patient, Steven Weller.

On February 5, 2024 a/an clinical assessment was performed to assist us in determining Mr. Weller's eligibility for Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly,
Standing: Occasionally, with the use of wheelchair / cane
Walking: Occasionally, with the use of wheelchair / cane
Lifting: Occasionally, up to 20 lbs. BUE
*Carrying: Occasionally, up to 20 lbs. BUE*
*Pushing: Occasionally, up to 20 lbs. BUE*
*Pulling: Occasionally, up to 20 lbs. BUE*

*Climbing stairs: Never*
*Balancing: Never*
*Stooping: Never*
*Kneeling: Never*
*Crouching: Never*
*Crawling: Never*
*Reaching: Occasionally overhead and below waist level; Unrestricted desk level*
*Use lower extremities for foot controls: Occasionally RLE; Frequently LLE*
*Fine manipulation: Occasionally BUE*
*Simple and firm grasping: Occasionally BUE*

*No climbing ladders*
*No working at unprotected heights*
*No operating heavy machinery*

*The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.*

*The claimant abilities are sustainable on a full-time basis.*

Please review the enclosed report by Dr. Annie Layno-Moses, and provide any comments you wish to have considered. If you disagree with Dr. Annie Layno-Moses's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 14, 2024. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (877) 353-6412 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Weller allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Weller's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

Attachments: 15113454-MEDICAL-CP/PEER REVIEW-02.05.2024

# Annie R. Layno-Moses, MD
***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***

CLAIMANT NAME: Weller, Steven
EXAMINER: Annie R. Layno-Moses, MD
ECN #: 258613-1
CLAIM #: 15113454
DATE OF LOSS: 8/21/2023
DATE OF SERVICE: 2/5/2024

**Peer Review**

This is a peer review regarding Weller, Steven. I have been asked to review the medical records on behalf of ECN. I reviewed records from 07/05/2023 through 01/24/2024 including:

- Zina Zarshenas-Payman, MD / Neuroradiology, on 07/15/2023
- Craig Martin McCormick, MD / Diagnostic Radiology, on 08/24/2023
- Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology, on 08/24/2023
- Grant Ernest Stanley, MD / Diagnostic Radiology, extending from 09/02/2023 to 10/08/2023
- KP Monitor Strip Record, on 12/20/2023
- Richmond L. Lim, RCP / Respiratory Care Practitioner, extending from 07/07/2023 to 09/12/2023
- Robert Diaz Jr., MD / Sports Medicine, on 07/05/2023
- After Visit Summary, extending from 07/05/2023 to 01/19/2024
- Julia Constance Bertozzi, PA / Physician Assistant, extending from 07/10/2023 to 07/17/2023
- Irene Oi Yin Ho, MD / Internal Medicine, extending from 07/06/2023 to 12/15/2023
- Linda K. Vassallo, AuD / Audiology, extending from 07/10/2023 to 07/11/2023
- Angela Marie Mendoza, PT / Physical Therapist, extending from 07/07/2023 to 01/19/2024
- Pamela Marie Plata de Jesus, MA / Medical Assistant, on 07/07/2023
- Fabian Miranda, RCP / Respiratory Therapist, extending from 07/07/2023 to 07/20/2023
- Erin Alyson Dobler, PA-C / Physician Assistant, extending from 07/20/2023 to 01/04/2024
- Todd Andrew Theman, MD / Plastic Surgery, on 07/19/2023
- Brian Poeu Lee, MD / Neurology, extending from 07/26/2023 to 01/21/2024
- Erica Michelle Melot, MA / Medical Assistant, on 07/28/2023
- Keleigh J. Sanchez, Au.D. / Audiologist, extending from 08/02/2023 to 10/26/2023
- Order, extending from 08/03/2023 to 12/06/2023
- Audrey V. Suciu, OT / Occupational Therapist, extending from 08/10/2023 to 08/22/2023

- Norrice Kenney / Unknown Specialty, on 08/28/2023
- Josephia Maria Meza, MA / Medical Assistant, on 08/29/2023
- Andrew Sun Fang, MD / Orthopedic Oncology, extending from 08/28/2023 to 08/29/2023
- Erik Hall McDonald, MD / Orthopedic Surgery, extending from 09/25/2023 to 10/12/2023
- Cynthia Jaimes, MA / Medical Assistant, on 09/29/2023
- Honorio Agustin Altun Hernandez, MA / Medical Assistant, on 10/02/2023
- Brianna Cardoza, MA / Medical Assistant, on 10/16/2023
- Gilda M. Dasilva, MA / Medical Assistant, on 10/20/2023
- Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation, extending from 10/24/2023 to 12/01/2023
- Sydney Tsui, MA / Medical Assistant, on 10/24/2023
- Tung Ba Le, MD / Orthopedics, on 10/26/2023
- Visit Summary, on 10/29/2023
- Kevin Wang, MD / Physical Medicine & Rehabilitation, on 11/06/2023
- Sylvester Singh / Unknown Specialty, on 11/24/2023
- Andrew Anping Shiah, FNP-C / Nurse Practitioner, on 11/24/2023
- Mi-Mi Tra-Mi Nguyen, MA / Medical Assistant, on 11/27/2023
- Edith Yamilet Guzman, MA / Medical Assistant, on 11/28/2023
- Yao-Wen Cheng, MD / Gastroenterology, extending from 12/20/2023 to 12/27/2023
- Clarence Carl Shouppe, RN / Registered Nurse, on 12/20/2023
- Nhi My VI, RN / Registered Nurse, on 12/20/2023
- KFH Santa Clara – Homestead Laboratory, on 12/20/2023
- Yunjie Li, MD / Pathology, on 12/20/2023
- Pamela Mamaril Delmundo, LVN / Licensed Vocational Nurse, on 01/11/2024
- Lori Ashworth, M.Ed., CRC / LFG Certified Rehabilitation Counselor, Vocational Consultant II, on 01/24/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, bone marrow edema syndrome of the left elbow.

07/15/2023, Zina Zarshenas-Payman, MD / Neuroradiology: Record revealed that the claimant underwent MRI of the brain without contrast due to sensorineural hearing loss left more than right supraclavicular. Impression indicates no vestibular schwannoma or other retrocochlear abnormality. Also, underwent MRI of the neck with and without contrast due to lump behind his right ear which showed a tiny 8 mm right retroarticular subcutaneous fatty lesion may represent lipoma.

08/16/2023, Erin Alyson Dobler, PA-C / Physician Assistant: The claimant presents with complaints of right hip pain at groin without radiation of pain. Bridges with a strap cause pain. He is unable to stretch. He is on Lyrica for hands but will stop due to decreased sensation in skin everywhere. He feels it is also slowing his speech. Examination showed he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, ROM flexion as 95, IR as 30, ER as 45, adduction as 20, abduction as 45.

08/24/2023, Craig Martin McCormick, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left thigh with and without contrast due to left lateral thigh mass. Impression indicates interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

08/24/2023, Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology: Record revealed that the claimant underwent MRI of the cervical spine without contrast due to bilateral hand pain. Impression indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

09/02/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right hip without contrast due to right hip mild DJD with severe pain. Impression indicates possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

09/25/2023, Erik Hall McDonald, MD / Orthopedic Surgery: The claimant has right groin pain and cannot walk >1 block. He is using a wheelchair. Also, has had pain in the left hip and had an injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. He is able to move the hip without significant pain but has pain with any weight bearing. He is also doing water therapy. Also, complains of significant "nerve" type pain in the L>R arm (mostly right hand). He has had frozen shoulder bilaterally in the past. Examination showed that he walks with antalgic gait, mild groin pain with log roll, hip ROM 100 degrees flexion, 15 degrees internal rotation, 45 degrees external rotation symmetric to the contralateral leg.

10/09/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left elbow without contrast due to diffuse pain. Impression indicates mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific, correlate with any signs or symptoms of ulnar neuritis.

10/20/2023, Brian Poeu Lee, MD / Neurology: The claimant returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6,

which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. His examination shows 5/5 biceps strength and intact pinprick. Will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off wok from 10/20/2023 though 11/20/2023.

10/24/2023, Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation: The claimant presents with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. He reports long history of daily bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasional left index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity. Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand, left posterior arm. (+) left neck and trapezius area since Aug 2023. Examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals. 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow.

10/26/2023, Tung Ba Le, MD / Orthopedics: The claimant presents for left elbow pain over the past 2 years. Examination showed pain over the radial capitellar joint with forearm rotation.

11/06/2023, Kevin Wang, MD / Physical Medicine & Rehabilitation: Record revealed that the claimant underwent EMG/NCV due to evaluation of left upper extremity which showed as normal.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/16/2023, Brian Poeu Lee, MD / Neurology: The claimant's left index and middle finger are the center of the pain symptoms, left APB weaker, pinprick shows fifth digit wins.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/04/2024, Brian Poeu Lee, MD / Neurology: The claimant presents for follow-up. Splint appears to be helping. He continues with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome.

01/19/2024, Angela Marie Mendoza, PT / Physical Therapy: The claimant demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He was tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias. He demonstrates improved walking mobility in the home, decreased use of wheelchair by 50%.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

01/24/2024, Occupational Analysis: Record revealed that the claimant is able to perform on a sedentary physical demand level.

**PRIMARY DIAGNOSIS:** Pain in unspecified hand

**SECONDARY DIAGNOSIS:** Bilateral hand pain, pain in right hip

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD-10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Cervical stenosis (M48.02)
Cervical degenerative disc disease (M50.30)
Anterior superior labral tear of the right hip (S73.191A)
Medial epicondylitis of the left elbow
Bone marrow edema syndrome of the left elbow

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD-10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/21/2023 to present and beyond, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment that translates into restrictions and limitations from 8/21/2023 to the present and beyond.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow.

Interval history shows that the claimant complains of right hip pain with examination on 08/16/2023 showing that he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, and limited range of motion. Also, was noted that he has a left lateral thigh mass and underwent an MRI of the left thigh on 08/24/2023 which showed an interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology. Also, has been complaining of bilateral hand pain which he underwent MRI of the cervical spine without contrast on 08/24/2023 which indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to a degenerative change. His MRI of the right hip without contrast on 09/02/2023 indicates a possible small anterior superior labral tear. He has tried corticosteroid injection on both hips but not very helpful as he continues to have groin pain, pain while walking, pain with any weight bearing, and also has nerve-type pain in his arms mostly on the right hand. His examination on 09/25/2021 showed that he walks with antalgic gait, mild groin pain with log roll, limited range of motion on the hips. On 10/09/2023, his MRI of the left elbow without contrast indicates mild subcortical bone marrow edema at the medial aspect of the capitellum, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle. As per visit on 10/20/2023, his symptoms originate at the index finger. As per visit on 10/24/2023, he presented with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. On 10/26/2023, he continued with left elbow pain with examination showed pain over the radial capitellar joint with forearm rotation. On 11/06/2023, his EMG/NCV showed as normal. On 11/16/2023, he continues with pain on left index and middle finger. He is using a wrists splint which helps. As per recent PT visit on 10/19/2023, he demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias.

Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed

tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly,
Standing: Occasionally, with the use of wheelchair / cane
Walking: Occasionally, with the use of wheelchair / cane
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Never
Balancing: Never
Stooping: Never
Kneeling: Never
Crouching: Never
Crawling: Never
Reaching: Occasionally overhead and below waist level; Unrestricted desk level
Use lower extremities for foot controls: Occasionally RLE; Frequently LLE
Fine manipulation: Occasionally BUE
Simple and firm grasping: Occasionally BUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

The records do support some Restrictions and Limitations that were recommended by treating providers for the timeframes in questions. I disagree with the restrictions and limitations that the claimant is deemed as unable to work attributed to his conditions. The records do not identify clinical abnormalities of severity to concur with a decision of no work status. The claimant's condition can be accommodated in a full-time work setting with the appropriate restrictions and limitations.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant was placed off work from 10/20/2023 though 11/20/2023.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?**

No, there are not any non-medical circumstances identified in the medical records that may adversely impact work.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN

Corporate Office
Boca Raton, Florida
Toll Free:
Local:
Fax:

Exam Coordinators Network A division of Genex Services, LLC
E-mail: • Web:

Claimant Name: Steven Weller
Claim Number: 15113454
Case Number: 258613-1

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/5/2024

Signature of Physician Date

Medical/Professional License # A 149708

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | February 7, 2024 |
| To: | DR. BRIAN LEE NEUROLIGIST |
| Attn: | Clinical Assessment |
| Fax: | (408) 851-4559 |
| From: | Tara Smith<br>Sr. Claims Examiner, LTD 1<br>Phone No.: (844) 556-3270<br>Secure Fax No.: (877) 353-6412 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 15113454<br>Claimant: Steven Weller<br><br>Apple Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 556-3270 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

February 7, 2024

Brian Lee, Neuroligist

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454
Claimant: Steven Weller
Claimant D.O.B.:

Dear Brian Lee:

We are the Disability Claim Administrator for your patient, Steven Weller.

On February 5, 2024 a/an clinical assessment was performed to assist us in determining Mr. Weller's eligibility for Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly,
Standing: Occasionally, with the use of wheelchair / cane
Walking: Occasionally, with the use of wheelchair / cane
Lifting: Occasionally, up to 20 lbs. BUE
*Carrying: Occasionally, up to 20 lbs. BUE*
*Pushing: Occasionally, up to 20 lbs. BUE*
*Pulling: Occasionally, up to 20 lbs. BUE*

*Climbing stairs: Never*
*Balancing: Never*
*Stooping: Never*
*Kneeling: Never*
*Crouching: Never*
*Crawling: Never*
*Reaching: Occasionally overhead and below waist level; Unrestricted desk level*
*Use lower extremities for foot controls: Occasionally RLE; Frequently LLE*
*Fine manipulation: Occasionally BUE*
*Simple and firm grasping: Occasionally BUE*

*No climbing ladders*
*No working at unprotected heights*
*No operating heavy machinery*

*The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.*

*The claimant  abilities are sustainable on a full-time basis.*

Please review the enclosed report by Dr. Annie Layno-Moses, and provide any comments you wish to have considered. If you disagree with Dr. Annie Layno-Moses's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 14, 2024. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (877) 353-6412 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Weller allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Weller's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

Attachments: 15113454-MEDICAL-CP/PEER REVIEW-02.05.2024

# Annie R. Layno-Moses, MD
***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***

CLAIMANT NAME: Weller, Steven
EXAMINER: Annie R. Layno-Moses, MD
ECN #: 258613-1
CLAIM #: 15113454
DATE OF LOSS: 8/21/2023
DATE OF SERVICE: 2/5/2024

**Peer Review**

This is a peer review regarding Weller, Steven. I have been asked to review the medical records on behalf of ECN. I reviewed records from 07/05/2023 through 01/24/2024 including:

- Zina Zarshenas-Payman, MD / Neuroradiology, on 07/15/2023
- Craig Martin McCormick, MD / Diagnostic Radiology, on 08/24/2023
- Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology, on 08/24/2023
- Grant Ernest Stanley, MD / Diagnostic Radiology, extending from 09/02/2023 to 10/08/2023
- KP Monitor Strip Record, on 12/20/2023
- Richmond L. Lim, RCP / Respiratory Care Practitioner, extending from 07/07/2023 to 09/12/2023
- Robert Diaz Jr., MD / Sports Medicine, on 07/05/2023
- After Visit Summary, extending from 07/05/2023 to 01/19/2024
- Julia Constance Bertozzi, PA / Physician Assistant, extending from 07/10/2023 to 07/17/2023
- Irene Oi Yin Ho, MD / Internal Medicine, extending from 07/06/2023 to 12/15/2023
- Linda K. Vassallo, AuD / Audiology, extending from 07/10/2023 to 07/11/2023
- Angela Marie Mendoza, PT / Physical Therapist, extending from 07/07/2023 to 01/19/2024
- Pamela Marie Plata de Jesus, MA / Medical Assistant, on 07/07/2023
- Fabian Miranda, RCP / Respiratory Therapist, extending from 07/07/2023 to 07/20/2023
- Erin Alyson Dobler, PA-C / Physician Assistant, extending from 07/20/2023 to 01/04/2024
- Todd Andrew Theman, MD / Plastic Surgery, on 07/19/2023
- Brian Poeu Lee, MD / Neurology, extending from 07/26/2023 to 01/21/2024
- Erica Michelle Melot, MA / Medical Assistant, on 07/28/2023
- Keleigh J. Sanchez, Au.D. / Audiologist, extending from 08/02/2023 to 10/26/2023
- Order, extending from 08/03/2023 to 12/06/2023
- Audrey V. Suciu, OT / Occupational Therapist, extending from 08/10/2023 to 08/22/2023

- Norrice Kenney / Unknown Specialty, on 08/28/2023
- Josephia Maria Meza, MA / Medical Assistant, on 08/29/2023
- Andrew Sun Fang, MD / Orthopedic Oncology, extending from 08/28/2023 to 08/29/2023
- Erik Hall McDonald, MD / Orthopedic Surgery, extending from 09/25/2023 to 10/12/2023
- Cynthia Jaimes, MA / Medical Assistant, on 09/29/2023
- Honorio Agustin Altun Hernandez, MA / Medical Assistant, on 10/02/2023
- Brianna Cardoza, MA / Medical Assistant, on 10/16/2023
- Gilda M. Dasilva, MA / Medical Assistant, on 10/20/2023
- Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation, extending from 10/24/2023 to 12/01/2023
- Sydney Tsui, MA / Medical Assistant, on 10/24/2023
- Tung Ba Le, MD / Orthopedics, on 10/26/2023
- Visit Summary, on 10/29/2023
- Kevin Wang, MD / Physical Medicine & Rehabilitation, on 11/06/2023
- Sylvester Singh / Unknown Specialty, on 11/24/2023
- Andrew Anping Shiah, FNP-C / Nurse Practitioner, on 11/24/2023
- Mi-Mi Tra-Mi Nguyen, MA / Medical Assistant, on 11/27/2023
- Edith Yamilet Guzman, MA / Medical Assistant, on 11/28/2023
- Yao-Wen Cheng, MD / Gastroenterology, extending from 12/20/2023 to 12/27/2023
- Clarence Carl Shouppe, RN / Registered Nurse, on 12/20/2023
- Nhi My VI, RN / Registered Nurse, on 12/20/2023
- KFH Santa Clara – Homestead Laboratory, on 12/20/2023
- Yunjie Li, MD / Pathology, on 12/20/2023
- Pamela Mamaril Delmundo, LVN / Licensed Vocational Nurse, on 01/11/2024
- Lori Ashworth, M.Ed., CRC / LFG Certified Rehabilitation Counselor, Vocational Consultant II, on 01/24/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, bone marrow edema syndrome of the left elbow.

07/15/2023, Zina Zarshenas-Payman, MD / Neuroradiology: Record revealed that the claimant underwent MRI of the brain without contrast due to sensorineural hearing loss left more than right supraclavicular. Impression indicates no vestibular schwannoma or other retrocochlear abnormality. Also, underwent MRI of the neck with and without contrast due to lump behind his right ear which showed a tiny 8 mm right retroarticular subcutaneous fatty lesion may represent lipoma.

08/16/2023, Erin Alyson Dobler, PA-C / Physician Assistant: The claimant presents with complaints of right hip pain at groin without radiation of pain. Bridges with a strap cause pain. He is unable to stretch. He is on Lyrica for hands but will stop due to decreased sensation in skin everywhere. He feels it is also slowing his speech. Examination showed he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, ROM flexion as 95, IR as 30, ER as 45, adduction as 20, abduction as 45.

08/24/2023, Craig Martin McCormick, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left thigh with and without contrast due to left lateral thigh mass. Impression indicates interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

08/24/2023, Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology: Record revealed that the claimant underwent MRI of the cervical spine without contrast due to bilateral hand pain. Impression indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

09/02/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right hip without contrast due to right hip mild DJD with severe pain. Impression indicates possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

09/25/2023, Erik Hall McDonald, MD / Orthopedic Surgery: The claimant has right groin pain and cannot walk >1 block. He is using a wheelchair. Also, has had pain in the left hip and had an injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. He is able to move the hip without significant pain but has pain with any weight bearing. He is also doing water therapy. Also, complains of significant "nerve" type pain in the L>R arm (mostly right hand). He has had frozen shoulder bilaterally in the past. Examination showed that he walks with antalgic gait, mild groin pain with log roll, hip ROM 100 degrees flexion, 15 degrees internal rotation, 45 degrees external rotation symmetric to the contralateral leg.

10/09/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left elbow without contrast due to diffuse pain. Impression indicates mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific, correlate with any signs or symptoms of ulnar neuritis.

10/20/2023, Brian Poeu Lee, MD / Neurology: The claimant returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6,

which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. His examination shows 5/5 biceps strength and intact pinprick. Will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off wok from 10/20/2023 though 11/20/2023.

10/24/2023, Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation: The claimant presents with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. He reports long history of daily bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasional left index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity. Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand, left posterior arm. (+) left neck and trapezius area since Aug 2023. Examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals. 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow.

10/26/2023, Tung Ba Le, MD / Orthopedics: The claimant presents for left elbow pain over the past 2 years. Examination showed pain over the radial capitellar joint with forearm rotation.

11/06/2023, Kevin Wang, MD / Physical Medicine & Rehabilitation: Record revealed that the claimant underwent EMG/NCV due to evaluation of left upper extremity which showed as normal.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/16/2023, Brian Poeu Lee, MD / Neurology: The claimant's left index and middle finger are the center of the pain symptoms, left APB weaker, pinprick shows fifth digit wins.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/04/2024, Brian Poeu Lee, MD / Neurology: The claimant presents for follow-up. Splint appears to be helping. He continues with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome.

01/19/2024, Angela Marie Mendoza, PT / Physical Therapy: The claimant demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He was tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias. He demonstrates improved walking mobility in the home, decreased use of wheelchair by 50%.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

01/24/2024, Occupational Analysis: Record revealed that the claimant is able to perform on a sedentary physical demand level.

**PRIMARY DIAGNOSIS:** Pain in unspecified hand

**SECONDARY DIAGNOSIS:** Bilateral hand pain, pain in right hip

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD-10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Cervical stenosis (M48.02)
Cervical degenerative disc disease (M50.30)
Anterior superior labral tear of the right hip (S73.191A)
Medial epicondylitis of the left elbow
Bone marrow edema syndrome of the left elbow

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD-10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/21/2023 to present and beyond, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment that translates into restrictions and limitations from 8/21/2023 to the present and beyond.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow.

Interval history shows that the claimant complains of right hip pain with examination on 08/16/2023 showing that he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, and limited range of motion. Also, was noted that he has a left lateral thigh mass and underwent an MRI of the left thigh on 08/24/2023 which showed an interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology. Also, has been complaining of bilateral hand pain which he underwent MRI of the cervical spine without contrast on 08/24/2023 which indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to a degenerative change. His MRI of the right hip without contrast on 09/02/2023 indicates a possible small anterior superior labral tear. He has tried corticosteroid injection on both hips but not very helpful as he continues to have groin pain, pain while walking, pain with any weight bearing, and also has nerve-type pain in his arms mostly on the right hand. His examination on 09/25/2021 showed that he walks with antalgic gait, mild groin pain with log roll, limited range of motion on the hips. On 10/09/2023, his MRI of the left elbow without contrast indicates mild subcortical bone marrow edema at the medial aspect of the capitellum, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle. As per visit on 10/20/2023, his symptoms originate at the index finger. As per visit on 10/24/2023, he presented with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. On 10/26/2023, he continued with left elbow pain with examination showed pain over the radial capitellar joint with forearm rotation. On 11/06/2023, his EMG/NCV showed as normal. On 11/16/2023, he continues with pain on left index and middle finger. He is using a wrists splint which helps. As per recent PT visit on 10/19/2023, he demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias.

Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed

tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly,
Standing: Occasionally, with the use of wheelchair / cane
Walking: Occasionally, with the use of wheelchair / cane
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Never
Balancing: Never
Stooping: Never
Kneeling: Never
Crouching: Never
Crawling: Never
Reaching: Occasionally overhead and below waist level; Unrestricted desk level
Use lower extremities for foot controls: Occasionally RLE; Frequently LLE
Fine manipulation: Occasionally BUE
Simple and firm grasping: Occasionally BUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

The records do support some Restrictions and Limitations that were recommended by treating providers for the timeframes in questions. I disagree with the restrictions and limitations that the claimant is deemed as unable to work attributed to his conditions. The records do not identify clinical abnormalities of severity to concur with a decision of no work status. The claimant's condition can be accommodated in a full-time work setting with the appropriate restrictions and limitations.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant was placed off work from 10/20/2023 though 11/20/2023.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?**

No, there are not any non-medical circumstances identified in the medical records that may adversely impact work.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Steven Weller
Claim Number: 15113454
Case Number: 258613-1

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 2/5/2024

Signature of Physician Date

Medical/Professional License # A 149708

# Annie R. Layno-Moses, MD

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain Medicine***

CLAIMANT NAME: Weller, Steven
EXAMINER: Annie R. Layno-Moses, MD
ECN #: 258613-1
CLAIM #: 15113454
DATE OF LOSS: 8/21/2023
DATE OF SERVICE: 2/5/2024

**Peer Review**

This is a peer review regarding Weller, Steven. I have been asked to review the medical records on behalf of ECN. I reviewed records from 07/05/2023 through 01/24/2024 including:

- Zina Zarshenas-Payman, MD / Neuroradiology, on 07/15/2023
- Craig Martin McCormick, MD / Diagnostic Radiology, on 08/24/2023
- Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology, on 08/24/2023
- Grant Ernest Stanley, MD / Diagnostic Radiology, extending from 09/02/2023 to 10/08/2023
- KP Monitor Strip Record, on 12/20/2023
- Richmond L. Lim, RCP / Respiratory Care Practitioner, extending from 07/07/2023 to 09/12/2023
- Robert Diaz Jr., MD / Sports Medicine, on 07/05/2023
- After Visit Summary, extending from 07/05/2023 to 01/19/2024
- Julia Constance Bertozzi, PA / Physician Assistant, extending from 07/10/2023 to 07/17/2023
- Irene Oi Yin Ho, MD / Internal Medicine, extending from 07/06/2023 to 12/15/2023
- Linda K. Vassallo, AuD / Audiology, extending from 07/10/2023 to 07/11/2023
- Angela Marie Mendoza, PT / Physical Therapist, extending from 07/07/2023 to 01/19/2024
- Pamela Marie Plata de Jesus, MA / Medical Assistant, on 07/07/2023
- Fabian Miranda, RCP / Respiratory Therapist, extending from 07/07/2023 to 07/20/2023
- Erin Alyson Dobler, PA-C / Physician Assistant, extending from 07/20/2023 to 01/04/2024
- Todd Andrew Theman, MD / Plastic Surgery, on 07/19/2023
- Brian Poeu Lee, MD / Neurology, extending from 07/26/2023 to 01/21/2024
- Erica Michelle Melot, MA / Medical Assistant, on 07/28/2023
- Keleigh J. Sanchez, Au.D. / Audiologist, extending from 08/02/2023 to 10/26/2023
- Order, extending from 08/03/2023 to 12/06/2023
- Audrey V. Suciu, OT / Occupational Therapist, extending from 08/10/2023 to 08/22/2023

- Norrice Kenney / Unknown Specialty, on 08/28/2023
- Josephia Maria Meza, MA / Medical Assistant, on 08/29/2023
- Andrew Sun Fang, MD / Orthopedic Oncology, extending from 08/28/2023 to 08/29/2023
- Erik Hall McDonald, MD / Orthopedic Surgery, extending from 09/25/2023 to 10/12/2023
- Cynthia Jaimes, MA / Medical Assistant, on 09/29/2023
- Honorio Agustin Altun Hernandez, MA / Medical Assistant, on 10/02/2023
- Brianna Cardoza, MA / Medical Assistant, on 10/16/2023
- Gilda M. Dasilva, MA / Medical Assistant, on 10/20/2023
- Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation, extending from 10/24/2023 to 12/01/2023
- Sydney Tsui, MA / Medical Assistant, on 10/24/2023
- Tung Ba Le, MD / Orthopedics, on 10/26/2023
- Visit Summary, on 10/29/2023
- Kevin Wang, MD / Physical Medicine & Rehabilitation, on 11/06/2023
- Sylvester Singh / Unknown Specialty, on 11/24/2023
- Andrew Anping Shiah, FNP-C / Nurse Practitioner, on 11/24/2023
- Mi-Mi Tra-Mi Nguyen, MA / Medical Assistant, on 11/27/2023
- Edith Yamilet Guzman, MA / Medical Assistant, on 11/28/2023
- Yao-Wen Cheng, MD / Gastroenterology, extending from 12/20/2023 to 12/27/2023
- Clarence Carl Shouppe, RN / Registered Nurse, on 12/20/2023
- Nhi My VI, RN / Registered Nurse, on 12/20/2023
- KFH Santa Clara – Homestead Laboratory, on 12/20/2023
- Yunjie Li, MD / Pathology, on 12/20/2023
- Pamela Mamaril Delmundo, LVN / Licensed Vocational Nurse, on 01/11/2024
- Lori Ashworth, M.Ed., CRC / LFG Certified Rehabilitation Counselor, Vocational Consultant II, on 01/24/2024

Following review of the available medical documentation, along with the treating provider’s recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, bone marrow edema syndrome of the left elbow.

07/15/2023, Zina Zarshenas-Payman, MD / Neuroradiology: Record revealed that the claimant underwent MRI of the brain without contrast due to sensorineural hearing loss left more than right supraclavicular. Impression indicates no vestibular schwannoma or other retrocochlear abnormality. Also, underwent MRI of the neck with and without contrast due to lump behind his right ear which showed a tiny 8 mm right retroarticular subcutaneous fatty lesion may represent lipoma.

08/16/2023, Erin Alyson Dobler, PA-C / Physician Assistant: The claimant presents with complaints of right hip pain at groin without radiation of pain. Bridges with a strap cause pain. He is unable to stretch. He is on Lyrica for hands but will stop due to decreased sensation in skin everywhere. He feels it is also slowing his speech. Examination showed he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, ROM flexion as 95, IR as 30, ER as 45, adduction as 20, abduction as 45.

08/24/2023, Craig Martin McCormick, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left thigh with and without contrast due to left lateral thigh mass. Impression indicates interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

08/24/2023, Mark Daniel Mamlouk, MD / Diagnostic Radiology and Neuroradiology: Record revealed that the claimant underwent MRI of the cervical spine without contrast due to bilateral hand pain. Impression indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

09/02/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right hip without contrast due to right hip mild DJD with severe pain. Impression indicates possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

09/25/2023, Erik Hall McDonald, MD / Orthopedic Surgery: The claimant has right groin pain and cannot walk >1 block. He is using a wheelchair. Also, has had pain in the left hip and had an injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. He is able to move the hip without significant pain but has pain with any weight bearing. He is also doing water therapy. Also, complains of significant "nerve" type pain in the L>R arm (mostly right hand). He has had frozen shoulder bilaterally in the past. Examination showed that he walks with antalgic gait, mild groin pain with log roll, hip ROM 100 degrees flexion, 15 degrees internal rotation, 45 degrees external rotation symmetric to the contralateral leg.

10/09/2023, Grant Ernest Stanley, MD / Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left elbow without contrast due to diffuse pain. Impression indicates mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific, correlate with any signs or symptoms of ulnar neuritis.

10/20/2023, Brian Poeu Lee, MD / Neurology: The claimant returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6,

which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. His examination shows 5/5 biceps strength and intact pinprick. Will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off wok from 10/20/2023 though 11/20/2023.

10/24/2023, Eunice Wan-Yew Lau, MD / Physical Medicine & Rehabilitation: The claimant presents with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. He reports long history of daily bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasional left index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity. Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand, left posterior arm. (+) left neck and trapezius area since Aug 2023. Examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, 4/5 right arm and left arm muscle testing, left spurling’s equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel’s in left elbow.

10/26/2023, Tung Ba Le, MD / Orthopedics: The claimant presents for left elbow pain over the past 2 years. Examination showed pain over the radial capitellar joint with forearm rotation.

11/06/2023, Kevin Wang, MD / Physical Medicine & Rehabilitation: Record revealed that the claimant underwent EMG/NCV due to evaluation of left upper extremity which showed as normal.

11/15/2023, Attending Physician’s Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/16/2023, Brian Poeu Lee, MD / Neurology: The claimant’s left index and middle finger are the center of the pain symptoms, left APB weaker, pinprick shows fifth digit wins.

11/30/2023, Attending Physician’s Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/04/2024, Brian Poeu Lee, MD / Neurology: The claimant presents for follow-up. Splint appears to be helping. He continues with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome.

01/19/2024, Angela Marie Mendoza, PT / Physical Therapy: The claimant demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He was tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias. He demonstrates improved walking mobility in the home, decreased use of wheelchair by 50%.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

01/24/2024, Occupational Analysis: Record revealed that the claimant is able to perform on a sedentary physical demand level.

PRIMARY DIAGNOSIS: Pain in unspecified hand

SECONDARY DIAGNOSIS: Bilateral hand pain, pain in right hip

RESPONSE TO QUESTIONS:

1. Please identify the primary impairing Diagnosis(es) with ICD-10 Code(s). Codes are only needed on up to the first 3 diagnoses.

Cervical stenosis (M48.02)
Cervical degenerative disc disease (M50.30)
Anterior superior labral tear of the right hip (S73.191A)
Medial epicondylitis of the left elbow
Bone marrow edema syndrome of the left elbow

2. If applicable, identify comorbid diagnoses significant to impairment with ICD-10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

N/A.

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/21/2023 to present and beyond, and comment on the expected duration.

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment that translates into restrictions and limitations from 8/21/2023 to the present and beyond.

The claimant is a 62-year-old male with a medical history significant for cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow.

Interval history shows that the claimant complains of right hip pain with examination on 08/16/2023 showing that he uses a wheelchair and cane, tenderness to palpation, discomfort with log roll on the right, and limited range of motion. Also, was noted that he has a left lateral thigh mass and underwent an MRI of the left thigh on 08/24/2023 which showed an interval decrease in size heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis, lack of interval growth suggests a benign etiology. Also, has been complaining of bilateral hand pain which he underwent MRI of the cervical spine without contrast on 08/24/2023 which indicates bilateral C5-6 and C6-7 foraminal stenosis secondary to a degenerative change. His MRI of the right hip without contrast on 09/02/2023 indicates a possible small anterior superior labral tear. He has tried corticosteroid injection on both hips but not very helpful as he continues to have groin pain, pain while walking, pain with any weight bearing, and also has nerve-type pain in his arms mostly on the right hand. His examination on 09/25/2021 showed that he walks with antalgic gait, mild groin pain with log roll, limited range of motion on the hips. On 10/09/2023, his MRI of the left elbow without contrast indicates mild subcortical bone marrow edema at the medial aspect of the capitellum, mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle. As per visit on 10/20/2023, his symptoms originate at the index finger. As per visit on 10/24/2023, he presented with chronic bilateral hand pain, chronic right shoulder pain, osteoporosis. His examination showed tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. On 10/26/2023, he continued with left elbow pain with examination showed pain over the radial capitellar joint with forearm rotation. On 11/06/2023, his EMG/NCV showed as normal. On 11/16/2023, he continues with pain on left index and middle finger. He is using a wrists splint which helps. As per recent PT visit on 10/19/2023, he demonstrates painful active range of motion in right lower extremity hip, tight hip flexors, and IT bands in bilateral lower extremities, and discomfort with prolonged standing and walking. He tested positive for lateral epicondylitis of left elbow, decreased active range of motion in left wrist, and paresthesias.

Based on the information above, I opine that the claimant requires restrictions. The claimant has generalized pain which includes bilateral hand, right hip, and left elbow. His imaging findings indicate that he suffers from cervical stenosis, cervical degenerative disc disease, anterior superior labral tear of the right hip, medial epicondylitis of the left elbow, and bone marrow edema syndrome of the left elbow. His examination showed

tender to palpation on left trapezius (muscle joining neck and shoulder) and upper thoracic paraspinals, pain over the radial capitellar joint with forearm rotation, discomfort with log roll on the right, limited range of motion, walks with antalgic gait with the use of wheelchair or cane, 4/5 right arm and left arm muscle testing, left spurling's equivocal with increased in left trapezius pain, right neck side bending more left trapezius pain consistent with myofascial pain, positive Tinel's in left elbow. Despite treatment modifications, his pain continues to be refractory. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may cause aggravated symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly,
Standing: Occasionally, with the use of wheelchair / cane
Walking: Occasionally, with the use of wheelchair / cane
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Never
Balancing: Never
Stooping: Never
Kneeling: Never
Crouching: Never
Crawling: Never
Reaching: Occasionally overhead and below waist level; Unrestricted desk level
Use lower extremities for foot controls: Occasionally RLE; Frequently LLE
Fine manipulation: Occasionally BUE
Simple and firm grasping: Occasionally BUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 8/21/2023 to present and beyond with reassessment on or around 08/01/2024.

The claimant's abilities are sustainable on a full-time basis.

4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?

The records do support some Restrictions and Limitations that were recommended by treating providers for the timeframes in questions. I disagree with the restrictions and limitations that the claimant is deemed as unable to work attributed to his conditions. The records do not identify clinical abnormalities of severity to concur with a decision of no work status. The claimant's condition can be accommodated in a full-time work setting with the appropriate restrictions and limitations.

08/31/2023, Certification of Health Care Provider: Record revealed that due to his condition, he will be incapacitated for a continuous period of time, including any time for treatments and/or recovery. Estimated period of incapacity started on 08/18/2023 through 10/18/2023. He may return to work on 10/19/2023.

10/20/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant was placed off work from 10/20/2023 though 11/20/2023.

11/15/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 11/21/2023.

11/30/2023, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 12/21/2023.

12/06/2023, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 11/20/2023 through 01/05/2024.

01/04/2024, Attending Physician's Statement by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is unable to work. Expected return is on 01/06/2024.

01/19/2024, Work Status by Brian Poeu Lee, MD / Neurology: Record revealed that the claimant is placed off work from 01/05/2024 through 07/05/2024.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

Yes, the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?

No, there are not any non-medical circumstances identified in the medical records that may adversely impact work.

Sincerely,

Annie Layno-Moses, MD
Board certified, PM&R
Pain Management
Medical License A 149708

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free:** (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: [illegible] • Web: www.ecnime.com

Claimant Name: Steven Weller
Claim Number: 15113454
Case Number: 258613-1

“I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/5/2024

Signature of Physician Date

Medical/Professional License # A 149708

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Mon, 5 Feb 2024 22:45:50 +0000
**To:**VendorReferrals
**Subject:**S. Weller Claim #15113454
**Attachments:**Peer Review Report_11580884BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
*Scheduling Coordinator*
*IME/Peer Services, Boca Raton, FL*
ECN, a division of Genex Services
**T**: 858.368.7360 | **F**: 561.392.5581

**Access our portal at: View My Cases**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 217036**

**Date** **2/5/2024**

***Bill To:***

**Tara Smith**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 15113454
**Date of Loss:** 8/21/2023
**ECN #** 258613-1
**Account #**

**Claimant** Steven Weller

| | | |
|---|---|---|
| 1/26/2024 | Peer Review - Long Term Disability: Service<br>Provider: Annie R Layno-Moses, MD<br>Specialty: Physical Medicine and Rehabilitation | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Apple Services <AppleServices@sedgwick.com>
**Sent:**Thu, 25 Jan 2024 19:21:51 +0000
**To:**Smith, Tara
**Cc:**Apple Services
**Subject:**RE: Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Tara,

The STD max benefit date is 02/18/2024.

Thank you,
***Erica H. | Apple Disability Team Coordinator***
Sedgwick Claims Management Services, Inc.
Direct: 855-702-7753 | Fax: 866-315-0607
**Email:** AppleServices@Sedgwick.com
**www.Sedgwick.com |** The leader in innovative claims and productivity management solutions!

---

**From:** Smith, Tara <Tara.Smith@lfg.com>
**Sent:** Wednesday, January 24, 2024 8:22 AM
**To:** Apple Services <AppleServices@sedgwick.com>
**Subject:** RE: Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

Ok, thank you and just to confirm, is the STD max ben date 3/17/24?

*Tara Smith*
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Apple Services <AppleServices@sedgwick.com>
**Sent:** Tuesday, January 23, 2024 3:07 PM
**To:** Smith, Tara <Tara.Smith@lfg.com>
**Cc:** Apple Services <AppleServices@sedgwick.com>
**Subject:** RE: Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Tara,

The last date worked for this claim was 08/18/2023 and first date of absence was 08/21/2023.

Thank you,
***Erica H. | Apple Disability Team Coordinator***
Sedgwick Claims Management Services, Inc.
Direct: 855-702-7753 | Fax: 866-315-0607
**Email:** AppleServices@Sedgwick.com
**www.Sedgwick.com |** The leader in innovative claims and productivity management solutions!

sedgwick.

---

**From:** Smith, Tara <Tara.Smith@lfg.com>
**Sent:** Monday, January 22, 2024 3:33 PM
**To:** Apple Services <AppleServices@sedgwick.com>
**Subject:** Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**
Hello,

Can we confirm the correct ldw and dod for the above claim as there are 2 different time periods being reported.

The dates reported are:

last day worked: 7/21/2023
Date of disability: 7/24/2023

And

last day worked: 8/18/2023
Date of disability: 8/21/2023

Thank you,

*Tara Smith*
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

**Lincoln Financial Group**

Ph 844-556-3278

F 603-559-8608

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

**Lincoln Financial Group**
Group Protection

Lori Ashworth, M.Ed., CRC
Vocational Consultant II

# OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Steven Weller |
| **Claim Number:** | 15113454 |
| **Claims Specialist:** | Tara Smith |
| **Employer:** | Apple, Inc. |
| **Date of Report:** | January 24, 2024 |

An Occupational Analysis was requested to compare the following:

**JOB:**

| | |
|---|---|
| Resources: | Job Description dated 1/22/2024 |
| Title: | Senior Software Engineer |
| Duties: | Develop web based applications using Javascript, PHP, and/or other common web languages. Lead and manage cross-functional discussions with other teams at Apple on topics such as systems integration, software architecture, and development best practices. Adeptly switch focus based on a project's needs, such as unblocking fellow engineers or troubleshooting an issue with one of the applications or hosting environments. Gather and document requirements from other teams related to Application |

| | |
|---|---|
| | Programming Interface (API) integration and assist them during implementation with our applications. Collaborate with User Experience/User Interface Engineers, Quality Assurance Engineers, System Administrators, Project Managers, and other Software Engineers to<br>define application requirements and acceptance criteria. Debug production issues, even those that occur during off hours, related to logic and/or performance and implement solutions in coordination with Quality Assurance. Brainstorm, research, and develop forward-looking software architecture designs in line with Apple's vision and strategy. Present architecture strategy and backend development progress to senior management within Hardware Engineering and cross functional teams. Act as a mentor to junior developers and assist in their professional development. Architect backend development structure and standards related to communication between different applications. Define, document, and curate development best practices. Implement training process for fellow engineers, interns, and our on-site and in region partners to ensure adherence to our best practices. |
| Level: | Unknown |
| Demands: | Sit/Stand – Works at a desk in an open area for up to 8 hours per day. He has flexibility to perform job duties sitting, standing, or engaging in a combination of the two, at their discretion. |

**OCCUPATION:**

| | |
|---|---|
| Resources: | (DOT: 030.062-010; O*NET: 15-1221.00; ERI: 030.062-010) |
| Title: | **Software Engineer** |
| Duties: | Researches, designs, and develops computer software systems, in conjunction with hardware product development, for medical, |

| | |
|---|---|
| | industrial, military, communications, aerospace, and scientific applications, applying principles and techniques of computer science, engineering, and mathematical analysis: Analyzes software requirements to determine feasibility of design within time and cost constraints. Consults with hardware engineers and other engineering staff to evaluate interface between hardware and software, and operational and performance requirements of overall system. Formulates and designs software system, using scientific analysis and mathematical models to predict and measure outcome and consequences of design. Develops and directs software system testing procedures, programming, and documentation. Consults with customer concerning maintenance of software system. May coordinate installation of software system. |
| Level: | **S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met. |
| Demands: | • Constant sitting<br>• Frequent fingering/typing/keyboarding<br>• Occasional reaching (can be reduced by moving objects an ergonomically-correct distance from the body), standing, walking, handling/gripping/ grasping<br>• No climbing, bending/stooping, crouching/squatting, kneeling, crawling, balancing |

**<u>CLAIMS SPECIALIST PHYSICAL REQUIREMENT REQUESTS (IF ANY)</u>:**

N/A

**<u>SUMMARY</u>:**

The occupation is performed at the sedentary physical demand level.

I have not met with the Insured for the purpose of this review. All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Lori Ashworth, M.Ed., CRC
Certified Rehabilitation Counselor
Vocational Consultant II
Group Protection
Lincoln Financial Group

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, January 24, 2024 9:53:28 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | kn9m3wvqs73y9neypnnh_17033937.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

January 24, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician by February 9, 2024. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

**From:**Apple Services <AppleServices@sedgwick.com>
**Sent:**Tue, 23 Jan 2024 20:06:38 +0000
**To:**Smith, Tara
**Cc:**Apple Services
**Subject:**RE: Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Tara,

The last date worked for this claim was 08/18/2023 and first date of absence was 08/21/2023.

Thank you,
***Erica H. | Apple Disability Team Coordinator***
Sedgwick Claims Management Services, Inc.
Direct: 855-702-7753 | Fax: 866-315-0607
**Email:** AppleServices@Sedgwick.com
**www.Sedgwick.com |** The leader in innovative claims and productivity management solutions!
sedgwick

---

**From:** Smith, Tara <Tara.Smith@lfg.com>
**Sent:** Monday, January 22, 2024 3:33 PM
**To:** Apple Services <AppleServices@sedgwick.com>
**Subject:** Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**
Hello,

Can we confirm the correct ldw and dod for the above claim as there are 2 different time periods being reported.

The dates reported are:

last day worked: 7/21/2023
Date of disability: 7/24/2023

And

last day worked: 8/18/2023
Date of disability: 8/21/2023

Thank you,

*Tara Smith*
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

Ph 844-556-3278

F 603-559-8608

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 7/5/2023

## 07/05/2023 - Patient Secure Message in PULMONARY MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lim, Richmond L (Rcp) |

#### Department

| Name | Address | Phone |
|---|---|---|
| PULMONARY MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2570 |

### Messages

#### Motor life exceeded

| From | To | Sent and Delivered |
|---|---|---|
| Richmond L (Rcp) Lim | Weller, Steven | 7/7/2023 9:15 AM |
| Last Read in kp.org<br>7/7/2023 1:11 PM by Steven Weller | | |

Morning Steven,

You are eligible for a CPAP replacement. Call the sleep lab @(408)851-2558 for appt to come in and replace CPAP.

Thanks,
Rich

#### Motor life exceeded

| From | To | Sent |
|---|---|---|
| Weller, Steven | Richmond L (Rcp) Lim | 7/5/2023 6:44 PM |

My CPAP had a message on the screen this morning:

Motor life exceeded. Contact care provider.

## 07/05/2023 - Office Visit in SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Diaz, Robert Jr (M.D.) | Diaz, Robert Jr (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 4** |

### Reason for Visit

**Chief Complaint**

- PAIN - Right Hip

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Diaz, Robert Jr (M.D.) | 07/05/2023 0932 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | 7/5/2023 | Diaz, Robert Jr (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Diaz, Robert Jr (M.D.) at 7/5/2023 0840**

**Version 1 of 1**

Author: Diaz, Robert Jr (M.D.)
Filed: 7/5/2023 9:32 AM
Status: Signed
Service: —
Encounter Date: 7/5/2023
Editor: Diaz, Robert Jr (M.D.) (Physician)
Author Type: Physician
Creation Time: 7/5/2023 8:40 AM

ORTHO/SPORTS MEDICINE OFFICE VISIT

Chief Complaint:
**Chief Complaint**
Patient presents with
- Right Hip - PAIN

HPI:
Steven Weller is a 61 Y male presenting with right hip pain. Pain is located groin. Pain is sharp. Pain rated 6 out of 10 on average. Pain is worse with prolonged walking, standing, bridges. Sitting is ok. Pain better with meloxicam, sitting.

Denies significant new low back pain. Denies any new leg numbness, tingling. Denies fevers, chills.

Pain began few months but worsening 6/28. Denies trauma. Followed by Erin Dobler PA but is currently out of the office and wanted appointment to be seen.

Using wheelchair around the house. Uses cane.

Had prior left hip pain that improved with left hip joint injection and had great response.

Patient has tried:
Physical therapy: Yes
hip joint steroid injection: Yes, 6/5/23 performed by me with slight improvement in pain
Hip surgery: No

Occupation: software engineer

Exercise: prior 2 miles walking

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • RIGHT SHOULDER JOINT PAIN > 3 MONTHS | 06/02/2016 |
| • RIGHT ULNAR NEUROPATHY | 06/02/2016 |
| • OSTEOPOROSIS | 03/15/2023 |
| • BILAT HEARING LOSS | 03/15/2023 |
| • BILAT HAND PAIN | 03/15/2023 |
| • SUBCUTANEOUS MASS | 03/15/2023 |
| • MEDICATION REFILL | 06/30/2023 |

**No Additional Past Medical History**

No past surgical history on file.

Allergies
No Known Allergies

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • Meloxicam (MOBIC) 15 mg Oral Tab | Take 1 tablet by mouth daily as needed for pain . Take with food |
| • Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste | replacing regular toothpaste |
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every 7 days |

No current facility-administered medications for this visit.

I reviewed Meds, Allergies & Problems.

Social History

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |

**E-Cigarettes/Vaping**

| Questions | Responses |
|---|---|
| E-Cigarette/Vaping Use | Never User |

**E-Cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |

Family History
No family history on file.

PHYSICAL EXAM:
Estimated body mass index is 22.89 kg/m² as calculated from the following:
Height as of 3/15/23: 5' 9".
Weight as of 3/15/23: 70.3 kg (155 lb).
General: The patient is in no apparent distress; well-kept, sitting comfortably on exam table.

**MSK right Hip:**
Inspection: normal muscle bulk and tone
Palpation:
non-tender over the greater trochanteric region, piriformis, IT band, ASIS, hip adductor tendon insertion, hip flexion tendon
Range of motion: Passive range of motion with 120 hip flexion with no pain, 40 internal rotation with no pain, 60 external rotation
lumbar spine range full to **flexion with pain**, extension, lateral side bend
Strength: strength 5/5 resisted hip flexion, 5/5 adduction, 4+/5 abduction, 5/5 knee extension, 5/5 knee flexion
Special Tests: Negative log roll, Negative straight leg raise, Negative Stinchfields, Negative FABER, Negative scour/FADIR
lumbar facet loading Positive for pain in right groin

Imaging:

**Clinical Notes (continued)**

I have independently reviewed the available imaging studies pertinent to the patient's visit as well as the radiologist's interpretation, if available. Reviewed the following below:

Xray of right hip 4/30/2023:

Mild hip osteoarthritis changes

| | Surgery optimization |
|---|---|
| BMI | Estimated body mass index is 22.89 kg/m² as calculated from the following:<br>Height as of 3/15/23: 5' 9".<br>Weight as of 3/15/23: 70.3 kg (155 lb). |
| HbA1c | No results found for: HGA1C |
| Fructosamine | No results found for: FRUCTSAMIN |
| Hct | **Lab Results**<br>Component / Value / Date<br>Hematocrit / 48.0 / 06/23/2023 |
| Cr | **Lab Results**<br>Component / Value / Date<br>Creatinine / 1.10 / 06/23/2023 |
| Transferrin | No results found for: TRANSFERRIN |
| Albumin | No results found for: ALB |
| Smoking | reports that he has never smoked. He does not have any smokeless tobacco history on file. |

ASSESSMENT:
Steven Weller is a 61 Y male presenting with right groin pain. Limited improved with right hip joint steroid injection. Hip exam is nearly benign. Some positive lumbar maneuvers producing pain with lumbar flexion, facet loading. Given limited response with hip joint injection and hip exam benign, would favor potential referred source of pain such as lumbar radiculopathy vs facet mediated pain and less pain from mild right hip joint osteoarthritis. Recommend continued physical therapy as would benefit from hip/core strengthening program.

PLAN:
Discussed natural history of patient condition and spectrum of treatment options.
Recommend the following treatment:
- Oral medication (ie over the counter anti-inflammatory medications such as Advil or Alleve; can combine with extra strength tylenol as needed)
- Topical pain creams as needed

## 07/05/2023 - Office Visit in SPORTS MEDICINE (continued)

**Clinical Notes (continued)**

- Ice as needed
- cane as needed
- advised avoid high impact activities such as long walks until pain calms down. Encourage more participation in low impact activities
- discussed potential trial of repeat hip joint injection ~4 months from last if persistent pain or vs obtaining MRI hip if no improvement with physical therapy

Follow up: PA Erin Dobler after ~2 months of physical therapy for re-evaluation. If patient has any further questions, he will contact my office or message via kp.org.

Topics discussed as noted above.

(M25.551) RIGHT HIP JOINT PAIN (primary encounter diagnosis)

Robert Diaz Jr., MD
Sports Medicine

Electronically signed by Diaz, Robert Jr (M.D.) at 7/5/2023 9:32 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

7/5/2023 8:45 AM SPORTS MEDICINE 408-851-1850

## What's Next

JUL 7 2023 — Physical Therapy with ANGELA MARIE MENDOZA PT
**Friday July 7 11:40 AM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept 174

REHABILITATION SVCS
710 LAWRENCE EXPY
SANTA CLARA CA
95051-5173
408-554-9810

JUL 15 2023 — MRI
**Saturday July 15 9:00 AM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept 122

MRI
700 LAWRENCE EXPWY
SANTA CLARA CA
95051-5173
408-851-5020

AUG 16 2023 — Office Visit with ERIN ALYSON DOBLER PA-C
**Wednesday August 16 3:00 PM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept 148

SPORTS MEDICINE
710 LAWRENCE EXPY
SANTA CLARA CA
95051-5173
408-851-1850

## Today's Medication Changes as of July 5, 2023 9:32 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:

## Today's Visit

You saw ROBERT DIAZ MD on Wednesday July 5, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

Steven Weller (MRN: 110018429889) • Printed at 7/5/2023 9:32 AM Page 1 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**After Visit Summary (continued)**

The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

Steven Weller (MRN: 110018429889) • Printed at 7/5/2023 9:32 AM Page 2 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**Messages**

**Questionnaire Submission**

**Messages (continued)**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Robert Jr (M.D.) Diaz | 6/30/2023 11:46 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Orthopedic/Podiatry Questionnaire

Question: What is your occupation?
Answer: Software engineer

Question: What is the main reason for today's visit?
Answer: hip

Questionnaire: NCAL_MYCHART_BONES_HPI-HIP BRANCH

Question: Which side of the body are you having a problem with?
Answer: right

Question: When did the problem start?
Answer: 6/28/2023

Question: If this was the result of a specific injury, please describe below. Otherwise, please state "No injury".
Answer: No injury

Question: Please list any treatments or surgeries you have had for this problem.
Answer: Steroid injection June 5, PT started 1 week ago

Question: Please rate the severity of your pain (0 = no pain, 10 = the worst pain)
Answer: 6

Question: Please describe the symptoms you are experiencing.
Answer: dull
sharp

Question: Are your symptoms:
Answer: worsening

Question: How often are you having these symptoms?
Answer: constant
gets worse later in day
pain at rest

**Messages (continued)**

Question: Do you have trouble taking off your socks?
Answer: No

Question: Are you able to use stairs:
Answer: not at all

Question: How far can you walk?
Answer: less than 1 block

Question: Do you need to use any of the following devices?
Answer: cane
wheelchair

Question: What makes your symptoms worse?
Answer: standing / walking
going up stairs
going down stairs
during walking / exercise
after walking / exercise

Question: What makes your symptoms better?
Answer: rest
cortisone shots

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Orthopedic/Podiatry Questionnaire**

| Question | 6/30/2023 11:46 AM PST - Filed by Patient |
|---|---|
| What is your occupation? | Software engineer |
| What is the main reason for today's visit? | hip |
| Which side of the body are you having a problem with? | right |
| When did the problem start? | 6/28/2023 |
| If this was the result of a specific injury, please describe below. Otherwise, please state "No injury". | No injury |
| Please list any treatments or surgeries you have had for this problem. | Steroid injection June 5, PT started 1 week ago |
| Please rate the severity of your pain (0 = no pain, 10 = the worst pain) | 6 |
| Please describe the symptoms you are experiencing. | dull<br>sharp |
| Are your symptoms: | worsening |

## 07/05/2023 - Office Visit in SPORTS MEDICINE (continued)

**Questionnaires (continued)**

| | |
|---|---|
| How often are you having these symptoms? | constant<br>gets worse later in day<br>pain at rest |
| Do you have trouble taking off your socks? | No |
| Are you able to use stairs: | not at all |
| How far can you walk? | less than 1 block |
| Do you need to use any of the following devices? | cane<br>wheelchair |
| What makes your symptoms worse? | standing / walking<br>going up stairs<br>going down stairs<br>during walking / exercise<br>after walking / exercise |
| What makes your symptoms better? | rest<br>cortisone shots |

## 07/06/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**Medical leave opportunity**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 7/6/2023 2:29 PM |

My employer has suggested that I consider taking medical leave to "focus on my health". I've been taking sick days as needed for a considerable length of time and am currently working from home due to my hip issues.

This sounds like a good opportunity to apply PT to hips and elbow (and maybe hands and the rest of me) without compromise or distraction and with plenty of rest included. I think I would have access to my employer's gyms during this time as well.

What could potentially be achieved?

What would be the expected duration?

## 07/06/2023 - Patient Secure Message in PLASTIC SURGERY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Bertozzi, Julia Constance (P.A.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| PLASTIC SURGERY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2000 |

### Messages

#### Re: medical leave opportunity

| From | To | Sent and Delivered |
|---|---|---|
| Julia Constance (P.A.) Bertozzi<br>Last Read in kp.org<br>7/16/2023 7:03 PM by Steven Weller | Weller, Steven | 7/11/2023 8:34 AM |

Of course.
I will ask Kristine to call you to schedule something.
Take care!
Julia

#### Re: medical leave opportunity

| From | To | Sent |
|---|---|---|
| Weller, Steven | Julia Constance (P.A.) Bertozzi | 7/10/2023 5:06 PM |

Please set up an appointment with the doctors.

Ill consider steroid injections later, once we know more.

#### medical leave opportunity

| From | To | Sent and Delivered |
|---|---|---|
| Julia Constance (P.A.) Bertozzi<br>Last Read in kp.org<br>7/16/2023 7:04 PM by Steven Weller | Weller, Steven | 7/10/2023 11:57 AM |

Hi Mr Weller,
Yes, the hand therapists are physical and occupational therapists. They specialize in hand so it would not be the same therapists as you'd see for your hip.
I will place the referral now.
Do you want to follow up with me about the MRI and carpal tunnel steroid injections or shall I ask our medical assistants to call you for an appointment with one of the hand doctors instead?

**Messages (continued)**

Thanks!
Julia

**Re: medical leave opportunity**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Julia Constance (P.A.) Bertozzi | 7/10/2023 11:44 AM |

Id like to follow up with your hand therapists to see what can be achieved. Are they the same people as the occupational therapists?

Also since we dont have a diagnosis, Id also like to see what the complex hand doctors can figure out.

**medical leave opportunity**

| From | To | Sent and Delivered |
|---|---|---|
| Julia Constance (P.A.) Bertozzi<br>Last Read in kp.org<br>7/10/2023 11:41 AM by Steven Weller | Weller, Steven | 7/10/2023 11:25 AM |

Hi Mr Weller,
Thank you for the update. I'd be happy to refer you to our hand physical therapists to work on range of motion, joint support as needed, stretches, tendon glides, etc. They can also help with behavior modification to find ways of avoiding aggravating activities.
Hopefully, with therapy, your hands will become less painful.
I cannot give you an expected time of duration as we do not have a diagnosis.
Please remind me about your MRI so I can call the radiologists to look at your discs. Then, we can also still try the potentially diagnostic/therapeutic carpal tunnel injections.
I'm also happy to arrange a follow up with one of our complex hand doctors to evaluate you.
Please let me know what you think,
Julia

**medical leave opportunity**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Julia Constance (P.A.) Bertozzi | 7/6/2023 2:38 PM |

My employer has suggested that I consider taking medical leave to "focus on my health". I've been taking sick days as needed for a considerable length of time due to my hand pain and am

currently working from home due to my hip issues.

This sounds like an opportunity work on my elbow and hands -- physical therapy or whatever makes sense. Not working for an extended length of time would mean that I would not be constantly performing actions that cause me pain, itself potentially useful for diagnosis.

What could potentially be achieved?

What would be the expected duration?

# 07/06/2023 - Patient Secure Message in INTERNAL MEDICINE

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

## Reason for Visit

### Visit Diagnosis

- **OSTEOARTHRITIS OF LEFT HIP (primary) [M16.12]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF LEFT HIP (primary)** | M16.12 | Ho, Irene Oi Yin (M.D.) | 07/06/2023 0949 |

## Clinical Notes

### Unknown

**Telephone Encounter by Ho, Irene Oi Yin (M.D.) at 7/6/2023 0949**

**Version 1 of 1**

Author: Ho, Irene Oi Yin (M.D.)
Service: —
Author Type: Physician
Filed: 7/6/2023 9:49 AM
Encounter Date: 7/6/2023
Creation Time: 7/6/2023 9:49 AM
Status: Signed
Editor: Ho, Irene Oi Yin (M.D.) (Physician)

**Clinical Notes (continued)**

From: Steven Weller
To: IRENE OI YIN HO MD
Sent: 7/6/2023 7:41 AM PDT
Subject: Medical leave -- an opportunity to focus on my health

My employer has suggested that I consider taking medical leave to "focus on my health". I've been taking sick days as needed for a considerable length of time and am currently working from home due to hip issues, so this an interesting opportunity I want to explore. It would mean that I wouldn't be constantly making compromises for work vs health.

As I see it, the focus would be on:

Long-term pain reduction
Hands - rest and whatever is considered useful therapeutically or for diagnosis
Left elbow - rest and PT/braces etc.
Hips - rest, exercise, PT
Everything else - whatever activity/habits would help going forward

Are my conditions suitable for this kind of leave?

What could potentially be achieved?

What would be the expected duration?

How would this be coordinated among the various physicians? Should I contact each individually?

I'm aware that I would need to handle a lot of paperwork with the state and with Sedgwick and that Kaiser's records department would be involved.

Electronically signed by Ho, Irene Oi Yin (M.D.) at 7/6/2023 9:49 AM

**Messages**

**Re: Medical leave -- an opportunity to focus on my health**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>7/6/2023 2:21 PM by Steven Weller | Weller, Steven | 7/6/2023 9:51 AM |

I will put a work from home note in the letter section of KP.org through mid August so that you can follow-up with Ortho.

Take care,

Irene Ho MD

**Re: Medical leave -- an opportunity to focus on my health**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi | 7/6/2023 9:19 AM |

**07/06/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

Yin (M.D.) Ho)

The immediate need is that I request a WFH accommodation to reduce hip use, so I will start that process with my employer. They will need your note for that work accommodation.

I will discuss the longer term plan and medical leave with PT at my appointment Friday. I have to initiate the process through Sedgwick and Im not sure what they will need from the various physicians.

**Medical leave -- an opportunity to focus on my health**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>7/6/2023 9:10 AM by Steven Weller | Weller, Steven | 7/6/2023 8:45 AM |

Looks like you saw orthopedics and they recommended lots of physical therapy. And you have follow-up in August. I could do a note stating that you need to be off until you have follow-up in August for Ortho. That is how we would start this and then the rest of it you have to contact medical records and your work etc. Let me know if you want to do that and I can start the note for you.

Take care,

Irene Ho MD

**Medical leave -- an opportunity to focus on my health**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 7/6/2023 7:41 AM |

My employer has suggested that I consider taking medical leave to "focus on my health". I've been taking sick days as needed for a considerable length of time and am currently working from home due to hip issues, so this an interesting opportunity I want to explore. It would mean that I wouldn't be constantly making compromises for work vs health.

As I see it, the focus would be on:

Long-term pain reduction
Hands - rest and whatever is considered useful therapeutically or for diagnosis
Left elbow - rest and PT/braces etc.
Hips - rest, exercise, PT

**Messages (continued)**

Everything else - whatever activity/habits would help going forward

Are my conditions suitable for this kind of leave?

What could potentially be achieved?

What would be the expected duration?

How would this be coordinated among the various physicians? Should I contact each individually?

I'm aware that I would need to handle a lot of paperwork with the state and with Sedgwick and that Kaiser's records department would be involved.

KAISER PERMANENTE thrive

HO, IRENE OI YIN (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 7/6/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 7/6/2023 to 8/16/2023

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**Other needs and/or restrictions:**
Patient needs to work from home

This form has been electronically signed and authorized by HO, IRENE OI YIN (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 07/07/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

#### occupational therapy for hands/elbow

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho | Weller, Steven | 7/7/2023 2:04 PM |
| Last Read in kp.org<br>7/10/2023 9:22 AM by Steven Weller | | |

I've sent an electronic referral to the OT department.

If for any reason you do not schedule an appointment within a few days, You can call to help schedule your appointment.

Occupational Health Services 408.236.6160

Irene Ho MD

#### occupational therapy for hands/elbow

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 7/7/2023 1:24 PM |

At my PT appointment today for my hip we discussed what could be achieved during a period of medical leave and how to include in that time work on my hands. It's my hands that mainly prevent me from working, while the hip makes work very difficult when it's contributing pain at level that is distracting.

She suggested that I see an occupation therapist as soon as possible for my hand and elbow pain, with a goal of being able to make the most of any medical leave time that I take. Can you make that referral?

## 07/07/2023 - Patient Secure Message in ENT/HEAD & NECK

### Visit Information

#### Provider Information

**Encounter Provider**

Vassallo, Linda K (Aud)

#### Department

| Name | Address | Phone |
| --- | --- | --- |
| ENT/HEAD & NECK | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2950 |

### Messages

#### Re: hearing aids status

| From | To | Sent and Delivered |
| --- | --- | --- |
| Linda K (Aud) Vassallo<br>Last Read in kp.org<br>7/11/2023 9:04 AM by Steven Weller | Weller, Steven | 7/11/2023 8:14 AM |

Hi Steven,
You're correct it is not scheduled. The best way to do that is by calling the Santa Clara Hearing Center at (408) 553-6900 at your convenience. and they will set up the Hearing Aid Consultation. I see Jessica Le ordered an MRI.

Kind regards,

Linda

#### Re: hearing aids status

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Linda K (Aud) Vassallo | 7/10/2023 5:01 PM |

Ive had a hearing test and I dont have a record of a hearing aid consultation appointment.

It was the lack of fitting consultation that prompted me to find out what the status was.

#### Re: hearing aids status

| From | To | Sent and Delivered |
| --- | --- | --- |
| Linda K (Aud) Vassallo<br>Last Read in kp.org<br>7/10/2023 4:58 PM by Steven Weller | Weller, Steven | 7/10/2023 12:48 PM |

I see that you are scheduled for a hearing test and hearing aid consultation.

**Re: hearing aids status**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Linda K (Aud) Vassallo | 7/10/2023 11:41 AM |

I dont see any communication from Saima so far.

**hearing aids status**

| From | To | Sent and Delivered |
|---|---|---|
| Linda K (Aud) Vassallo<br>Last Read in kp.org<br>7/10/2023 11:39 AM by Steven Weller | Weller, Steven | 7/10/2023 11:06 AM |

Hi Steve,
It looks like Saima, our medical assistant helped you this morning.  Linda

**hearing aids status**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Linda K (Aud) Vassallo | 7/7/2023  9:40 PM |

I just wanted to check where we are in the path to getting new hearing aids and make sure I havent missed anything.

You examined me and the asymmetrical loss triggered a visit with an ENT. That resulted in an MRI being scheduled last month, but the machine was broken, so that is now set for next week.

I dont have an appointment at the hearing center yet. Is that correct? If it is then I assume we are waiting for the MRI results.

## 07/07/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 07/07/2023 1149 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97140 | MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES | 7/7/2023 | Mendoza, Angela Marie (P.T.) | GP | 1 |
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 7/7/2023 | Mendoza, Angela Marie (P.T.) | GP | 2 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 7/7/2023 1146**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 7/7/2023 12:29 PM Encounter Date: 7/7/2023 Creation Time: 7/7/2023 11:46 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/7/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/7/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/7/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/7/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/7/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 2/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:

History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 4/5 (work stress)

Current Resting Pain/Symptoms: 2-3/10 (right hip), at its worst in the last two weeks 4/10
Observation: Unremarkable
Patient is consistent with HOME EXERCISE PROGRAM 1X/day

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 |

| | Degrees adduction |
|---|---|
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

Functional Testing (L4-S1)

| Functional Test | Innervation Level | Completed (Yes/No) |
|---|---|---|
| Heel Walking | L4-L5 | yes |
| Toe Walking | S1 | yes |
| Straight leg raise | L4-S1 | yes |

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 30 minutes
Bike 5 minutes
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

Patient tolerated treatment well. Patient reports 0/10 left hip, right knee, patient reports small radius of discomfort 2-3/10

Manual therapy for 10 minutes
Patient provided release of psoas muscle on right hip

Patient reported less pain 2/10

Patient Education/Home Exercise Instruction:
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 06/21/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

==========================================================Manual 10 minutes
Therapeutic exercise for 30 minutes
Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient progressing towards goals as indicated by improved walking time in the home.

**Physical Medicine Notes (continued)**

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with strengthenng

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 7/7/2023 12:29 PM

## Procedures

### Procedures

**MANUAL THERAPY TECHNIQUES, EA 15 MIN [1529404327] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/07/23 1229** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/07/23 1229 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/07/23 - Class: Back Office
Quantity: 1
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1529404328] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/07/23 1229** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/07/23 1229 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/07/23 - Class: Back Office
Quantity: 2
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

## After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

## 07/07/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

7/7/2023 11:40 AM REHABILITATION SVCS 408-554-9810

## What's Next

JUL 15 2023
**MRI**
Saturday July 15 9:00 AM
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept. 122

MRI
700 LAWRENCE EXPWY
SANTA CLARA CA
95051-5173
408-851-5020

JUL 21 2023
**Physical Therapy with ANGELA MARIE MENDOZA PT**
Friday July 21 4:40 PM
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept. 174

REHABILITATION SVCS
710 LAWRENCE EXPY
SANTA CLARA CA
95051-5173
408-554-9810

AUG 16 2023
**Office Visit with ERIN ALYSON DOBLER PA-C**
Wednesday August 16 3:00 PM
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept. 148

SPORTS MEDICINE
710 LAWRENCE EXPY
SANTA CLARA CA
95051-5173
408-851-1850

## Today's Medication Changes as of July 7, 2023 12:29 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday July 7, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

### Done Today

MANUAL THERAPY TECHNIQUES
THERAPEUTIC EXERCISES

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 07/07/2023 - Telephone in PULMONARY MEDICINE

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Chief Complaint

- DME/SUPPLY

### Clinical Notes

#### Unknown

**Telephone Encounter by de Jesus, Pamela Marie Plata (M.A.) at 7/7/2023 1314**

**Version 1 of 1**

Author: de Jesus, Pamela Marie Plata (M.A.) | Service: — | Author Type: MEDICAL ASSISTANT
Filed: 7/7/2023 1:15 PM | Encounter Date: 7/7/2023 | Creation Time: 7/7/2023 1:14 PM
Status: Signed | Editor: de Jesus, Pamela Marie Plata (M.A.) (MEDICAL ASSISTANT)

Please send the response back to your department Support Staff as appropriate, Not to the SCC Agent.

Hello,

Member Steven Weller is requesting a call back regarding:

- Eligibility for a new CPAP machine

Also, member stated that his CPAP machine is saying Motor Life exceeded.

Please reach out to the patient to follow up

Best contact number
Telephone Information:
Home Phone
Work Phone
Mobile

OK to leave a message

Pamela De Jesus
Specialty Call Center

Electronically signed by de Jesus, Pamela Marie Plata (M.A.) at 7/7/2023 1:15 PM

## 07/07/2023 - Scheduled Telephone Encounter in SLEEP LAB AMBULATORY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Miranda, Fabian (Rcp) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SLEEP LAB AMBULATORY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2558 |

### Reason for Visit

**Chief Complaint**

- SLEEP APNEA

**Visit Diagnosis**

- **SLEEP DISORDER CARE OR CARE MANAGEMENT (primary) [Z71.89]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **SLEEP DISORDER CARE OR CARE MANAGEMENT (primary)** | Z71.89 | Miranda, Fabian (Rcp) | 07/07/2023 1344 |

### Clinical Notes

**Unknown**

**Telephone Encounter by Miranda, Fabian (Rcp) at 7/7/2023 1344**

**Version 1 of 1**

Author: Miranda, Fabian (Rcp) Service: — Author Type: THERAPIST, RESPIRATORY
Filed: 7/7/2023 1:44 PM Encounter Date: 7/7/2023 Creation Time: 7/7/2023 1:44 PM
Status: Signed Editor: Miranda, Fabian (Rcp) (THERAPIST, RESPIRATORY)

Spoke with patient needs new CPAP machine due to CPAP malfunction, patient eligable for new CPAP, booked for next appointment.

Electronically signed by Miranda, Fabian (Rcp) at 7/7/2023 1:44 PM

## 07/09/2023 - Patient Secure Message in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Messages

**standing quad stretch**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>7/25/2023 6:18 PM by Steven Weller | Weller, Steven | 7/25/2023 3:15 PM |

Ok, thanks for keeping me posted. Keep up with modifications, your body knows best!

**standing quad stretch**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 7/9/2023 8:10 AM |

This exercise works ok for stretching the left, standing on the right, but stretching the right and standing on the left caused left hip pain that is still present.

Its on the outside of my hip, above it, not in the joint itself, and hurts only when I put weight on my left leg, feels like a sprain of some kind. I think at this point we should just assume that i need to gradually work up to using every part of me. It also illustrates yet another asymmetry. I will return to the prone exercise.

No problems with my knee following the brief bike exercise, and my right hip felt improved the next day.

It looks like I may be able to get hold of a 2nd hand recumbent exercise bike for home use.

## 07/10/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**stationary exercise bike**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>7/13/2023 3:03 PM by Steven Weller | Weller, Steven | 7/12/2023 2:39 PM |

Hi Steven,

That is great news. Start biking 5 minutes daily, pain free, and do the standing stretches as often as you can. Ideally every 2 hours, followed by a cool pack where it hurts for 15 minutes.

Keep me posted,
Angela

**stationary exercise bike**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 7/10/2023 8:53 AM |

I snagged a free recumbent exercise bike over the weekend, so Im now able to do cycling exercise at home. Im also working from home.

It appears functionally complete except for heart rate display.

What exercise do you recommend?

## 07/12/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**medical leave next steps**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>7/20/2023 8:43 AM by Steven Weller | Weller, Steven | 7/12/2023 12:32 PM |

This seems fine. Form will need to go to

If you have a form that needs completion, please scan or take a clear photo with your smartphone and send to us in an email to Santa.Clara.Roi.Dept@KP.ORG. Please include the following:
1) Full Name
2) Date of Birth
3) Kaiser Medical Record Number
4) Type of Request
5) How do you want your forms delivered once completed: E-Mail or mail

It is important that you fill out the demographic information on the form itself (name, date of birth, address etc) ahead of time and sign any signature lines prior to scanning the form to Release of Medical Information so we know the form belongs to you.

We are not accepting requests in person. We apologize for the inconvenience. You can also go to Request Records.

Please find contact information below for your convenience.

408-851-1750
Santa.Clara.ROI.Dept@kp.org

Irene Ho MD

**medical leave next steps**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 7/12/2023 10:33 AM |

**07/12/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

Im trying to start the process of applying for medical leave through Sedgwick and trying to navigate my way through the process. They require a start and end date which should be coordinated with my physician.

Since I am trying to handle multiple conditions at once (hips, elbow, hands), would you be the physician I would be coordinating with who would sign off on my application/certification?

If not you, then who among the people I am seeing for hips/elbow/hands should be the physicians to talk with?

I am considering a start date of July 24 and a duration of four weeks to start with (or whatever my physician(s) recommend. If you are able to give this an OK, I will continue with my application.

## 07/13/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Re: opportunity for medical leave**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 7/20/2023 7:23 PM |

I moved the medical leave start date to August 21 to allow more time for figuring my hands out, but I will try for an earlier OT appointment.

**opportunity for medical leave**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>7/25/2023 9:02 AM by Steven Weller | Weller, Steven | 7/20/2023 4:55 PM |

Hi Steven,

Agree that physical therapy is the best use of your time for now. Glad you were able to see Dr. Theman and we'll see what neurology adds.

You can call the physical therapy/OT department at 408-851-1400 to see if you can get an earlier appointment or perhaps there is a cancellation list.

Let me know if you have any other questions.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**opportunity for medical leave**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 7/13/2023 11:23 AM |

I am in the process of applying for medical leave to focus on my health, nominally from July 24 for four weeks. If that is approved, I plan on using the time to focus on reducing pain in and increasing usability of my hips and hands (+elbow).

How can we make best use of this time?

What do you think is achievable?

My PT has said that I would be doing exercises for my hips every two hours, but we could consider other areas to work on as well.

I have an appointment to see the hand doctors to see if I can get a diagnosis for my condition. But my OT hand appointment isn't until August 10, which is close to the end of my leave period -- if an earlier appointment is possible, that would be much better.

## 07/13/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**progress update and exercise bike**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>7/14/2023 8:18 PM by Steven Weller | Weller, Steven | 7/14/2023 4:18 PM |

Hi Steven,

I'm happy to hear about your persistence and time spent reflecting on your symptoms. There is a benefit to one legged cycling for the leg doing the work. Please try to keep going with it and maintain between a 1-5 minute range as tolerated. Let me know if a pool is ever made available to you. It may be a helpful next step to help you recover.

Angela

**progress update and exercise bike**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 7/13/2023 3:15 PM |

Overall I am finding that my right hip is improving slowly but steadily (left hip remains the same). I am able to walk around the house more and with less pain. The pain is still present, but is lessened and more diffuse. So I'm hopeful that we are in the right track.

I tried the stationary bike, cycling gently on the lowest setting for two minutes. About four hours later my left knee started hurting and I had pain in my knee for the rest of the day. The next day I tried the same for one minute, with my left leg as passive as I could make it, and again had pain later in the day. Unfortunately that pain has not yet gone away, and it's a very familiar knee pain that I think will be with me for weeks.

So today I've been trying one-legged cycling in one-minute sessions. Is that a useful exercise? No ill effect on my right hip or knee. Once I'm used to the one-minute sessions I'll go longer and less often.

## 07/16/2023 - Patient Secure Message in PLASTIC SURGERY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Bertozzi, Julia Constance (P.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PLASTIC SURGERY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2000 |

### Messages

**MRI**

| From | To | Sent and Delivered |
|---|---|---|
| Julia Constance (P.A.) Bertozzi | Weller, Steven | 7/17/2023 3:00 PM |
| Last Read in kp.org<br>7/17/2023 5:06 PM by Steven Weller | | |

Hi Mr Weller,
I called the radiology department and was able to speak with one of the radiologists. Unfortunately, they informed me that not all of your discs were clearly visible in the MRI. But, from what he can see - you do not have any spinal stenosis. There is possibly a little mild foraminal stenosis at your C5-C6 and C6-C7 levels but it's difficult to say whether this is sufficient to cause your hand pain. Since you do not have neck pain, I would doubt it is the source.
I hope that helps,
Julia

**MRI**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Julia Constance (P.A.) Bertozzi | 7/16/2023 7:05 PM |

My MRI was completed yesterday, so you can check out my discs.

## 07/19/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**labs**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>7/19/2023 11:27 AM by Steven Weller | Weller, Steven | 7/19/2023 11:19 AM |

Hi Mr. Weller

Your cholesterol lab came back normal.

Irene Ho MD

## 07/19/2023 - Office Visit in PLASTIC SURGERY

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Theman, Todd Andrew (M.D.) | Theman, Todd Andrew (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| PLASTIC SURGERY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2000 |

#### Level of Service

| Level of Service |
|---|
| **OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** |

### Reason for Visit

#### Chief Complaint

- CONSULTATION (Bil hands)

##### Revision History

Abaya, Kristine T. on 7/19/2023 1316
- CONSULTATION (hand)

#### Visit Diagnosis

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Theman, Todd Andrew (M.D.) | 07/19/2023 1404 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | 7/19/2023 | Theman, Todd Andrew (M.D.) | | 1 |

### Clinical Notes

#### Unknown

##### Progress Notes by Theman, Todd Andrew (M.D.) at 7/19/2023 1330

Version 1 of 1

Author: Theman, Todd Andrew (M.D.) Service: — Author Type: Physician
Filed: 7/19/2023 2:06 PM Encounter Date: 7/19/2023 Creation Time: 7/12/2023 12:40 PM
Status: Signed Editor: Theman, Todd Andrew (M.D.) (Physician)

## Plastic Surgery Consult Note

**7/19/2023**

Reason for Consult:

**Clinical Notes (continued)**

Fingertip pain

History of Present Illness:
Steven Weller is a 61 Y male right hand dominant project manager seeking a 2nd opinion for stinging pain in his fingertips and palms. He experience a daily "dull stinging" pain in his b/l palms, occasionally the fingers, dorsal hand, and volar forearm for the past 10-15 years. It is worse with use (e.g. typing) and he finds that rest will reliably improve his symptoms. He can only work for about 2 hours before it becomes severe/intolerable. **Gabapentin was noticeably helpful for his symptoms, though when he stopped the medication the symptoms quickly returned.** Legs/feet not affected. He has a familial "nerve related" hearing loss, though no other family members have these paresthesias. He also describes some left medial elbow pain that waxes/wanes and is associated with left small finger paresthesias. He reports his hands feel cold shortly before the onset of pain. He eats a normal diet.

Past History:
**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • RIGHT SHOULDER JOINT PAIN > 3 MONTHS | 06/02/2016 |
| • RIGHT ULNAR NEUROPATHY | 06/02/2016 |
| • OSTEOPOROSIS | 03/15/2023 |
| • BILAT HEARING LOSS | 03/15/2023 |
| • BILAT HAND PAIN | 03/15/2023 |
| • SUBCUTANEOUS MASS | 03/15/2023 |
| • MEDICATION REFILL | 06/30/2023 |

**No Additional Past Medical History**

No past surgical history on file.

## Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Unknown |
| **Tobacco Use** | |
| • Smoking status: | Never |
| **Vaping Use** | |
| • Vaping Use: | Never used |

### E-Cigarettes/Vaping

| Questions | Responses |
|---|---|
| E-Cigarette/Vaping Use | Never User |

### E-Cigarette/Vaping Substances

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |

No family history on file.

Allergies:
No Known Allergies

Medications Prior to Admission:
reviewed

Review of Systems:
Negative for 14 systems except as noted in the HPI

Physical Exam:
Awake, alert, well appearing
Breathing unlabored
The bilateral median/ulnar nerve exam is as follows:
Sensation to light touch is normal in the fingers. Sweat pattern is normal in the fingers. The median nerve compression test is negative b/l. Tinel's sign is absent. Thenar/APB strength is 5/5 b/l. Thenar wasting is absent. FPL strength is 5/5 b/l. FDP index strength is 5/5 b/l. Scratch collapse test is negative at the wrist, lacertus, elbow, shoulder, and c-spine b/l. Ulnar-innervated FDI and FDP small finger both 5/5. **Tinel's positive at both cubital tunnels. Elbow flexion test positive on the left only.**
Allen's test is normal on the left side.
Early dupuytren's cord formation noted in both palms, though no contractures

Selected Results:
No results found for: HGA1C

6/5/23
**Nerve Conduction Study**:
Individual results and a full listing of each tested nerve are attached to this report.
Motor nerve conduction studies show normal distal latency, amplitude, conduction velocities with normal F-wave latencies.
Sensory nerve conduction studies show normal onset latency, amplitude, and conduction velocity.

**This is an essentially normal study with no electrophysiological evidence for large fiber mono or polyneuropathy.**

Radiology:
B/l hand films show mild OA

Assessment and Plan:
B/L stinging hand/finger/forearm pain of unclear etiology
B/L duputyren's disease with no contracture
L cubital tunnel syndrome (mild)

I discussed that I do not have a diagnosis to explain his symptoms. The pattern, description, response to gabapentin, and exam all argue against a compressive neuropathy in the upper extremities, with the exception of mild left cubital tunnel, though I believe this is only a small component of his symptoms - it certainly doesn't explain the bulk of his presentation. Brace recommended for nighttime. Neurology referral placed.

Todd A. Theman, MD

## 07/19/2023 - Office Visit in PLASTIC SURGERY (continued)

**Clinical Notes (continued)**

Electronically signed by Theman, Todd Andrew (M.D.) at 7/19/2023 2:06 PM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

7/19/2023 1:30 PM PLASTIC SURGERY 408-851-1400

## What's Next

**JUL 20 2023** — No Charge with FABIAN MIRANDA RCP
**Thursday July 20 1:30 PM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 2, Dept: 282

SLEEP LAB AMBULATORY
710 LAWRENCE EXPY
SANTA CLARA CA
95051-5173
408-851-2558

**JUL 21 2023** — Physical Therapy with ANGELA MARIE MENDOZA PT
**Friday July 21 4:40 PM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept: 174

REHABILITATION SVCS
710 LAWRENCE EXPY
SANTA CLARA CA
95051-5173
408-554-9810

**JUL 26 2023** — Office Visit with BRIAN POEU LEE MD
**Wednesday July 26 1:50 PM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 2

NEUROLOGY
1721 TECHNOLOGY DR
SAN JOSE CA
95110-1305
408-436-4370

## Today's Visit

You saw TODD ANDREW THEMAN MD on Wednesday July 19, 2023. The following issue was addressed: BILATERAL HAND PAIN.

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

Steven Weller (MRN: 110018429889) • Printed at 7/19/2023 2:06 PM
Page 1 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## 07/19/2023 - Office Visit in PLASTIC SURGERY (continued)

**After Visit Summary (continued)**

### What's Next (continued)

AUG 2 2023 — Consultation with KELEIGH J. SANCHEZ AUD
**Wednesday August 2 10:30 AM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

HEARING AID CENTER
2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
408-553-6900

AUG 10 2023 — Physical Therapy with AUDREY V SUCIU OT
**Thursday August 10 9:00 AM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 2, Dept. 290

PHYSICAL THERAPY-PLASTIC SURG
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1400

AUG 16 2023 — Office Visit with ERIN ALYSON DOBLER PA-C
**Wednesday August 16 3:00 PM**
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept. 148

SPORTS MEDICINE
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1850

### Today's Medication Changes as of July 19, 2023 2:06 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 07/20/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**medical leave date change**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho | Weller, Steven | 7/20/2023 9:59 AM |
| Last Read in kp.org<br>7/20/2023 2:46 PM by Steven Weller | | |

Ok

Irene Ho MD

**medical leave date change**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 7/20/2023 8:48 AM |

I have moved the date for my medical leave application to August 21 to allow time for doctors to figure out more about my hands.

Yesterday the hand surgeons passed me on to neurology and I have an appointment next week.

## 07/20/2023 - Patient Secure Message in SLEEP LAB AMBULATORY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Miranda, Fabian (Rcp) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SLEEP LAB AMBULATORY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2558 |

### Messages

**CPAP Machine**

| From | To | Sent and Delivered |
|---|---|---|
| Fabian (Rcp) Miranda | Weller, Steven | 7/20/2023 1:51 PM |
| Last Read in kp.org<br>7/20/2023 2:46 PM by Steven Weller | | |

Dear Steven Weller,

A CPAP has been issued to you from Apria through Kaiser Santa Clara Outpatient Sleep Lab.

Your success in using this equipment is important to us. Here are some steps to make your use a success:

Try to wear your cpap every night. Your body will become more used to the treatment the more you wear it.
Practice using your cpap during waking hours (while watching TV, reading, etc).
It is possible that you may not sleep any better in the first few weeks of cpap therapy than before using cpap. You may toss and turn and wake up more frequently as your body adjusts to the treatment.
It can take 3-4 months to get used to cpap therapy. Remember that cpap is used to decrease your risk for heart attack and stroke.

Your CPAP equipment needs to be cleaned weekly. Please wash your tube, headgear and nasal pillows (or mask) with warm water and liquid dish soap (Joy, Ivory, Palmolive).
Your white filter should be checked monthly and changed when dirty. It is recommended to change it every 2-3 months. Six filters may be ordered every six months if you are eligible for DME coverage.

Please note that there is no return or refund for cpap equipment.

If you have any questions, you may call our office at 408-851-2558.

Best regards,
Kaiser Permanente Santa Clara Sleep Department

# 07/20/2023 - Allied Health/Nurse Visit in SLEEP LAB AMBULATORY

## Visit Information

### Provider Information

**Encounter Provider**

Miranda, Fabian (Rcp)

### Department

| Name | Address | Phone |
|---|---|---|
| SLEEP LAB AMBULATORY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2558 |

## Reason for Visit

### Chief Complaint

- SLEEP APNEA

### Visit Diagnosis

- **SLEEP DISORDER CARE OR CARE MANAGEMENT (primary) [Z71.89]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Modify | **SLEEP DISORDER CARE OR CARE MANAGEMENT (primary)** | Z71.89 | Miranda, Fabian (Rcp) | 07/20/2023 1351 |
| Modify | **SLEEP DISORDER CARE OR CARE MANAGEMENT (primary)** | Z71.89 | Releaseauto, Background User | 07/20/2023 1350 |
| Add | **SLEEP DISORDER CARE OR CARE MANAGEMENT (primary)** | Z71.89 | Miranda, Fabian (Rcp) | 07/20/2023 1349 |

## Clinical Notes

### Unknown

#### Progress Notes by Miranda, Fabian (Rcp) at 7/20/2023 1345

**Version 1 of 1**

Author: Miranda, Fabian (Rcp)
Service: —
Author Type: THERAPIST, RESPIRATORY
Filed: 7/20/2023 1:53 PM
Encounter Date: 7/20/2023
Creation Time: 7/20/2023 1:45 PM
Status: Signed
Editor: Miranda, Fabian (Rcp) (THERAPIST, RESPIRATORY)

Patient seen currently using S10 CPAP unit with settings 8-12cMH20 with AHI 2.5/hr and 90%pressure of 11.5cmH20, patient CPAP is stating Motor Life has exceeded expectancy. Patient would like to get new CPAP, eligible for new unit, dispensed S11 CPAP unit with 8-12cmH20 settings, with no mask, patient will order his mask unsure what mask he is using but it does attach to his head, unsure if it is the P20i or N30i, patient does not want the Airfit P10 for him. Explained cleaning and ordering of CPAP supplies.
Orders conveyed through department-approved policies and procedures.

**Procedure Orders Placed This Encounter**

Procedures

- CPAP, INITIATION AND MGMT, LONG TERM
- PAP DATA RETRIEVAL (RESP THER)

Diagnoses:

## 07/20/2023 - Allied Health/Nurse Visit in SLEEP LAB AMBULATORY (continued)

**Clinical Notes (continued)**

| | | ICD-10-CM |
|---|---|---|
| **1.** | **SLEEP DISORDER CARE OR CARE MANAGEMENT** | **Z71.89** |

Electronically signed by Miranda, Fabian (Rcp) at 7/20/2023 1:53 PM

**Imaging**

**Sleep Study**

**CPAP, INITIATION AND MGMT, LONG TERM [1540314816] (Expired)**

Electronically signed by: **Miranda, Fabian (Rcp) on 07/20/23 1350** Status: **Expired**
Ordering user: Miranda, Fabian (Rcp) 07/20/23 1350 Authorized by: Dailey, Thomas Matthew (M.D.)
Ordering mode: Standard
Frequency: Routine 07/20/23 - Class: Normal
Quantity: 1
Diagnoses
SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Dailey, Thomas Matthew (M.D.) | 1114003043 |
| Miranda, Fabian (Rcp) | 1538633292 |

**Indications**

SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89 (ICD-10-CM)]

**PAP DATA RETRIEVAL (RESP THER) [1540314817] (Final result)**

Electronically signed by: **Miranda, Fabian (Rcp) on 07/20/23 1350** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Miranda, Fabian (Rcp) 07/20/23 1350 Authorized by: Dailey, Thomas Matthew (M.D.)
Ordering mode: Standard
Frequency: Routine 07/20/23 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Dailey, Thomas Matthew (M.D.) | 1114003043 |
| Miranda, Fabian (Rcp) | 1538633292 |

**PAP DATA RETRIEVAL (RESP THER) [1540314817]** Resulted: 07/20/23 1350, Result status: Final result

Order status: Completed Filed by: Releaseauto, Background User 07/20/23 1350
Performed: 07/20/23 1350 - 07/20/23 1350 Accession number: 12205082310

**PAP DATA RETRIEVAL (RESP THER) [1540314817]** Resulted: 07/20/23 1350, Result status: In process

Order status: Completed Filed by: Releaseauto, Background User 07/20/23 1350
Performed: 07/20/23 1350 - 07/20/23 1350 Accession number: 12205082310

## 07/20/2023 - Allied Health/Nurse Visit in SLEEP LAB AMBULATORY (continued)

### Imaging (continued)

#### Indications

SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89 (ICD-10-CM)]

### Other Orders

#### DME

**CPAP, SELF TITRATING, STANDARD (DME) [1540314818] (Active)**

Electronically signed by: **Miranda, Fabian (Rcp) on 07/20/23 1351** Status: **Active**
Ordering user: Miranda, Fabian (Rcp) 07/20/23 1351 Authorized by: Poon, Charles (M.D.)
Ordering mode: Standard
Cosigning events
Electronically cosigned by Poon, Charles (M.D.) 07/20/23 1401 for Ordering
Frequency: Routine 07/20/23 - Class: DME Referral
Quantity: 1
Diagnoses
SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Miranda, Fabian (Rcp) | 1538633292 |
| Poon, Charles (M.D.) | 1245475334 |

**Questionnaire**

| Question | Answer |
|---|---|
| Type of Order | New |
| Delivery Priority | Routine |
| Is this new or replacement under warranty? | New with Humidifier (E0562), Tubing/Hose (A7037) , and Filters (A7038) |
| Type of device? | Standard |
| Enter Name of device | Resmed S11 |
| Settings? | 8-12 |
| CPAP Delivery type? | Closet |
| Mask type? | Mask - do not supply (Continue current mask) |
| Delivery Type? | Home |
| Amount Requested? | KP Standard Amount |

Order comments: Orders in this field will not be processed.

**Indications**

SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89 (ICD-10-CM)]

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 7/20/2023 1:30 PM SLEEP LAB AMBULATORY 408-851-2558

## Today's Visit

You saw FABIAN MIRANDA RCP on Thursday July 20, 2023.

## What's Next

### Physical Therapy

With: ANGELA MARIE MENDOZA PT
Date: Friday July 21, 2023
Time: 4:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community

Floor 1, Dept. 174

### Office Visit

With: BRIAN POEU LEE MD
Date: Wednesday July 26, 2023
Time: 1:50 PM
Where to go: NEUROLOGY
Address: 1721 TECHNOLOGY DR.
SAN JOSE CA 95110-1305
Phone: 408-436-4370

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community

Floor 2

### Consultation

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday August 2, 2023
Time: 10:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community

**After Visit Summary (continued)**

## What's Next (continued)

### Physical Therapy
With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

### Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

### Stay Connected!
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of July 20, 2023 1:53 PM
No changes were made to your prescriptions during this visit.

## Medications Marked As Taking
No Medications Marked As Taking

**For informational purpose:**
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 07/20/2023 - Office Visit in SILENT SCHEDULING DEPARTMENT

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| SILENT SCHEDULING DEPARTMENT | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1000 |

### Imaging

**Sleep Study**

**PAP DATA RETRIEVAL (RESP THER) [1540314817] (Final result)**

Electronically signed by: **Miranda, Fabian (Rcp) on 07/20/23 1350**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Miranda, Fabian (Rcp) 07/20/23 1350
Authorized by: Dailey, Thomas Matthew (M.D.)
Ordering mode: Standard
Ordered during: Allied Health/Nurse Visit on 07/20/2023
Frequency: Routine 07/20/23 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Dailey, Thomas Matthew (M.D.) | 1114003043 |
| Miranda, Fabian (Rcp) | 1538633292 |

**PAP DATA RETRIEVAL (RESP THER) [1540314817]**    Resulted: 07/20/23 1350, Result status: Final result

Order status: Completed
Filed by: Releaseauto, Background User 07/20/23 1350
Performed: 07/20/23 1350 - 07/20/23 1350
Accession number: 12205082310

**PAP DATA RETRIEVAL (RESP THER) [1540314817]**    Resulted: 07/20/23 1350, Result status: In process

Order status: Completed
Filed by: Releaseauto, Background User 07/20/23 1350
Performed: 07/20/23 1350 - 07/20/23 1350
Accession number: 12205082310

**Indications**

SLEEP DISORDER CARE OR CARE MANAGEMENT [Z71.89 (ICD-10-CM)]

## 07/21/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 07/21/2023 1644 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 7/21/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 7/21/2023 1640**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 7/21/2023 5:18 PM Encounter Date: 7/21/2023 Creation Time: 7/21/2023 4:40 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/21/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/21/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/21/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/21/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/21/2023**

Treatment may include:

- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 3/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:

History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 4/5 (work stress)

Current Resting Pain/Symptoms: 1-2/10 (right hip), at its worst in the last two weeks 3/10
Observation: Unremarkable
Patient is consistent with HOME EXERCISE PROGRAM 2X/day
Grocery store trip less 5-15 minutes and had increased pain
Patient reports dull stinging in the hands

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |

| | |
|---|---|
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

Functional Testing (L4-S1)

| Functional Test | Innervation Level | Completed (Yes/No) |
|---|---|---|
| Heel Walking | L4-L5 | yes |
| Toe Walking | S1 | yes |
| Straight leg raise | L4-S1 | yes |

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |

| | |
|---|---|
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

Patient tolerated treatment well.

Patient Education/Home Exercise Instruction:
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/21/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

==========================================================
Therapeutic exercise for 40 minutes
Total time: 40 minutes

**Physical Medicine Notes (continued)**

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient progressing towards goals as indicated by improved tolerance to exercises today

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with strengthenng

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 7/21/2023 5:18 PM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314819] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/21/23 1718** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/21/23 1718 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/21/23 - Class: Back Office
Quantity: 3
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

7/21/2023 4:40 PM REHABILITATION SVCS 408-554-9810

### Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday July 21, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

### What's Next

Office Visit
With: BRIAN POEU LEE MD
Date: Wednesday July 26, 2023
Time: 1:50 PM
Where to go: NEUROLOGY
Address: 1721 TECHNOLOGY DR.
SAN JOSE CA 95110-1305
Phone: 408-436-4370

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2

Physical Therapy
With: ANGELA MARIE MENDOZA PT
Date: Friday July 28, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Consultation
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday August 2, 2023
Time: 10:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

**After Visit Summary (continued)**

## What's Next (continued)

### Physical Therapy
With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

### Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

### Stay Connected!
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of July 21, 2023 5:18 PM
No changes were made to your prescriptions during this visit.

## Medications Marked As Taking
No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 07/25/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**cubital tunnel syndrome**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler | Weller, Steven | 7/26/2023 5:25 PM |
| Last Read in kp.org<br>8/5/2023 10:12 AM by Steven Weller | | |

Hi Steven,
Night splinting is best. Suppose you could try physical therapy if it isn't improving over the next few weeks.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**cubital tunnel syndrome**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 7/25/2023 9:05 AM |

My visit with the hand surgeon last week identified cubital tunnel syndrome as an issue with my left elbow. I now have an elbow brace I have started wearing at night.

Beyond not flexing my left elbow more than necessary, is there anything else I should be doing to help my left elbow recover ?

# 07/26/2023 - Office Visit in NEUROLOGY

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

## Reason for Visit

### Chief Complaint

- HAND PAIN (Bilateral hand pain)

### Visit Diagnosis

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 07/26/2023 1416 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 7/26/2023 | Lee, Brian Poeu (M.D.) | | 1 |

## Clinical Notes

### Unknown

#### Progress Notes by Lee, Brian Poeu (M.D.) at 7/26/2023 1719

Version 1 of 1

Author: Lee, Brian Poeu (M.D.) Service: — Author Type: Physician
Filed: 7/26/2023 5:22 PM Encounter Date: 7/26/2023 Creation Time: 7/26/2023 5:19 PM
Status: Signed Editor: Lee, Brian Poeu (M.D.) (Physician)

Neurology Clinical Documentation

Briefly, Mr. Weller is a 61 year-old right-handed man who presents with bilateral hand pain. He notes that this is largely in the palms and all the fingers, and that it can at times be into the anterior forearms bilaterally. It is worse with repetitive motion and yet his NCS appears to be negative.

A detailed neurologic examination finds no APB weakness to suggest median nerve and no ulnar myotomal distribution weakness. Strength elsewhere is likewise normal.

## 07/26/2023 - Office Visit in NEUROLOGY (continued)

**Clinical Notes (continued)**

Atypical pattern of hand pain. We will pursue C-spine MRI imaging studies next. In the meantime, trial of Lyrica.

Electronically signed by Lee, Brian Poeu (M.D.) at 7/26/2023 5:22 PM

### Imaging

#### Imaging

**MR SPINE [1540314820] (Completed)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 07/26/23 1424** Status: **Completed**
Ordering user: Lee, Brian Poeu (M.D.) 07/26/23 1424 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 07/26/23 - Class: Normal
Quantity: 1 Released by: Lee, Brian Poeu (M.D.) 07/26/23 1424
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

### Other Orders

#### Medications

**Pregabalin (LYRICA) 75 mg Oral Cap [1540314821] (Active)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 07/26/23 1424** Status: **Active**
Ordering user: Lee, Brian Poeu (M.D.) 07/26/23 1424 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: BID 07/26/23 - 01/25/24 Class: Fill Now
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 64980-412-09

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

**After Visit Summary (continued)**

After Visit Summary (below)

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

7/26/2023 1:50 PM NEUROLOGY 408-436-4370

Instructions from BRIAN POEU LEE MD

Your medications have changed today

**See your updated medication list below for details.**

Pick up these medications at SKP MAIN

- Pregabalin 75 mg Cap

Address: 1721 Technology Dr, 1st Fl, SAN JOSE CA 95110
Hours: M - F 08:30 - 17:30
Phone: 408-436-3345

Imaging ordered today
MR SPINE
Complete as directed

### Today's Visit

You saw BRIAN POEU LEE MD on Wednesday July 26, 2023.

Blood Pressure
140/88

Pulse
64

### What's Next

Physical Therapy
With: ANGELA MARIE MENDOZA PT
Date: Friday July 28, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Steven Weller (MRN: 110018429889) • Printed at 7/26/2023 5:22 PM Page 1 of 3 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## What's Next (continued)

### Consultation
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday August 2, 2023
Time: 10:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Physical Therapy
With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

### Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

### Stay Connected!
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes

**After Visit Summary (continued)**

## Today's Medication Changes (continued)

ⓘ **Accurate as of July 26, 2023 5:22 PM.**
If you have any questions, ask your nurse or doctor.

### Start taking these medications

**Pregabalin** 75 mg Cap
Commonly known as: Lyrica
Take 1 capsule by mouth 2 times a day

Started by: BRIAN POEU LEE MD

### Medications Marked As Taking

**Pregabalin (LYRICA) 75 mg Oral Cap** Take 1 capsule by mouth 2 times a day

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Vitals**

## 07/26/2023 - Office Visit in NEUROLOGY (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 7/26/2023 1:43 PM

| BP | Pulse |
|---|---|
| 140/88 (Site: Right Arm, Position: Sitting) | 64 |

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
1721 TECHNOLOGY DR.
SAN JOSE CA 95110-1305

**Patient Name:** Weller,Steven
**Encounter Date:** 7/26/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 8/18/2023 through 10/18/2023

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 07/27/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Pregabalin feedback**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/13/2023 3:45 PM by Steven Weller | Weller, Steven | 7/29/2023 8:11 AM |

Mr. Weller,

Thank you for your email. I am glad to hear that the pregabalin is helping a bit. Let's keep to this medication then at the current dose and continue to observe. I see that you have set up your MRI appointment as well, so we can see what that shows.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>7/28/2023 8:54 AM by Steven Weller | Weller, Steven | 7/27/2023 8:14 PM |

Thank you for your message. I'll be out of the office through 7/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

## 07/27/2023 - Patient Secure Message in NEUROLOGY (continued)

**Messages (continued)**

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Pregabalin feedback**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 7/27/2023 8:14 PM |

I started taking Pregabalin this morning. It had a noticeable effect within a couple of hours.

I was able to get more work done today than usual. My hands hurt, but the level of pain was much reduced and I needed less rest. It's the same stinging pain in the same areas, but capped at a lower level.

I'm feeling a degree of "slowness" and general fatigue, but no other side effects.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 7/28/2023

# 07/28/2023 - Patient Secure Message in RADIOLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Melot, Erica Michelle (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| RADIOLOGY | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

**Messages**

**Santa Clara Kaiser Radiology**

| From | To | Sent and Delivered |
|---|---|---|
| Erica Michelle (M.A.) Melot | Weller, Steven | 7/28/2023 10:33 AM |

Last Read in kp.org
7/28/2023 2:18 PM by Steven Weller

Dear Mr. Weller,

Your Doctor/Care Provider has referred you for an imaging exam. To make an appointment by phone, please call us at 408-851-5020, 8 AM to 5 PM Monday through Friday.

To prepare for your exam, please read the important information below.

MRI INSTRUCTIONS: Test Overview
Magnetic resonance imaging (MRI) is a test that uses a magnetic field and pulses of radio wave energy to make pictures of the structures inside the body. In many cases, MRI can show problems that cannot be seen with other imaging methods.
For an MRI test, your body is placed inside a special machine that contains a strong magnet. Pictures from an MRI scan are digital images that can be saved and stored on a computer for further study. In some cases, a contrast material may be used during the MRI scan to show certain structures more clearly. Please notify your personal physician of the presence of aneurysm clips or pacemaker. This may prevent you from receiving this exam.
To avoid rescheduling of your appointment please follow the preparation instructions below.

If you leave your provider’s office with a scheduled Radiology appointment and a preparation is needed, follow the preparation given to you. If no preparation is given to you, none is needed.

If your appointment will be booked by Radiology, preparation instructions will be given at the time of scheduling.

If you have an infusion port, please make sure you have informed the appointment scheduler to ensure proper scheduling of your appointment.

If you need to cancel or reschedule your appointment, please call (408) 851-5020.

ADDITIONAL INFORMATION:
Please arrive 15-30 minutes before your scheduled appointment time.

For your safety and the safety of your child, please do not bring children to your appointment, or your exam will need to be rescheduled. Per department policy, we do not provide childcare.

## 07/28/2023 - Patient Secure Message in RADIOLOGY (continued)

**Messages (continued)**

Depending on your health plan, you may be asked to make a payment or deposit when you check in on the day of your procedure.

MAKING YOUR PAYMENT
You may pay by credit card (Visa, MasterCard, American Express, or Discover Card), personal check, or cash, or you may use your ATM/debit card.

IF YOU HAVE A DEDUCTIBLE PLAN
If you have a deductible plan, you may be asked to pay a deposit toward the full amount of the charges for your visit. After your visit, you will receive a bill for the remainder of the balance, based on the procedure performed and specific benefits of your plan. To find out what the full amount will be, visit us at kp.org/memberestimates or call 1-800-390-3507, weekdays from 7 a.m. to 5 p.m., and select option 2.

IF YOU DO NOT HAVE A DEDUCTIBLE PLAN
If you do not have a deductible plan and have questions about your benefits or want to know your payment amount for your procedure, visit us at kp.org/memberestimates or call our Member Service Call Center at 1-800-464-4000 or 1-800-777-1370 (TTY for the deaf, hard of hearing, or speech impaired), weekdays from 7 a.m. to 7 p.m. and weekends from 7 a.m. to 3 p.m.

If you need financial assistance Kaiser Permanente offers financial assistance. If you are concerned about your ability to pay your cost share or deductible deposit, or if you do not have health insurance, our Medical Financial Assistance and Discount Payment Program may be able to help. For more information or to obtain an application, log on to our Web site at kp.org/mfa. You may also call toll free at 1-866-399-7696, weekdays from 8 a.m. to noon and 1 to 5 p.m., or you may speak with one of our local Kaiser Permanente financial counselors.

The Santa Clara Kaiser radiology department is located at:

Kaiser Permanente Medical Center, Hospital Building
1st floor, Radiology Department 104
700 Lawrence Expressway
Santa Clara, Ca 95051

## 07/28/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

#### Provider Information

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY

#### Visit Diagnosis

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 07/28/2023 0908 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97116 | THER PX 1/> AREAS EA 15 MIN GAIT TRAINJ W/STAIR | 7/28/2023 | Mendoza, Angela Marie (P.T.) | GP | 2 |
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 7/28/2023 | Mendoza, Angela Marie (P.T.) | GP | 1 |

### Physical Medicine Notes

#### THERAPIST, PHYSICAL

**Progress Notes by Mendoza, Angela Marie (P.T.) at 7/28/2023 0906**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 7/28/2023 9:45 AM Encounter Date: 7/28/2023 Creation Time: 7/28/2023 9:06 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/28/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 7/28/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 7/28/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 7/28/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/28/2023**

Treatment may include:

- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 4/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:

History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 4/5 (work stress)

Current Resting Pain/Symptoms: 1-2/10 (right hip), at its worst in the last two weeks 3/10
Observation: Unremarkable
Patient is consistent with HOME EXERCISE PROGRAM 2X/day
Walking in a store 60 minutes and had increased pain
Patient reports dull stinging in the hands
Patient reports feeling sluggish and sleepy yesterday

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of | WITHIN NORMAL LIMITS, tightness |

| | |
|---|---|
| Motion | with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 15 minutes

- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated treatment well.

Gait Training for 25 minutes
Intermittent gait trials with variety of stretches in between 2 minute increments. Patient educated on corner management to decrease stress into the hip.

Patient required max verbal cues. Tolerated walking more with seated piriformis stretch and standing quad stretch

Patient Education/Home Exercise Instruction:
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/28/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

=======================================================
Therapeutic exercise for 15 minutes
Gait for 25 minuntes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient progressing towards goals as indicated by improved tolerance to gait training

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with strengthenng

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 7/28/2023 9:45 AM

## Procedures

### Procedures

#### GAIT TRNG W STAIR CLIMBING BY INDIV PROVIDER EA 15 MIN [1540314822] (Active)

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/28/23 0945** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/28/23 0945 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/28/23 - Class: Back Office
Quantity: 2
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

#### EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314823] (Active)

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/28/23 0945** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/28/23 0945 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/28/23 - Class: Back Office
Quantity: 1
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

## 07/28/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## 07/28/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 7/28/2023 9:00 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday July 28, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

### Done Today

GAIT TRAINING
THERAPEUTIC EXERCISES

## What's Next

### Consultation

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday August 2, 2023
Time: 10:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Physical Therapy

With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

### Physical Therapy

With: ANGELA MARIE MENDOZA PT
Date: Friday August 11, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## What's Next (continued)

### Office Visit

With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

### MRI

Date: Sunday August 20, 2023
Time: 7:00 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of July 28, 2023 9:45 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## 07/30/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/4/2023 12:17 PM by Steven Weller | Weller, Steven | 7/30/2023 6:41 PM |

Thank you for your message. I'll be out of the office through 7/31/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Day four of Pregabalin**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 7/30/2023 6:41 PM |

More feedback after taking it for four days.

I'm able to do a lot more with my hands. Over the last two days I spent about six hours working in spreadsheets, something I could never have done before. I'd have lasted about six minutes. Hands still sting, particularly the left one, enough to be distracting. Quite a lot of stiffness in my left hand too, making it hard to use.

**Messages (continued)**

My muscle memory is really messed up. Typing results in a huge number of mistakes and I find body movement often feels really weird. The wooziness has subsided. Occasional dry mouth. My hip and elbow feel better then they did. I'm more active that I was and my mood has improved, though the drug seems to affect my mood negatively at times.

## 08/02/2023 - Office Visit in HEARING AID CENTER.

### Visit Information

**Provider Information**

**Encounter Provider**

Sanchez, Keleigh J. (Au.D)

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Reason for Visit

**Chief Complaint**

- HEARING AID CONSULTATION

**Visit Diagnosis**

- **BILAT SENSORINEURAL HEARING LOSS (primary) [H90.3]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT SENSORINEURAL HEARING LOSS (primary)** | H90.3 | Sanchez, Keleigh J. (Au.D) | 08/02/2023 1238 |

### Clinical Notes

**Unknown**

**Progress Notes by Sanchez, Keleigh J. (Au.D) at 8/2/2023**

**Version 1 of 1**

Author: Sanchez, Keleigh J. (Au.D) Service: — Author Type: AUDIOLOGIST
Filed: 8/2/2023 12:38 PM Encounter Date: 8/2/2023 Creation Time: 8/2/2023 11:27 AM
Status: Signed Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

HEARING AID CENTER - INITIAL CONSULT - 2000ea

Steven Weller is a 61 Y male, with severe sensorineural hearing loss bilaterally.
Long hx of wearing hearing aids. Current set purchase din 2017 (Resound)
Using batteries now but ok with rechargeable.
Prefers soft molds with canal locks. Has retention issues with the right. Advised helix lock.
Has HP wires.
Hates all the automatic features that default. Dislikes frequency compression.
Currently has Smart 3D app with All Around, restaurant, Music, outdoors

Her reports that he's really picky about certain things with the aids/molds.
Reminded him that the HAO is one hour and CK2 is 30 min.
He is welcome to email me his questions so I can answer some of them via email to conserve time.

Patient describes difficulty with: most situations in background noise
Has the patient worn hearing aids before (If yes, describe)? yes: see above
Discussed: style, sizes and technology.
Patient chose: advanced digital, Style - BTE and binaural.

## 08/02/2023 - Office Visit in HEARING AID CENTER. (continued)

**Clinical Notes (continued)**

Ear mold impression: ear mold impression taken without incident.

**Order placed for: Resound, Omnia 9 mini R, graphite 77, ric2 HP, soft mold with lock and helix lock. Premium charger**

Hearing Aids:
Laterality: bilateral
Manufacturer: HA Manufacturers: GN ReSound
Style: HA Styles: RIC
Color: graphite
Battery: Rechargeable Lithium Ion

Acoustic Coupling:
Manufacturer: resound
Receiver Size: 2HP
Dome Size: n/a
Style: long, deep canal, canal lock and helix lock
Material: soft
Vent: AOV
Color: clear

Accessories:
Premium charger

Return fit in September
HAO 9/6 and CK2 9/20

Electronically signed by Sanchez, Keleigh J. (Au.D) at 8/2/2023 12:38 PM

**Procedures**

**Procedures**

**EXAM AND SELECTION, HEARING AID BINAURAL [1540314824] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 08/02/23 1238** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 08/02/23 1238 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 08/02/23 - Class: Back Office
Quantity: 1
Diagnoses
BILAT SENSORINEURAL HEARING LOSS [H90.3]

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

BILAT SENSORINEURAL HEARING LOSS [H90.3 (ICD-10-CM)]

## 08/02/2023 - Office Visit in HEARING AID CENTER. (continued)

**Procedures (continued)**

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

8/2/2023 10:30 AM · HEARING AID CENTER 408-553-6900

### Today's Visit

You saw KELEIGH J. SANCHEZ AUD on Wednesday August 2, 2023.

Done Today
HEARING AID EXAM, BINAURAL

### What's Next

**Physical Therapy**
With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

**Physical Therapy**
With: ANGELA MARIE MENDOZA PT
Date: Friday August 11, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

**Office Visit**
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

## 08/02/2023 - Office Visit in HEARING AID CENTER. (continued)

**After Visit Summary (continued)**

### What's Next (continued)

**MRI**
Date: Thursday August 24, 2023
Time: 3:40 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

**Orientation**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of August 2, 2023 12:38 PM

No changes were made to your prescriptions during this visit.

Medications Marked As Taking
No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

# 08/03/2023 - Pharmacy Initiated Order in ADMINISTRATION

## Visit Information

### Department

| Name | Address | Phone |
|---|---|---|
| ADMINISTRATION | 1800 HARRISON STREET<br>Oakland CA 94612-3466 | 510-987-1000 |

## Other Orders

### Medications

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste [1540314825] (Discontinued)**

Electronically signed by: **Pharmacy, User on 05/05/23 0000**
Status: **Discontinued**
Ordering user: Pharmacy, User 05/05/23 0000
Authorized by: NON-CPM PHARMACY PROVIDER
Ordering mode: Standard
Frequency: 05/05/23 - 09/29/23
Class: File
Discontinued by: Pharmacy, User 09/29/23 1635 [Replaced by Pharmacy]

**Provider Details**

| Provider | NPI |
|---|---|
| NON-CPM PHARMACY PROVIDER | 1606530008 |
| PHARMACY USER | — |

Package: 11527-704-42
Reordered from: Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste

## 08/04/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Further pregabalin feedback**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/4/2023 10:46 AM |

The pregabalin seems to prevent the exponential increase of pain caused by use of my hands. I have not experienced the extreme sensitivity to touch despite using my hands significantly more than I was able to before. I can feel the underlying (suppressed) stinging.

I still have substantial pain when I work and have to take breaks, but recovery to a tolerable level is faster and more predictable. I'm getting more done but still paying for it in pain, albeit at lower levels.

The lasting side effects seem to be limited to dryish mouth. I'm also very aware of an overall lowering of sensitivity/numbing across my entire skin surface and that's a feeling I'd really like to not have.

## 08/04/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Pregabalin additional**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee | Weller, Steven | 8/10/2023 8:35 AM |

Last Read in kp.org
8/13/2023 3:44 PM by Steven Weller

Mr. Weller,

Thank you for your email update with observations. I am glad to hear that there is some degree of improvement. Let's continue with the Lyrica (pregabalin) then, and see what the MRI can tell us.

Take care,

Dr. Lee

**Pregabalin additional**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/4/2023 12:19 PM |

I also still get the cold feeling in my hands that is associated with the pain

## 08/05/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### Re: Health update

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 8/9/2023 6:25 PM |

Booked, but the earliest available was Sept 2nd.

#### Health update

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>8/9/2023 6:24 PM by Steven Weller | Weller, Steven | 8/9/2023 12:35 PM |

Hi Steven,
I've ordered the MRI for the R hip and you may book this online or call 408-851-5020. I will contact you with the results the week after you have the test done.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

#### Health update

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 8/8/2023 5:12 AM |

Yes to the MRI.

#### Health update

| From | To | Sent and Delivered |
|---|---|---|

**08/05/2023 - Patient Secure Message in SPORTS MEDICINE (continued)**

**Messages (continued)**

| | | |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>8/8/2023 5:10 AM by Steven Weller | Weller, Steven | 8/7/2023 2:19 PM |

Hi Steven,
Dr. Diaz mentioned getting an MRI of the R hip for further evaluation. Would you like to do that?

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Health update**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 8/5/2023 10:29 AM |

Activity level
I have been working from home and was getting around in the house doing normal things during the day, but...

Hips
Right hip is becoming very painful and today I've started using a wheelchair again. It feels like it did before I had the steroid shot. Left hip has been very good. Pain free at my current activity level.

Left elbow
Slowly improving. I'm splinting at night and being careful with it during the day. Sometimes I feel no pain at all, which is new.

Right shoulder
Has not been bothering me. I'm still being careful with it.

Hands
The pregabalin has reduced the horrible pain and high sensitivity to a low level. I still have significant pain with use and need to rest, but recovery is hours not days. A lot of stiffness in the left hand. I have OT starting soon

Medical leave
Is a go. I start August 21. Duration uncertain, but at least 4 weeks

I'm taking pregabalin and meloxicam daily.

## 08/09/2023 - Ancillary Orders in SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Reason for Visit

#### Visit Diagnosis

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Dobler, Erin Alyson (P.A.-C) | 08/09/2023 1219 |

### Imaging

#### Imaging

**MR HIP BONY PELVIS [1540314826] (Completed)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 08/09/23 1219** Status: **Completed**
Ordering user: Dobler, Erin Alyson (P.A.-C) 08/09/23 1219 Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: Routine 08/09/23 - Class: Normal
Quantity: 1 Released by: Dobler, Erin Alyson (P.A.-C) 08/09/23 1219
Diagnoses
OSTEOARTHRITIS OF RIGHT HIP [M16.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**Indications**

OSTEOARTHRITIS OF RIGHT HIP [M16.11 (ICD-10-CM)]

## 08/10/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Suciu, Audrey V (O.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL THERAPY-PLASTIC SURG | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- OCCUPATIONAL THERAPY

**Visit Diagnosis**

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Suciu, Audrey V (O.T.) | 08/10/2023 1235 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97165 | OCCUPATIONAL THERAPY EVAL LOW COMPLEX 30 MINS | 8/10/2023 | Suciu, Audrey V (O.T.) | GO | 1 |
| 97760 | ORTHOTICS MGMT & TRAINJ INITIAL ENCTR EA 15 MINS | 8/10/2023 | Suciu, Audrey V (O.T.) | GO | 2 |
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 8/10/2023 | Suciu, Audrey V (O.T.) | GO | 2 |

### Physical Medicine Notes

**THERAPIST, OCCUPATIONAL**

**Progress Notes by Suciu, Audrey V (O.T.) at 8/10/2023 1044**

**Version 1 of 1**

Author: Suciu, Audrey V (O.T.) Service: — Author Type: THERAPIST, OCCUPATIONAL
Filed: 8/10/2023 12:35 PM Encounter Date: 8/10/2023 Creation Time: 8/10/2023 10:44 AM
Status: Signed Editor: Suciu, Audrey V (O.T.) (THERAPIST, OCCUPATIONAL)

PLAN OF CARE - established on 8/10/2023
Patient referred to Occupational Therapy via eConsult on 7/10/23
Referring Provider: J. Bertozzi, PA
Referring Diagnosis: bilateral hand pain
Rehabilitation Potential: fair due to amount of time symptoms have been present.
Treatment Goals: Reduce bilateral hand pain to 2/10 in 3 mos.
Restore full left hook grasp in 12 weeks
Treatment to include: custom orthotic fabrication
therapeutic exercise

Frequency and Duration of Treatment: 5 times over 12 weeks
Re-certification due: n/a
===========================================
OCCUPATIONAL THERAPY EVALUATION
Visit #1
Prompt: no

SUBJECTIVE
Steven Weller is a 61 Y male who is right handed. He is an engineer and works at Apple.
Hx: bilateral hand pain for many years. He has been working on computers for many years.
Agg: strong hand pain after working for 3-4 hours.
Ease: rest, meds.
Using left elbow extension splint and left wrist support splint at night which seem to help.
Time off work: pain subsides.
Patient goal: wants the hand pain to stop and wants a diagnosis.
OBJECTIVE EXAM
Hand strength: right hand: 100 lbs. left hand: 80 lbs.
Pain in left hand: 4-5/10 after working a few hours on computer.
Pain in right hand: 4/10 after working a few hours on his computer or with an IPAD.
Pain is in palm and in fingers.
No weakness of FDS, FDP nor of thumb musculature.
negative Phalen's test, Finkelstein's test: negative
negative Grind test left thumb
+ pain in left elbow at the cubital tunnel with palpation, but no ulnar sided numbness in left hand.
Sensory: no numbness reported.
EMG: no abnormalities noted.
Left hand hook grasp: IF-SF with 1-1.5 inches loss (excursion to palm) PROM: full flexion present with strong PROM.

<u>Occupational therapy treatment intervention:</u>
**Orthotic Fabrication:** left hand orthosis, forearm based, fabricated with wrist in neutral, fingers and thumb supported fully, thumb in abduction. It will be worn nights, and for periods of rest after working on his computer for an hour or so.
**Therapeutic Exercise:** we worked on exercises to be practiced at home daily involving hook, partial and full fist with emphasis on left hand hook grasp. I demonstrated to Steven, how to push upon his fingers in PROM, to fully achieve joint ROM.
Work on intrinsic muscle strengthening with therapy putty which will be purchased for home use.
He will also use the putty for full fist grasping with each hand.
We discussed importance of cardio exercise but that is limited now because of hip pain. (He did walk miles per day).
========================================================
Therapeutic Treatment
Evaluation: 20 minutes
orthotic fabrication: 30 minutes
therapeutic exercise: 30 minutes
total treatment time: 80 minutes

A: The patient suffers from bilateral hand pain. He is comfortable in his orthosis.
He will work on his HEP and we will re-convene in a few weeks to check for progress in reduction of hand pain. He plans to take a few weeks off starting 8/21 for rest from computer use.
P: See goals above.
Follow up in a few weeks.

**Physical Medicine Notes (continued)**

Electronically signed by Suciu, Audrey V (O.T.) at 8/10/2023 12:35 PM

## Procedures

### Procedures

**OCCUPATIONAL THERAPY EVAL, LOW COMPLEXITY, FACE TO FACE [1540314827] (Active)**

Electronically signed by: **Suciu, Audrey V (O.T.) on 08/10/23 1235** Status: **Active**
Ordering user: Suciu, Audrey V (O.T.) 08/10/23 1235 Authorized by: Suciu, Audrey V (O.T.)
Ordering mode: Standard
Frequency: Today 08/10/23 - Class: Back Office
Quantity: 1
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Suciu, Audrey V (O.T.) | 1093862765 |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**ORTHOTIC FITTING AND TRNG, INIT, EA 15 MIN [1540314828] (Active)**

Electronically signed by: **Suciu, Audrey V (O.T.) on 08/10/23 1235** Status: **Active**
Ordering user: Suciu, Audrey V (O.T.) 08/10/23 1235 Authorized by: Suciu, Audrey V (O.T.)
Ordering mode: Standard
Frequency: Today 08/10/23 - Class: Back Office
Quantity: 2
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Suciu, Audrey V (O.T.) | 1093862765 |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314829] (Active)**

Electronically signed by: **Suciu, Audrey V (O.T.) on 08/10/23 1235** Status: **Active**
Ordering user: Suciu, Audrey V (O.T.) 08/10/23 1235 Authorized by: Suciu, Audrey V (O.T.)
Ordering mode: Standard
Frequency: Today 08/10/23 - Class: Back Office
Quantity: 2
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Suciu, Audrey V (O.T.) | 1093862765 |

## 08/10/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**Procedures (continued)**

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 8/10/2023 9:00 AM PHYSICAL THERAPY-PLASTIC SURG 408-851-1400

### Today's Visit

You saw AUDREY V SUCIU OT on Thursday August 10, 2023. The following issue was addressed: BILATERAL HAND PAIN.

Done Today

OCCUPATIONAL THERAPY EVAL, LOW COMPLEXITY, 30 MIN FACE TO FACE
ORTHOTIC FITTING AND TRAINING
THERAPEUTIC EXERCISES

### What's Next

Physical Therapy
With: ANGELA MARIE MENDOZA PT
Date: Friday August 11, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

## 08/10/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**After Visit Summary (continued)**

### What's Next (continued)

**Physical Therapy**
With: AUDREY V SUCIU OT
Date: Tuesday August 22, 2023
Time: 9:40 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

**MRI**
Date: Thursday August 24, 2023
Time: 3:40 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

**MRI**
Date: Saturday September 2, 2023
Time: 9:00 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

**Orientation**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

**After Visit Summary (continued)**

## What's Next (continued)

### Return Visit

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of August 10, 2023 12:35 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 08/11/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Remove | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 08/11/2023 0924 |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 08/11/2023 0923 |
| Diagnosis #2 | | | | |
| Modify | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 08/11/2023 0924 |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 08/11/2023 0923 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 8/11/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 8/11/2023 0905**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 8/11/2023 9:44 AM Encounter Date: 8/11/2023 Creation Time: 8/11/2023 9:05 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:

PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 8/11/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 8/11/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 8/11/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 8/11/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 8/11/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 5/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:
History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 4/5 (work stress)

Current Resting Pain/Symptoms: 3/10 (right hip), at its worst in the last two weeks 7-8/10 (more than 1 minute walking); 0/10 left hip
Observation: Presented in wheelchair with STANDARD POINT CANE not walking
Patient is consistent with HOME EXERCISE PROGRAM supine portion 2X/day
Walking in home no more than 5 steps.
Patient reports that he stopped taking the molaxicam on Monday and felt it leave his system, he is still taking lyrica. He reports more pain in the left elbow. Patient reports no longer feeling sluggish and sleepy, changes in vision. He reports that it is more difficult for him to speak, and has a slowing effect in his speech. He reports decreased sensation in BILATERAL LOWER EXTREMITIES and face

Patient reports dull stinging in the hands

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |

| | |
|---|---|
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated treatment well.

Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 08/11/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

**Physical Medicine Notes (continued)**

- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient demonstrated significant set back with regards to mobility, unable to take more than 5 steps without significant pain. PCP and care team alerted and PCP to follow up with patient

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Wait to progress patient after clearance with PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 8/11/2023 9:44 AM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314830] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 08/11/23 0944** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 08/11/23 0944 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 08/11/23 - Class: Back Office
Quantity: 3
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

## 08/11/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

AFTER VISIT SUMMARY KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 8/11/2023 9:00 AM REHABILITATION SVCS 408-554-9810

### Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday August 11, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

### What's Next

Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

Physical Therapy
With: AUDREY V SUCIU OT
Date: Tuesday August 22, 2023
Time: 9:40 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

MRI
Date: Thursday August 24, 2023
Time: 3:40 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

## 08/11/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

### What's Next (continued)

**Physical Therapy**
With: ANGELA MARIE MENDOZA PT
Date: Friday September 1, 2023
Time: 11:40 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

**MRI**
Date: Saturday September 2, 2023
Time: 9:00 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

**Orientation**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of August 11, 2023 9:44 AM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

**For informational purpose:**
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 08/13/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Re: Medical leave plan**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/16/2023 12:27 PM |

Friday 8/18 will be my last day of both tablets and Friday 8/25 will be my last day of one tablet.

**Medical leave plan**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/18/2023 11:06 AM by Steven Weller | Weller, Steven | 8/15/2023 3:02 PM |

Mr. Weller,

Thank you for your email. Let's reduce the Lyrica to one tablet at bedtime for one week, then stop the medication. I think giving your hands a rest is a good idea. Be sure to keep your wrist off of any surfaces. If symptoms do not improve at all in the next few weeks, wear wrist splints. Let's do the imaging studies as planned.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/14/2023 10:24 AM by Steven Weller | Weller, Steven | 8/13/2023 4:08 PM |

Thank you for your message. I’ll be out of the office through 8/14/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Medical leave plan**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/13/2023 4:08 PM |

I'll be starting medical leave 8/21, so I won't be trying to use my hands at the computer all day. What have you planned for me?

I'd like to taper off the pregabalin and rest my hands as much as I can to see how they feel and improve over time without use. Another reason for wanting off the pregabalin is that its desensitizing effect pretty much kills any sexual function. I still feel slowness in thinking and in my eye movements. How should I taper?

I have a bunch of hand exercises to do given to me by my OT that involve building strength, increasing ROM, and generally keeping things moving. I'll continue those as pain allows.

My PT now has 14 exercises listed for me for my hip which I'm doing daily (hip pain has recurred, so I'm using a wheelchair most of the time and skipping the standing exercises).

I'm no longer taking the meloxicam.

## 08/14/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

**possible side effects of pregabalin**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/14/2023 10:30 AM |

A couple of changes that may be related to my taking this.

Constipation -- not too bad. Taking OTC stool softener twice a day(docusate sodium 100 mg)

Itchy skin in the back of my left had, back of one left had finger (middle) and forearm. This predates the wrist brace I am now wearing at night. There are no visible changes to my skin.

## 08/16/2023 - Office Visit in SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | Dobler, Erin Alyson (P.A.-C) |

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- FOLLOW UP CARE - Right Hip

#### Visit Diagnosis

- **OSTEOARTHRITIS OF RIGHT HIP (primary) [M16.11]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **OSTEOARTHRITIS OF RIGHT HIP (primary)** | M16.11 | Dobler, Erin Alyson (P.A.-C) | 08/17/2023 1047 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 8/16/2023 | Dobler, Erin Alyson (P.A.-C) | | 1 |

### Clinical Notes

#### Unknown

**Progress Notes by Dobler, Erin Alyson (P.A.-C) at 8/16/2023 1518**

Version 1 of 1

Author: Dobler, Erin Alyson (P.A.-C) Service: — Author Type: PHYSICIAN ASSISTANT (P.A.)
Filed: 8/17/2023 10:47 AM Encounter Date: 8/16/2023 Creation Time: 8/16/2023 3:18 PM
Status: Signed Editor: Dobler, Erin Alyson (P.A.-C) (PHYSICIAN ASSISTANT (P.A.))

8/17/2023
Steven Weller is a 61 Y male
CC: R hip pain

HISTORY:
Steven is a 61 Y male who c/o R hip pain at groin without radiation of pain. Bridges with a strap cause pain. Without strap no pain. Unable to stretch. No lower back pain.

On Lyrica for hands, taking vitamins C and D, calcium, stool softener. Will stop Lyrica next week as causing the decreased sensation in skin everywhere. Feels is also slowing his speech.

Past Medical History:
Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL

Estimated body mass index is 22.89 kg/m² as calculated from the following:
Height as of 3/15/23: 5' 9".
Weight as of 3/15/23: 70.3 kg (155 lb).
Medications:

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Meloxicam (MOBIC) 15 mg Oral Tab | Take 1 tablet by mouth daily as needed for pain . Take with food | 30 tablet | 3 |
| • Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste | Use as directed to replace regular toothpaste | 100 mL | 0 |
| • Alendronate (FOSAMAX) 70 mg Oral Tab | Take 1 tablet by mouth every 7 days | 12 tablet | 3 |
| • Pregabalin (LYRICA) 75 mg Oral Cap | Take 1 capsule by mouth 2 times a day | 60 capsule | 1 |

No facility-administered medications prior to visit.

Allergies: Patient has no known allergies.

PE:
General: well developed, Using wheelchair and cane
MS exam
Tenderness to palpation neg over ASIS, GT, pelvic squeeze/compression.
Discomfort with log roll on the R
ROM: F 95 E neutral IR 30 ER 45 Add 20 Abd 45 without pain b/l
- SLR
5/5 strength b/l with minimal pain
Knee: Full ROM, no pain
Back ROM:
F 90 E 30 Side bending without pain, Rotation without pain
No tenderness to palpation spinous process
No visible paraspinal spasm
No scoliosis
No tenderness to palpation over sciatic notch
Neg heel, toe walking.

## 08/16/2023 - Office Visit in SPORTS MEDICINE (continued)

**Clinical Notes (continued)**

No back pain during exam but after sitting for a minute did feel some R sided back discomfort.
Gross Sensation neurovascularly intact

ASSESSMENT / PLAN:
R hip DJD

Discussed some component could be coming from the back. Can see how much sensation in skin returns when discontinues Lyrica.
MRI for R hip ordered; will await results. Will determine if a repeat injection is indicated vs discussion for THA.
Heat, ice prn, tylenol and NSAIDs prn.
Fu sooner prn.

| | | ICD-10-CM |
|---|---|---|
| **1.** | **OSTEOARTHRITIS OF RIGHT HIP** | **M16.11** |

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Dobler, Erin Alyson (P.A.-C) at 8/17/2023 10:47 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## 08/16/2023 - Office Visit in SPORTS MEDICINE (continued)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

8/16/2023 3:00 PM SPORTS MEDICINE 408-851-1850

## Today's Visit

You saw ERIN ALYSON DOBLER PA-C on Wednesday August 16, 2023. The following issue was addressed: OSTEOARTHRITIS OF RIGHT HIP.

## What's Next

### Physical Therapy

With: AUDREY V SUCIU OT
Date: Tuesday August 22, 2023
Time: 9:40 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 2, Dept. 290

### MRI

Date: Thursday August 24, 2023
Time: 3:40 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

### Physical Therapy

With: ANGELA MARIE MENDOZA PT
Date: Friday September 1, 2023
Time: 11:40 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**After Visit Summary (continued)**

## What's Next (continued)

### MRI
Date: Saturday September 2, 2023
Time: 9:00 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

### Orientation
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Return Visit
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

## Stay Connected!
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of August 16, 2023 11:59 PM
No changes were made to your prescriptions during this visit.

Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:

The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 08/18/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### The state of my hands

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/18/2023 11:21 AM |

I'll be trying to keep a diary of how my hands fare with rest from work and tapering off Lyrica, but I wanted to document my starting state.

I'm back to having significant pain in both hands with work. Whereas I could work 3 hours before needing to rest them with Lyrica in me, I'm now down to much less than an hour. I feel that this is due to the accumulated use of my hands rather that the effectiveness of the drug.

I currently have significant stinging and pain in my hands when I go to bed, enough to distract me from falling asleep. In the morning it is much reduced. It's not worse than before I started the drug, but it is much worse than after I started the drug.

Psychologically I feel like this opportunity to rest is a lifeline. I am hoping that I am never in my current state again and feel like it is worth making whatever changes are necessary to make that happen.

## 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG

### Visit Information

#### Provider Information

**Encounter Provider**

Suciu, Audrey V (O.T.)

#### Department

| Name | Address | Phone |
|---|---|---|
| PHYSICAL THERAPY-PLASTIC SURG | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

#### Chief Complaint

- OCCUPATIONAL THERAPY

#### Visit Diagnosis

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Suciu, Audrey V (O.T.) | 08/22/2023 1027 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 8/22/2023 | Suciu, Audrey V (O.T.) | GO | 3 |

### Physical Medicine Notes

#### THERAPIST, OCCUPATIONAL

**Progress Notes by Suciu, Audrey V (O.T.) at 8/22/2023 1021**

**Version 1 of 1**

Author: Suciu, Audrey V (O.T.) Service: — Author Type: THERAPIST, OCCUPATIONAL
Filed: 8/22/2023 10:27 AM Encounter Date: 8/22/2023 Creation Time: 8/22/2023 10:21 AM
Status: Signed Editor: Suciu, Audrey V (O.T.) (THERAPIST, OCCUPATIONAL)

PLAN OF CARE - established on 8/10/2023
Patient referred to Occupational Therapy via eConsult on 7/10/23
Referring Provider: J. Bertozzi, PA
Referring Diagnosis: bilateral hand pain
Rehabilitation Potential: fair due to amount of time symptoms have been present.
Treatment Goals: Reduce bilateral hand pain to 2/10 in 3 mos.
Restore full left hook grasp in 12 weeks
Treatment to include: custom orthotic fabrication
therapeutic exercise
Frequency and Duration of Treatment: 5 times over 12 weeks
Re-certification due: n/a
==========================================
OCCUPATIONAL THERAPY Progress:

## 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**Physical Medicine Notes (continued)**

Visit #1
Prompt: no

SUBJECTIVE
Steven Weller is a 61 Y male who is right handed. He is an engineer and works at Apple.
Hx: bilateral hand pain for many years. He has been working on computers for many years.
Agg: strong hand pain after working for 3-4 hours.
Ease: rest, meds.
Using left elbow extension splint and left wrist support splint at night which seem to help.
Time off work: pain subsides.
Patient goal: wants the hand pain to stop and wants a diagnosis.
OBJECTIVE EXAM
Hand strength: right hand: 90,95 lbs. left hand: 70,75 lbs.

Pain is in palm and in fingers.
No weakness of FDS, FDP nor of thumb musculature.

Sensory: no numbness reported.
EMG: no abnormalities noted.
Left hand hook grasp: IF-SF with 1-1.5 inches loss (excursion to palm) PROM: full flexion present with strong PROM.
Steven states he has a lot of pain after PROM to fingers which lasts about an hour, therefore he stopped the stretching exercises.

<u>Occupational therapy treatment intervention:</u>
**Therapeutic Exercise:** we worked on exercises to be practiced at home daily involving intrinsic muscle strengthening with the putty for lumbrical and interossei muscles. With full grasping of putty, pain increased, therefore he will stop those exercises for now.
========================================================
Therapeutic Treatment

therapeutic exercise: 40 minutes
total treatment time: 40 minutes

A: The patient suffers from bilateral hand pain. He is comfortable in his orthosis. I suggested he use the left hand resting orthosis more often during the day when his hand hurts.
He will work on his HEP and I asked him to continue to stretch his left hand fingers, though it is painful, so he doesn't become more stiff. He'll use the putty for intrinsic muscle strengthening. He is now off work for a period of time and will try not to use his hands.
P: Discharge.

Electronically signed by Suciu, Audrey V (O.T.) at 8/22/2023 10:27 AM

**Procedures**

**Procedures**

## 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**Procedures (continued)**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314831] (Active)**

Electronically signed by: **Suciu, Audrey V (O.T.) on 08/22/23 1027** Status: **Active**
Ordering user: Suciu, Audrey V (O.T.) 08/22/23 1027 Authorized by: Suciu, Audrey V (O.T.)
Ordering mode: Standard
Frequency: Today 08/22/23 - Class: Back Office
Quantity: 3
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Suciu, Audrey V (O.T.) | 1093862765 |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 8/22/2023 9:40 AM PHYSICAL THERAPY-PLASTIC SURG 408-851-1400

## Today's Visit

You saw AUDREY V SUCIU OT on Tuesday August 22, 2023. The following issue was addressed: BILATERAL HAND PAIN.

### Done Today

THERAPEUTIC EXERCISES

## What's Next

### MRI

Date: Thursday August 24, 2023
Time: 3:40 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community

Floor 1, Dept. 122

### Physical Therapy

With: ANGELA MARIE MENDOZA PT
Date: Friday September 1, 2023
Time: 11:40 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community

Floor 1, Dept. 174

### MRI

Date: Saturday September 2, 2023
Time: 9:00 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community

Floor 1, Dept. 122

## What's Next (continued)

### Orientation
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Return Visit
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Stay Connected!
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of August 22, 2023 10:27 AM
No changes were made to your prescriptions during this visit.

## Medications Marked As Taking
No Medications Marked As Taking

**For informational purpose:**
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 08/25/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 8/29/2023 9:55 AM |
| Last Read in kp.org<br>8/29/2023 12:13 PM by Steven Weller | | |

Thank you for your message. I'll be out of the office through 9/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Re: Hands update 2023-08-25

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/29/2023 9:55 AM |

The earliest appointment available was October 20th so I took that. If you need to see me sooner then i think you will have to arrange that.

I don't believe I have any of the symptoms you describe, but also have not been specifically evaluated for them.

I'm still navigating my way through the medical leave paperwork. The next step is for Kaiser to

provide records and medical information to Sedgwick, so you may see a request come your way.

**Hands update 2023-08-25**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/29/2023 9:43 AM by Steven Weller | Weller, Steven | 8/25/2023 5:51 PM |

Mr. Weller,

Thank you for your email updates. Your C-spine MRI suggests the C6 nerve root exits might be narrow--this would affect the sensation of the thumb and index, and would potentially result in a bit of biceps weakness if severe. Please contact my office at 408-851-4435 to set up an office visit, and we can review your examination in person.

Take care,

Dr. Lee

**Hands update 2023-08-25**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 8/25/2023 12:05 PM |

I've been on medical leave since Monday and have been on a half dose of pregabalin since Saturday. Tonight is my last dose.

This past week I've had some days of very painful hands and some more normal. The left hand is consistently worse than the right. This morning my hands have been particularly good, I'm assuming because I've been resting them. I still have painful hands at bedtime each day. It's really hard to rest them, even not working.

I noticed mood swings as a withdrawal symptom, but seem to be past that, at least for this week. The side effects I reported have been waxing and waning, lessening overall, and it is a relief to have them reduced.

My OT has given me a very light regime of hand exercises which I plan on starting today or tomorrow. I'm wary of these because the last time I did hand exercises they triggered a very painful day, but it will be a useful experiment now I'm more in touch with how my hands feel.

**Messages (continued)**

## 08/28/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

#### medical leave documentation request

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/29/2023 9:00 AM |

Thank you. I sent the form to Santa.Clara.ROI.Dept@kp.org.

#### medical leave documentation request

| From | To | Sent and Delivered |
|---|---|---|
| Norrice Kenney<br>Last Read in kp.org<br>8/29/2023 8:35 AM by Steven Weller | Weller, Steven | 8/28/2023 1:44 PM |

Hi Mr. Weller,

My name is Norrice Kenney and I am responding on behalf of IRENE OI YIN HO MD in order to get your question answered as quickly as possible.

We can help with your request for medical information, school or medical forms. Our Release of Medical Information (ROMI) team will work with your physician to get records, or to complete medical certification forms, daycare/school/camp/sports forms, physician letters, work notes, or disability documentation.

To get the records, forms, physician letters, work notes, or disability documentation you need, you can contact our Release of Medical Information (ROMI) department by phone, email, or mail.

Visit ROMI online to get started Release of Medical Information | My Doctor Online (kaiserpermanente.org). At this site, you can complete online requests for medical records, FMLA and SDI, you can also find email addresses and phone numbers to connect with ROMI at each of our facilities.

For form requests, the ROMI team will work with your doctor to get the form completed electronically. ROMI can provide what you need by phone or email without having a copy of the form. You can also scan or take a clear photo of your form and attach it in an email to ROMI.

For security reasons, we can’t link to Google docs or other sites.

Santa Clara
408-851-1750
Santa.Clara.ROI.Dept@kp.org

Thank you,
Norrice Kenney

**medical leave documentation request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/28/2023 1:03 PM |

My medical leave started 8/21, but Sedgwick has not received the medical data from Kaiser necessary to process my claim. They did receive a work status report, but that is insufficient.

I have a PDF form to be filled in. How can I get that to you?

Ask your health care provider to send us the Disability and Leave Health Care Provider Statement no later than September 10, 2023. This should be sent with objective medical information (such as office notes, test results) that show you are medically unable to do your job.

Claim: 4A2307CTYDV0001

## 08/28/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

#### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

#### medical leave forms

| From | To | Sent and Delivered |
|---|---|---|
| Josephia Maria (M.A.) Meza<br>Last Read in kp.org<br>8/29/2023 8:36 AM by Steven Weller | Weller, Steven | 8/29/2023 8:18 AM |

Dear Mr. Weller,

Release of Medical Information (ROMI) department is able to accept your requests for records, forms, physician letters, work notes and disability by phone or email. You can also go to https://kp.org/requestrecords. For the health of our community we are not accepting requests in-person. We apologize for the inconvenience.

If you have a form that needs completion, please scan or take a clear photo with your smartphone and send to us in an email to Santa.Clara.Roi.Dept@KP.ORG. Please include the following::
1) Full Name
2) Date of Birth
3) Kaiser Medical Record Number
4) Type of Request
5) How do you want your forms delivered once completed: E-Mail or mail

It is important that you fill out the demographic information on the form itself (name, date of birth, address etc) ahead of time and sign any signature lines prior to scanning the form to Release of Medical Information so we know the form belongs to.

Please find contact information below for your convenience.

**408-851-1750**
Santa.Clara.ROI.Dept@kp.org

#### medical leave forms

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/28/2023 1:38 PM |

**08/28/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

It looks like I have to get forms from Kaiser filled in via medical records. I emailed Santa.Clara.ROI.Dept@kp.org to kick this off since the phone number was just a recording. Is this correct?

Figuring out what Sedgwick needs and how to get it from Kaiser today to sort out medical leave for painful hands has ironically caused me more hand pain than anything else I've done this last week.

## 08/28/2023 - Patient Secure Message in ORTHOPEDICS

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Fang, Andrew Sun (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| ORTHOPEDICS | 1200 EL CAMINO REAL<br>South San Francisco CA 94080-3208 | 650-742-2191 |

### Reason for Visit

**Visit Diagnosis**

- **SOFT TISSUE MASS (primary) [M79.9]**

**Revision History**

| Action | Name | Code | User | Date/Time |
| --- | --- | --- | --- | --- |
| Diagnosis #1 | | | | |
| Add | **SOFT TISSUE MASS (primary)** | M79.9 | Fang, Andrew Sun (M.D.) | 08/29/2023 1219 |

### Imaging

**Imaging**

**MR MUSCULOSKELETAL [1563301891] (Active)**

Electronically signed by: **Fang, Andrew Sun (M.D.) on 08/29/23 1220** Status: **Active**
Ordering user: Fang, Andrew Sun (M.D.) 08/29/23 1220 Authorized by: Fang, Andrew Sun (M.D.)
Ordering mode: Standard
Frequency: Routine 08/29/23 - Class: Normal
Quantity: 1 Released by: Fang, Andrew Sun (M.D.) 08/29/23 1220
Diagnoses
SOFT TISSUE MASS [M79.9]

**Provider Details**

| Provider | NPI |
| --- | --- |
| Fang, Andrew Sun (M.D.) | 1568540169 |

**Indications**

SOFT TISSUE MASS [M79.9 (ICD-10-CM)]

### Messages

**Re: Your recent MRI results**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Andrew Sun (M.D.) Fang | Weller, Steven | 8/29/2023 2:43 PM |
| Last Read in kp.org<br>8/29/2023 2:48 PM by Steven Weller | | |

Hi Steven,

Looks like this may be a right hip MRI for right hip pain? Looks like Erin Dobler, PA ordered it. If still

having pain, would be fine to keep it.

Sincerely,

Andrew S. Fang, MD
Department of Musculoskeletal Oncology and Orthopaedics
Kaiser SSF

**Re: Your recent MRI results**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Andrew Sun (M.D.) Fang | 8/29/2023 2:30 PM |

I just had a request to schedule an MRI and did so for sept 16, but don't know if that was you or not. If it was you then I should cancel.

**Your recent MRI results**

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Sun (M.D.) Fang<br>Last Read in kp.org<br>8/29/2023 2:24 PM by Steven Weller | Weller, Steven | 8/29/2023 12:20 PM |

Hi Mr. Weller,

Thank you for the update. I would continue to monitor. I will order another follow up MRI for six months. In the meantime, please let me know if any changes. Happy to check on you at any point.

Sincerely,

Andrew S. Fang, MD
Department of Musculoskeletal Oncology and Orthopaedics
Kaiser SSF

**Your recent MRI results**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Andrew Sun (M.D.) Fang | 8/29/2023 8:35 AM |

**Messages (continued)**

I have had a little discomfort at times, but it's only been when I've accidentally applied pressure in that area. When I had a lot of left hip pain the mass felt inflamed and sensitive, but without any stimulus it feels mechanically awkward, but otherwise inert. I notice it currently when laying on my left side and doing exercises for my hips.

During its existence there have been long periods of time when I was complete unaware of it, so it would not surprise me if it changes in size.

Do you recommend any action, or should we continue to monitor?

**Your recent MRI results**

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Sun (M.D.) Fang | Weller, Steven | 8/28/2023 1:40 PM |
| Last Read in kp.org<br>8/29/2023 8:24 AM by Steven Weller | | |

Dear Mr. Weller,

Your recent MRI shows the small mass in the thigh is a bit smaller. No aggressive features. How are things feeling? Any discomfort in the area? Have you noticed any changes?

Sincerely,

Andrew S. Fang, MD
Department of Musculoskeletal Oncology and Orthopaedics
Kaiser SSF

## 08/29/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**Re: heart flutters**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>9/22/2023 3:04 PM by Steven Weller | Weller, Steven | 8/31/2023 8:43 AM |

Okay.

Irene Ho MD

**Re: heart flutters**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Irene Oi Yin (M.D.) Ho | 8/31/2023 8:40 AM |

They were gone the next day and have not returned. At the time of the issue they were happening several times a minute, something I had not experienced before.

Let's see if they return.

**heart flutters**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>9/8/2023 10:44 AM by Steven Weller | Weller, Steven | 8/31/2023 7:39 AM |

What you showed me looks like a preventricular contraction. Which is benign. If you are having these more often then we can start with an EKG. let me know if you want to do that and I can order it for you.

Take care,

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>8/29/2023 2:48 PM by Steven Weller | Weller, Steven | 8/29/2023 2:34 PM |

Thank you for your message. I'll be out of the office through 8/30/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**heart flutters**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/29/2023 2:34 PM |

I have been feeling some "flutters" in or close to my heart recently when I'm just sitting doing nothing. Sometimes one, sometimes several together.

Today I caught one on my watch. See enclosed.

Anything to be concerned about?

## 09/01/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**hip update 2023-09-01**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 9/1/2023 9:39 AM |

Since we talked on 8/16 I've tapered off the pregabalin, taking the last dose 8/25.

Over the last two weeks I've overall been able to use the wheelchair less, with no use in the last three days. My activity is limited to normal movement around the house, and has included occasional trips up and down stairs. I use a cane/wheelchair when out.

I'm continuing the PT exercise and am cautiously optimistic that this is what is making the difference. Left hip continues to be pain free at this level of activity. Right hip can still hurt to distracting levels the next day if I overdo it. Right hip MRI tomorrow.

## 09/01/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**hands update 2023-09-01**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/8/2023 10:45 AM by Steven Weller | Weller, Steven | 9/7/2023 4:32 PM |

Mr. Weller,

Thank you for your email update. Please continue to keep me up-to-date as things improve with the rest.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/1/2023 11:41 AM by Steven Weller | Weller, Steven | 9/1/2023 10:08 AM |

Thank you for your message. I'll be out of the office through 9/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

**09/01/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

psychiatric emergency, call 911 or go to the nearest hospital.

**hands update 2023-09-01**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/1/2023 10:08 AM |

I took the last pregabalin evening 8/25 as plannned. That same day was unusually good for both hip and hand pain, coinciding with the resolution of a stressful event, so maybe stress is a systemic factor here.

8/26 overdid hands and hips. 8/27 back in the wheelchair and overdid hands badly dealing with medical leave web sites on the computer, significantly lowering my mood and making me angry at everything. I wasn't prepared for the return of high levels of pain and high sensitivity to use that comes with stopping the drug. It took three days for my left hard/arm pain to subside. It was, however, a relief to be free of side effects.

I still feel constant low-level stinging in both hands at a minimum. The left is consistently worse and more sensitive that the right. I have not been able to rest my hands as much as I have wanted this week because my wife has been out of town, but she returns 8/2. Next week I hope to be able to give my hands better rest and be more active.

## 09/01/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee | Weller, Steven | 9/1/2023 4:28 PM |
| Last Read in kp.org<br>9/2/2023 5:12 PM by Steven Weller | | |

Thank you for your message. I’ll be out of the office through 9/5/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**hands update 2023-09-01**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/1/2023 4:28 PM |

I took the last pregabalin evening 8/25 as plannned. That same day was unusually good for both hip and hand pain, coinciding with the resolution of a stressful event, so maybe stress is a systemic factor.

8/26 overdid hands and hips. 8/27 back in the wheelchair and overdid hands badly dealing with medical leave web sites on the computer, significantly lowering my mood and making me angry at everything. I wasn't prepared for the return of high levels of pain and high sensitivity to

**Messages (continued)**

use that comes with stopping the drug. It took three days for my left hard/arm pain to subside. It was, however, a relief to be free of side effects.

I still feel constant low-level stinging in both hands at a minimum. The left is consistently worse and more sensitive that the right. This next week I hope to be able to give my hands better rest and be more active. Another data point which I don't understand: driving makes both my hands feel better.

## 09/01/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Remove | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 09/01/2023 1143 |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 09/01/2023 1143 |
| Diagnosis #2 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 09/01/2023 1143 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 9/1/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 9/1/2023 1142**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 9/1/2023 12:17 PM Encounter Date: 9/1/2023 Creation Time: 9/1/2023 11:42 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:

PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 9/1/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 9/1/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 9/1/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 9/1/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 9/1/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 5/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:
History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 1-2/10 (right hip), at its worst in the last two weeks 7-8/10 (more than 5 minute standing/walking); 0/10 left hip
Observation: Presented in wheelchair, able to walk inside the clinic
Patient is consistent with HOME EXERCISE PROGRAM supine portion 2X/day
Patient reports stopping pregabalin.
He denies decreased sensation in BILATERAL LOWER EXTREMITIES and face

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |

**Physical Medicine Notes (continued)**

| | |
|---|---|
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Supine Bridge with hip abduction- 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps **ONLY functionally during the day**
-Heel raises

Patient tolerated treatment well.

Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 08/11/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

**Physical Medicine Notes (continued)**

============================================================
Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient demonstrated progression towards goal decreased pain in right hip 1-2/10 at the present moment

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Wait to progress patient after clearance with PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 9/1/2023 12:17 PM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064228] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 09/01/23 1217** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 09/01/23 1217 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 09/01/23 - Class: Back Office
Quantity: 3
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 9/1/2023 11:40 AM REHABILITATION SVCS 408-554-9810

### Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday September 1, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

### What's Next

MRI
Date: Saturday September 2, 2023
Time: 9:00 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

Orientation
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Return Visit
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

## What's Next (continued)

### PT Office Visit

With: ANGELA MARIE MENDOZA PT
Date: Friday September 22, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

### Office Visit

With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of September 1, 2023 12:17 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/05/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**Right hip MRI results are in**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza | Weller, Steven | 9/5/2023 9:41 AM |
| Last Read in kp.org<br>9/5/2023 10:29 AM by Steven Weller | | |

Hi Steven,

I took a look at the results. I think focusing on the bed exercises is the safest things along with pool exercises for pain management. Remember try not to overexert yourself and incorporate more icing by your hip 20 minutes every two hours if pain is greater than 4/10, or after new activity

Keep me posted.
Angela

**Right hip MRI results are in**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 9/5/2023 8:53 AM |

Should I change any of the exercises I am doing based on the results of my right hip MRI?

## 09/05/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Re: MRI results**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 9/6/2023 7:38 AM |

Yes I would like to start that conversation.

**MRI results**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>9/6/2023 7:36 AM by Steven Weller | Weller, Steven | 9/5/2023 9:43 PM |

Hi Steven,
Your MRI results are below. It looks like the arthritis is the cause of your hip pain. It does also show some hamstring tendinitis which is likely secondary. Would you like to speak with one of our total joint surgeons to get their opinion/recommendations?

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Impression**

Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

## 09/06/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

**Sedgwick asking for more medical information**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/6/2023 9:28 AM |

FYI: Sedgwick is asking for more medical data from Kaiser:

Hello, I have received the paperwork you uploaded. At this time we are still needing office visit notes from 08/21/2023 to present. The office visit notes received were prior to you being out of work and we are needing office notes from when you started being out of work. A request has been sent to your Kaiser for these notes. Once received will be able to review your claim at this time. In regards to the 7 day waiting period, you do not need to enter any time in for this time frame. Once the claim goes into approval status Sedgwick will notify Apple of what you choose to use for the 7 day waiting period. We have on file that you choose to you sick time, is this still correct? Thanks Stacy ...LESS

## 09/06/2023 - Patient Secure Message in PULMONARY MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lim, Richmond L (Rcp) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PULMONARY MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2570 |

### Messages

**Re: medical certificate for utility company**

| From | To | Sent and Delivered |
|---|---|---|
| Richmond L (Rcp) Lim<br>Last Read in kp.org<br>10/23/2023 8:28 AM by Steven Weller | Weller, Steven | 9/12/2023 11:55 AM |

Yes you may have to bring it in and we can have the Dr sign it.

**Re: medical certificate for utility company**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Richmond L (Rcp) Lim | 9/12/2023 10:47 AM |

This would be for Portland General Electric (aka PGE) who have a different form from Pacific Gas and Electric (aka PG&E).

I have a copy of their form as a PDF. Would I need to drop the form off in paper form?

**medical certificate for utility company**

| From | To | Sent and Delivered |
|---|---|---|
| Richmond L (Rcp) Lim<br>Last Read in kp.org<br>9/12/2023 10:41 AM by Steven Weller | Weller, Steven | 9/8/2023 10:51 AM |

Hi Steven,

We have a PG&E form here that we fill out with Dr signature. Then you fill out the other side and mail it to PG&E address provided in form. How would you like to receive form... mail, fax, or pick up from sleep lab(unable to email)?

Rich

**medical certificate for utility company**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Richmond L (Rcp) Lim | 9/6/2023 9:19 PM |

I have a form that a utility company needs filled in to say I have a medical need for electricity (CPAP user).

Is that something your department fills in, or should I go to Santa.Clara.ROI.Dept@kp.org?

## 09/06/2023 - Office Visit in HEARING AID CENTER.

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Reason for Visit

**Chief Complaint**

- HEARING AID CHECK

**Visit Diagnosis**

- **BILAT HEARING LOSS (primary) [H91.93]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HEARING LOSS (primary)** | H91.93 | Sanchez, Keleigh J. (Au.D) | 09/06/2023 1352 |

### Clinical Notes

**Unknown**

**Progress Notes by Sanchez, Keleigh J. (Au.D) at 9/6/2023 1344**

**Version 1 of 1**

Author: Sanchez, Keleigh J. (Au.D) Service: — Author Type: AUDIOLOGIST
Filed: 9/6/2023 1:52 PM Encounter Date: 9/6/2023 Creation Time: 9/6/2023 1:44 PM
Status: Signed Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

**Fed EX lost impressions. Had to bring in today for new impressions.**
**Resound has the order.**
Ear mold impression: ear mold impression taken without incident.

**Order placed for: Resound, Omnia 9 mini R, graphite 77, ric2 HP, soft mold with lock and helix lock. Premium charger**

Hearing Aids:
Laterality: bilateral
Manufacturer: HA Manufacturers: GN ReSound
Style: HA Styles: RIC
Color: graphite
Battery: Rechargeable Lithium Ion

Acoustic Coupling:
Manufacturer: resound
Receiver Size: 2HP
Dome Size: n/a

**Clinical Notes (continued)**

Style: long, deep canal, canal lock and helix lock
Material: soft
Vent: AOV
Color: clear

Accessories:
Premium charger

Kept the 9/20 at 9:30am appointment but reminded him that it's only 30 min, therefore, we will complete the fitting to his requests from the previous discussion and he can try them out for 2 weeks.
Staff set up another appointment in early October to follow up. This appointment should be 1 hour if possible.

Electronically signed by Sanchez, Keleigh J. (Au.D) at 9/6/2023 1:52 PM

**Procedures**

**Procedures**

**EXAM AND SELECTION, HEARING AID BINAURAL [1561064229] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 09/06/23 1352** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 09/06/23 1352 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 09/06/23 - Class: Back Office
Quantity: 1
Diagnoses
BILAT HEARING LOSS [H91.93]

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

BILAT HEARING LOSS [H91.93 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

9/6/2023 1:30 PM HEARING AID CENTER. 408-553-6900

## Today's Visit

You saw KELEIGH J. SANCHEZ AUD on Wednesday September 6, 2023. The following issue was addressed: BOTH SIDES HEARING LOSS.

### Done Today

HEARING AID EXAM, BINAURAL

## What's Next

### Return Visit

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### PT Office Visit

With: ANGELA MARIE MENDOZA PT
Date: Friday September 22, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

### Orientation

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 11, 2023
Time: 2:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

## 09/06/2023 - Office Visit in HEARING AID CENTER. (continued)

**After Visit Summary (continued)**

### What's Next (continued)

**Office Visit**
With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of September 6, 2023 1:52 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

### Exercise Minutes Per Week

0


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**After Visit Summary (continued)**

## Exercise is Important!

Being physically active is one of the best things you can do to for your health!
You should get at least 30 minutes of moderate physical activity every day, or 150 minutes a week, unless you have specific medical limitations or restrictions. Regular physical activity can significantly reduce your risk for heart disease, stroke, diabetes, falls, and certain cancers. It can also improve sleep, mental well-being, and quality of life. Build activity into your daily routine:
- Use the stairs instead of the elevator
- Run simple errands on foot
- Bike to work
- Take a walk during your break

You can also break up your physical activity into multiple 10- or 15-minute sessions. Even small amounts of physical activity can improve your health. Make it a habit by choosing activities that you enjoy at times of day that work best for you.
To get support to meet your activity, weight, or stress management goals, call 1-866-251-4514 to schedule a phone appointment with a wellness coach. For more resources, visit kpdoc.org/exercise

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/07/2023 - Patient Secure Message in REHABILITATION SVCS

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Messages

#### use of weights

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza | Weller, Steven | 9/12/2023 9:18 AM |
| Last Read in kp.org<br>10/10/2023 9:27 AM by Steven Weller | | |

After you have been able to complete 3X10 with 2.5 lbs, 3 days a week increase the weight to 3lbs and drop down to 2X10 every 2 days to determine if the weight is tolerable for your body.

Let me know where you are at now with reps, sets, and frequency if you are unsure how to progress yourself and I will let you know what's next.

Angela

#### use of weights

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 9/7/2023 9:46 AM |

I've been using weights on my ankles for the abduction exercises for a few days now and it's going well. No additional pain or issues.

I have a set of two adjustable ankle weights which can be set to 0.5 to 5 lb each in increments of 0.5 lb. I have them set to 2.5lb as you had in the office. Let me know if I should be considering changing the weight.

## 09/08/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Hands update 2023-09-08**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 9/12/2023 5:28 PM |
| Last Read in kp.org<br>9/16/2023 11:12 AM by Steven Weller | | |

Mr. Weller,

Thank you for your email. I hope Medical Records was able to help with the Sedgwick request. It sounds like the adaptations are in the right direction. The Lyrica (pregabalin) should not alter any thresholds permanently, but any increased activity while on medication might exacerbate symptoms temporarily simply because of the increased ability to use your hands, as you mention.

Take care,

Dr. Lee

**Hands update 2023-09-08**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/8/2023 11:12 AM |

I've tried this week to continue to not use my hands as much as possible to see how much pain I can get rid of. I've specifically avoided doing any hand exercises.
The only way I have found to reduce what is now pretty much constant pain is to avoid using my phones touch screen
The best pain level I can achieve is limiting and unpleasant but not distracting

Without pregabalin compared with before I tried it, it now takes less finger use to trigger the pain that is so overwhelming
It feels like the increased ability to use my hands I had for a few weeks caused damage that has yet to recover
I'm worried that I'm doing irreversible harm beyond a certain threshold

**Messages (continued)**

I can use an iPad with a Pencil (like now) a reasonable amount, and I'm avoiding trackpads and keyboards unless absolutely necessary
My elbow pain seems also to be a trigger if it is bad enough
Using a screwdriver does not trigger the pain (though it can cause normal hand pain)
Driving continues to be therapeutic.

## 09/16/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/17/2023 7:39 PM by Steven Weller | Weller, Steven | 9/16/2023 11:30 AM |

Thank you for your message. I'll be out of the office through 9/18/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-09-15 part 1**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/16/2023 11:30 AM |

Started the week with both hands hurting pretty badly and avoiding touch screen use. The focus of my left hand pain is my index finger toward the inner side. As the pain diminishes I can feel the focus shift to the tip of the finger. There is also numbness and a "leathery" feeling to the skin.

On Sunday/Monday I drove 650 miles. Hands were tired, but overall driving helped them and it did not trigger the bad pain. Duyputrens felt worse.

**Messages (continued)**

Monday hands improved with rest
Tuesday used my phone for about 30 minutes and that caused horrible pain shortly after
Wednesday hand rest and pain reducing
On Thursday I drove 650 miles again. My car has some rudimentary self-driving features so I can reduce hand use significantly on long-distance drives.
Friday used a laptop very briefly and that triggered horrible pain in left hand. Later in the day both hand were stinging.

## 09/16/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/17/2023 7:39 PM by Steven Weller | Weller, Steven | 9/16/2023 11:46 AM |

Thank you for your message. I'll be out of the office through 9/18/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Hands update 2023-09-15 part 2

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/16/2023 11:46 AM |

Overall my right hand is showing steady improvement, albeit with very little computer/iPhone use. I can use it to perform most normal daily activities.

My left hand/arm improves more slowly but is still susceptible to the horrible pain that lasts for days. Now I've been able to get rid of much of the background pain caused by finger use, I feel like I am more able to isolate the really bad pain that is focused in my index finger. It's very easily triggered by something I'm doing with my left hand/arm. I'm going to try some

experiments this week to try to narrow down the source. My left arm feels pretty useless at this point.

## 09/20/2023 - Office Visit in HEARING AID CENTER.

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Reason for Visit

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Sanchez, Keleigh J. (Au.D) | 09/20/2023 1006 |

### Clinical Notes

**Unknown**

**Progress Notes by Sanchez, Keleigh J. (Au.D) at 9/20/2023 1005**

**Version 1 of 1**

Author: Sanchez, Keleigh J. (Au.D) Service: — Author Type: AUDIOLOGIST
Filed: 9/20/2023 10:06 AM Encounter Date: 9/20/2023 Creation Time: 9/20/2023 10:05 AM
Status: Signed Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

# Hearing Aid Fitting & Orientation

Patient Name: Steven Weller Delivery Date: 9/20/2023
MRN: 18429889
Patient Age: 61 Dept: HAC 044

**Hearing Aid Info**

**Right = Red, Left = Blue**

**Manufacturer:** GN ReSound
**Make: Omnia 9 mini R**
**Style:** RIC
**Color: graphite**
**Right Serial Number: 2366366126**
**Left Serial Number: 2349344349**

**Charger: 2382231889**
**Warranty expires: 10/13/2026**

**Earmolds: semi skeleton with lock, helix lock**
**RSN: 23133752**
**LSN: 23133751**
**Remake warranty expires: 3/13/2024**

**Battery Size:** Rechargeable 312
**Battery Life: 4 years**

**Programming and Verification:**
**Fitting Formula: Manufacturer Proprietary**
**Real Ear Verification:** completed
**Programming:** auto
**Land line Telephone:** hold phone to top of ear/top of hearing aid
Cell phone calls will stream directly to aids from smartphone when paired together.
**Volume Control: on aids or smart 3D app**




**Manufacturer's Warranty:**

- Three (3) years (from delivery date) against defects in parts, materials and workmanship. Also includes office visits for warranty span. Out of warranty repair cost is approx. $300.00. **Warranty ends: 10/13/2026** Date..

-Three (3) year warranty against Loss and Damage. One-time replacement per ear, earmold not included. Deductible: $300.00. Earmold replacement fee: $100.00 per earmold. **Fees are non-refundable. If lost aid(s) are found after replacement(s) are paid for, original aids must be returned to the manufacturer.**

**- 45-day trial period ends: 11/4/2023**

**Summary of Today's Visit:**

- Hearing aid(s), manufacturer's instruction booklet, and warranty dates/information.
- Patient was instructed on insertion and removal of hearing aid.
- Patient was instructed on care and cleaning of hearing aid.
- **Dry toothbrush is best tool for cleaning**.
- Discussed/practiced telephone use.

**Tips for Success:**

- Clean and charge daily.
- **Brush over aid/mold daily with dry toothbrush**
- **Change wax trap if sound is weak/no sound.**
- Firmware updates may be necessary annually to keep software up-to-date and compatible with smartphone and media use.
- Do not get aids wet.
- Wear aids every day, as much as possible.

**Follow Up:**
Call staff or email me with any questions or concerns.

Paired to iphone and app
Reviewed both

*Please call our office at 408-553-6900 to schedule an annual hearing aid check*.

Electronically signed by Sanchez, Keleigh J. (Au.D) at 9/20/2023 10:06 AM

**Procedures**

**Procedures**

**FITTING OF HEARING AID, BINAURAL [1561064230] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 09/20/23 1006** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 09/20/23 1006 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 09/20/23 - Class: Back Office
Quantity: 1
Diagnoses
FITTING OR ADJUSTMENT OF HEARING AID [Z46.1]

## 09/20/2023 - Office Visit in HEARING AID CENTER. (continued)

**Procedures (continued)**

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

FITTING OR ADJUSTMENT OF HEARING AID [Z46.1 (ICD-10-CM)]

**MEASUREMENT, MICROPHONE PROBE, BINAURAL [1561064231] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 09/20/23 1006** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 09/20/23 1006 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 09/20/23 - Class: Back Office
Quantity: 1
Diagnoses
FITTING OR ADJUSTMENT OF HEARING AID [Z46.1]

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

FITTING OR ADJUSTMENT OF HEARING AID [Z46.1 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 9/20/2023 9:30 AM HEARING AID CENTER. 408-553-6900

### Today's Visit

You saw KELEIGH J. SANCHEZ AUD on Wednesday September 20, 2023.

Done Today
FITTING OF HEARING AID, BINAURAL
MEASUREMENT, MICROPHONE PROBE, BINAURAL

### What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday September 22, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: ERIK HALL MCDONALD MD
Date: Monday September 25, 2023
Time: 4:15 PM
Where to go: ORTHO/SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

## 09/20/2023 - Office Visit in HEARING AID CENTER. (continued)

**After Visit Summary (continued)**

### What's Next (continued)

**Orientation**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 11, 2023
Time: 2:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

**Office Visit**
With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## 09/20/2023 - Office Visit in HEARING AID CENTER. (continued)

**After Visit Summary (continued)**

### Today's Medication Changes as of September 20, 2023 10:06 AM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/21/2023 - Patient Secure Message in HEARING AID CENTER.

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Messages

#### New HA issues

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez | Weller, Steven | 9/21/2023 1:23 PM |
| Last Read in kp.org<br>9/21/2023 1:40 PM by Steven Weller | | |

The volume control alerts for volume up and down are at the lowest I can go in the software. Honestly, you really shouldn't need to mess with that too much. The goal isn't to keep your app open and be fiddling all day long. Try and leave them alone and in the prescribed setting for the most part. It should be rare that you need to fiddle with the settings.

Let's shoot for progress, not perfection.

I'll have the staff send you a reminder alert for the Monday at 2pm

#### New HA issues

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 9/21/2023 12:58 PM |

They do seems to be linked now. That was not working earlier. I can also unmute with a 3 second pass on the left

Alerts from the phone are fine. I can control their volume as you describe. The volume change beeps are coming from the HAs and occur even when I change the volume with the buttons. They are very very loud.

I can also change the bass setting from the accessibility overlay controls. That helps.

Monday at 2pm is good for me.

#### New HA issues

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>9/21/2023 12:40 PM by Steven Weller | Weller, Steven | 9/21/2023 11:21 AM |

It sounds like the left aid is a lot of gain that you are not used to since these are HP receivers, therefore, you can go to your "sound enhancer" and lower the treble to help with the dishes and other soft sounds that are too much for you to handle.

I can address the streaming issues when I see you.

All your buttons are linked and both aids will adjust together.
1 second press right ear is volume up for both and 1 second press left is volume down for both.

3 second press on the right will be the program change for both
3 second press on the left will be mute for both

8 second press will power them off and 8 second press again will power back on.

I can change to a longer wire when I see you.
Alerts that come from your phone are handled in the settings of your phone.
You have to go to "sounds and haptics" and turn the alerts down.

For more bass, music program, click on the "sound enhancer" and increase the bass to the level you like. Save it as a favorite for now. I can see what level you like and make it permanent.

I can address the start up melody when I see you.

I may have an opening on Monday at 2pm... I have to see how that pans out this afternoon. Can you do Monday at 2pm?

**New HA issues**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 9/21/2023 9:36 AM |

Here is what I have noted so far. It would be good if we can fix some of these soon.

Left HA easily distorts
Noisy environments cause distortion and rumble in left HA
Streaming audio also distorts in the left HA

Right HA button press raises volume of right HA only
Left HA button press decreases volume of left HA only

Right HA long press changes program for right HA only
Left HA long press mutes only left HA

3D App volume adjustment beeps are very loud
HA overlay volume adjustment beeps are very loud
HA microphone volume adjustment beeps are very loud when streaming

Wires are too short: HAs dont sit behind my ears and the wires dig in at the top causing pain

Clattering of dishes is way too loud, especially in the left ear
Streaming is missing a lot of bass - no control for that
Music program loses almost all bass

Startup tone sequence takes too long, please shorten

## 09/22/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### Hands update 2023-09-22 part 1

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/22/2023 5:04 PM |

On Monday this week I tried an experiment on my left arm. With my elbow and wrist straight, I moved my arm at the shoulder around its entire range of motion for about a minute. Within an hour the horrible hand/arm pain started and in lasted for the rest of the day at a level that was very distracting and bordering on depressing. It was much better the next day, but a low level of stinging has remained all week. This suggests that as well as hand use and elbow use, shoulder use can trigger the pain. It also explains how I can do little more than sit down at a computer for a few minutes and start feeling left arm pain.

Today (Friday) I tried the same experiment but limited the ROM by keeping my hand level with or below my shoulder. Two hours later and I am feeling the pain in my left hand, but it's much less than what I experienced with a full ROM. In both cases I also felt a small amount of right hand pain, and only across my fingers.

## 09/22/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### Hands update 2023-09-22 part 2

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/22/2023 5:15 PM |

Overall I feel like I've reached a plateau. With normal daily hand use and avoiding computers and phones I can just about get rid of the right hand pain, but the left hand/arm is stubbornly sensitive to something and the pain never really goes away. It's useless most of the time, and the pain level that is easy to trigger prevents me from doing or enjoying anything for significant amounts of time.

I have this week at the request of my PT started doing water walking and exercising 2-3 times a week for aerobic exercise (it's easy on my hips). I'm making sure I don't use my hands or arms for this, just letting them rest.

I plan on occasional experiments with my left shoulder this week to see if I can pinpoint a specific action.

# 09/22/2023 - Office Visit in REHABILITATION SVCS

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Follow-up and Dispositions

## Reason for Visit

### Chief Complaint

- PHYSICAL THERAPY

### Visit Diagnosis

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 09/22/2023 0904 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 9/22/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

## Clinical Notes

### Unknown

#### Progress Notes by Ho, Irene Oi Yin (M.D.) at 9/26/2023 0802

Version 1 of 1

Author: Ho, Irene Oi Yin (M.D.)
Filed: 9/26/2023 8:02 AM
Status: Signed
Service: —
Encounter Date: 9/22/2023
Editor: Ho, Irene Oi Yin (M.D.) (Physician)
Author Type: Physician
Creation Time: 9/26/2023 8:02 AM

" I certify the medical necessity of the care and have reviewed and approve the Plan of Care."

Electronically signed by Ho, Irene Oi Yin (M.D.) at 9/26/2023 8:02 AM

## Physical Medicine Notes

### THERAPIST, PHYSICAL

#### Progress Notes by Mendoza, Angela Marie (P.T.) at 9/22/2023 0902

Version 1 of 1

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 9/22/2023 9:47 AM Encounter Date: 9/22/2023 Creation Time: 9/22/2023 9:02 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 9/22/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 9/22/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 9/22/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 9/22/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 9/22/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=======================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 6/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:
History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 2/10 (right hip), at its worst in the last two weeks 7-8/10 (more than 5 minute standing/walking); 0/10 left hip
Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports going on a mini vacation and did not do exercises for 5 days HOME EXERCISE PROGRAM supine portion 2X/day. Patient reported driving a full day and feeling ok with it. Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool, and did 20 minutes walking in the water

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Supine Bridge with hip abduction with green band and blue band- 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Prone hip extension
-seated piriformis stretch

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 09/22/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps

**Physical Medicine Notes (continued)**

- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps

============================================================
Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient demonstrated progression towards goal decreased pain in right hip 1-2/10 at the present moment

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 9/22/2023 9:47 AM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064232] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 09/22/23 0947** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 09/22/23 0947 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 09/22/23 - Class: Back Office
Quantity: 3
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

## 09/22/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

9/22/2023 9:00 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday September 22, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday October 10, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Orientation
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 11, 2023
Time: 2:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

## What's Next (continued)

**Office Visit**
With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of September 22, 2023 11:59 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/22/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

#### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Clinical Notes

#### Unknown

**Telephone Encounter by Ho, Irene Oi Yin (M.D.) at 9/22/2023 1402**

**Version 1 of 1**

Author: Ho, Irene Oi Yin (M.D.)
Filed: 9/22/2023 2:03 PM
Status: Signed

Service: —
Encounter Date: 9/22/2023
Editor: Ho, Irene Oi Yin (M.D.) (Physician)

Author Type: Physician
Creation Time: 9/22/2023 2:02 PM

E consult for hip for physical therapy sent

Electronically signed by Ho, Irene Oi Yin (M.D.) at 9/22/2023 2:03 PM

## 09/25/2023 - Patient Secure Message in HEARING AID CENTER.

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Messages**

**Re: HA charging case and ear mold issue**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>10/23/2023 8:27 AM by Steven Weller | Weller, Steven | 9/29/2023 8:29 AM |

I will inquire with Resound.
Thank you for updating me.

Dr. Sanchez

**Re: HA charging case and ear mold issue**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 9/28/2023 9:01 PM |

I've been carefully positioning my hearing aids in their case as you showed me, but least night my wife was again woken by their whistling.

I'd like to try a replacement case.

**HA charging case and ear mold issue**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>9/28/2023 8:59 PM by Steven Weller | Weller, Steven | 9/25/2023 8:57 AM |

Please make sure the devices are seated properly in the charger. If they are seated off from the charging connector, it will disconnect and the aids will turn on. It's very unlikely that the charger has a defect. You really need to plug into the wall. I'll take a look while you are here. The issue did not happen when I charged them in the office with the original cord and power outlet cable. Please use what is provided only. I can troubleshoot in the office.

Do not use a power pack/brick.... always keep the devices plugged into the wall outlet. You can only go portable for 3 days.

I can file the molds when I see you.

**HA charging case and ear mold issue**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 9/25/2023 8:23 AM |

I'll be bringing the charging case for my HAs with me today at the 2pm appointment since it seems to be defective. The right HA stops charging randomly during the night. This causes it to reboot and then start whistling, waking my wife.

It only happens with the right HA (I can tell because the light stops pulsing). It only happens when the charger case is plugged in to power and never happens when I charge from the internal battery. I'm using the supplied cable and power brick. The HAs are seated correctly. Happens with the lid open or closed.

The right ear mold is causing a sore patch on my ear. The left one is fine. Hopefully this can be reshaped.

## 09/25/2023 - Office Visit in HEARING AID CENTER.

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Reason for Visit

#### Chief Complaint

- HEARING AID CHECK

#### Visit Diagnosis

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Sanchez, Keleigh J. (Au.D) | 09/25/2023 1545 |

### Clinical Notes

#### Unknown

##### Progress Notes by Sanchez, Keleigh J. (Au.D) at 9/25/2023 1541

Version 1 of 1

Author: Sanchez, Keleigh J. (Au.D) Service: — Author Type: AUDIOLOGIST
Filed: 9/25/2023 3:45 PM Encounter Date: 9/25/2023 Creation Time: 9/25/2023 3:41 PM
Status: Signed Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

## Hearing Aid Check

Hearing Aid Info:
Fitting Audiologist: Keleigh Sanchez
Fitting date: 09/20/2023
45 day trial period ends on: 11/04/2023
Manufacturer: Resound
Style: RIC
Model: Omnia 9
Color: Graphite
Battery Size: Rechargeable
RSN: 2366366126
LSN: 2349344349
Receiver/Dome Size:
R: 3HP
L: 3HP
Warranty expiration date: 10/13/2026

Accessories: Premium Charger SN # 2382231889

Earmolds
Manufacturer: Resound

## 09/25/2023 - Office Visit in HEARING AID CENTER. (continued)

**Clinical Notes (continued)**

Style: Semi Skeleton Hard with Canal Lock
Vent: 1.2mm Pressure
RSN: 23133752
LSN: 23133751
Warranty expiration date: 03/13/2024

**Patient reports:**
Confusion with buttons and functions
Charger is not charging all night. Disconnects and aids turn on.
Sounds of beeps too loud
Needs more bass in music setting.
Sounds of dishes too loud, especially left.
Restaurant program great.
Right mold in helix bothering him. Wires are too short and hurting him.

**Visual/listening check:**
Good.

**Actions taken:**
Filed down right mold at helix and changed wires to size 3HP on both. He reports they feel better now.
Connected and turned down the left.
Turned down all beeps to the lowest possible
Gave him more bass overall in all programs, especially in the music setting.
I believe the aids are not seated correctly in the charger. Advised that the molds criss cross keeping them seated properly so they do not disconnect.

**Recommendations:**
Follow up as scheduled.

Electronically signed by Sanchez, Keleigh J. (Au.D) at 9/25/2023 3:45 PM

**Procedures**

**Procedures**

**HEARING AID CHECK, BINAURAL [1561064233] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 09/25/23 1545** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 09/25/23 1545 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 09/25/23 - Class: Back Office
Quantity: 1
Diagnoses
FITTING OR ADJUSTMENT OF HEARING AID [Z46.1]

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

FITTING OR ADJUSTMENT OF HEARING AID [Z46.1 (ICD-10-CM)]

## 09/25/2023 - Office Visit in HEARING AID CENTER. (continued)

**Procedures (continued)**

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

9/25/2023 2:00 PM HEARING AID CENTER. 408-553-6900

## Today's Visit

You saw KELEIGH J. SANCHEZ AUD on Monday September 25, 2023.

Done Today
HEARING AID CHECK, BINAURAL

## What's Next

Office Visit
With: ERIK HALL MCDONALD MD
Date: Monday September 25, 2023
Time: 4:15 PM
Where to go: ORTHO/SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday October 10, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## What's Next (continued)

**Orientation**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 11, 2023
Time: 2:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

**Office Visit**
With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## 09/25/2023 - Office Visit in HEARING AID CENTER. (continued)

**After Visit Summary (continued)**

### Today's Medication Changes as of September 25, 2023 3:45 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/25/2023 - Office Visit in ORTHO/SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| McDonald, Erik Hall (M.D.) | McDonald, Erik Hall (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| ORTHO/SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 5** |

### Reason for Visit

**Chief Complaint**

- PAIN - Right Hip

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | McDonald, Erik Hall (M.D.) | 09/25/2023 1814 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99215 | OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN | 9/25/2023 | McDonald, Erik Hall (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by McDonald, Erik Hall (M.D.) at 9/25/2023 1614**

**Version 1 of 1**

Author: McDonald, Erik Hall (M.D.)　Service: —　Author Type: Physician
Filed: 9/25/2023 6:16 PM　Encounter Date: 9/25/2023　Creation Time: 9/25/2023 4:14 PM
Status: Signed　Editor: McDonald, Erik Hall (M.D.) (Physician)

## Orthopedic Surgery History & Physical Note

61 Y man with chief complaint of right hip pain.

**History of Present Illness - Initial visit 9/25/2023:**

Seen with his wife.

61 Y man presenting with right hip pain for ~1 year

- Injury: none
- Symptoms: daily joint pain and stiffness
- ADLs: Difficulty with shoes/ socks
- Course: worsening
- Ambulation: <1 blocks
- Treatment to Date: PT, medications
- Pertinent Hx:

Has right groin pain and cannot walk >1 block. Is using a wheelchair. Has also had pain in the left hip and had a csi injection. He had a cortisone shot in the right hip in June and was not very helpful. He is having groin pain. Walking is quite painful. Able to move the hip without significant pain but has pain w/ any WB. Is also doing water therapy.

Also complains of significant "nerve" type pain in the L>R arm (mostly right hand). Has had frozen shoulder b/l in the past.

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| RIGHT SHOULDER JOINT PAIN > 3 MONTHS | 06/02/2016 |
| RIGHT ULNAR NEUROPATHY | 06/02/2016 |
| OSTEOPOROSIS | 03/15/2023 |
| BILAT HEARING LOSS | 03/15/2023 |
| BILAT HAND PAIN | 03/15/2023 |
| SUBCUTANEOUS MASS | 03/15/2023 |
| MEDICATION REFILL | 06/30/2023 |

**No Additional Past Medical History**

No past surgical

**Social History:**
Works as a software engineer. Lives with his wife and 1 adult child. 2 dogs. No cats. No smoking, no etoh, no illicit drugs.

**Physical Exam - On 9/25/23:**
There were no vitals taken for this visit.
Estimated body mass index is 22.89 kg/m² as calculated from the following:
Height as of 3/15/23: 5' 9".
Weight as of 3/15/23: 70.3 kg (155 lb).

General: NAD, A&O
Resp: unlabored breathing
CV: extremities appear well-perfused

Walks with an antalgic and shortened gait, negative Trendelenburg lurch

**Right Hip Exam:**

- Visual: lower extremities and proposed surgical site without notable edema, erythema, or acute wounds

- Motor: able to stand, walk and move lower extremities without obvious weakness
- Sensory: sensation intact to light touch in Femoral, Lateral femoral cutaneous, Saphenous, Sural, Superficial Peroneal, Deep Peroneal and Tibial nerve distributions bilaterally
- Vascular: extremities are warm and well-perfused with brisk capillary refill
- No leg length discrepancy
- Mild groin pain with log roll
- No hip pain and normal strength with resisted straight leg raise
- No pain or paresthesia with passive straight leg raise
- No tenderness at greater trochanter
- No groin pain with flexion, adduction, and internal rotation of hip
- Hip ROM 100 degrees flexion, 15 degrees internal rotation, 45 degrees external rotation symmetric to the contralateral leg

**Imaging:**
Radiographs: AP and Lateral radiographs of the right hip demonstrate relatively preserved joint space with a small cam lesion (more apparent on the left hip).

An MRI without contrast of the right hip demonstrated relatively preserved cartilage with some superior thinning however no associated bone edema in the femur or acetabulum with a small degenerative change in the anterior superior labrum.

**Labs:**

| | Surgery optimization |
|---|---|
| BMI | Estimated body mass index is 22.89 kg/m² as calculated from the following:<br>Height as of 3/15/23: 5' 9".<br>Weight as of 3/15/23: 70.3 kg (155 lb). |
| HbA1c | No results found for: "HGA1C" |
| Fructosamine | No results found for: "FRUCTSAMIN" |
| Hct | **Lab Results**<br>Component / Value / Date<br>Hematocrit / 48.0 / 06/23/2023 |
| Cr | **Lab Results** |

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | Component | Value | Date |
| | Creatinine | 1.10 | 06/23/2023 |
| Transferrin | No results found for: "TRANSFERRIN" | | |
| Albumin | No results found for: "ALB" | | |
| Smoking | reports that he has never smoked. He does not have any smokeless tobacco history on file. | | |

| | ICD-10-CM |
|---|---|
| **1. RIGHT HIP JOINT PAIN** | **M25.551** |

We discussed that this point I am unclear on the etiology of his hip pain. His pain seems out of proportion to what his radiographs would demonstrate as well as the associated MRI. He does not have significant bone edema to suggest an intra-articular pathology. Also he did not have immediate pain relief after the prior ultrasound-guided injections into either hip. At this point I think he may have a adhesive capsulitis type picture of the hip although less likely given his range of motion is still quite good and is only painful with weightbearing. He could also have a lumbar radiculopathy that could be leading to his hip pain but has no weakness or other symptoms concerning for this. I will ask my colleagues to weigh in and review his imaging at the next radiology rounds.

We will follow-up via phone after the imaging has been reviewed by other practitioners in our department

Electronically signed by McDonald, Erik Hall (M.D.) at 9/25/2023 6:16 PM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 9/25/2023 4:15 PM ORTHO/SPORTS MEDICINE 408-851-1850

## Today's Visit

You saw ERIK HALL MCDONALD MD on Monday September 25, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

## What's Next

### PT Office Visit

With: ANGELA MARIE MENDOZA PT
Date: Tuesday October 10, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

### Orientation

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 11, 2023
Time: 2:30 PM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

### Office Visit

With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**After Visit Summary (continued)**

## What's Next (continued)

Return Visit
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of September 25, 2023 6:16 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/27/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Left elbow pain continues**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/30/2023 8:59 AM by Steven Weller | Weller, Steven | 9/29/2023 2:59 PM |

Hi Steven,
I ordered a follow up MRI and you can book this online or call 408-851-1850. It may take 2-3 weeks to get in. By that time you will also have your follow up with Dr. Lee which will be helpful. We can also have Angela work on your elbow in addition to the hip. I'll send a referral so she can add it in to your next appointment.

Please let me know if you have questions. I'll let you know when I receive your results.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Left elbow pain continues**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 9/27/2023 11:23 AM |

The pain in my left elbow is continuing and worsening, so I want to focus attention back to it.

There are two problems: the pain in the elbow itself, and the way it triggers the horrible arm pain that I've been seeing Dr. Lee about. The pain is bad enough that it's distracting and prevents me from doing much of anything, pretty much wasting days of my life and depressing my mood.

I've been wearing an elbow brace at night and keeping my arm in a pillow. That helps the pain dissipate overnight, but I'm finding almost any use of that arm during the day sets it off.

What do you suggest for my left elbow?

## 09/27/2023 - Patient Secure Message in ORTHO/SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| McDonald, Erik Hall (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| ORTHO/SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### More notes on right hip pain

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erik Hall (M.D.) McDonald | 9/27/2023 11:04 AM |

My right hip pain is, as far as I can tell behaving like my left hip did.

Enough rest will make the pain go away completely. Once gone, I can put weight on the hip without pain for a while, but as I use it more the pain will start. There is a significant delay between adding weight and the worsening of the pain -- hours to overnight. Use accumulates delayed pain. A day of walking around the house is bearable, but the next day I'm back in the wheelchair with worse pain.

The pain starts as a diffuse dull pain. As I use the hip more with weight it becomes sharper and more focused, eventually to the point where I can't put any weight on it without serious pain. That's where I got to with my left hip, but have reduced weight bearing use enough on my right to avoid that experience.

## 09/28/2023 - Patient Secure Message in ORTHO/SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| McDonald, Erik Hall (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| ORTHO/SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### Left hip injection details

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erik Hall (M.D.) McDonald | 9/28/2023 11:28 AM |

I think I can explain the lack of immediate relief from the steroid injection into my left hip in March. It was a two-stage process. The first stage was establishing the needle, definitely performed with anesthetic. Then there was a delay, followed by the doctor saying "here comes the steroid" and intense pain as it was injected. So my assumption is that he switched syringe from anesthetic to steroid. Subsequent to the injection, what I experienced followed very closely what was predicted for me. No immediate relief. Expect it to take 2 to 5 days to have effect, and for improvement to continue for 1-3 weeks.

Hopefully this helps establish a diagnosis

## 09/29/2023 - Pharmacy Initiated Order in ADMINISTRATION

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| ADMINISTRATION | 1800 HARRISON STREET<br>Oakland CA 94612-3466 | 510-987-1000 |

### Other Orders

#### Medications

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste [1561064235] (Discontinued)**

Electronically signed by: **Pharmacy, User on 05/05/23 0000**
Status: **Discontinued**
Ordering user: Pharmacy, User 05/05/23 0000
Authorized by: NON-CPM PHARMACY PROVIDER
Ordering mode: Standard
Frequency: 05/05/23 - 11/17/23
Class: File
Discontinued by: Pharmacy, User 11/17/23 1357 [Replaced by Pharmacy]

**Provider Details**

| Provider | NPI |
|---|---|
| NON-CPM PHARMACY PROVIDER | 1606530008 |
| PHARMACY USER | — |

Package: 11527-704-42
Reordered from: Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste

# 09/29/2023 - Ancillary Orders in SPORTS MEDICINE

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

## Reason for Visit

### Visit Diagnosis

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Dobler, Erin Alyson (P.A.-C) | 09/29/2023 1454 |

## Imaging

### Imaging

#### MR ELBOW [1561064234] (Completed)

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 09/29/23 1455** Status: **Completed**
Ordering user: Dobler, Erin Alyson (P.A.-C) 09/29/23 1455 Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: Routine 09/29/23 - Class: Normal
Quantity: 1 Released by: Dobler, Erin Alyson (P.A.-C) 09/29/23 1455
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]

## 09/29/2023 - Telephone in HEARING AID CENTER.

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Chief Complaint

- HEARING AID PROBLEM

### Clinical Notes

#### Unknown

**Telephone Encounter by Jaimes, Cynthia (M.A.) at 9/29/2023 1633**

**Version 2 of 2**

Author: Jaimes, Cynthia (M.A.) Service: — Author Type: MEDICAL ASSISTANT
Filed: 10/19/2023 10:34 AM Encounter Date: 9/29/2023 Creation Time: 9/29/2023 4:33 PM
Status: Addendum Editor: Jaimes, Cynthia (M.A.) (MEDICAL ASSISTANT)

[9/29 8:28 AM] Keleigh Sanchez

can you please call GN resound and ask them why rechargeable devices would suddenly turn on in the middle of the night? why would they randomly disconnect from the charger and turn on? if they are seated in the charger and the charger is plugged in, why would the aids spontaneously turn on? this is happening with Steven Weller and his wife keeps getting woken up in the middle of the night with the aids screaming in the charger. that doesn't make sense. we have tried arranging the devices so they are seating down in the charger correctly, but for some reason, they keep turning on in the middle of the night. can you ask them if this is a charger malfunction? we need a new premium charger for him if that's the case. this has been happening since he got them 2 weeks ago

**Patient will come pick up loaner charger.**
**New charger ordered by Audiologist.**

Electronically signed by Jaimes, Cynthia (M.A.) at 10/19/2023 10:34 AM

**Version 1 of 2**

Author: Jaimes, Cynthia (M.A.) Service: — Author Type: MEDICAL ASSISTANT
Filed: 10/19/2023 10:25 AM Encounter Date: 9/29/2023 Creation Time: 9/29/2023 4:33 PM
Status: Signed Editor: Jaimes, Cynthia (M.A.) (MEDICAL ASSISTANT)

Opened in error

Electronically signed by Jaimes, Cynthia (M.A.) at 10/19/2023 10:25 AM

## 09/30/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### Hands update 2023-09-29

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/2/2023 5:43 PM by Steven Weller | Weller, Steven | 10/2/2023 5:32 PM |

Mr. Weller,

Thank you for your email updates. The elbow brace may end up to be counterproductive if it pushes on the wrong places. Wrist splints can be useful if not too tight, but at this point essentially your nerves are telling you when the position or usage pattern is problematic.

Take care,

Dr. Lee

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/10/2023 9:45 AM by Steven Weller | Weller, Steven | 9/30/2023 11:14 AM |

Thank you for your message. I'll be out of the office through 10/3/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-09-29**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 9/30/2023 11:14 AM |

My right hand has been much the same. Hurts quickly if I type on a keyboard and has low level stinging pain at times. I use an iPad with a Pencil in my right hand and even that use starts to hurt my hand and wrist after a while. iPhone touch screen use has to be limited and careful.

My left arm has been getting steadily worse, but might be getting better again. I lost the whole of Wednesday and Thursday to really bad left elbow pain. It was dulled a little by ibuprofen. Thursday night I tried not wearing the elbow brace I've had on at night for the last several weeks and Friday was much improved. Saturday continues the trend.

Earlier in the week I tried to find a specific left shoulder/arm position that would trigger the horrible arm pain, but without success. I do have a low level pain in my back to the left side of my spine between my shoulder blades that's not going away, but it feels muscular.

## 09/30/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Hips and elbow update 2023-09-30**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>10/2/2023 5:43 PM by Steven Weller | Weller, Steven | 10/2/2023 5:12 PM |

Thanks for the update Steven. I'll let you know when I receive your MRI results.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Hips and elbow update 2023-09-30**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 9/30/2023 2:16 PM |

I've been doing water walking at the Timpany Center pool in San Jose for the last two weeks, twice a week so far, and I think it's having a positive effect on my hips. I do 20 minutes continuous exercise, so it's a reasonable workout. Mainly forward walking, but also some backward and sideways.

This last week I've not needed to use the wheelchair around the house since Tuesday. The amount I can do each day is limited, and if I overdo it I get pain again, but the improvement over where I was is encouraging.

I've experienced worsening left elbow pain, culminating in two days completely lost to pain this week. However, I stopped wearing the elbow brace at night starting Thursday and have seen significant improvement since then. My MRI is set for Oct 20.

## 09/30/2023 - Patient Secure Message in SPORTS MEDICINE (continued)

**Messages (continued)**

## 10/02/2023 - Assist in HEARING AID CENTER.

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Altun Hernandez, Honorio Agustin (M.A.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Clinical Notes

#### Unknown

**Staff Note by Altun Hernandez, Honorio Agustin (M.A.) at 10/2/2023 1053**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Altun Hernandez, Honorio Agustin (M.A.) | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 10/2/2023 10:55 AM | Encounter Date: 10/2/2023 | Creation Time: 10/2/2023 10:53 AM |
| Status: Signed | Editor: Altun Hernandez, Honorio Agustin (M.A.) (MEDICAL ASSISTANT) | |

Pt dropped of charger and took loaner 2382095140 and will msg Dr. Sanchez if still having the issue

Electronically signed by Altun Hernandez, Honorio Agustin (M.A.) at 10/2/2023 10:55 AM

## 10/03/2023 - Patient Secure Message in HEARING AID CENTER.

### Visit Information

#### Provider Information

**Encounter Provider**

Sanchez, Keleigh J. (Au.D)

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Messages

#### Replacement charger, night of 2023-10-02

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez | Weller, Steven | 10/3/2023 2:58 PM |
| Last Read in kp.org<br>10/23/2023 8:27 AM by Steven Weller | | |

Great, so we now know it's not the aids doing this.
I will send the charger back for a replacement.

I'll let you know when it arrives. Just continue to use my charger for now.

#### Replacement charger, night of 2023-10-02

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/3/2023 2:53 PM |

No hearing aid whistling Monday night.

## 10/08/2023 - Patient Secure Message in HEARING AID CENTER.

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Messages

#### More charger feedback

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez | Weller, Steven | 10/9/2023 8:33 AM |
| Last Read in kp.org<br>10/23/2023 8:27 AM by Steven Weller | | |

I'm glad to hear that you are charging successfully.
I will let you know when the new charger arrives.

#### More charger feedback

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/8/2023 2:25 PM |

Three more nights with the charger you loaned me and no whistling.

I also tried another travel charger we have (micro USB version, central cavity for molds) and that has worked fine.

## 10/08/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/9/2023 8:29 AM by Steven Weller | Weller, Steven | 10/8/2023 2:55 PM |

Thank you for your message. I'll be out of the office through 10/10/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-06**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/8/2023 2:55 PM |

I've just completed week 7 of medical leave. My return to work date is currently set as Thursday 10/19, but my hands are still not useful for much of anything related to computers. I would like to extend my medical leave period to see if more time yields any improvement, but at this point I consider myself too disabled to work, maybe permanently so. How much more time would you recommend? I can request this from Sedgwick and there will be paperwork again.

**Messages (continued)**

I stopped using the elbow brace last Friday and my left arm felt better over the weekend. However, Tuesday, and Wednesday featured a lot of left elbow and arm pain and stiffness in both hands and I lost two days to distracting pain. Friday things improved, but since then my right wrist has been hurting. I've started moving my arms around in the water while I'm water walking (twice a week) and that seems to be benign. Wearing a wrist brace on my left hand does seem to help my elbow.

## 10/08/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/9/2023 8:29 AM by Steven Weller | Weller, Steven | 10/8/2023 3:02 PM |

Thank you for your message. I'll be out of the office through 10/10/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**someone else with the same condition?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/8/2023 3:02 PM |

https://www.reddit.com/r/smallfiberneuropathy/comments/1726yig/pain_in_fingertips_when_on_keyboardmicetouch/

My wife found this online. Same sensitivity to touch and sliding and can handle tools as I can. Switches hands to cope and also experiences the spreading effect.

**Messages (continued)**

# 10/08/2023 - Ancillary Procedure in MRI

## Visit Information

### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4100 |

## Reason for Visit

### Visit Diagnosis

- LEFT ELBOW JOINT PAIN [M25.522]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | System, Generated | 10/08/2023 1629 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73221 | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | 10/8/2023 5:30 PM | Stanley, Grant Ernest (M.D.) | TC, LT | 1 |
| 73221 | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | 10/9/2023 5:30 PM | Stanley, Grant Ernest (M.D.) | 26, LT | 1 |

## Imaging

### Imaging

#### MR ELBOW [1561064236] (Final result)

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 09/29/23 1455** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Dobler, Erin Alyson (P.A.-C) 09/29/23 1455
Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: Routine 09/29/23 -
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Inthavong, Viengkeo 10/8/2023 4:29 PM
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR ELBOW [1561064236]** Resulted: 10/09/23 0856, Result status: Final result

Order status: Completed
Resulted by: Stanley, Grant Ernest (M.D.)
Filed by: Ps360,Results 10/09/23 0859
Performed: 10/08/23 1730 - 10/08/23 1711
Accession number: 12205392144
Resulting lab: NCAL PWS INTERFACE
Narrative:
MRI LEFT ELBOW WITHOUT CONTRAST

## 10/08/2023 - Ancillary Procedure in MRI (continued)

**Imaging (continued)**

** HISTORY **:
62 years old, left elbow follow-up. Diffuse pain. Previous subchondral edema capitellum.

** TECHNIQUE **:
MR images of the left elbow acquired without contrast.

COMPARISON: Radiograph 1/11/2023

** FINDINGS **:
Mild limitation secondary to motion degradation.

LIGAMENTS: Lateral collateral ligament complex and medial/ulnar collateral ligament are intact.

TENDONS: Common flexor and extensor tendon origins are normal. No evidence for medial or lateral epicondylitis. Biceps, brachialis and triceps tendons are intact.

NERVES: Radial and median nerves are normal. Mild increased ulnar nerve T2 signal intensity on image 6 through 9 of series 7 with no discrete ulnar nerve lesion. Cubital tunnel retinaculum is intact.

MUSCULATURE: Muscles are normal without atrophy or denervation change.

FLUID/OTHER: Normal volume of joint fluid. No evidence for free intra-articular fragments. No distension of the olecranon bursa.

BONES AND CARTILAGE: There is mild subcortical bone marrow edema at the medial aspect of the capitellum best appreciated in the sagittal plane on image 15 and 16 of series 10. Cartilage is intact. Normal alignment.

Impression:
Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

Acknowledged by: Dobler, Erin Alyson (P.A.-C) on 10/10/23 1428

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI LEFT ELBOW WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT ELBOW NO CONTRAST. [250900] | |

**Recipients**

**Dobler, Erin Alyson (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 634624942 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

## 10/08/2023 - Ancillary Procedure in MRI (continued)

**Imaging (continued)**

| | | | | |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR ELBOW [1561064236]** Resulted: 10/08/23 1711, Result status: In process

Order status: Completed
Filed by: Ghafoor, Wahid A 10/08/23 1711
Accession number: 12205392144
Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 10/08/23 1730 - 10/08/23 1711

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT ELBOW NO CONTRAST. [250900] | |

**Reviewed by**

Dobler, Erin Alyson (P.A.-C) on 10/10/23 1428

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]

**Signed**

Electronically signed by Stanley, Grant Ernest (M.D.) on 10/9/23 at 0856 PDT

**All Reviewers List**

Dobler, Erin Alyson (P.A.-C) on 10/10/2023 14:28

# 10/09/2023 - Refill in INTERNAL MEDICINE

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Reason for Visit

### Chief Complaint

- Medication Refill

### Visit Diagnosis

| Name | Code | Chronic? |
|---|---|---|
| **OSTEOPOROSIS (primary)** | M81.0 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | OSTEOPOROSIS | M81.0 | Yes | Pharmacy, User | 10/09/2023 1616 |

## Other Orders

### Medications

**Alendronate (FOSAMAX) 70 mg Oral Tab [1561064237] (Active)**

Electronically signed by: **Ho, Irene Oi Yin (M.D.) on 10/09/23 1623** Status: **Active**
Ordering user: Ho, Irene Oi Yin (M.D.) 10/09/23 1623 Authorized by: Ho, Irene Oi Yin (M.D.)
Ordering mode: Standard
Frequency: Q7days 10/09/23 - 10/08/25 Class: zRefill-Pharmacy Use Only
Released by: Ho, Irene Oi Yin (M.D.) 10/09/23 1623
Diagnoses
OSTEOPOROSIS [M81.0]

**Provider Details**

| Provider | NPI |
|---|---|
| Ho, Irene Oi Yin (M.D.) | 1114004058 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 64980-342-14
Reordered from: Alendronate (FOSAMAX) 70 mg Oral Tab

**Indications**

OSTEOPOROSIS [M81.0 (ICD-10-CM)]

## 10/09/2023 - Patient Secure Message in ORTHO/SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| McDonald, Erik Hall (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| ORTHO/SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

**Right hip follow-up**

| From | To | Sent and Delivered |
|---|---|---|
| Erik Hall (M.D.) McDonald<br>Last Read in kp.org<br>10/13/2023 8:24 AM by Steven Weller | Weller, Steven | 10/12/2023 2:56 PM |

Hi Steven,

I'm having my hip replacement collegues review your case and imaging and will let you know when I hear back from them.

Thanks for the additional information

Best,

Erik McDonald, MD, MAS

**Right hip follow-up**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erik Hall (M.D.) McDonald | 10/9/2023 6:00 PM |

Were you able to glean anything further about my hip pain?

Since seeing you I've been using a wheelchair part-time around the house and have been continuing the water walking. It's very easy to overdo use of my hip.

## 10/09/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Re: What's next for my hip?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 10/11/2023 4:36 PM |

It been recommended that I do water exercises five times a week, so I will try to keep up with that schedule. I also have some very gentle arm exercises to do.

Yes, my left arm/elbow is my biggest concern since the pain is so disabling, so I'd be interested in talking to a specialist.

**What's next for my hip?**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>10/11/2023 4:31 PM by Steven Weller | Weller, Steven | 10/10/2023 2:26 PM |

Hi Steven,
For now, continue doing the water exercise and to keep moving the hip to prevent stiffness. Dr. McDonald will be in touch.

Your elbow MRI results are below. Your previous MRI also showed some edema in the capitellum (end of the humerus/arm bone) at the joint. You also have a little inflammation near the ulnar nerve; I saw your previous EMG and the ulnar conduction was normal. I could set you up to see our upper extremity specialist for further evaluation if it is still bothersome. Let me know.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

Impression

Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral

defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

**What's next for my hip?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 10/9/2023 6:07 PM |

Last week Dr McDonald concluded that surgery for my right hip was not warranted by the data and recommended against injections into the joint.

I'm continuing to use a wheelchair when I'm out and for part of the time around the house in order to keep the pain tolerable. I'm also doing water walking twice a week for exercise.

Where do we go from here?

## 10/09/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Medical leave update**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>10/10/2023 9:43 AM by Steven Weller | Weller, Steven | 10/10/2023 8:18 AM |

I am sorry to hear that this is all still bothering you. We will have to see what neurology and the MRI shows.

Take care,

Irene Ho MD

**Medical leave update**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 10/9/2023 6:20 PM |

I'm now on week 8 of medical leave for my hands, with a return to work date currently set for 10/19. My hands have improved, but I'm still unable to use them for much of anything work-related for more than a few minutes and frequently get distracting left arm pain from normal daily use, so I've requested more time. I also have an in-person visit with Dr Lee on 10/20.

My right hip continues to cause pain, sometimes badly enough to be distracting. I'm in a wheelchair part of the time at home and always when I'm out anywhere. The pain is manageable at the expense of mobility. I'm very reliant on family members.

Of the two issues, my hands are of the greater concern. I feel disabled and stuck that way. I typically completely lose one or two days a week to really bad hand/arm pain. Hopefully the MRI results for my elbow are useful, since that appears to be the main trigger for the disiabling arm/hand pain.

## 10/10/2023 - Patient Secure Message in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Messages

**Appointment cancellation**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza | Weller, Steven | 10/10/2023 10:27 AM |
| Last Read in kp.org<br>10/10/2023 10:33 AM by Steven Weller | | |

No problem

Appointment number 408-851-1400

**Appointment cancellation**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 10/10/2023 9:33 AM |

I mistakenly cancelled our appointment today instead of another one.

Where should call to make another?

## 10/10/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

**MRI left elbow results are in**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/10/2023 9:47 AM |

I had an MRI of my left elbow taken the other day, so there is some more data to look at.

At the time of the MRI, I had minimal elbow pain and none of the horrible arm pain.

## 10/10/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Mendoza, Angela Marie (P.T.) | 10/10/2023 1526 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 10/10/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 10/10/2023 1442**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 10/10/2023 3:26 PM Encounter Date: 10/10/2023 Creation Time: 10/10/2023 2:42 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 10/10/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 10/10/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 10/10/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 10/10/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 10/10/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY in 12 weeks.//

Treatment may include:

- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 7/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 2/10 (right hip), at its worst in the last two weeks 7-8/10 (more than 5 minute standing/walking); 0/10 left hip.
3/10 in left elbow, at its worst 6/10

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began

going to the Tympany pool 2X/week, and did 20 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 30 degrees radial deviation, 30 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

Patient tolerated well, demonstrated improved ACTIVE RANGE OF MOTION as follows: **LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 10/10/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold

- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

=====================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved LEFT UPPER EXTREMITY elbow and wrist ACTIVE RANGE OF MOTION after therapeutic exercises

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 10/10/2023 3:26 PM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064238] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 10/10/23 1526** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 10/10/23 1526 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 10/10/23 - Class: Back Office

## 10/10/2023 - Office Visit in REHABILITATION SVCS (continued)

### Procedures (continued)

Quantity: 3
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**10/10/2023 - Office Visit in REHABILITATION SVCS (continued)**

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 10/10/2023 2:40 PM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Tuesday October 10, 2023. The following issue was addressed: LEFT ELBOW JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

Office Visit
With: BRIAN POEU LEE MD
Date: Friday October 20, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

Return Visit
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

Steven Weller (MRN: 110018429889) • Printed at 10/10/2023 3:26 PM Page 1 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## What's Next (continued)

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of October 10, 2023 3:26 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 10/11/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

#### Extension of medical leave

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 10/13/2023 5:28 PM |
| Last Read in kp.org<br>10/14/2023 1:56 PM by Steven Weller | | |

Mr. Weller,

Thank you for your email. Let's see each other at our appointment then--we can write a new return to work date as you mention, and go from there. The MRI is consistent with an inflammation of the ulnar nerve at the elbow.

Take care,

Dr. Lee

#### Extension of medical leave

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/11/2023 4:31 PM |

I replied to a text message about my return to work date from Sedgwick. Current is 10/19/2023, but my hands are so far not usable. I am proposing 11/20/2023 since I had to pick a date, so there will likely be a request for medical information to support this. I can give a different date if you recommend another.

Erin Dobbler has proposed that I see an upper limb specialist, so I will set that up. That will likely take some time.

I have an in-person visit with you on 10/20.

**Messages (continued)**

## 10/13/2023 - Patient Secure Message in DEFAULT SECURE MESSAGE DEPT

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| DEFAULT SECURE MESSAGE DEPT | 2100 POWELL ST<br>Emeryville CA 94608-1826 | 510-987-1000 |

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P General Questionnaire Submission Pool | 10/13/2023 8:31 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Flu Vaccine

Question: If you got your last Influenza (Flu) vaccine outside of Kaiser Permanente, what DATE did you get the Influenza (Flu) vaccine? Please use the calendar to enter an accurate date.
Answer: 10/1/2022

### Questionnaires

**Legend:**

Triggered a BPA **Scoring question**

**Ncal_Mychart_Qx_Flu_Hx**

| Question | 10/13/2023 8:31 AM PST - Filed by Patient |
|---|---|
| If you got your last Influenza (Flu) vaccine outside of Kaiser Permanente, what DATE did you get the Influenza (Flu) vaccine? Please use the calendar to enter an accurate date. | 10/1/2022 |

## 10/14/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee | Weller, Steven | 10/14/2023 2:15 PM |
| Last Read in kp.org<br>10/15/2023 11:38 AM by Steven Weller | | |

Thank you for your message. I’ll be out of the office through 10/17/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-13**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/14/2023 2:15 PM |

I started the week Saturday with some significant left arm/hand pain with no clear cause. It continued into Sunday. Monday was better, then it was back Tuesday. Wednesday improved again. I started wearing a wrist brace Wednesday and that seemed to help.

Thursday morning early the pain came back, but I was able to carefully relax my arm and get it to go away by lunchtime. Pain came back at 5pm and I was again able to control it with relaxation. I was driving all day Thursday so my environment was very controlled and I could

rest my arm in one position for extended lengths of time. Driving was again therapeutic for my hands.

My right hand remains almost pain free when not in use. I can still feel stinging at night and it starts to hurt with computer/phone use quite quickly.

PT has given me some simple wrist exercises to see if that helps with my elbow pain. I'm continuing with pool walking and aim to increase that to 5 times a week.

## 10/15/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/16/2023 4:19 PM by Steven Weller | Weller, Steven | 10/15/2023 11:43 AM |

Thank you for your message. I'll be out of the office through 10/17/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2022-10-13 part 2**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/15/2023 11:43 AM |

I just realized that I have not experienced the horrible hand/arm pain for almost a week now. My left index finger feels more normal, a lot less "leathery". I can still feel some stinging in my fingers at night in both hands.

This seems to indicate some recent/gradual progress. I still have significant elbow pain but it's not been triggering the hand/arm horrible pain this week.

## 10/15/2023 - Patient Secure Message in NEUROLOGY (continued)

**Messages (continued)**

## 10/16/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/17/2023 10:39 AM by Steven Weller | Weller, Steven | 10/16/2023 4:22 PM |

Thank you for your message. I’ll be out of the office through 10/17/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/16/2023 4:22 PM |

Sedgwick has come back with:

We will need an updated work status report with a work release and office visit notes from 10/01/2023 to present from your Kaiser provider(s). Thanks!

So I assume you will receive a request for those.

## 10/16/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

#### Department

| Name | Address | Phone |
| --- | --- | --- |
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

#### Sedgwick request

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>10/17/2023 10:39 AM by Steven Weller | Weller, Steven | 10/17/2023 8:00 AM |

Ok

Irene Ho MD

#### Sedgwick request

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 10/16/2023 4:24 PM |

I've let Sedgwick know that I'm extending medical leave and they have come back with:

We will need an updated work status report with a work release and office visit notes from 10/01/2023 to present from your Kaiser provider(s). Thanks!

I will see Dr. Lee this week and have made sure he is aware of the request.

## 10/16/2023 - Assist in HEARING AID CENTER.

### Visit Information

#### Provider Information

**Encounter Provider**

Cardoza, Brianna (M.A.)

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Clinical Notes

#### Unknown

**Staff Note by Cardoza, Brianna (M.A.) at 10/16/2023 1023**

**Version 1 of 1**

Author: Cardoza, Brianna (M.A.) Service: — Author Type: MEDICAL ASSISTANT
Filed: 10/16/2023 10:32 AM Encounter Date: 10/16/2023 Creation Time: 10/16/2023 10:23 AM
Status: Signed Editor: Cardoza, Brianna (M.A.) (MEDICAL ASSISTANT)

Checked in charger
Serial Number(s): 2382536430
Action taken by manufacturer: Rsound
S/n: 2382231889 changed to s/n:2382536430
**Accessory Replacement**

Invoice number: S11-7089560

Called patient for pick up.

**Brianna Cardoza**
Medical Assistant
Kaiser Permanente
Hearing Aid Center
2894 Homestead Road
Santa Clara, CA 95051

Electronically signed by Cardoza, Brianna (M.A.) at 10/16/2023 10:32 AM

## 10/20/2023 - Patient Secure Message in HEARING AID CENTER.

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

#### Department

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Messages

#### one hearing aid heard in the other

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>10/21/2023 7:56 PM by Steven Weller | Weller, Steven | 10/20/2023 12:29 PM |

GN Resound devices have the lastest technology for enhanced directional binaural beam-forming/ear to ear communication when noise is present. It's sharing information for the mid's and high's to give the person the best understanding of speech when noise is present.

What is a binaural beamformer?
Hearing aid beamformers are the most effective method for improving SNR and performance in noise for signals arising in the near-field. Binaural beamformers that utilize 4 microphones and work adaptively across multiple channels provide unparalleled performance in these listening situations.

**Messages (continued)**

## How did we achieve this feat?

With ReSound OMNIA we introduce two new features, 360 All-Around and Front Focus, based on three key improvements:

**1 Wider sound environment mapping**

By giving your clients a wider sound environment mapping and ear-to-ear audio streaming, we remove any blank spots created by the head-shadow effect to enable your clients to never miss a sound in any situation. They hear clearer* than ever before.

**2 Faster detection, selection and adaptation to environments**

We have completely redesigned our steering and analysis system to make faster and more accurate decisions about which listening mode to activate. This means that your clients hear more of what is important to them and less of what they don't want to hear, even in the most challenging environments.

**3 More precise beamforming for our best speech clarity in any environment**

We enhanced our adaptive directional beamforming performance to take the acoustic effects of the ear, head and torso into effect, vastly improving focus on sounds in front.

These three modes are working at the same time across any sound environment, enabling users to automatically tune into what they want to listen to and not have the hearing aids choose for them. In this way we can now enable your clients to hear through the noise.







## The science behind the magic

Participants completed a speech recognition in noise test in 3 conditions: Omnidirectional mode, Ultra Focus mode and Front Focus mode. Throughout the tests, the noise was held constant and the level of speech increased or decreased. The test result is the difference between the speech level and the noise level (SNR).

We found that listeners performed 4.36 dB better with Front Focus than Ultra Focus. This means that with ReSound OMNIA we can increase the level of noise with – 4.5 dB for the same performance in hearing speech.

Because a change of 3 dB in level is a doubling or halving and 1.36 is approximately half again as much, a total change in conditions of 4.36 dB would correspond to approximately 150%. This means that with ReSound OMNIA, equal performance to previous generation technology was achieved in test conditions that were 150% worse. ReSound OMNIA cuts through the noise with an **almost unbelievable 150% improvement in speech understanding.**




Hopefully this helps you understand what the aids are doing.
Just know that what they are doing is correct and it's supposed to do this so you get the best help in noise.

Best,
Dr. Sanchez

**one hearing aid heard in the other**

**10/20/2023 - Patient Secure Message in HEARING AID CENTER. (continued)**

**Messages (continued)**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/20/2023 11:52 AM |

I noticed in the car the other day that brushing my finger across the microphone of my left device caused me to hear it in the right device. At times the reverse was true as well.

Is there some feature that switches ears or goes into a monophonic mode if there is a lot of noise?

## 10/20/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Dasilva, Gilda M (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

### Messages

**referral**

| From | To | Sent and Delivered |
|---|---|---|
| Gilda M (M.A.) Dasilva<br>Last Read in kp.org<br>10/23/2023 8:28 AM by Steven Weller | Weller, Steven | 10/20/2023 4:45 PM |

Hello Steven Weller,

You were referred to our Department, Physical Medicine and Rehabilitation, by your Primary Care Provider, or one of our Specialty Department Providers. We would like to schedule an initial consultation visit with one of our Specialists via video appointment. During this video visit, our Specialist will review and discuss your referral. The Specialist will discuss possible clinic visit needs that can be scheduled later.

To schedule a video consultation, please call our office
Monday - Friday, 8:30am - 5:00pm.
**(408) 530-2900**.

At the time of your First Video appointment please be in a room with enough space to show full body movements that may be asked of you. Also please log on to your video visit at least 10-15 min before appointment. One of our Medical Assistants will confirm that audio and video are working and help troubleshoot any issues that may come up.

Follow this link to view our list of providers:
https://thrive.kaiserpermanente.org/care-near-you/northern-california/santaclara/departments/physical-medicine-and-rehabilitation/

We look forward to speaking to you soon.

Thank you,

Medical Assistant
Physical Medicine and Rehabilitation (PMR)
1263 E. Arques Ave.
Sunnyvale, Ca 94085

**10/20/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB (continued)**

**Messages (continued)**

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/20/2023

# 10/20/2023 - Office Visit in NEUROLOGY

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

## Reason for Visit

### Chief Complaint

- FOLLOW UP EXAM

### Visit Diagnosis

- **CERVICAL RADICULOPATHY (primary) [M54.12]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CERVICAL RADICULOPATHY (primary)** | M54.12 | Lee, Brian Poeu (M.D.) | 10/20/2023 0901 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 10/20/2023 | Lee, Brian Poeu (M.D.) | | 1 |

## Clinical Notes

### Unknown

#### Progress Notes by Lee, Brian Poeu (M.D.) at 10/20/2023 0840

Version 1 of 1

Author: Lee, Brian Poeu (M.D.)
Filed: 10/20/2023 1:45 PM
Status: Signed

Service: —
Encounter Date: 10/20/2023
Editor: Lee, Brian Poeu (M.D.) (Physician)

Author Type: Physician
Creation Time: 10/20/2023 8:40 AM

Neurology Follow-Up Note

Mr. Weller returns today for follow up. His C-spine MRI shows clear evidence of bilateral neuroforaminal narrowing at C5/6, which would affect the C6 roots. His symptoms seem to originate at the index finger and include other areas from there, which would be consistent with a C6 radicular etiology. Examination shows 5/5 biceps strength and intact pinprick. We will pursue PMR referral for next steps, and if non-surgical options fail, may even consider a surgical opinion for his symptomatic radiculopathy.

Electronically signed by Lee, Brian Poeu (M.D.) at 10/20/2023 1:45 PM

## 10/20/2023 - Office Visit in NEUROLOGY (continued)

**Clinical Notes (continued)**

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

10/20/2023 8:30 AM NEUROLOGY 408-851-4435

## Today's Visit

You saw BRIAN POEU LEE MD on Friday October 20, 2023. The following issue was addressed: CERVICAL (NECK) RADICULOPATHY.

Blood Pressure
124/70

Pulse
64

## What's Next

**Return Visit**
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

**Office Visit**
With: TUNG BA LE MD
Date: Thursday October 26, 2023
Time: 10:30 AM
Where to go: ORTHO/SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

## 10/20/2023 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

### What's Next (continued)

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of October 20, 2023 1:45 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

**Alendronate (FOSAMAX) 70 mg Oral Tab** Take 1 tablet by mouth every 7 days

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Messages**

**Reminder about questionnaire(s) for your upcoming appointment**

## 10/20/2023 - Office Visit in NEUROLOGY (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>10/20/2023 10:15 AM by Steven Weller | Weller, Steven | 10/18/2023 1:18 AM |

Dear Steven Weller,

Your health care provider recently sent a questionnaire that you have not yet completed. Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
|---|---|---|
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>10/13/2023 8:24 AM by Steven Weller | Weller, Steven | 10/13/2023 1:32 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.

**Vitals**

## 10/20/2023 - Office Visit in NEUROLOGY (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 10/20/2023 8:33 AM

| BP | Pulse |
|---|---|
| 124/70 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 64 |

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 10/20/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 10/20/2023 through 11/20/2023

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 10/23/2023 - Patient Secure Message in HEARING AID CENTER.

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Messages**

**Appointment 10/25**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez | Weller, Steven | 10/23/2023 9:52 AM |
| Last Read in kp.org<br>10/23/2023 9:55 AM by Steven Weller | | |

We had turned the HF's down last visit due to comfort issues, therefore, we may need to creep those back upwards again. This can also help hearing speech better, especially for those softer consonants, which may also help in the car.

Music programs run a slightly different system when it comes to clipping and compressing peaks and valleys of music. Therefore, the feedback suppression circuit is reduced to preserve those peaks of certain instruments. You can easily adjust the app for bass and treble depending on the venue and the music/orchestra or play you are enjoying and save that as a favorite, especially if you attend the same venue for season tickets often.

Everyone's feelings about these instruments can be different, so it will be a very personal journey for everyone. Honestly, most people don't use the music program because it sounds very similar to the all-around setting. I don't notice a difference in the settings at all. Only professional musicians usually hear the change in the setting.

Hope this helps. I'll see you on Wednesday.

**Appointment 10/25**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/23/2023 8:53 AM |

I'd like to keep this visit to tweak the settings, now I'm used to the new devices.

I think the high frequencies need adjusting upwards, and I'd like to understand the music setting more.

I find that hearing my passenger in a car is difficult, so maybe there is something tha can be

**Messages (continued)**

done about that.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/23/2023

## 10/23/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-10-20**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/23/2023 4:37 PM by Steven Weller | Weller, Steven | 10/23/2023 2:51 PM |

Mr. Weller,

Thank you for your email updates. Let's see what my colleague in Physical Medicine and Rehab can add.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/23/2023 9:54 AM by Steven Weller | Weller, Steven | 10/23/2023 9:05 AM |

Thank you for your message. I’ll be out of the office through 10/24/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-20**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/23/2023 9:05 AM |

Saturday: Started the week with some left arm pain and a lot of stiffness in my left hand
Sideways wrist exercises don't feel good near my elbow, but don't trigger the horrible pain
Sunday: After using both hands for very light tool use, I started to get the horrible pain in my index finger
Trying out vertical wrist exercises definitely triggered the horrible pain: by bedtime pain was in middle two fingers, palm and back of hand
Took a couple of days to feel better
Squeeze exercises seem to be harmless
Wednesday and Thursday lots of driving and pain was as before: growing pain in the morning, then got better in the afternoon during driving
Overall driving is still therapeutic
Ended the week on Friday with residual left hand and finger pain
Stinging at night in both hands at a low level always present

## 10/24/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lau, Eunice Wan-Yew (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

### Messages

**Re: Welcome**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>11/15/2023 2:20 PM by Steven Weller | Weller, Steven | 11/1/2023 5:31 PM |

Dear Mr. Weller

Two of the Physical Medicine and Rehabilitation physician do the muscle testing's. I will ask my staff to reach out to you to schedule

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic
Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

**Re: Welcome**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Eunice Wan-Yew (M.D.) Lau | 11/1/2023 5:13 PM |

Let's go ahead with the EMG test as a first step.

I have a PT appointment coming up on 11/7 that I can use to focus on the neck/back issues as well.

What causes the nerve outlet narrowing? Is this something that is likely to occur elsewhere as well?

**Welcome**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>12/1/2023 8:54 AM by Steven Weller | Weller, Steven | 10/24/2023 9:03 PM |

Dear Mr. Weller,

It was a pleasure meeting you at the Physical Medicine and Rehabilitation clinic/Spine clinic for evaluation of your LEFT neck, trapezius (muscle connecting neck to the shoulder), arm and hand pain with left index finger numbness.

As we discussed, the pain symptoms are due multiple etiologies and factors:
- neck and left trapezius pain can be a combination of multilevel disc wear-and-tear changes and also muscular pain. The muscular pain is the portion of left trapezius pain worsened right-sided neck turning or side bending.
-Some of the left arm pain is suspected be due to left C6 and C7 nerve irritation from the spine nerve outlet narrowing at the C5-6 and C6-7 levels.
-Some of the forearm and hand pain and discomfort is due to repetitive strain etiology.

***These are the diagnoses and also management options that we discussed. Appreciate review and let me know how you would like to proceed:***
1. Diagnostics: Muscle testing called EMG of the left arm to see if there is any current active versus previous/chronic C6 and C7 nerve root irritation and if so, the left arm pain and numbness may benefit from next epidural steroid injection.
2. If there is no fluid effect into the muscles, then you may benefit from the neck/cervical spine epidural steroid injection under x-ray guidance.
3. Medications options.:

Alternative medication for nerve and muscle discomfort may include a medication called Topamax/topiramate versus an antidepressant category medication called Cymbalta.

4. Physical therapy for the neck and upper back posture exercises.

I hope you found your visit to be helpful. I want to let you know that if you have any questions in regards to your condition or if you want to let me know how you are doing, you can call or e-mail me at any time. If your message requires a response, I will do my best to get back to you as soon as possible.

It is important to me that you are provided with excellent care, so please do not hesitate to let me know personally so that better care can be provided to you in the future.

Visit and bookmark
Http://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/
to contact me or find out more about our department. Here, you may find links to information such as exercises, videos, and even podcasts that may aid you in your rehabilitation.

Again, it was nice seeing you. Please let me know if you have further questions. Thank you and take care!

Sincerely,
Eunice Lau, MD

Physical Medicine and Rehabilitation Department
Kaiser Permanente - Santa Clara
1263 East Arques Avenue, 1st Floor, Department 11
Sunnyvale, California 94085
408-530-2900

# 10/24/2023 - Video Visit in PHYSICAL MEDICINE AND REHAB

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lau, Eunice Wan-Yew (M.D.) | Lau, Eunice Wan-Yew (M.D.) |

### Department

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

### Level of Service

| Level of Service |
|---|
| **OUTPT NEW LEVEL 5** |

## Reason for Visit

### Chief Complaint

- ARM PROBLEM

### Visit Diagnoses

| Name | Code | Chronic? |
|---|---|---|
| **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes |
| MYOFASCIAL PAIN SYNDROME | M79.18 | No |
| CERVICAL RADICULITIS | M54.12 | No |
| REPETITIVE STRAIN INJURY | M70.90 | No |

#### Revision History

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes | Lau, Eunice Wan-Yew (M.D.) | 10/24/2023 0936 |
| Diagnosis #2 | | | | | |
| Add | MYOFASCIAL PAIN SYNDROME | M79.18 | No | Lau, Eunice Wan-Yew (M.D.) | 10/24/2023 0936 |
| Diagnosis #3 | | | | | |
| Add | CERVICAL RADICULITIS | M54.12 | No | Lau, Eunice Wan-Yew (M.D.) | 10/24/2023 0936 |
| Diagnosis #4 | | | | | |
| Add | REPETITIVE STRAIN INJURY | M70.90 | No | Lau, Eunice Wan-Yew (M.D.) | 10/24/2023 0936 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99205 | OFFICE/OUTPATIENT NEW HIGH MDM 60-74 MINUTES | 10/24/2023 | Lau, Eunice Wan-Yew (M.D.) | 95 | 1 |

## Clinical Notes

### Unknown

#### Progress Notes by Lau, Eunice Wan-Yew (M.D.) at 10/24/2023 0850

Version 1 of 1

Author: Lau, Eunice Wan-Yew (M.D.) Service: — Author Type: Physician
Filed: 10/24/2023 9:03 PM Encounter Date: 10/24/2023 Creation Time: 10/23/2023 8:56 PM

Status: Signed Editor: Lau, Eunice Wan-Yew (M.D.) (Physician)

OUTPATIENT PHYSICAL MEDICINE and REHABILITATION VIDEO CONSULTATION NOTE

This is a consultation requested by Brian Lee, MD, for evaluation of acute on chronic left arm pain for the presence of any cervical radicular component of pain.

Correct patient was identified. I discussed limitations of Video Appointment Visits including but not limited to to inability to check vitals, reflexes, pulses, grading of muscle strength in details, certain provocative maneuvers, possibly missing subtle findings on physical examination. Alternative options were presented to the patient and the patient elected to proceed with visit. Verbal consent obtained from patient. Patient expressed understanding and agreed to proceed with the video visit and treatment if necessary. Consent documented in visit navigator. Connection was successful.

**Chief Complaint**

Patient presents with

- ARM PROBLEM

HPI:
Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023. No thumb symptoms . Attributed with more keyboarding. Rare intermittent left elbow and ulnar finger tingling. And left index finger tip tingling /leather feeling and feel cold
However, nerve conduction study of bilateral upper extremity 6/5/2023 was normal.
The patient was seen by neurologist, Dr. Brian Lee who reported clinically no suspicion for carpal tunnel syndrome as there was no EBP atrophy there was no upper extremity weakness.
MRI of the cervical spine was subsequently ordered with results below. Referred to spine clinic for evaluation of any cervical radicular symptoms that may contribute to his symptoms.
Associated symptoms: NO arm weakness.
Hand Dexterity - negative. Change in gait dexterity - negative
Duration of pain: 10 to 15 years.
Pain level - current: 7/10.left UE arm pain, 2/10 left neck
Modifying factors: Aggravating factors: Arm uses keyboarding
relieving factors: heat and limiting keyboarding duration.

**Answers for HPI/ROS submitted by the patient on 10/23/2023**

Occupation: Software engineer
Location of problem: neck
Hand dominance: right
Problem start: 8/23/2021

Specific injury: No injury
Previous treatments: None
Pain level: 7/10
Symptoms: aching, dull, burning
Progression: worsening
Frequency: constant, pain with activity, pain at rest
Relieved by: rest, heat

Functional limitations: unable to do photography since 2018, unable to do electronic keyboard since 2021,keyboarding up to 1 min

Beneficial treatments:

Non-beneficial treatments:
OT /Hand therapy at KP and at PAMF
meloxicam
pregabalin 75 mg BID almost complete relief of pain but caused blurry vision and mental slowing.
Trial of gabapentin had side effects but did not remember

Review of Systems:
Constitutional: Negative for fever, chills, weight loss
GU: no bladder dysfunction
GI: no bowel dysfunction
Others: No nocturnal pain, no saddle anesthesia

Past medical History:
Patient Active Problem List
MEDICATION REFILL [Z76.0]

OSTEOPOROSIS [M81.0]

BILAT HEARING LOSS [H91.93]

BILAT HAND PAIN [M79.641, M79.642]

SUBCUTANEOUS MASS [R22.9]

RIGHT SHOULDER JOINT PAIN > 3 MONTHS [M25.511]

RIGHT ULNAR NEUROPATHY [G56.21]

Resolved Hospital Problems
No resolved problems to display.

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • | |

| | |
|---|---|
| RIGHT SHOULDER JOINT PAIN > 3 MONTHS | 06/02/2016 |
| • RIGHT ULNAR NEUROPATHY | 06/02/2016 |
| • OSTEOPOROSIS | 03/15/2023 |
| • BILAT HEARING LOSS | 03/15/2023 |
| • BILAT HAND PAIN | 03/15/2023 |
| • SUBCUTANEOUS MASS | 03/15/2023 |
| • MEDICATION REFILL | 06/30/2023 |

**No Additional Past Medical History**

No past surgical history on file.
No family history on file.

I reviewed Meds, Allergies & Problems.

Drug allergies:
No Known Allergies

Social History:

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |

**E-Cigarettes/Vaping**

| Questions | Responses |
|---|---|
| E-Cigarette/Vaping Use | Never User |

**E-Cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |

Occupation: Engineer at Apple. On medical leave for 10 weeks due to arm pain.

Physical Exam (limited due to nature of video visit):
General: no apparent distress

Musculoskeletal:
Head and neck: Head - normocephalic.
Neck active ROM:

- Flexion 100% normal: No
- Extension 70% normal: No
- Rt rotation 100% normal: no
- Lt rotation 80% normal: Yes - more left trapezius and upper arm pain.

Palpation: Observed patient palpation in left trapezius (muscle joining neck and shoulder) and upper thoracic Paraspinals and was tender but no referral pain . Shoulder: Left shoulder full range of motion for flexion, abduction . Left shoulder active forward flexion more left upper back pain. . Impingement sign: negative - left .
Bilateral Drop arm test negative . No referral pain or sensation to left fingers with palpation of left forearm muscles

Neuro:
Unable to test DTRS, Hoffman's, Babinski and Clonus due to video visit.
Gait: tandem gait intact
Sensation: Sensation: Observed patient lower limb sensation normal in the C4-T1 dermatomal distribution and patient reported as reduced sensation to light touch in left index finger..

- Right arm and left arm manual muscle testing: At last 4/5 and symmetric in bilateral Shoulder ABD, Shoulder ER, Elbow flexors, Pronators, Elbow extensors, Wrist extensors, Finger flexors/hand grip, Finger abductors.

Provocative exam:
- LEFT Spurling's equivocal with increased in left trapezius pain
- RIGHT neck side bending more left trapezius pain consistent with myofasical pain.
- Bilateral Cervical facet load negative
- Lhermitte's sign negative
- negative Tinels at LEFT wrists. (+) Tinel's in left elbow.

CV: Pulses Not tested due to video visit.

LABS:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| Creatinine | 1.10 | 06/23/2023 |

No results found for: "FBS"

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.7 | 06/23/2023 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 16 | 06/23/2023 |

No results found for: "HGA1C"

**Lab Results**

| Component | Value | Date |
|---|---|---|
| Cholesterol | 203 | 06/23/2023 |
| HDL | 46 | 06/23/2023 |

| | | |
|---|---|---|
| LDL CALCULATED, NONFASTING | 132 | 06/23/2023 |
| TRIGLYCERIDE, NONFASTING | 125 | 06/23/2023 |

Data Review:
1. MRI of the cervical spine from 8/24/23 -spinal cord reported as normal.
   C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

   C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

2. Bilateral upper extremity nerve conduction study by Dr. Zadeh was normal

Assessment:
Steven Weller is a RIGHT hand dominant 62 Y male with past medical history significant for chronic bilateral hand pain, chronic right shoulder pain, osteoporosis,
He reports long history of daily, seeing pain in bilateral hand pain that is limiting his typing since about 2010. At the time, he also had occasionalleft index finger, volar forearm since at least about 2010. The symptoms are worsened with keyboarding and rest reliably improve his symptoms. Seen in hand surgery both in PAMF and 2 providers at Kaiser Santa Clara., had OT therapy 2021. Diagnoses included chronic left lateral and medial epicondylitis, hand capsulitis, triceps tendinitis, suspected mild left cubital tunnel syndrome. He was switching among use of mouse, track board. There was no change in dexterity. This pain managed with heat and rest from inciting activity.

Since about 8/2021, atraumatic onset of another new symptoms or dull, stinging pain in left index finger, both surface of left hand , left posterior arm. (+) left neck and trapezius area since Aug 2023.

(M47.812) CERVICAL SPONDYLOSIS (primary encounter diagnosis)
(M79.18) MYOFASCIAL PAIN SYNDROME -in bilateral forearm area.
(M54.12) CERVICAL RADICULITIS -clinically left C6-7 radiculitis from spondylitic changes.
(M70.90) REPETITIVE STRAIN INJURY -also contributing to his left forearm pain and trapezius pain.

PLANS:

1. Above assessment and radiological study discussed with patient and discussed the multifactorial etiologies of his symptoms.
The following plans were discussed and will be emailed to him for him to consider as options, both diagnostic and management standpoint.

2. Diagnostic Imaging:
**Suggest EMG of the left upper extremity** to see if there is active versus chronic C6 and C7 denervation. One can have symptomatic radiculitis without EMG changes. However if the results are positive then may suggest improvement from cervical epidural steroid injection.

3. Medication:
-As he had tried pregabalin and gabapentin with good effectiveness for significant side effects, consider **other adjuvant medication** such as Topamax or Cymbalta patient want to think about it

-

4. Therapies/Exercises/Modalities:
- Discussed with patient the foundation for treatment of neck/upper back pain is through strengthen of core and range of motion exercises.
-**Consider referral to PT for neck rehab and postural training**
- Educated patient on proper ergonomic setup in home work station.

5. Injection or Interventional Procedures. Defer and work-up in progress.
6. Activity Modification:

- Advise: I advised the patient to seek an emergent evaluation if he experiences saddle numbness, bowel or bladder incontinence or retention.

- Follow-up -patient will consider the option discussed and let me know how he would like to proceed.
- The patient was given ample opportunities to ask questions and all questions were answered to his satisfaction. He was in full agreement with the plans outlined as above.

Electronically signed by Lau, Eunice Wan-Yew (M.D.) at 10/24/2023 9:03 PM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 10/24/2023 8:50 AM PHYSICAL MEDICINE AND REHAB 408-530-2900

## Today's Visit

You saw EUNICE WAN-YEW LAU MD on Tuesday October 24, 2023.

## What's Next

### Return Visit

With: KELEIGH J. SANCHEZ AUD
Date: Wednesday October 25, 2023
Time: 9:00 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

2894 Homestead Road

### Office Visit

With: TUNG BA LE MD
Date: Thursday October 26, 2023
Time: 10:30 AM
Where to go: ORTHO/SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

### PT Office Visit

With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

**After Visit Summary (continued)**

## What's Next (continued)

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of October 24, 2023 9:03 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Eunice Wan-Yew (M.D.) Lau | 10/23/2023 2:24 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Orthopedic/Podiatry Questionnaire

Question: What is your occupation?
Answer: Software engineer

Question: What is the main reason for today's visit?
Answer: neck

Questionnaire: NCAL_MYCHART_BONES_HPI-SPINE BRANCH

Question: What is your dominant hand?
Answer: right

Question: When did the problem start?
Answer: 8/23/2021

Question: If this was the result of a specific injury, please describe below. Otherwise, please state "No injury".
Answer: No injury

Question: Please list any treatments or surgeries you have had for this problem.
Answer: None

Question: Please rate the severity of your pain (0 = no pain, 10 = the worst pain)
Answer: 7

Question: Please describe the symptoms you are experiencing.
Answer: aching
dull
burning

Question: Are your symptoms:
Answer: worsening

Question: How often are you having these symptoms?
Answer: constant
pain with activity

pain at rest

Question: What makes your symptoms worse?
Answer:

Question: What makes your symptoms better?
Answer: rest
heat

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Orthopedic/Podiatry Questionnaire**

| Question | 10/23/2023 2:24 PM PST - Filed by Patient |
|---|---|
| What is your occupation? | Software engineer |
| What is the main reason for today's visit? | neck |
| What is your dominant hand? | right |
| When did the problem start? | 8/23/2021 |
| If this was the result of a specific injury, please describe below. Otherwise, please state "No injury". | No injury |
| Please list any treatments or surgeries you have had for this problem. | None |
| Please rate the severity of your pain (0 = no pain, 10 = the worst pain) | 7 |
| Please describe the symptoms you are experiencing. | aching<br>dull<br>burning |
| Are your symptoms: | worsening |
| How often are you having these symptoms? | constant<br>pain with activity<br>pain at rest |
| What makes your symptoms worse? | |
| What makes your symptoms better? | rest<br>heat |

## 10/24/2023 - Clinical Documentation in PULMONARY MEDICINE

### Visit Information

#### Provider Information

**Encounter Provider**

Tsui, Sydney (M.A.)

#### Department

| Name | Address | Phone |
|---|---|---|
| PULMONARY MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2570 |

### Clinical Notes

#### Unknown

**Progress Notes by Tsui, Sydney (M.A.) at 10/24/2023 1138**

**Version 1 of 1**

Author: Tsui, Sydney (M.A.)
Service: —
Author Type: MEDICAL ASSISTANT
Filed: 10/24/2023 11:39 AM
Encounter Date: 10/24/2023
Creation Time: 10/24/2023 11:38 AM
Status: Signed
Editor: Tsui, Sydney (M.A.) (MEDICAL ASSISTANT)

PG&E form signed by MD and mailed to pt.

Electronically signed by Tsui, Sydney (M.A.) at 10/24/2023 11:39 AM

## 10/25/2023 - Office Visit in HEARING AID CENTER.

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

### Reason for Visit

**Chief Complaint**

- HEARING AID CHECK

**Visit Diagnosis**

- **FITTING OR ADJUSTMENT OF HEARING AID (primary) [Z46.1]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **FITTING OR ADJUSTMENT OF HEARING AID (primary)** | Z46.1 | Sanchez, Keleigh J. (Au.D) | 10/25/2023 1022 |

### Clinical Notes

**Unknown**

**Progress Notes by Sanchez, Keleigh J. (Au.D) at 10/25/2023 1020**

**Version 2 of 2**

Author: Sanchez, Keleigh J. (Au.D) Service: — Author Type: AUDIOLOGIST
Filed: 10/25/2023 10:23 AM Encounter Date: 10/25/2023 Creation Time: 10/25/2023 10:20 AM
Status: Addendum Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

## Hearing Aid Check

Fitting Audiologist: Keleigh Sanchez
Fitting date: 09/20/2023
45 day trial period ends on: 11/04/2023
Manufacturer: Resound
Style: RIC
Model: Omnia 9
Color: Graphite
Battery Size: Rechargeable
RSN: 2366366126
LSN: 2349344349
Receiver/Dome Size:
R: 3HP
L: 3HP
Warranty expiration date: 10/13/2026

Accessories: Premium Charger SN # 2382536430

Earmolds
Manufacturer: Resound
Style: Semi Skeleton Hard with Canal Lock

Vent: 1.2mm Pressure
RSN: 23133752
LSN: 23133751
Warranty expiration date: 03/13/2024

**Patient reports:**
1. Wants more HF's
2. Wants more help in car with noise
3. Wants music program more linear

Needs to return loaner charger and pick up new charger

**Visual/listening check:**
good

**Actions taken:**
Connected aids.
Increased HF's in all around program
Increase noise reduction and speech enhancer in restaurant program for car
Increased HF's and moderate and loud for music program to make more linear.

New charger and cable given.

**Recommendations:**
Follow up as needed.

Electronically signed by Sanchez, Keleigh J. (Au.D) at 10/25/2023 10:23 AM

**Version 1 of 2**

Author: Sanchez, Keleigh J. (Au.D) | Service: — | Author Type: AUDIOLOGIST
Filed: 10/25/2023 10:22 AM | Encounter Date: 10/25/2023 | Creation Time: 10/25/2023 10:20 AM
Status: Signed | Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

## Hearing Aid Check

Fitting Audiologist: Keleigh Sanchez
Fitting date: 09/20/2023
45 day trial period ends on: 11/04/2023
Manufacturer: Resound
Style: RIC
Model: Omnia 9
Color: Graphite
Battery Size: Rechargeable
RSN: 2366366126
LSN: 2349344349
Receiver/Dome Size:
R: 3HP
L: 3HP
Warranty expiration date: 10/13/2026

Accessories: Premium Charger SN # 2382536430

Earmolds
Manufacturer: Resound
Style: Semi Skeleton Hard with Canal Lock

**Clinical Notes (continued)**

Vent: 1.2mm Pressure
RSN: 23133752
LSN: 23133751
Warranty expiration date: 03/13/2024

**Patient reports:**
1. Wants more HF's
2. Wants more help in car with noise
3. Wants music program more linear
Needs to return loaner charger and pick up new charger

**Visual/listening check:**
good

**Actions taken:**
Connected aids.
Increased HF's in all around program
Increase noise reduction and speech enhancer in restaurant program for car
Increased HF's and moderate and loud for music program to make more linear.

**Recommendations:**
Follow up as needed.

Electronically signed by Sanchez, Keleigh J. (Au.D) at 10/25/2023 10:22 AM

**Procedures**

**Procedures**

**HEARING AID CHECK, BINAURAL [1561064239] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 10/25/23 1022** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 10/25/23 1022 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 10/25/23 - Class: Back Office
Quantity: 1
Diagnoses
FITTING OR ADJUSTMENT OF HEARING AID [Z46.1]

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

FITTING OR ADJUSTMENT OF HEARING AID [Z46.1 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 10/25/2023 9:00 AM HEARING AID CENTER. 408-553-6900

## Today's Visit

You saw KELEIGH J. SANCHEZ AUD on Wednesday October 25, 2023.

Done Today
HEARING AID CHECK, BINAURAL

## What's Next

Office Visit
With: TUNG BA LE MD
Date: Thursday October 26, 2023
Time: 10:30 AM
Where to go: ORTHO/SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 148

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

**10/25/2023 - Office Visit in HEARING AID CENTER. (continued)**

**After Visit Summary (continued)**

## What's Next (continued)

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of October 25, 2023 10:23 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 10/26/2023 - Patient Secure Message in HEARING AID CENTER.

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Sanchez, Keleigh J. (Au.D) |

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Messages**

**New charger has a problem**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>10/26/2023 9:09 AM by Steven Weller | Weller, Steven | 10/26/2023 8:50 AM |

You need to charge the charger first before you can charge the aids.
Please keep the charger plugged in so it gets a full charge, then you can charge the aids.
If you try and simultaneously charge, then you may not be getting a full charge in the charger yet as the power was going to the aids.

Charge the charger today. Keep it plugged in. When you charge later today, you should see a full charge. If not, then let me know.

**New charger has a problem**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/26/2023 7:11 AM |

The charger I brought back yesterday charges my hearing aids, but does not appear to charge itself.

This morning are only one out of three lights on the back of the unit are illuminated, the same as when I picked it up from you yesterday.

I used the supplied power brick and cable.

Should I drop it off? I have another charger I can use meanwhile.

## 10/26/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Sedgwick dates**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/26/2023 9:39 AM |

Sedgwick now have me approved up to 11/07 with anticipated RTW 11/8 (I'm not sure where this date came from). I requested 11/20 and sent them the work release that you gave me that gave the 11/20 date.

They say: "We will need updated medical documentation by November 27, 2023 to be able to extend your time away from work and pay", so I assume that you will receive some sort of request between now and then.

## 10/26/2023 - Office Visit in ORTHO/SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Le, Tung Ba (M.D.) | Le, Tung Ba (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| ORTHO/SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT NEW LEVEL 3** |

### Reason for Visit

**Chief Complaint**

- PAIN - Left Elbow

**Visit Diagnosis**

- **ARTHRITIS OF LEFT ELBOW (primary) [M19.022]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **ARTHRITIS OF LEFT ELBOW (primary)** | M19.022 | Le, Tung Ba (M.D.) | 10/26/2023 1104 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99203 | OFFICE/OUTPATIENT NEW LOW MDM 30-44 MINUTES | 10/26/2023 | Le, Tung Ba (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Le, Tung Ba (M.D.) at 10/26/2023 1038**

**Version 1 of 1**

Author: Le, Tung Ba (M.D.)
Filed: 10/26/2023 11:04 AM
Status: Signed
Service: —
Encounter Date: 10/26/2023
Editor: Le, Tung Ba (M.D.) (Physician)
Author Type: Physician
Creation Time: 10/26/2023 10:38 AM

Chief Complaint: left elbow pain

History of present illness:
Steven Weller is a 62 Y male presents today for left elbow pain over the past 2 yrs.
Hx of left cervical radicular pain which is being addressed by neck specialist
C/o left lateal elbow pain exp with forearm rotation
No trama

I reviewed the patient's current medical problem list, which is without change.
Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS

**Clinical Notes (continued)**

RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS

No past surgical history on file.

I reviewed the patient's medications.
No outpatient medications have been marked as taking for the 10/26/23 encounter (Office Visit) with Le, Tung Ba (M.D.).

Drug allergies:
No Known Allergies

### Social History

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |

### E-Cigarettes/Vaping

| Questions | Responses |
|---|---|
| E-Cigarette/Vaping Use | Never User |

### E-Cigarette/Vaping Substances

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |

History reviewed. No pertinent family history.

Review of Systems:
Constitutional: no fevers, no chills
Neurological: no numbness, no tingling, no focal weakness

Physical Exam:
MS (musculoskeletal exam):

## 10/26/2023 - Office Visit in ORTHO/SPORTS MEDICINE (continued)

**Clinical Notes (continued)**

Left elbow, compared to the right, no swelling
No atrophy in forearms and hands .
Pain over the radial capitellar joint with forearm rotation.
Full elbow and forearm rom
-elbow flexion test
No pain over the cubital tunnel
-tinels

Xrays:
Data Review: left elbow rad, mild rc oa
MRI as noted,
Assessment and Plan:
Mild radiocapitellar oa.

Assessment and Plan:
Mild left elbow radiocapitellar oa. rec non op tx, activity mod, ice. Pos of csi discussed but pt declined. Will let me know. Fu prn

Electronically signed by Le, Tung Ba (M.D.) at 10/26/2023 11:04 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 10/26/2023 10:30 AM ORTHO/SPORTS MEDICINE 408-851-1850

## Today's Visit

You saw TUNG BA LE MD on Thursday October 26, 2023. The following issue was addressed: ARTHRITIS OF LEFT ELBOW.

## What's Next

**PT Office Visit**
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

**Office Visit**
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of October 26, 2023 11:04 AM

No changes were made to your prescriptions during this visit.

**After Visit Summary (continued)**

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:

The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 10/29/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-10-27**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 2:57 PM by Steven Weller | Weller, Steven | 10/31/2023 2:11 PM |

Mr. Weller,

Thank you for your email updates. Let's see how the improvement continues...!
Keep up the good work.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/1/2023 8:42 AM by Steven Weller | Weller, Steven | 10/29/2023 8:24 PM |

Thank you for your message. I'll be out of the office through 10/31/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the

Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-27**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/29/2023 8:24 PM |

Saturday and Sunday I had to use a computer. I did it in short bursts, like 10 minutes at a time, spread out to avoid getting into too much pain. Saturday was OK, but Sunday afternoon I had a painful left hand and the horrible pain was triggered by it. Dog wrangling later in the day needed both arms, and that made it much worse.
Left finger, hand, and elbow pain continued all of Monday, causing a lost day. Right hand was OK.
Tuesday saw worse finger, hand, and elbow pain.
Wednesday started to improve, Thursday was better still.
A little more computer use on Friday. Ended friday with some elbow pain, fragile hands, but no horrible pain.

I did 30 minutes pool walking every day this week.

On Wednesday I started to avoid leaning weight in my left elbow, having discovered that in bed and some other situations I habitually put a lot of weight on that side to reach things and maneuver myself. I think it is helping.

## 11/05/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 3:12 PM by Steven Weller | Weller, Steven | 11/5/2023 3:10 PM |

Thank you for your message. I'll be out of the office through 11/7/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-03**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/5/2023 3:10 PM |

I'm keeping weight off my left arm and shoulder now, and I think it is helping. Overall this week my left arm pain has been duller and more consistently low-level, though I still managed to trigger the horrible pain on Thursday with just finger use. I'm experiencing less index finger pain generally.

Saturday and Sunday saw reducing pain. Light computer use on Monday brought back left hand and elbow pain. Left hand became very stiff.

**Messages (continued)**

Tuesday I had stinging hands, elbow pain, and generally unusable left arm and hand.
Continued into Wednesday.
Got a new phone Thursday afternoon, and setting it up and fritzing with it was enough to hurt both hands and my left arm. Took until Friday evening for pain to subside, but once it had, it felt better than it had all week.

I've been to the pool and exercised for 30 minutes each weekday, walking and arm (shoulder) exercises. This can make my elbow hurt, but it subsides quickly.

## 11/06/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lau, Eunice Wan-Yew (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Your left arm electromyography results**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>12/1/2023 8:51 AM by Steven Weller | Weller, Steven | 11/6/2023 5:24 PM |

Dear Mr. Weller

Thank you for moving forward to have your left arm subjective muscle testing done by Dr. Kevin Wang today. I just received the report that all the muscles tested as which correspond to the various cervical nerve root innervation were normal.
This information means that there is no active negative effect or compressive effect in the neck nerve roots that is supplying nerve sensation to the left arm muscles.

It is still possible that there is some inflammatory effect of the C5-6 and/or C6-C7 nerve outlet narrowing on the exiting nerve, but not necessarily need surgery to open up the space. Whether a neck spine epidural steroid injection (to inject steroid into the spinal canal) in the mid to lower level will benefit the overall left arm discomfort will be less predictable.

Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable.

Please contact me if you have further questions.

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic
Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

**Messages (continued)**

## 11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Wang, Kevin (M.D.) | Wang, Kevin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- ELECTROMYOGRAM AND NERVE CONDUCTION STUDY

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes | Wang, Kevin (M.D.) | 11/06/2023 1120 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 95860 | NDL EMG 1 XTR W/WO RELATED PARASPINAL AREAS | 11/6/2023 | Wang, Kevin (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Wang, Kevin (M.D.) at 11/6/2023 1048**

**Version 1 of 1**

Author: Wang, Kevin (M.D.)
Filed: 11/6/2023 12:27 PM
Status: Signed
Service: —
Encounter Date: 11/6/2023
Editor: Wang, Kevin (M.D.) (Physician)
Author Type: Physician
Creation Time: 11/6/2023 10:48 AM

## EMG Evaluation

**Indication:** Evaluation for Left Upper Extremity

**Referring Provider:** Eunice Lau, MD

Clinical Notes (continued)

**Summary:** Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

**Interpretation:** normal LUE EMG

**Conclusion:** This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

| Muscle | Insertional Activity | MUAP |
|---|---|---|
| Left FDIH | NL | NL |
| Left APB | NL | NL |
| Left FCR | NL | NL |
| Left Deltoids | NL | NL |
| Left Biceps | NL | NL |
| Left Triceps | NL | NL |
| Left Paraspinals mid and low Cervical | NL | |
| | | |

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 12:27 PM

## Procedures

### Procedures

**EMG, 1 EXTREM, W RELATED PARASPINAL AREAS [1561064240] (Active)**

Electronically signed by: **Wang, Kevin (M.D.) on 11/06/23 1121** Status: **Active**
Ordering user: Wang, Kevin (M.D.) 11/06/23 1121 Authorized by: Wang, Kevin (M.D.)
Ordering mode: Standard
Frequency: Today 11/06/23 - Class: Back Office
Quantity: 1
Diagnoses
CERVICAL SPONDYLOSIS [M47.812]

**Provider Details**

| Provider | NPI |
|---|---|
| Wang, Kevin (M.D.) | 1700059151 |

**Indications**

CERVICAL SPONDYLOSIS [M47.812 (ICD-10-CM)]

## Patient Instructions

**Patient Instructions (continued)**

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

**Patient Instructions (continued)**

What else should you know about these tests?
• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 11:21 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 11/6/2023 10:50 AM PHYSICAL MEDICINE AND REHAB 408-530-2900

### Instructions from KEVIN WANG MD

Your personalized instructions can be found at the end of this document.

### Today's Visit

You saw KEVIN WANG MD on Monday November 6, 2023. The following issue was addressed: CERVICAL SPONDYLOSIS.

Done Today
NEEDLE ELECTROMYOGRAPHY OF EXTREMITY

### What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**After Visit Summary (continued)**

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 6, 2023 12:27 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

## Instructions from KEVIN WANG MD

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

What else should you know about these tests?


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## 11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB (continued)

**After Visit Summary (continued)**

• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 11/07/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY

#### Visit Diagnoses

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**
- RIGHT HIP JOINT PAIN [M25.551]

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/7/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

#### THERAPIST, PHYSICAL

##### Progress Notes by Mendoza, Angela Marie (P.T.) at 11/7/2023 1452

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 11/7/2023 3:18 PM Encounter Date: 11/7/2023 Creation Time: 11/7/2023 2:52 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**

Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/7/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY in 12 weeks.//

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 8/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb

Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 5X/week, and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |

| | | |
|---|---|---|
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 10/10/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps

- 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

=========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved LEFT UPPER EXTREMITY wrist ACTIVE RANGE OF MOTION 40 degrees ulnar deviation

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/7/2023 3:18 PM

**Procedures**

## 11/07/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

### Procedures

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064241] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/07/23 1517** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 11/07/23 1517 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/07/23 - Class: Back Office
Quantity: 3
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 11/7/2023 2:40 PM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Tuesday November 7, 2023. The following issues were addressed: LEFT ELBOW JOINT PAIN and RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday November 24, 2023
Time: 10:20 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## 11/07/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

### Today's Medication Changes as of November 7, 2023 3:18 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:

The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 11/13/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-11-10**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/13/2023 3:50 PM |

Overall I've had less index finger and left hand pain this week than any previous week despite occasional computer use.

I'm not putting weight on my left shoulder. Elbow pain has been at least low level pain all the time plus. Hands sting all the time, but it's mostly at a level that is not distracting. Always noticeable when waking in the night.

Computer use on Saturday caused elbow, hand, and finger pain. That improved over Sunday, but both hands hurt by evening.
Monday morning saw both hands and forearms stinging, plus my hands were cold and my wrists were bad. EMG test today.
Wheelchair not in use since Saturday due to hip feeling better
Tuesday hurt left hand and elbow with computer use, but it was much better by bedtime
Wednesday drove 650 miles. Elbow pain grew and fell as usual. Felt really good by end of day. Hurt my hip by using it too much. Index finger only slightly painful.
Thursday and Friday had hip pain, but left arm, hand, finger were surprisingly usable.

## 11/15/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Sedgwick information request

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/15/2023 10:08 AM |

From what I can determine, by medical level has now flipped from STD to unpaid leave of absence pending medical information as described below. Do I need to take any action, or are you in communication with Sedgwick and will fulfill?

Short-Term Disability (STD) Benefits
Your Claim Number: 4A2307CTYDV-0001
STD Claim Status: Pending receipt of additional medical information
Information Needed:
o KaiserAttendingPhysiciansStatementformfromBrianPoeuLee,MD
o October27,2023topresentofficevisitnotesfromyourKaiserprovider(s).
o Workrelease
Heres What You Need to Do:
Submit additional medical information that supports your disability as described above, by November 27, 2023.

## 11/15/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### Re: Water walking and knee pain

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/20/2023 3:33 PM |

Hi Steven,
I sent a referral to Angela to help you with some exercises for PF syndrome.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

#### Re: Water walking and knee pain

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/17/2023 4:04 PM |

I don't have any patellofemoral exercises to continue. Do you have some exercises I should be doing?

#### Water walking and knee pain

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/30/2023 9:22 AM by Steven Weller | Weller, Steven | 11/17/2023 3:41 PM |

Hi Steven,
Do make sure that you are warming up and cooling down with some quadriceps stretching. Also continue with your patellofemoral exercises to be sure the patella is gliding correctly while you are walking. You are also correct in decreasing the intensity of the exercise, you may need to cut back on

the duration until you are not getting pain in the knee. I don't recommend pushing through the pain as it will likely make it worse but you can modify exercise as needed.

Hope that helps,

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Water walking and knee pain**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/15/2023 2:17 PM |

I've been doing water walking for the last month or so in order to get aerobic exercise while keeping weight off my hips. It's fine on my hips, but I'm getting increasing pain in my left knee, the one with femoral-patella syndrome. My knee is limiting the vigor and duration of my exercises. I'm water walking five times a week, 30 minutes a session. I go mainly forwards, but also backwards and sideways about a third of the time.

The pain was worsening with each session so I've now switched to more gentle walking, forwards only. The pain mostly goes away once I'm out of the pool, but lasts for several days at a low level if I stop visiting the pool.

Do you have suggestions for avoiding the pain while doing pool exercise, for experiments I can run, or for treating the condition? I'm currently mostly using a wheelchair at home to keep my hip pain manageable.

## 11/15/2023 - Patient Secure Message in REHABILITATION SVCS

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Messages

#### PT for forearm and elbow

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza | Weller, Steven | 11/16/2023 11:10 AM |
| Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | | |

Hi Steven,

I understand that the majority of the exercises I gave you hurt, but are you able to do the exercise 50% of the range pain free?

Ideally you would warm up using the same exercises only part of the range and hopefully after 1 set of 10-15 reps would be able to go slightly further pain free.

Are you able to do that modification with that result?

Angela

#### PT for forearm and elbow

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 11/15/2023 2:42 PM |

I've been out of town for a week, so am getting back into regular exercise.

Dr. Lau had said in an emai:

"Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable."

I'm not sure we addressed this specifically at our last appointment. Which exercises should I

be doing for this?

The bicep stretch and elbow flexion exercises aggravate the arthritis in my elbow. The palms down wrist flexion causes repetitive pain. The radial/ulnar deviation hurts at the elbow. I am doing whole arm movement in the pool (not bending elbow, but not keeping it straight) which hurts the elbow a little, but it seems to recover without triggering anything else.

## 11/16/2023 - Office Visit in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- FOLLOW UP ROUTINE

#### Visit Diagnosis

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 11/16/2023 1031 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 11/16/2023 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

#### Unknown

**Progress Notes by Lee, Brian Poeu (M.D.) at 11/16/2023 0904**

**Version 1 of 1**

Author: Lee, Brian Poeu (M.D.)
Filed: 11/16/2023 10:31 AM
Status: Signed
Service: —
Encounter Date: 11/16/2023
Editor: Lee, Brian Poeu (M.D.) (Physician)
Author Type: Physician
Creation Time: 11/16/2023 9:04 AM

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. C6, C7 neuroforaminal narrowing may give milder inline effects not picked up on EMG but still contribute. Less to suggest brachial plexopathy but imaging studies can be pursued. Try 4-6 weeks of carpal tunnel syndrome treatment.

## 11/16/2023 - Office Visit in NEUROLOGY (continued)

**Clinical Notes (continued)**

---

Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 11/16/2023 10:31 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

11/16/2023 8:30 AM NEUROLOGY 408-851-4435

## Today's Visit

You saw BRIAN POEU LEE MD on Thursday November 16, 2023.

Blood Pressure
**133/77**

Pulse
**64**

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday November 24, 2023
Time: 10:20 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday January 4, 2024
Time: 10:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept 460

**After Visit Summary (continued)**

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 16, 2023 10:31 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Vitals**

## 11/16/2023 - Office Visit in NEUROLOGY (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 11/16/2023 8:34 AM

| BP | Pulse |
|---|---|
| 133/77 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 64 |

# 11/17/2023 - Pharmacy Initiated Order in ADMINISTRATION

## Visit Information

### Department

| Name | Address | Phone |
|---|---|---|
| ADMINISTRATION | 1800 HARRISON STREET<br>Oakland CA 94612-3466 | 510-987-1000 |

## Other Orders

### Medications

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste [1561064242] (Active)**

Electronically signed by: **Pharmacy, User on 11/16/23 0000**
Status: **Active**
Ordering user: Pharmacy, User 11/16/23 0000
Authorized by: NON-CPM PHARMACY PROVIDER
Ordering mode: Standard
Frequency: 11/16/23 - 11/15/25
Class: File

**Provider Details**

| Provider | NPI |
|---|---|
| NON-CPM PHARMACY PROVIDER | 1606530008 |
| PHARMACY USER | — |

Package: 11527-704-42
Reordered from: Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste

## 11/19/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/19/2023 9:10 PM |

Thank you for your message. I’ll be out of the office through 11/21/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Hands update 2023-11-17

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/19/2023 9:10 PM |

I started wearing the brace and taking ibuprofen on Friday 17th. No side effects from the ibuprofen that I can feel.

Started the week on Saturday with very stiff left hand and elbow hurting.
Sunday continued elbow pain and added right wrist pain
Monday slight triggering of index finger pain from elbow pain which got worse for no reason
Tuesday was a driving day. Same pattern of elbow pain as usual, but less intense at its worse

Wednesday included computer use and both hands felt cold and painful
Thursday Dr. Lee visit, plus computer use. Index finger with some pain.
Friday started wearing a wrist brace 24/7 on left wrist and taking 400mg Ibuprofen twice a day
Right wrist still hurting and being aggravated by additional use due to brace

Hands stills sting at night. That seems to be a constant. Any use of left elbow makes it hurt.
Index finger has been better generally this week.

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Sedgwick information request**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho | Weller, Steven | 11/27/2023 9:53 AM |
| Last Read in kp.org | | |
| 11/27/2023 12:09 PM by Steven Weller | | |

I do not recall getting anything from Sedgwick recently.

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho | Weller, Steven | 11/24/2023 8:54 AM |
| Last Read in kp.org | | |
| 11/24/2023 10:17 AM by Steven Weller | | |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 8:54 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

## 11/24/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 11/24/2023 8:55 AM |
| Last Read in kp.org<br>11/24/2023 10:18 AM by Steven Weller | | |

Thank you for your message. I’ll be out of the office through 11/28/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/24/2023 8:55 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not

happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

## 11/24/2023 - Patient Secure Message in #498, ADMINISTRATION, FLR 4

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| #498, ADMINISTRATION, FLR 4 | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1000 |

### Messages

**Physical Therapy Appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Sylvester Singh<br>Last Read in kp.org<br>11/24/2023 1:20 PM by Steven Weller | Weller, Steven | 11/24/2023 12:29 PM |

Dear Member,

Welcome to the Department of Rehabilitation Services (Physical Therapy, Speech Therapy, and Occupational Therapy) at Kaiser Permanente, Santa Clara Medical Center. Your doctor has referred you to our department for care. If you want to set up an appointment, please call 408-851-1400 and have your medical record number ready. Our receptionists are here to assist you Monday-Friday between the hours of 8:30am and 5:00pm. If you have already scheduled an appointment, there is no need to call.

Thank you and we look forward to assisting you in your care.

Claudia Carhart, PT, MS, MBA
Director Rehabilitation Services
Santa Clara Medical Center

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

#### Colonoscopy

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Anping (N.P.) Shiah<br>Last Read in kp.org<br>11/24/2023 3:36 PM by Steven Weller | Weller, Steven | 11/24/2023 2:02 PM |

Hello Steven,

Your PCP is out of the office today. I am responding on their behalf.

According to your medical record, it looks like you had one polyp removed at Sutter in 2018. I have placed a referral for our gastroenterology department to follow up with you. If you do not hear from them in the next week, please call to schedule with their department by calling (408) 851-2750.

Take care,

Andrew Shiah, FNP-C
Department of Adult and Family Medicine
710 Lawrence Expressway, Dept. 372
Santa Clara, CA 95051
24/7 Appointments and Advice Line: (408) 554-9800

#### Out of Office Auto-Reply for IRENE OI YIN HO MD

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 3:33 PM by Steven Weller | Weller, Steven | 11/24/2023 1:20 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Colonoscopy**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 1:20 PM |

I just checked my records and they show I had a screening colonoscopy done May 11 2018. Some polyps were removed and I was told to have another five years later.

It's past that now, so I should have another done. How do I set that up?

## 11/24/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 11/24/2023 1103 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/24/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/24/2023 1025**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Mendoza, Angela Marie (P.T.) | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 11/24/2023 11:03 AM | Encounter Date: 11/24/2023 | Creation Time: 11/24/2023 10:25 AM |
| Status: Signed | Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL) | |

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/24/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Progressing 11/24/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 9/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began

going to the Tympany pool 3X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
-- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold

**11/24/2023 - Office Visit in REHABILITATION SVCS (continued)**

**Physical Medicine Notes (continued)**

- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/24/2023 11:03 AM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064243] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/24/23 1103** Status: **Active**

## 11/24/2023 - Office Visit in REHABILITATION SVCS (continued)

### Procedures (continued)

Ordering user: Mendoza, Angela Marie (P.T.) 11/24/23 1103
Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/24/23 -
Class: Back Office
Quantity: 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 11/24/2023 10:20 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday November 24, 2023. The following issue was addressed: LEFT KNEE JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Wednesday December 20, 2023
Time: 9:40 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday January 4, 2024
Time: 10:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 24 2023 11:03 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 11/25/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Irritation to palm from wrist brace**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 10:11 AM |

I think just having you do not have the brace in contact with your palm should help. I do not see an actual rash there.

Take care,

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/26/2023 10:38 AM by Steven Weller | Weller, Steven | 11/25/2023 9:53 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

psychiatric emergency, call 911 or go to the nearest hospital.

**Irritation to palm from wrist brace**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/25/2023 9:53 PM |

I have been wearing a wrist brace on my left wrist 24/7 at the request of Dr Lee. However, after a week, this is causing itchiness and redness on the palm of that hand. The brace has since been modified so that my palm is not in contact with the brace material, which I hope will help. Anything else I should be doing to prevent or treat this? I have duyputrens in my left hand that contributes to the contour of my palm.

## 11/26/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/26/2023 10:59 AM |

Thank you for your message. I’ll be out of the office through 11/28/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-24**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/26/2023 10:59 AM |

I've been wearing a brace in my left wrist 24/7 and taking ibuprofen 400mg twice a day for a week now. No side effects that I can detect. I am sleeping better.

The brace seems to be helping. My elbow has been a little better and more usable. Any use makes it hurt more, but hasn't triggered the horrible pain. I've had only small amounts of left index finger pain. We're sorting through accumulated stuff at home currently, so my hands and arms are getting used more than usual. Too much of that causes hand/palm/forearm pain, so

I'm being careful. Computer use is still limited to small bursts with rest.

Exercise in the pool continues to help arms/hands feel better, but that is aggravating my left knee pain and I can't do as much as I'd like to.

I'm getting irritation and redness on the palm of my left hand from the brace, so am getting my wife to adjust it to allow airflow. See email to my PCP that includes pictures.

## 11/27/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/28/2023 9:24 AM by Steven Weller | Weller, Steven | 11/27/2023 2:45 PM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Sedgwick return to work date

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/27/2023 2:45 PM |

I've indicated to Sedgwick that Jan 8 24 is my new return to work date. That may be what they are missing, but I don't understand the system, so who know? I picked that because it is after my appointment with you on January 4th.

I've not had a reply to my questions yet, but I think it is likely that they will request paperwork from you that is consistent with that date.

## 11/27/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Nguyen, Mi-Mi Tra-Mi (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**PROCEDURE NEEDED**

| From | To | Sent and Delivered |
|---|---|---|
| Mi-Mi Tra-Mi (M.A.) Nguyen<br>Last Read in kp.org<br>11/28/2023 9:29 AM by Steven Weller | Weller, Steven | 11/27/2023 4:31 PM |

Dear Kaiser member,

Your health care provider has requested that we arrange for a colonoscopy. To improve the scheduling process, please note that you will need to take a day off for your procedure and have a designated driver. Please have a couple days in mind that will work best for you and your driver.

Please call us directly at (408) 851-2750. Our office hours at Monday through Friday, 8:30 am to 5:00 pm. We look forward to hearing from you soon.

Sincerely,

Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

## 11/28/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Re: Information needed for Sedgwick

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/30/2023 8:59 AM |

I contacted MR yesterday and responded to their questions, so hopefully things will move again.

#### Information needed for Sedgwick

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/1/2023 8:41 AM by Steven Weller | Weller, Steven | 11/28/2023 11:02 PM |

Mr. Weller,

Thank you for your email. They should be trying to contact Medical Records for the chart notes, and the department is usually pretty quick about responding.

Take care,

Dr. Lee

#### Information needed for Sedgwick

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/28/2023 9:28 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. Can you provide this?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work

release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

## 11/28/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>12/1/2023 8:41 AM by Steven Weller | Weller, Steven | 11/28/2023 10:48 AM |

You need to contact release of information.

We can help with your request to complete medical forms or obtain medical records. All such requests now start with our Release of Medical Information (ROMI) Department.

Please contact ROMI directly by email or phone
408-851-1750
Santa.Clara.ROI.Dept@kp.org

To learn more, visit ROMI online Release of Medical Information | My Doctor Online (kaiserpermanente.org).

Irene Ho MD

**Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/28/2023 9:29 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. I have sent this same email to Dr Lee since I believe he would be providing this. Do you know where the ball is being dropped?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work

until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

## 11/28/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Guzman, Edith Yamilet (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

### Messages

**COLONOSCOPY PREPARATION INSTRUCTIONS**

| From | To | Sent and Delivered |
|---|---|---|
| Edith Yamilet (M.A.) Guzman<br>Last Read in kp.org<br>11/28/2023 12:08 PM by Steven Weller | Weller, Steven | 11/28/2023 9:45 AM |

Dear Mr. Weller,
MRN: 110018429889

**Procedure appointment**
Procedure: **Colonoscopy**
Date: **December 20, 2023**
Arrival time: **8:30 AM**

Location:
Outpatient Procedure Center (OPPC), #240
Kaiser Santa Clara Medical Center
710 Lawrence Expressway
Santa Clara, CA 95051

1. Please check-in at your confirmed arrival time. Your procedure will typically **start within the hour** after our staff completes the intake process. A late arrival may result in your procedure being delayed.

2. You are required to have a friend or family member available to drive you home. The sedatives/anesthetics that are given will make it unsafe for you to drive or get home on your own. Our family notification texting program can update your driver and avoid having them stay in the waiting area. We will be asking their permission to be enrolled during check-in. Their number will be removed after your procedure is completed. Please print the pickup instructions to share with your driver from our website - <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/OPPC%20pickup%20map_tcm75-1588359.pdf ' target='_blank'>Click here</a>

3. You will be using the **Gavilyte/Colyte and Simethicone preparation**.

**To receive your prescription, go to kp.org/rxrefill, use our mobile apps, or call 1-888-218-6245 and choose one of the following options:**

**-Mail Delivery** in 5-7 days (free shipping)

**-Same Day or Next Day Delivery** (for an additional fee)

**-Priority pickup** to a KP Pharmacy, usually ready in 30 minutes.

**-Visit any CHECK-IN window** at a nearby KP pharmacy to request to have your medication filled.

4. Take the laxative as outlined in our instructions. **DO NOT** follow the manufacturer's instructions. Please read your preparation instructions carefully at <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/Colonoscopy%20Prep%20with%20Gavilyte_FINAL_tcm75-696518.pdf' target='_blank'>**www.Gavilyte/Colyte prep**</a>

You should **start the 2nd half of the preparation at 4:30 am. You should complete the remaining prep solution within 2 hours of starting.**

5. Here are additional resources to help you understand colonoscopy and the necessary diet changes.

Instructional video on colonoscopy - <a href='https://mydoctor.kaiserpermanente.org/ncal/mdo/presentation/common/healthToolPage.jsp?path=healthtool_152512.xml ' target='_blank'>Click here</a>

Low Fiber Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-low-fiber-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

Clear Liquid Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-clear-liquid-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

**Please note that our reminder messages will only send location and date information. Use the above time as your confirmed appointment time.**

If you develop the following symptoms: such as fever, nasal congestion, sore throat, cough, difficulty breathing, loss of taste and/or smell, muscle pain, chills or headache within 2 weeks of your scheduled procedure, please call us for further instructions. Also, if you have been in close contact with anyone who has tested positive or is isolating due to infection with COVID-19, please call us at 408-851-2750, option #2 for further instructions.

If you have any questions or need to cancel your appointment, please reply to this email or contact our department at 408-851-2750. If you need to cancel your procedure, please contact us at least 72 hours before your appointment. Our office hours are Monday-Friday from 8:30AM to 5:00PM.

Sincerely,

Edith
Medical Assistant
Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

## 11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Guzman, Edith Yamilet (M.A.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

### Reason for Visit

#### Visit Diagnosis

- **SCREENING COLONOSCOPY (primary) [Z12.11]**

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **SCREENING COLONOSCOPY (primary)** | Z12.11 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0940 |

### Other Orders

#### Surgical Procedures

**SURGICAL CASE REQUEST [1561064245] (Completed)**

Electronically signed by: **Guzman, Edith Yamilet (M.A.) on 11/28/23 0941** Status: **Completed**

Ordering user: Guzman, Edith Yamilet (M.A.) 11/28/23 0941
Authorized by: Fung, Spencer Thomas (M.D.)
Frequency: Routine X1 11/28/23 0945 - 1 occurrence
Quantity: 1

Ordering provider: Fung, Spencer Thomas (M.D.)
Ordering mode: Outpatient Standing Order (No Cosign)
Class: Normal
Instance released by: Guzman, Edith Yamilet (M.A.) (auto-released) 11/28/2023 9:41 AM

Diagnoses
SCREENING COLONOSCOPY [Z12.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Fung, Spencer Thomas (M.D.) | 1669559506 |
| Guzman, Edith Yamilet (M.A.) | — |

**Questionnaire**

| Question | Answer |
|---|---|
| What date is the patient first available for surgery? | 11/28/2023 |
| Case Classification: | Elective |
| Patient Complexity: | No POM appt. required |
| Intended Post Operative Disposition: | Discharge |

Order comments: CLNSReferral Questions 1 Does the patient have a history of colorectal cancer or colon polyps? Yes 2 If patient on Anticoagulation/Antiplatelet therapy, which medication(s)? Does not include aspirin. None of these medications 3 If patient < 65 years old, does he/she have any of the following comorbidities: CHF, DM w/gastroparesis, Renal Insufficiency, Cirrhosis, IBD flare, Chronic Constipation? No, the patient is less than 65 years old without comorbidities 4 Patient History/Comments (Include date of polyp removal, CRC diagnosis; location of Polyp/CRC; date of last colon exam and any other pertinent info) CRC screening 5/2018 at Sutter. 1x Tubular adenoma. Recommended interval to next surveillance/screening colonoscopy: 5 years 5 Other medical conditions - check all that apply: None 6 Medications/other relevant medical conditions: Osteoporosis; alendronate, pregabalin, meloxicam 7 Does this patient use peritoneal dialysis? No 8 Special Procedural Considerations No Answer

**Indications**

## 11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY (continued)

**Other Orders (continued)**

SCREENING COLONOSCOPY [Z12.11 (ICD-10-CM)]

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Visit Diagnosis

- **COLONOSCOPY (primary) [Z01.89]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **COLONOSCOPY (primary)** | Z01.89 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0948 |

### Other Orders

#### Medications

**Simethicone (MYLICON) 80 mg Oral Chew Tab [1561064246] (Active)**

Electronically signed by: **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status: **Active**
Ordering user: Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by: Doan, Caitlin Chilan (M.D.)
Ordering mode: Standard
Frequency: 11/28/23 - 05/26/24 2359 Class: File
Released by: Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 57896-791-01
Status
Pharmacy, User 11/29/23 2345 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

**PEG 3350 - Electrolytes (GaviLyte-C) 240-22.72-6.72 -5.84 gram Oral Recon Soln [1615023454] (Active)**

Electronically signed by: **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status: **Active**
Ordering user: Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by: Doan, Caitlin Chilan (M.D.)
Ordering mode: Standard
Frequency: 11/28/23 - 05/26/24 2359 Class: File
Released by: Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY (continued)

**Other Orders (continued)**

| Question | Answer |
| --- | --- |
| Is this a worker's compensation medication? | No |

Package: 43386-060-19
Status
Pharmacy, User 11/29/23 0845 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

## 11/30/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### Update on the state of everything 2023-11-30

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>12/9/2023 12:22 PM by Steven Weller | Weller, Steven | 12/1/2023 10:26 AM |

Hi Steven,
I'll check in with Dr. McDonald. You could try heat and ice on the L knee and when you are off the ibuprofen you could try voltaren gel. I've placed an order. You rub it on the knee 2-4 times daily (basically rubbing on ibuprofen with less side effects). If it's not improving we can do new xrays, possibly a cortisone injection if indicated.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

#### Update on the state of everything 2023-11-30

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/30/2023 9:20 AM |

I've been wearing a brace on my left wrist 24/7 and taking 400mg ibuprofen twice daily for the last 3 weeks, as requested by Dr. Lee to treat carpal tunnel (which I may or may not have). I'm visiting Timpany pool to do water walking several times a week and that improves everything except my knee.

Left hip
Continues to be pain free at the level of use I'm giving it.

Right hip
Did we ever hear back from Dr. MacDonald? Pain is still limiting my mobility and I'm currently

using a wheelchair around the house some of the time. I can't walk a block.

Left elbow
Has been improving recently. It's less sensitive to use, recovers faster if I overuse it, and has a lower level of constant pain.

Left knee
I'm having worsening femoral-patella pain caused by water walking. I've scale back exercise and am resting it to let the inflammation reduce. Pain is constant.

## 12/01/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Re: Work status report and Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/7/2023 1:32 PM |

Thank you. I have that now and will send it in.

It looks like things are now unstuck up to 2023-11-20. I will request, download, and send in all the docs for this next period myself this time.

**Work status report and Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/18/2024 12:11 PM by Steven Weller | Weller, Steven | 12/6/2023 5:39 PM |

Mr. Weller,

Thank you for your email. Yes, we should have a work status report through January 5th available shortly online for home access.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/1/2023 2:45 PM by Steven Weller | Weller, Steven | 12/1/2023 8:50 AM |

## 12/01/2023 - Patient Secure Message in NEUROLOGY (continued)

**Messages (continued)**

Thank you for your message. I'll be out of the office through 12/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Work status report and Sedgwick**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/1/2023 8:50 AM |

The most recent work status report I have is for the period 2023-10-20 thought 2023-11-20. I have uploaded that to Sedgwick, along with two other documents that were provided to me today by Kaiser Medical Records, so hopefully that unblocks the bureaucracy and reinstates payments.

I have given Sedgwick a new return to work date of 2024-01-08 since I have to give one to get an extension and that is the Monday after my next appointment with you. I think the Sedgwick system requires that I send in a work status report for the period 2023-11-20 through 2024-01-05. If that is the case, can you provide a new work status report that I can send in?

## 12/01/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lau, Eunice Wan-Yew (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Right and left hand repetitive strain**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>12/3/2023 8:05 AM by Steven Weller | Weller, Steven | 12/1/2023 6:13 PM |

Dear Mr. Weller

Thank you for your inquiry. I have reviewed your medical record since our last email early November 2023 including your update with other providers. Glad to know that certain pain has improved but overall still functionally limited in terms of ability to tolerate keyboarding.

From a spine clinic standpoint, your cervical spine MRI showed some nerve outlet narrowing at C5/6 > C6/7 with no significant spinal canal narrowing , and not accounting for all of the symptoms. Presence of left elbow tendinitis will also changes the biomechanics and lead to the repetitive strain. The likelihood of returning to full-time keyboarding or the time it takes is variable and hard to predict as there is no definitive test to determine the answer.

Here are my suggestions of options
1. We had discussed continuing the physical therapy exercises, use of wrist splint, the spine/neck epidural steroid injection is an option to reduce some of the pain but unlikely helping with the repetitive strain nature of the pain.
2. There is also the interdisciplinary chronic pain program that can offer additional resources to improve the function

3. If the options of a dictation system voice-activated system for your work then your ability to return to your work is higher.

4. You are welcome to obtain another medical opinion from another physical medicine rehab physician or orthopedics provider regarding the presence of repetitive strain and the prognosis.

.
Please let me know your thoughts and how you would like to proceed

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic

Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

**Right and left hand repetitive strain**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Eunice Wan-Yew (M.D.) Lau | 12/1/2023 9:22 AM |

I'm trying to assess how likely I am to get back full use of my hands for computer work and in what time frame.

My employer has made it clear that my return to work comes with the expectation of taking on 100% of my workload from day one, but after three months off work with very minimal use I'm still in significant pain in both hands from repetitive strain after less than a minute of computer work. My only practical access to computers is now via an iPad with a Pencil.

At this point I'm not seeing the light at the end of the tunnel and I feel like I'm permanently unable to return to work. Is there a medical opinion, test, etc. that would confirm or refute that?

## 12/01/2023 - Ancillary Orders in SPORTS MEDICINE

### Visit Information

#### Provider Information

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Reason for Visit

#### Visit Diagnoses

- **LEFT PATELLOFEMORAL SYNDROME (primary) [M22.2X2]**
- OSTEOARTHRITIS OF LEFT KNEE [M17.12]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT PATELLOFEMORAL SYNDROME (primary)** | M22.2X2 | Dobler, Erin Alyson (P.A.-C) | 12/01/2023 1024 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF LEFT KNEE | M17.12 | Dobler, Erin Alyson (P.A.-C) | 12/01/2023 1024 |

### Other Orders

#### Medications

**Diclofenac Sodium (VOLTAREN) 1 % Top Gel [1615023455] (Active)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 12/01/23 1025** Status: **Active**
Ordering user: Dobler, Erin Alyson (P.A.-C) 12/01/23 1025 Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: 12/01/23 - Until Discontinued Class: File
Diagnoses
LEFT PATELLOFEMORAL SYNDROME [M22.2X2]
OSTEOARTHRITIS OF LEFT KNEE [M17.12]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Admin instructions: Apply to affected area(s) as directed in package insert

**Indications**

LEFT PATELLOFEMORAL SYNDROME [M22.2X2 (ICD-10-CM)]
OSTEOARTHRITIS OF LEFT KNEE [M17.12 (ICD-10-CM)]

## 12/03/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/6/2023 4:13 PM by Steven Weller | Weller, Steven | 12/3/2023 8:24 AM |

Thank you for your message. I'll be out of the office through 12/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-01**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/3/2023 8:24 AM |

Wearing the left wrist brace and taking 400mg ibuprofen twice a day. I started 2023-11-17 so I have completed two full weeks.

Index finger pain has been only very slight the whole week, and nothing I have done has triggered the horrible pain.

I have experienced some coldness in both hands which is usually a precursor to pain, but my

**Messages (continued)**

hands have only reached the stage of being very sensitive to use. Stinging is still present at a low level all the time.

Elbow pain has overall improved, but is still variable. There were a few times this week when I felt almost no elbow pain.

Hand and arm use has been above normal this week: sorting through belongings, books, etc. Friday had a very bad sinus-related migraine that could be related to dust from that activity.

I have suspeneded water walking for now due to left knee femoral-patella pain that it brought on.

## 12/06/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**Brace for femoral-patella pain?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 12/6/2023 4:21 PM |

I'm still having a lot of left knee pain caused by the action of water walking. I stopped the water exercises last week because I'm unable to move around in the water at all without making it worse. Heat helps, and I've been applying that.

It's particularly disabling because I can no longer scoot myself around in a wheelchair using my legs (to rest my hip) since that knee action makes it worse.

Is there a particular knee brace that you would recommend that can be worn either over or under pants that would help this? When I first had this problem I wore a knee brace for a while and it definitely helped it.

## 12/06/2023 - Ancillary Orders in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Reason for Visit

**Visit Diagnoses**

- **CERVICAL RADICULOPATHY (primary) [M54.12]**
- WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CERVICAL RADICULOPATHY (primary)** | M54.12 | Lee, Brian Poeu (M.D.) | 12/06/2023 1740 |
| Diagnosis #2 | | | | |
| Add | WORK UP IN PROGRESS, NEUROLOGIC | ADMIN CODE | Lee, Brian Poeu (M.D.) | 12/06/2023 1740 |

**12/06/2023 - Ancillary Orders in NEUROLOGY (continued)**

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 12/6/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 11/20/2023 through 1/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 12/07/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

**Temporary disabled placard**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>12/9/2023 12:21 PM by Steven Weller | Weller, Steven | 12/8/2023 3:29 PM |

Hi Steven,
I can renew it for you. You can message me again in the beginning of Jan and you can pick it up unless you want it sooner (though it goes 6mos from date of signing).

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Temporary disabled placard**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 12/7/2023 7:14 PM |

I have a temporary disabled placard that will expire January 16th. How do I get that renewed/extended?

## 12/09/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/11/2023 5:29 AM by Steven Weller | Weller, Steven | 12/9/2023 12:38 PM |

Thank you for your message. I'll be out of the office through 12/12/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-08**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/9/2023 12:38 PM |

It's been another week of no horrible pain. Index finger on left hand has felt almost normal, with only slight pain at the tip. Computer use has been very light and spread out.

I've now had the brace on for three weeks. I'm taking 400mg ibuprofen twice a day. It may have given me some stomach irritation this week, but whatever it was it went away,

Friday was a driving day. This time my left elbow only bothered me a little. It was better than

**Messages (continued)**

the last time, which itself was better than previously. Generally my elbow is very slowly improving and I'm often not distracted by it, but I did have a couple of painful elbow days.

I'm no longer going to the pool due to patella-femoral pain and I am resting my left knee. I have very limited mobility right now since my right hip is painful as well and gets worse with the application of weight. My knee pain also pretty much stops me from scooting the wheelchair with my legs around the house and my arms are not good enough to propel myself.

## 12/09/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/11/2023 5:29 AM by Steven Weller | Weller, Steven | 12/9/2023 12:41 PM |

Thank you for your message. I'll be out of the office through 12/12/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Will be off ibuprofen for a week**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/9/2023 12:41 PM |

FYI: I have a routine colonoscopy December 20th, so will be stopping ibuprofen from December 13th for one week.

## 12/14/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Moving to Kaiser Oregon**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>12/15/2023 10:43 AM by Steven Weller | Weller, Steven | 12/15/2023 8:19 AM |

Nothing you need to do. They should be able to look and see your old medical records in the computer system.

Take care,

Irene Ho MD

**Moving to Kaiser Oregon**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 12/14/2023 12:32 PM |

Our family is planning to move to Portland, Oregon late January 2024. We expect to continue our healthcare by signing up with Kaiser Oregon.

Is there anything we should be doing to ensure a smooth transition of ongoing diagnosis, treatment, etc.? We would like to continue everything that is ongoing up until the date that we move.

This move will affect Steven Weller, Laura Weller, and Madeline Weller.

This move will NOT affect Kristin Weller who remains in California and will still be on Kaiser California.

## 12/14/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

**Moving to Kaiser Oregon**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/2/2024 2:07 PM by Steven Weller | Weller, Steven | 12/14/2023 3:22 PM |

Hi Steven,
Although it is Kaiser Oregon, they have a different database and will not be able to access your records from Northern California. I recommend that you obtain copies of your records from the release of information office, particularly all of your orthopedic notes, your xrays and MRIs (the actual pictures along with the reports). This will help them so you don't have to repeat everything. Once in Oregon, you can get established with a primary care provider who can refer you to their orthopedics and physical therapy departments.

To contact the ROI office, you can send an email to Santa.Clara.ROI.Dept@kp.org or call 408-851-1750, Monday through Friday, 9 am to 5 pm. Please include your medical number and EDD claim number on the email, or have that information available when you call.

Please let me know if you have any other questions or concerns.

Happy Holidays:)

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Moving to Kaiser Oregon**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 12/14/2023 12:34 PM |

**Messages (continued)**

Our family is planning to move to Portland, Oregon late January 2024. We expect to continue our healthcare by signing up with Kaiser Oregon.

Is there anything I should be doing to ensure a smooth transition of ongoing diagnosis, treatment, etc.? I would like to continue everything that is ongoing up until the date that we move.

## 12/14/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Moving to Kaiser Oregon**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 12/21/2023 10:57 AM |
| Last Read in kp.org<br>12/21/2023 12:04 PM by Steven Weller | | |

Mr. Weller,

Thank you for your email--just be sure to stop by Member Services and ask to have your chart on a chip. Everyone is on the same type of electronic medical record, but to make sure that you have everything with you, just inquire about having your chart on a flash drive. Member Services is on the first floor at Santa Clara.

Take care,

Dr. Lee

**Moving to Kaiser Oregon**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/14/2023 12:35 PM |

Our family is planning to move to Portland, Oregon late January 2024. We expect to continue our healthcare by signing up with Kaiser Oregon.

Is there anything I should be doing to ensure a smooth transition of ongoing diagnosis, treatment, etc.? I would like to continue everything that is ongoing up until the date that we move.

## 12/17/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Hands update 2023-12-15

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/18/2023 10:29 AM by Steven Weller | Weller, Steven | 12/18/2023 9:05 AM |

Mr. Weller,

Thank you for your email. Please do continue to keep me up-to-date on how you are doing.

Take care,

Dr. Lee

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/18/2023 10:28 AM by Steven Weller | Weller, Steven | 12/17/2023 4:53 PM |

Thank you for your message. I'll be out of the office through 12/18/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-15**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/17/2023 4:53 PM |

Left index finger continues to be only a little painful. I wore the brace in my left wrist and took 400mg ibuprofen twice daily and stopped ibuprofen Tuesday evening.

Started the week on Saturday with hands still a little painful after a day of driving. Limited mobility due to knee and hip pain.
Sunday saw a very small amount of computer use that immediately resulted in left elbow pain and consequent index finger pain by the evening.
Monday hands were OK, some elbow pain, index finger pain only in the tip
Tuesday lots of elbow pain for no reason, left index finger pain, and left hand very stiff
Wednesday drove all day, left elbow somewhat painful, but got better as usual
Thursday cold hands, index finger OK
Friday generally achy and tired, likely due to ibuprofen withdrawal, but elbow and index finger OK, both hands stinging quite a lot

## 12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Cheng, Yao-Wen (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

### Clinical Notes

#### Gastroenterology

**Scans - Filed on 12/21/2023 1357**

**Version 1 of 1**

Scan on 12/21/2023 11:47 AM by Cheng, Yao-Wen (M.D.): Consent For Operation, Anesthesia, Procedures, and Medical Services (below)

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/21/2023 1:57 PM

## 12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)

**Documents — Encounter Level on 12/20/2023:**

Scan on 12/21/2023 11:47 AM by Cheng, Yao-Wen (M.D.): Consent For Operation, Anesthesia, Procedures, and Medical Services (below)

**Description:**Consent For Operation, Anesthesia, Procedures, and Medical Services **Scan Date:**12/21/2023 **Index**

Page 1 of 4

Weller, Steven
09/28/61
110018429889
MD Y Cheng

OPPC
12/20/23

Weller,Steven, 110018429889

KAISER PERMANENTE
The Permanente Medical G

MRN: 110018429889
Name: Weller,Steven

**Consent for Operation, Anesthesia, Procedures, and Medical Services**

1. I have agreed to have the following **operation or procedure (laterality):**
   **COLONOSCOPY SCREENING (N/A)**
   The responsible surgeon is:Cheng, Yao-Wen (M.D.) .
2. My doctor Cheng, Yao-Wen (M.D.) has explained to me:
   - What the operation or procedure and anesthesia will be like. We have also talked about **the purpose, risks, benefits, and alternatives** to the procedure and plan of care.
   - Possible side effects and complications.
   - Potential problems that may occur during recuperation.
   - Risks and benefits of other treatment options, including not receiving this treatment.
   - Risks and benefits of blood transfusion.
   - How likely it is that the desired outcome of the procedure will be achieved.
   - The risks, benefits and alternatives include but are not limited to: **Colonoscopy with possible therapeutic interventions - Risks include bleeding, perforation, and infection. There is also risk of missed abnormalities, polyps, and cancers. The exam doesn't eliminate the future risk of cancer. Alternative colorectal cancer screening includes stool tests and imaging studies.**
3. I understand and agree that:
   - Complications or side effects may occur. In rare cases, they could be severe and require additional surgery and/or procedures to treat them.
   - The success or result of the surgical procedure has not been promised or guaranteed.
   - My surgeon has explained to me how often a blood transfusion is needed during my procedure. If it is expected that I will need a blood transfusion as a result of this operation or procedure, I have the option of donating my own blood ahead of time. I understand that a blood transfusion may be needed under emergency circumstances during my procedure that may not have been planned for in advance. If I want to refuse medically needed transfusions, I will sign a separate Refusal of Transfusion form and put my initials at the bottom of this form.
   - I am satisfied with my understanding of the risks and benefits of the procedure and the risks and benefits of alternative treatments as explained to me.
   - I have had an opportunity to ask questions. I have been able to express any doubts, fears, or concerns I have about the operation or procedure, anesthesia, and medical services. I am satisfied with the responses I have received to my questions.
   - I have read and understood the "Information About Surgical Risks" included

**Date:**12/21/2023

with this consent form describing general risks of surgery, anesthesia, and transfusions.

4. I give my consent for this procedure. I authorize the above named surgeon(s) to:
   - Perform the above-described operation or procedure as well as any additional services which are considered needed to treat or correct conditions discovered during the procedure or operation. These services may include but are not limited to, the selection and administration of anesthesia and the performance of laboratory and X-ray services.
   - Determine the need for and allow persons, including residents and personnel, in the operating room during my procedure for medical and/or educational purposes.
   - Dispose of any tissue or part of my body removed during such surgical procedure following customary procedures. This includes the use of such tissue or parts of the body for biomedical research. I understand that the tissue or part of the body removed will not be used for cosmetic surgery purposes, or applications outside of the United States, or by for-profit tissue processors and distributors.

Weller, Steven
09/28/61
110018429889

### INFORMATION ABOUT SURGICAL RISKS

Surgery today is generally safe, helpful, and often lifesaving. However, any kind of surgical procedure involves some risk, ranging from minor to serious (including the risk of death). It is important to be aware of the following possible risks before you give your consent to the operation that you and your physician are planning. Your body may react in the following ways to surgery:

1. **Infection.** Whenever a cut or incision is made, it is possible for bacteria or other germs to enter your body. Most of the time the natural defense mechanisms of the body work to prevent an infection. Sometimes, antibiotic medicines are needed. If this is the case for you, your doctor will prescribe antibiotics. In rare cases, additional surgery may be necessary to treat an infection.
2. **Hemorrhage and Blood Transfusions.** Cutting blood vessels causes bleeding, and this occurs with every surgical incision. Usually, bleeding can be controlled without difficulty. At times, though, blood transfusions are needed to replace excessive blood loss. If blood transfusions are given, there is a small additional risk of hepatitis (liver inflammation) or serious blood reactions may occur. There is a remote possibility that Acquired Immune Deficiency Syndrome (AIDS) may develop. There is no absolutely sure way to predict these unwanted reactions. Some of these reactions may be quite serious and even lead to death. If there is enough time before the surgery, you may choose to donate your own blood in case you need a blood transfusion. In minor operations there is usually less blood loss than in major ones, but not always. Sometimes excessive bleeding occurs after the original operation is completed. In that case, additional action must be taken to control the delayed bleeding.
3. **Drug Reactions.** Unexpected allergies, reactions, or illness caused by the prescribed drugs can occur. It is important for you to tell your physician about any

**12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)**

**Documents — Encounter Level on 12/20/2023: (continued)**



problems you have had with reaction to drugs and to let him or her know which medications (prescribed, over-the-counter, or herbal) you now take regularly.

4. **Anesthetic Reactions.** Anesthetic drugs and techniques can affect all of the body's major organ systems and on rare occasions may be associated with injury to one or more organs. Complications to anesthesia can be minor and short lived, or in rare cases they can be severe and permanent, including death.
5. **Blood Vessel Inflammation and Clotting.** Blood clots may block blood vessels. Sometimes these blood clots (thromboembolisms) may break free and move into other organs and injure those organs or cause other injury such as stroke or death.

Weller, Steven
09/28/61
110018429889

**Injury to Other Organs.** Because other organs are usually close to the area being operated on, it may not be possible to avoid affecting nearby organs, tissues, or nerves connected to those organs. The stress of surgery may also harm other organ systems in the body. Your doctor may make changes to your treatment in response to these conditions, if it becomes necessary.

**Other Risks.** It is not possible to list all the possible risks and complications that may happen during any surgical operation or procedure. Each situation depends upon the patient's overall health as well as the purpose and nature of the operation. Your physician is willing to talk with you about your specific situation and any other risks that might occur.

**Alternatives to Treatment**

There are many ways to treat any illness, including doing nothing. You and your doctor need to discuss the best options for you. Even if you and your doctor have decided that surgery is the best choice, do not hesitate to discuss the reasons for the choice and the treatment alternatives for similar conditions. You should also talk about the potential effectiveness and risks that occur with these alternative methods of treatment. There are risks involved in any operation. It is not possible to guarantee a successful result, it is important that you clearly understand and agree to the planned surgery as the best decision for you.

[signature]
PATIENT OR REPRESENTATIVE SIGNATURE

RELATIONSHIP, NAME

12/20/23 0946
DATE & TIME

[signature]
WITNESS SIGNATURE

WITNESS NAME

12/20/23 0946
DATE & TIME

## 12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)

**Documents — Encounter Level on 12/20/2023: (continued)**

Page 4 of 4

Weller,Steven, 110018429889

INITIAL TO REFUSE BLOOD TRANSFUSION

DATE & TIME

Weller, Steven
09/28/61
110018429889

## 12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)

**Documents — Encounter Level on 12/20/2023: (continued)**

KAISER PERMANENTE

MONITOR STRIP RECORD

Best Image

Weller, Steven
110018429889

IMPRINT KAISER PERMANENTE ID CARD HERE

(8AMIA15) 25 mm/sec
20 Dec 23 10:11

HR 91 bpm
PVC 0 /min
SpO2 99 %
Pulse 85 bpm
Perf 1.2
NBP 159/90 (105) mmHg 20 Dec 23 10:10

98.2 F




Date/Time:
PR:
QRS:
QT:
Rhythm:
Rate:
Lead:
Signature



Date/Time:
PR:
QRS:
QT:
Rhythm:
Rate:
Lead:
Signature



Date/Time:
PR:
QRS:
QT:
Rhythm:
Rate:
Lead:
Signature



Date/Time:
PR:
QRS:
QT:
Rhythm:
Rate:
Lead:
Signature

NS-7898 (1-12) Reviewed FRONT

## 12/21/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Wrist brace and ibuprofen**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/22/2023 5:21 PM by Steven Weller | Weller, Steven | 12/22/2023 5:03 PM |

Mr. Weller,

Thank you for your email. Yes, keep wrist splint and yes, resume ibuprofen.

Take care and Merry Christmas!

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/22/2023 4:10 PM by Steven Weller | Weller, Steven | 12/21/2023 5:15 PM |

Thank you for your message. I’ll be out of the office through 12/22/2023.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the

Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Wrist brace and ibuprofen**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/21/2023 5:15 PM |

I've been wearing the brace on my left wrist since November 17, so that's now five weeks. Should I continue to wear it until my next appointment January 4, or take it off sooner?

I started taking 400mg ibuprofen twice a day starting November 17, then stopped December 13th, a week ahead of my colonoscopy. My colonoscopy occurred yesterday December 20th and included the removal on one polyp. Consequently, I cannot take ibuprofen again until December 30th. At that time, should I resume ibuprofen or not?

## 12/24/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/27/2023 11:30 AM by Steven Weller | Weller, Steven | 12/24/2023 10:46 AM |

Thank you for your message. I'll be out of the office through 1/2/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-22**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/24/2023 10:46 AM |

Colonoscopy on Wednesday this week so am off ibuprofen until Dec 30th. Still wearing the brace on my left wrist.

Generally I've had only a small amount of index finger pain. Nothing has triggered the horrible pain.
Elbow pain has been different. The joint hurts, but the tendons don't. This is progress (brace use?)

**12/24/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

Hands still hurt very quickly with computer use. Only a small amount of computer use this week.
Use of iPhone tough screen still hurts hands after a while. iPad with pencil is bearable for longer.
I'm still getting stinging hands, front and back, by evening but it's not distracting
Hands often felt very cold this week

My activity level has been low since I'm resting my left knee and not visiting the pool. I hope to start this up again soon.
I started the week using the wheelchair a lot in the house, but the second half of the week have not needed it

## 12/27/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Cheng, Yao-Wen (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**colonoscopy**

| From | To | Sent and Delivered |
|---|---|---|
| Yao-Wen (M.D.) Cheng<br>Last Read in kp.org<br>12/27/2023 11:30 AM by Steven Weller | Weller, Steven | 12/27/2023 11:09 AM |

Dear Steven Weller,

I am writing to update you about your colonoscopy pathology results. These were made available to me for review, and they should become available to you in the next 2-3 weeks.

There was no evidence of cancer. However, we found benign, adenomatous polyp(s), which are common lesions (nearly 50% of patients will have them during colonoscopy for colon cancer screening). If left in for ~10 years, they may have the potential for cancer.

All of these adenomatous polyps were removed during your colonoscopy. Based on the type and number of polyps we found and removed during your colonoscopy, I recommend a repeat colonoscopy in 10 years.

Sincerely,
Yao-Wen (Edward) Cheng, MD

## 12/28/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/30/2023 8:34 PM by Steven Weller | Weller, Steven | 12/28/2023 9:09 AM |

Thank you for your message. I'll be out of the office through 1/2/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Exercise questionaire**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/28/2023 9:09 AM |

Additional notes for exercise questionaire:

Up until a month ago I was visiting Timpany pool in San Jose and doing half an hour of water walking five days a week. That unfortunately aggravated femoral-patella syndrome (a long time issue in my left knee) and I had to stop. I will be starting pool walking again in the new year and being very careful to see if I can get exercise without causing knee issues again.

**Messages (continued)**

## 12/30/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 12/30/2023 8:49 PM |
| Last Read in kp.org<br>1/2/2024 2:06 PM by Steven Weller | | |

Thank you for your message. I'll be out of the office through 1/2/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-29**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/30/2023 8:49 PM |

I'm still wearing the wrist brace but have been off ibuprofen all week.

Left elbow has continued to hurt this week, but less than usual. The pain is limited to inside the joint. The adjoining tendons have not been sore. This is the first consistent improvement in three years I think, so something is working.

Pain in my left index finger has been only slight, but if I use my left hand/arm too much my

elbow will hurt and the index finger pain will come back. These seem closely linked.

Occasional use of hands on a computer keyboard/trackpad has not improved, and my hands have both been quite sensitive to iPhone touch screen use all week. At times iPad/pencil use has been painful too due to right wrist pain. I've had very cold hands a couple of times. My hands have been usable for sorting and packing as long as I don't overdo it, and occasional use of hand tools has been fine.

Hands always sting at night, but it's not distracting. I think the stinging is getting slowly worse.

## 01/02/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Medical justification for Oregon move**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/3/2024 9:10 AM by Steven Weller | Weller, Steven | 1/2/2024 4:12 PM |

Hi Steven,
I cannot write a medical justification for this.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Medical justification for Oregon move**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/2/2024 2:24 PM |

My employer is requesting a medical justification for my family's planned move to Portland. Is that something that you or another professional could provide for this accommodation? If so, what form would this be in?

One of the reasons for moving permanently to our Portland condo from our Sunnyvale home is to better support for my limited mobility and need for a wheelchair.

These include:

Single-level condo in building with elevators vs. two-level single-family home with stairs
City center location close to everything vs. suburban location
Very close to multiple forms of frequent public transport vs. limited public transport
Wide doors and corridors vs. narrow doors and corridors
At-grade building entry/exit and automatic doors vs. steps and manual doors

**Messages (continued)**

## 01/04/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Disabled placard renewal**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/4/2024 10:44 AM by Steven Weller | Weller, Steven | 1/4/2024 9:40 AM |

Hi Steve,
I'll leave the paper work for a temporary placard at the front desk of Dept 148. You or a friend/family member can pick it up between 830am and 445pm. It's good until June. When you move, you'll have to get a new one from your physician there to go through Oregon DMV.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Disabled placard renewal**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/4/2024 8:39 AM |

Hello,

My current temporary disabled placard expires Jan 16. I am still using a wheelchair much of the time in the house and wheelchair/cane all of the time outside the house.

Please let me know how I can renew this.

## 01/04/2024 - Office Visit in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP ROUTINE

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/04/2024 1059 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN | 1/4/2024 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Lee, Brian Poeu (M.D.) at 1/4/2024 1426**

**Version 1 of 1**

Author: Lee, Brian Poeu (M.D.)
Filed: 1/4/2024 2:29 PM
Status: Signed
Service: —
Encounter Date: 1/4/2024
Editor: Lee, Brian Poeu (M.D.) (Physician)
Author Type: Physician
Creation Time: 1/4/2024 2:26 PM

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Splint appears to be helping.

As previously noted, left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Continue with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. Imaging studies can be pursued for brachial plexopathy question, but anticipate it will be negative.

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**Clinical Notes (continued)**

---

Patient Active Problem List:
- RIGHT SHOULDER JOINT PAIN > 3 MONTHS
- RIGHT ULNAR NEUROPATHY
- OSTEOPOROSIS
- BILAT HEARING LOSS
- BILAT HAND PAIN
- SUBCUTANEOUS MASS
- MEDICATION REFILL
- CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 1/4/2024 2:29 PM

**Imaging**

**Imaging**

**MR SPINE [1627500426] (Active)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 01/04/24 1059** Status: **Active**
Ordering user: Lee, Brian Poeu (M.D.) 01/04/24 1059 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 01/04/24 - Class: Normal
Quantity: 1 Released by: Lee, Brian Poeu (M.D.) 01/04/24 1059
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

1/4/2024 10:30 AM NEUROLOGY 408-851-4435

## Instructions from BRIAN POEU LEE MD

Imaging ordered today
MR SPINE
Complete as directed

## Today's Visit

You saw BRIAN POEU LEE MD on Thursday January 4, 2024.

Blood Pressure
132/78

Pulse
61

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday January 19, 2024
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks.
Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

### What's Next (continued)

MRI
Date: Wednesday January 24, 2024
Time: 7:45 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

Office Visit
With: BRIAN POEU LEE MD
Date: Tuesday January 30, 2024
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes as of January 4, 2024 2:29 PM

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Messages**

**Questionnaire Submission**

**Messages (continued)**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/28/2023 9:03 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Visit Questionnaire

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Exercise
Question: Would you like to answer some questions about your exercise habits?
Answer: Yes

Question: How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)?
Answer: 0

Question: Comments
Answer: Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
| --- | --- | --- |
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>1/7/2024 1:59 PM by Steven Weller | Weller, Steven | 12/28/2023 1:18 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

### Questionnaires

**Legend:**

**Triggered a BPA** **Scoring question**

**Ncal Mychart Rooming Questionnaire**

| Question | 12/28/2023 9:03 AM PST - Filed by Patient |
|---|---|
| Exercise | |
| Would you like to answer some questions about your exercise habits? | Yes |
| How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)? | 0 |
| Comments | Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise |

### Vitals

**Vital Signs - Last Recorded** Most recent update: 1/4/2024 10:35 AM

| BP | Pulse |
|---|---|
| 132/78 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 61 |

## 01/05/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Return to work date**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/5/2024 1:45 PM |

I've extended my return to work date to March 4 via Sedgwick. Last time I extended the date all the bureaucracy worked as it should.

## 01/07/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/7/2024 1:59 PM |
| Last Read in kp.org<br>1/9/2024 6:57 PM by Steven Weller | | |

Thank you for your message. I’ll be out of the office through 1/16/2024.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-05**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/7/2024 1:59 PM |

Not a lot of change. Back on ibuprofen since 2023-12-30 and wearing wrist brace all the time. I'm back to water walking, but can't do as much exercise as I want due to my left knee.

Elbow has had pain when I've used it, but it's inside the joint and there is little to no soreness on the tendons now. I'm definitely using my left arm more. I had a couple of days of a very stiff left hand and elbow pain together. Index finger has had some pain which correlates with elbow pain. Hand stinging continues, but is not distracting. Worse near the end of the day.

I also had right hand pain this week, quite badly, from iPad use (I'm using a Pencil). It ran from my pinky down my wrist and arm. It felt like tendinitis and I simply rested it.

# 01/11/2024 - Vaccine Visit in ADULT INJECTIONS

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Delmundo, Pamela Mamaril (L.V.N.) |

### Department

| Name | Address | Phone |
|---|---|---|
| ADULT INJECTIONS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-3497 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 90686 | IIV4 VACC PRESRV FREE 0.5 ML FOR IM USE<br>Duration: 0m ( 1:57 PM - 1:57 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |
| G0008 | ADMIN INFLUENZA VIRUS VAC<br>Duration: 0m ( 1:57 PM - 1:57 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |

## Immunizations Given

Immunizations never marked as reviewed

**INFS pres free 6mos-adult (Fluzone quadrivalent) (influenza)**

Administered by: Delmundo, Pamela Mamaril (L.V.N.)
Administered on: 1/11/2024 1357
Dose: 0.5 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 49281-0423-88
Scanned barcode: 01003492814238881724063010UT8219MA
VIS date: 08/06/2021
Product: FLUZONE QUAD 2023-2024 (PF)
Manufacturer: Sanofi Pasteur
Lot number: UT8219MA
Expiration date: 6/30/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

## Other Orders

### Immunization/Injection

**VACC INFLUENZA VACCINE [1627500427] (Completed)**

Electronically signed by: **Delmundo, Pamela Mamaril (L.V.N.) on 01/11/24 1357**
Status: **Completed**
Ordering user: Delmundo, Pamela Mamaril (L.V.N.) 01/11/24 1357
Authorized by: UNSPECIFIED,
Ordering mode: Standard
Frequency: Routine 01/11/24 -
Class: Normal
Quantity: 1

**Provider Details**

| Provider | NPI |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | — |
| UNSPECIFIED, | — |

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 1/11/2024

## 01/11/2024 - Vaccine Visit in ADULT INJECTIONS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Delmundo, Pamela Mamaril (L.V.N.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| ADULT INJECTIONS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-3497 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 91320 | SARSCOV2 VACC 30MCG/0.3ML TRIS-SUCROSE IM USE<br>Duration: 0m ( 1:58 PM - 1:58 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |
| 90480 | IMM ADMN SARSCOV2 VACCINE SINGLE DOSE<br>Duration: 0m ( 1:58 PM - 1:58 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |

### Immunizations Given

Immunizations never marked as reviewed

**COVID-19 mRNA LNP-S, PF, XBB 1.5 12YRS-Adult(Pfizer), 30mcg/0.3mL**

| | | |
|---|---|---|
| Administered by: Delmundo, Pamela Mamaril (L.V.N.) | Administered on: 1/11/2024 1358 | Dose: 0.3 mL |
| Site: Left Deltoid | Route: Intramuscular | NDC: 00069-2362-01 |
| CVX code: 309 | Scanned barcode: 0110300692362019172412311OHG5967 | VIS date: 10/19/2023 |
| Product: Comirnaty 2023-24 (12y up)(PF) | Manufacturer: Pfizer US pharm | Lot number: HG5967 |
| Expiration date: 12/31/2024 | | |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

### Other Orders

**Immunization/Injection**

**VACC COVID-19, MRNA, LNP-S, PF, XBB 1.5 (PFIZER), 30 MCG/0.3 ML, IM [1627500428] (Completed)**

Electronically signed by: **Delmundo, Pamela Mamaril (L.V.N.) on 01/11/24 1358** Status: **Completed**
Ordering user: Delmundo, Pamela Mamaril (L.V.N.) 01/11/24 1358 Authorized by: UNSPECIFIED,
Ordering mode: Standard
Frequency: Routine 01/11/24 - Class: Normal
Quantity: 1

**Provider Details**

| Provider | NPI |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | — |
| UNSPECIFIED, | — |

## 01/15/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/15/2024 1:36 PM |
| Last Read in kp.org<br>1/15/2024 6:13 PM by Steven Weller | | |

Thank you for your message. I'll be out of the office through 1/16/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

#### Hands update 2024-01-12

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/15/2024 1:36 PM |

I'm wearing the brace and taking 400mg ibuprofen twice daily. I've applied for long term disability from Lincoln now. Covid and flu shots did not affect my general level of pain.

I'm definitely getting more use out of my left arm with the improved condition of my elbow. Joint hurts, but the tendons don't unless I really over do it. I'm using that arm more for gross actions like picking things up, carrying. My right hand and wrist have been hurting somewhat, probably because it's doing everything left hand isn't doing (typing this with pancil on iPad for example).

**Messages (continued)**

Occasional index finger pain correlated with elbow pain. Both hands sting quite a lot by the end of the day (fingers, palms typically). Some days of coldness in hands.

Use of computer is still painful quickly and my elbow prevents me from using my left hand at all. No change there. My wife and I are now doing together the computer things I used to do myself so that she will eventually be able to take over.

## 01/18/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Work status report and Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/21/2024 9:58 AM by Steven Weller | Weller, Steven | 1/19/2024 2:58 PM |

Mr. Weller,

Thank you for your email. Your new report is all set, and is written for six months beginning January 5.

Take care,

Dr. Lee

**Work status report and Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/18/2024 12:18 PM |

Money has stopped flowing again and it seems that lack of a work status report past Jan 5 is the reason. Sedgwick never asked for one, despite my giving them later dates.

Please provide one to cover Jan 5 onwards. I have to navigate a change of disability insurance company, a change of provider area, and a move in the midst of this. In theory we will cut over to a new provider (Kaiser Oregon) at the start of March but it will take a while before I can get set up there, so as far past that as possible would be best.

## 01/19/2024 - Office Visit in REHABILITATION SVCS

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY

#### Visit Diagnoses

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- LEFT ELBOW JOINT PAIN [M25.522]
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND PAIN [M79.641, M79.642]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #2 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #3 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97535 | SELF-CARE/HOME MGMT TRAINING EACH 15 MINUTES | 1/19/2024 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

#### THERAPIST, PHYSICAL

**Progress Notes by Mendoza, Angela Marie (P.T.) at 1/19/2024 0909**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 1/19/2024 9:41 AM Encounter Date: 1/19/2024 Creation Time: 1/19/2024 9:09 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023

Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 1/19/2024**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 1/19/2024**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Partially met, does not need wheelchair for bathroom use 1/19/2024**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=======================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 10/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:

Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Patient is moving in 3 weeks to Oregon.
Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 2/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
1-2/10 in left elbow (wearing brace for 8 weeks), at its worst 3/10; 0-1/10 in the left knee at the worst 3/10

Observation: Presented in wheelchair, able to walk inside the clinic. Patient stated reduced the use of the wheelchair by 50%
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 2X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior
Patient reports sitting resting 3 hours per day, broken up
Patient is using heat for pain management 2-3X/ day for 30 minutes. Patient educated on decreasing heat to no more than 20 minutes with 2 hour gaps in between.

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis,

iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Self care for 40 minutes
Patient educated how to gauge when it is appropriate to progress with pool and aerobic activity and when it is appropriate to maintain through symptoms acknowledgement. Patient verbalized understanding.

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Self care for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home, decreased use of wheelchair by 50%

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: Transfer care to PHYSICAL THERAPY in Oregon

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 1/19/2024 9:41 AM

## 01/19/2024 - Office Visit in REHABILITATION SVCS (continued)

**Physical Medicine Notes (continued)**

### Procedures

#### Procedures

**TRNG, SELF CARE, HOME MGMT, ONE ON ONE, EA 15 MIN [1627500429] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 01/19/24 0941** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 01/19/24 0941 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 01/19/24 - Class: Back Office
Quantity: 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAIN [M25.551]
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]
LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]
BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 1/19/2024 9:00 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday January 19, 2024. The following issues were addressed: LEFT KNEE JOINT PAIN, LEFT ELBOW JOINT PAIN, RIGHT HIP JOINT PAIN, and BILATERAL HAND PAIN.

Done Today
TRAINING, SELF CARE, HOME MANAGEMENT

## What's Next

MRI
Date: Wednesday January 24, 2024
Time: 7:45 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 122

Office Visit
With: BRIAN POEU LEE MD
Date: Tuesday January 30, 2024
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

Steven Weller (MRN: 110018429889) • Printed at 1/19/2024 9:41 AM Page 1 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## Today's Medication Changes as of January 19, 2024 9:41 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:

The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 1/19/2024

## 01/19/2024 - Ancillary Orders in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Reason for Visit

#### Visit Diagnoses

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**
- CERVICAL RADICULOPATHY [M54.12]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/19/2024 1457 |
| Diagnosis #2 | | | | |
| Add | CERVICAL RADICULOPATHY | M54.12 | Lee, Brian Poeu (M.D.) | 01/19/2024 1457 |

**01/19/2024 - Ancillary Orders in NEUROLOGY (continued)**

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 1/19/2024

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 1/5/2024 through 7/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 01/21/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/22/2024 9:56 AM by Steven Weller | Weller, Steven | 1/21/2024 3:53 PM |

Thank you for your message. I’ll be out of the office through 1/23/2024.

While I’m out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-19**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/21/2024 3:53 PM |

Wearing brace and taking 400mg ibuprofen twice a day. Visiting pool 2-3 times a week for light exercise, limited by knee. Wheelchair use < 50% of the time around the house.

Still experiencing slow but steady improvement in left elbow. More usable and less pain, occasionally pain-free this week. Can't use it for computer since that aggravates it quickly.

**Messages (continued)**

Hands become painful after a few minutes computer use. Stinging in the evening is quite noticeable, but I'm not certain it's trending worse. It has a gradient of most bad at the pinkie and least bad at the index finger across both hands. A couple of episodes of cold hands also. Index finger has been only slightly painful.

I've been having pain in my right hand and wrist this week from iPad/Pencil use. It's on the pinkie side and extends down the arm through the wrist, so feels like tendons.

## 07/15/2023 - MRI in MRI
## Hospital INFO

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 07/15/23 1156 | 07/15/23 2359 | | |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care. | |

## 07/15/2023 - MRI in MRI (continued)

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

### Reason for Visit

#### Visit Diagnoses

- ASYMMETRIC BILAT SENSORINEURAL HEARING LOSS [H90.3]
- DIZZINESS [R42]
- NECK MASS [R22.1]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | ASYMMETRIC BILAT SENSORINEURAL HEARING LOSS | H90.3 | System, Generated | 07/15/2023 1156 |
| Diagnosis #2 | | | | |
| Add | DIZZINESS | R42 | System, Generated | 07/15/2023 1156 |
| Diagnosis #3 | | | | |
| Add | NECK MASS | R22.1 | System, Generated | 07/15/2023 1156 |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 3221909625<br>08 | Outpatient | Closed | KFHP 1000 - HMOX HMO(E) PLAN 4354310 |

#### Guarantor Account (for Hospital Account #322190962508)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |
| **Address** | **Phone** | | | |

## 07/15/2023 - MRI in MRI (continued)

### Visit Account Information (continued)

H)
O)

**Coverage Information (for Hospital Account #322190962508)**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| 393 E WALNUT ST<br>PASADENA, CA 91188 | | |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| A9575 | INJECTION GADOTERATE MEGLUMINE 0.1 ML | 7/15/2023 1:48 PM | Zarshenas-Payman, Zina (M.D.) | | 140 |
| 70551 | MRI BRAIN BRAIN STEM W/O CONTRAST MATERIAL | 7/15/2023 1:48 PM | Zarshenas-Payman, Zina (M.D.) | | 1 |
| 70543 | MRI ORBIT FACE & NECK W/O & W/CONTRAST MATRL | 7/15/2023 1:48 PM | Zarshenas-Payman, Zina (M.D.) | | 1 |
| 70551 | MRI BRAIN BRAIN STEM W/O CONTRAST MATERIAL | 7/16/2023 1:48 PM | Zarshenas-Payman, Zina (M.D.) | 26 | 1 |
| 70543 | MRI ORBIT FACE & NECK W/O & W/CONTRAST MATRL | 7/16/2023 1:48 PM | Zarshenas-Payman, Zina (M.D.) | 26 | 1 |

### Events

**Hospital Outpatient at 7/15/2023 1156**

Unit: MRI
Patient class: Outpatient

**Discharge at 7/15/2023 2359**

Unit: MRI
Patient class: Outpatient

### Imaging

**Imaging**

**MR HEAD [1529404330] (Final result)**

Electronically signed by: **Le, Jessica Uyen (Pa-C) on 05/24/23 0850** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Le, Jessica Uyen (Pa-C) 05/24/23 0850 Authorized by: Le, Jessica Uyen (P.A.-C)
Ordering mode: Standard
Frequency: Routine 07/15/23 1156 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Cadano, Melissa Jane 7/15/2023 11:56 AM
Diagnoses
ASYMMETRIC BILAT SENSORINEURAL HEARING LOSS [H90.3]
DIZZINESS [R42]

**Provider Details**

| Provider | NPI |
|---|---|
| Le, Jessica Uyen (P.A.-C) | 1346601887 |
| Le, Jessica Uyen (Pa-C) | 1346601887 |

**End Exam Questions**

## 07/15/2023 - MRI in MRI (continued)

**Imaging (continued)**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | Yes | |
| Contrast Agent Used | Clariscan | |
| Dose Administered (in mL) | 14 | |
| Comments | | |

**MR HEAD [1529404330]** Resulted: 07/16/23 1828, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 07/16/23 1831
Accession number: 12205061895
Resulted by: Zarshenas-Payman, Zina (M.D.)
Performed: 07/15/23 1348 - 07/15/23 1343
Resulting lab: NCAL PWS INTERFACE

Narrative:
MRI BRAIN WITHOUT CONTRAST

** HISTORY **:
61 years old, asymmetric sensorineural hearing loss left more than right supraclavicular

** TECHNIQUE **:
MR images of the brain and internal auditory canals acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
INTERNAL AUDITORY CANALS AND CEREBELLOPONTINE ANGLES: No mass. Seventh and eighth cranial nerves are normal.

COCHLEA, VESTIBULE, SEMICIRCULAR CANALS: Normal signal and morphology.

BRAINSTEM AND CEREBELLUM: Normal.

REMAINING BRAIN PARENCHYMA: No acute infarct or hemorrhage. No mass effect or herniation. Minimal white matter chronic small vessel ischemic changes.

VENTRICLES/EXTRA-AXIAL SPACES: No hydrocephalus or extra-axial fluid collections.

Impression:

No vestibular schwannoma or other retrocochlear abnormality.
Acknowledged by: Le, Jessica Uyen (P.A.-C) on 07/17/23 0736

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI BRAIN WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI INTERNAL AUDITORY CANAL (IAC) NO CONTRAST. [250891] | |

**Recipients**

**Le, Jessica Uyen (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 616934744 | Authorizing Provider |

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR HEAD [1529404330]** Resulted: 07/15/23 1343, Result status: In process

Order status: Completed
Filed by: Carroll, Joe R 07/15/23 1343
Accession number: 12205061895
Resulted by: Zarshenas-Payman, Zina (M.D.)
Performed: 07/15/23 1348 - 07/15/23 1343

| Procedures Performed | Chargeables |
|---|---|
| MRI INTERNAL AUDITORY CANAL (IAC) NO CONTRAST. [250891] | |

**Reviewed by**

Le, Jessica Uyen (P.A.-C) on 07/17/23 0736

**Indications**

ASYMMETRIC BILAT SENSORINEURAL HEARING LOSS [H90.3 (ICD-10-CM)]
DIZZINESS [R42 (ICD-10-CM)]

**Signed**

Electronically signed by Zarshenas-Payman, Zina (M.D.) on 7/16/23 at 1828 PDT

**All Reviewers List**

Le, Jessica Uyen (P.A.-C) on 7/17/2023 07:36

**MR NECK [1540314815] (Final result)**

Electronically signed by: **Le, Jessica Uyen (Pa-C) on 06/06/23 0839** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Le, Jessica Uyen (Pa-C) 06/06/23 0839
Authorized by: Le, Jessica Uyen (P.A.-C)
Ordering mode: Standard
Frequency: Routine 07/15/23 1156 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Cadano, Melissa Jane 7/15/2023 11:56 AM
Diagnoses
NECK MASS [R22.1]

**Provider Details**

| Provider | NPI |
|---|---|
| Le, Jessica Uyen (P.A.-C) | 1346601887 |
| Le, Jessica Uyen (Pa-C) | 1346601887 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | Yes | |
| Contrast Agent Used | Clariscan | |
| Dose Administered (in mL) | 14 | |
| Comments | | |

**MR NECK [1540314815]** Resulted: 07/16/23 1848, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 07/16/23 1851
Accession number: 12205061896
Narrative:
Resulted by: Zarshenas-Payman, Zina (M.D.)
Performed: 07/15/23 1348 - 07/15/23 1343
Resulting lab: NCAL PWS INTERFACE

## 07/15/2023 - MRI in MRI (continued)

**Imaging (continued)**

MRI NECK WITHOUT AND WITH CONTRAST

** HISTORY **:
61 years old, Lump behind the right ear

** TECHNIQUE **:
MR images of the neck acquired without and with 14 mL Clariscan intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
There is an approximately 8 x 5 mm fatty lesion of the right retroauricular subcutaneous tissues which most likely represents small lipoma. There is no abnormal enhancement or soft tissue mass. No lymphadenopathy.

PHARYNGEAL MUCOSA: Normal nasopharynx, oropharynx and hypopharynx.

ORAL CAVITY: Normal including tongue and floor of mouth.

LARYNX: Normal supraglottic, glottic and subglottic larynx.

LYMPH NODES: No suspicious lymph nodes.

SALIVARY GLANDS: Normal parotid, submandibular and sublingual glands.

THYROID: Normal.

FLOW VOIDS AND CAROTID SPACE: Normal.

BONES: No significant abnormality.

Impression:

A tiny 8 mm right retroauricular subcutaneous fatty lesion may represent lipoma.

Acknowledged by: Le, Jessica Uyen (P.A.-C) on 07/17/23 0736

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI NECK WITHOUT AND WITH CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI NECK WO/W CONTRAST. [250931] | |

**Recipients**

**Le, Jessica Uyen (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 616935416 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS | Unknown | Unknown | 08/07/08 0802 - Present |

## 07/15/2023 - MRI in MRI (continued)

**Imaging (continued)**

INTERFACE

**MR NECK [1540314815]** Resulted: 07/15/23 1343, Result status: In process

Order status: Completed
Filed by: Carroll, Joe R 07/15/23 1343
Accession number: 12205061896
Resulted by: Zarshenas-Payman, Zina (M.D.)
Performed: 07/15/23 1348 - 07/15/23 1343

| Procedures Performed | Chargeables |
|---|---|
| MRI NECK WO/W CONTRAST. [250931] | |

**Reviewed by**

Le, Jessica Uyen (P.A.-C) on 07/17/23 0739

**Indications**

NECK MASS [R22.1 (ICD-10-CM)]

**Signed**

Electronically signed by Zarshenas-Payman, Zina (M.D.) on 7/16/23 at 1848 PDT

**All Reviewers List**

Le, Jessica Uyen (P.A.-C) on 7/17/2023 07:39

## 08/24/2023 - MRI in MRI
## Hospital INFO

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 08/24/23 1510 | 08/24/23 2359 | | |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care. | |

## 08/24/2023 - MRI in MRI (continued)

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

### Reason for Visit

#### Visit Diagnoses

- SOFT TISSUE MASS [M79.9]
- LEFT HIP JOINT PAIN [M25.552]
- WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]
- OSTEOARTHRITIS OF RIGHT HIP [M16.11]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SOFT TISSUE MASS | M79.9 | System, Generated | 08/24/2023 1510 |
| Diagnosis #2 | | | | |
| Add | LEFT HIP JOINT PAIN | M25.552 | System, Generated | 08/24/2023 1510 |
| Diagnosis #3 | | | | |
| Add | WORK UP IN PROGRESS, NEUROLOGIC | ADMIN CODE | System, Generated | 08/24/2023 1510 |
| Diagnosis #4 | | | | |
| Add | OSTEOARTHRITIS OF RIGHT HIP | M16.11 | System, Generated | 08/24/2023 1510 |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 322192184777 | Outpatient | Closed | KFHP 1000 - HMOX HMO(E) PLAN 4354310 |

#### Guarantor Account (for Hospital Account #322192184777)

## 08/24/2023 - MRI in MRI (continued)

### Visit Account Information (continued)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |

| Address | Phone |
|---|---|
| | H)<br>O) |

**Coverage Information (for Hospital Account #322192184777)**

| F/O Payor/Plan | Precert # |
|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | |

| Subscriber | Subscriber # |
|---|---|
| Weller, Steven | 110018429889 |

| Address | Phone |
|---|---|
| 393 E WALNUT ST<br>PASADENA, CA 91188 | |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| A9575 | INJECTION GADOTERATE MEGLUMINE 0.1 ML | 8/24/2023 4:41 PM | McCormick, Craig Martin (M.D.) | | 130 |
| 73720 | MRI LOWER EXTREM OTH/THN JT W/O & W/CONTR MATR | 8/24/2023 4:41 PM | McCormick, Craig Martin (M.D.) | LT | 1 |
| 72141 | MRI SPINAL CANAL CERVICAL W/O CONTRAST MATRL | 8/24/2023 4:41 PM | Mamlouk, Mark Daniel (M.D.) | | 1 |
| 73720 | MRI LOWER EXTREM OTH/THN JT W/O & W/CONTR MATR | 8/25/2023 4:41 PM | McCormick, Craig Martin (M.D.) | 26, LT | 1 |
| 72141 | MRI SPINAL CANAL CERVICAL W/O CONTRAST MATRL | 8/25/2023 4:41 PM | Mamlouk, Mark Daniel (M.D.) | 26 | 1 |

### Events

**Hospital Outpatient at 8/24/2023 1510**

Unit: MRI
Patient class: Outpatient

**Discharge at 8/24/2023 2359**

Unit: MRI
Patient class: Outpatient

### Imaging

**Imaging**

**MR MUSCULOSKELETAL [1540314833] (Final result)**

Electronically signed by: **Fang, Andrew Sun (M.D.) on 02/10/23 1505** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Fang, Andrew Sun (M.D.) 02/10/23 1505 Authorized by: Fang, Andrew Sun (M.D.)
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
SOFT TISSUE MASS [M79.9]
LEFT HIP JOINT PAIN [M25.552]

**Provider Details**

| Provider | NPI |
|---|---|

**Imaging (continued)**

Fang, Andrew Sun (M.D.) 1568540169

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR MUSCULOSKELETAL [1540314833]** Resulted: 08/25/23 0856, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 08/25/23 0859
Accession number: 12205222756
Resulted by: McCormick, Craig Martin (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627
Resulting lab: NCAL PWS INTERFACE

Narrative:
MRI LEFT THIGH WITHOUT AND WITH CONTRAST

** HISTORY **:
61 years old, left lateral thigh mass for follow-up.

** TECHNIQUE **:
MR images of the left thigh acquired without and with 13 mL Clariscan intravenous contrast.

COMPARISON: MR 1/20/2023

** FINDINGS **:
SOFT TISSUES: Again noted within the vastus lateralis is a circumscribed intramuscular mass lesion with elongated appearance that measures 2.0 x 1.4 x 3.3 cm. Previously noted tapering edema extending superiorly and inferiorly has resolved. Mass has decreased in size from comparison study. It has high T2 and low T1 signal intensity with heterogeneous postcontrast enhancement. Findings could reflect a nerve sheath tumor possibly with hemorrhage on prior exam which could explain this size discrepancy with smaller size on current exam.

OTHER: Neurovascular structures are intact. No significant bursitis. No joint effusion. No inguinal adenopathy.

BONES: Visualized femur marrow signal is normal.

Impression:
Interval decrease in size of heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis. Lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

Acknowledged by: Fang, Andrew Sun (M.D.) on 08/28/23 0756

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI LEFT THIGH WITHOUT AND WITH CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT LEG WO/W CONTRAST. [250913] | |

**Recipients**

**Fang, Andrew Sun (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 625365413 | Authorizing |

## 08/24/2023 - MRI in MRI (continued)

**Imaging (continued)**

Provider

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR MUSCULOSKELETAL [1540314833]** Resulted: 08/24/23 1615, Result status: In process

Order status: Completed
Filed by: Caracci, Christina 08/24/23 1615
Accession number: 12205222756
Resulted by: McCormick, Craig Martin (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT LEG WO/W CONTRAST. [250913] | |

**Reviewed by**

Fang, Andrew Sun (M.D.) on 08/28/23 1340

**Indications**

SOFT TISSUE MASS [M79.9 (ICD-10-CM)]
LEFT HIP JOINT PAIN [M25.552 (ICD-10-CM)]

**Signed**

Electronically signed by McCormick, Craig Martin (M.D.) on 8/25/23 at 0856 PDT

**All Reviewers List**

Fang, Andrew Sun (M.D.) on 8/28/2023 13:40

**MR SPINE [1540314835] (Final result)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 07/26/23 1424** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lee, Brian Poeu (M.D.) 07/26/23 1424
Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR SPINE [1540314835]** Resulted: 08/25/23 0856, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 08/25/23 0859
Accession number: 12205222757
Resulted by: Mamlouk, Mark Daniel (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627
Resulting lab: NCAL PWS INTERFACE

## 08/24/2023 - MRI in MRI (continued)

**Imaging (continued)**

Narrative:
MRI CERVICAL SPINE WITHOUT CONTRAST

** HISTORY **:
61 years old, bilateral hand pain

** TECHNIQUE **:
MR images of the cervical spine acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication.

BONES: Vertebral body height and alignment are normal. Marrow signal is normal.

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis.

C3-C4: No canal or foraminal stenosis.

C4-C5: No canal or foraminal stenosis.

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal.

Impression:

Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

Acknowledged by: Lee, Brian Poeu (M.D.) on 08/28/23 1142

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI CERVICAL SPINE WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI CERVICAL SPINE NO CONTRAST. [250879] | |

**Recipients**

**Lee, Brian Poeu (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 625365419 | Authorizing Provider |

## 08/24/2023 - MRI in MRI (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR SPINE [1540314835]** Resulted: 08/24/23 1615, Result status: In process

Order status: Completed
Filed by: Caracci, Christina 08/24/23 1615
Accession number: 12205222757
Resulted by: Mamlouk, Mark Daniel (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627

| Procedures Performed | Chargeables |
|---|---|
| MRI CERVICAL SPINE NO CONTRAST. [250879] | |

**Reviewed by**

Lee, Brian Poeu (M.D.) on 08/28/23 1142

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

**Signed**

Electronically signed by Mamlouk, Mark Daniel (M.D.) on 8/25/23 at 0856 PDT

**All Reviewers List**

Lee, Brian Poeu (M.D.) on 8/28/2023 11:42

**MR HIP BONY PELVIS [1561064227] (Final result)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 08/09/23 1219** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Dobler, Erin Alyson (P.A.-C) 08/09/23 1219
Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
OSTEOARTHRITIS OF RIGHT HIP [M16.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 1657, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 09/02/23 1700
Accession number: 12205222758
Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918
Resulting lab: NCAL PWS INTERFACE
Narrative:
MRI RIGHT HIP WITHOUT CONTRAST

** HISTORY **:

## 08/24/2023 - MRI in MRI (continued)

**Imaging (continued)**

61 years old, right hip mild DJD with severe pain.

** TECHNIQUE **:
MR images of the right hip acquired without contrast.

COMPARISON: None available.

** FINDINGS **:
LABRUM AND CAPSULE: Probable small anterior superior labral tear on image 14 and 15 of series 8. Capsular ligaments are intact.

TENDONS AND MUSCLES: Visualized portions of the gluteal, iliopsoas, rectus femoris and adductor tendons are intact. Mild hamstring tendinosis. Visualized muscles demonstrate normal signal and morphology.

JOINT AND BURSAL FLUID: No significant joint effusion or intra-articular bodies. No trochanteric bursitis. No focal fluid collections.

PELVIC VISCERA/OTHER: Visualized portions of the pelvic viscera demonstrate no significant abnormalities.

BONES AND CARTILAGE: Mild subcortical cystic change in the femoral head and femoral head neck junction. No fracture, contusion or avascular necrosis. Small focal area of superior hip joint moderate to marked focal chondral loss on image 7 and 8 of series 9 and on image 10 of series 8.

Impression:
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Acknowledged by: Dobler, Erin Alyson (P.A.-C) on 09/05/23 2135

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI RIGHT HIP WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST. [250955] | |

**Recipients**

**Dobler, Erin Alyson (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 627142082 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

## 08/24/2023 - MRI in MRI (continued)

**Imaging (continued)**

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 0848, Result status: In process

Order status: Completed
Filed by: Lewis, Renee' 09/02/23 0848
Accession number: 12205222758

Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST. [250955] | |

**Reviewed by**

Dobler, Erin Alyson (P.A.-C) on 09/05/23 2143

**Indications**

OSTEOARTHRITIS OF RIGHT HIP [M16.11 (ICD-10-CM)]

**Signed**

Electronically signed by Stanley, Grant Ernest (M.D.) on 9/2/23 at 1657 PDT

**All Reviewers List**

Dobler, Erin Alyson (P.A.-C) on 9/5/2023 21:43

## 09/02/2023 - MRI in MRI
## Hospital INFO

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 09/02/23 0837 | 09/02/23 2359 | | |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care. | |

## 09/02/2023 - MRI in MRI (continued)

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 322192479430 | Outpatient | Closed | KFHP 1000 - HMOX HMO(E) PLAN 4354310 |

#### Guarantor Account (for Hospital Account #322192479430)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| | | H)<br>O) | | |

#### Coverage Information (for Hospital Account #322192479430)

| F/O Payor/Plan | | Precert # |
|---|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| 393 E WALNUT ST<br>PASADENA, CA 91188 | | |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73721 | MRI ANY JT LOWER EXTREM W/O CONTRAST MATRL | 9/2/2023 9:18 AM | Stanley, Grant Ernest (M.D.) | 26, RT | 1 |

## 09/02/2023 - MRI in MRI (continued)

**All Charges for This Encounter (continued)**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73721 | MRI ANY JT LOWER EXTREM W/O CONTRAST MATRL | 9/2/2023 9:18 AM | Stanley, Grant Ernest (M.D.) | RT | 1 |

**Events**

**Hospital Outpatient at 9/2/2023 0837**

Unit: MRI
Patient class: Outpatient

**Discharge at 9/2/2023 2359**

Unit: MRI
Patient class: Outpatient

**Imaging**

**Imaging**

**MR HIP BONY PELVIS [1561064227] (Final result)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 08/09/23 1219** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Dobler, Erin Alyson (P.A.-C) 08/09/23 1219
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence
Quantity: 1
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordered during: MRI on 08/24/2023
Class: Normal
Lab status: Final result
Diagnoses
OSTEOARTHRITIS OF RIGHT HIP [M16.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 1657, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 09/02/23 1700
Accession number: 12205222758
Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918
Resulting lab: NCAL PWS INTERFACE
Narrative:
MRI RIGHT HIP WITHOUT CONTRAST

** HISTORY **:
61 years old, right hip mild DJD with severe pain.

** TECHNIQUE **:
MR images of the right hip acquired without contrast.

COMPARISON: None available.

** FINDINGS **:
LABRUM AND CAPSULE: Probable small anterior superior labral tear on image 14 and 15 of series 8. Capsular ligaments are intact.

## 09/02/2023 - MRI in MRI (continued)

**Imaging (continued)**

TENDONS AND MUSCLES: Visualized portions of the gluteal, iliopsoas, rectus femoris and adductor tendons are intact. Mild hamstring tendinosis. Visualized muscles demonstrate normal signal and morphology.

JOINT AND BURSAL FLUID: No significant joint effusion or intra-articular bodies. No trochanteric bursitis. No focal fluid collections.

PELVIC VISCERA/OTHER: Visualized portions of the pelvic viscera demonstrate no significant abnormalities.

BONES AND CARTILAGE: Mild subcortical cystic change in the femoral head and femoral head neck junction. No fracture, contusion or avascular necrosis. Small focal area of superior hip joint moderate to marked focal chondral loss on image 7 and 8 of series 9 and on image 10 of series 8.

Impression:
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Acknowledged by: Dobler, Erin Alyson (P.A.-C) on 09/05/23 2135

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI RIGHT HIP WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST. [250955] | |

**Recipients**

**Dobler, Erin Alyson (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 627142082 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 0848, Result status: In process

Order status: Completed
Filed by: Lewis, Renee' 09/02/23 0848
Accession number: 12205222758
Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST. [250955] | |

**Reviewed by**

Dobler, Erin Alyson (P.A.-C) on 09/05/23 2143

## 09/02/2023 - MRI in MRI (continued)

**Imaging (continued)**

**Indications**

OSTEOARTHRITIS OF RIGHT HIP [M16.11 (ICD-10-CM)]

**Signed**

Electronically signed by Stanley, Grant Ernest (M.D.) on 9/2/23 at 1657 PDT

**All Reviewers List**

Dobler, Erin Alyson (P.A.-C) on 9/5/2023 21:43

## 12/20/2023 - OP Visit in ACCREDITED AMBULATORY SURGERY
## Hospital INFO

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 12/20/23 0930 | 12/20/23 2359 | | Incomplete |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-MAIN CAMPUS | SCH-AAS1 >MAIN CAMPUS | |

## 12/20/2023 - OP Visit in ACCREDITED AMBULATORY SURGERY (continued)

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| ACCREDITED AMBULATORY SURGERY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-5100 |

### Reason for Visit

#### Visit Diagnoses

- SCREENING FOR COLORECTAL CANCER, AVERAGE RISK [Z12.11]
- COLON POLYP [K63.5]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SCREENING FOR COLORECTAL CANCER, AVERAGE RISK | Z12.11 | Cheng, Yao-Wen (M.D.) | 12/20/2023 1008 |
| Diagnosis #2 | | | | |
| Add | COLON POLYP | K63.5 | Cheng, Yao-Wen (M.D.) | 12/20/2023 1008 |

#### Hospital Problem

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|---|---|---|---|---|
| **SCREENING COLONOSCOPY (primary)** | Z12.11 | 11/28/2023 | — | Exempt from POA reporting |

### Events

#### Hospital Outpatient at 12/20/2023 0930

Unit: ACCREDITED AMBULATORY SURGERY
Patient class: Outpatient

#### Surgery at 12/20/2023 0942

Unit: SCH-OPPC-MOB-PRO
Patient class: Outpatient
Room: OPRME 09 - SCH KPHC USE ONLY
Service: Gastroenterology

#### Discharge at 12/20/2023 2359

Unit: ACCREDITED AMBULATORY SURGERY

**Events (continued)**

Patient class: Outpatient

**H&P Notes**

**H&P by Cheng, Yao-Wen (M.D.) at 12/20/2023 0919**

**Version 1 of 1**

Author: Cheng, Yao-Wen (M.D.) Service: — Author Type: Physician
Filed: 12/20/2023 9:19 AM Date of Service: 12/20/2023 9:19 AM Creation Time: 12/20/2023 9:19 AM
Status: Signed Editor: Cheng, Yao-Wen (M.D.) (Physician)

**Colonoscopy Pre-procedural History and Physical**

HPI: Steven Weller is a 62 Y male.
Surveillance colonoscopy
No fam hx crc

PCP: IRENE OI YIN HO MD

Past Medical History:
Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS
SCREENING COLONOSCOPY

Past Surgical History:
No past surgical history on file.

Allergies:
No Known Allergies

Current Medications:
No outpatient medications have been marked as taking for the 12/20/23 encounter (Hospital Encounter).

Social History:

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| Vaping Use | |

- Vaping Use: Never used

**E-Cigarettes/Vaping**

| Questions | Responses |
|---|---|
| E-Cigarette/Vaping Use | Never User |

**E-Cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |

Family History:
No family history on file.

Physical Examination:
There were no vitals taken for this visit.

**MD ASSESSMENT**
PRE SEDATION CHECKLIST MD
Mallampati Airway Assessment: VISUALIZATION OF THE SOFT PALATE, FAUCES, AND UVULA
Heart Exam: REG RATE
Lung Exam: CLEAR BILATERALLY
ASA Score: CLASS II-PATIENT WITH MILD SYSTEMIC DISEASE
Intended level of sedation: Level II Moderate Sedation
Pertinent Labs Reviewed: YES
Procedure and Recovery Code Status reviewed with patient and/or responsible party: FULL CODE FOR PROCEDURE AND RECOVERY
Consent for Procedure: YES

Plan:

**Pre-Procedure and Pre-Sedation Assessment:**
I have examined the patient, and re-evaluated the patient immediately pre-procedure and pre-induction and confirm that there are no significant changes since the examination documented above.

I find that the patient is still an appropriate candidate for the planned anesthetic/sedation and procedure. I have confirmed that the indications for the procedure still exist.

**Informed Consent:**
I have reviewed with the patient the risks, benefits and alternatives to colonoscopy. Risks, including, but not limited to, cardiopulmonary event, bleeding, infection, pneumonia, and perforation reviewed. Missed pathology also discussed. Need for emergent surgery in the setting of perforation discussed. Benefits of procedure reviewed. Alternative of not having the procedure performed also discussed. Patient wishes to proceed with colonoscopy. All questions have been

answered. Consent has been signed. Will proceed with procedure as indicated above.

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/20/2023 9:19 AM

**Clinical Notes**

**Unknown**

**IP Nursing by Shouppe, Clarence Carl (R.N.) at 12/20/2023 0927**

**Version 1 of 1**

Author: Shouppe, Clarence Carl (R.N.) Service: — Author Type: REGISTERED NURSE
Filed: 12/20/2023 9:27 AM Date of Service: 12/20/2023 9:27 AM Creation Time: 12/20/2023 9:27 AM
Status: Signed Editor: Shouppe, Clarence Carl (R.N.) (REGISTERED NURSE)

## Pre-procedure Plan of Care Note

- Patient to be assessed and pre-procedure checks to be completed
    - Vital signs, pain, and criteria of post sedation recovery scoring system
- Respiratory and oxygenation status will be continuously assessed and maintained
- Patient to be prepped appropriately for procedure
    - Learning needs assessed
    - Anxiety is effectively controlled
    - Participates in decisions affecting his/her procedural plan of care as appropriate for age/developmental status.
    - Allow patient/family to verbalize fears/concerns
- Acute pain, Risk based upon age/developmental status:
    - Stress the need to notify staff at the onset of pain
    - Discuss importance of pain relief/management
    - Discuss pain assessment process, i.e. character, frequency, duration, location, exacerbating factors, relieving factors, scale 0-10
    - Demonstrates and/or reports adequate pain control throughout the procedural period.
- Infection, Risk:
    - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Impaired Skin Integrity, Risk:
    - Wound/tissue perfusion consistent with or improved from baseline level
- Fall, Risk:
    - Remains free from falls throughout procedural process
- Knowledge Deficit based upon age/developmental status:
    - Demonstrates knowledge of the expected responses to the invasive procedure.
    - Patient/ family verbalizes procedure related instructions.
- Patient Goal Outcome Evaluation
    - All goals were met unless otherwise indicated

## Intra-procedure Plan of Care Note

- Altered physiologic status, Related to sedation and procedure:

    - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
    - Patient's skin integrity to be maintained and protected by positioning and padding as appropriate
    - Implement local Procedural Sedation by Departments other than Anesthesiology Policy
    - Maintain oxygenation during sedation
    - Pain is managed at patient's stated acceptable level as appropriate for age/developmental status
- Cardiac compromise, Risk:
    - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:
    - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Airway clearance, Ineffective:
    - Respiratory function is consistent with or improved from baseline level
- Infection, Risk:
    - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Hemorrhage, Potential:
    - Bleeding/hemostasis assessed, maintained and treated as necessary
- Fall, Risk:
    - Remains free from falls throughout procedural process
- Patient Goal Outcome Evaluation
    - All goals were met unless otherwise indicated

**Post-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
    - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
    - Implement local Procedural Sedation by Departments other that Anesthesiology Policy
    - Pain is managed at patient's stated acceptable level as appropriate for age/developmental status.
- Impaired Skin Integrity, Risk:
    - Wound/tissue perfusion consistent with or improved from baseline level
- Cardiac compromise, Risk:
    - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:
    - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Hemorrhage, Potential:
    - Bleeding/hemostasis assessed, maintained and treated as necessary.
    - Patient/family verbalizes knowledge of treatment for post discharge bleeding as applicalbe
    - Absence of active bleeding on discharge
- Infection, Risk:
    - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Risk for post-procedure falls:
    - Assist position change from flat to vertical, then dangle on side of the bed
    - Assist with ambulation consistent with age, procedure and pre-procedure baseline
- Knowledge Deficit, Related to Discharge Instructions:
    - Patient/family demonstrates knowledge of the expected responses to the invasive procedure.
    - Discuss discharge instructions with patient/family regarding medications, diet, activity, wound care, and follow-up care
    - Patient/ family verbalizes discharge instructions.

  - Give patient/family discharge instructions
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

Electronically signed by Shouppe, Clarence Carl (R.N.) at 12/20/2023 9:27 AM

**IP Nursing by Shouppe, Clarence Carl (R.N.) at 12/20/2023 0927**

**Version 1 of 1**

Author: Shouppe, Clarence Carl (R.N.) Service: — Author Type: REGISTERED NURSE
Filed: 12/20/2023 9:28 AM Date of Service: 12/20/2023 9:27 AM Creation Time: 12/20/2023 9:27 AM
Status: Signed Editor: Shouppe, Clarence Carl (R.N.) (REGISTERED NURSE)

**Advance Directive on File: No**

**Pre-procedure Plan of Care Note**

- Patient to be assessed and pre-procedure checks to be completed
  - Vital signs, pain, and criteria of post sedation recovery scoring system
- Respiratory and oxygenation status will be continuously assessed and maintained
- Patient to be prepped appropriately for procedure
  - Learning needs assessed
  - Anxiety is effectively controlled
  - Participates in decisions affecting his/her procedural plan of care as appropriate for age/developmental status.
  - Allow patient/family to verbalize fears/concerns
- Acute pain, Risk based upon age/developmental status:
  - Stress the need to notify staff at the onset of pain
  - Discuss importance of pain relief/management
  - Discuss pain assessment process, i.e. character, frequency, duration, location, exacerbating factors, relieving factors, scale 0-10
  - Demonstrates and/or reports adequate pain control throughout the procedural period.
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Impaired Skin Integrity, Risk:
  - Wound/tissue perfusion consistent with or improved from baseline level
- Fall, Risk:
  - Remains free from falls throughout procedural process
- Knowledge Deficit based upon age/developmental status:
  - Demonstrates knowledge of the expected responses to the invasive procedure.
  - Patient/ family verbalizes procedure related instructions.
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

**Intra-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
  - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
  - Patient's skin integrity to be maintained and protected by positioning and padding as appropriate
  - Implement local Procedural Sedation by Departments other than Anesthesiology Policy
  - Maintain oxygenation during sedation
  - Pain is managed at patient’s stated acceptable level as appropriate for age/developmental status
- Cardiac compromise, Risk:
  - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:
  - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Airway clearance, Ineffective:
  - Respiratory function is consistent with or improved from baseline level
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Hemorrhage, Potential:
  - Bleeding/hemostasis assessed, maintained and treated as necessary
- Fall, Risk:
  - Remains free from falls throughout procedural process
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

**Post-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
  - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
  - Implement local Procedural Sedation by Departments other that Anesthesiology Policy
  - Pain is managed at patient’s stated acceptable level as appropriate for age/developmental status.
- Impaired Skin Integrity, Risk:
  - Wound/tissue perfusion consistent with or improved from baseline level
- Cardiac compromise, Risk:
  - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:
  - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Hemorrhage, Potential:
  - Bleeding/hemostasis assessed, maintained and treated as necessary.
  - Patient/family verbalizes knowledge of treatment for post discharge bleeding as applicalbe
  - Absence of active bleeding on discharge
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Risk for post-procedure falls:
  - Assist position change from flat to vertical, then dangle on side of the bed
  - Assist with ambulation consistent with age, procedure and pre-procedure baseline
- Knowledge Deficit, Related to Discharge Instructions:
  - Patient/family demonstrates knowledge of the expected responses to the invasive procedure.
  - Discuss discharge instructions with patient/family regarding medications, diet, activity, wound care, and follow-up care

- Patient/ family verbalizes discharge instructions.
- Give patient/family discharge instructions

- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

Electronically signed by Shouppe, Clarence Carl (R.N.) at 12/20/2023 9:28 AM

**Procedures by Cheng, Yao-Wen (M.D.) at 12/20/2023 1008**

**Version 1 of 1**

Author: Cheng, Yao-Wen (M.D.) Service: — Author Type: Physician
Filed: 12/20/2023 10:08 AM Date of Service: 12/20/2023 10:08 AM Creation Time: 12/20/2023 10:08 AM
Status: Signed Editor: Cheng, Yao-Wen (M.D.) (Physician)

Procedure Orders
1. Colonoscopy [1627008440] ordered by Cheng, Yao-Wen (M.D.)

Procedures

**Colonoscopy Procedure Report**

**Indication:** Follow up Polyp(s)

**Endoscopist:** YAO-WEN CHENG MD
**Primary Care Provider:** IRENE OI YIN HO MD

**Impression:**
1x < 10mm polyps removed via cold forcep

**Recommendations:**
- follow up pathology

**Colon cancer screening recommendations:**
Colonoscopy in 10 years

**Procedure Details**
The patient had continuous pulse oximetry and vital sign monitoring throughout the procedure. The patient was placed in the left lateral decubitus position and the listed medications given in incremental doses. The colonoscope was then inserted into the rectum and advanced under direct visualization to the extent identified. Careful examination of the mucosa was undertaken.

**Sedation/Medications Administered**
I have reviewed the electronic medication administration record for this procedure, and the documented medications are what I have ordered and were administered in my presence.

Fentanyl IV mcg: 100 MCG
Versed IV mg: 6 MG

**Colonoscopy Data**
Digital Rectal Exam: Normal
Quality of Prep: Excellent
Extent of procedure: Cecum

Retroflexed View Performed: Yes

**Colonoscopy Findings/Specimens**
Bottle #: 1
Location: Ascending Colon
Specimen Type: Polyp
Total number of polyps: 1
Polyp Size (mm): less than 5 mm
Tissue extracted by: Cold Forceps

**Drug reactions / Complications / Estimated Blood Loss:**
Complications of Procedural Sedation: None
Complications of Invasive Procedure: None
Estimated Blood Loss: Less than 5 mL

**Condition:** Patient tolerated the procedure well and is discharge in stable condition.

**Pending Disposition**: Discharge home

**Patient Information at Discharge:** Please see patient discharge instructions for medications, diet, activity, provision for follow-up care.

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/20/2023 10:08 AM

**Discharge Instructions by VI, Nhi My (R.N.) at 12/20/2023 1008**

**Version 2 of 2**

| | | |
|---|---|---|
| Author: VI, Nhi My (R.N.) | Service: — | Author Type: REGISTERED NURSE |
| Filed: 12/20/2023 10:16 AM | Date of Service: 12/20/2023 10:08 AM | Creation Time: 12/20/2023 10:08 AM |
| Status: Edited | Editor: VI, Nhi My (R.N.) (REGISTERED NURSE) | |

## COLONOSCOPY DISCHARGE INSTRUCTIONS

### Your colonoscopy exam results and my recommendations:

You had 1 polyp(s) removed.
The biopsy results may become available to you online as soon as they've been finalized by our pathologist, generally within a week. Please allow 3-5 additional days after the results become visible to you before messaging my office as I may need to review the results further. I will reach out to you after my review of the results with my impression and recommendations.
Your next colon screening test can be considered in 10 years.

**How to reach us:**

**For questions about your Post-Procedure Discharge Instructions, please call:**

Outpatient Procedure Center (OPPC) Nurse's Station: (408) 851-9716
Monday - Friday 8:30 a.m. – 4:30 p.m.

Medical Advice Line: (408) 554-9800
After Hours, Weekends & Holidays

**For questions about your results, please call:**

Santa Clara GI Department: (408) 851-2750
Monday – Friday 8:30 a.m. – 5:00 p.m.

**Post Procedure Instructions**

1. Call the medical center if you notice any of these symptoms: severe abdominal pain, significant bleeding or black stools, repeat vomiting, fevers, pain or redness at the site where the intravenous needle was placed. During the day, call the OPPC; after 5 PM, call the advice line. If bleeding or other symptoms are severe, then you should go directly to the Emergency Room.

2. If you had biopsies done or polyp(s) removed, do not take any Motrin or other anti-inflammatory medications for 10 days. It is okay to take Tylenol.

3. If you are taking aspirin on the advice of your primary care provider or cardiologist, please continue to do so.

4. If you are taking coumadin please follow-up with the anticoagulation clinic. If you are taking a DOAC anticoagulant, like pradaxa, xarelto, or eliquis, please follow up with the DOAC pharmacy services.

5. Resume previous medications unless changes are indicated. If you smoke, please stop. Smoking is harmful to your health.

**Please take all medications exactly as prescribed. These medicines are important to your health.**

If prescription refills are required, please call your primary care physician or pharmacy. Make it a habit to call in your medication refills a week in advance. Note: controlled substances (i.e. narcotics) cannot be refilled without a new order from your physician.

*If you are concerned that you may be having a drug reaction, such as a rash, nausea, vomiting or diarrhea, please contact your primary care physician as soon as possible.*

If you have questions about your medications, please ask your nurse, caregiver, or a pharmacist.

### NOTIFY YOUR DOCTOR FOR

Temperature of 100.4 degrees F or above
Pain unrelieved by medication
Persistent nausea/vomiting and/or inability to eat
Increase in fatigue, confusion or dizziness

Please note that additional information regarding your diagnoses can be found at your doctor's personal website or that of Kaiser Permanente (www.members.kaiserpermanente.org)

Electronically signed by VI, Nhi My (R.N.) at 12/20/2023 10:16 AM

**Version 1 of 2**

| | | |
|---|---|---|
| Author: Cheng, Yao-Wen (M.D.) | Service: — | Author Type: Physician |
| Filed: 12/20/2023 10:08 AM | Date of Service: 12/20/2023 10:08 AM | Creation Time: 12/20/2023 10:08 AM |
| Status: Written | Editor: Cheng, Yao-Wen (M.D.) (Physician) | |

### COLONOSCOPY DISCHARGE INSTRUCTIONS

**Your colonoscopy exam results and my recommendations:**

You had 1 polyp(s) removed.
The biopsy results may become available to you online as soon as they've been finalized by our pathologist, generally within a week. Please allow 3-5 additional days after the results become visible to you before messaging my office as I may need to review the results further. I will reach out to you after my review of the results with my impression and recommendations.
Your next colon screening test can be considered in 10 years.

**How to reach us:**

**For questions about your Post-Procedure Discharge Instructions, please call:**

Outpatient Procedure Center (OPPC) Nurse's Station: (408) 851-9716
Monday - Friday 8:30 a.m. – 4:30 p.m.

Medical Advice Line: (408) 554-9800

After Hours, Weekends & Holidays

**For questions about your results, please call:**

Santa Clara GI Department: (408) 851-2750
Monday – Friday 8:30 a.m. – 5:00 p.m.

**Post Procedure Instructions**

1. Call the medical center if you notice any of these symptoms: severe abdominal pain, significant bleeding or black stools, repeat vomiting, fevers, pain or redness at the site where the intravenous needle was placed. During the day, call the OPPC; after 5 PM, call the advice line. If bleeding or other symptoms are severe, then you should go directly to the Emergency Room.

2. If you had biopsies done or polyp(s) removed, do not take any Motrin or other anti-inflammatory medications for 10 days. It is okay to take Tylenol.

3. If you are taking aspirin on the advice of your primary care provider or cardiologist, please continue to do so.

4. If you are taking coumadin please follow-up with the anticoagulation clinic. If you are taking a DOAC anticoagulant, like pradaxa, xarelto, or eliquis, please follow up with the DOAC pharmacy services.

5. Resume previous medications unless changes are indicated. If you smoke, please stop. Smoking is harmful to your health.

**Please take all medications exactly as prescribed. These medicines are important to your health.**

If prescription refills are required, please call your primary care physician or pharmacy. Make it a habit to call in your medication refills a week in advance. Note: controlled substances (i.e. narcotics) cannot be refilled without a new order from your physician.

*If you are concerned that you may be having a drug reaction, such as a rash, nausea, vomiting or diarrhea, please contact your primary care physician as soon as possible.*

If you have questions about your medications, please ask your nurse, caregiver, or a pharmacist.

**NOTIFY YOUR DOCTOR FOR**

Temperature of 100.4 degrees F or above

Pain unrelieved by medication
Persistent nausea/vomiting and/or inability to eat
Increase in fatigue, confusion or dizziness

Please note that additional information regarding your diagnoses can be found at your doctor's personal website or that of Kaiser Permanente (www.members.kaiserpermanente.org)

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/20/2023 10:08 AM

## Labs

### Lab

**GLUCOSE [1615023461] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine Per Comments, Multiple Occurrences 12/20/23 0917 - 2 days
Class: Inpatient
Quantity: 1
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Order comments: Release order for serum glucose STAT if Finger Stick Blood Glucose (POCT) is less than 80 mg/dL and patient has signs and symptoms of hypoglycemia or if unable to determine (e.g. Patient sedated or confused at baseline).

**SURGICAL PATHOLOGY [1627500423] (Final result)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/20/23 1008** Status: **Completed**
Ordering user: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine 12/20/23 -
Class: Outpatient
Quantity: 1
Lab status: Final result
Diagnoses
SCREENING FOR COLORECTAL CANCER, AVERAGE RISK [Z12.11]
COLON POLYP [K63.5]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Questionnaire**

| Question | Answer |
|---|---|
| Source of specimen? | COLON POLYP |
| Number of Containers | 1 |

## 12/20/2023 - OP Visit in ACCREDITED AMBULATORY SURGERY (continued)

**Labs (continued)**

Collection date:_____________ Collection time:_____________

Order comments: Colonoscopy Findings/Specimens Bottle #: 1 Location: Ascending Colon Specimen Type: Polyp Total number of polyps: 1 Polyp Size (mm): less than 5 mm Tissue extracted by: Cold Forceps

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| SCHS23036888 | COLON POLYP | COLON POLYP | 12/20/23 1008 |

**SURGICAL PATHOLOGY [1627500423]** Resulted: 12/22/23 1538, Result status: Final result

Ordering provider: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Filed by: Pathology, Inbound 12/22/23 1539
Resulting lab: KFH SANTA CLARA - HOMESTEAD LABORATORY
Acknowledged by: Cheng, Yao-Wen (M.D.) on 12/27/23 1109

Order status: Completed
Collected by: 12/20/23 1008
Lab Technician: 5511891-YUNJIE LI

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PATHOLOGY REPORT | -- | — | — | SCH |

Result:
Provider: YAO-WEN CHENG M.D.
Collected: 12/20/2023 Case #: SCHS23-36888

Surgical Pathology Report

FINAL PATHOLOGIC DIAGNOSIS
ASCENDING COLON, POLYPECTOMY
-- SESSILE SERRATED POLYP

YUNJIE LI M.D.
** Report Electronically Signed by YL **

Microscopic Description
Sections show a sessile serrated polyp with no dysplasia or malignancy.

Clinical History
Colonoscopy Findings/Specimens
Bottle #: 1
Location: Ascending Colon
Specimen Type: Polyp
Total number of polyps: 1
Polyp Size (mm): less than 5 mm
Tissue extracted by: Cold Forceps

Number of Containers->1

Gross Description
One specimen is received in formalin labeled with the patient's name "Steven Weller", medical record number, and additionally labeled "ascending colon". Specimen consists of a single fragment of tan tissue measuring 0.4 x 0.3 x 0.2 cm. Submitted all in A1.

QA STATEMENT:
The histology staining quality (H&E and special stains/controls when applicable) is adequate for diagnostic interpretation.

jce/12/21/2023

Specimen(s) Received
A:COLON POLYP - ASCENDING

Patient Name: WELLER, STEVEN
Med. Rec #: 18429889 DOB/Age: (Age: 62) Sex: M
Facility: Santa Clara Homestead
Location: OUTPATIENT SURGERY

Santa Clara Homestead Pathology
700 Lawrence Expwy.
Room 204
Santa Clara, CA 95051
Grant Nybakken, M.D., PhD, Laboratory Director

| | | | | |
|---|---|---|---|---|
| Study recommendation | R | — | — | SCH |

View PDF (below)

**Recipients**

**Cheng, Yao-Wen (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 651025524 | Ordering Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **580 - SCH** | KFH SANTA CLARA - HOMESTEAD LABORATORY | G. Nybakken, M.D. | 700 Lawrence Expressway Santa Clara CA 95051 | 02/22/23 2320 - Present |

**SURGICAL PATHOLOGY [1627500423]** Resulted: 12/21/23 1059, Result status: In process

Ordering provider: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Filed by: Pathology, Inbound 12/21/23 1059
Resulting lab: NCAL PATH INTERFACE
Order status: Completed
Collected by: 12/20/23 1008

**Reviewed by**

Cheng, Yao-Wen (M.D.) on 12/27/23 1109

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **501 - Unknown** | NCAL PATH INTERFACE | Unknown | Unknown | 06/23/05 0812 - Present |

**Indications**

SCREENING FOR COLORECTAL CANCER, AVERAGE RISK [Z12.11 (ICD-10-CM)]
COLON POLYP [K63.5 (ICD-10-CM)]

**All Reviewers List**

**Labs (continued)**

Cheng, Yao-Wen (M.D.) on 12/27/2023 11:09

## Imaging

### Digital Photo

#### GI, COLONOSCOPY [1627500421] (Edited Result - FINAL)

Electronically signed by: **Epic, User on 12/20/23 0930** Status: **Completed**
Ordering user: Epic, User 12/20/23 0930
Ordering provider: Ho, Irene Oi Yin (M.D.)
Authorized by: Ho, Irene Oi Yin (M.D.)
Ordering mode: Standard
Frequency: Once 12/20/23 0930 - 1 occurrence
Quantity: 1
Lab status: Edited Result - FINAL
Instance released by: (auto-released) 12/20/2023 10:08 AM

**Provider Details**

| Provider | NPI |
|---|---|
| Ho, Irene Oi Yin (M.D.) | 1114004058 |

**GI, COLONOSCOPY [1627500421]** Resulted: 12/20/23 0930, Result status: Edited Result - FINAL

Ordering provider: Ho, Irene Oi Yin (M.D.) 12/20/23 0930
Order status: Completed
Filed by: Epic, User 12/30/23 1340
Accession number: 322336554884AA
Resulting lab: NCAL RADIOLOGY INTERFACE
Narrative:
Digital Photos

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **123 - Unknown** | NCAL RADIOLOGY INTERFACE | Unknown | Unknown | 02/13/04 0000 - Present |

**GI, COLONOSCOPY [1627500421]** Resulted: 12/20/23 0930, Result status: Final result

Ordering provider: Ho, Irene Oi Yin (M.D.) 12/20/23 0930
Order status: Completed
Filed by: Epic, User 12/20/23 1008
Accession number: 322336554884AA
Resulting lab: NCAL RADIOLOGY INTERFACE
Narrative:
Digital Photos

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **123 - Unknown** | NCAL RADIOLOGY INTERFACE | Unknown | Unknown | 02/13/04 0000 - Present |

## Procedures

### Procedures

#### Colonoscopy [1627008440] (Final result)

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/20/23 1008** Status: **Completed**
Ordering user: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine X1 12/20/23 1015 - 1 occurrence
Quantity: 1
Lab status: Final result
Instance released by: Cheng, Yao-Wen (M.D.) 12/20/2023 10:08

AM

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Questionnaire**

| Question | Answer |
|---|---|
| Professional Services | INPATIENT |

Order comments: This order was created via procedure documentation

**Colonoscopy [1627008440]** Resulted: 12/20/23 1008, Result status: Final result

Ordering provider: Cheng, Yao-Wen (M.D.) 12/20/23 1008 Order status: Completed
Filed by: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Narrative:
Cheng, Yao-Wen (M.D.) 12/20/2023 10:08 AM
Procedures

Colonoscopy Procedure Report

Indication: Follow up Polyp(s)

Endoscopist: YAO-WEN CHENG MD
Primary Care Provider: IRENE OI YIN HO MD
Impression:
1x < 10mm polyps removed via cold forcep

Recommendations:
- follow up pathology

Colon cancer screening recommendations:
Colonoscopy in 10 years

Procedure Details
The patient had continuous pulse oximetry and vital sign monitoring throughout the procedure. The patient was placed in the left lateral decubitus position and the listed medications given in incremental doses. The colonoscope was then inserted into the rectum and advanced under direct visualization to the extent identified. Careful examination of the mucosa was undertaken.

Sedation/Medications Administered
I have reviewed the electronic medication administration record for this procedure, and the documented medications are what I have ordered and were administered in my presence.
Fentanyl IV mcg: 100 MCG
Versed IV mg: 6 MG

Colonoscopy Data
Digital Rectal Exam: Normal
Quality of Prep: Excellent
Extent of procedure: Cecum

Retroflexed View Performed: Yes

**Procedures (continued)**

Colonoscopy Findings/Specimens
Bottle #: 1
Location: Ascending Colon
Specimen Type: Polyp
Total number of polyps: 1
Polyp Size (mm): less than 5 mm
Tissue extracted by: Cold Forceps

Drug reactions / Complications / Estimated Blood Loss:
Complications of Procedural Sedation: None
Complications of Invasive Procedure: None
Estimated Blood Loss: Less than 5 mL

Condition: Patient tolerated the procedure well and is discharge in stable condition.

Pending Disposition: Discharge home

Patient Information at Discharge: Please see patient discharge instructions for medications, diet, activity, provision for follow-up care.

**Procedures (continued)**

**COLONOSCOPY W BIOPSY [1627500422] (Active)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/20/23 1008** Status: **Active**
Ordering user: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Today 12/20/23 -
Class: Back Office
Quantity: 1
Diagnoses
SCREENING FOR COLORECTAL CANCER, AVERAGE RISK [Z12.11]
COLON POLYP [K63.5]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Indications**

SCREENING FOR COLORECTAL CANCER, AVERAGE RISK [Z12.11 (ICD-10-CM)]
COLON POLYP [K63.5 (ICD-10-CM)]

**Case 1569102 (COLONOSCOPY SCREENING)**

## Surgery Information

### General Information

Date: 12/20/2023
Location: SCH-OPPC-MOB-PRO
Patient class: Outpatient
Time: 0930
Room: OPR 09 -SCH
Case classification: Elective
Status: Posted
Service: Gastroenterology

### Diagnosis Information

| Diagnosis | ICD Code |
|---|---|
| **SCREENING COLONOSCOPY** | Z12.11 |

### Panel Information

**Panel 1**

| Surgeon | Role | Service | Start Time | End Time |
|---|---|---|---|---|
| **Cheng, Yao-Wen (M.D.)** | Primary | Gastroenterology | | |

**Procedure: COLONOSCOPY SCREENING**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| N/A | | | Procedural Sedation | | 26 |

### Surgeons

| Name | Panel | Role | Time Period |
|---|---|---|---|
| **Cheng, Yao-Wen (M.D.)** | Panel 1 | Primary | |

### Staff

| Name | Type | Time Period |
|---|---|---|
| **Piazza-Delap, Lisa Marie (M.A.)** | Surgical Tech | |
| **Shouppe, Clarence Carl (R.N.)** | Circulating Nurse | |

### Timeouts

**Shouppe, Clarence Carl (R.N.) at Wed Dec 20, 2023 0946 PST**

**Timeout Details**

Timeout type: Patient Verification

**Procedures**

Panel 1: COLONOSCOPY SCREENING with Cheng, Yao-Wen (M.D.)

**Timeout Questions**

Correct site? Yes
Correct side? N/A
Correct procedure? Yes
Antibiotics ordered and given? N/A
Consents verified? Yes
Relevant lab results available? N/A
Are there adequate fluids available to replenish high blood loss? N/A
Are all required blood products & devices for the procedure available? Yes
Is documentation verified? Yes

**Staff Present**

Surgeons
Cheng, Yao-Wen (M.D.)

Staff
Piazza-Delap, Lisa Marie (M.A.)
Shouppe, Clarence Carl (R.N.)

**Signing History**

| Staff | Performed | Signed |
|---|---|---|
| Shouppe, Clarence Carl (R.N.) | Wed Dec 20, 2023 0946 PST | Wed Dec 20, 2023 0946 PST |

**Shouppe, Clarence Carl (R.N.) at Wed Dec 20, 2023 0946 PST**

**Timeout Details**

Timeout type: Timeout

**Procedures**

Panel 1: COLONOSCOPY SCREENING with Cheng, Yao-Wen (M.D.)

**Timeout Questions**

Correct patient? Yes
Correct site? Yes
Correct side? N/A
Correct procedure? Yes
Antibiotics ordered and given? N/A

**Staff Present**

| Surgeons | Staff |
|---|---|
| Cheng, Yao-Wen (M.D.) | Piazza-Delap, Lisa Marie (M.A.)<br>Shouppe, Clarence Carl (R.N.) |

**Signing History**

| Staff | Performed | Signed |
|---|---|---|
| Shouppe, Clarence Carl (R.N.) | Wed Dec 20, 2023 0946 PST | Wed Dec 20, 2023 0946 PST |

## Clinical Documentation

### Case Tracking Events

| Event | Time In |
|---|---|
| **Patient in Facility** | 0843 |
| **Patient in Pre-op/Holding Area** | 0850 |
| **Preop RN Prep Begin** | 0917 |
| **Preop RN Prep Complete** | 0929 |
| **Patient Ready for Transport** | 0929 |
| **Patient in Room** | 0942 |
| **Sedation Nurse Start** | 0948 |
| **Procedure Start/Incision** | 0950 |
| **Procedure Finish/Close** | 1007 |
| **Sedation Nurse Finish** | 1009 |
| **Patient Out of Room** | 1012 |
| **Arrival in PACU** | 1016 |
| **Ready for Discharge from PACU** | 1043 |
| **Discharge from PACU** | 1100 |

### Event Tracking

**Panel 1**

**Procedure : COLONOSCOPY SCREENING**

| Event | Time In | Time Out | Time Elapsed |
|---|---|---|---|

**Case 1569102 (COLONOSCOPY SCREENING) (continued)**

| | |
|---|---|
| **Procedure Start** | 0942 |
| **Procedure End** | 1012 |

**Patient Preparation**

None

**Case Request Questionnaire**

Scheduling
What date is the patient first available for surgery?: 11/28/23
Patient complexity: No POM appt. required
Intended post-op disposition: Discharge

Clinical

CLNS

Referral Questions

1

Does the patient have a history of colorectal cancer or colon polyps?

Yes

2

If patient on Anticoagulation/Antiplatelet therapy, which medication(s)? Does not include aspirin.

None of these medications

3

If patient < 65 years old, does he/she have any of the following comorbidities: CHF, DM w/gastroparesis, Renal Insufficiency, Cirrhosis, IBD flare, Chronic Constipation?

No, the patient is less than 65 years old without comorbidities

4

Patient History/Comments (Include date of polyp removal, CRC diagnosis; location of Polyp/CRC; date of last colon exam and any other pertinent info)

CRC screening 5/2018 at Sutter. 1x Tubular adenoma. Recommended interval to next surveillance/screening colonoscopy: 5 years

5

Other medical conditions - check all that apply:

None

6

Medications/other relevant medical conditions:

Osteoporosis; alendronate, pregabalin, meloxicam

7

Does this patient use peritoneal dialysis?

No

8

Special Procedural Considerations

No Answer

Scheduling Status Questionnaire

1 Date/Time of contact: 11/28/2023 9:44 AM
Results of contact: Spoke to patient
Comment: pt scheduled on 12/20 dr cheng @ 9:30 sm gav instructions-eg

**Case 1569102 (COLONOSCOPY SCREENING) (continued)**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

What is the status of this case?: Complete

**Notes**

**Unknown**

**H&P by Cheng, Yao-Wen (M.D.) at 12/20/2023 0919**

Version 1 of 1

| | | |
|---|---|---|
| Author: Cheng, Yao-Wen (M.D.) | Service: — | Author Type: Physician |
| Filed: 12/20/2023 9:19 AM | Date of Service: 12/20/2023 9:19 AM | Creation Time: 12/20/2023 9:19 AM |
| Status: Signed | Editor: Cheng, Yao-Wen (M.D.) (Physician) | |

**Colonoscopy Pre-procedural History and Physical**

HPI: Steven Weller is a 62 Y male.
Surveillance colonoscopy
No fam hx crc

PCP: IRENE OI YIN HO MD

Past Medical History:
Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS
SCREENING COLONOSCOPY

Past Surgical History:
No past surgical history on file.

Allergies:
No Known Allergies

Current Medications:
No outpatient medications have been marked as taking for the 12/20/23 encounter (Hospital Encounter).

Social History:

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |

**E-Cigarettes/Vaping**

| Questions | Responses |
|---|---|

| | |
|---|---|
| E-Cigarette/Vaping Use | Never User |

**E-Cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |

Family History:
No family history on file.

Physical Examination:
There were no vitals taken for this visit.

**MD ASSESSMENT**
PRE SEDATION CHECKLIST MD
Mallampati Airway Assessment: VISUALIZATION OF THE SOFT PALATE, FAUCES, AND UVULA
Heart Exam: REG RATE
Lung Exam: CLEAR BILATERALLY
ASA Score: CLASS II-PATIENT WITH MILD SYSTEMIC DISEASE
Intended level of sedation: Level II Moderate Sedation
Pertinent Labs Reviewed: YES
Procedure and Recovery Code Status reviewed with patient and/or responsible party: FULL CODE FOR PROCEDURE AND RECOVERY
Consent for Procedure: YES

Plan:

**Pre-Procedure and Pre-Sedation Assessment:**
I have examined the patient, and re-evaluated the patient immediately pre-procedure and pre-induction and confirm that there are no significant changes since the examination documented above.

I find that the patient is still an appropriate candidate for the planned anesthetic/sedation and procedure. I have confirmed that the indications for the procedure still exist.

**Informed Consent:**
I have reviewed with the patient the risks, benefits and alternatives to colonoscopy. Risks, including, but not limited to, cardiopulmonary event, bleeding, infection, pneumonia, and perforation reviewed. Missed pathology also discussed. Need for emergent surgery in the setting of perforation discussed. Benefits of procedure reviewed. Alternative of not having the procedure performed also discussed. Patient wishes to proceed with colonoscopy. All questions have been answered. Consent has been signed. Will proceed with procedure as indicated above.

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/20/2023 9:19 AM

**IP Nursing by Shouppe, Clarence Carl (R.N.) at 12/20/2023 0927**

**Version 1 of 1**

Author: Shouppe, Clarence Carl (R.N.) Service: — Author Type: REGISTERED NURSE
Filed: 12/20/2023 9:27 AM Date of Service: 12/20/2023 9:27 AM Creation Time: 12/20/2023 9:27 AM
Status: Signed Editor: Shouppe, Clarence Carl (R.N.) (REGISTERED NURSE)

**Pre-procedure Plan of Care Note**

- Patient to be assessed and pre-procedure checks to be completed
  - Vital signs, pain, and criteria of post sedation recovery scoring system
- Respiratory and oxygenation status will be continuously assessed and maintained
- Patient to be prepped appropriately for procedure
  - Learning needs assessed
  - Anxiety is effectively controlled
  - Participates in decisions affecting his/her procedural plan of care as appropriate for age/developmental status.
  - Allow patient/family to verbalize fears/concerns
- Acute pain, Risk based upon age/developmental status:
  - Stress the need to notify staff at the onset of pain
  - Discuss importance of pain relief/management
  - Discuss pain assessment process, i.e. character, frequency, duration, location, exacerbating factors, relieving factors, scale 0-10
  - Demonstrates and/or reports adequate pain control throughout the procedural period.
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Impaired Skin Integrity, Risk:
  - Wound/tissue perfusion consistent with or improved from baseline level
- Fall, Risk:
  - Remains free from falls throughout procedural process
- Knowledge Deficit based upon age/developmental status:
  - Demonstrates knowledge of the expected responses to the invasive procedure.
  - Patient/ family verbalizes procedure related instructions.
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

**Intra-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
  - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
  - Patient's skin integrity to be maintained and protected by positioning and padding as appropriate
  - Implement local Procedural Sedation by Departments other than Anesthesiology Policy
  - Maintain oxygenation during sedation
  - Pain is managed at patient’s stated acceptable level as appropriate for age/developmental status
- Cardiac compromise, Risk:
  - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:

- Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Airway clearance, Ineffective:
    - Respiratory function is consistent with or improved from baseline level
- Infection, Risk:
    - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Hemorrhage, Potential:
    - Bleeding/hemostasis assessed, maintained and treated as necessary
- Fall, Risk:
    - Remains free from falls throughout procedural process
- Patient Goal Outcome Evaluation
    - All goals were met unless otherwise indicated

**Post-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
    - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
    - Implement local Procedural Sedation by Departments other that Anesthesiology Policy
    - Pain is managed at patient's stated acceptable level as appropriate for age/developmental status.
- Impaired Skin Integrity, Risk:
    - Wound/tissue perfusion consistent with or improved from baseline level
- Cardiac compromise, Risk:
    - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:
    - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Hemorrhage, Potential:
    - Bleeding/hemostasis assessed, maintained and treated as necessary.
    - Patient/family verbalizes knowledge of treatment for post discharge bleeding as applicalbe
    - Absence of active bleeding on discharge
- Infection, Risk:
    - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Risk for post-procedure falls:
    - Assist position change from flat to vertical, then dangle on side of the bed
    - Assist with ambulation consistent with age, procedure and pre-procedure baseline
- Knowledge Deficit, Related to Discharge Instructions:
    - Patient/family demonstrates knowledge of the expected responses to the invasive procedure.
    - Discuss discharge instructions with patient/family regarding medications, diet, activity, wound care, and follow-up care
    - Patient/ family verbalizes discharge instructions.
    - Give patient/family discharge instructions
- Patient Goal Outcome Evaluation
    - All goals were met unless otherwise indicated

Electronically signed by Shouppe, Clarence Carl (R.N.) at 12/20/2023 9:27 AM

Version 1 of 1

Author: Shouppe, Clarence Carl (R.N.) Service: — Author Type: REGISTERED NURSE
Filed: 12/20/2023 9:28 AM Date of Service: 12/20/2023 9:27 AM Creation Time: 12/20/2023 9:27 AM
Status: Signed Editor: Shouppe, Clarence Carl (R.N.) (REGISTERED NURSE)

**Advance Directive on File: No**

**Pre-procedure Plan of Care Note**

- Patient to be assessed and pre-procedure checks to be completed
    - Vital signs, pain, and criteria of post sedation recovery scoring system
- Respiratory and oxygenation status will be continuously assessed and maintained
- Patient to be prepped appropriately for procedure
    - Learning needs assessed
    - Anxiety is effectively controlled
    - Participates in decisions affecting his/her procedural plan of care as appropriate for age/developmental status.
    - Allow patient/family to verbalize fears/concerns
- Acute pain, Risk based upon age/developmental status:
    - Stress the need to notify staff at the onset of pain
    - Discuss importance of pain relief/management
    - Discuss pain assessment process, i.e. character, frequency, duration, location, exacerbating factors, relieving factors, scale 0-10
    - Demonstrates and/or reports adequate pain control throughout the procedural period.
- Infection, Risk:
    - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Impaired Skin Integrity, Risk:
    - Wound/tissue perfusion consistent with or improved from baseline level
- Fall, Risk:
    - Remains free from falls throughout procedural process
- Knowledge Deficit based upon age/developmental status:
    - Demonstrates knowledge of the expected responses to the invasive procedure.
    - Patient/ family verbalizes procedure related instructions.
- Patient Goal Outcome Evaluation
    - All goals were met unless otherwise indicated

**Intra-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
    - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
    - Patient's skin integrity to be maintained and protected by positioning and padding as appropriate
    - Implement local Procedural Sedation by Departments other than Anesthesiology Policy
    - Maintain oxygenation during sedation
    - Pain is managed at patient’s stated acceptable level as appropriate for age/developmental status
- Cardiac compromise, Risk:
    - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:

  - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Airway clearance, Ineffective:
  - Respiratory function is consistent with or improved from baseline level
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Hemorrhage, Potential:
  - Bleeding/hemostasis assessed, maintained and treated as necessary
- Fall, Risk:
  - Remains free from falls throughout procedural process
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

**Post-procedure Plan of Care Note**

- Altered physiologic status, Related to sedation and procedure:
  - Continuously monitor oxygenation, ventilation, circulation, consciousness, and pain levels
  - Implement local Procedural Sedation by Departments other that Anesthesiology Policy
  - Pain is managed at patient's stated acceptable level as appropriate for age/developmental status.
- Impaired Skin Integrity, Risk:
  - Wound/tissue perfusion consistent with or improved from baseline level
- Cardiac compromise, Risk:
  - Cardiovascular status is consistent with or improved from baseline level
- Fluid Volume Deficit, Risk:
  - Fluid, electrolyte, and acid-base balances are consistent with or improved from baseline level
- Hemorrhage, Potential:
  - Bleeding/hemostasis assessed, maintained and treated as necessary.
  - Patient/family verbalizes knowledge of treatment for post discharge bleeding as applicalbe
  - Absence of active bleeding on discharge
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained as appropriate
- Risk for post-procedure falls:
  - Assist position change from flat to vertical, then dangle on side of the bed
  - Assist with ambulation consistent with age, procedure and pre-procedure baseline
- Knowledge Deficit, Related to Discharge Instructions:
  - Patient/family demonstrates knowledge of the expected responses to the invasive procedure.
  - Discuss discharge instructions with patient/family regarding medications, diet, activity, wound care, and follow-up care
  - Patient/ family verbalizes discharge instructions.
  - Give patient/family discharge instructions
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

Electronically signed by Shouppe, Clarence Carl (R.N.) at 12/20/2023 9:28 AM

**Procedures by Cheng, Yao-Wen (M.D.) at 12/20/2023 1008**

Version 1 of 1

Author: Cheng, Yao-Wen (M.D.) Service: — Author Type: Physician
Filed: 12/20/2023 10:08 AM Date of Service: 12/20/2023 10:08 AM Creation Time: 12/20/2023 10:08 AM
Status: Signed Editor: Cheng, Yao-Wen (M.D.) (Physician)

Procedure Orders
1. Colonoscopy [1627008440] ordered by Cheng, Yao-Wen (M.D.)

Procedures

## Colonoscopy Procedure Report

**Indication:** Follow up Polyp(s)

**Endoscopist:** YAO-WEN CHENG MD
**Primary Care Provider:** IRENE OI YIN HO MD

**Impression:**
1x < 10mm polyps removed via cold forcep

**Recommendations:**
- follow up pathology

**Colon cancer screening recommendations:**
Colonoscopy in 10 years

**Procedure Details**
The patient had continuous pulse oximetry and vital sign monitoring throughout the procedure. The patient was placed in the left lateral decubitus position and the listed medications given in incremental doses. The colonoscope was then inserted into the rectum and advanced under direct visualization to the extent identified. Careful examination of the mucosa was undertaken.

**Sedation/Medications Administered**
I have reviewed the electronic medication administration record for this procedure, and the documented medications are what I have ordered and were administered in my presence.
Fentanyl IV mcg: 100 MCG
Versed IV mg: 6 MG

**Colonoscopy Data**
Digital Rectal Exam: Normal
Quality of Prep: Excellent
Extent of procedure: Cecum

Retroflexed View Performed: Yes

**Colonoscopy Findings/Specimens**
Bottle #: 1
Location: Ascending Colon
Specimen Type: Polyp
Total number of polyps: 1
Polyp Size (mm): less than 5 mm
Tissue extracted by: Cold Forceps

**Drug reactions / Complications / Estimated Blood Loss:**
Complications of Procedural Sedation: None
Complications of Invasive Procedure: None

Estimated Blood Loss: Less than 5 mL

**Condition:** Patient tolerated the procedure well and is discharge in stable condition.

**Pending Disposition**: Discharge home

**Patient Information at Discharge:** Please see patient discharge instructions for medications, diet, activity, provision for follow-up care.

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/20/2023 10:08 AM

**SmartForms**

**Case Request Questionnaire** as of visit

Scheduling

What date is the patient first available for surgery?: 11/28/23[value as of 1/22/2024]

Patient complexity: No POM appt. required[value as of 1/22/2024]

Intended post-op disposition: Discharge[value as of 1/22/2024]

Clinical

CLNS

Referral Questions

1

Does the patient have a history of colorectal cancer or colon polyps?

Yes

2

If patient on Anticoagulation/Antiplatelet therapy, which medication(s)? Does not include aspirin.

None of these medications

3

If patient < 65 years old, does he/she have any of the following comorbidities: CHF, DM w/gastroparesis, Renal Insufficiency, Cirrhosis, IBD flare, Chronic Constipation?

No, the patient is less than 65 years old without comorbidities

4

Patient History/Comments (Include date of polyp removal, CRC diagnosis; location of Polyp/CRC; date of last colon exam and any other pertinent info)

CRC screening 5/2018 at Sutter. 1x Tubular adenoma. Recommended interval to next surveillance/screening colonoscopy: 5 years

5

Other medical conditions - check all that apply:

None

6

Medications/other relevant medical conditions:

Osteoporosis; alendronate, pregabalin, meloxicam

7

Does this patient use peritoneal dialysis?

No

**Case 1569102 (COLONOSCOPY SCREENING) (continued)**

8

Special Procedural Considerations

No Answer[value as of 1/22/2024]

Scheduling Status Questionnaire

1 Date/Time of contact: 11/28/2023 9:44 AM
Results of contact: Spoke to patient
Comment: pt scheduled on 12/20 dr cheng @ 9:30 sm gav instructions-eg

2

3

4

5

6

7

8

9

10

11

12

13

14

15

What is the status of this case?: Complete

## 12/20/2023 - OP Visit in ACCREDITED AMBULATORY SURGERY (continued)

### Medication Administrations

#### D50W Inj Syg 25 g [1615023462]

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 50 mL (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - MULTIPLE DOSES
Ordered Rate/Order Duration: — / —
Admin Instructions: Administer 50 mL (25 g) if Finger Stick Blood Glucose (POCT) is less than 80 mg/dL and patient has signs and symptoms of hypoglycemia or if unable to determine (e.g. Patient sedated or confused at baseline).
May repeat x 1 dose as per physician instructions.
RN please discontinue this order at the end/completion of the procedure.

(No admins scheduled or recorded for this medication in the specified date/time range)

#### diphenhydrAMINE Inj 25 mg (BENADRYL) [1627008422]

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 25 mg (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - MULTIPLE DOSES
Ordered Rate/Order Duration: — / —
Admin Instructions: RN to have 50 mg available for use during procedure. To be administered only during procedural sedation. RN to administer medications per the physician's verbal instruction during procedural sedation.

(No admins scheduled or recorded for this medication in the specified date/time range)

#### fentaNYL (PF) 50 mcg/mL Inj (PYXIS OVERRIDE) [1627008436]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0943
Starts/Ends: 12/20/23 0943 - 12/21/23 0555
Ordered Dose (Remaining/Total): — (1/1)
Route: —
Frequency: —
Ordered Rate/Order Duration: — / —
Admin Instructions: Shouppe, Clarence: cabinet override
Note to pharmacy: Shouppe, Clarence: cabinet override

(No admins scheduled or recorded for this medication in the specified date/time range)

#### fentaNYL (PF) Inj 25 mcg (SUBLIMAZE) [1627008425]

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 25 mcg (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - MULTIPLE DOSES
Ordered Rate/Order Duration: — / —
Admin Instructions: Bring 200 mcg of Fentanyl to bedside. Administer only during procedural sedation per physician verbal instructions. Record each dose. Then document total dose administered in the MAR.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 22 G Right Antecubital | 12/20/23 0948 by Shouppe, Clarence Carl (R.N.) | — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/20/23 0948 Documented: 12/20/23 0953 | Procedural Sedation | 100 mcg | intraVENOUS Port | Performed by: Shouppe, Clarence Carl (R.N.) Comments: see chart for other doses |

**Medication Administrations (continued)**

**Flumazenil Inj 0.1 mg (ROMAZICON) [1627008427]**

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 0.1 mg (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - MULTIPLE DOSES
Ordered Rate/Order Duration: — / —
Admin Instructions: To be administered only during procedural sedation. RN to administer medications per the physician's verbal instructions during procedural sedation.

(No admins scheduled or recorded for this medication in the specified date/time range)

**Lidocaine Viscous 2 % Soln 15 mL [1627008423]**

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 15 mL (1/1)
Route: Oral
Frequency: PROCEDURAL SEDATION - ONE TIME
Ordered Rate/Order Duration: — / —
Admin Instructions: To be administered only during procedure. RN to have oral solution available to be administered by GI RN or LVN on Physician's verbal instructions and supervision. To be discontinued at completion of procedure.

(No admins scheduled or recorded for this medication in the specified date/time range)

**Midazolam 1 mg/mL Inj (PYXIS OVERRIDE) [1627008437]**

Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0943
Starts/Ends: 12/20/23 0943 - 12/21/23 0555
Ordered Dose (Remaining/Total): — (1/1)
Route: —
Frequency: —
Ordered Rate/Order Duration: — / —
Admin Instructions: Shouppe, Clarence: cabinet override
Note to pharmacy: Shouppe, Clarence: cabinet override

(No admins scheduled or recorded for this medication in the specified date/time range)

**Midazolam 1 mg/mL Inj (PYXIS OVERRIDE) [1627008438]**

Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0956
Starts/Ends: 12/20/23 0956 - 12/21/23 0555
Ordered Dose (Remaining/Total): — (1/1)
Route: —
Frequency: —
Ordered Rate/Order Duration: — / —
Admin Instructions: Shouppe, Clarence: cabinet override
Note to pharmacy: Shouppe, Clarence: cabinet override

(No admins scheduled or recorded for this medication in the specified date/time range)

**Midazolam Inj 2 mg (VERSED) [1627008424]**

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 2 mg (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - MULTIPLE DOSES
Ordered Rate/Order Duration: — / —
Admin Instructions: Bring 6 mg of Versed to bedside. Administer only during procedural sedation per physician verbal instructions. Record each dose. Then document total dose administered in the MAR.

**Medication Administrations (continued)**

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 22 G Right Antecubital | 12/20/23 0948 by Shouppe, Clarence Carl (R.N.) | — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/20/23 0948 Documented: 12/20/23 0957 | Procedural Sedation | 6 mg | intraVENOUS Port | Performed by: Shouppe, Clarence Carl (R.N.) Comments: see chart for other doses |

**Naloxone Inj 0.4 mg (NARCAN) [1627008426]**

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 0.4 mg (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - MULTIPLE DOSES
Ordered Rate/Order Duration: — / —
Admin Instructions: To be administered only during procedural sedation. RN to administer medications per the physician's verbal instructions during procedural sedation.

(No admins scheduled or recorded for this medication in the specified date/time range)

**Ondansetron (PF) Inj 4 mg (ZOFRAN) [1627008421]**

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0917 - 12/21/23 0555
Ordered Dose (Remaining/Total): 4 mg (1/1)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - ONE TIME
Ordered Rate/Order Duration: — / —
Admin Instructions: Pre-procedure antiemetic.

(No admins scheduled or recorded for this medication in the specified date/time range)

**Sodium Chloride 0.9% IV Premix [1615023458]**

Ordering Provider: Cheng, Yao-Wen (M.D.)
Status: Discontinued (Past End Date/Time), Reason: Patient Discharged
Ordered On: 12/20/23 0917
Starts/Ends: 12/20/23 0930 - 12/21/23 0555
Ordered Dose (Remaining/Total): 30 mL/hr (—/—)
Route: intraVENOUS
Frequency: PROCEDURAL SEDATION - CONTINUOUS
Ordered Rate/Order Duration: 30 mL/hr / —
Admin Instructions: To be administered during procedural sedation. RN may titrate (IV) rate as per physician verbal Instructions.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 22 G Right Antecubital | 12/20/23 0948 by Shouppe, Clarence Carl (R.N.) | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 12/20/23 0948 Documented: 12/20/23 0954 | New Bag | 30 mL/hr 30 mL/hr | intraVENOUS | Performed by: Shouppe, Clarence Carl (R.N.) |

**Other Orders**

**ADT Discharge**

**Other Orders (continued)**

**DISCHARGE FROM PACU OR PROCEDURE RECOVERY AREA [1627500425] (Completed)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/20/23 1008** Status: **Completed**
Ordering user: Cheng, Yao-Wen (M.D.) 12/20/23 1008
Authorized by: Cheng, Yao-Wen (M.D.)
Frequency: Routine X1 One time 12/20/23 1015 - 1 occurrence
Quantity: 1
Ordering provider: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Class: Inpatient
Instance released by: Cheng, Yao-Wen (M.D.) (auto-released) 12/20/2023 10:08 AM

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Questionnaire**

| Question | Answer |
|---|---|
| Discharge Disposition | Home |

Order comments: Discharge when the PASS score is 13, or the patient has returned to within one (1) point of baseline for the first five (5) categories and has achieved baseline or improved PASS score for Readiness for Discharge.

**Code Status**

**CODE STATUS, FULL CODE [1627008429] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Authorized by: Cheng, Yao-Wen (M.D.)
Frequency: Routine Continuous 12/20/23 0930 - Until Specified
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Ordering provider: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Class: Normal
Code status: Full Code
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Diet**

**DIET, NPO [1627008434] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Authorized by: Cheng, Yao-Wen (M.D.)
Frequency: Routine Now 12/20/23 0930 - 1 occurrence
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Ordering provider: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Class: Inpatient
Diet: Diet Order
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Questionnaire**

| Question | Answer |
|---|---|
| Hold oral meds in addition to diet | No |
| Diet type? | NPO |

**Medications**

**Sodium Chloride 0.9% IV Premix [1615023458] (Discontinued)**

**Other Orders (continued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine Procedural sedation - continuous 12/20/23 0930 - 1 day
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: To be administered during procedural sedation.
RN may titrate (IV) rate as per physician verbal Instructions.
Package: 0264-7800-00

**D50W Inj Syg 25 g [1615023462] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.
Frequency: Routine Procedural sedation - multiple doses 12/20/23 0917 - 12/21/23 0555
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: Administer 50 mL (25 g) if Finger Stick Blood Glucose (POCT) is less than 80 mg/dL and patient has signs and symptoms of hypoglycemia or if unable to determine (e.g. Patient sedated or confused at baseline).
May repeat x 1 dose as per physician instructions.
RN please discontinue this order at the end/completion of the procedure.
Package: 0409-7517-16

**Ondansetron (PF) Inj 4 mg (ZOFRAN) [1627008421] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.
Frequency: Routine Procedural sedation - one time 12/20/23 0917 - 1 occurrence
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: Pre-procedure antiemetic.
Package: 60505-6130-5

**diphenhydrAMINE Inj 25 mg (BENADRYL) [1627008422] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard

**Other Orders (continued)**

PRN reasons: see admin inst.
Frequency: Routine Procedural sedation - multiple doses 12/20/23 0917 - 12/21/23 0555
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: RN to have 50 mg available for use during procedure. To be administered only during procedural sedation. RN to administer medications per the physician's verbal instruction during procedural sedation.
Package: 0641-0376-25

**Lidocaine Viscous 2 % Soln 15 mL [1627008423] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336**
Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.
Frequency: Routine Procedural sedation - one time 12/20/23 0917 - 1 occurrence
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: To be administered only during procedure. RN to have oral solution available to be administered by GI RN or LVN on Physician's verbal instructions and supervision. To be discontinued at completion of procedure.
Package: 50383-775-17

**Midazolam Inj 2 mg (VERSED) [1627008424] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336**
Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.
Frequency: Routine Procedural sedation - multiple doses 12/20/23 0917 - 1 day
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: Bring 6 mg of Versed to bedside. Administer only during procedural sedation per physician verbal instructions. Record each dose. Then document total dose administered in the MAR.
Package: 0641-6057-25

**fentaNYL (PF) Inj 25 mcg (SUBLIMAZE) [1627008425] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336**
Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.

Frequency: Routine Procedural sedation - multiple doses 12/20/23 0917 - 1 day
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: Bring 200 mcg of Fentanyl to bedside. Administer only during procedural sedation per physician verbal instructions. Record each dose. Then document total dose administered in the MAR.
Package: 0409-9094-22

**Naloxone Inj 0.4 mg (NARCAN) [1627008426] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336**
Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.
Frequency: Routine Procedural sedation - multiple doses 12/20/23 0917 - 1 day
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: To be administered only during procedural sedation. RN to administer medications per the physician's verbal instructions during procedural sedation.
Package: 0641-6132-25

**Flumazenil Inj 0.1 mg (ROMAZICON) [1627008427] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336**
Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
PRN reasons: see admin inst.
PRN Comment:
Frequency: Routine Procedural sedation - multiple doses 12/20/23 0917 - 1 day
Class: Normal
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Admin instructions: To be administered only during procedural sedation. RN to administer medications per the physician's verbal instructions during procedural sedation.
Package: 63323-424-05

**fentaNYL (PF) 50 mcg/mL Inj (PYXIS OVERRIDE) [1627008436] (Discontinued)**

Electronically signed by: **Ncal-Interface, Dispenses on 12/20/23 0943**
Status: **Discontinued**
Ordering user: Ncal-Interface, Dispenses 12/20/23 0943
Ordering mode: Standard
Frequency: 12/20/23 0943 - 1 occurrence
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]
Admin instructions: Shouppe, Clarence: cabinet override

**Other Orders (continued)**

Medication comments: Shouppe, Clarence: cabinet override
Package: 0409-9094-22

**Midazolam 1 mg/mL Inj (PYXIS OVERRIDE) [1627008437] (Discontinued)**

Electronically signed by: **Ncal-Interface, Dispenses on 12/20/23 0943** Status: **Discontinued**
Ordering user: Ncal-Interface, Dispenses 12/20/23 0943
Ordering mode: Standard
Frequency: 12/20/23 0943 - 1 occurrence
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]

Admin instructions: Shouppe, Clarence: cabinet override
Medication comments: Shouppe, Clarence: cabinet override
Package: 0641-6057-25

**Midazolam 1 mg/mL Inj (PYXIS OVERRIDE) [1627008438] (Discontinued)**

Electronically signed by: **Ncal-Interface, Dispenses on 12/20/23 0956** Status: **Discontinued**
Ordering user: Ncal-Interface, Dispenses 12/20/23 0956
Ordering mode: Standard
Frequency: 12/20/23 0956 - 1 occurrence
Discontinued by: Patient, Discharged 12/21/23 0555 [Patient Discharged]

Admin instructions: Shouppe, Clarence: cabinet override
Medication comments: Shouppe, Clarence: cabinet override
Package: 0641-6057-25

**Nursing**

**PERFORM INTRAVENOUS LINE CARE [1627008430] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine X1 One time 12/20/23 0930 - 1 occurrence
Class: Inpatient
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Questionnaire**

| Question | Answer |
|---|---|
| . | PLACE PERIPHERAL IV |

Order comments: Establish IV Access if not already present

**MEASURE VITAL SIGNS [1627008431] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine X1 One time 12/20/23 0930 - 1 occurrence
Class: Inpatient
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Order comments: Obtain baseline vitals prior to procedure; Oxygenation, ventilation and circulation will be continuously monitored and documented as appropriate for the procedure but at a minimum of every 5 minutes during sedation. The following will be documented when an unanticipated change is noted (includes, but is not limited to): Unanticipated increase in pain level, Unanticipated change in level of consciousness, Change in baseline cardiac rhythm, Change in oxygen administration requirements.

**Other Orders (continued)**

**MEASURE END TIDAL CO2 CONCENTRATION [1627008432] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine X1 One time 12/20/23 0930 - 1 occurrence
Class: Inpatient
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Order comments: Continuously monitored and documented as appropriate for the procedure but at a minimum of every 5 minutes during sedation.

**ADMINISTER O2 THERAPY [1627008433] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine X1 One time 12/20/23 0930 - 1 occurrence
Class: Inpatient
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

**Questionnaire**

| Question | Answer |
|---|---|
| Nasal Cannula (Lpm) | 2 |

**DISCONTINUE ORDERS [1627008435] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine X1 One time 12/20/23 0930 - 1 occurrence
Class: Inpatient
Quantity: 1
Instance released by: Shouppe, Clarence Carl (R.N.) (auto-released) 12/20/2023 9:17 AM
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Order comments: Upon completion of ordered care for the designated procedure, RN please discontinue this order, and all the orders from this order set.

**POCT**

**GLUCOSE, BLOOD, POCT, W/FREQ [1615023460] (Discontinued)**

Electronically signed by: **Cheng, Yao-Wen (M.D.) on 12/19/23 1336** Status: **Discontinued**
Ordering user: Cheng, Yao-Wen (M.D.) 12/19/23 1336
Ordering provider: Cheng, Yao-Wen (M.D.)
Authorized by: Cheng, Yao-Wen (M.D.)
Ordering mode: Standard
Frequency: Routine PER COMMENT, MULTIPLE OCCURRENCES 12/20/23 0917 - Until Specified
Class: Inpatient
Quantity: 1
Released by: Shouppe, Clarence Carl (R.N.) 12/20/23 0917
Discontinued by: Patient, Discharged 12/21/23 1355 [Patient Discharged]

## 12/20/2023 - OP Visit in ACCREDITED AMBULATORY SURGERY (continued)

### Other Orders (continued)

Acknowledged: Shouppe, Clarence Carl (R.N.) 12/20/23 0918 for Placing Order

**Provider Details**

| Provider | NPI |
|---|---|
| Cheng, Yao-Wen (M.D.) | 1508246968 |

Order comments: If patient is diabetic, check fingerstick blood glucose prior to procedure. Contact physician if blood sugar is less than 80 mg/dL.

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

Discharge Instructions (AVS) (below)

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 Date of birth:
12/20/2023 SCH-MAIN CAMPUS 408-851-1000

## Instructions

No changes were made to your medications.

## Appointments

JAN 4 2024 — Office Visit with BRIAN POEU LEE MD
Thursday Jan 4, 2024 10:30 AM
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

NEUROLOGY
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-4435

JAN 19 2024 — PT Office Visit with ANGELA MARIE MENDOZA PT
Friday Jan 19, 2024 9:00 AM
Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

REHABILITATION SVCS
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-554-9810

**After Visit Summary (continued)**

## Medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| Alendronate 70 mg Tab<br>Commonly known as: FOSAMAX<br>Take 1 tablet by mouth every 7 days | | | | | |

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Instructions

**COLONOSCOPY DISCHARGE INSTRUCTIONS**

**Your colonoscopy exam results and my recommendations:**

You had 1 polyp(s) removed.
The biopsy results may become available to you online as soon as they've been finalized by our pathologist, generally within a week. Please allow 3-5 additional days after the results become visible to you before messaging my office as I may need to review the results further. I will reach out to you after my review of the results with my impression and recommendations.
Your next colon screening test can be considered in 10 years

**How to reach us:**

**For questions about your Post-Procedure Discharge Instructions, please call:**

Outpatient Procedure Center (OPPC) Nurse's Station: (408) 851-9716
Monday - Friday 8:30 a.m. – 4:30 p.m.

Medical Advice Line: (408) 554-9800
After Hours, Weekends & Holidays

**For questions about your results, please call:**

Santa Clara GI Department: (408) 851-2750
Monday – Friday 8:30 a.m. – 5:00 p.m.

**Post Procedure Instructions**

1. Call the medical center if you notice any of these symptoms: severe abdominal pain, significant bleeding or black stools, repeat vomiting, fevers, pain or redness at the site where the intravenous needle was placed. During the day, call the OPPC after 5 PM, call the advice line. If bleeding or other symptoms are severe, then you should go directly to the Emergency Room.

2. If you had biopsies done or polyp(s) removed, do not take any Motrin or other anti-inflammatory medications for 10 days. It is okay to take Tylenol.

3. If you are taking aspirin on the advice of your primary care provider or cardiologist, please continue to do so.

4. If you are taking coumadin please follow-up with the anticoagulation clinic. If you are taking a DOAC anticoagulant, like pradaxa, xarelto, or eliquis, please follow up with the DOAC pharmacy services.

5. Resume previous medications unless changes are indicated. If you smoke, please stop. Smoking is harmful to your health.

**After Visit Summary (continued)**

Instructions (continued)

**Please take all medications exactly as prescribed. These medicines are important to your health.**

If prescription refills are required, please call your primary care physician or pharmacy. Make it a habit to call in your medication refills a week in advance. Note: controlled substances (i.e. narcotics) cannot be refilled without a new order from your physician.

*If you are concerned that you may be having a drug reaction, such as a rash, nausea, vomiting or diarrhea, please contact your primary care physician as soon as possible.*

If you have questions about your medications, please ask your nurse, caregiver, or a pharmacist.

**NOTIFY YOUR DOCTOR FOR**

Temperature of 100.4 degrees F or above
Pain unrelieved by medication
Persistent nausea/vomiting and/or inability to eat
Increase in fatigue, confusion or dizziness

Please note that additional information regarding your diagnoses can be found at your doctor's personal website or that of Kaiser Permanente (www.members.kaiserpermanente.org)


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## Attached Information

COLON POLYPS PI NATL

**Patient Education**

### Your Kaiser Permanente Care Instructions

### Colon Polyps: Care Instructions

### Your Care Instructions




Colon polyps are growths in the colon or the rectum. The cause of most colon polyps is not known, and most people who get them do not have any problems. But a certain kind can turn into cancer. For this reason, regular testing for colon polyps is important for people as they get older. It is also important for anyone who has an increased risk for colon cancer.

Polyps are usually found through routine colon cancer screening tests. Although most colon polyps are not cancerous, they are usually removed and then tested for cancer. Screening for colon cancer saves lives because the cancer can usually be cured if it is caught early.

If you have a polyp that is the type that can turn into cancer, you may need more tests to examine your entire colon. The doctor will remove any other polyps that are found, and you will be tested more often.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

### How can you care for yourself at home?

Regular exams to look for colon polyps are the best way to prevent polyps from turning into colon cancer. These can include stool tests, sigmoidoscopy, colonoscopy, and CT colonography. Talk with your doctor about a testing schedule that is right for you.

**To prevent polyps**

There is no home treatment that can prevent colon polyps. But these steps may help lower your risk for cancer.

- Stay active. Being active can help you get to and stay at a healthy weight. Try to exercise on most days of the week. Walking is a good choice.
- Eat well. Choose a variety of vegetables, fruits, legumes (such as peas and beans), fish, poultry, and whole grains.

- Do not smoke. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.
- If you drink alcohol, limit how much you drink. Limit alcohol to 2 drinks a day for men and 1 drink a day for women.

## When should you call for help?

**Call your doctor now** or seek immediate medical care if:

- You have severe belly pain.
- Your stools are maroon or very bloody.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You have a fever.
- You have nausea or vomiting.
- You have a change in bowel habits (new constipation or diarrhea).
- Your symptoms get worse or are not improving as expected.

## Where can you learn more?

Go to https://kp.org/health

Enter **C571** in the search box to learn more about "**Colon Polyps: Care Instructions**."

Current as of: June 6, 2022 Content Version: 13.6

© 2006-2023 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

**Post Sedation Instructions**

You have been given medication to make you comfortable during your procedure. Common side effects include feeling sleepy, mildly dizzy, or nauseated. These typically resolve in a few hours.

Home care

For the next 8 hours:

- You should be watched by a responsible adult. This person should make sure your condition is not getting worse.
- Rest as needed and limit your activities.
- Eat a normal diet, though if you are nauseated, eat bland foods like rice or toast.
- Drink plenty of clear fluids unless you are directed otherwise.

For the next 24 hours:

- Don't drink any alcohol. Alcohol increases the sedating effects of anesthesia medications which can have unpredictable and life-threatening results.
- Don't drive or operate dangerous machinery. Don't attempt any work that requires attention to detail as your senses may still be dulled.
- Don't sign any legally binding documents.

**After Visit Summary (continued)**

- If you typically use a CPAP or BIPAP machine it is important that you continue to do so, unless you are directed otherwise.

When to seek medical care

Call your doctor's office during business hours, the advice nurse after hours at 1-866-454-8855, or seek immediate medical care if:

- You have trouble breathing.
- You have ongoing or worsening nausea or vomiting.
- The medicine is not wearing off, you can't think clearly, or the drowsiness is getting worse.
- You are unable to urinate despite a strong urge.
- You have severe pain that isn't improving.

Emergencies: Call 911 anytime you think you may need emergency care or go to the nearest hospital. For example:

- You have severe trouble breathing.
- You pass out (lost consciousness).
- You develop new weakness or numbness.
- You have severe chest pain.
- You have severe bleeding.

Information About Medications:

Keep your list of current medications (prescriptions, and over the counter) and vitamins up to date. Share this list with your health care providers.



**Vitals**

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight |
|---|---|---|---|---|---|---|
| 12/20/23 1030 | — | 69 | 11 | 120/77 | 97 % | — |

## 12/20/2023 - OP Visit in ACCREDITED AMBULATORY SURGERY (continued)

**Vitals (continued)**

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight |
|---|---|---|---|---|---|---|
| 12/20/23 1015 | — | 73 | 10 | 120/74 | 97 % | — |
| 12/20/23 1008 | — | 71 | 16 | 129/76 | 100 % | — |
| 12/20/23 1005 | — | 66 | 13 | 121/73 | 100 % | — |
| 12/20/23 1000 | — | 73 | 13 | 124/80 | 100 % | — |
| 12/20/23 0955 | — | 73 | 14 | 130/71 | 100 % | — |
| 12/20/23 0950 | — | 73 | 20 | 147/82 | 100 % | — |
| 12/20/23 0948 | — | 88 | 18 | 157/93 | 100 % | — |
| 12/20/23 0918 | 98.2 °F (36.8 °C) | 91 | 18 | 159/90 | 99 % | — |

Weight: 155lbs at 12/20/23 0918

**Documents**

**Consent.**

**Electronic signature on 11/28/2023 9:44 AM - Not e-signed**

Clinical date/time: 11/28/2023 0944 Description: Cheng, Yao-Wen (M.D.)
Status: —



KAISER PERMANENTE
The Permanente Medical Group, Inc.

MRN: 110018429889
Name: Weller,Steven

## Consent for Operation, Anesthesia, Procedures, and Medical Services

1. I have agreed to have the following **operation or procedure (laterality):**
   **COLONOSCOPY SCREENING (N/A)**
   The responsible surgeon is:Cheng, Yao-Wen (M.D.) .
2. My doctor Cheng, Yao-Wen (M.D.) has explained to me:
   - What the operation or procedure and anesthesia will be like. We have also talked about **the purpose, risks, benefits, and alternatives** to the procedure and plan of care.
   - Possible side effects and complications.
   - Potential problems that may occur during recuperation.
   - Risks and benefits of other treatment options, including not receiving this treatment.
   - Risks and benefits of blood transfusion.
   - How likely it is that the desired outcome of the procedure will be achieved.
   - The risks, benefits and alternatives include but are not limited to: **Colonoscopy with possible therapeutic interventions - Risks include bleeding, perforation, and infection. There is also risk of missed abnormalities, polyps, and cancers. The exam doesn't eliminate the future risk of cancer. Alternative colorectal cancer screening includes stool tests and imaging studies.**
3. I understand and agree that:
   - Complications or side effects may occur. In rare cases, they could be severe and require additional surgery and/or procedures to treat them.
   - The success or result of the surgical procedure has not been promised or guaranteed.
   - My surgeon has explained to me how often a blood transfusion is needed during my procedure. If it is expected that I will need a blood transfusion as a result of this operation or procedure, I have the option of donating my own blood ahead of time. I understand that a blood transfusion may be needed under emergency circumstances during my procedure that may not have been planned for in advance. If I want to refuse medically needed transfusions, I will sign a separate Refusal of Transfusion form and put my initials at the bottom of this form.
   - I am satisfied with my understanding of the risks and benefits of the procedure and the risks and benefits of alternative treatments as explained to me.
   - I have had an opportunity to ask questions. I have been able to express any doubts, fears, or concerns I have about the operation or procedure, anesthesia, and medical services. I am satisfied with the responses I have received to my questions.
   - I have read and understood the "Information About Surgical Risks" included with this consent form describing general risks of surgery, anesthesia, and

transfusions.

4. I give my consent for this procedure. I authorize the above named surgeon(s) to:
   - Perform the above-described operation or procedure as well as any additional services which are considered needed to treat or correct conditions discovered during the procedure or operation. These services may include but are not limited to, the selection and administration of anesthesia and the performance of laboratory and X-ray services.
   - Determine the need for and allow persons, including residents and personnel, in the operating room during my procedure for medical and/or educational purposes.
   - Dispose of any tissue or part of my body removed during such surgical procedure following customary procedures. This includes the use of such tissue or parts of the body for biomedical research. I understand that the tissue or part of the body removed will not be used for cosmetic surgery purposes, or applications outside of the United States, or by for-profit tissue processors and distributors.

**INFORMATION ABOUT SURGICAL RISKS**

Surgery today is generally safe, helpful, and often lifesaving. However, any kind of surgical procedure involves some risk, ranging from minor to serious (including the risk of death). It is important to be aware of the following possible risks before you give your consent to the operation that you and your physician are planning. Your body may react in the following ways to surgery:

1. **Infection.** Whenever a cut or incision is made, it is possible for bacteria or other germs to enter your body. Most of the time the natural defense mechanisms of the body work to prevent an infection. Sometimes, antibiotic medicines are needed. If this is the case for you, your doctor will prescribe antibiotics. In rare cases, additional surgery may be necessary to treat an infection.
2. **Hemorrhage and Blood Transfusions.** Cutting blood vessels causes bleeding, and this occurs with every surgical incision. Usually, bleeding can be controlled without difficulty. At times, though, blood transfusions are needed to replace excessive blood loss. If blood transfusions are given, there is a small additional risk of hepatitis (liver inflammation) or serious blood reactions may occur. There is a remote possibility that Acquired Immune Deficiency Syndrome (AIDS) may develop. There is no absolutely sure way to predict these unwanted reactions. Some of these reactions may be quite serious and even lead to death. If there is enough time before the surgery, you may choose to donate your own blood in case you need a blood transfusion. In minor operations there is usually less blood loss than in major ones, but not always. Sometimes excessive bleeding occurs after the original operation is completed. In that case, additional action must be taken to control the delayed bleeding.
3. **Drug Reactions.** Unexpected allergies, reactions, or illness caused by the prescribed drugs can occur. It is important for you to tell your physician about any problems you have had with reaction to drugs and to let him or her know which medications (prescribed, over-the-counter, or herbal) you now take regularly.
4. **Anesthetic Reactions.** Anesthetic drugs and techniques can affect all of the body's major organ systems and on rare occasions may be associated with injury to one or more organs. Complications to anesthesia can be minor and short lived, or in rare cases they can be severe and permanent, including death.
5. **Blood Vessel Inflammation and Clotting.** Blood clots may block blood vessels. Sometimes these blood clots (thromboembolisms) may break free and move into other organs and injure those organs or cause other injury such as stroke or death.
6. **Injury to Other Organs.** Because other organs are usually close to the area being operated on, it may not be

possible to avoid affecting nearby organs, tissues, or nerves connected to those organs. The stress of surgery may also harm other organ systems in the body. Your doctor may make changes to your treatment in response to these conditions, if it becomes necessary.

7. **Other Risks.** It is not possible to list all the possible risks and complications that may happen during any surgical operation or procedure. Each situation depends upon the patient's overall health as well as the purpose and nature of the operation. Your physician is willing to talk with you about your specific situation and any other risks that might occur.

**Alternatives to Treatment**

There are many ways to treat any illness, including doing nothing. You and your doctor need to discuss the best options for you. Even if you and your doctor have decided that surgery is the best choice, do not hesitate to discuss the reasons for the choice and the treatment alternatives for similar conditions. You should also talk about the potential effectiveness and risks that occur with these alternative methods of treatment. There are risks involved in any operation. It is not possible to guarantee a successful result, it is important that you clearly understand and agree to the planned surgery as the best decision for you.

PATIENT OR REPRESENTATIVE SIGNATURE

,

RELATIONSHIP, NAME

DATE & TIME

WITNESS SIGNATURE

WITNESS NAME

DATE & TIME

INITIAL TO REFUSE BLOOD TRANSFUSION

DATE & TIME

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (844) 556-3270
Secure Fax No.: (877) 353-6412

STEVEN WELLER

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (844) 556-3270
Secure Fax No.: (877) 353-6412

January 22, 2024

STEVEN WELLER

0000

RE: APPLE INC.
Long Term Disability Benefits
Claim #: 15113454

STEVEN

We acknowledge receipt of your request for consideration of disability benefits.

The Lincoln National Life Insurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection California law requires the following to appear on this form. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Sincerely,

Tara Smith
Disability Case Manager
Phone: (844) 556-3270
Secure Fax No.: (877) 353-6412

Lincoln/Weller 2483

## 07/26/2023 - Office Visit in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Level of Service**

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

**Reason for Visit**

**Chief Complaint**

- HAND PAIN (Bilateral hand pain)

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 07/26/2023 1416 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 7/26/2023 | Lee, Brian Poeu (M.D.) | | 1 |

**Clinical Notes**

**Unknown**

**Progress Notes by Lee, Brian Poeu (M.D.) at 7/26/2023 1719**

Version 1 of 1

| | | |
|---|---|---|
| Author: Lee, Brian Poeu (M.D.) | Service: — | Author Type: Physician |
| Filed: 7/26/2023 5:22 PM | Encounter Date: 7/26/2023 | Creation Time: 7/26/2023 5:19 PM |
| Status: Signed | Editor: Lee, Brian Poeu (M.D.) (Physician) | |

Neurology Clinical Documentation

Briefly, Mr. Weller is a 61 year-old right-handed man who presents with bilateral hand pain. He notes that this is largely in the palms and all the fingers, and that it can at times be into the anterior forearms bilaterally. It is worse with repetitive motion and yet his NCS appears to be negative.

A detailed neurologic examination finds no APB weakness to suggest median nerve and no ulnar myotomal distribution weakness. Strength elsewhere is likewise normal.

**Clinical Notes (continued)**

Atypical pattern of hand pain. We will pursue C-spine MRI imaging studies next. In the meantime, trial of Lyrica.

Electronically signed by Lee, Brian Poeu (M.D.) at 7/26/2023 5:22 PM

## Imaging

### Imaging

**MR SPINE [1540314820] (Active)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 07/26/23 1424** Status: **Active**
Ordering user: Lee, Brian Poeu (M.D.) 07/26/23 1424 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 07/26/23 - Class: Normal
Quantity: 1 Released by: Lee, Brian Poeu (M.D.) 07/26/23 1424
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

## Other Orders

### Medications

**Pregabalin (LYRICA) 75 mg Oral Cap [1540314821] (Active)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 07/26/23 1424** Status: **Active**
Ordering user: Lee, Brian Poeu (M.D.) 07/26/23 1424 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: BID 07/26/23 - 01/25/24 Class: Fill Now
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 64980-412-09

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

## After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

**After Visit Summary (continued)**

After Visit Summary (below)

AFTER VISIT SUMMARY

**Steven Weller** [illegible]

KAISER PERMANENTE

[illegible]

[illegible]

[illegible]

**See your updated medication list below for details.**

[illegible]

- **Pregabalin 75 mg Cap**

[illegible]

[illegible]

**MR SPINE**

[illegible]

Today's Visit

You saw BRIAN POEU LEE MD on Wednesday July 26, 2023

[illegible]
140/88

[illegible]
64

What's Next

Physical Therapy
[illegible] ANGELA MARIE MENDOZA PT
[illegible] Friday July 28, 2023
[illegible] 9:00 AM
[illegible] REHABILITATION SVCS
[illegible] 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
[illegible] 408-554-9810

[illegible]

[illegible]



This is confidential information. Please don't throw away in a Kaiser Permanente trash can

What's Next (continued)

[illegible]
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday August 2, 2023
Time: 10:30 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

[illegible]

Physical Therapy
With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

[illegible]

[illegible]

Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

[illegible]

[illegible]

[illegible]
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes

## Today's Medication Changes (continued)

ⓘ Accurate as of July 26, 2023 5:22 PM.

If you have any questions, ask your nurse or doctor.

[illegible]

[illegible] 75 mg Cap [illegible]

Take 1 capsule by mouth 2 times a day

Medications Marked As Taking

| | |
|---|---|
| **Pregabalin (LYRICA) 75 mg Oral Cap** | Take 1 capsule by mouth 2 times a day |

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

**Vitals**

## 07/26/2023 - Office Visit in NEUROLOGY (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 7/26/2023 1:43 PM

| BP | Pulse |
|---|---|
| 140/88 (Site: Right Arm, Position: Sitting) | 64 |

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
1721 TECHNOLOGY DR.
SAN JOSE CA 95110-1305

**Patient Name:** Weller,Steven
**Encounter Date:** 7/26/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 8/18/2023 through 10/18/2023

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

## 07/27/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Pregabalin feedback**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>7/29/2023 8:19 AM by Steven Weller | Steven Weller | 7/29/2023 8:11 AM |

Mr. Weller,

Thank you for your email. I am glad to hear that the pregabalin is helping a bit. Let's keep to this medication then at the current dose and continue to observe. I see that you have set up your MRI appointment as well, so we can see what that shows.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>7/28/2023 8:54 AM by Steven Weller | Steven Weller | 7/27/2023 8:14 PM |

Thank you for your message. I'll be out of the office through 7/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Pregabalin feedback**

| From | To | Sent |
|---|---|---|
| Steven Weller | Brian Poeu (M.D.) Lee | 7/27/2023 8:14 PM |

I started taking Pregabalin this morning. It had a noticeable effect within a couple of hours.

I was able to get more work done today than usual. My hands hurt, but the level of pain was much reduced and I needed less rest. It's the same stinging pain in the same areas, but capped at a lower level.

I'm feeling a degree of "slowness" and general fatigue, but no other side effects.

## 07/28/2023 - Patient Secure Message in RADIOLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Melot, Erica Michelle (M.A.)

**Department**

| Name | Address | Phone |
|---|---|---|
| RADIOLOGY | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

**Messages**

**Santa Clara Kaiser Radiology**

| From | To | Sent and Delivered |
|---|---|---|
| Erica Michelle (M.A.) Melot<br>Last Read in kp.org<br>7/28/2023 2:18 PM by Steven Weller | Steven Weller | 7/28/2023 10:33 AM |

Dear Mr. Weller,

Your Doctor/Care Provider has referred you for an imaging exam. To make an appointment by phone, please call us at 408-851-5020, 8 AM to 5 PM Monday through Friday.

To prepare for your exam, please read the important information below.

MRI INSTRUCTIONS: Test Overview
Magnetic resonance imaging (MRI) is a test that uses a magnetic field and pulses of radio wave energy to make pictures of the structures inside the body. In many cases, MRI can show problems that cannot be seen with other imaging methods.
For an MRI test, your body is placed inside a special machine that contains a strong magnet. Pictures from an MRI scan are digital images that can be saved and stored on a computer for further study. In some cases, a contrast material may be used during the MRI scan to show certain structures more clearly. Please notify your personal physician of the presence of aneurysm clips or pacemaker. This may prevent you from receiving this exam.
To avoid rescheduling of your appointment please follow the preparation instructions below.

If you leave your provider's office with a scheduled Radiology appointment and a preparation is needed, follow the preparation given to you. If no preparation is given to you, none is needed.

If your appointment will be booked by Radiology, preparation instructions will be given at the time of scheduling.

If you have an infusion port, please make sure you have informed the appointment scheduler to ensure proper scheduling of your appointment.

If you need to cancel or reschedule your appointment, please call (408) 851-5020.

ADDITIONAL INFORMATION:
Please arrive 15-30 minutes before your scheduled appointment time.

For your safety and the safety of your child, please do not bring children to your appointment, or your exam will need to be rescheduled. Per department policy, we do not provide childcare.

Depending on your health plan, you may be asked to make a payment or deposit when you check in on the day of your procedure.

MAKING YOUR PAYMENT
You may pay by credit card (Visa, MasterCard, American Express, or Discover Card), personal check, or cash, or you may use your ATM/debit card.

IF YOU HAVE A DEDUCTIBLE PLAN
If you have a deductible plan, you may be asked to pay a deposit toward the full amount of the charges for your visit. After your visit, you will receive a bill for the remainder of the balance, based on the procedure performed and specific benefits of your plan. To find out what the full amount will be, visit us at kp.org/memberestimates or call 1-800-390-3507, weekdays from 7 a.m. to 5 p.m., and select option 2.

IF YOU DO NOT HAVE A DEDUCTIBLE PLAN
If you do not have a deductible plan and have questions about your benefits or want to know your payment amount for your procedure, visit us at kp.org/memberestimates or call our Member Service Call Center at 1-800-464-4000 or 1-800-777-1370 (TTY for the deaf, hard of hearing, or speech impaired), weekdays from 7 a.m. to 7 p.m. and weekends from 7 a.m. to 3 p.m.

If you need financial assistance Kaiser Permanente offers financial assistance. If you are concerned about your ability to pay your cost share or deductible deposit, or if you do not have health insurance, our Medical Financial Assistance and Discount Payment Program may be able to help. For more information or to obtain an application, log on to our Web site at kp.org/mfa. You may also call toll free at 1-866-399-7696, weekdays from 8 a.m. to noon and 1 to 5 p.m., or you may speak with one of our local Kaiser Permanente financial counselors.

The Santa Clara Kaiser radiology department is located at:

Kaiser Permanente Medical Center, Hospital Building
1st floor, Radiology Department 104
700 Lawrence Expressway
Santa Clara, Ca 95051

## 07/28/2023 - Office Visit in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 07/28/2023 0908 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97116 | THER PX 1/> AREAS EA 15 MIN GAIT TRAINJ W/STAIR | 7/28/2023 | Mendoza, Angela Marie (P.T.) | GP | 2 |
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 7/28/2023 | Mendoza, Angela Marie (P.T.) | GP | 1 |

**Physical Medicine Notes**

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 7/28/2023 0906**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 7/28/2023 9:45 AM Encounter Date: 7/28/2023 Creation Time: 7/28/2023 9:06 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/28/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 7/28/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 7/28/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 7/28/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 7/28/2023**

Treatment may include:

- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
==========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 4/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:

History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 4/5 (work stress)

Current Resting Pain/Symptoms: 1-2/10 (right hip), at its worst in the last two weeks 3/10
Observation: Unremarkable
Patient is consistent with HOME EXERCISE PROGRAM 2X/day
Walking in a store 60 minutes and had increased pain
Patient reports dull stinging in the hands
Patient reports feeling sluggish and sleepy yesterday

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of | WITHIN NORMAL LIMITS, tightness |

| | |
|---|---|
| Motion | with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:

Therapeutic Exercise for 15 minutes

- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated treatment well.

Gait Training for 25 minutes
Intermittent gait trials with variety of stretches in between 2 minute increments. Patient educated on corner management to decrease stress into the hip.

Patient required max verbal cues. Tolerated walking more with seated piriformis stretch and standing quad stretch

Patient Education/Home Exercise Instruction:
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 07/28/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

========================================================

Therapeutic exercise for 15 minutes

Gait for 25 minuntes
Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient progressing towards goals as indicated by improved tolerance to gait training

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with strengthenng

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 7/28/2023 9:45 AM

## Procedures

### Procedures

**GAIT TRNG W STAIR CLIMBING BY INDIV PROVIDER EA 15 MIN [1540314822] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/28/23 0945** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/28/23 0945 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/28/23 - Class: Back Office
Quantity: 2
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314823] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 07/28/23 0945** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 07/28/23 0945 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 07/28/23 - Class: Back Office
Quantity: 1
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

## 07/28/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller**

Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday July 28, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

Done Today
GAIT TRAINING
THERAPEUTIC EXERCISES

What's Next

[illegible]
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday August 2, 2023
Time: 10:30 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

[illegible]

Physical Therapy
With: AUDREY V SUCIU OT
Date: Thursday August 10, 2023
Time: 9:00 AM
Where to go: PHYSICAL THERAPY-PLASTIC SURG
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1400

[illegible]

[illegible]

Physical Therapy
With: ANGELA MARIE MENDOZA PT
Date: Friday August 11, 2023
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

[illegible]

[illegible]

## 07/28/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

### What's Next (continued)

Office Visit
With: ERIN ALYSON DOBLER PA-C
Date: Wednesday August 16, 2023
Time: 3:00 PM
Where to go: SPORTS MEDICINE
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-1850

[illegible]

MRI
Date: Sunday August 20, 2023
Time: 7:00 PM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

[illegible]

### Stay Connected

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes [illegible]

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov


This is confidential information. Please don't throw away in a Kaiser Permanente trash can.

## 07/30/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>Not Read | Steven Weller | 7/30/2023 6:41 PM |

Thank you for your message. I'll be out of the office through 7/31/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Day four of Pregabalin**

| From | To | Sent |
|---|---|---|
| Steven Weller | Brian Poeu (M.D.) Lee | 7/30/2023 6:41 PM |

More feedback after taking it for four days.

I'm able to do a lot more with my hands. Over the last two days I spent about six hours working in spreadsheets, something I could never have done before. I'd have lasted about six minutes. Hands still sting, particularly the left one, enough to be distracting. Quite a lot of stiffness in my left hand too, making it hard to use.

**07/30/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

My muscle memory is really messed up. Typing results in a huge number of mistakes and I find body movement often feels really weird. The wooziness has subsided. Occasional dry mouth. My hip and elbow feel better then they did. I'm more active that I was and my mood has improved, though the drug seems to affect my mood negatively at times.

7020230901059818

Lincoln/Weller 2506

Certification of Health Care Provider for Employee's Serious Health Condition under the Family and Medical Leave Act

U.S. Department of Labor
Wage Hour Division

WHD WAGE AND HOUR DIVISION

**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR. RETURN TO THE PATIENT.**

**OMB Control Number: 1235-0003**
**Expires: 6/30/2023**

The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. 29 U.S.C. §§ 2613, 2614(c)(3); 29 C.F.R. § 825.305. The employer must give the employee **at least 15 calendar days** to provide the certification. If the employee fails to provide complete and sufficient medical certification, his or her FMLA leave request may be denied. 29 C.F.R. § 825.313. Information about the FMLA may be found on the WHD website at www.dol.gov/agencies/whd/fmla

## SECTION I - EMPLOYER

Either the employee or the employer may complete Section I. While use of this form is optional, this form asks the health care provider for the information necessary for a complete and sufficient medical certification, which is set out at 29 C.F.R. § 825.306. **You may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308**. Additionally, you **may not** request a certification for FMLA leave to bond with a healthy newborn child or a child placed for adoption or foster care.

Employers must generally maintain records and documents relating to medical information, medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

(1) Employee name:

(2) Employer name: Date: *(List date certification requested)*

(3) The medical certification must be returned by:

(Must allow at least 15 calendar days from the date requested, unless it is not feasible despite the employee's diligent, good faith efforts.)

(4) Employee's job title: Job description (is / is not) attached

Employee's regular work schedule:

Statement of the employee's essential job functions:
(The essential functions of the employee's position are determined with reference to the position the employee held at the time the employee notified the employer of the need for leave or the leave started, whichever is earlier.)

## SECTION II - HEALTH CARE PROVIDER

Please provide your contact information, complete all relevant parts of this Section, and sign the form. Your patient has requested leave under the FMLA. The FMLA allows an employer to require that the employee submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to the serious health condition of the employee. For FMLA purposes, a "serious health condition" means an illness, injury, impairment, or physical or mental condition that involves *inpatient care or continuing treatment by a health care provider*. For more information about the definitions of a serious health condition under the FMLA, see the chart on page 4.

You may, but are **not required** to, provide other appropriate medical facts including symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment. Please note that some state or local laws may not allow disclosure of private medical information about the patient's serious health condition, such as providing the diagnosis and/or course of treatment.

**Employee Name:** STEVEN WELLER

Provider's name and business address: **LEE, BRIAN POEU (M.D.)**
**710 Lawrence Expressway, Dept. #160 Santa Clara, CA 95051**
Type of practice / Medical specialty:**Neurology**
Telephone: **408-851-1750** Fax: **Santa.Clara.ROI.Dept@ kp.org**

## PART A: Medical Information

Limit your response to the medical condition(s) for which the employee is seeking FMLA leave. Your answers should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. **After completing Part A, complete Part B to provide information about the amount of leave needed.** Note: For FMLA purposes, "incapacity" means the inability to work, attend school, or perform regular daily activities due to the condition, treatment of the condition, or recovery from the condition. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b).

(1) State the approximate date the condition started or will start:8/18/2023

(2) Provide your **best estimate** of how long the condition lasted or will last:10/18/2023

(3) Reasons for leave are listed below. For all items listed, the amount of leave must be noted in Part B.

Incapacity plus Treatment: (e.g. outpatient surgery, strep throat) Due to the condition, the patient has been or is expected to be incapacitated for more than three consecutive, full calendar days from 8/18/2023 to 10/18/2023

(4) If needed, briefly describe other appropriate medical facts related to the condition(s) for which the employee seeks FMLA leave. (e.g., use of nebulizer, dialysis)

## PART B: Amount of Leave Needed

For the medical condition(s) checked in Part A, complete all that apply. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage.

(8) Due to the condition, the patient was or will be incapacitated for a continuous period of time, including any time for treatment(s) and/or recovery. Provide your best estimate for the period of incapacity: This patient is placed off work from 8/18/2023 through 10/18/2023. This patient is able ot return to work at full capacity on 10/19/2023.

## PART C: Essential Job Functions

If provided, the information in Section I question #4 may be used to answer this question. If the employer fails to provide a statement of the employee's essential functions or a job description, answer these questions based upon the employee's own description of the essential job functions. An employee who must be absent from work to receive medical treatment(s), such as scheduled medical visits, for a serious health condition is considered to be not able to perform the essential job functions of the position during the absence for treatment(s).

(10) Due to the condition, the employee was not, is not able or will not be able to perform one or more of the essential job function(s). Identify at least one essential job function the employee is not able to perform: Unable to perform any job functions.

Electronically signed by Kaiser Permanente ROMI Specialist

**Apolynn Caluza** on **8/31/23** under the authority of
**LEE, BRIAN POEU (M.D.)** ,**Treating and Authorizing Health Care Provider**

| **Definitions of a Serious Health Condition** *(See 29 C.F.R. §§ 825.113-.115)* |
|---|
| **Inpatient Care** |
| •An overnight stay in a hospital, hospice, or residential medical care facility<br>•Inpatient care includes any period of incapacity or any subsequent treatment in connection with the overnight stay |
| **Continuing Treatment by a Health Care Provider (any one or more of the following)** |
| **Incapacity Plus Treatment:** A period of incapacity of more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves either:<br><br>Two or more in-person visits to a health care provider for treatment within 30 days of the first day of incapacity unless extenuating circumstances exist. The first visit must be within seven days of the first day of incapacity; or,<br><br>At least one in-person visit to a health care provider for treatment within seven days of the first day of incapacity, which results in a regimen of continuing treatment under the supervision of the health care provider. For example, the health provider might prescribe a course of prescription medication or therapy requiring special equipment. |
| **Pregnancy:** Any period of incapacity due to pregnancy or for prenatal care. |
| **Chronic Conditions:** Any period of incapacity due to or treatment for a chronic serious health condition, such as diabetes, asthma, migraine headaches. A chronic serious health condition is one which requires visits to a health care provider (or nurse supervised by the provider) at least twice a year and recurs over an extended period of time. A chronic condition may cause episodic rather than a continuing period of incapacity. |
| **Permanent or Long-term Conditions:** A period of incapacity which is permanent or long term due to a condition for which treatment may not be effective, but which requires the continuing supervision of a health care provider, such as Alzheimer's disease or the terminal stages of cancer. |
| **Conditions Requiring Multiple Treatments:** Restorative surgery after an accident or other injury; or, a condition that would likely **result in a period of incapacity of more than three consecutive, full calendar days if the patient did not receive the treatment.** |

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616;29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 15 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR. RETURN TO THE PATIENT**

58202309130004940

Lincoln/Weller 2510

# 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG

## Visit Information

### Provider Information

**Encounter Provider**

Suciu, Audrey V (O.T.)

### Department

| Name | Address | Phone |
|---|---|---|
| PHYSICAL THERAPY-PLASTIC SURG | 710 LAWRENCE EXPY Santa Clara CA 95051-5173 | 408-851-1400 |

## Reason for Visit

### Chief Complaint

- OCCUPATIONAL THERAPY

### Visit Diagnosis

- **BILAT HAND PAIN (primary) [M79.641, M79.642]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Suciu, Audrey V (O.T.) | 08/22/2023 1027 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 8/22/2023 | Suciu, Audrey V (O.T.) | GO | 3 |

## Physical Medicine Notes

### THERAPIST, OCCUPATIONAL

**Progress Notes by Suciu, Audrey V (O.T.) at 8/22/2023 1021**

**Version 1 of 1**

Author: Suciu, Audrey V (O.T.) Service: — Author Type: THERAPIST, OCCUPATIONAL
Filed: 8/22/2023 10:27 AM Encounter Date: 8/22/2023 Creation Time: 8/22/2023 10:21 AM
Status: Signed Editor: Suciu, Audrey V (O.T.) (THERAPIST, OCCUPATIONAL)

PLAN OF CARE - established on 8/10/2023
Patient referred to Occupational Therapy via eConsult on 7/10/23
Referring Provider: J. Bertozzi, PA
Referring Diagnosis: bilateral hand pain
Rehabilitation Potential: fair due to amount of time symptoms have been present.
Treatment Goals: Reduce bilateral hand pain to 2/10 in 3 mos.
Restore full left hook grasp in 12 weeks
Treatment to include: custom orthotic fabrication
therapeutic exercise
Frequency and Duration of Treatment: 5 times over 12 weeks
Re-certification due: n/a
========================================
OCCUPATIONAL THERAPY Progress:

## 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**Physical Medicine Notes (continued)**

Visit #1
Prompt: no

SUBJECTIVE
Steven Weller is a 61 Y male who is right handed. He is an engineer and works at Apple.
Hx: bilateral hand pain for many years. He has been working on computers for many years.
Agg: strong hand pain after working for 3-4 hours.
Ease: rest, meds.
Using left elbow extension splint and left wrist support splint at night which seem to help.
Time off work: pain subsides.
Patient goal: wants the hand pain to stop and wants a diagnosis.
OBJECTIVE EXAM
Hand strength: right hand: 90,95 lbs. left hand: 70,75 lbs.

Pain is in palm and in fingers.
No weakness of FDS, FDP nor of thumb musculature.

Sensory: no numbness reported.
EMG: no abnormalities noted.
Left hand hook grasp: IF-SF with 1-1.5 inches loss (excursion to palm) PROM: full flexion present with strong PROM. Steven states he has a lot of pain after PROM to fingers which lasts about an hour, therefore he stopped the stretching exercises.

Occupational therapy treatment intervention:
**Therapeutic Exercise:** we worked on exercises to be practiced at home daily involving intrinsic muscle strengthening with the putty for lumbrical and interossei muscles. With full grasping of putty, pain increased, therefore he will stop those exercises for now.
=========================================================
Therapeutic Treatment

therapeutic exercise: 40 minutes
total treatment time: 40 minutes

A: The patient suffers from bilateral hand pain. He is comfortable in his orthosis. I suggested he use the left hand resting orthosis more often during the day when his hand hurts.
He will work on his HEP and I asked him to continue to stretch his left hand fingers, though it is painful, so he doesn't become more stiff. He'll use the putty for intrinsic muscle strengthening. He is now off work for a period of time and will try not to use his hands.
P: Discharge.

Electronically signed by Suciu, Audrey V (O.T.) at 8/22/2023 10:27 AM

**Procedures**

**Procedures**

## 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**Procedures (continued)**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1540314831] (Active)**

Electronically signed by: **Suciu, Audrey V (O.T.) on 08/22/23 1027** Status: **Active**
Ordering user: Suciu, Audrey V (O.T.) 08/22/23 1027 Authorized by: Suciu, Audrey V (O.T.)
Ordering mode: Standard
Frequency: Today 08/22/23 - Class: Back Office
Quantity: 3
Diagnoses
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Suciu, Audrey V (O.T.) | 1093862765 |

**Indications**

BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## 08/22/2023 - Office Visit in PHYSICAL THERAPY-PLASTIC SURG (continued)

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller**

Today's Visit

You saw AUDREY V SUCIU OT on Tuesday August 22, 2023. The following issue was addressed: BILATERAL HAND PAIN.

Done Today
THERAPEUTIC EXERCISES

What's Next

MRI
Date Thursday August 24, 2023
Time 3:40 PM
Where to go MRI
Address 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone 408-851-5020

ANGELA MARIE MENDOZA PT
Date Friday September 1, 2023
Time 11:40 AM
Where to go REHABILITATION SVCS
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-554-9810

MRI
Date Saturday September 2, 2023
Time 9:00 AM
Where to go MRI
Address 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone 408-851-5020

What's Next (continued)

[illegible]
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

[illegible]

Return Visit
With: KELEIGH J. SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER.
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

[illegible]

Stay Connected

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests.
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

[illegible]
No changes were made to your prescriptions during this visit.

Medications Marked As Taking
No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov


This is confidential information. Please don't throw away in a Kaiser Permanente trash can.

## 08/25/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/29/2023 12:13 PM by Steven Weller | Steven Weller | 8/29/2023 9:55 AM |

Thank you for your message. I'll be out of the office through 9/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Re: Hands update 2023-08-25**

| From | To | Sent |
|---|---|---|
| Steven Weller | Brian Poeu (M.D.) Lee | 8/29/2023 9:55 AM |

The earliest appointment available was October 20th so I took that. If you need to see me sooner then i think you will have to arrange that.

I don't believe I have any of the symptoms you describe, but also have not been specifically evaluated for them.

I'm still navigating my way through the medical leave paperwork. The next step is for Kaiser to

provide records and medical information to Sedgwick, so you may see a request come your way.

**Hands update 2023-08-25**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>8/29/2023 9:43 AM by Steven Weller | Steven Weller | 8/25/2023 5:51 PM |

Mr. Weller.

Thank you for your email updates. Your C-spine MRI suggests the C6 nerve root exits might be narrow--this would affect the sensation of the thumb and index, and would potentially result in a bit of biceps weakness if severe. Please contact my office at 408-851-4435 to set up an office visit, and we can review your examination in person.

Take care,

Dr. Lee

**Hands update 2023-08-25**

| From | To | Sent |
| --- | --- | --- |
| Steven Weller | Brian Poeu (M.D.) Lee | 8/25/2023 12:05 PM |

I've been on medical leave since Monday and have been on a half dose of pregabalin since Saturday. Tonight is my last dose.

This past week I've had some days of very painful hands and some more normal. The left hand is consistently worse than the right. This morning my hands have been particularly good, I'm assuming because I've been resting them. I still have painful hands at bedtime each day. It's really hard to rest them, even not working.

I noticed mood swings as a withdrawal symptom, but seem to be past that, at least for this week. The side effects I reported have been waxing and waning, lessening overall, and it is a relief to have them reduced.

My OT has given me a very light regime of hand exercises which I plan on starting today or tomorrow. I'm wary of these because the last time I did hand exercises they triggered a very painful day, but it will be a useful experiment now I'm more in touch with how my hands feel.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 8/28/2023

# 08/28/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**medical leave documentation request**

| From | To | Sent |
|---|---|---|
| Steven Weller | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/29/2023 9:00 AM |

Thank you. I sent the form to Santa.Clara.ROI.Dept@kp.org.

**medical leave documentation request**

| From | To | Sent and Delivered |
|---|---|---|
| Norrice Kenney<br>Last Read in kp.org<br>8/29/2023 8:35 AM by Steven Weller | Steven Weller | 8/28/2023 1:44 PM |

Hi Mr. Weller,

My name is Norrice Kenney and I am responding on behalf of IRENE OI YIN HO MD in order to get your question answered as quickly as possible.

We can help with your request for medical information, school or medical forms. Our Release of Medical Information (ROMI) team will work with your physician to get records, or to complete medical certification forms, daycare/school/camp/sports forms, physician letters, work notes, or disability documentation.

To get the records, forms, physician letters, work notes, or disability documentation you need, you can contact our Release of Medical Information (ROMI) department by phone, email, or mail.

Visit ROMI online to get started Release of Medical Information | My Doctor Online (kaiserpermanente.org). At this site, you can complete online requests for medical records, FMLA and SDI, you can also find email addresses and phone numbers to connect with ROMI at each of our facilities.

For form requests, the ROMI team will work with your doctor to get the form completed electronically. ROMI can provide what you need by phone or email without having a copy of the form. You can also scan or take a clear photo of your form and attach it in an email to ROMI.

For security reasons, we can't link to Google docs or other sites.

Santa Clara
408-851-1750
Santa.Clara.ROI.Dept@kp.org

Thank you,
Norrice Kenney

**medical leave documentation request**

| From | To | Sent |
|---|---|---|
| Steven Weller | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/28/2023 1:03 PM |

My medical leave started 8/21, but Sedgwick has not received the medical data from Kaiser necessary to process my claim. They did receive a work status report, but that is insufficient.

I have a PDF form to be filled in. How can I get that to you?

Ask your health care provider to send us the Disability and Leave Health Care Provider Statement no later than September 10, 2023. This should be sent with objective medical information (such as office notes, test results) that show you are medically unable to do your job.

Claim: 4A2307CTYDV0001

## 08/28/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**medical leave forms**

| From | To | Sent and Delivered |
|---|---|---|
| Josephia Maria (M.A.) Meza<br>Last Read in kp.org<br>8/29/2023 8:36 AM by Steven Weller | Steven Weller | 8/29/2023 8:18 AM |

Dear Mr. Weller,

Release of Medical Information (ROMI) department is able to accept your requests for records, forms, physician letters, work notes and disability by phone or email. You can also go to https://kp.org/requestrecords. For the health of our community we are not accepting requests in-person. We apologize for the inconvenience.

If you have a form that needs completion, please scan or take a clear photo with your smartphone and send to us in an email to Santa.Clara.Roi.Dept@KP.ORG. Please include the following::
1) Full Name
2) Date of Birth
3) Kaiser Medical Record Number
4) Type of Request
5) How do you want your forms delivered once completed: E-Mail or mail

It is important that you fill out the demographic information on the form itself (name, date of birth, address etc) ahead of time and sign any signature lines prior to scanning the form to Release of Medical Information so we know the form belongs to.

Please find contact information below for your convenience.

**408-851-1750**
Santa.Clara.ROI.Dept@kp.org

**medical leave forms**

| From | To | Sent |
|---|---|---|
| Steven Weller | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/28/2023 1:38 PM |

**Messages (continued)**

It looks like I have to get forms from Kaiser filled in via medical records. I emailed Santa.Clara.ROI.Dept@kp.org to kick this off since the phone number was just a recording. Is this correct?

Figuring out what Sedgwick needs and how to get it from Kaiser today to sort out medical leave for painful hands has ironically caused me more hand pain than anything else I've done this last week.

# 08/28/2023 - Patient Secure Message in ORTHOPEDICS

**Visit Information**

**Provider Information**

**Encounter Provider**

Fang, Andrew Sun (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| ORTHOPEDICS | 1200 EL CAMINO REAL<br>South San Francisco CA 94080-3208 | 650-742-2191 |

**Reason for Visit**

**Visit Diagnosis**

- **SOFT TISSUE MASS (primary) [M79.9]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **SOFT TISSUE MASS (primary)** | M79.9 | Fang, Andrew Sun (M.D.) | 08/29/2023 1219 |

**Imaging**

**Imaging**

**MR MUSCULOSKELETAL [1563301891] (Active)**

Electronically signed by: **Fang, Andrew Sun (M.D.) on 08/29/23 1220** Status: **Active**
Ordering user: Fang, Andrew Sun (M.D.) 08/29/23 1220 Authorized by: Fang, Andrew Sun (M.D.)
Ordering mode: Standard
Frequency: Routine 08/29/23 - Class: Normal
Quantity: 1 Released by: Fang, Andrew Sun (M.D.) 08/29/23 1220
Diagnoses
SOFT TISSUE MASS [M79.9]

**Provider Details**

| Provider | NPI |
|---|---|
| Fang, Andrew Sun (M.D.) | 1568540169 |

**Indications**

SOFT TISSUE MASS [M79.9 (ICD-10-CM)]

**Messages**

**Re: Your recent MRI results**

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Sun (M.D.) Fang<br>Last Read in kp.org<br>8/29/2023 2:48 PM by Steven Weller | Steven Weller | 8/29/2023 2:43 PM |

Hi Steven,

Looks like this may be a right hip MRI for right hip pain? Looks like Erin Dobler, PA ordered it. If still

**08/28/2023 - Patient Secure Message in ORTHOPEDICS (continued)**

**Messages (continued)**

having pain, would be fine to keep it.

Sincerely,

Andrew S. Fang, MD
Department of Musculoskeletal Oncology and Orthopaedics
Kaiser SSF

**Re: Your recent MRI results**

| From | To | Sent |
|---|---|---|
| Steven Weller | Andrew Sun (M.D.) Fang | 8/29/2023 2:30 PM |

I just had a request to schedule an MRI and did so for sept 16, but don't know if that was you or not. If it was you then I should cancel.

**Your recent MRI results**

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Sun (M.D.) Fang<br>Last Read in kp.org<br>8/29/2023 2:24 PM by Steven Weller | Steven Weller | 8/29/2023 12:20 PM |

Hi Mr. Weller,

Thank you for the update. I would continue to monitor. I will order another follow up MRI for six months. In the meantime, please let me know if any changes. Happy to check on you at any point.

Sincerely,

Andrew S. Fang, MD
Department of Musculoskeletal Oncology and Orthopaedics
Kaiser SSF

**Your recent MRI results**

| From | To | Sent |
|---|---|---|
| Steven Weller | Andrew Sun (M.D.) Fang | 8/29/2023 8:35 AM |

I have had a little discomfort at times, but it's only been when I've accidentally applied pressure in that area. When I had a lot of left hip pain the mass felt inflamed and sensitive, but without any stimulus it feels mechanically awkward, but otherwise inert. I notice it currently when laying on my left side and doing exercises for my hips.

During its existence there have been long periods of time when I was complete unaware of it, so it would not surprise me if it changes in size.

Do you recommend any action, or should we continue to monitor?

**Your recent MRI results**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Andrew Sun (M.D.) Fang<br>Last Read in kp.org<br>8/29/2023 8:24 AM by Steven Weller | Steven Weller | 8/28/2023 1:40 PM |

Dear Mr. Weller,

Your recent MRI shows the small mass in the thigh is a bit smaller. No aggressive features. How are things feeling? Any discomfort in the area? Have you noticed any changes?

Sincerely,

Andrew S. Fang, MD
Department of Musculoskeletal Oncology and Orthopaedics
Kaiser SSF

## 08/29/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Re: heart flutters**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>8/31/2023 8:45 AM by Steven Weller | Steven Weller | 8/31/2023 8:43 AM |

Okay.

Irene Ho MD

**Re: heart flutters**

| From | To | Sent |
|---|---|---|
| Steven Weller | Irene Oi Yin (M.D.) Ho | 8/31/2023 8:40 AM |

They were gone the next day and have not returned. At the time of the issue they were happening several times a minute, something I had not experienced before.

Let's see if they return.

**heart flutters**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>9/8/2023 10:44 AM by Steven Weller | Steven Weller | 8/31/2023 7:39 AM |

What you showed me looks like a preventricular contraction. Which is benign. If you are having these more often then we can start with an EKG. let me know if you want to do that and I can order it for you.

Take care,

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>8/29/2023 2:48 PM by Steven Weller | Steven Weller | 8/29/2023 2:34 PM |

Thank you for your message. I'll be out of the office through 8/30/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**heart flutters**

| From | To | Sent |
|---|---|---|
| Steven Weller | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 8/29/2023 2:34 PM |

I have been feeling some "flutters" in or close to my heart recently when I'm just sitting doing nothing. Sometimes one, sometimes several together.

Today I caught one on my watch. See enclosed.

Anything to be concerned about?

## 09/01/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**hip update 2023-09-01**

| From | To | Sent |
| --- | --- | --- |
| Steven Weller | Erin Alyson (P.A.-C) Dobler | 9/1/2023 9:39 AM |

Since we talked on 8/16 I've tapered off the pregabalin, taking the last dose 8/25.

Over the last two weeks I've overall been able to use the wheelchair less, with no use in the last three days. My activity is limited to normal movement around the house, and has included occasional trips up and down stairs. I use a cane/wheelchair when out.

I'm continuing the PT exercise and am cautiously optimistic that this is what is making the difference. Left hip continues to be pain free at this level of activity. Right hip can still hurt to distracting levels the next day if I overdo it. Right hip MRI tomorrow.

## 09/01/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**hands update 2023-09-01**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/8/2023 10:45 AM by Steven Weller | Steven Weller | 9/7/2023 4:32 PM |

Mr. Weller,

Thank you for your email update. Please continue to keep me up-to-date as things improve with the rest.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/1/2023 11:41 AM by Steven Weller | Steven Weller | 9/1/2023 10:08 AM |

Thank you for your message. I'll be out of the office through 9/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

psychiatric emergency, call 911 or go to the nearest hospital.

**hands update 2023-09-01**

| From | To | Sent |
| --- | --- | --- |
| Steven Weller | Brian Poeu (M.D.) Lee | 9/1/2023 10:08 AM |

I took the last pregabalin evening 8/25 as plannned. That same day was unusually good for both hip and hand pain, coinciding with the resolution of a stressful event, so maybe stress is a systemic factor here.

8/26 overdid hands and hips. 8/27 back in the wheelchair and overdid hands badly dealing with medical leave web sites on the computer, significantly lowering my mood and making me angry at everything. I wasn't prepared for the return of high levels of pain and high sensitivity to use that comes with stopping the drug. It took three days for my left hard/arm pain to subside. It was, however, a relief to be free of side effects.

I still feel constant low-level stinging in both hands at a minimum. The left is consistently worse and more sensitive that the right. I have not been able to rest my hands as much as I have wanted this week because my wife has been out of town, but she returns 8/2. Next week I hope to be able to give my hands better rest and be more active.

## 09/01/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>9/2/2023 5:12 PM by Steven Weller | Steven Weller | 9/1/2023 4:28 PM |

Thank you for your message. I'll be out of the office through 9/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**hands update 2023-09-01**

| From | To | Sent |
|---|---|---|
| Steven Weller | Brian Poeu (M.D.) Lee | 9/1/2023 4:28 PM |

I took the last pregabalin evening 8/25 as plannned. That same day was unusually good for both hip and hand pain, coinciding with the resolution of a stressful event, so maybe stress is a systemic factor.

8/26 overdid hands and hips. 8/27 back in the wheelchair and overdid hands badly dealing with medical leave web sites on the computer, significantly lowering my mood and making me angry at everything. I wasn't prepared for the return of high levels of pain and high sensitivity

to use that comes with stopping the drug. It took three days for my left hard/arm pain to subside. It was, however, a relief to be free of side effects.

I still feel constant low-level stinging in both hands at a minimum. The left is consistently worse and more sensitive that the right. This next week I hope to be able to give my hands better rest and be more active. Another data point which I don't understand: driving makes both my hands feel better.

## 09/01/2023 - Office Visit in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **RIGHT HIP JOINT PAIN (primary) [M25.551]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Remove | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 09/01/2023 1143 |
| Add | **BILAT HAND PAIN (primary)** | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 09/01/2023 1143 |
| Diagnosis #2 | | | | |
| Add | **RIGHT HIP JOINT PAIN (primary)** | M25.551 | Mendoza, Angela Marie (P.T.) | 09/01/2023 1143 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 9/1/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

**Physical Medicine Notes**

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 9/1/2023 1142**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Mendoza, Angela Marie (P.T.) | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 9/1/2023 12:17 PM | Encounter Date: 9/1/2023 | Creation Time: 9/1/2023 11:42 AM |
| Status: Signed | Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL) | |

**PLAN OF CARE** – established on 6/21/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023.
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:

PT Lower Extremity Goals: Patient will be able to walk/bike 150 minutes without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 9/1/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 9/1/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 9/1/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 9/1/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 9/1/2023**

Treatment may include:

- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=======================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 5/6

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking

EASING FACTORS:
History of pain medicaiton

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 1-2/10 (right hip), at its worst in the last two weeks 7-8/10 (more than 5 minute standing/walking); 0/10 left hip
Observation: Presented in wheelchair, able to walk inside the clinic
Patient is consistent with HOME EXERCISE PROGRAM supine portion 2X/day
Patient reports stopping pregabalin.
He denies decreased sensation in BILATERAL LOWER EXTREMITIES and face

**OBJECTIVE:**
RANGE OF MOTION:
Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |

| | |
|---|---|
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Supine Bridge with hip abduction- 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps **ONLY functionally during the day**
-Heel raises

Patient tolerated treatment well.

Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 08/11/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking.

Patient demonstrated progression towards goal decreased pain in right hip 1-2/10 at the present moment

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Wait to progress patient after clearance with PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 9/1/2023 12:17 PM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064228] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 09/01/23 1217** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 09/01/23 1217 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 09/01/23 - Class: Back Office
Quantity: 3
Diagnoses
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
| --- | --- |
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

## 09/01/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

After Visit Summary (below)

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** [illegible]

Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday September 1, 2023. The following issue was addressed: RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

What's Next

MRI
Date: Saturday September 2, 2023
Time: 9:00 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

[illegible]

Orientation
With: KELEIGH J SANCHEZ AUD
Date: Wednesday September 6, 2023
Time: 1:30 PM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

[illegible]

With: KELEIGH J SANCHEZ AUD
Date: Wednesday September 20, 2023
Time: 9:30 AM
Where to go: HEARING AID CENTER
Address: 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone: 408-553-6900

[illegible]


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## What's Next (continued)

[illegible]
With ANGELA MARIE MENDOZA PT
Date Friday September 22, 2023
Time 9:00 AM
[illegible] REHABILITATION SVCS
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-554-9810

[illegible]

Office Visit
With BRIAN POEU LEE MD
Date Friday October 20, 2023
Time 8:30 AM
[illegible] NEUROLOGY
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-851-4435

[illegible]

## Stay Connected

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests.
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions.
**My KP Meds** - schedule reminders to take your medications or order refills.

## [illegible]

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purposes:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

## 09/05/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**Right hip MRI results are in**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>9/5/2023 10:29 AM by Steven Weller | Steven Weller | 9/5/2023 9:41 AM |

Hi Steven,

I took a look at the results. I think focusing on the bed exercises is the safest things along with pool exercises for pain management. Remember try not to overexert yourself and incorporate more icing by your hip 20 minutes every two hours if pain is greater than 4/10, or after new activity

Keep me posted.
Angela

**Right hip MRI results are in**

| From | To | Sent |
|---|---|---|
| Steven Weller | Angela Marie (P.T.) Mendoza | 9/5/2023 8:53 AM |

Should I change any of the exercises I am doing based on the results of my right hip MRI?

## 09/05/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Re: MRI results**

| From | To | Sent |
|---|---|---|
| Steven Weller | Erin Alyson (P.A.-C) Dobler | 9/6/2023 7:38 AM |

Yes I would like to start that conversation.

**MRI results**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>9/6/2023 7:36 AM by Steven Weller | Steven Weller | 9/5/2023 9:43 PM |

Hi Steven,
Your MRI results are below. It looks like the arthritis is the cause of your hip pain. It does also show some hamstring tendinitis which is likely secondary. Would you like to speak with one of our total joint surgeons to get their opinion/recommendations?

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Impression**

Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

## 09/06/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Sedgwick asking for more medical information**

| From | To | Sent |
|---|---|---|
| Steven Weller | Brian Poeu (M.D.) Lee | 9/6/2023 9:28 AM |

FYI: Sedgwick is asking for more medical data from Kaiser:

Hello, I have received the paperwork you uploaded. At this time we are still needing office visit notes from 08/21/2023 to present. The office visit notes received were prior to you being out of work and we are needing office notes from when you started being out of work. A request has been sent to your Kaiser for these notes. Once received will be able to review your claim at this time. In regards to the 7 day waiting period, you do not need to enter any time in for this time frame. Once the claim goes into approval status Sedgwick will notify Apple of what you choose to use for the 7 day waiting period. We have on file that you choose to you sick time, is this still correct? Thanks Stacy ...LESS

## 09/06/2023 - Patient Secure Message in PULMONARY MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Lim, Richmond L (Rcp)

**Department**

| Name | Address | Phone |
|---|---|---|
| PULMONARY MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2570 |

**Messages**

**Re: medical certificate for utility company**

| From | To | Sent and Delivered |
|---|---|---|
| Richmond L (Rcp) Lim<br>Last Read in kp.org<br>9/12/2023 1:15 PM by Steven Weller | Steven Weller | 9/12/2023 11:55 AM |

Yes you may have to bring it in and we can have the Dr sign it.

**Re: medical certificate for utility company**

| From | To | Sent |
|---|---|---|
| Steven Weller | Richmond L (Rcp) Lim | 9/12/2023 10:47 AM |

This would be for Portland General Electric (aka PGE) who have a different form from Pacific Gas and Electric (aka PG&E).

I have a copy of their form as a PDF. Would I need to drop the form off in paper form?

**medical certificate for utility company**

| From | To | Sent and Delivered |
|---|---|---|
| Richmond L (Rcp) Lim<br>Last Read in kp.org<br>9/12/2023 10:41 AM by Steven Weller | Steven Weller | 9/8/2023 10:51 AM |

Hi Steven,

We have a PG&E form here that we fill out with Dr signature. Then you fill out the other side and mail it to PG&E address provided in form. How would you like to receive form... mail, fax, or pick up from sleep lab(unable to email)?

Rich

**medical certificate for utility company**

| From | To | Sent |
| --- | --- | --- |
| Steven Weller | Richmond L (Rcp) Lim | 9/6/2023 9:19 PM |

I have a form that a utility company needs filled in to say I have a medical need for electricity (CPAP user).

Is that something your department fills in, or should I go to Santa.Clara.ROI.Dept@kp.org?

## 09/06/2023 - Office Visit in HEARING AID CENTER.

**Visit Information**

**Provider Information**

**Encounter Provider**

Sanchez, Keleigh J. (Au.D)

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Reason for Visit**

**Chief Complaint**

- HEARING AID CHECK

**Visit Diagnosis**

- **BILAT HEARING LOSS (primary) [H91.93]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **BILAT HEARING LOSS (primary)** | H91.93 | Sanchez, Keleigh J. (Au.D) | 09/06/2023 1352 |

**Clinical Notes**

**Unknown**

**Progress Notes by Sanchez, Keleigh J. (Au.D) at 9/6/2023 1344**

**Version 1 of 1**

Author: Sanchez, Keleigh J. (Au.D) Service: — Author Type: AUDIOLOGIST
Filed: 9/6/2023 1:52 PM Encounter Date: 9/6/2023 Creation Time: 9/6/2023 1:44 PM
Status: Signed Editor: Sanchez, Keleigh J. (Au.D) (AUDIOLOGIST)

**Fed EX lost impressions. Had to bring in today for new impressions.**
**Resound has the order.**
Ear mold impression: ear mold impression taken without incident.

**Order placed for: Resound, Omnia 9 mini R, graphite 77, ric2 HP, soft mold with lock and helix lock. Premium charger**

Hearing Aids:
Laterality: bilateral
Manufacturer: HA Manufacturers: GN ReSound
Style: HA Styles: RIC
Color: graphite
Battery: Rechargeable Lithium Ion

Acoustic Coupling:
Manufacturer: resound
Receiver Size: 2HP
Dome Size: n/a

## 09/06/2023 - Office Visit in HEARING AID CENTER. (continued)

**Clinical Notes (continued)**

Style: long, deep canal, canal lock and helix lock
Material: soft
Vent: AOV
Color: clear

Accessories:
Premium charger

Kept the 9/20 at 9:30am appointment but reminded him that it's only 30 min, therefore, we will complete the fitting to his requests from the previous discussion and he can try them out for 2 weeks
Staff set up another appointment in early October to follow up. This appointment should be 1 hour if possible.

Electronically signed by Sanchez, Keleigh J. (Au.D) at 9/6/2023 1:52 PM

**Procedures**

**Procedures**

**EXAM AND SELECTION, HEARING AID BINAURAL [1561064229] (Active)**

Electronically signed by: **Sanchez, Keleigh J. (Au.D) on 09/06/23 1352** Status: **Active**
Ordering user: Sanchez, Keleigh J. (Au.D) 09/06/23 1352 Authorized by: Sanchez, Keleigh J. (Au.D)
Ordering mode: Standard
Frequency: Today 09/06/23 - Class: Back Office
Quantity: 1
Diagnoses
BILAT HEARING LOSS [H91.93]

**Provider Details**

| Provider | NPI |
|---|---|
| Sanchez, Keleigh J. (Au.D) | 1871639393 |

**Indications**

BILAT HEARING LOSS [H91.93 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** [illegible]

Today's Visit

You saw KELEIGH J. SANCHEZ AUD on Wednesday September 6, 2023. The following issue was addressed: BOTH SIDES HEARING LOSS

Done Today
HEARING AID EXAM, BINAURAL

What's Next

[illegible]
With KELEIGH J. SANCHEZ AUD
Date Wednesday September 20, 2023
Time 9:30 AM
Where to go HEARING AID CENTER
Address 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone 408-553-6900

[illegible]

PT Office Visit
With ANGELA MARIE MENDOZA PT
Date Friday September 22, 2023
Time 9:00 AM
Where to go REHABILITATION SVCS
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-554-9810

[illegible]

[illegible]

[illegible]
With KELEIGH J. SANCHEZ AUD
Date Wednesday October 11, 2023
Time 2:30 PM
Where to go HEARING AID CENTER
Address 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone 408-553-6900

[illegible]


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

What's Next (continued)

[illegible]
[illegible] BRIAN POEU LEE MD
[illegible] Friday October 20, 2023
[illegible] 8:30 AM
[illegible] NEUROLOGY
[illegible] 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-851-4435

[illegible]

[illegible]
With KELEIGH J SANCHEZ AUD
Date Wednesday October 25, 2023
[illegible] 9:00 AM
[illegible] HEARING AID CENTER
Address 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
Phone 408-553-6900

[illegible]

Stay Connected!
Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

[illegible]
No changes were made to your prescriptions during this visit.

Medications Marked As Taking
No Medications Marked As Taking

Exercise Minutes Per Week
0

Exercise is Important!

Being physically active is one of the best things you can do to for your health!
You should get at least 30 minutes of moderate physical activity every day, or 150 minutes a week, unless you have specific medical limitations or restrictions. Regular physical activity can significantly reduce your risk for heart disease, stroke, diabetes, falls, and certain cancers. It can also improve sleep, mental well-being, and quality of life. Build activity into your daily routine:

- Use the stairs instead of the elevator
- Run simple errands on foot
- Bike to work
- Take a walk during your break

You can also break up your physical activity into multiple 10- or 15-minute sessions. Even small amounts of physical activity can improve your health. Make it a habit by choosing activities that you enjoy at times of day that work best for you.
To get support to meet your activity, weight, or stress management goals, call 1-866-251-4514 to schedule a phone appointment with a wellness coach. For more resources, visit kpdoc.org/exercise.

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## 08/24/2023 - MRI in MRI
## Hospital INFO

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |
| **Admission Date/Time** | **Discharge Date/Time** | **Hospital Service** | **Auth/Cert Status** |
| 08/24/23 03:10 PM | 08/24/23 11:59 PM | | |
| **Hospital Area** | **Unit** | **Room/Bed** | |
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care. | |

## 08/24/2023 - MRI in MRI (continued)

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

### Reason for Visit

#### Visit Diagnoses

- SOFT TISSUE MASS [M79.9]
- LEFT HIP JOINT PAIN [M25.552]
- WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]
- OSTEOARTHRITIS OF RIGHT HIP [M16.11]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SOFT TISSUE MASS | M79.9 | System, Generated | 08/24/2023 1510 |
| Diagnosis #2 | | | | |
| Add | LEFT HIP JOINT PAIN | M25.552 | System, Generated | 08/24/2023 1510 |
| Diagnosis #3 | | | | |
| Add | WORK UP IN PROGRESS, NEUROLOGIC | ADMIN CODE | System, Generated | 08/24/2023 1510 |
| Diagnosis #4 | | | | |
| Add | OSTEOARTHRITIS OF RIGHT HIP | M16.11 | System, Generated | 08/24/2023 1510 |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 322192184777 | Outpatient | Billed | KFHP 1000 - HMOX HMO(E) PLAN 4320114 |

#### Guarantor Account (for Hospital Account #322192184777)

## 08/24/2023 - MRI in MRI (continued)

### Visit Account Information (continued)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| | | H)<br>O) | | |

#### Coverage Information (for Hospital Account #322192184777)

| F/O Payor/Plan | | Precert # |
|---|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| 393 E WALNUT ST<br>PASADENA, CA 91188 | | |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| A9575 | INJECTION GADOTERATE MEGLUMINE 0.1 ML | 8/24/2023 4:41 PM | McCormick, Craig Martin (M.D.) | | 130 |
| 73720 | MRI LOWER EXTREM OTH/THN JT W/O & W/CONTR MATR | 8/24/2023 4:41 PM | McCormick, Craig Martin (M.D.) | LT | 1 |
| 72141 | MRI SPINAL CANAL CERVICAL W/O CONTRAST MATRL | 8/24/2023 4:41 PM | Mamlouk, Mark Daniel (M.D.) | | 1 |
| 73720 | MRI LOWER EXTREM OTH/THN JT W/O & W/CONTR MATR | 8/25/2023 4:41 PM | McCormick, Craig Martin (M.D.) | 26, LT | 1 |
| 72141 | MRI SPINAL CANAL CERVICAL W/O CONTRAST MATRL | 8/25/2023 4:41 PM | Mamlouk, Mark Daniel (M.D.) | 26 | 1 |

### Events

#### Hospital Outpatient at 8/24/2023 1510

Unit: MRI
Patient class: Outpatient

#### Discharge at 8/24/2023 2359

Unit: MRI
Patient class: Outpatient

### Imaging

#### Imaging

**MR MUSCULOSKELETAL [1540314833] (Final result)**

Electronically signed by: **Fang, Andrew Sun (M.D.) on 02/10/23 1505** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Fang, Andrew Sun (M.D.) 02/10/23 1505 Authorized by: Fang, Andrew Sun (M.D.)
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
SOFT TISSUE MASS [M79.9]
LEFT HIP JOINT PAIN [M25.552]

**Provider Details**

| Provider | NPI |
|---|---|

**Imaging (continued)**

Fang, Andrew Sun (M.D.) 1568540169

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR MUSCULOSKELETAL [1540314833]** Resulted: 08/25/23 0856, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 08/25/23 0859
Accession number: 12205222756
Resulted by: McCormick, Craig Martin (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627
Resulting lab: NCAL PWS INTERFACE

Narrative
MRI LEFT THIGH WITHOUT AND WITH CONTRAST

** HISTORY **:
61 years old, left lateral thigh mass for follow-up.

** TECHNIQUE **:
MR images of the left thigh acquired without and with 13 mL Clariscan intravenous contrast.

COMPARISON: MR 1/20/2023

** FINDINGS **:
SOFT TISSUES: Again noted within the vastus lateralis is a circumscribed intramuscular mass lesion with elongated appearance that measures 2.0 x 1.4 x 3.3 cm. Previously noted tapering edema extending superiorly and inferiorly has resolved. Mass has decreased in size from comparison study. It has high T2 and low T1 signal intensity with heterogeneous postcontrast enhancement. Findings could reflect a nerve sheath tumor possibly with hemorrhage on prior exam which could explain this size discrepancy with smaller size on current exam.

OTHER: Neurovascular structures are intact. No significant bursitis. No joint effusion. No inguinal adenopathy.

BONES: Visualized femur marrow signal is normal.

Impression
Interval decrease in size of heterogeneously enhancing high T2 signal intensity intramuscular mass involving the vastus lateralis. Lack of interval growth suggests a benign etiology, possibly a nerve sheath tumor.

Acknowledged by: Fang, Andrew Sun (M.D.) on 08/28/23 0756

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI LEFT THIGH WITHOUT AND WITH CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT LEG WO/W CONTRAST. [250913] | |

**Recipients**

**Fang, Andrew Sun (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|

Imaging (continued)

| | | | | |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 625365413 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1089 - Unknown | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR MUSCULOSKELETAL [1540314833]** Resulted: 08/24/23 1615, Result status: In process

Order status: Completed
Filed by: Caracci, Christina 08/24/23 1615
Accession number: 12205222756
Resulted by: McCormick, Craig Martin (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT LEG WO/W CONTRAST. [250913] | |

**Reviewed by**

Fang, Andrew Sun (M.D.) on 08/28/23 1340

**Indications**

SOFT TISSUE MASS [M79.9 (ICD-10-CM)]
LEFT HIP JOINT PAIN [M25.552 (ICD-10-CM)]

**Signed**

Electronically signed by McCormick, Craig Martin (M.D.) on 8/25/23 at 0856 PDT

**All Reviewers List**

Fang, Andrew Sun (M.D.) on 8/28/2023 1:40 PM

**MR SPINE [1540314835] (Final result)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 07/26/23 1424** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lee, Brian Poeu (M.D.) 07/26/23 1424
Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR SPINE [1540314835]** Resulted: 08/25/23 0856, Result status: Final result

Order status: Completed
Filed by: Ps360 Results 08/25/23 0859
Resulted by: Mamlouk, Mark Daniel (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627

**Imaging (continued)**

Accession number: 12205222757 Resulting lab: NCAL PWS INTERFACE
Narrative:
MRI CERVICAL SPINE WITHOUT CONTRAST

** HISTORY **:
61 years old, bilateral hand pain

** TECHNIQUE **:
MR images of the cervical spine acquired without intravenous contrast.

COMPARISON: None available.

** FINDINGS **:
SPINAL CORD: Normal.

DISCS: Multilevel disc dessication.

BONES: Vertebral body height and alignment are normal. Marrow signal is normal.

SOFT TISSUES: Normal.

C2-C3: No canal or foraminal stenosis.

C3-C4: No canal or foraminal stenosis.

C4-C5: No canal or foraminal stenosis.

C5-C6: Disc osteophyte complex and bilateral facet arthropathy result in moderate bilateral foraminal stenosis.

C6-C7: Disc osteophyte complex results in mild bilateral foraminal stenosis.

C7-T1: No canal or foraminal stenosis.

OTHER: Visualized posterior fossa is normal.

Impression:

Bilateral C5-C6 and C6-C7 foraminal stenosis secondary to degenerative changes that may contribute to symptoms.

Acknowledged by: Lee, Brian Poeu (M.D.) on 08/28/23 1142

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI CERVICAL SPINE WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI CERVICAL SPINE NO CONTRAST [250879] | |

**Recipients**

**Lee, Brian Poeu (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 625365419 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1089 - Unknown | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR SPINE [1540314835]** Resulted: 08/24/23 1615, Result status: In process

Order status: Completed
Filed by: Caracci, Christina 08/24/23 1615
Accession number: 12205222757

Resulted by: Mamlouk, Mark Daniel (M.D.)
Performed: 08/24/23 1641 - 08/24/23 1627

| Procedures Performed | Chargeables |
|---|---|
| MRI CERVICAL SPINE NO CONTRAST [250879] | |

**Reviewed by**

Lee, Brian Poeu (M.D.) on 08/28/23 1142

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

**Signed**

Electronically signed by Mamlouk, Mark Daniel (M.D.) on 8/25/23 at 0856 PDT

**All Reviewers List**

Lee, Brian Poeu (M.D.) on 8/28/2023 11:42 AM

**MR HIP BONY PELVIS [1561064227] (Final result)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 08/09/23 1219** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Dobler, Erin Alyson (P.A.-C) 08/09/23 1219
Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence
Class: Normal
Quantity: 1
Lab status: Final result
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
OSTEOARTHRITIS OF RIGHT HIP [M16.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 1657, Result status: Final result

Order status: Completed
Filed by: Ps360 Results 09/02/23 1700
Accession number: 12205222758

Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918
Resulting lab: NCAL PWS INTERFACE

Narrative
MRI RIGHT HIP WITHOUT CONTRAST

**Imaging (continued)**

** HISTORY **:
61 years old, right hip mild DJD with severe pain

** TECHNIQUE **:
MR images of the right hip acquired without contrast.

COMPARISON: None available.

** FINDINGS **:
LABRUM AND CAPSULE: Probable small anterior superior labral tear on image 14 and 15 of series 8. Capsular ligaments are intact.

TENDONS AND MUSCLES: Visualized portions of the gluteal, iliopsoas, rectus femoris and adductor tendons are intact. Mild hamstring tendinosis. Visualized muscles demonstrate normal signal and morphology.

JOINT AND BURSAL FLUID: No significant joint effusion or intra-articular bodies. No trochanteric bursitis. No focal fluid collections.

PELVIC VISCERA/OTHER: Visualized portions of the pelvic viscera demonstrate no significant abnormalities.

BONES AND CARTILAGE: Mild subcortical cystic change in the femoral head and femoral head neck junction. No fracture, contusion or avascular necrosis. Small focal area of superior hip joint moderate to marked focal chondral loss on image 7 and 8 of series 9 and on image 10 of series 8.

Impression:
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Acknowledged by: Dobler, Erin Alyson (P.A.-C) on 09/05/23 2135

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI RIGHT HIP WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST, [250955] | |

**Recipients**

**Dobler, Erin Alyson (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 627142082 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Imaging (continued)

| | | | | |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 0848, Result status: In process

Order status: Completed
Filed by: Lewis, Renee' 09/02/23 0848
Accession number: 12205222758

Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918

**Procedures Performed** | **Chargeables**

MRI RIGHT HIP NO CONTRAST [250955]

**Reviewed by**

Dobler, Erin Alyson (P.A.-C) on 09/05/23 2143

**Indications**

OSTEOARTHRITIS OF RIGHT HIP [M16.11 (ICD-10-CM)]

**Signed**

Electronically signed by Stanley, Grant Ernest (M.D.) on 9/2/23 at 1657 PDT

**All Reviewers List**

Dobler, Erin Alyson (P.A.-C) on 9/5/2023 9:43 PM

## 09/02/2023 - MRI in MRI
## Hospital INFO

**Admission Information**

**Current Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 09/02/23 08:37 AM | 09/02/23 11:59 PM | | |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care | |

## 09/02/2023 - MRI in MRI (continued)

**Visit Information**

**Department**

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

**Visit Account Information**

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 3221924794<br>30 | Outpatient | Billed | KFHP 1000 - HMOX<br>HMO(E) PLAN<br>4320114 |

**Guarantor Account (for Hospital Account #322192479430)**

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| | | H)<br>O) | | |

**Coverage Information (for Hospital Account #322192479430)**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| 393 E WALNUT ST<br>PASADENA, CA 91188 | | |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73721 | MRI ANY JT LOWER EXTREM W/O CONTRAST MATRL | 9/2/2023 9:18 AM | Stanley, Grant Ernest (M.D.) | 26, RT | 1 |

## 09/02/2023 - MRI in MRI (continued)

**All Charges for This Encounter (continued)**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73721 | MRI ANY JT LOWER EXTREM W/O CONTRAST MATRL | 9/2/2023 9:18 AM | Stanley, Grant Ernest (M.D.) | RT | 1 |

**Events**

**Hospital Outpatient at 9/2/2023 0837**

Unit: MRI
Patient class: Outpatient

**Discharge at 9/2/2023 2359**

Unit: MRI
Patient class: Outpatient

**Imaging**

**Imaging**

**MR HIP BONY PELVIS [1561064227] (Final result)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 08/09/23 1219** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Dobler, Erin Alyson (P.A.-C) 08/09/23 1219
Ordering mode: Standard
Frequency: Routine 08/24/23 1510 - 1 occurrence
Quantity: 1
Instance released by: Bonnit, Lucilla H 8/24/2023 3:10 PM
Diagnoses
OSTEOARTHRITIS OF RIGHT HIP [M16.11]

Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordered during: MRI on 08/24/2023
Class: Normal
Lab status: Final result

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 1657, Result status: Final result

Order status: Completed
Filed by: Ps360.Results 09/02/23 1700
Accession number: 12205222758
Narrative
MRI RIGHT HIP WITHOUT CONTRAST

Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918
Resulting lab: NCAL PWS INTERFACE

** HISTORY **:
61 years old, right hip mild DJD with severe pain.

** TECHNIQUE **:
MR images of the right hip acquired without contrast.

COMPARISON: None available.

** FINDINGS **:
LABRUM AND CAPSULE: Probable small anterior superior labral tear on image 14 and 15 of series 8. Capsular ligaments are intact.

**Imaging (continued)**

TENDONS AND MUSCLES: Visualized portions of the gluteal, iliopsoas, rectus femoris and adductor tendons are intact. Mild hamstring tendinosis. Visualized muscles demonstrate normal signal and morphology.

JOINT AND BURSAL FLUID: No significant joint effusion or intra-articular bodies. No trochanteric bursitis. No focal fluid collections.

PELVIC VISCERA/OTHER: Visualized portions of the pelvic viscera demonstrate no significant abnormalities.

BONES AND CARTILAGE: Mild subcortical cystic change in the femoral head and femoral head neck junction. No fracture, contusion or avascular necrosis. Small focal area of superior hip joint moderate to marked focal chondral loss on image 7 and 8 of series 9 and on image 10 of series 8.

Impression:
Possible small anterior superior labral tear although exam limited without significant intra-articular fluid.

Mild hamstring tendinosis.

Focal moderate to high-grade chondral loss at the superior hip joint.

Mild subcortical cystic change in the femoral head and femoral head neck junction is likely degenerative or sequelae of impingement.

Acknowledged by: Dobler, Erin Alyson (P.A.-C) on 09/05/23 2135

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI RIGHT HIP WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST. [250955] | |

**Recipients**

**Dobler, Erin Alyson (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 627142082 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR HIP BONY PELVIS [1561064227]** Resulted: 09/02/23 0848, Result status: In process

Order status: Completed
Filed by: Lewis, Renee' 09/02/23 0848
Accession number: 12205222758

Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 09/02/23 0918 - 09/02/23 0918

| Procedures Performed | Chargeables |
|---|---|
| MRI RIGHT HIP NO CONTRAST. [250955] | |

**Reviewed by**

## 09/02/2023 - MRI in MRI (continued)

**Imaging (continued)**

Dobler, Erin Alyson (P.A.-C) on 09/05/23 2143

**Indications**

OSTEOARTHRITIS OF RIGHT HIP [M16.11 (ICD-10-CM)]

**Signed**

Electronically signed by Stanley, Grant Ernest (M.D.) on 9/2/23 at 1657 PDT

**All Reviewers List**

Dobler, Erin Alyson (P.A.-C) on 9/5/2023 9:43 PM

5820231017004736

Lincoln/Weller 2565

**Patient**

KAISER PERMANENTE®

## Kaiser Permanente Disclosure of Patient Medical Information

Kaiser Permanente documents patient medical record information in a Federally certified electronic medical record.

The output contained in this file is one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation
- If a medical certification form was requested, we may have substituted relevant medical records in lieu of form completion
- We may have also substituted a standardized electronic form, generated from our certified electronic medical record in lieu of form completion

State and federal law permit the use of electronic signatures (e-signatures) and electronic records in connection with transactions between parties.

- Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud
- The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures

This record output was generated on 10/17/23 and certified by Kaiser Permanente Release of Medical Information

## 10/02/2023 - Assist in HEARING AID CENTER.

**Visit Information**

**Provider Information**

**Encounter Provider**

Altun Hernandez, Honorio Agustin (M.A.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Clinical Notes**

**Unknown**

**Staff Note by Altun Hernandez, Honorio Agustin (M.A.) at 10/2/2023 1053**

Version 1 of 1

| | | |
| --- | --- | --- |
| Author: Altun Hernandez, Honorio Agustin (M.A.) | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 10/2/2023 10:55 AM | Encounter Date: 10/2/2023 | Creation Time: 10/2/2023 10:53 AM |
| Status: Signed | Editor: Altun Hernandez, Honorio Agustin (M.A.) (MEDICAL ASSISTANT) | |

Pt dropped of charger and took loaner 2382095140 and will msg Dr. Sanchez if still having the issue

Electronically signed by Altun Hernandez, Honorio Agustin (M.A.) at 10/2/2023 10:55 AM

## 10/03/2023 - Patient Secure Message in HEARING AID CENTER.

**Visit Information**

**Provider Information**

**Encounter Provider**

Sanchez, Keleigh J. (Au.D)

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Messages**

**Replacement charger, night of 2023-10-02**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>10/3/2023 5:03 PM by Steven Weller | Weller, Steven | 10/3/2023 2:58 PM |

Great, so we now know it's not the aids doing this.
I will send the charger back for a replacement.

I'll let you know when it arrives. Just continue to use my charger for now.

**Replacement charger, night of 2023-10-02**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/3/2023 2:53 PM |

No hearing aid whistling Monday night.

## 10/08/2023 - Patient Secure Message in HEARING AID CENTER.

**Visit Information**

**Provider Information**

**Encounter Provider**

Sanchez, Keleigh J. (Au.D)

**Department**

| Name | Address | Phone |
|---|---|---|
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Messages**

**More charger feedback**

| From | To | Sent and Delivered |
|---|---|---|
| Keleigh J. (Au.D) Sanchez<br>Last Read in kp.org<br>10/9/2023 9:01 AM by Steven Weller | Weller, Steven | 10/9/2023 8:33 AM |

I'm glad to hear that you are charging successfully.
I will let you know when the new charger arrives.

**More charger feedback**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Keleigh J. (Au.D) Sanchez | 10/8/2023 2:25 PM |

Three more nights with the charger you loaned me and no whistling.

I also tried another travel charger we have (micro USB version, central cavity for molds) and that has worked fine.

## 10/08/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/9/2023 8:29 AM by Steven Weller | Weller, Steven | 10/8/2023 2:55 PM |

Thank you for your message. I'll be out of the office through 10/10/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-06**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/8/2023 2:55 PM |

I've just completed week 7 of medical leave. My return to work date is currently set as Thursday 10/19, but my hands are still not useful for much of anything related to computers. I would like to extend my medical leave period to see if more time yields any improvement, but at this point I consider myself too disabled to work, maybe permanently so. How much more time would you recommend? I can request this from Sedgwick and there will be paperwork again.

**Messages (continued)**

I stopped using the elbow brace last Friday and my left arm felt better over the weekend. However, Tuesday, and Wednesday featured a lot of left elbow and arm pain and stiffness in both hands and I lost two days to distracting pain. Friday things improved, but since then my right wrist has been hurting. I've started moving my arms around in the water while I'm water walking (twice a week) and that seems to be benign. Wearing a wrist brace on my left hand does seem to help my elbow.

## 10/08/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/9/2023 8:29 AM by Steven Weller | Weller, Steven | 10/8/2023 3:02 PM |

Thank you for your message. I'll be out of the office through 10/10/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**someone else with the same condition?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/8/2023 3:02 PM |

https://www.reddit.com/r/smallfiberneuropathy/comments/1726yig/pain_in_fingertips_when_on_keyboardmicetouch/

My wife found this online. Same sensitivity to touch and sliding and can handle tools as I can. Switches hands to cope and also experiences the spreading effect.

# 10/08/2023 - Ancillary Procedure in MRI

## Visit Information

### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4100 |

## Reason for Visit

### Visit Diagnosis

- LEFT ELBOW JOINT PAIN [M25.522]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | System, Generated | 10/08/2023 1629 |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73221 | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | 10/8/2023 5:30 PM | Stanley, Grant Ernest (M.D.) | TC, LT | 1 |
| 73221 | MRI ANY JT UPPER EXTREMITY W/O CONTRAST MATRL | 10/9/2023 5:30 PM | Stanley, Grant Ernest (M.D.) | 26, LT | 1 |

## Imaging

### Imaging

#### MR ELBOW [1561064236] (Final result)

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 09/29/23 1455** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Dobler, Erin Alyson (P.A.-C) 09/29/23 1455 Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: Routine 09/29/23 - Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Inthavong, Viengkeo 10/8/2023 4:29 PM
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR ELBOW [1561064236]** Resulted: 10/09/23 0856, Result status: Final result

Order status: Completed Resulted by: Stanley, Grant Ernest (M.D.)
Filed by: Ps360,Results 10/09/23 0859 Performed: 10/08/23 1730 - 10/08/23 1711
Accession number: 12205392144 Resulting lab: NCAL PWS INTERFACE
Narrative:
MRI LEFT ELBOW WITHOUT CONTRAST

## 10/08/2023 - Ancillary Procedure in MRI (continued)

**Imaging (continued)**

** HISTORY **:
62 years old, left elbow follow-up. Diffuse pain. Previous subchondral edema capitellum.

** TECHNIQUE **:
MR images of the left elbow acquired without contrast.

COMPARISON: Radiograph 1/11/2023

** FINDINGS **:
Mild limitation secondary to motion degradation.

LIGAMENTS: Lateral collateral ligament complex and medial/ulnar collateral ligament are intact.

TENDONS: Common flexor and extensor tendon origins are normal. No evidence for medial or lateral epicondylitis. Biceps, brachialis and triceps tendons are intact.

NERVES: Radial and median nerves are normal. Mild increased ulnar nerve T2 signal intensity on image 6 through 9 of series 7 with no discrete ulnar nerve lesion. Cubital tunnel retinaculum is intact.

MUSCULATURE: Muscles are normal without atrophy or denervation change.

FLUID/OTHER: Normal volume of joint fluid. No evidence for free intra-articular fragments. No distension of the olecranon bursa.

BONES AND CARTILAGE: There is mild subcortical bone marrow edema at the medial aspect of the capitellum best appreciated in the sagittal plane on image 15 and 16 of series 10. Cartilage is intact. Normal alignment.

Impression:
Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

Acknowledged by: Dobler, Erin Alyson (P.A.-C) on 10/10/23 1428

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI LEFT ELBOW WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT ELBOW NO CONTRAST. [250900] | |

**Recipients**

**Dobler, Erin Alyson (P.A.-C)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 634624942 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|