KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/8/2023

## 10/08/2023 - Ancillary Procedure in MRI (continued)

**Imaging (continued)**

| | | | | |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR ELBOW [1561064236]** Resulted: 10/08/23 1711, Result status: In process

Order status: Completed
Filed by: Ghafoor, Wahid A 10/08/23 1711
Accession number: 12205392144
Resulted by: Stanley, Grant Ernest (M.D.)
Performed: 10/08/23 1730 - 10/08/23 1711

| Procedures Performed | Chargeables |
|---|---|
| MRI LEFT ELBOW NO CONTRAST [250900] | |

**Reviewed by**

Dobler, Erin Alyson (P.A.-C) on 10/10/23 1428

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]

**Signed**

Electronically signed by Stanley, Grant Ernest (M.D.) on 10/9/23 at 0856 PDT

**All Reviewers List**

Dobler, Erin Alyson (P.A.-C) on 10/10/2023 14:28

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 10/9/2023

## 10/09/2023 - Refill in INTERNAL MEDICINE

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Chief Complaint**

- Medication Refill

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **OSTEOPOROSIS (primary)** | M81.0 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | OSTEOPOROSIS | M81.0 | Yes | Pharmacy, User | 10/09/2023 1616 |

**Other Orders**

**Medications**

**Alendronate (FOSAMAX) 70 mg Oral Tab [1561064237] (Active)**

Electronically signed by: **Ho, Irene Oi Yin (M.D.) on 10/09/23 1623** Status: **Active**
Ordering user: Ho, Irene Oi Yin (M.D.) 10/09/23 1623 Authorized by: Ho, Irene Oi Yin (M.D.)
Ordering mode: Standard
Frequency: Q7days 10/09/23 - 10/08/25 Class: zRefill-Pharmacy Use Only
Released by: Ho, Irene Oi Yin (M.D.) 10/09/23 1623
Diagnoses
OSTEOPOROSIS [M81.0]

**Provider Details**

| Provider | NPI |
|---|---|
| Ho, Irene Oi Yin (M.D.) | 1114004058 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Reordered from: Alendronate (FOSAMAX) 70 mg Oral Tab

**Indications**

OSTEOPOROSIS [M81.0 (ICD-10-CM)]

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/9/2023

## 10/09/2023 - Patient Secure Message in ORTHO/SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

McDonald, Erik Hall (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| ORTHO/SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Right hip follow-up**

| From | To | Sent and Delivered |
|---|---|---|
| Erik Hall (M.D.) McDonald<br>Last Read in kp.org<br>10/13/2023 8:24 AM by Steven Weller | Weller, Steven | 10/12/2023 2:56 PM |

Hi Steven,

I'm having my hip replacement collegues review your case and imaging and will let you know when I hear back from them.

Thanks for the additional information.

Best,

Erik McDonald, MD, MAS

**Right hip follow-up**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erik Hall (M.D.) McDonald | 10/9/2023 6:00 PM |

Were you able to glean anything further about my hip pain?

Since seeing you I've been using a wheelchair part-time around the house and have been continuing the water walking. It's very easy to overdo use of my hip.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/9/2023

**10/09/2023 - Patient Secure Message in SPORTS MEDICINE**

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Re: What's next for my hip?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 10/11/2023 4:36 PM |

It been recommended that I do water exercises five times a week, so I will try to keep up with that schedule. I also have some very gentle arm exercises to do.

Yes, my left arm/elbow is my biggest concern since the pain is so disabling, so I'd be interested in talking to a specialist.

**What's next for my hip?**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>10/11/2023 4:31 PM by Steven Weller | Weller, Steven | 10/10/2023 2:26 PM |

Hi Steven,
For now, continue doing the water exercise and to keep moving the hip to prevent stiffness. Dr. McDonald will be in touch.

Your elbow MRI results are below. Your previous MRI also showed some edema in the capitellum (end of the humerus/arm bone) at the joint. You also have a little inflammation near the ulnar nerve; I saw your previous EMG and the ulnar conduction was normal. I could set you up to see our upper extremity specialist for further evaluation if it is still bothersome. Let me know.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

Impression
Mild subcortical bone marrow edema at the medial aspect of the capitellum with no gross focal chondral

defect.

Mild increased T2 signal intensity within the ulnar nerve at the level of the medial epicondyle with no discrete lesion, nonspecific. Correlate with any signs or symptoms of ulnar neuritis.

**What's next for my hip?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 10/9/2023 6:07 PM |

Last week Dr McDonald concluded that surgery for my right hip was not warranted by the data and recommended against injections into the joint.

I'm continuing to use a wheelchair when I'm out and for part of the time around the house in order to keep the pain tolerable. I'm also doing water walking twice a week for exercise.

Where do we go from here?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/9/2023

## 10/09/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Medical leave update**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>10/10/2023 9:43 AM by Steven Weller | Weller, Steven | 10/10/2023 8:18 AM |

I am sorry to hear that this is all still bothering you. We will have to see what neurology and the MRI shows.

Take care,

Irene Ho MD

**Medical leave update**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Sci Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 10/9/2023 6:20 PM |

I'm now on week 8 of medical leave for my hands, with a return to work date currently set for 10/19. My hands have improved, but I'm still unable to use them for much of anything work-related for more than a few minutes and frequently get distracting left arm pain from normal daily use, so I've requested more time. I also have an in-person visit with Dr Lee on 10/20.

My right hip continues to cause pain, sometimes badly enough to be distracting. I'm in a wheelchair part of the time at home and always when I'm out anywhere. The pain is manageable at the expense of mobility. I'm very reliant on family members.

Of the two issues, my hands are of the greater concern. I feel disabled and stuck that way. I typically completely lose one or two days a week to really bad hand/arm pain. Hopefully the MRI results for my elbow are useful, since that appears to be the main trigger for the disiabling arm/hand pain.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/10/2023

## 10/10/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**Appointment cancellation**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>10/10/2023 10:33 AM by Steven Weller | Weller, Steven | 10/10/2023 10:27 AM |

No problem

Appointment number 408-851-1400

**Appointment cancellation**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 10/10/2023 9:33 AM |

I mistakenly cancelled our appointment today instead of another one.

Where should call to make another?

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/10/2023

## 10/10/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR. San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**MRI left elbow results are in**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/10/2023 9:47 AM |

I had an MRI of my left elbow taken the other day, so there is some more data to look at.

At the time of the MRI, I had minimal elbow pain and none of the horrible arm pain.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 10/10/2023

## 10/10/2023 - Office Visit in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Mendoza, Angela Marie (P.T.) | 10/10/2023 1526 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 10/10/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

**Physical Medicine Notes**

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 10/10/2023 1442**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 10/10/2023 3:26 PM Encounter Date: 10/10/2023 Creation Time: 10/10/2023 2:42 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 10/10/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 10/10/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 10/10/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 10/10/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 10/10/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY in 12 weeks.//

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
==========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 7/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 2/10 (right hip), at its worst in the last two weeks 7-8/10 (more than 5 minute standing/walking); 0/10 left hip.
3/10 in left elbow, at its worst 6/10

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began

going to the Tympany pool 2X/week, and did 20 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 30 degrees radial deviation, 30 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

Patient tolerated well, demonstrated improved ACTIVE RANGE OF MOTION as follows: **LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 10/10/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold

**Physical Medicine Notes (continued)**

- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================
Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved LEFT UPPER EXTREMITY elbow and wrist ACTIVE RANGE OF MOTION after therapeutic exercises

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 10/10/2023 3:26 PM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064238] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 10/10/23 1526** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 10/10/23 1526 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 10/10/23 - Class: Back Office

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/10/2023

## 10/10/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

Quantity: 3
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]

**Provider Details**

| Provider | NPI |
| --- | --- |
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

AFTER VISIT SUMMARY

**Steven Weller** [illegible]

KAISER PERMANENTE

[illegible]

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Tuesday October 10, 2023. The following issue was addressed: LEFT ELBOW JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

[illegible]
[illegible] BRIAN POEU LEE MD
[illegible] Friday October 20, 2023
[illegible] 8:30 AM
[illegible] NEUROLOGY
[illegible] 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
[illegible] 408-851-4435

[illegible]

[illegible]

[illegible]
[illegible] KELEIGH J. SANCHEZ AUD
[illegible] Wednesday October 25, 2023
[illegible] 9:00 AM
[illegible] HEARING AID CENTER
[illegible] 2894 HOMESTEAD RD
SANTA CLARA CA 95051-5224
[illegible] 408-553-6900

[illegible]

[illegible]


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## 10/10/2023 - Office Visit in REHABILITATION SVCS (continued)

**After Visit Summary (continued)**

What's Next (continued)

[illegible]
[illegible] ANGELA MARIE MENDOZA PT
[illegible] Tuesday November 7, 2023
[illegible] 2:40 PM
[illegible] REHABILITATION SVCS
[illegible] 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
[illegible] 408-554-9810

[illegible]

### Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

### Today's Medication Changes

No changes were made to your prescriptions during this visit.

### Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 10/11/2023

## 10/11/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Extension of medical leave**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/14/2023 1:56 PM by Steven Weller | Weller, Steven | 10/13/2023 5:28 PM |

Mr. Weller,

Thank you for your email. Let's see each other at our appointment then--we can write a new return to work date as you mention, and go from there. The MRI is consistent with an inflammation of the ulnar nerve at the elbow.

Take care,

Dr. Lee

**Extension of medical leave**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/11/2023 4:31 PM |

I replied to a text message about my return to work date from Sedgwick. Current is 10/19/2023, but my hands are so far not usable. I am proposing 11/20/2023 since I had to pick a date, so there will likely be a request for medical information to support this. I can give a different date if you recommend another.

Erin Dobbler has proposed that I see an upper limb specialist, so I will set that up. That will likely take some time.

I have an in-person visit with you on 10/20.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/13/2023

## 10/13/2023 - Patient Secure Message in DEFAULT SECURE MESSAGE DEPT

**Visit Information**

**Department**

| Name | Address | Phone |
|---|---|---|
| DEFAULT SECURE MESSAGE DEPT | 2100 POWELL ST Emeryville CA 94608-1826 | 510-987-1000 |

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P General Questionnaire Submission Pool | 10/13/2023 8:31 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Flu Vaccine

Question: If you got your last Influenza (Flu) vaccine outside of Kaiser Permanente, what DATE did you get the Influenza (Flu) vaccine? Please use the calendar to enter an accurate date.
Answer: 10/1/2022

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Ncal_Mychart_Qx_Flu_Hx**

| Question | 10/13/2023 8:31 AM PDT - Filed by Patient |
|---|---|
| If you got your last Influenza (Flu) vaccine outside of Kaiser Permanente, what DATE did you get the Influenza (Flu) vaccine? Please use the calendar to enter an accurate date. | 10/1/2022 |

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/14/2023

**10/14/2023 - Patient Secure Message in NEUROLOGY**

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/15/2023 11:38 AM by Steven Weller | Weller, Steven | 10/14/2023 2:15 PM |

Thank you for your message. I'll be out of the office through 10/17/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-13**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/14/2023 2:15 PM |

I started the week Saturday with some significant left arm/hand pain with no clear cause. It continued into Sunday. Monday was better, then it was back Tuesday. Wednesday improved again. I started wearing a wrist brace Wednesday and that seemed to help.

Thursday morning early the pain came back, but I was able to carefully relax my arm and get it to go away by lunchtime. Pain came back at 5pm and I was again able to control it with relaxation. I was driving all day Thursday so my environment was very controlled and I could

rest my arm in one position for extended lengths of time. Driving was again therapeutic for my hands.

My right hand remains almost pain free when not in use. I can still feel stinging at night and it starts to hurt with computer/phone use quite quickly.

PT has given me some simple wrist exercises to see if that helps with my elbow pain. I'm continuing with pool walking and aim to increase that to 5 times a week.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/15/2023

## 10/15/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR.<br>San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>10/16/2023 4:19 PM by Steven Weller | Weller, Steven | 10/15/2023 11:43 AM |

Thank you for your message. I'll be out of the office through 10/17/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2022-10-13 part 2**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/15/2023 11:43 AM |

I just realized that I have not experienced the horrible hand/arm pain for almost a week now. My left index finger feels more normal, a lot less "leathery". I can still feel some stinging in my fingers at night in both hands.

This seems to indicate some recent/gradual progress. I still have significant elbow pain but it's not been triggering the hand/arm horrible pain this week.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/16/2023

## 10/16/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 1721 TECHNOLOGY DR. San Jose CA 95110-1305 | 408-436-4370 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>Not Read | Weller, Steven | 10/16/2023 4:22 PM |

Thank you for your message. I'll be out of the office through 10/17/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/16/2023 4:22 PM |

Sedgwick has come back with:

We will need an updated work status report with a work release and office visit notes from 10/01/2023 to present from your Kaiser provider(s). Thanks!

So I assume you will receive a request for those.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/16/2023

## 10/16/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Sedgwick request**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>Not Read | Weller, Steven | 10/17/2023 8:00 AM |

Ok

Irene Ho MD

**Sedgwick request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 10/16/2023 4:24 PM |

I've let Sedgwick know that I'm extending medical leave and they have come back with:

We will need an updated work status report with a work release and office visit notes from 10/01/2023 to present from your Kaiser provider(s). Thanks!

I will see Dr. Lee this week and have made sure he is aware of the request.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/16/2023

## 10/16/2023 - Assist in HEARING AID CENTER.

**Visit Information**

**Provider Information**

**Encounter Provider**
Cardoza, Brianna (M.A.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| HEARING AID CENTER. | 2894 HOMESTEAD RD<br>Santa Clara CA 95051-5224 | 408-553-6900 |

**Clinical Notes**

**Unknown**

**Staff Note by Cardoza, Brianna (M.A.) at 10/16/2023 1023**

**Version 1 of 1**

| | | |
| --- | --- | --- |
| Author: Cardoza, Brianna (M.A.) | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 10/16/2023 10:32 AM | Encounter Date: 10/16/2023 | Creation Time: 10/16/2023 10:23 AM |
| Status: Signed | Editor: Cardoza, Brianna (M.A.) (MEDICAL ASSISTANT) | |

Checked in charger
Serial Number(s): 2382536430
Action taken by manufacturer: Rsound
S/n: 2382231889 changed to s/n:2382536430
**Accessory Replacement**

Invoice number: S11-7089560

Called patient for pick up.

**Brianna Cardoza**
Medical Assistant
Kaiser Permanente
Hearing Aid Center
2894 Homestead Road
Santa Clara, CA 95051

Electronically signed by Cardoza, Brianna (M.A.) at 10/16/2023 10:32 AM

7020231026054511

KAISER PERMANENTE. thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date & Time:** 10/20/2023 8:30 AM

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**<u>Off Work</u>**
This patient is placed off work from 10/20/2023 through 11/20/2023

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

Printed By: LEE, BRIAN P on 10/20/2023 at 9:02:46 AM

5820231115002208

## Kaiser Permanente Attending Physician Statement

**Statement Date**
11/15/2023

### PATIENT INFORMATION

| Patient First Name | Patient Last Name | MRN | DOB | Deceased |
|---|---|---|---|---|
| Steven | Weller | 18429889 | | N |

### PHYSICIAN/PROVIDER INFORMATION

| Provider First Name | Provider Last Name | License Type | License No. | License State |
|---|---|---|---|---|
| BRIAN POEU | LEE | PHYSICIAN | A79929 | CA |

| Provider Address | City | State | ZIP | Phone | Specialty |
|---|---|---|---|---|---|
| 700 LAWRENCE EXPY | SANTA CLARA | CA | 95051-5173 | 650-903-2101 | Neurology |

### CERTIFICATION INFORMATION

| Date Disability Began | First Treatment Date | Last Treatment Date | Still Treating? | Treatment Intervals |
|---|---|---|---|---|
| 08/18/2023 | 07/26/2023 | | Y | AS NEEDED |

| Date of Expected Return to Pre-Impairment/Pre-Injury Activity | Work-Related? | Unable to Work? | Permanent Disability? | Trauma? |
|---|---|---|---|---|
| 11/21/2023 | N | Y | N | N |

**Reason for Impairment**
CERVICAL RADICULOPATHY. Uncontrolled Symptoms

### PREGNANCY INFORMATION

| Pregnancy Related (not currently pregnant)? | Pregnant? | Expected Delivery Date |
|---|---|---|
| N | N | |

| Actual Delivery Date | Delivery Type | Disabled Days (Vaginal) | Disabled Days (Cesarean) |
|---|---|---|---|
| | | | |

### MEDICAL INFORMATION

| Diagnosis | Code Set | First Dx | Second Dx | Third Dx | Fourth Dx |
|---|---|---|---|---|---|
| CERVICAL RADICULOPATHY | ICD10 | M54.12 | ADMIN CODE | | |

| Related Hospitalization? | Currently Hospitalized? | Admit Date | Discharge Date |
|---|---|---|---|
| N | N | | |

| Disclosure Mentally/Psychologically Detrimental? | Referral to Drug/Alcohol Facility? |
|---|---|
| N | N |

| Seen By Non-KP Provider? | Date Care Started w/Non-KP Provider |
|---|---|
| N | |

**Electronically Signed By:** LEE, BRIAN POEU (M.D.) on 10/20/2023

7Ø2Ø231201Ø49558

**Patient**

KAISER PERMANENTE.

### Kaiser Permanente Disclosure of Patient Medical Information

Kaiser Permanente documents patient medical record information in a Federally certified electronic medical record.

The output contained in this file is one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation
- If a medical certification form was requested, we may have substituted relevant medical records in lieu of form completion
- We may have also substituted a standardized electronic form, generated from our certified electronic medical record in lieu of form completion

State and federal law permit the use of electronic signatures (e-signatures) and electronic records in connection with transactions between parties.

- Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud
- The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures

This record output was generated on 11/30/23 and certified by Kaiser Permanente Release of Medical Information

**Patient Demographics**

**Patient Demographics**

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 110018429889 | Male | (62 yrs) |

| Address | Phone | Email |
|---|---|---|
| 547 BRYAN AVE SUNNYVALE CA 94086-6420 | (H) (W) (M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Ho, Irene Oi Yin (M.D.)408-851-3215 x3215 | 07/15/23 | 11/29/50 |

| Marital Status | Religion | Alias |
|---|---|---|
| Unknown | — | — |

**Patient Preferred Languages**

| Interpreter Needed | Spoken Language | Written Language |
|---|---|---|
| No | English | English |

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:

## Patient Demographics (continued)

**Patient Preferred Languages (continued)**

**Basic Information**

| Date Of Birth | Race | Ethnic Group |
|---|---|---|
| | Decline to State | Decline to State |

**Address History**

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2022 | 547 BRYAN AVE | SUNNYVALE | SANTA CLARA | California | 94086-6420 | UNITED STATES | | | |

## Patient (continued)

**Active Coverages** as of 11/30/2023

**KFHP 1000**

Plan: APPLE INC. NCR CORP - SAC [16876]
Effective from: 1/1/2023
Guarantor: WELLER,STEVEN

Group: 000008917-0000-000742020001
Subscriber: WELLER,STEVEN

Member: 110018429889
Subscriber ID: 110018429889

**Care Team**

**Active**

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| Ho, Irene Oi Yin (M.D.) | PCP - General | — | 408-851-3215 x3215 | 01/01/2023 - Present |
| Zadeh, Pezhman Moztar (M.D.) | Neurologist | — | 408-363-4424 x4424 | 06/06/2023 - Present |

**External**

| Name | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|
| Dang, Yu-Xuan (M.D.) | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 10/24/2023 | | | | | |
| GORDON, CAROLYN | PCP - General | — | — | 03/14/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 01/02/2023 | | | | | |
| LADD, AMY L | PCP - General | — | — | 03/05/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 01/02/2023 | | | | | |
| Ma, Kimberley Faith (M.D.) | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 01/02/2023 | | | | | |
| Pcp, No | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and University Healthcare Alliance on 01/02/2023 | | | | | |
| Pcp, Not Found | PCP - General | Family Medicine | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 01/02/2023 | | | | | |
| Pcp_external, _ | Primary Care Provider | — | — | | Current |
| Last updated by organization: CA - AC Wellness on 01/01/2023 | | | | | |

**Problem List** as of 11/30/2023

Problems last reviewed by Wang, Kevin (M.D.) on 11/6/2023 1053

**BILAT HAND PAIN**

Diagnosis: BILAT HAND PAIN
ICD-10-CM: M79.641, M79.642

Noted on: 03/15/2023

Chronic: No

## Patient (continued)

**Problem List (continued)** as of 11/30/2023

**BILAT HEARING LOSS**

Diagnosis BILAT HEARING LOSS Noted on 03/15/2023 Chronic No
ICD-10-CM H91.93

**CERVICAL SPONDYLOSIS**

Diagnosis CERVICAL SPONDYLOSIS Noted on 10/24/2023 Chronic Yes
ICD-10-CM M47.812

**MEDICATION REFILL**

Diagnosis MEDICATION REFILL Noted on 06/30/2023 Chronic No
ICD-10-CM Z76.0

**OSTEOPOROSIS**

Diagnosis OSTEOPOROSIS Noted on 03/15/2023 Chronic Yes
ICD-10-CM M81.0

**RIGHT SHOULDER JOINT PAIN > 3 MONTHS**

Diagnosis RIGHT SHOULDER JOINT PAIN > 3 MONTHS Noted on 06/02/2016 Chronic No
ICD-10-CM M25.511

**Reconciled Documentation from Outside Organizations**

**Chronic right shoulder pain**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on 6/2/2016 Status Active State Active

**RIGHT ULNAR NEUROPATHY**

Diagnosis RIGHT ULNAR NEUROPATHY Noted on 06/02/2016 Chronic No
ICD-10-CM G56.21

**Reconciled Documentation from Outside Organizations**

**Ulnar neuropathy at elbow of right upper extremity**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on 6/2/2016 Status Active State Active

**SCREENING COLONOSCOPY**

Diagnosis SCREENING COLONOSCOPY Noted on 11/28/2023 Chronic No
ICD-10-CM Z12.11

**SUBCUTANEOUS MASS**

Diagnosis SUBCUTANEOUS MASS Noted on 03/15/2023 Chronic No
ICD-10-CM R22.9

**Documentation from Outside Organizations - Unverified**

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
| --- | --- | --- | --- | --- | --- | --- |
| Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808 | | | | | | |
| History of colonic polyps | — | 05/18/2018 | — | — | Active | Active |

Formatting of this note might be different from the original.
POEDH003V2 Digestive Health Non-Malignant Neoplastic Polyp Data
Region/ Operator [1] Camino/ Sanjay Ramakhiani, MD

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:

## Patient (continued)

**Problem List (continued)** as of 11/30/2023

Date of Procedure [2]: 5/18/2018
Tubular adenoma(s) [3]: 1
Tubulovillous adenoma(s) [4]: 0
Villous adenoma(s) [5]: 0
Sessile serrated adenoma(s) [6]: 0
High risk hyperplastic polyp(s) [7]: 0
Other (specify) [8]: N/A
Colorectal cancer found (Yes/No) [9]: No
END POEDH003V2

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing loss<br>Formatting of this note might be different from the original.<br>wears hearing aides, followed by outside ENT | — | — | — | — | Active | Active |
| Osteopenia (femoral) | — | 08/16/2022 | — | — | Active | Active |
| Osteoporosis (lumbar) | — | 08/16/2022 | — | — | Active | Active |
| Backache | — | 10/13/2011 | — | — | Active | Active |
| Shoulder pain | — | 04/23/2012 | — | — | Active | Active |
| Elevated BP | — | 03/26/2015 | — | — | Active | Active |
| Osteoarthritis of both hands | — | 07/09/2015 | — | — | Active | Active |
| Hypercholesteremia | — | 07/09/2015 | — | — | Active | Active |
| Insomnia due to medical condition | — | 08/26/2015 | — | — | Active | Active |
| Obstructive sleep apnea (adult)<br>Formatting of this note might be different from the original.<br>DME: Pulmonary solutions<br>RDI:<br>CPAP/BiPAP Pressure:<br>Mask: | — | 09/27/2015 | — | Yes | Active | Active |
| Cognitive dysfunction | — | 09/27/2015 | 04/04/2017 | — | Resolved | — |
| Adjustment reaction, other | — | 05/16/2016 | — | — | Active | Active |
| Therapy | — | 06/02/2016 | — | — | Active | Active |
| Right arm pain | — | 06/02/2016 | — | — | Active | Active |
| Stiff neck | — | 06/02/2016 | — | — | Active | Active |

**Allergies**

Allergies last reviewed by Wang, Kevin (M.D.) on 11/6/2023 1053
No Known Allergies

**Immunizations**

Immunizations last reviewed by Aldana, Sheila Marie A (L.V.N.) on 4/7/2023 1606

**COVID-19 Moderna, External Administration**

Administered on: 5/6/2021 | Dose: .5 | Site: Left Deltoid
Route: Intramuscular | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer: Moderna US, Inc | Lot number: 006C21A
External: Non-Kaiser | Location: SAFEWAY PHARMACY 2621
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Administered on: 5/6/2021 | Dose: .5 | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number: 006C21A | External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Administered on: 4/8/2021 | Dose: .5 | Site: Left Deltoid
Route: Intramuscular | CVX code: 207

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:

## Patient (continued)

### Immunizations (continued)

Product COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer Moderna US, Inc. | Lot number 026B21A
External Non-Kaiser | Location SAFEWAY PHARMACY 2621
Comment CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Administered on 4/6/2021 | Dose .5 | CVX code 207
Product COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number 026B21A | External Non-Kaiser
Comment CAIR Import-

**COVID-19 Moderna, External Administration**

Administered on 11/30/2021 | Dose .5 | Site Left Deltoid
Route Intramuscular | CVX code 207
Product COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer Moderna US, Inc | Lot number 012H21B
External Non-Kaiser | Location CVS CORPORATE
Comment CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Administered on 11/30/2021 | Dose .5 | CVX code 207
Product COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number 012H21B | External Non-Kaiser
Comment CAIR Import-

**COVID-19 Moderna, External Administration**

Administered on 7/18/2022 | Site Left Deltoid | Route Intramuscular
CVX code 207
Manufacturer Moderna US, Inc. | Lot number 006M21A | Location CVS CORPORATE

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Administered on 7/18/2022 | Dose 0.25 mL | CVX code 229
Lot number 006M21A | Location CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Administered on 10/14/2022 | Site Left Deltoid | Route Intramuscular
CVX code 229
Manufacturer Moderna US, Inc. | Lot number 053D22A | Location CVS CORPORATE

**INF (Influenza) unspecified formulation**

Administered on 10/14/2022
External Patient reported

**INF (Influenza) unspecified formulation**

Administered on 10/1/2022
External Patient reported

**INFS Pres Free (quadrivalent) (influenza)**

Administered on 2/7/2019 | Dose 0.5 mL
Lot number UT6261KA | Location Sutter Health Affiliates and Community Connect Practices

**INFS Pres Free (quadrivalent) (influenza)**

## Patient (continued)

### Immunizations (continued)

Administered on 9/27/2020

#### Tdap (Tetanus, diphtheria, acellular pertussis)

Administered on 7/10/2015
Lot number U4971AA
Dose 0.5 mL
Location Sutter Health Affiliates and Community Connect Practices

#### Tdap (Tetanus, diphtheria, acellular pertussis)

Administered on 4/9/2007

#### ZOS (Herpes zoster recombinant) Shingrix

Administered by Perez, Michelle C Rios (L.V.N.)
Site Left Deltoid
Scanned barcode 011035816082803117230924109CR25
Product Shingrix gE Antigen Component
Expiration date 9/24/2023
Administered on 1/18/2023 1401
Route Intramuscular
VIS date 02/04/2022
Manufacturer GlaxoSmithKline
Dose 0.5 mL
NDC 58160-0828-03
Lot number 9CR25

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

Dose 0.5 mL
Route Intramuscular
VIS date 02/04/2022

#### ZOS (Herpes zoster recombinant) Shingrix

Administered by Aldana, Sheila Marie A (L.V.N.)
Site Left Deltoid
Scanned barcode 01103581608280311724012610B97G2
Product Shingrix gE Antigen Component
Expiration date 1/26/2024
Administered on 4/7/2023 1609
Route Intramuscular
VIS date 02/04/2022
Manufacturer GlaxoSmithKline
Dose 0.5 mL
NDC 58160-0828-03
Lot number B97G2

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

Dose 0.5 mL
Route Intramuscular
VIS date 02/04/2022

#### Immunization Review History

| User | Reviewed On |
|---|---|
| Aldana, Sheila Marie A (L.V.N.) | 04/07/2023 1606 |

### PPD/Skin Test - PPD Results Key: 00 = Negative 01 = Positive

There is no flowsheet data to display.

### Current Medications

#### Medications

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:

## Patient (continued)

**Current Medications (continued)**

**Simethicone (MYLICON) 80 mg Oral Chew Tab**

Instructions Take as directed in Gastroenterology Department Colonoscopy Prep instructions
Authorized by Doan, Caitlin Chilan (M.D.) | Ordered on 11/28/2023
Start date 11/28/2023 | End date 5/26/2024
Quantity 4 tablet | Refill No refills remaining

**PEG 3350 - Electrolytes (GaviLyte-C) 240-22.72-6.72 -5.84 gram Oral Recon Soln**

Instructions Take as directed in Gastroenterology Department Colonoscopy Prep instructions
Authorized by Doan, Caitlin Chilan (M.D.) | Ordered on 11/28/2023
Start date 11/28/2023 | End date 5/26/2024
Quantity 4,000 mL | Refill No refills remaining

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions Use as directed to replace regular toothpaste
Authorized by NON-CPM PHARMACY PROVIDER | Ordered on 11/16/2023
Start date 11/16/2023 | End date 11/15/2025
Quantity 100 mL | Refill Refill as needed

**Alendronate (FOSAMAX) 70 mg Oral Tab**

Instructions Take 1 tablet by mouth every 7 days
Authorized by Ho, Irene Oi Yin (M.D.) | Ordered on 10/9/2023
Start date 10/9/2023 | End date 10/8/2025
Quantity 12 tablet | Refill 3 refills remaining

**Pregabalin (LYRICA) 75 mg Oral Cap**

Instructions Take 1 capsule by mouth 2 times a day
Authorized by Lee, Brian Poeu (M.D.) | Ordered on 7/26/2023
Start date 7/26/2023 | End date 1/25/2024
Quantity 60 capsule | Refill 1 refill remaining

**Meloxicam (MOBIC) 15 mg Oral Tab**

Instructions Take 1 tablet by mouth daily as needed for pain . Take with food
Authorized by Ho, Irene Oi Yin (M.D.) | Ordered on 6/30/2023
Start date 6/30/2023 | End date 6/29/2025
Quantity 30 tablet | Refill 3 refills remaining

**Advance Care Planning**

**Plan**

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Active Health Care Agents**

There are no active Health Care Agents on file.

**Patient (continued)**

**Documents — Patient Level:**

Documents: None found at the patient level.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 10/29/2023

## 10/29/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

#### Provider Information

**Encounter Provider**
Lee, Brian Poeu (M.D.)

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

#### Hands update 2023-10-27

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 2:57 PM by Steven Weller | Weller, Steven | 10/31/2023 2:11 PM |

Mr. Weller,

Thank you for your email updates. Let's see how the improvement continues...!
Keep up the good work.

Take care,

Dr. Lee

#### Out of Office Auto-Reply for BRIAN POEU LEE MD

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/1/2023 8:42 AM by Steven Weller | Weller, Steven | 10/29/2023 8:24 PM |

Thank you for your message. I'll be out of the office through 10/31/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the

**Messages (continued)**

Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-27**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/29/2023 8:24 PM |

Saturday and Sunday I had to use a computer. I did it in short bursts, like 10 minutes at a time, spread out to avoid getting into too much pain. Saturday was OK, but Sunday afternoon I had a painful left hand and the horrible pain was triggered by it. Dog wrangling later in the day needed both arms, and that made it much worse.
Left finger, hand, and elbow pain continued all of Monday, causing a lost day. Right hand was OK.
Tuesday saw worse finger, hand, and elbow pain.
Wednesday started to improve, Thursday was better still.
A little more computer use on Friday. Ended friday with some elbow pain, fragile hands, but no horrible pain.

I did 30 minutes pool walking every day this week.

On Wednesday I started to avoid leaning weight in my left elbow, having discovered that in bed and some other situations I habitually put a lot of weight on that side to reach things and maneuver myself. I think it is helping.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/5/2023

## 11/05/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 3:12 PM by Steven Weller | Weller, Steven | 11/5/2023 3:10 PM |

Thank you for your message. I'll be out of the office through 11/7/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-03**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/5/2023 3:10 PM |

I'm keeping weight off my left arm and shoulder now, and I think it is helping. Overall this week my left arm pain has been duller and more consistently low-level, though I still managed to trigger the horrible pain on Thursday with just finger use. I'm experiencing less index finger pain generally.

Saturday and Sunday saw reducing pain. Light computer use on Monday brought back left hand and elbow pain. Left hand became very stiff.

**Messages (continued)**

Tuesday I had stinging hands, elbow pain, and generally unusable left arm and hand.
Continued into Wednesday.
Got a new phone Thursday afternoon, and setting it up and fritzing with it was enough to hurt both hands and my left arm. Took until Friday evening for pain to subside, but once it had, it felt better than it had all week.

I've been to the pool and exercised for 30 minutes each weekday, walking and arm (shoulder) exercises. This can make my elbow hurt, but it subsides quickly.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

## 11/06/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lau, Eunice Wan-Yew (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Your left arm electromyography results**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>11/15/2023 2:22 PM by Steven Weller | Weller, Steven | 11/6/2023 5:24 PM |

Dear Mr. Weller

Thank you for moving forward to have your left arm subjective muscle testing done by Dr. Kevin Wang today. I just received the report that all the muscles tested as which correspond to the various cervical nerve root innervation were normal.
This information means that there is no active negative effect or compressive effect in the neck nerve roots that is supplying nerve sensation to the left arm muscles.

It is still possible that there is some inflammatory effect of the C5-6 and/or C6-C7 nerve outlet narrowing on the exiting nerve, but not necessarily need surgery to open up the space. Whether a neck spine epidural steroid injection (to inject steroid into the spinal canal) in the mid to lower level will benefit the overall left arm discomfort will be less predictable.

Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable.

Please contact me if you have further questions.

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic
Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

**11/06/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB (continued)**

**Messages (continued)**

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/6/2023

## 11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Wang, Kevin (M.D.) | Wang, Kevin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM** |

### Reason for Visit

**Chief Complaint**

- ELECTROMYOGRAM AND NERVE CONDUCTION STUDY

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes | Wang, Kevin (M.D.) | 11/06/2023 1120 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 95860 | NDL EMG 1 XTR W/WO RELATED PARASPINAL AREAS | 11/6/2023 | Wang, Kevin (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Wang, Kevin (M.D.) at 11/6/2023 1048**

Version 1 of 1

Author: Wang, Kevin (M.D.) Service: — Author Type: Physician
Filed: 11/6/2023 12:27 PM Encounter Date: 11/6/2023 Creation Time: 11/6/2023 10:48 AM
Status: Signed Editor: Wang, Kevin (M.D.) (Physician)

## EMG Evaluation

**Indication:** Evaluation for Left Upper Extremity

**Referring Provider:** Eunice Lau, MD

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/6/2023

**11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB (continued)**

**Clinical Notes (continued)**

**Summary:** Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

**Interpretation:** normal LUE EMG

**Conclusion:** This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

| Muscle | Insertional Activity | MUAP |
|---|---|---|
| Left FDIH | NL | NL |
| Left APB | NL | NL |
| Left FCR | NL | NL |
| Left Deltoids | NL | NL |
| Left Biceps | NL | NL |
| Left Triceps | NL | NL |
| Left Paraspinals mid and low Cervical | NL | |
| | | |

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 12:27 PM

**Procedures**

**Procedures**

**EMG, 1 EXTREM, W RELATED PARASPINAL AREAS [1561064240] (Active)**

Electronically signed by: **Wang, Kevin (M.D.) on 11/06/23 1121**
Status: **Active**
Ordering user: Wang, Kevin (M.D.) 11/06/23 1121
Authorized by: Wang, Kevin (M.D.)
Ordering mode: Standard
Frequency: Today 11/06/23 -
Class: Back Office
Quantity: 1
Diagnoses
CERVICAL SPONDYLOSIS [M47.812]

**Provider Details**

| Provider | NPI |
|---|---|
| Wang, Kevin (M.D.) | 1700059151 |

**Indications**

CERVICAL SPONDYLOSIS [M47.812 (ICD-10-CM)]

**Patient Instructions**

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/6/2023

**11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB (continued)**

**Patient Instructions (continued)**

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

**Patient Instructions (continued)**

What else should you know about these tests?
• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 11:21 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB (continued)**

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE.

**Steven Weller** MRN: 110018429889 11/6/2023 10:54 AM PHYSICAL MEDICINE AND REHAB 408-530-3900

## Instructions from KEVIN WANG MD

Your personalized instructions can be found at the end of this document.

## Today's Visit

You saw KEVIN WANG MD on Monday November 6, 2023. The following issue was addressed: CERVICAL SPONDYLOSIS.

Done Today
NEEDLE ELECTROMYOGRAPHY OF EXTREMITY

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks.
Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks.
Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.

**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments including lab tests

**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions

**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 6, 2023 12:27 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

## Instructions from KEVIN WANG MD

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

What else should you know about these tests?

• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/7/2023

## 11/07/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

**Encounter Provider**
Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnoses**

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**
- RIGHT HIP JOINT PAIN [M25.551]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/7/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/7/2023 1452**

Version 1 of 1

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 11/7/2023 3:18 PM Encounter Date: 11/7/2023 Creation Time: 11/7/2023 2:52 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**

**Physical Medicine Notes (continued)**

Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/7/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY in 12 weeks.//

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 8/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb

Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 5X/week, and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |

**Physical Medicine Notes (continued)**

| | | |
|---|---|---|
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 10/10/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/7/2023

**11/07/2023 - Office Visit in REHABILITATION SVCS (continued)**

**Physical Medicine Notes (continued)**

- 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved LEFT UPPER EXTREMITY wrist ACTIVE RANGE OF MOTION 40 degrees ulnar deviation

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/7/2023 3:18 PM

**Procedures**

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/7/2023

## 11/07/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064241] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/07/23 1517** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 11/07/23 1517 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/07/23 - Class: Back Office
Quantity: 3
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/7/2023

**11/07/2023 - Office Visit in REHABILITATION SVCS (continued)**

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE.

**Steven Weller** MRN: 110018429889 11/7/2023 2:40 PM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Tuesday November 7, 2023. The following issues were addressed: LEFT ELBOW JOINT PAIN and RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday November 24, 2023
Time: 10:20 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

**After Visit Summary (continued)**

## Today's Medication Changes as of November 7, 2023 3:16 PM

No changes were made to your prescriptions during this visit

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/13/2023

## 11/13/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-11-10**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/13/2023 3:50 PM |

Overall I've had less index finger and left hand pain this week than any previous week despite occasional computer use.

I'm not putting weight on my left shoulder. Elbow pain has been at least low level pain all the time plus. Hands sting all the time, but it's mostly at a level that is not distracting. Always noticeable when waking in the night.

Computer use on Saturday caused elbow, hand, and finger pain. That improved over Sunday, but both hands hurt by evening.
Monday morning saw both hands and forearms stinging, plus my hands were cold and my wrists were bad. EMG test today.
Wheelchair not in use since Saturday due to hip feeling better
Tuesday hurt left hand and elbow with computer use, but it was much better by bedtime
Wednesday drove 650 miles. Elbow pain grew and fell as usual. Felt really good by end of day. Hurt my hip by using it too much. Index finger only slightly painful.
Thursday and Friday had hip pain, but left arm, hand, finger were surprisingly usable.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Sedgwick information recuest**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/15/2023 10:08 AM |

From what I can determine, by medical level has now flipped from STD to unpaid leave of absence pending medical information as described below. Do I need to take any action, or are you in communication with Sedgwick and will fulfill?

Short-Term Disability (STD) Benefits
Your Claim Number: 4A2307CTYDV-0001
STD Claim Status: Pending receipt of additional medical information
Information Needed.
o KaiserAttendingPhysiciansStatementformfromBrianPoeuLee,MD
o October27,2023topresentofficevisitnotesfromyourKaiserprovider(s).
o Workrelease
Heres What You Need to Do:
Submit additional medical information that supports your disability as described above, by November 27, 2023.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

#### Provider Information

**Encounter Provider**
Dobler, Erin Alyson (P.A.-C)

#### Department

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

#### Re: Water walking and knee pain

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/20/2023 3:33 PM |

Hi Steven,
I sent a referral to Angela to help you with some exercises for PF syndrome.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

#### Re: Water walking and knee pain

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/17/2023 4:04 PM |

I don't have any patellofemoral exercises to continue. Do you have some exercises I should be doing?

#### Water walking and knee pain

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/30/2023 9:22 AM by Steven Weller | Weller, Steven | 11/17/2023 3:41 PM |

Hi Steven,
Do make sure that you are warming up and cooling down with some quadriceps stretching. Also continue with your patellofemoral exercises to be sure the patella is gliding correctly while you are walking. You are also correct in decreasing the intensity of the exercise, you may need to cut back on

**11/15/2023 - Patient Secure Message in SPORTS MEDICINE (continued)**

**Messages (continued)**

the duration until you are not getting pain in the knee. I don't recommend pushing through the pain as it will likely make it worse but you can modify exercise as needed.

Hope that helps,

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Water walking and knee pain**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/15/2023 2:17 PM |

I've been doing water walking for the last month or so in order to get aerobic exercise while keeping weight off my hips. It's fine on my hips, but I'm getting increasing pain in my left knee, the one with femoral-patella syndrome. My knee is limiting the vigor and duration of my exercises. I'm water walking five times a week, 30 minutes a session. I go mainly forwards, but also backwards and sideways about a third of the time.

The pain was worsening with each session so I've now switched to more gentle walking, forwards only. The pain mostly goes away once I'm out of the pool, but lasts for several days at a low level if I stop visiting the pool.

Do you have suggestions for avoiding the pain while doing pool exercise, for experiments I can run, or for treating the condition? I'm currently mostly using a wheelchair at home to keep my hip pain manageable.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

**11/15/2023 - Patient Secure Message in REHABILITATION SVCS**

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**PT for forearm and elbow**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | Weller, Steven | 11/16/2023 11:10 AM |

Hi Steven,

I understand that the majority of the exercises I gave you hurt, but are you able to do the exercise 50% of the range pain free?

Ideally you would warm up using the same exercises only part of the range and hopefully after 1 set of 10-15 reps would be able to go slightly further pain free.

Are you able to do that modification with that result?

Angela

**PT for forearm and elbow**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 11/15/2023 2:42 PM |

I've been out of town for a week, so am getting back into regular exercise.

Dr. Lau had said in an email:

"Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable."

I'm not sure we addressed this specifically at our last appointment. Which exercises should I

be doing for this?

The bicep stretch and elbow flexion exercises aggravate the arthritis in my elbow. The palms down wrist flexion causes repetitive pain. The radial/ulnar deviation hurts at the elbow. I am doing whole arm movement in the pool (not bending elbow, but not keeping it straight) which hurts the elbow a little, but it seems to recover without triggering anything else.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/16/2023

## 11/16/2023 - Office Visit in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- FOLLOW UP ROUTINE

#### Visit Diagnosis

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 11/16/2023 1031 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 11/16/2023 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

#### Unknown

**Progress Notes by Lee, Brian Poeu (M.D.) at 11/16/2023 0904**

Version 1 of 1

| | | |
|---|---|---|
| Author: Lee, Brian Poeu (M.D.) | Service: — | Author Type: Physician |
| Filed: 11/16/2023 10:31 AM | Encounter Date: 11/16/2023 | Creation Time: 11/16/2023 9:04 AM |
| Status: Signed | Editor: Lee, Brian Poeu (M.D.) (Physician) | |

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. C6, C7 neuroforaminal narrowing may give milder inline effects not picked up on EMG but still contribute. Less to suggest brachial plexopathy but imaging studies can be pursued. Try 4-6 weeks of carpal tunnel syndrome treatment.

**11/16/2023 - Office Visit in NEUROLOGY (continued)**

**Clinical Notes (continued)**

---

Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 11/16/2023 10:31 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

## AFTER VISIT SUMMARY

**Steven Weller** MRN: 110018429889

KAISER PERMANENTE.

11/16/2023 9:30 AM NEUROLOGY 408-851-4435

## Today's Visit

You saw BRIAN POEU LEE MD on Thursday November 16, 2023.

Blood Pressure
133/77

Pulse
64

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday November 24, 2023
Time: 10:20 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday January 4, 2024
Time: 10:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 16, 2023 10:31 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Vitals**

## 11/16/2023 - Office Visit in NEUROLOGY (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 11/16/2023 8:34 AM

| BP | Pulse |
|---|---|
| 133/77 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 64 |

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/17/2023

## 11/17/2023 - Pharmacy Initiated Order in ADMINISTRATION

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| ADMINISTRATION | 1800 HARRISON STREET<br>Oakland CA 94612-3466 | 510-987-1000 |

### Other Orders

**Medications**

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste [1561064242] (Active)**

Electronically signed by: **Pharmacy, User on 11/16/23 0000** Status: **Active**
Ordering user: Pharmacy, User 11/16/23 0000 Authorized by: NON-CPM PHARMACY PROVIDER
Ordering mode: Standard
Frequency: 11/16/23 - 11/15/25 Class: File

**Provider Details**

| Provider | NPI |
|---|---|
| NON-CPM PHARMACY PROVIDER | 1606530008 |
| PHARMACY USER | — |

Package: 11527-704-42
Reordered from: Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/19/2023

## 11/19/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/19/2023 9:10 PM |

Thank you for your message. I'll be out of the office through 11/21/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-17**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/19/2023 9:10 PM |

I started wearing the brace and taking ibuprofen on Friday 17th. No side effects from the ibuprofen that I can feel.

Started the week on Saturday with very stiff left hand and elbow hurting.
Sunday continued elbow pain and added right wrist pain
Monday slight triggering of index finger pain from elbow pain which got worse for no reason
Tuesday was a driving day. Same pattern of elbow pain as usual, but less intense at its worse

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/19/2023

**11/19/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

Wednesday included computer use and both hands felt cold and painful
Thursday Dr. Lee visit, plus computer use. Index finger with some pain.
Friday started wearing a wrist brace 24/7 on left wrist and taking 400mg Ibuprofen twice a day
Right wrist still hurting and being aggravated by additional use due to brace

Hands stills sting at night. That seems to be a constant. Any use of left elbow makes it hurt.
Index finger has been better generally this week.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**Sedgwick information recuest**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 9:53 AM |

I do not recall getting anything from Sedgwick recently.

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | Weller, Steven | 11/24/2023 8:54 AM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/24/2023

**11/24/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

**Sedgwick information request**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 8:54 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/24/2023 10:18 AM by Steven Weller | Weller, Steven | 11/24/2023 8:55 AM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/24/2023 8:55 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not

**Messages (continued)**

happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in #498, ADMINISTRATION, FLR 4

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| #498, ADMINISTRATION, FLR 4 | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1000 |

### Messages

**Physical Therapy Appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Sylvester Singh<br>Last Read in kp.org<br>11/24/2023 1:20 PM by Steven Weller | Weller, Steven | 11/24/2023 12:29 PM |

Dear Member,

Welcome to the Department of Rehabilitation Services (Physical Therapy, Speech Therapy, and Occupational Therapy) at Kaiser Permanente, Santa Clara Medical Center. Your doctor has referred you to our department for care. If you want to set up an appointment, please call 408-851-1400 and have your medical record number ready. Our receptionists are here to assist you Monday-Friday between the hours of 8:30am and 5:00pm. If you have already scheduled an appointment, there is no need to call.

Thank you and we look forward to assisting you in your care.

Claudia Carhart, PT, MS, MBA
Director Rehabilitation Services
Santa Clara Medical Center

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**Colonoscopy**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Andrew Anping (N.P.) Shiah<br>Last Read in kp.org<br>11/24/2023 3:36 PM by Steven Weller | Weller, Steven | 11/24/2023 2:02 PM |

Hello Steven,

Your PCP is out of the office today. I am responding on their behalf.

According to your medical record, it looks like you had one polyp removed at Sutter in 2018. I have placed a referral for our gastroenterology department to follow up with you. If you do not hear from them in the next week, please call to schedule with their department by calling (408) 851-2750.

Take care,

Andrew Shiah, FNP-C
Department of Adult and Family Medicine
710 Lawrence Expressway, Dept. 372
Santa Clara, CA 95051
24/7 Appointments and Advice Line: (408) 554-9800

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 3:33 PM by Steven Weller | Weller, Steven | 11/24/2023 1:20 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

**11/24/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Colonoscopy**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Hoi | 11/24/2023 1:20 PM |

I just checked my records and they show I had a screening colonoscopy done May 11 2018. Some polyps were removed and I was told to have another five years later.

It's past that now, so I should have another done. How do I set that up?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 11/24/2023 1103 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/24/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/24/2023 1025**

Version 1 of 1

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 11/24/2023 11:03 AM Encounter Date: 11/24/2023 Creation Time: 11/24/2023 10:25 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/24/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Progressing 11/24/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
==========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 9/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began

going to the Tympany pool 3X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
-- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold

**Physical Medicine Notes (continued)**

- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Unar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/24/2023 11:03 AM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064243] (Active)**

Electronically signed by **Mendoza, Angela Marie (P.T.) on 11/24/23 1103** Status **Active**

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

Ordering user Mendoza, Angela Marie (P.T.) 11/24/23 1103 Authorized by Mendoza, Angela Marie (P.T.)
Ordering mode Standard
Frequency Today 11/24/23 - Class Back Office
Quantity 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

# AFTER VISIT SUMMARY

KAISER PERMANENTE.

**Steven Weller** MRN: 110018429889 11/24/2023 10:20 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday November 24, 2023. The following issue was addressed: LEFT KNEE JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Wednesday December 20, 2023
Time: 9:40 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday January 4, 2024
Time: 10:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes [illegible]

No changes were made to your prescriptions during this visit

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/25/2023

## 11/25/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**Irritation to palm from wrist brace**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 10:11 AM |

I think just having you do not have the brace in contact with your palm should help. I do not see an actual rash there.

Take care,

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/26/2023 10:38 AM by Steven Weller | Weller, Steven | 11/25/2023 9:53 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

**11/25/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

psychiatric emergency, call 911 or go to the nearest hospital.

**Irritation to palm from wrist brace**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/25/2023 9:53 PM |

I have been wearing a wrist brace on my left wrist 24/7 at the request of Dr Lee. However, after a week, this is causing itchiness and redness on the palm of that hand. The brace has since been modified so that my palm is not in contact with the brace material, which I hope will help. Anything else I should be doing to prevent or treat this? I have duyputrens in my left hand that contributes to the contour of my palm.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/26/2023

## 11/26/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 11/26/2023 10:59 AM |
| Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | | |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-24**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/26/2023 10:59 AM |

I've been wearing a brace in my left wrist 24/7 and taking ibuprofen 400mg twice a day for a week now. No side effects that I can detect. I am sleeping better.

The brace seems to be helping. My elbow has been a little better and more usable. Any use makes it hurt more, but hasn't triggered the horrible pain. I've had only small amounts of left index finger pain. We're sorting through accumulated stuff at home currently, so my hands and arms are getting used more than usual. Too much of that causes hand/palm/forearm pain, so

**11/26/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

I'm being careful. Computer use is still limited to small bursts with rest.

Exercise in the pool continues to help arms/hands feel better, but that is aggravating my left knee pain and I can't do as much as I'd like to.

I'm getting irritation and redness on the palm of my left hand from the brace, so am getting my wife to adjust it to allow airflow. See email to my PCP that includes pictures.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/27/2023

## 11/27/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/28/2023 9:24 AM by Steven Weller | Weller, Steven | 11/27/2023 2:45 PM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick return to work date**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/27/2023 2:45 PM |

I've indicated to Sedgwick that Jan 8 24 is my new return to work date. That may be what they are missing, but I don't understand the system, so who know? I picked that because it is after my appointment with you on January 4th.

I've not had a reply to my questions yet, but I think it is likely that they will request paperwork from you that is consistent with that date.

**11/27/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/27/2023

## 11/27/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Nguyen, Mi-Mi Tra-Mi (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

### Messages

**PROCEDURE NEEDED**

| From | To | Sent and Delivered |
|---|---|---|
| Mi-Mi Tra-Mi (M.A.) Nguyen | Weller, Steven | 11/27/2023 4:31 PM |

Last Read in kp.org
11/28/2023 9:29 AM by Steven Weller

Dear Kaiser member,

Your health care provider has requested that we arrange for a colonoscopy. To improve the scheduling process, please note that you will need to take a day off for your procedure and have a designated driver. Please have a couple days in mind that will work best for you and your driver.

Please call us directly at (408) 851-2750. Our office hours at Monday through Friday, 8:30 am to 5:00 pm. We look forward to hearing from you soon.

Sincerely,

Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Re: Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/30/2023 8:59 AM |

I contacted MR yesterday and responded to their questions, so hopefully things will move again.

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/30/2023 8:58 AM by Steven Weller | Weller, Steven | 11/28/2023 11:02 PM |

Mr. Weller,

Thank you for your email. They should be trying to contact Medical Records for the chart notes, and the department is usually pretty quick about responding.

Take care,

Dr. Lee

**Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/28/2023 9:28 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. Can you provide this?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work

release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/28/2023 12:11 PM by Steven Weller | Weller, Steven | 11/28/2023 10:48 AM |

You need to contact release of information.

We can help with your request to complete medical forms or obtain medical records. All such requests now start with our Release of Medical Information (ROMI) Department.

Please contact ROMI directly by email or phone
408-851-1750
Santa.Clara.ROI.Dept@kp.org

To learn more, visit ROMI online Release of Medical Information | My Doctor Online (kaiserpermanente.org).

Irene Ho MD

**Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/28/2023 9:29 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. I have sent this same email to Dr Lee since I believe he would be providing this. Do you know where the ball is being dropped?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work

**11/28/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Guzman, Edith Yamilet (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**COLONOSCOPY PREPARATION INSTRUCTIONS**

| From | To | Sent and Delivered |
|---|---|---|
| Edith Yamilet (M.A.) Guzman | Weller, Steven | 11/28/2023 9:45 AM |

Last Read in kp.org
11/28/2023 12:08 PM by Steven Weller

Dear Mr. Weller,
MRN: 110018429889

**Procedure appointment**
Procedure: **Colonoscopy**
Date: **December 20, 2023**
Arrival time: **8:30 AM**

Location:
Outpatient Procedure Center (OPPC), #240
Kaiser Santa Clara Medical Center
710 Lawrence Expressway
Santa Clara, CA 95051

1. Please check-in at your confirmed arrival time. Your procedure will typically **start within the hour** after our staff completes the intake process. A late arrival may result in your procedure being delayed.

2. You are required to have a friend or family member available to drive you home. The sedatives/anesthetics that are given will make it unsafe for you to drive or get home on your own. Our family notification texting program can update your driver and avoid having them stay in the waiting area. We will be asking their permission to be enrolled during check-in. Their number will be removed after your procedure is completed. Please print the pickup instructions to share with your driver from our website - <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/OPPC%20pickup%20map_tcm75-1588359.pdf ' target='_blank'>Click here</a>

3. You will be using the **Gavilyte/Colyte and Simethicone preparation**.

**To receive your prescription, go to kp.org/rxrefill, use our mobile apps, or call 1-888-218-6245 and choose one of the following options:**

-**Mail Delivery** in 5-7 days (free shipping)

-**Same Day or Next Day Delivery** (for an additional fee)

-**Priority pickup** to a KP Pharmacy, usually ready in 30 minutes.

-Visit any **CHECK-IN** window at a nearby KP pharmacy to request to have your medication filled.

4. Take the laxative as outlined in our instructions. **DO NOT** follow the manufacturer's instructions. Please read your preparation instructions carefully
at <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/Colonoscopy%20Prep%20with%20Gavilyte_FINAL_tcm75-696518.pdf' target='_blank'>**www.Gavilyte/Colyte prep**</a>

You should **start the 2nd half of the preparation at 4:30 am. You should complete the remaining prep solution within 2 hours of starting.**

5. Here are additional resources to help you understand colonoscopy and the necessary diet changes.

Instructional video on colonoscopy - <a href='https://mydoctor.kaiserpermanente.org/ncal/mdo/presentation/common/healthToolPage.jsp?path=healthtool_152512.xml ' target='_blank'>Click here</a>

Low Fiber Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-low-fiber-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

Clear Liquid Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-clear-liquid-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

**Please note that our reminder messages will only send location and date information. Use the above time as your confirmed appointment time.**

If you develop the following symptoms: such as fever, nasal congestion, sore throat, cough, difficulty breathing, loss of taste and/or smell, muscle pain, chills or headache within 2 weeks of your scheduled procedure, please call us for further instructions. Also, if you have been in close contact with anyone who has tested positive or is isolating due to infection with COVID-19, please call us at 408-851-2750, option #2 for further instructions.

If you have any questions or need to cancel your appointment, please reply to this email or contact our department at 408-851-2750. If you need to cancel your procedure, please contact us at least 72 hours before your appointment. Our office hours are Monday-Friday from 8:30AM to 5:00PM.

**11/28/2023 - Patient Secure Message in GI/GASTROENTEROLOGY (continued)**

**Messages (continued)**

Sincerely,

Edith
Medical Assistant
Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Guzman, Edith Yamilet (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

### Reason for Visit

**Visit Diagnosis**

- **SCREENING COLONOSCOPY (primary) [Z12.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **SCREENING COLONOSCOPY (primary)** | Z12.11 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0940 |

### Other Orders

**Surgical Procedures**

**SURGICAL CASE REQUEST [1561064245] (Completed)**

Electronically signed by: **Guzman, Edith Yamilet (M.A.) on 11/28/23 0941** Status: **Completed**
Ordering user: Guzman, Edith Yamilet (M.A.) 11/28/23 0941
Ordering provider: Fung, Spencer Thomas (M.D.)
Authorized by: Fung, Spencer Thomas (M.D.)
Ordering mode: Outpatient Standing Order (No Cosign)
Frequency: Routine X1 11/28/23 0945 - 1 occurrence
Class: Normal
Quantity: 1
Instance released by: Guzman, Edith Yamilet (M.A.) (auto-released) 11/28/2023 9:41 AM

Diagnoses
SCREENING COLONOSCOPY [Z12.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Fung, Spencer Thomas (M.D.) | 1669559506 |
| Guzman, Edith Yamilet (M.A.) | — |

**Questionnaire**

| Question | Answer |
|---|---|
| What date is the patient first available for surgery? | 11/28/2023 |
| Case Classification: | Elective |
| Patient Complexity | No POM appt. required |
| Intended Post Operative Disposition | Discharge |

Order comments: CLNSReferral Questions 1 Does the patient have a history of colorectal cancer or colon polyps? Yes 2 If patient on Anticoagulation/Antiplatelet therapy, which medication(s)? Does not include aspirin. None of these medications 3 If patient < 65 years old, does he/she have any of the following comorbidities: CHF, DM w/gastroparesis, Renal insufficiency, Cirrhosis, IBD flare, Chronic Constipation? No, the patient is less than 65 years old without comorbidities 4 Patient History/Comments (include date of polyp removal, CRC diagnosis, location of Polyp/CRC, date of last colon exam and any other pertinent info) CRC screening 5/2018 at Sutter. 1x Tubular adenoma. Recommended interval to next surveillance/screening colonoscopy: 5 years 5 Other medical conditions - check all that apply None 6 Medications/other relevant medical conditions Osteoporosis, alendronate, pregabalin, meloxicam 7 Does this patient use peritoneal dialysis? No 8 Special Procedural Considerations No Answer

**Indications**

**11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY (continued)**

**Other Orders (continued)**

SCREENING COLONOSCOPY [Z12.11 (ICD-10-CM)]

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

### Reason for Visit

**Visit Diagnosis**

- **COLONOSCOPY (primary) [Z01.89]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **COLONOSCOPY (primary)** | Z01.89 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0948 |

### Other Orders

**Medications**

**Simethicone (MYLICON) 80 mg Oral Chew Tab [1561064246] (Active)**

Electronically signed by **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status **Active**
Ordering user Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by Doan, Caitlin Chilan (M.D.)
Ordering mode Standard
Frequency 11/28/23 - 05/26/24 2359 Class File
Released by Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package 57896-791-01
Status
Pharmacy, User 11/29/23 2345 (Admin instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

**PEG 3350 - Electrolytes (GaviLyte-C) 240-22.72-6.72 -5.84 gram Oral Recon Soln [1615023454] (Active)**

Electronically signed by **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status **Active**
Ordering user Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by Doan, Caitlin Chilan (M.D.)
Ordering mode Standard
Frequency 11/28/23 - 05/26/24 2359 Class File
Released by Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: , Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY (continued)

**Other Orders (continued)**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package 43386-060-19
Status
Pharmacy, User 11/29/23 0845 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/30/2023

**11/30/2023 - Patient Secure Message in SPORTS MEDICINE**

**Visit Information**

**Provider Information**

| **Encounter Provider** |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Update on the state of everything 2023-11-30**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/30/2023 9:20 AM |

I've been wearing a brace on my left wrist 24/7 and taking 400mg ibuprofen twice daily for the last 3 weeks, as requested by Dr. Lee to treat carpal tunnel (which I may or may not have). I'm visiting Timpany pool to do water walking several times a week and that improves everything except my knee.

Left hip
Continues to be pain free at the level of use I'm giving it.

Right hip
Did we ever hear back from Dr. MacDonald? Pain is still limiting my mobility and I'm currently using a wheelchair around the house some of the time. I can't walk a block.

Left elbow
Has been improving recently. It's less sensitive to use, recovers faster if I overuse it, and has a lower level of constant pain.

Left knee
I'm having worsening femoral-patella pain caused by water walking. I've scale back exercise and am resting it to let the inflammation reduce. Pain is constant.

7Ø2Ø231201Ø4957Ø

## aiser Permanente Attending Physician Statement

**atement Date**
/30/2023

### ATIENT INFORMATION

| tient First Name | Patient Last Name | MRN | DOB | Deceased |
|---|---|---|---|---|
| even | Weller | 18429889 | | N |

### IYSICIAN/PROVIDER INFORMATION

| ovider First Name | Provider Last Name | License Type | License No. | License State |
|---|---|---|---|---|
| RIAN POEU | LEE | PHYSICIAN | A79929 | CA |

| ovider Address | City | State | ZIP | Phone | Specialty |
|---|---|---|---|---|---|
| 0 LAWRENCE EXPY | SANTA CLARA | CA | 95051-5173 | 650-903-2101 | Neurology |

### ERTIFICATION INFORMATION

| ite Disability Began | First Treatment Date | Last Treatment Date | Still Treating? | Treatment Intervals |
|---|---|---|---|---|
| /20/2023 | 10/20/2023 | | Y | AS NEEDED |

| ite of Expected Return to Pre-Impairment/Pre-Injury tivity | Work-Related? | Unable to Work? | Permanent Disability? | Traum |
|---|---|---|---|---|
| /21/2023 | N | Y | N | N |

**ason for Impairment**
ERVICAL RADICULOPATHY, Uncontrolled Symptoms

### REGNANCY INFORMATION

| egnancy Related (not currently pregnant)? | Pregnant? | Expected Delivery Date |
|---|---|---|
| | N | |

| tual Delivery Date | Delivery Type | Disabled Days (Vaginal) | Disabled Days (Cesarean) |
|---|---|---|---|
| | | | |

### EDICAL INFORMATION

| agnosis | Code Set | First Dx | Second Dx | Third Dx | Fourth Dx |
|---|---|---|---|---|---|
| ERVICAL RADICULOPATHY | ICD10 | M54.12 | | | |

| lated Hospitalization? | Currently Hospitalized? | Admit Date | Discharge Date |
|---|---|---|---|
| | N | | |

| sclosure Mentally/Psychologically Detrimental? | Referral to Drug/Alcohol Facility? |
|---|---|
| | N |

| en By Non-KP Provider? | Date Care Started w/Non-KP Provider |
|---|---|
| | |

**ectronically Signed By:** LEE, BRIAN POEU (M.D.) on 10/20/2023

7Ø2Ø2312Ø1Ø49553

KAISER PERMANENTE. thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 10/20/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 10/20/2023 through 11/20/2023

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

*This letter was originally viewed by Steven Weller on 11/28/2023 9:56 AM.*

Back

5820231204006561

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/20/2023

**10/20/2023 - Office Visit in NEUROLOGY**

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 10/20/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 10/20/2023 through 11/20/2023

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/24/2023

## 10/24/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

**Encounter Provider**

Lau, Eunice Wan-Yew (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Re: Welcome**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>11/15/2023 2:20 PM by Steven Weller | Weller, Steven | 11/1/2023 5:31 PM |

Dear Mr. Weller

Two of the Physical Medicine and Rehabilitation physician do the muscle testing's. I will ask my staff to reach out to you to schedule

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic
Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

**Re: Welcome**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Eunice Wan-Yew (M.D.) Lau | 11/1/2023 5:13 PM |

Let's go ahead with the EMG test as a first step.

I have a PT appointment coming up on 11/7 that I can use to focus on the neck/back issues as well.

What causes the nerve outlet narrowing? Is this something that is likely to occur elsewhere as well?

**Welcome**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>12/1/2023 8:54 AM by Steven Weller | Weller, Steven | 10/24/2023 9:03 PM |

Dear Mr. Weller,

It was a pleasure meeting you at the Physical Medicine and Rehabilitation clinic/Spine clinic for evaluation of your LEFT neck, trapezius (muscle connecting neck to the shoulder), arm and hand pain with left index finger numbness.

As we discussed, the pain symptoms are due multiple etiologies and factors:
- neck and left trapezius pain can be a combination of multilevel disc wear-and-tear changes and also muscular pain. The muscular pain is the portion of left trapezius pain worsened right-sided neck turning or side bending.
-Some of the left arm pain is suspected be due to left C6 and C7 nerve irritation from the spine nerve outlet narrowing at the C5-6 and C6-7 levels.
-Some of the forearm and hand pain and discomfort is due to repetitive strain etiology.

***These are the diagnoses and also management options that we discussed. Appreciate review and let me know how you would like to proceed:***

1. Diagnostics: Muscle testing called EMG of the left arm to see if there is any current active versus previous/chronic C6 and C7 nerve root irritation and if so, the left arm pain and numbness may benefit from next epidural steroid injection.
2. If there is no fluid effect into the muscles, then you may benefit from the neck/cervical spine epidural steroid injection under x-ray guidance.
3. Medications options.:

Alternative medication for nerve and muscle discomfort may include a medication called Topamax/topiramate versus an antidepressant category medication called Cymbalta.

4. Physical therapy for the neck and upper back posture exercises.

I hope you found your visit to be helpful. I want to let you know that if you have any questions in regards to your condition or if you want to let me know how you are doing, you can call or e-mail me at any time. If your message requires a response, I will do my best to get back to you as soon as possible.

It is important to me that you are provided with excellent care, so please do not hesitate to let me know personally so that better care can be provided to you in the future.

Visit and bookmark
Http://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/
to contact me or find out more about our department. Here, you may find links to information such as exercises, videos, and even podcasts that may aid you in your rehabilitation.

**10/24/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB (continued)**

**Messages (continued)**

Again, it was nice seeing you. Please let me know if you have further questions. Thank you and take care!

Sincerely,
Eunice Lau, MD

Physical Medicine and Rehabilitation Department
Kaiser Permanente - Santa Clara
1263 East Arques Avenue, 1st Floor, Department 11
Sunnyvale, California 94085
408-530-2900

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 10/29/2023

## 10/29/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-10-27**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 2:57 PM by Steven Weller | Weller, Steven | 10/31/2023 2:11 PM |

Mr. Weller,

Thank you for your email updates. Let's see how the improvement continues...!
Keep up the good work.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/1/2023 8:42 AM by Steven Weller | Weller, Steven | 10/29/2023 8:24 PM |

Thank you for your message. I'll be out of the office through 10/31/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the

Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-27**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/29/2023 8:24 PM |

Saturday and Sunday I had to use a computer. I did it in short bursts, like 10 minutes at a time, spread out to avoid getting into too much pain. Saturday was OK, but Sunday afternoon I had a painful left hand and the horrible pain was triggered by it. Dog wrangling later in the day needed both arms, and that made it much worse.
Left finger, hand, and elbow pain continued all of Monday, causing a lost day. Right hand was OK.
Tuesday saw worse finger, hand, and elbow pain.
Wednesday started to improve, Thursday was better still.
A little more computer use on Friday. Ended friday with some elbow pain, fragile hands, but no horrible pain.

I did 30 minutes pool walking every day this week.

On Wednesday I started to avoid leaning weight in my left elbow, having discovered that in bed and some other situations I habitually put a lot of weight on that side to reach things and maneuver myself. I think it is helping.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/5/2023

## 11/05/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 3:12 PM by Steven Weller | Weller, Steven | 11/5/2023 3:10 PM |

Thank you for your message. I'll be out of the office through 11/7/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-03**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/5/2023 3:10 PM |

I'm keeping weight off my left arm and shoulder now, and I think it is helping. Overall this week my left arm pain has been duller and more consistently low-level, though I still managed to trigger the horrible pain on Thursday with just finger use. I'm experiencing less index finger pain generally.

Saturday and Sunday saw reducing pain. Light computer use on Monday brought back left hand and elbow pain. Left hand became very stiff.

Tuesday I had stinging hands, elbow pain, and generally unusable left arm and hand. Continued into Wednesday.
Got a new phone Thursday afternoon, and setting it up and fritzing with it was enough to hurt both hands and my left arm. Took until Friday evening for pain to subside, but once it had, it felt better than it had all week.

I've been to the pool and exercised for 30 minutes each weekday, walking and arm (shoulder) exercises. This can make my elbow hurt, but it subsides quickly.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

## 11/06/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

**Encounter Provider**

Lau, Eunice Wan-Yew (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Your left arm electromyography results**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>12/1/2023 8:51 AM by Steven Weller | Weller, Steven | 11/6/2023 5:24 PM |

Dear Mr. Weller

Thank you for moving forward to have your left arm subjective muscle testing done by Dr. Kevin Wang today. I just received the report that all the muscles tested as which correspond to the various cervical nerve root innervation were normal.
This information means that there is no active negative effect or compressive effect in the neck nerve roots that is supplying nerve sensation to the left arm muscles.

It is still possible that there is some inflammatory effect of the C5-6 and/or C6-C7 nerve outlet narrowing on the exiting nerve, but not necessarily need surgery to open up the space. Whether a neck spine epidural steroid injection (to inject steroid into the spinal canal) in the mid to lower level will benefit the overall left arm discomfort will be less predictable.

Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable.

Please contact me if you have further questions.

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic
Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

## 11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Wang, Kevin (M.D.) | Wang, Kevin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- ELECTROMYOGRAM AND NERVE CONDUCTION STUDY

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes | Wang, Kevin (M.D.) | 11/06/2023 1120 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 95860 | NDL EMG 1 XTR W/WO RELATED PARASPINAL AREAS | 11/6/2023 | Wang, Kevin (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Wang, Kevin (M.D.) at 11/6/2023 1048**

**Version 1 of 1**

Author: Wang, Kevin (M.D.) Service: — Author Type: Physician
Filed: 11/6/2023 12:27 PM Encounter Date: 11/6/2023 Creation Time: 11/6/2023 10:48 AM
Status: Signed Editor: Wang, Kevin (M.D.) (Physician)

## EMG Evaluation

**Indication:** Evaluation for Left Upper Extremity

**Referring Provider:** Eunice Lau, MD

**Clinical Notes (continued)**

**Summary:** Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

**Interpretation:** normal LUE EMG

**Conclusion:** This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

| Muscle | Insertional Activity | MUAP |
|---|---|---|
| Left FDIH | NL | NL |
| Left APB | NL | NL |
| Left FCR | NL | NL |
| Left Deltoids | NL | NL |
| Left Biceps | NL | NL |
| Left Triceps | NL | NL |
| Left Paraspinals mid and low Cervical | NL | |
| | | |

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 12:27 PM

**Procedures**

**Procedures**

**EMG, 1 EXTREM, W RELATED PARASPINAL AREAS [1561064240] (Active)**

Electronically signed by: **Wang, Kevin (M.D.) on 11/06/23 1121** Status: **Active**
Ordering user: Wang, Kevin (M.D.) 11/06/23 1121 Authorized by: Wang, Kevin (M.D.)
Ordering mode: Standard
Frequency: Today 11/06/23 - Class: Back Office
Quantity: 1
Diagnoses
CERVICAL SPONDYLOSIS [M47.812]

**Provider Details**

| Provider | NPI |
|---|---|
| Wang, Kevin (M.D.) | 1700059151 |

**Indications**

CERVICAL SPONDYLOSIS [M47.812 (ICD-10-CM)]

**Patient Instructions**

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

**Patient Instructions (continued)**

What else should you know about these tests?
• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 11:21 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

AFTER VISIT SUMMARY KAISER PERMANENTE

**Steven Weller** [illegible]

## Instructions [illegible]

Your personalized instructions can be found at the end of this document.

## Today's Visit

You saw KEVIN WANG MD on Monday November 6, 2023. The following issue was addressed: CERVICAL SPONDYLOSIS.

Done Today
NEEDLE ELECTROMYOGRAPHY OF EXTREMITY

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

[illegible]

[illegible]

[illegible]
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

[illegible]

[illegible]


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

## Instructions

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

What else should you know about these tests?

• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/7/2023

## 11/07/2023 - Office Visit in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Reason for Visit**

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnoses**

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**
- RIGHT HIP JOINT PAIN [M25.551]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/7/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

**Physical Medicine Notes**

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/7/2023 1452**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 11/7/2023 3:18 PM Encounter Date: 11/7/2023 Creation Time: 11/7/2023 2:52 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**

Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/7/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY in 12 weeks.//

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
==========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 8/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb

Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 5X/week, and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |

| | | |
|---|---|---|
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 10/10/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps

- 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved LEFT UPPER EXTREMITY wrist ACTIVE RANGE OF MOTION 40 degrees ulnar deviation

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/7/2023 3:18 PM

**Procedures**

## 11/07/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064241] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/07/23 1517** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 11/07/23 1517 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/07/23 - Class: Back Office
Quantity: 3
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart

After Visit Summary (below)

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** [illegible]

[illegible]

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Tuesday November 7, 2023. The following issues were addressed: LEFT ELBOW JOINT PAIN and RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

[illegible]
[illegible] BRIAN POEU LEE MD
Date Thursday November 16, 2023
Time 8:30 AM
[illegible] NEUROLOGY
[illegible] 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
[illegible] 408-851-4435

[illegible]

[illegible]

[illegible] ANGELA MARIE MENDOZA PT
[illegible] Friday November 24, 2023
[illegible] 10:20 AM
[illegible] REHABILITATION SVCS
[illegible] 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-554-9810

[illegible]

[illegible]

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

Steven Weller (MRN: 110018429889) • Printed at 11/7/2023 3:18 PM Page 1 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can.

## Today's Medication Changes

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/13/2023

**11/13/2023 - Patient Secure Message in NEUROLOGY**

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-11-10**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/13/2023 3:50 PM |

Overall I've had less index finger and left hand pain this week than any previous week despite occasional computer use.

I'm not putting weight on my left shoulder. Elbow pain has been at least low level pain all the time plus. Hands sting all the time, but it's mostly at a level that is not distracting. Always noticeable when waking in the night.

Computer use on Saturday caused elbow, hand, and finger pain. That improved over Sunday, but both hands hurt by evening.
Monday morning saw both hands and forearms stinging, plus my hands were cold and my wrists were bad. EMG test today.
Wheelchair not in use since Saturday due to hip feeling better
Tuesday hurt left hand and elbow with computer use, but it was much better by bedtime
Wednesday drove 650 miles. Elbow pain grew and fell as usual. Felt really good by end of day
Hurt my hip by using it too much. Index finger only slightly painful.
Thursday and Friday had hip pain, but left arm, hand, finger were surprisingly usable.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/15/2023 10:08 AM |

From what I can determine, by medical level has now flipped from STD to unpaid leave of absence pending medical information as described below. Do I need to take any action, or are you in communication with Sedgwick and will fulfill?

Short-Term Disability (STD) Benefits
Your Claim Number: 4A2307CTYDV-0001
STD Claim Status: Pending receipt of additional medical information
Information Needed:
o KaiserAttendingPhysiciansStatementformfromBrianPoeuLee,MD
o October27,2023topresentofficevisitnotesfromyourKaiserprovider(s).
o Workrelease
Heres What You Need to Do:
Submit additional medical information that supports your disability as described above, by November 27, 2023.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Re: Water walking and knee pain**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/20/2023 3:33 PM |

Hi Steven,
I sent a referral to Angela to help you with some exercises for PF syndrome.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Re: Water walking and knee pain**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/17/2023 4:04 PM |

I don't have any patellofemoral exercises to continue. Do you have some exercises I should be doing?

**Water walking and knee pain**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/30/2023 9:22 AM by Steven Weller | Weller, Steven | 11/17/2023 3:41 PM |

Hi Steven,
Do make sure that you are warming up and cooling down with some quadriceps stretching. Also continue with your patellofemoral exercises to be sure the patella is gliding correctly while you are walking. You are also correct in decreasing the intensity of the exercise, you may need to cut back on

the duration until you are not getting pain in the knee. I don't recommend pushing through the pain as it will likely make it worse but you can modify exercise as needed.

Hope that helps,

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Water walking and knee pain**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/15/2023 2:17 PM |

I've been doing water walking for the last month or so in order to get aerobic exercise while keeping weight off my hips. It's fine on my hips, but I'm getting increasing pain in my left knee, the one with femoral-patella syndrome. My knee is limiting the vigor and duration of my exercises. I'm water walking five times a week, 30 minutes a session. I go mainly forwards, but also backwards and sideways about a third of the time.

The pain was worsening with each session so I've now switched to more gentle walking, forwards only. The pain mostly goes away once I'm out of the pool, but lasts for several days at a low level if I stop visiting the pool.

Do you have suggestions for avoiding the pain while doing pool exercise, for experiments I can run, or for treating the condition? I'm currently mostly using a wheelchair at home to keep my hip pain manageable.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**PT for forearm and elbow**

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | Weller, Steven | 11/16/2023 11:10 AM |

Hi Steven,

I understand that the majority of the exercises I gave you hurt, but are you able to do the exercise 50% of the range pain free?

Ideally you would warm up using the same exercises only part of the range and hopefully after 1 set of 10-15 reps would be able to go slightly further pain free.

Are you able to do that modification with that result?

Angela

**PT for forearm and elbow**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 11/15/2023 2:42 PM |

I've been out of town for a week, so am getting back into regular exercise.

Dr. Lau had said in an emai:

"Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable."

I'm not sure we addressed this specifically at our last appointment. Which exercises should I

be doing for this?

The bicep stretch and elbow flexion exercises aggravate the arthritis in my elbow. The palms down wrist flexion causes repetitive pain. The radial/ulnar deviation hurts at the elbow. I am doing whole arm movement in the pool (not bending elbow, but not keeping it straight) which hurts the elbow a little, but it seems to recover without triggering anything else.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/16/2023

## 11/16/2023 - Office Visit in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

#### Level of Service

| Level of Service |
|---|
| **OUTPT EST LEVEL 3** |

### Reason for Visit

#### Chief Complaint

- FOLLOW UP ROUTINE

#### Visit Diagnosis

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 11/16/2023 1031 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 11/16/2023 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

#### Unknown

**Progress Notes by Lee, Brian Poeu (M.D.) at 11/16/2023 0904**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Lee, Brian Poeu (M.D.) | Service: — | Author Type: Physician |
| Filed: 11/16/2023 10:31 AM | Encounter Date: 11/16/2023 | Creation Time: 11/16/2023 9:04 AM |
| Status: Signed | Editor: Lee, Brian Poeu (M.D.) (Physician) | |

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. C6, C7 neuroforaminal narrowing may give milder inline effects not picked up on EMG but still contribute. Less to suggest brachial plexopathy but imaging studies can be pursued. Try 4-6 weeks of carpal tunnel syndrome treatment.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/16/2023

**11/16/2023 - Office Visit in NEUROLOGY (continued)**

**Clinical Notes (continued)**

Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lea, Brian Poeu (M.D.) at 11/16/2023 10:31 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

AFTER VISIT SUMMARY

**Steven Weller** [illegible]

KAISER PERMANENTE

[illegible]

## Today's Visit

You saw BRIAN POEU LEE MD on Thursday November 16, 2023.

133/77

64

## What's Next

[illegible]
With ANGELA MARIE MENDOZA PT
Date Friday November 24, 2023
Time 10:20 AM
[illegible] REHABILITATION SVCS
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-554-9810

[illegible]

[illegible]

With BRIAN POEU LEE MD
Date Thursday January 4, 2024
Time 10:30 AM
Department NEUROLOGY
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-851-4435

[illegible]

[illegible]



This is confidential information. Please don't throw away in a Kaiser Permanente trash can.

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes [illegible]

No changes were made to your prescriptions during this visit

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

Steven Weller (MRN: 110018429889) • Printed at 11/16/2023 10:31 AM Page 2 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can.

Vitals

**11/16/2023 - Office Visit in NEUROLOGY (continued)**

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 11/16/2023 8:34 AM

| BP | Pulse |
|---|---|
| 133/77 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 64 |

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/17/2023

## 11/17/2023 - Pharmacy Initiated Order in ADMINISTRATION

### Visit Information

**Department**

| Name | Address | Phone |
|---|---|---|
| ADMINISTRATION | 1800 HARRISON STREET<br>Oakland CA 94612-3466 | 510-987-1000 |

### Other Orders

**Medications**

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste [1561064242] (Active)**

Electronically signed by: **Pharmacy, User on 11/16/23 0000** Status: **Active**
Ordering user: Pharmacy, User 11/16/23 0000 Authorized by: NON-CPM PHARMACY PROVIDER
Ordering mode: Standard
Frequency: 11/16/23 - 11/15/25 Class: File

**Provider Details**

| Provider | NPI |
|---|---|
| NON-CPM PHARMACY PROVIDER | 1606530008 |
| PHARMACY USER | — |

Package: 11527-704-42
Reordered from: Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/19/2023

## 11/19/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/19/2023 9:10 PM |

Thank you for your message. I'll be out of the office through 11/21/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-17**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/19/2023 9:10 PM |

I started wearing the brace and taking ibuprofen on Friday 17th. No side effects from the ibuprofen that I can feel.

Started the week on Saturday with very stiff left hand and elbow hurting.
Sunday continued elbow pain and added right wrist pain
Monday slight triggering of index finger pain from elbow pain which got worse for no reason
Tuesday was a driving day. Same pattern of elbow pain as usual, but less intense at its worse

Wednesday included computer use and both hands felt cold and painful
Thursday Dr. Lee visit, plus computer use. Index finger with some pain.
Friday started wearing a wrist brace 24/7 on left wrist and taking 400mg Ibuprofen twice a day
Right wrist still hurting and being aggravated by additional use due to brace

Hands stills sting at night. That seems to be a constant. Any use of left elbow makes it hurt. Index finger has been better generally this week.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Sedgwick information request**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 9:53 AM |

I do not recall getting anything from Sedgwick recently.

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | Weller, Steven | 11/24/2023 8:54 AM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**11/24/2023 - Patient Secure Message in INTERNAL MEDICINE (continued)**

**Messages (continued)**

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 8:54 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/24/2023 10:18 AM by Steven Weller | Weller, Steven | 11/24/2023 8:55 AM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick Information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/24/2023 8:55 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not

happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in #498, ADMINISTRATION, FLR 4

**Visit Information**

**Department**

| Name | Address | Phone |
|---|---|---|
| #498, ADMINISTRATION, FLR 4 | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1000 |

**Messages**

**Physical Therapy Appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Sylvester Singh<br>Last Read in kp.org<br>11/24/2023 1:20 PM by Steven Weller | Weller, Steven | 11/24/2023 12:29 PM |

Dear Member,

Welcome to the Department of Rehabilitation Services (Physical Therapy, Speech Therapy, and Occupational Therapy) at Kaiser Permanente, Santa Clara Medical Center. Your doctor has referred you to our department for care. If you want to set up an appointment, please call 408-851-1400 and have your medical record number ready. Our receptionists are here to assist you Monday-Friday between the hours of 8:30am and 5:00pm. If you have already scheduled an appointment, there is no need to call.

Thank you and we look forward to assisting you in your care.

Claudia Carhart, PT, MS, MBA
Director Rehabilitation Services
Santa Clara Medical Center

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Colonoscopy**

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Anping (N.P.) Shiah<br>Last Read in kp.org<br>11/24/2023 3:36 PM by Steven Weller | Weller, Steven | 11/24/2023 2:02 PM |

Hello Steven,

Your PCP is out of the office today. I am responding on their behalf.

According to your medical record, it looks like you had one polyp removed at Sutter in 2018. I have placed a referral for our gastroenterology department to follow up with you. If you do not hear from them in the next week, please call to schedule with their department by calling (408) 851-2750.

Take care,

Andrew Shiah, FNP-C
Department of Adult and Family Medicine
710 Lawrence Expressway, Dept. 372
Santa Clara, CA 95051
24/7 Appointments and Advice Line: (408) 554-9800

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 3:33 PM by Steven Weller | Weller, Steven | 11/24/2023 1:20 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Colonoscopy**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 1:20 PM |

I just checked my records and they show I had a screening colonoscopy done May 11 2018. Some polyps were removed and I was told to have another five years later.

It's past that now, so I should have another done. How do I set that up?

## 11/24/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 11/24/2023 1103 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/24/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/24/2023 1025**

Version 1 of 1

| | | |
|---|---|---|
| Author: Mendoza, Angela Marie (P.T.) | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 11/24/2023 11:03 AM | Encounter Date: 11/24/2023 | Creation Time: 11/24/2023 10:25 AM |
| Status: Signed | Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL) | |

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy, R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/24/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Progressing 11/24/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
==========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 9/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began

going to the Tympany pool 3X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
-- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold

**11/24/2023 - Office Visit in REHABILITATION SVCS (continued)**

**Physical Medicine Notes (continued)**

- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

=========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/24/2023 11:03 AM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064243] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/24/23 1103** Status: **Active**

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

Ordering user: Mendoza, Angela Marie (P.T.) 11/24/23 1103
Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/24/23 -
Class: Back Office
Quantity: 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** [illegible]

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday November 24, 2023. The following issue was addressed: LEFT KNEE JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

[illegible]
With ANGELA MARIE MENDOZA PT
Date Wednesday December 20, 2023
Time 9:40 AM
[illegible] REHABILITATION SVCS
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-554-9810

[illegible]

[illegible]
With BRIAN POEU LEE MD
Date Thursday January 4, 2024
Time 10:30 AM
[illegible] NEUROLOGY
Address 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone 408-851-4435

[illegible]

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

**After Visit Summary (continued)**

## Today's Medication Changes

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/25/2023

## 11/25/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Irritation to palm from wrist brace**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 10:11 AM |

I think just having you do not have the brace in contact with your palm should help. I do not see an actual rash there.

Take care,

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/26/2023 10:38 AM by Steven Weller | Weller, Steven | 11/25/2023 9:53 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

psychiatric emergency, call 911 or go to the nearest hospital.

**Irritation to palm from wrist brace**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/25/2023 9:53 PM |

I have been wearing a wrist brace on my left wrist 24/7 at the request of Dr Lee. However, after a week, this is causing itchiness and redness on the palm of that hand. The brace has since been modified so that my palm is not in contact with the brace material, which I hope will help. Anything else I should be doing to prevent or treat this? I have duyputrens in my left hand that contributes to the contour of my palm.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/26/2023

## 11/26/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/26/2023 10:59 AM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-24**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/26/2023 10:59 AM |

I've been wearing a brace in my left wrist 24/7 and taking ibuprofen 400mg twice a day for a week now. No side effects that I can detect. I am sleeping better.

The brace seems to be helping. My elbow has been a little better and more usable. Any use makes it hurt more, but hasn't triggered the horrible pain. I've had only small amounts of left index finger pain. We're sorting through accumulated stuff at home currently, so my hands and arms are getting used more than usual. Too much of that causes hand/palm/forearm pain, so

I'm being careful. Computer use is still limited to small bursts with rest.

Exercise in the pool continues to help arms/hands feel better, but that is aggravating my left knee pain and I can't do as much as I'd like to

I'm getting irritation and redness on the palm of my left hand from the brace, so am getting my wife to adjust it to allow airflow. See email to my PCP that includes pictures.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/27/2023

## 11/27/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/28/2023 9:24 AM by Steven Weller | Weller, Steven | 11/27/2023 2:45 PM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick return to work date**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/27/2023 2:45 PM |

I've indicated to Sedgwick that Jan 8 24 is my new return to work date. That may be what they are missing, but I don't understand the system, so who know? I picked that because it is after my appointment with you on January 4th.

I've not had a reply to my questions yet, but I think it is likely that they will request paperwork from you that is consistent with that date.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/27/2023

## 11/27/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Nguyen, Mi-Mi Tra-Mi (M.A.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**PROCEDURE NEEDED**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Mi-Mi Tra-Mi (M.A.) Nguyen<br>Last Read in kp.org<br>11/28/2023 9:29 AM by Steven Weller | Weller, Steven | 11/27/2023 4:31 PM |

Dear Kaiser member,

Your health care provider has requested that we arrange for a colonoscopy. To improve the scheduling process, please note that you will need to take a day off for your procedure and have a designated driver. Please have a couple days in mind that will work best for you and your driver.

Please call us directly at (408) 851-2750. Our office hours at Monday through Friday, 8:30 am to 5:00 pm. We look forward to hearing from you soon.

Sincerely,

Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Re: Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/30/2023 8:59 AM |

I contacted MR yesterday and responded to their questions, so hopefully things will move again.

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/1/2023 8:41 AM by Steven Weller | Weller, Steven | 11/28/2023 11:02 PM |

Mr. Weller,

Thank you for your email. They should be trying to contact Medical Records for the chart notes, and the department is usually pretty quick about responding.

Take care,

Dr. Lee

**Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/28/2023 9:28 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. Can you provide this?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work

release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>12/1/2023 8:41 AM by Steven Weller | Weller, Steven | 11/28/2023 10:48 AM |

You need to contact release of information.

We can help with your request to complete medical forms or obtain medical records. All such requests now start with our Release of Medical Information (ROMI) Department.

Please contact ROMI directly by email or phone
408-851-1750
Santa.Clara.ROI.Dept@kp.org

To learn more, visit ROMI online Release of Medical Information | My Doctor Online (kaiserpermanente.org).

Irene Ho MD

**Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/28/2023 9:29 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. I have sent this same email to Dr Lee since I believe he would be providing this. Do you know where the ball is being dropped?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work

until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Guzman, Edith Yamilet (M.A.)

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**COLONOSCOPY PREPARATION INSTRUCTIONS**

| From | To | Sent and Delivered |
|---|---|---|
| Edith Yamilet (M.A.) Guzman<br>Last Read in kp.org<br>11/28/2023 12:08 PM by Steven Weller | Weller, Steven | 11/28/2023 9:45 AM |

Dear Mr. Weller,
MRN: 110018429889

**Procedure appointment**
Procedure: **Colonoscopy**
Date: **December 20, 2023**
Arrival time: **8:30 AM**

Location:
Outpatient Procedure Center (OPPC), #240
Kaiser Santa Clara Medical Center
710 Lawrence Expressway
Santa Clara, CA 95051

1. Please check-in at your confirmed arrival time. Your procedure will typically **start within the hour** after our staff completes the intake process. A late arrival may result in your procedure being delayed.

2. You are required to have a friend or family member available to drive you home. The sedatives/anesthetics that are given will make it unsafe for you to drive or get home on your own. Our family notification texting program can update your driver and avoid having them stay in the waiting area. We will be asking their permission to be enrolled during check-in. Their number will be removed after your procedure is completed. Please print the pickup instructions to share with your driver from our website - <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/OPPC%20pickup%20map_tcm75-1588359.pdf ' target='_blank'>Click here</a>

3. You will be using the **Gavilyte/Colyte and Simethicone preparation**

**To receive your prescription, go to kp.org/rxrefill, use our mobile apps, or call 1-888-218-6245 and choose one of the following options:**

**-Mail Delivery** in 5-7 days (free shipping)

**-Same Day or Next Day Delivery** (for an additional fee)

**-Priority pickup** to a KP Pharmacy, usually ready in 30 minutes.

**-Visit any CHECK-IN window** at a nearby KP pharmacy to request to have your medication filled.

4. Take the laxative as outlined in our instructions. **DO NOT** follow the manufacturer's instructions. Please read your preparation instructions carefully
at <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/Colonoscopy%20Prep%20with%20Gavilyte_FINAL_tcm75-696518.pdf' target='_blank'>**www.Gavilyte/Colyte prep**</a>

You should **start the 2nd half of the preparation at 4:30 am. You should complete the remaining prep solution within 2 hours of starting.**

5. Here are additional resources to help you understand colonoscopy and the necessary diet changes.

Instructional video on colonoscopy - <a href='https://mydoctor.kaiserpermanente.org/ncal/mdo/presentation/common/healthToolPage.jsp?path=healthtool_152512.xml ' target='_blank'>Click here</a>

Low Fiber Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-low-fiber-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

Clear Liquid Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-clear-liquid-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

**Please note that our reminder messages will only send location and date information. Use the above time as your confirmed appointment time.**

If you develop the following symptoms: such as fever, nasal congestion, sore throat, cough, difficulty breathing, loss of taste and/or smell, muscle pain, chills or headache within 2 weeks of your scheduled procedure, please call us for further instructions. Also, if you have been in close contact with anyone who has tested positive or is isolating due to infection with COVID-19, please call us at 408-851-2750, option #2 for further instructions.

If you have any questions or need to cancel your appointment, please reply to this email or contact our department at 408-851-2750. If you need to cancel your procedure, please contact us at least 72 hours before your appointment. Our office hours are Monday-Friday from 8:30AM to 5:00PM.

Sincerely,

Edith
Medical Assistant
Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

# 11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY

## Visit Information

### Provider Information

**Encounter Provider**

Guzman, Edith Yamilet (M.A.)

### Department

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

## Reason for Visit

### Visit Diagnosis

- **SCREENING COLONOSCOPY (primary) [Z12.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **SCREENING COLONOSCOPY (primary)** | Z12.11 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0940 |

## Other Orders

### Surgical Procedures

**SURGICAL CASE REQUEST [1561064245] (Completed)**

Electronically signed by: **Guzman, Edith Yamilet (M.A.) on 11/28/23 0941** Status: **Completed**

Ordering user: Guzman, Edith Yamilet (M.A.) 11/28/23 0941
Authorized by: Fung, Spencer Thomas (M.D.)
Frequency: Routine X1 11/28/23 0945 - 1 occurrence
Quantity: 1

Ordering provider: Fung, Spencer Thomas (M.D.)
Ordering mode: Outpatient Standing Order (No Cosign)
Class: Normal
Instance released by: Guzman, Edith Yamilet (M.A.) (auto-released) 11/28/2023 9:41 AM

Diagnoses
SCREENING COLONOSCOPY [Z12.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Fung, Spencer Thomas (M.D.) | 1669559506 |
| Guzman, Edith Yamilet (M.A.) | — |

**Questionnaire**

| Question | Answer |
|---|---|
| What date is the patient first available for surgery? | 11/28/2023 |
| Case Classification: | Elective |
| Patient Complexity: | No POM appt. required |
| Intended Post Operative Disposition: | Discharge |

Order comments: CLNSReferral Questions 1 Does the patient have a history of colorectal cancer or colon polyps? Yes 2 If patient on Anticoagulation/Antiplatelet therapy, which medication(s)? Does not include aspirin. None of these medications 3 If patient < 65 years old, does he/she have any of the following comorbidities: CHF, DM w/gastroparesis, Renal Insufficiency, Cirrhosis, IBD flare, Chronic Constipation? No, the patient is less than 65 years old without comorbidities 4 Patient History/Comments (Include date of polyp removal, CRC diagnosis; location of Polyp/CRC; date of last colon exam and any other pertinent info) CRC screening 5/2018 at Sutter. 1x Tubular adenoma. Recommended interval to next surveillance/screening colonoscopy: 5 years 5 Other medical conditions - check all that apply: None 6 Medications/other relevant medical conditions: Osteoporosis; alendronate, pregabalin, meloxicam 7 Does this patient use peritoneal dialysis? No 8 Special Procedural Considerations No Answer

**Indications**

**11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY (continued)**

**Other Orders (continued)**

SCREENING COLONOSCOPY [Z12.11 (ICD-10-CM)]

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Reason for Visit**

**Visit Diagnosis**

- **COLONOSCOPY (primary) [Z01.89]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **COLONOSCOPY (primary)** | Z01.89 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0948 |

**Other Orders**

**Medications**

**Simethicone (MYLICON) 80 mg Oral Chew Tab [1561064246] (Active)**

Electronically signed by: **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status: **Active**
Ordering user: Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by: Doan, Caitlin Chilan (M.D.)
Ordering mode: Standard
Frequency: 11/28/23 - 05/26/24 2359 Class: File
Released by: Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 57896-791-01
Status
Pharmacy, User 11/29/23 2345 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

**PEG 3350 - Electrolytes (GaviLyte-C) 240-22.72-6.72 -5.84 gram Oral Recon Soln [1615023454] (Active)**

Electronically signed by: **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status: **Active**
Ordering user: Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by: Doan, Caitlin Chilan (M.D.)
Ordering mode: Standard
Frequency: 11/28/23 - 05/26/24 2359 Class: File
Released by: Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY (continued)

**Other Orders (continued)**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 43386-060-19
Status
Pharmacy, User 11/29/23 0845 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/30/2023

## 11/30/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Update on the state of everything 2023-11-30**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>Not Read | Weller, Steven | 12/1/2023 10:26 AM |

Hi Steven,
I'll check in with Dr. McDonald. You could try heat and ice on the L knee and when you are off the ibuprofen you could try voltaren gel. I've placed an order. You rub it on the knee 2-4 times daily (basically rubbing on ibuprofen with less side effects). If it's not improving we can do new xrays, possibly a cortisone injection if indicated.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Update on the state of everything 2023-11-30**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/30/2023 9:20 AM |

I've been wearing a brace on my left wrist 24/7 and taking 400mg ibuprofen twice daily for the last 3 weeks, as requested by Dr. Lee to treat carpal tunnel (which I may or may not have). I'm visiting Timpany pool to do water walking several times a week and that improves everything except my knee.

Left hip
Continues to be pain free at the level of use I'm giving it.

Right hip
Did we ever hear back from Dr. MacDonald? Pain is still limiting my mobility and I'm currently

using a wheelchair around the house some of the time. I can't walk a block.

Left elbow
Has been improving recently. It's less sensitive to use, recovers faster if I overuse it, and has a lower level of constant pain.

Left knee
I'm having worsening femoral-patella pain caused by water walking. I've scale back exercise and am resting it to let the inflammation reduce. Pain is constant.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/1/2023

## 12/01/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/1/2023 2:45 PM by Steven Weller | Weller, Steven | 12/1/2023 8:50 AM |

Thank you for your message. I'll be out of the office through 12/5/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Work status report and Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/1/2023 8:50 AM |

The most recent work status report I have is for the period 2023-10-20 thought 2023-11-20. I have uploaded that to Sedgwick, along with two other documents that were provided to me today by Kaiser Medical Records, so hopefully that unblocks the bureaucracy and reinstates payments.

I have given Sedgwick a new return to work date of 2024-01-08 since I have to give one to get

an extension and that is the Monday after my next appointment with you. I think the Sedgwick system requires that I send in a work status report for the period 2023-11-20 through 2024-01-05. If that is the case, can you provide a new work status report that I can send in?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/1/2023

## 12/01/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

**Encounter Provider**

Lau, Eunice Wan-Yew (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Right and left hand repetitive strain**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Eunice Wan-Yew (M.D.) Lau | 12/1/2023 9:22 AM |

I'm trying to assess how likely I am to get back full use of my hands for computer work and in what time frame.

My employer has made it clear that my return to work comes with the expectation of taking on 100% of my workload from day one, but after three months off work with very minimal use I'm still in significant pain in both hands from repetitive strain after less than a minute of computer work. My only practical access to computers is now via an iPad with a Pencil.

At this point I'm not seeing the light at the end of the tunnel and I feel like I'm permanently unable to return to work. Is there a medical opinion, test, etc. that would confirm or refute that?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/1/2023

## 12/01/2023 - Ancillary Orders in SPORTS MEDICINE

### Visit Information

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Reason for Visit

**Visit Diagnoses**

- **LEFT PATELLOFEMORAL SYNDROME (primary) [M22.2X2]**
- OSTEOARTHRITIS OF LEFT KNEE [M17.12]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT PATELLOFEMORAL SYNDROME (primary)** | M22.2X2 | Dobler, Erin Alyson (P.A.-C) | 12/01/2023 1024 |
| Diagnosis #2 | | | | |
| Add | OSTEOARTHRITIS OF LEFT KNEE | M17.12 | Dobler, Erin Alyson (P.A.-C) | 12/01/2023 1024 |

### Other Orders

**Medications**

**Diclofenac Sodium (VOLTAREN) 1 % Top Gel [1615023455] (Active)**

Electronically signed by: **Dobler, Erin Alyson (P.A.-C) on 12/01/23 1025** Status: **Active**
Ordering user: Dobler, Erin Alyson (P.A.-C) 12/01/23 1025 Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordering mode: Standard
Frequency: 12/01/23 - Until Discontinued Class: File
Diagnoses
LEFT PATELLOFEMORAL SYNDROME [M22.2X2]
OSTEOARTHRITIS OF LEFT KNEE [M17.12]

**Provider Details**

| Provider | NPI |
|---|---|
| Dobler, Erin Alyson (P.A.-C) | 1558539700 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Admin instructions: Apply to affected area(s) as directed in package insert

**Indications**

LEFT PATELLOFEMORAL SYNDROME [M22.2X2 (ICD-10-CM)]
OSTEOARTHRITIS OF LEFT KNEE [M17.12 (ICD-10-CM)]

7Ø2Ø231207115129

KAISER PERMANENTE. thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 12/6/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 11/20/2023 through 1/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

Back

5820240105002600

## Kaiser Permanente Attending Physician Statement

**Statement Date**
1/4/2024

### PATIENT INFORMATION

| Patient First Name | Patient Last Name | MRN | DOB | Deceased |
|---|---|---|---|---|
| Steven | Weller | 18429889 | | N |

### PHYSICIAN/PROVIDER INFORMATION

| Provider First Name | Provider Last Name | License Type | License No. | License State |
|---|---|---|---|---|
| BRIAN POEU | LEE | PHYSICIAN | A79929 | CA |

| Provider Address | City | State | ZIP | Phone | Specialty |
|---|---|---|---|---|---|
| 700 LAWRENCE EXPY | SANTA CLARA | CA | 95051-5173 | 650-903-2101 | Neurology |

### CERTIFICATION INFORMATION

| Date Disability Began | First Treatment Date | Last Treatment Date | Still Treating? | Treatment Intervals |
|---|---|---|---|---|
| 11/20/2023 | 11/20/2023 | | Y | AS NEEDED |

| Date of Expected Return to Pre-Impairment/Pre-Injury Activity | Work-Related? | Unable to Work? | Permanent Disability? | Trauma? |
|---|---|---|---|---|
| 01/06/2024 | N | Y | N | N |

**Reason for Impairment**
CERVICAL RADICULOPATHY. Uncontrolled Symptoms

### PREGNANCY INFORMATION

| Pregnancy Related (not currently pregnant)? | Pregnant? | Expected Delivery Date |
|---|---|---|
| N | N | |

| Actual Delivery Date | Delivery Type | Disabled Days (Vaginal) | Disabled Days (Cesarean) |
|---|---|---|---|
| | | | |

### MEDICAL INFORMATION

| Diagnosis | Code Set | First Dx | Second Dx | Third Dx | Fourth Dx |
|---|---|---|---|---|---|
| CERVICAL RADICULOPATHY | ICD10 | M54.12 | | | |

| Related Hospitalization? | Currently Hospitalized? | Admit Date | Discharge Date |
|---|---|---|---|
| N | N | | |

| Disclosure Mentally/Psychologically Detrimental? | Referral to Drug/Alcohol Facility? |
|---|---|
| N | N |

| Seen By Non-KP Provider? | Date Care Started w/Non-KP Provider |
|---|---|
| N | |

**Electronically Signed By:** LEE, BRIAN POEU (M.D.) on 12/6/2023

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/6/2023

## 12/06/2023 - Patient Secure Message in REHABILITATION SVCS

**Visit Information**

**Provider Information**

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

**Messages**

**Brace for femoral-patella pain?**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 12/6/2023 4:21 PM |

I'm still having a lot of left knee pain caused by the action of water walking. I stopped the water exercises last week because I'm unable to move around in the water at all without making it worse. Heat helps, and I've been applying that.

It's particularly disabling because I can no longer scoot myself around in a wheelchair using my legs (to rest my hip) since that knee action makes it worse.

Is there a particular knee brace that you would recommend that can be worn either over or under pants that would help this? When I first had this problem I wore a knee brace for a while and it definitely helped it.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/6/2023

# 12/06/2023 - Ancillary Orders in NEUROLOGY

## Visit Information

### Provider Information

**Encounter Provider**

Lee, Brian Poeu (M.D.)

### Department

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

## Reason for Visit

### Visit Diagnoses

- **CERVICAL RADICULOPATHY (primary) [M54.12]**
- WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **CERVICAL RADICULOPATHY (primary)** | M54.12 | Lee, Brian Poeu (M.D.) | 12/06/2023 1740 |
| Diagnosis #2 | | | | |
| Add | WORK UP IN PROGRESS, NEUROLOGIC | ADMIN CODE | Lee, Brian Poeu (M.D.) | 12/06/2023 1740 |

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 12/6/2023

**12/06/2023 - Ancillary Orders in NEUROLOGY (continued)**

KAISER PERMANENTE thrive

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 12/6/2023

Please see below for this health care provider's directives and information relating to this encounter.

**Work Status Report**

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 11/20/2023 through 1/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/7/2023

## 12/07/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Temporary disabled placard**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>12/9/2023 12:21 PM by Steven Weller | Weller, Steven | 12/8/2023 3:29 PM |

Hi Steven,
I can renew it for you. You can message me again in the beginning of Jan and you can pick it up unless you want it sooner (though it goes 6mos from date of signing).

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Temporary disabled placard**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 12/7/2023 7:14 PM |

I have a temporary disabled placard that will expire January 16th. How do I get that renewed/extended?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/9/2023

## 12/09/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/11/2023 5:29 AM by Steven Weller | Weller, Steven | 12/9/2023 12:38 PM |

Thank you for your message. I'll be out of the office through 12/12/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-08**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/9/2023 12:38 PM |

It's been another week of no horrible pain. Index finger on left hand has felt almost normal, with only slight pain at the tip. Computer use has been very light and spread out.

I've now had the brace on for three weeks. I'm taking 400mg ibuprofen twice a day. It may have given me some stomach irritation this week, but whatever it was it went away.

Friday was a driving day. This time my left elbow only bothered me a little. It was better than

the last time, which itself was better than previously. Generally my elbow is very slowly improving and I'm often not distracted by it, but I did have a couple of painful elbow days.

I'm no longer going to the pool due to patella-femoral pain and I am resting my left knee. I have very limited mobility right now since my right hip is painful as well and gets worse with the application of weight. My knee pain also pretty much stops me from scooting the wheelchair with my legs around the house and my arms are not good enough to propel myself.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/9/2023

## 12/09/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/11/2023 5:29 AM by Steven Weller | Weller, Steven | 12/9/2023 12:41 PM |

Thank you for your message. I'll be out of the office through 12/12/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Will be off ibuprofen for a week**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/9/2023 12:41 PM |

FYI: I have a routine colonoscopy December 20th, so will be stopping ibuprofen from December 13th for one week.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/14/2023

## 12/14/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Ho, Irene Oi Yin (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Moving to Kaiser Oregon**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>12/15/2023 10:43 AM by Steven Weller | Weller, Steven | 12/15/2023 8:19 AM |

Nothing you need to do. They should be able to look and see your old medical records in the computer system.

Take care,

Irene Ho MD

**Moving to Kaiser Oregon**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 12/14/2023 12:32 PM |

Our family is planning to move to Portland, Oregon late January 2024. We expect to continue our healthcare by signing up with Kaiser Oregon.

Is there anything we should be doing to ensure a smooth transition of ongoing diagnosis, treatment, etc.? We would like to continue everything that is ongoing up until the date that we move.

This move will affect Steven Weller, Laura Weller, and Madeline Weller.

This move will NOT affect Kristin Weller who remains in California and will still be on Kaiser California.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/14/2023

## 12/14/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Moving to Kaiser Oregon**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/2/2024 2:07 PM by Steven Weller | Weller, Steven | 12/14/2023 3:22 PM |

Hi Steven,
Although it is Kaiser Oregon, they have a different database and will not be able to access your records from Northern California. I recommend that you obtain copies of your records from the release of information office, particularly all of your orthopedic notes, your xrays and MRIs (the actual pictures along with the reports). This will help them so you don't have to repeat everything. Once in Oregon, you can get established with a primary care provider who can refer you to their orthopedics and physical therapy departments.

To contact the ROI office, you can send an email to Santa.Clara.ROI.Dept@kp.org or call 408-851-1750, Monday through Friday, 9 am to 5 pm. Please include your medical number and EDD claim number on the email, or have that information available when you call.

Please let me know if you have any other questions or concerns.

Happy Holidays:)

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Moving to Kaiser Oregon**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 12/14/2023 12:34 PM |

Our family is planning to move to Portland, Oregon late January 2024. We expect to continue our healthcare by signing up with Kaiser Oregon.

Is there anything I should be doing to ensure a smooth transition of ongoing diagnosis, treatment, etc.? I would like to continue everything that is ongoing up until the date that we move.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/14/2023

## 12/14/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Moving to Kaiser Oregon**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/21/2023 12:04 PM by Steven Weller | Weller, Steven | 12/21/2023 10:57 AM |

Mr. Weller,

Thank you for your email--just be sure to stop by Member Services and ask to have your chart on a chip. Everyone is on the same type of electronic medical record, but to make sure that you have everything with you, just inquire about having your chart on a flash drive. Member Services is on the first floor at Santa Clara.

Take care,

Dr. Lee

**Moving to Kaiser Oregon**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/14/2023 12:35 PM |

Our family is planning to move to Portland, Oregon late January 2024. We expect to continue our healthcare by signing up with Kaiser Oregon.

Is there anything I should be doing to ensure a smooth transition of ongoing diagnosis, treatment, etc.? I would like to continue everything that is ongoing up until the date that we move.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/17/2023

## 12/17/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-12-15**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/18/2023 10:29 AM by Steven Weller | Weller, Steven | 12/18/2023 9:05 AM |

Mr. Weller,

Thank you for your email. Please do continue to keep me up-to-date on how you are doing.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/18/2023 10:28 AM by Steven Weller | Weller, Steven | 12/17/2023 4:53 PM |

Thank you for your message. I'll be out of the office through 12/18/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-15**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/17/2023 4:53 PM |

Left index finger continues to be only a little painful. I wore the brace in my left wrist and took 400mg ibuprofen twice daily and stopped ibuprofen Tuesday evening.

Started the week on Saturday with hands still a little painful after a day of driving. Limited mobility due to knee and hip pain.
Sunday saw a very small amount of computer use that immediately resulted in left elbow pain and consequent index finger pain by the evening.
Monday hands were OK, some elbow pain, index finger pain only in the tip
Tuesday lots of elbow pain for no reason, left index finger pain, and left hand very stiff
Wednesday drove all day, left elbow somewhat painful, but got better as usual
Thursday cold hands, index finger OK
Friday generally achy and tired, likely due to ibuprofen withdrawal, but elbow and index finger OK, both hands stinging quite a lot

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/20/2023

## 12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Cheng, Yao-Wen (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Clinical Notes**

**Gastroenterology**

**Scans - Filed on 12/21/2023 1357**

**Version 1 of 1**

Scan on 12/21/2023 11:47 AM by Cheng, Yao-Wen (M.D.): Consent For Operation, Anesthesia, Procedures, and Medical Services (below)

Electronically signed by Cheng, Yao-Wen (M.D.) at 12/21/2023 1:57 PM

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 12/20/2023

## 12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)

**Documents — Encounter Level on 12/20/2023:**

Scan on 12/21/2023 11:47 AM by Cheng, Yao-Wen (M.D.): Consent For Operation, Anesthesia, Procedures, and Medical Services (below)

**Description:**Consent For Operation, Anesthesia, Procedures, and Medical Services **Scan Date:**12/21/2023 **Index**

Page 1 of 4

Weller, Steven
09/28/61
110018429889
MD Y Cheng

OPPC 12/20/23

Weller,Steven, 110018429889

KAISER PERMANENTE
The Permanente Medical G

MRN: 110018429889
Name: Weller,Steven

### Consent for Operation, Anesthesia, Procedures, and Medical Services

1. I have agreed to have the following **operation or procedure (laterality):**
   **COLONOSCOPY SCREENING (N/A)**
   The responsible surgeon is:Cheng, Yao-Wen (M.D.) .
2. My doctor Cheng, Yao-Wen (M.D.) has explained to me:
   - What the operation or procedure and anesthesia will be like. We have also talked about **the purpose, risks, benefits, and alternatives** to the procedure and plan of care.
   - Possible side effects and complications.
   - Potential problems that may occur during recuperation.
   - Risks and benefits of other treatment options, including not receiving this treatment.
   - Risks and benefits of blood transfusion
   - How likely it is that the desired outcome of the procedure will be achieved.
   - The risks, benefits and alternatives include but are not limited to: **Colonoscopy with possible therapeutic interventions - Risks include bleeding, perforation, and infection. There is also risk of missed abnormalities, polyps, and cancers. The exam doesn't eliminate the future risk of cancer. Alternative colorectal cancer screening includes stool tests and imaging studies.**
3. I understand and agree that:
   - Complications or side effects may occur. In rare cases, they could be severe and require additional surgery and/or procedures to treat them.
   - The success or result of the surgical procedure has not been promised or guaranteed.
   - My surgeon has explained to me how often a blood transfusion is needed during my procedure. If it is expected that I will need a blood transfusion as a result of this operation or procedure, I have the option of donating my own blood ahead of time. I understand that a blood transfusion may be needed under emergency circumstances during my procedure that may not have been planned for in advance. If I want to refuse medically needed transfusions, I will sign a separate Refusal of Transfusion form and put my initials at the bottom of this form.
   - I am satisfied with my understanding of the risks and benefits of the procedure and the risks and benefits of alternative treatments as explained to me.
   - I have had an opportunity to ask questions. I have been able to express any doubts, fears, or concerns I have about the operation or procedure, anesthesia, and medical services. I am satisfied with the responses I have received to my questions.
   - I have read and understood the "Information About Surgical Risks" included

**Date:**12/21/2023

Page 2 of 4 Weller Steven, 110018429889

Weller, Steven
09/28/61
110018429889

with this consent form describing general risks of surgery, anesthesia, and transfusions.

4. I give my consent for this procedure. I authorize the above named surgeon(s) to:
   - Perform the above-described operation or procedure as well as any additional services which are considered needed to treat or correct conditions discovered during the procedure or operation. These services may include but are not limited to, the selection and administration of anesthesia and the performance of laboratory and X-ray services.
   - Determine the need for and allow persons, including residents and personnel, in the operating room during my procedure for medical and/or educational purposes.
   - Dispose of any tissue or part of my body removed during such surgical procedure following customary procedures. This includes the use of such tissue or parts of the body for biomedical research. I understand that the tissue or part of the body removed will not be used for cosmetic surgery purposes, or applications outside of the United States, or by for-profit tissue processors and distributors.

**INFORMATION ABOUT SURGICAL RISKS**

Surgery today is generally safe, helpful, and often lifesaving. However, any kind of surgical procedure involves some risk, ranging from minor to serious (including the risk of death). It is important to be aware of the following possible risks before you give your consent to the operation that you and your physician are planning. Your body may react in the following ways to surgery:

1. **Infection.** Whenever a cut or incision is made, it is possible for bacteria or other germs to enter your body. Most of the time the natural defense mechanisms of the body work to prevent an infection. Sometimes, antibiotic medicines are needed. If this is the case for you, your doctor will prescribe antibiotics. In rare cases, additional surgery may be necessary to treat an infection.
2. **Hemorrhage and Blood Transfusions.** Cutting blood vessels causes bleeding, and this occurs with every surgical incision. Usually, bleeding can be controlled without difficulty. At times, though, blood transfusions are needed to replace excessive blood loss. If blood transfusions are given, there is a small additional risk of hepatitis (liver inflammation) or serious blood reactions may occur. There is a remote possibility that Acquired Immune Deficiency Syndrome (AIDS) may develop. There is no absolutely sure way to predict these unwanted reactions. Some of these reactions may be quite serious and even lead to death. If there is enough time before the surgery, you may choose to donate your own blood in case you need a blood transfusion. In minor operations there is usually less blood loss than in major ones, but not always. Sometimes excessive bleeding occurs after the original operation is completed. In that case, additional action must be taken to control the delayed bleeding.
3. **Drug Reactions.** Unexpected allergies, reactions, or illness caused by the prescribed drugs can occur. It is important for you to tell your physician about any

problems you have had with reaction to drugs and to let him or her know which medications (prescribed, over-the-counter, or herbal) you now take regularly.

4. **Anesthetic Reactions.** Anesthetic drugs and techniques can affect all of the body's major organ systems and on rare occasions may be associated with injury to one or more organs. Complications to anesthesia can be minor and short lived, or in rare cases they can be severe and permanent, including death.
5. **Blood Vessel Inflammation and Clotting.** Blood clots may block blood vessels. Sometimes these blood clots (thromboembolisms) may break free and move into other organs and injure those organs or cause other injury such as stroke or death.
6. **Injury to Other Organs.** Because other organs are usually close to the area being operated on, it may not be possible to avoid affecting nearby organs, tissues, or nerves connected to those organs. The stress of surgery may also harm other organ systems in the body. Your doctor may make changes to your treatment in response to these conditions, if it becomes necessary.

Weller, Steven
09/28/61
110018429889

**Other Risks.** It is not possible to list all the possible risks and complications that may happen during any surgical operation or procedure. Each situation depends upon the patient's overall health as well as the purpose and nature of the operation. Your physician is willing to talk with you about your specific situation and any other risks that might occur.

**Alternatives to Treatment**

There are many ways to treat any illness, including doing nothing. You and your doctor need to discuss the best options for you. Even if you and your doctor have decided that surgery is the best choice, do not hesitate to discuss the reasons for the choice and the treatment alternatives for similar conditions. You should also talk about the potential effectiveness and risks that occur with these alternative methods of treatment. There are risks involved in any operation. It is not possible to guarantee a successful result, it is important that you clearly understand and agree to the planned surgery as the best decision for you.

PATIENT OR REPRESENTATIVE SIGNATURE

RELATIONSHIP, NAME

12/20/23 0946
DATE & TIME

WITNESS SIGNATURE

WITNESS NAME

12/20/23 0946
DATE & TIME

**12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)**

**Documents — Encounter Level on 12/20/2023: (continued)**

Page 4 of 4 Weller Steven 110018429889

INITIAL TO REFUSE BLOOD TRANSFUSION

DATE & TIME

Weller Steven
110018429889

**12/20/2023 - Clinical Consents - SCAN in GI/GASTROENTEROLOGY (continued)**

**Documents — Encounter Level on 12/20/2023: (continued)**

Weller, Steven
110018429889

KAISER PERMANENTE

MONITOR STRIP RECORD



## 12/21/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Wrist brace and ibuprofen**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/22/2023 5:21 PM by Steven Weller | Weller, Steven | 12/22/2023 5:03 PM |

Mr. Weller,

Thank you for your email. Yes, keep wrist splint and yes, resume ibuprofen.

Take care and Merry Christmas!

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/22/2023 4:10 PM by Steven Weller | Weller, Steven | 12/21/2023 5:15 PM |

Thank you for your message. I'll be out of the office through 12/22/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the

Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Wrist brace and ibuprofen**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/21/2023 5:15 PM |

I've been wearing the brace on my left wrist since November 17, so that's now five weeks. Should I continue to wear it until my next appointment January 4, or take it off sooner?

I started taking 400mg ibuprofen twice a day starting November 17, then stopped December 13th, a week ahead of my colonoscopy. My colonoscopy occurred yesterday December 20th and included the removal on one polyp. Consequently, I cannot take ibuprofen again until December 30th. At that time, should I resume ibuprofen or not?

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/24/2023

**12/24/2023 - Patient Secure Message in NEUROLOGY**

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/27/2023 11:30 AM by Steven Weller | Weller, Steven | 12/24/2023 10:46 AM |

Thank you for your message. I'll be out of the office through 1/2/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-22**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/24/2023 10:46 AM |

Colonoscopy on Wednesday this week so am off ibuprofen until Dec 30th. Still wearing the brace on my left wrist.

Generally I've had only a small amount of index finger pain. Nothing has triggered the horrible pain.
Elbow pain has been different. The joint hurts, but the tendons don't. This is progress (brace use?)

**Messages (continued)**

Hands still hurt very quickly with computer use. Only a small amount of computer use this week.
Use of iPhone tough screen still hurts hands after a while. iPad with pencil is bearable for longer.
I'm still getting stinging hands, front and back, by evening but it's not distracting
Hands often felt very cold this week

My activity level has been low since I'm resting my left knee and not visiting the pool. I hope to start this up again soon.
I started the week using the wheelchair a lot in the house, but the second half of the week have not needed it

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/27/2023

## 12/27/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Cheng, Yao-Wen (M.D.)

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**colonoscopy**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Yao-Wen (M.D.) Cheng<br>Last Read in kp.org<br>12/27/2023 11:30 AM by Steven Weller | Weller, Steven | 12/27/2023 11:09 AM |

Dear Steven Weller,

I am writing to update you about your colonoscopy pathology results. These were made available to me for review, and they should become available to you in the next 2-3 weeks.

There was no evidence of cancer. However, we found benign, adenomatous polyp(s), which are common lesions (nearly 50% of patients will have them during colonoscopy for colon cancer screening). If left in for ~10 years, they may have the potential for cancer.

All of these adenomatous polyps were removed during your colonoscopy. Based on the type and number of polyps we found and removed during your colonoscopy, I recommend a repeat colonoscopy in 10 years.

Sincerely,
Yao-Wen (Edward) Cheng, MD

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/28/2023

## 12/28/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>12/30/2023 8:34 PM by Steven Weller | Weller, Steven | 12/28/2023 9:09 AM |

Thank you for your message. I'll be out of the office through 1/2/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Exercise questionaire**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/28/2023 9:09 AM |

Additional notes for exercise questionaire:

Up until a month ago I was visiting Timpany pool in San Jose and doing half an hour of water walking five days a week. That unfortunately aggravated femoral-patella syndrome (a long time issue in my left knee) and I had to stop. I will be starting pool walking again in the new year and being very careful to see if I can get exercise without causing knee issues again.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 12/30/2023

## 12/30/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/2/2024 2:06 PM by Steven Weller | Weller, Steven | 12/30/2023 8:49 PM |

Thank you for your message. I'll be out of the office through 1/2/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-12-29**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/30/2023 8:49 PM |

I'm still wearing the wrist brace but have been off ibuprofen all week.

Left elbow has continued to hurt this week, but less than usual. The pain is limited to inside the joint. The adjoining tendons have not been sore. This is the first consistent improvement in three years I think, so something is working.

Pain in my left index finger has been only slight, but if I use my left hand/arm too much my

elbow will hurt and the index finger pain will come back. These seem closely linked.

Occasional use of hands on a computer keyboard/trackpad has not improved, and my hands have both been quite sensitive to iPhone touch screen use all week. At times iPad/pencil use has been painful too due to right wrist pain. I've had very cold hands a couple of times. My hands have been usable for sorting and packing as long as I don't overdo it, and occasional use of hand tools has been fine.

Hands always sting at night, but it's not distracting. I think the stinging is getting slowly worse.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 1/2/2024

## 01/02/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Medical justification for Oregon move**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/3/2024 9:10 AM by Steven Weller | Weller, Steven | 1/2/2024 4:12 PM |

Hi Steven,
I cannot write a medical justification for this.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Medical justification for Oregon move**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/2/2024 2:24 PM |

My employer is requesting a medical justification for my family's planned move to Portland. Is that something that you or another professional could provide for this accommodation? If so, what form would this be in?

One of the reasons for moving permanently to our Portland condo from our Sunnyvale home is to better support for my limited mobility and need for a wheelchair.

These include:

Single-level condo in building with elevators vs. two-level single-family home with stairs
City center location close to everything vs. suburban location
Very close to multiple forms of frequent public transport vs. limited public transport
Wide doors and corridors vs. narrow doors and corridors
At-grade building entry/exit and automatic doors vs. steps and manual doors

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 1/4/2024

## 01/04/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

**Encounter Provider**

Dobler, Erin Alyson (P.A.-C)

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Disabled placard renewal**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/4/2024 10:44 AM by Steven Weller | Weller, Steven | 1/4/2024 9:40 AM |

Hi Steve,
I'll leave the paper work for a temporary placard at the front desk of Dept 148. You or a friend/family member can pick it up between 830am and 445pm. It's good until June. When you move, you'll have to get a new one from your physician there to go through Oregon DMV.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Disabled placard renewal**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/4/2024 8:39 AM |

Hello,

My current temporary disabled placard expires Jan 16. I am still using a wheelchair much of the time in the house and wheelchair/cane all of the time outside the house.

Please let me know how I can renew this.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 1/4/2024

## 01/04/2024 - Office Visit in NEUROLOGY

### Visit Information

**Provider Information**

**Encounter Provider**

Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP ROUTINE

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/04/2024 1059 |

### Imaging

**Imaging**

**MR SPINE [1627500426] (Active)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 01/04/24 1059** Status: **Active**
Ordering user: Lee, Brian Poeu (M.D.) 01/04/24 1059 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 01/04/24 - Class: Normal
Quantity: 1 Released by: Lee, Brian Poeu (M.D.) 01/04/24 1059
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/28/2023 9:03 AM |

Patient Questionnaire Submission

---------------------------------

Questionnaire: Visit Questionnaire

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Exercise

Question: Would you like to answer some questions about your exercise habits?
Answer: Yes

Question: How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)?
Answer: 0

Question: Comments
Answer: Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
|---|---|---|
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>12/28/2023 9:01 AM by Steven Weller | Weller, Steven | 12/28/2023 1:18 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**Questionnaires (continued)**

**Ncal Mychart Rooming Questionnaire**

| Question | 12/28/2023 9:03 AM PST - Filed by Patient |
|---|---|
| Exercise | |
| Would you like to answer some questions about your exercise habits? | Yes |
| How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)? | 0 |
| Comments | Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise |

**Vitals**

**Vital Signs - Last Recorded** Most recent update: 1/4/2024 10:35 AM

| BP | Pulse |
|---|---|
| 132/78 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 61 |

**Job Function Summary**
**Senior Software Engineer**

**Work Schedule**

- Senior Software Engineers work the core hours of Monday through Friday from 9am to 6pm.
- Senior Software Engineers are assigned various work and may adjust their hours according to project deadlines.

**Job Duties & Responsibilities**

- Develop web based applications using Javascript, PHP, and/or other common web languages
- Lead and manage cross-functional discussions with other teams at Apple on topics such as systems integration, software architecture, and development best practices
- Adeptly switch focus based on a project's needs, such as unblocking fellow engineers or troubleshooting an issue with one of the applications or hosting environments
- Gather and document requirements from other teams related to Application Programming Interface (API) integration and assist them during implementation with our applications
- Collaborate with User Experience/User Interface Engineers, Quality Assurance Engineers, System Administrators, Project Managers, and other Software Engineers to define application requirements and acceptance criteria
- Debug production issues, even those that occur during off hours, related to logic and/or performance and implement solutions in coordination with Quality Assurance
- Brainstorm, research, and develop forward-looking software architecture designs in line with Apple's vision and strategy
- Present architecture strategy and backend development progress to senior management within Hardware Engineering and cross functional teams
- Act as a mentor to junior developers and assist in their professional development
- Architect backend development structure and standards related to communication between different applications
- Define, document, and curate development best practices
- Implement training process for fellow engineers, interns, and our on-site and in region partners to ensure adherence to our best practices
- Maintain third party development infrastructure vendor relationships for development tools
- Lead peer review of code associated with all software engineering projects for the department

**Physical Factors/Environment**

- Sit/Stand – Works at a desk in an open area for up to 8 hours per day. He has flexibility to perform job duties sitting, standing, or engaging in a combination of the two, at their discretion.

- Shared Space - Works in a large office setting that is shared by multiple departments with open desks.

- Remote Work - Is expected to be in the office to collaborate in person with team and business partners in multiple departments in order to achieve assigned goals and deadlines. Work from home is permitted as an exception on an infrequent basis.

- Confidentiality - The Senior Software Engineer handles highly confidential data and is expected to maintain confidentiality.

**From:**Smith, Tara
**Sent:**Mon, 22 Jan 2024 20:32:33 +0000
**To:**Apple Services
**Subject:**Claim Number: 4A2307CTYDV-0001 Claimant: Weller Steven Loss Date: 8/18/2023

Hello,

Can we confirm the correct ldw and dod for the above claim as there are 2 different time periods being reported.

The dates reported are:

last day worked: 7/21/2023
Date of disability: 7/24/2023

And

last day worked: 8/18/2023
Date of disability: 8/21/2023

Thank you,

*Tara Smith*
Sr. Claims Examiner, LTD 1
LTD Majors, Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

Ph 844-556-3278

F 603-559-8608

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health, drug/alcohol, chemical dependence, substance use or addiction medicine and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Steven Weller

Name of legal representative, if applicable (print):

______________________________

Relationship: ______________________________

Signature of claimant or legal representative:

______________________________

Date: 1/10/24

Date of Birth: ______ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, January 22, 2024 3:37:45 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Apple Inc. Claim No. 15113454 Steven Weller |
| Attachments: | n2nlxhgo1hruwurrh6df_17019014.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (877) 353-6412

January 22, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

Lincoln Life Assurance Company of Boston ( LFG) is responsible for managing the Apple Long Term Disability (LTD) benefits in accordance with Apple, Inc.'s Group Disability Policy. The LTD policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer prior to the start of any LTD benefits.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 18, 2024, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond February 18, 2024, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On January 22, 2024, we contacted Kaiser Permanente requesting the following information:

All treatment notes, diagnostic test results and procedure reports from July 1, 2023 to the presentas well as your treatment plan and an estimated return to work date.

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by March 6, 2024. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 6, 2024.

To expedite the process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy. Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits.

If you will be returning to work on or before February 18, 2024 or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact me at (844) 556-3270 Monday through Friday.

If you have any questions regarding your STD or Leave of Absence claims, or experience a change in your medical condition and your return to work plans, please contact the Sedgwick Leave Service Center, Monday through Friday, at (855) 702-7753 (855-70APPLE).

If you have any questions regarding this matter, please contact me.

Sincerely,

Tara Smith
Sr. Claims Examiner, LTD 1
Phone No.: (844) 556-3270 Ext. 59462
Secure Fax No.: (877) 353-6412

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MR. STEVEN WELLER

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

January 18, 2024

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Apple Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.
We have not received your completed forms.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 1, 2024.

If you returned/will be returning to work on or before **February 19, 2024**, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below. If forms were already mailed back, please disregard this request

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ariel Owens
Svc Rep, Claim Initiation
Phone No.: (844) 556-3270 Ext. 59822
Secure Fax No.: (866) 214-7839

Attachments: 15113454-ACKNOWLEDGE-FREEFORM-12.19.2023

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MR. STEVEN WELLER

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

December 20, 2023

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

While you've been out of work, Sedgwick has been guiding you through the process of receiving short-term disability (STD) payments. As you reach the end of your STD coverage, you may be eligible to receive long-term disability (LTD) payments, which Lincoln Life Assurance Company of Boston (Lincoln) would manage.

We understand this change from Sedgwick to Lincoln may be confusing for you. Sedgwick and Lincoln partner to manage STD and LTD for Apple, ensuring that you're fully supported throughout your absence. To help you with the potential transition from STD to LTD, Sedgwick has notified Lincoln of your claim so we could reach out.

Below, we've outlined what you need to know about your disability benefits, as well as what you will need to do if you wish to apply for LTD benefits. Please know that at Lincoln, we are here to help you through this process and answer any questions you may have.

**What You Need to Know About Your Disability Benefits:**

- Your short-term disability benefits will end soon. This benefit only covers the first 26 weeks (maximum) from the date of your illness/injury.
- You may be eligible for long-term disability (LTD) benefits. If approved, your long-term disability benefits would begin the day after your short-term disability benefits end, with no break in your coverage.
- There are steps you will need to take to apply for LTD benefits and continue to receive payments.

**What You Need to Do by January 17, 2024:**

- If you will return to work on or before the end of your short term disability, please call us at (844) 556-3270 to let us know.
- If you believe you'll be unable to return to work by that time, and you wish to apply for LTD benefits, please fill out the enclosed forms and return them by email, fax, or mail by

**January 17, 2024**:

1. Authorization to Obtain and Release Information – Medical
2. Authorization to Obtain and Release Information – Psychotherapy
3. Activities Questionnaire
4. Claimant Supplementary Statement
5. Copy of your Driver's License
6. Survivor/Estate Information Form
7. Training, Education, Experience Form
8. Treating Medical Professionals Form

You can return them by:

- Email to CLTCSUDocs@lfg.com
- Fax to 603-334-0380
- Mail using the enclosed envelope

Once we receive your forms, your claim will be assigned to your dedicated Long Term Disability Case Manager who will contact you by phone to let you know we have received your information and provide you with an update on your LTD claim. Please note that even if you were approved for STD payments, your situation may not qualify for LTD payments due to differences between these benefits. If that happens, we'll explain why and let you know what you can do if you disagree with the decision.

**More Help for You and Your Family**
Your employer, Apple, understands that this may be a difficult time for you and your household members. As such, we've enclosed helpful information for you about your Employee Assistance Program (EAP).

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ariel Willis
Svc Proc, Intake & Client
Phone No.: (844) 556-3270 Ext. 59822
Secure Fax No.: (866) 214-7839

Attachments: Activities Questionnaire Form
Claimant Supplementary Statement
Training Education Experience
Response Coversheet
Survivor / Estate Information Form
Authorization - CA

Authorization - Medical CA
Apple EAP Info Form
Treating Medical Professionals Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**Return To:** Ariel Owens ______



EMPLOYEE/CLAIMANT NAME: Steven Weller ______

CLAIM NO: 15113454 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Apple Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children? ______

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? ______________________
Are you left or right hand dominant? Left ______ Right ______
Are you able to work in your garden? Yes ______ No ______
Are you able to work on your house? Yes ______ No ______
Are you able to wash your car? Yes ______ No ______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________

If yes on a computer, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes on a phone, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes on a IPad or Tablet (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes on a E-reader, (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

For what reasons, do you use these devices?

______________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

If yes, how many hours per day do you play video games? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours
If yes, how many days per week do you play? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |

**Lincoln/Weller 2832**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 4*

| | | |
|---|---|---|
| Managing your finances | ______ | ______ |
| Balancing your checkbook | ______ | ______ |
| Bathing yourself | ______ | ______ |
| Styling your own hair | ______ | ______ |
| Getting dressed | ______ | ______ |
| Going up and down stairs | ______ | ______ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? ______

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ______

If Yes:

- how many hours per day? ______
- how many hours per week? ______
- for whom? ______

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*



**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**Return to:** Ariel Owens

**EMPLOYEE/CLAIMANT NAME:** Steven Weller **CLAIM #:** 15113454
**EMPLOYER:** Apple Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454
EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other:__________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (     )** ____________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 15113454

**Employee/Claimant Name:** Steven Weller

**Provider's Name:** Steven Weller
547 BRYAN AVE
SUNNYVALE, CA 94086

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

GUARDIANSHIP: For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL? YES ___ NO ___ DO YOU HAVE A TRUST? YES___ NO___

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE:________________ EMPLOYEE'S PRINTED NAME:____________________________

EMPLOYEE'S SIGNATURE:____________________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy, mental health, drug/alcohol, chemical dependence, substance use or addiction medicine notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

______________________________________________

Name of legal representative, if applicable (print):

______________________________________________

Relationship:

______________________________________________

Signature of claimant or legal representative:

______________________________________________

Date: ______________________________

Date of Birth: _ ________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health, drug/alcohol, chemical dependence, substance use or addiction medicine and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

______________________________________________

Name of legal representative, if applicable (print):

______________________________________________

Relationship: ______________________________________

Signature of claimant or legal representative:

______________________________________________

Date: ____________________________

Date of Birth: _ __________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

# Apple Resources

Apple provides resources that are available to you, and anyone in your household, during your time of need.

**ComPsych (EAP) is available to all employees:**
ComPsych EAPs delivers a comprehensive, global, resource based approach to support employees and their families. Their approach addresses a variety of life challenges before they become distractions that affect home life as well as work.

Confidential services include: Counseling, Legal Information and Consultation, Estate Guidance, Financial Information and Consultation

Available 24 hours a day, 7 days a week. Call: 844.862.0889 TDD: 800.697.0353 Online: guidanceresources.com (Your web ID: **Apple)**

**Sanvello:**
Sanvello is an on-demand help for stress, anxiety and depression. Sanvello offers 3 services: Digital Self-Care (age 13+), Coaching (age 18+) and Teletherapy (age 18+).

**How to access Sanvello services**:
**If enrolled in a medical plan with Apple**:
- Download directly from the App Store
- Create an account
- You'll be prompted to upgrade after account creation. Tap "Upgrade via Sponsor - Through Your Insurance"
- On the screen that says "Health Insurance Provide or Employer," search and select Apple from the dropdown list. Please note you must select Apple and not your insurance provider.
- Enter your name, date of birth, gender, member ID, and policy/group number.

**If not enrolled in a medical plan with Apple:**
1. Navigate to https://sanvello.app.link/AppleInsuranceWaiver
2. Fill out the sign-up page
3. Download the Sanvello app from the App Store
4. Sign into the Sanvello app with the account information you created on the signup page

**Stanford Health Navigator Service:**

**Stanford Health Navigator Service** is free, personalized support to help you make more informed healthcare decisions for a new or ongoing medical condition. Personal health navigators can help you with referrals to specialists, schedule appointments with the Stanford Medical network or an affiliate and share info and latest research about your condition. You can also learn more about health conditions and find resources in the Stanford Health Library.

- Works with your current medical coverage.
- Health benefits continue through your current health plan.
- If you get care from your primary care provider first, keep in mind that your medical plan determines your benefits.
- If you get care from a Stanford Medical provider or an affiliate, benefits will be paid based on your current medical coverage.

**Contact:** Stanford Health Navigator Service (24 hours a day, 7 days a week) US: 1-877-519-5605 Global: +1-650-736-5985 https://stanfordhealthcare.org/partners/apple.html **Email:** applenavigator@stanfordmed.org

**Expert Medical Opinion** is administered by Advance Medical and provides free support and advice about treatment plans and care options.

- You're matched with a physician who will support and guide you in navigating medical issues.
- Your case will then be reviewed by world-renowned specialists, to give you confidence in your healthcare decisions.
- With consent, receive a report with expert opinions and treatment options.
- Enrollment in an Apple medical plan is not required.

**Contact**: Advance Medical (24 hours a day, 7 days a week) US: 1-866-724-7783 https://advance-medical.net/Apple/ **Email:** apple@advance-medical.com

**For more information on these services, please visit** wellness.apple.com

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES July 24, 2023 TO present***

**DOCTORS:**

Name ____________ Specialty ________ Name ____________ Specialty ________
Address ____________ Address ____________
City ________ State ____ Zip Code ______ City ________ State ____ Zip Code ______
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Seen ________ to ________ Dates Seen ________ to ________

Name ____________ Specialty ________ Name ____________ Specialty ________
Address ____________ Address ____________
City ________ State ____ Zip Code ______ City ________ State ____ Zip Code ______
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Seen ________ to ________ Dates Seen ________ to ________

**PHARMACIES:**

Name ____________ Name ____________
Address ____________ Address ____________
City ________ State ____ Zip Code ______ City ________ State ____ Zip Code ______
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates: ________ to ________ Dates: ________ to ________

**HOSPITALS:**

Name ____________ Name ____________
Address ____________ Address ____________
City ________ State ____ Zip Code ______ City ________ State ____ Zip Code ______
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Confined: ________ to ________ Dates Confined: ________ to ________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________ Policy Number ____________
Address ____________ Member ID ____________
City ________ State ____ Zip Code ______ Dates of Coverage ________ to ________
Phone Number: ____________ Fax Number: ____________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ____________________ Date ________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 15113454

**Employee/Claimant Name:** Steven Weller

**Provider's Name:** Steven Weller

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**Return To:** Ariel Owens



EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454 DATE OF BIRTH: ________
EMPLOYER/SPONSOR: Apple Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit no limit stand 3 minutes walk 30 seconds

How many hours a day do you:
sit 15 hours stand 1/4 hour walk 1/4 hour

Do you take a nap during the day?
Yes ________ No X

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? 8 1/2 hours out of 24

Do you require any assistive devices such as a:
cane yes walker ________ crutches ________ wheelchair yes other hearing aids, glasses, stylus for touch screen/keyboard

How long are you able to sit in a car? no limit

Do you hold a valid driver's license?
Yes X No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 8 hours

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
video conference, in person, texting

Do you have children?
Yes X No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?
Yes ________ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes X No ________ If Yes, please explain My brother and I remotely assist our 89 year old mother living alone in England

How many times a day do you leave the house during the week? 0-2
On the weekends? 0-2

How often do you run errands? once a week

Please describe what errands you most commonly run: mail bills

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? Other than walking to the car, once a week

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | X |
| Are you able to work in your garden? | Yes | | No | X |
| Are you able to work on your house? | Yes | | No | X |
| Are you able to wash your car? | Yes | | No | X |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Yes - see below

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours X 5+ hours

What do you use these internet sites for? reading articles, watching videos, movie streaming, reading conversations

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. YouTube (viewing only)

If yes, how often per day (hours) do you engage in activities? ___ None ___ 0-1 hours ___ 2-3 hours X 3-4 hours ___ 5+ hours

What do you use these social media sites for? watching videos, reading conversations

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. banking on Mac, maps, news, etc. on iPhone/iPad

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | | X (a few minutes only) | | | |
| If yes on a phone, how long (hours per day)? | | | X | | |
| If yes on a IPad or Tablet (hours per day)? | | | X | | |
| If yes on a E-reader, (hours per day)? | X | | | | |

For what reasons, do you use these devices?
Only use laptop for banking (cannot be done on tablet/phone). iPhone/iPad for reading, watching, messaging

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? No

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | X | | | | |
| If yes, how many days per week do you play? | X | | | | |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | wife | |
| Carrying groceries into the house | wife | |
| Cooking meals | wife | |
| Cleaning after meals | wife | |
| Cleaning bathrooms | wife | |
| Vacuuming | wife | |
| Doing the laundry | wife | |
| Opening and responding to mail | me/wife | no |

Lincoln Financial Group®



| | | |
|---|---|---|
| Managing your finances | me / wife | yes |
| Balancing your checkbook | me / wife | yes |
| Bathing yourself | me | no |
| Styling your own hair | me | no |
| Getting dressed | me | no |
| Going up and down stairs | me, rarely | no |

Have you been confined to a hospital within the last 12 months? Yes ______ No X

If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? Recently, once every couple of months

Where do you go? How do you get there (transportation method)? Portland OR, drive or fly

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes X No ______

If Yes, please describe water walking

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name on medical leave from Apple

**Describe in your own words, what prevents you from engaging in any gainful employment.**

see attachment

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

see attachment

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

408-506-1127

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Laura Weller 408-506-5936

Steven Weller 15113454

Describe what prevents you from engaging in gainful employment

Due to arthritis, Dupuytrens, RSI, and a neurological condition, I have constant low-level pain in my hands that increases quickly to an unbearable level with the use of computer keyboards and pointing devices such as trackpads, mice, and touchscreens. My left hand/arm is particularly bad with arthritis also in the elbow and a very high sensitivity to neurological pain. If I push against the pain it rises exponentially and I am unable to do much of anything with my hands and arms for several days.

My field of work is software engineering. While I have not written code for the last seven years, my work as a performance engineer requires constant use of computers for email, websites, communication, analysis, presentation, note-taking, etc. and is heavily deadline-driven. Even substituting as much computer use as I can with an iPad and Pencil in my right hand the last couple of years, I'm unable to work without pain.

At the point I went on medical leave I was working at about 20% capacity and also unable to function outside of work due to the accumulated pain. Medical leave has demonstrated that even weeks of rest do not remove the pain or the sensitivity to computer use. My employer has made it clear that when I return they expect 100% from me on day 1.

A secondary issue is arthritis in my hips. For the last year, walking and standing have caused distracting levels of pain quickly, so I work from home and use a wheelchair most of the time.

Describe your daily routine

Get up, bathe, dress, and eat breakfast
Read email, news articles, watch short videos on iPad
Rest hands and hips by sitting for an hour watching TV, applying heat to joints as needed
Do necessary computer work, such as banking, health
Sync with wife on the events of the day, unload some of the dishwasher if my hips are good enough
Eat lunch prepared by my wife
Drive to pool and water walk/stretch/exercise arms for half an hour
Rest hands and hips again by sitting for an hour with TV and applying heat if needed
Open and deal with mail, any necessary computer or paper work
Word puzzles, watching videos, reading articles, reading conversations, listening to music, all on iPad
Dinner prepared by wife
Conversations with family members and friends at random times via Messages on iPhone or iPad
Exercises for legs randomly throughout the day, pain permitting
More resting hands and hips, TV watching and listening to music in the evening
I don't do social media or post anywhere

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*

*page 4 of 4*

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Steven Weller Date: 1/10/24

Signature: [signature]

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**Return to:** Ariel Owens

**EMPLOYEE/CLAIMANT NAME:** Steven Weller

**CLAIM #:** 15113454

**EMPLOYER:** Apple Inc.

**DATE OF BIRTH:**

Full Name (Last, First, Middle Int.): Weller, Steven A

Social Security #:

Email Address:

Street Address:

City:

Telephone Number (include area code):

Cell Phone Number:

Spouse's Full Name and Date of Birth: Laura A Weller 6-14-61

Number of Children: 3

Dates of Birth of Children:

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Laura Weller Relationship to you? wife Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per (Week)/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability | $ 4243/week | 8-21-23 | | 7-16-23 |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ includes STD, VDI, integration | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Steven Weller

**DATE:** 1/10/24 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454
EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: no Certificate Program completed: no

Associates Degree: no College: number of years: 3

Bachelor's Degree: BA (BS) Major: Electronic Engineering Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): no

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: –

Primary language spoken: English Other language(s) spoken fluently: none

Additional Skills, Hobbies & Volunteer Work photography, 3D printing, prior to disability

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Apple Department: Software Engineering From: 6/16 To: present
   Job Title(s): Performance Engineer
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): Typed communication, video meetings, spreadsheets, data analyis, summer intern management, All day usage of computer keyboard, scrolling and pointing devices.
2. Company: Upthere Department: Frameworks From: 11/13 To: 5/16
   Job Title(s): Framework Engineer
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): Software design, development, debugging; meetings. All day usage of computer keyboard, scrolling and pointing devices.

3. Company: Soundhound Department: App Development From: 2/10 To: 11/13
Job Title(s): Senior iOS Software Engineer
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): Software design, development, debugging; meetings. All day usage of computer keyboard, scrolling and pointing devices.

4. Company: Self Department: From: 2009 To: 2010
Job Title(s): Independent iOS Software App Developer
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): Software design, development, debugging; meetings. All day usage of computer keyboard, scrolling and pointing devices.

5. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):

**Computer Utilization:**

Computer Training/Courses, Certifications: none

| | Home | Work (If I were working) | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☒ | | | |
| Word Processing (MS Word) | ☐ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☒ |
| Photo Software | ☐ | ☐ | Other: | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute)
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Work: sweller@apple.com

**SIGNATURE:** [signature] **PHONE NO:** (408) 506 1127

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
| --- | --- |
| Name: Laura Weller | Name: |
| Address: | Address: |
| Telephon | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

| | |
| --- | --- |
| Name: [illegible] Weller | Date of Birth: |
| Address: | |
| Telephone Number: | |
| Name: Madeline Weller | Date of Birth: |
| Address: | |
| Telephone Number: | |
| Name: Kristin Weller | Date of Birth: |
| Address: | |
| Telephone Number: | |

GUARDIANSHIP: For all children under age 18 listed above:

| |
| --- |
| Name: |
| Address: |
| Telephone Number: |

DO YOU HAVE A WILL? YES X NO ___ DO YOU HAVE A TRUST? YES X NO ___

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
| --- |
| Name of Executor or Administrator: Laura Weller |
| Address: |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 1/10/24 EMPLOYEE'S PRINTED NAME: STEVEN WELLER

EMPLOYEE'S SIGNATURE: [signature]

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy, mental health, drug/alcohol, chemical dependence, substance use or addiction medicine notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Steven Weller

Name of legal representative, if applicable (print):

______________________________

Relationship:

______________________________

Signature of claimant or legal representative:

[signature]

Date: 1/10/24

Date of Birth: _____ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health, drug/alcohol, chemical dependence, substance use or addiction medicine and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Steven Weller

Name of legal representative, if applicable (print):

______________________________

Relationship: ______________________________

Signature of claimant or legal representative: [signature]

Date: 1/10/24

Date of Birth: ______________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

1 of 3

CLAIMANT NAME: Steven Weller    CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES July 24, 2023 TO present***

**DOCTORS:**

Name Cheng, Yao Wen MD Specialty gastroenterology
Address 700 Lawrence Expy
City Santa Clara State CA Zip Code 95051
Phone: 408-851-1000 Fax:
Dates Seen 12-20-23 to 12-20-23

Name Lau, Eunice MD Specialty Physical medicine/rehab
Address same as above
City State Zip Code
Phone: Fax:
Dates Seen 10-24-23 to 10-24-23

Name Dobler, Erin PA-C Specialty sports medicine
Address same as above
City State Zip Code
Phone: Fax:
Dates Seen 8-16-23 to 8-16-23

Name Le, Tung MD Specialty Orthopedics/hand surgery
Address same as above
City State Zip Code
Phone: Fax:
Dates Seen 10-26-23 to 10-26-23

**PHARMACIES:**

Name Kaiser Permanente
Address 700 Lawrence Expy.
City Santa Clara State CA Zip Code 95051
Phone: 408-851-1000 Fax:
Dates: 7-24-23 to present

Name
Address
City State Zip Code
Phone: Fax:
Dates: to

**HOSPITALS:**

Name ~~Kaiser Permante~~
Address ~~700 Lawrence Expy.~~
City ~~Santa Clara~~ State CA Zip Code 95051
Phone: ~~408-851-1000~~ Fax:
Dates Confined: to

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name Kaiser Permanente    Policy Number Apple
Address ~~?~~    Member ID 18429889
City State Zip Code    Dates of Coverage 7-24-23 to present
Phone Number:    Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature]    Date 1/10/24

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.



GLC-02056 5/07

Lincoln Financial Group®

2 of 3

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES July 24, 2023 TO present***

**DOCTORS:**

Name Lee, Brian MD Specialty Neurology
Address same as above
City ______ State ____ Zip Code ____
Phone: ______ Fax: ______
Dates Seen 10-20-23 to 1-4-24

Name Mendoza, Angela PT Specialty Physical therapy
Address same as above
City ______ State ____ Zip Code ____
Phone: ______ Fax: ______
Dates Seen 8-11-23 to 11-24-23

Name McDonald, Erik MD Specialty Orthopedic Surgery
Address same as above
City ______ State ____ Zip Code ____
Phone: ______ Fax: ______
Dates Seen 9-25-23 to 9-25-23

Name Suciu, Audrey OT Specialty Occupational therapy
Address same as above
City ______ State ____ Zip Code ____
Phone: ______ Fax: ______
Dates Seen 8-10-23 to 8-22-23

**PHARMACIES:**

Name ______ Name ______
Address ______ Address ______
City ______ State ____ Zip Code ____ City ______ State ____ Zip Code ____
Phone: ______ Fax: ______ Phone: ______ Fax: ______
Dates: ______ to ______ Dates: ______ to ______

**HOSPITALS:**

Name ______ Name ______
Address ______ Address ______
City ______ State ____ Zip Code ____ City ______ State ____ Zip Code ____
Phone: ______ Fax: ______ Phone: ______ Fax: ______
Dates Confined: ______ to ______ Dates Confined: ______ to ______

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ______ Policy Number ______
Address ______ Member ID ______
City ______ State ____ Zip Code ____ Dates of Coverage ______ to ______
Phone Number: ______ Fax Number: ______

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 1/10/24

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

3 of 3

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller

CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES July 24, 2023 TO present***

**DOCTORS:**

Name Wang, Kevin MD Specialty Neurology
Address same as above
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen 11-6-23 to 11-6-23

Name Sanchez, Keleigh AuD Specialty Audiology
Address 2894 Homestead Rd
City Santa Clara State CA Zip Code 95051
Phone: 408-851-1000 Fax: ______
Dates Seen 9-2-23 to 10-25-23

Name ______ Specialty ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

**PHARMACIES:**

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates: ______ to ______

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates: ______ to ______

**HOSPITALS:**

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone Number: ______

Policy Number ______
Member ID ______
Dates of Coverage ______ to ______
Fax Number: ______

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 1/10/24

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.



GLC-02056 5/07


California USA
DRIVER LICENSE
DL
CLASS C
EXP 09
END NONE
LN WELLER
FN STEVEN A
DOB 0
RSTR CORR LENS
SEX M
HAIR BLK
EYES BRN
HGT 5'-09"
WGT 155 lb
ISS 08/15/2023

CLASS: C - Veh w/GVWR ≤26000, No M/C
ENDORSEMENTS: None
RESTRICTIONS: 01-Must wear corrective lenses when driving

This license is issued as a license to drive a motor vehicle; it does not establish eligibility for employment, voter registration, or public benefits.

092661

Rev 08/29/2017
23227B82792520401

Contact

Sunnyvale, Ca
bagelturf@mac.com

www.linkedin.com/in/stevenweller (LinkedIn)
steveweller.com (Personal)

# Steve Weller

OS Performance at Apple
Sunnyvale, California, United States

## Summary

A broad and deep career as a software engineer and manager in the computer hardware and software industry with experience ranging from deeply embedded firmware to high-volume iOS apps. Currently learning something new every day in the complex world of iOS performance at Apple.

## Experience

Apple
OS Performance Engineer
June 2016 - Present (7 years 8 months)
Cupertino, CA

I'm part of a team at Apple focussed on making our products lightning fast and buttery smooth. We work with engineers across all devices and at all levels of the stack analyzing data, diagnosing performance bugs, creating tools, managing solutions, and educating others.

Upthere
Framework Engineer
November 2013 - May 2016 (2 years 7 months)
Palo Alto, CA

Upthere built a next-generation cloud storage system from the ground up before being acquired by WD. My team delivered the C/C++ client framework that powered the iOS, MacOS, Android, and Windows apps, designing APIs as needed. My areas of focus were session management and two-factor auth, uploads and the mutation pipeline, and performance optimization.

SoundHound, Inc.
Senior iOS Software Engineer
February 2010 - November 2013 (3 years 10 months)
Santa Clara, CA

SoundHound is the maker of Hound, a voice-powered assistant, and SoundHound, a singing, humming, and music recognition app, currently with 260 million users.

At SoundHound I developed the first internal prototype of Hound, and shipped the SoundHound app through several major feature releases for both iPhone and iPad, covering iOS 3.0 through iOS 7.0. I contributed to the development of UI features, local data storage, data migration, the server sync system, ad display system, networking, caching, image loading, logging system, performance optimization, and crash investigation. Code was written in Objective-C and C.

Independent contractor
Contract iOS Developer
2009 - 2010 (1 year)
Milpitas, CA

As an independent iOS contractor and consultant, I helped a number of small companies design and develop iOS apps, most notably 4Home, one of the pioneers of the concept of the connected home. 4Home was later purchased by Motorola and then Google.

SightMind
CIO
September 2008 - November 2009 (1 year 3 months)
Fremont, CA

SightMind strove to create a national company specializing in the design and installation of custom networked video surveillance systems for educational, industrial, and government customers.

RMI Corporation
Technical Publications Manager
January 2008 - September 2008 (9 months)
Cupertino, CA

Managed a small tech pubs team for a fabless semiconductor company. Merged with Netlogic, then acquired by Broadcom.

GE Fanuc Embedded Systems
Program Manager
2006 - 2007 (1 year)
Newark, CA

GE purchased SBS in 2006

SBS Technologies

8 years

Product Manager
2002 - 2006 (4 years)
Newark, CA

Technologist
2001 - 2002 (1 year)
Newark, CA

Technical Marketing Manager
1998 - 2001 (3 years)
Menlo Park, CA

GreenSpring Computers
Principal Software Engineer
1995 - 1998 (3 years)
Menlo Park, CA

GreenSpring was purchased by SBS .

## Education

University of Birmingham
BSEE, Electronic and Computer Engineering · (1980 - 1983)

KAISER PERMANENTE®

## Kaiser Permanente Disclosure of Patient Medical Information

Kaiser Permanente documents patient medical record information in a Federally certified electronic medical record.

The output contained in this file is one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation
- If a medical certification form was requested, we may have substituted relevant medical records in lieu of form completion
- We may have also substituted a standardized electronic form, generated from our certified electronic medical record in lieu of form completion

State and federal law permit the use of electronic signatures (e-signatures) and electronic records in connection with transactions between parties.

- Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud

- The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures

This record output was generated on 11/30/23 and certified by Kaiser Permanente Release of Medical Information

## Patient Demographics

### Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 110018429889 | Male | (62 yrs) |

| Address | Phone | Email |
|---|---|---|
| 547 BRYAN AVE SUNNYVALE CA 94086-6420 | (H)<br>(W)<br>(M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Ho, Irene Oi Yin (M.D.)408-851-3215 x3215 | 07/15/23 | 11/29/50 |

| Marital Status | Religion | Alias |
|---|---|---|
| Unknown | — | — |

### Patient Preferred Languages

| | | |
|---|---|---|
| Interpreter Needed: No | Spoken Language: English | Written Language: English |

Generated on 11/30/23 3:37 PM

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:

## Patient Demographics (continued)

**Patient Preferred Languages (continued)**

**Basic Information**

| Date Of Birth | Race | Ethnic Group |
|---|---|---|
| | Decline to State | Decline to State |

**Address History**

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2022 | | | | | | JNITED STATES | | | |

## Patient (continued)

**Active Coverages** as of 11/30/2023

**KFHP 1000**

Plan: APPLE INC. NCR CORP - SAC [16876]
Effective from: 1/1/2023
Guarantor: WELLER,STEVEN

Group: 000008917-0000-000742020001
Subscriber: WELLER,STEVEN

Member: 110018429889
Subscriber ID: 110018429889

**Care Team**

**Active**

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| Ho, Irene Oi Yin (M.D.) | PCP - General | — | 408-851-3215 x3215 | 01/01/2023 - Present |
| Zadeh, Pezhman Moztar (M.D.) | Neurologist | — | 408-363-4424 x4424 | 06/06/2023 - Present |

**External**

| Name | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|
| Dang, Yu-Xuan (M.D.) | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 10/24/2023 | | | | | |
| GORDON, CAROLYN | PCP - General | — | — | 03/14/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 01/02/2023 | | | | | |
| LADD, AMY L | PCP - General | — | — | 03/05/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 01/02/2023 | | | | | |
| Ma, Kimberley Faith (M.D.) | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 01/02/2023 | | | | | |
| Pcp, No | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and University Healthcare Alliance on 01/02/2023 | | | | | |
| Pcp, Not Found | PCP - General | Family Medicine | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 01/02/2023 | | | | | |
| Pcp_external, _ | Primary Care Provider | — | — | | Current |
| Last updated by organization: CA - AC Wellness on 01/01/2023 | | | | | |

**Problem List** as of 11/30/2023

Problems last reviewed by Wang, Kevin (M.D.) on 11/6/2023 1053

**BILAT HAND PAIN**

Diagnosis: BILAT HAND PAIN
ICD-10-CM: M79.641, M79.642

Noted on: 03/15/2023

Chronic: No

## Patient (continued)

**Problem List (continued)** as of 11/30/2023

**BILAT HEARING LOSS**

Diagnosis: BILAT HEARING LOSS Noted on: 03/15/2023 Chronic: No
ICD-10-CM: H91.93

**CERVICAL SPONDYLOSIS**

Diagnosis: CERVICAL SPONDYLOSIS Noted on: 10/24/2023 Chronic: Yes
ICD-10-CM: M47.812

**MEDICATION REFILL**

Diagnosis: MEDICATION REFILL Noted on: 06/30/2023 Chronic: No
ICD-10-CM: Z76.0

**OSTEOPOROSIS**

Diagnosis: OSTEOPOROSIS Noted on: 03/15/2023 Chronic: Yes
ICD-10-CM: M81.0

**RIGHT SHOULDER JOINT PAIN > 3 MONTHS**

Diagnosis: RIGHT SHOULDER JOINT PAIN > 3 MONTHS Noted on: 06/02/2016 Chronic: No
ICD-10-CM: M25.511

**Reconciled Documentation from Outside Organizations**

**Chronic right shoulder pain**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on: 6/2/2016 Status: Active State: Active

**RIGHT ULNAR NEUROPATHY**

Diagnosis: RIGHT ULNAR NEUROPATHY Noted on: 06/02/2016 Chronic: No
ICD-10-CM: G56.21

**Reconciled Documentation from Outside Organizations**

**Ulnar neuropathy at elbow of right upper extremity**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on: 6/2/2016 Status: Active State: Active

**SCREENING COLONOSCOPY**

Diagnosis: SCREENING COLONOSCOPY Noted on: 11/28/2023 Chronic: No
ICD-10-CM: Z12.11

**SUBCUTANEOUS MASS**

Diagnosis: SUBCUTANEOUS MASS Noted on: 03/15/2023 Chronic: No
ICD-10-CM: R22.9

**Documentation from Outside Organizations - Unverified**

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
|---|---|---|---|---|---|---|
| Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808 | | | | | | |
| History of colonic polyps | — | 05/18/2018 | — | — | Active | Active |

Formatting of this note might be different from the original.
POEDH003V2 Digestive Health Non-Malignant Neoplastic Polyp Data
Region/ Operator [1]: Camino/ Sanjay Ramrakhiani, MD

## Patient (continued)

**Problem List (continued)** as of 11/30/2023

Date of Procedure [2]: 5/18/2018
Tubular adenoma(s) [3]: 1
Tubulovillous adenoma(s) [4]: 0
Villous adenoma(s) [5]: 0
Sessile serrated adenoma(s) [6]: 0
High risk hyperplastic polyp(s) [7]: 0
Other (specify) [8]: N/A
Colorectal cancer found (Yes/No) [9]: No
END POEDH003V2

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing loss<br>Formatting of this note might be different from the original.<br>wears hearing aides, followed by outside ENT | — | — | — | — | Active | Active |
| Osteopenia (femoral) | — | 08/16/2022 | — | — | Active | Active |
| Osteoporosis (lumbar) | — | 08/16/2022 | — | — | Active | Active |
| Backache | — | 10/13/2011 | — | — | Active | Active |
| Shoulder pain | — | 04/23/2012 | — | — | Active | Active |
| Elevated BP | — | 03/26/2015 | — | — | Active | Active |
| Osteoarthritis of both hands | — | 07/09/2015 | — | — | Active | Active |
| Hypercholesteremia | — | 07/09/2015 | — | — | Active | Active |
| Insomnia due to medical condition | — | 08/26/2015 | — | — | Active | Active |
| Obstructive sleep apnea (adult)<br>Formatting of this note might be different from the original.<br>DME: Pulmonary solutions<br>RDI:<br>CPAP/BiPAP Pressure:<br>Mask: | — | 09/27/2015 | — | Yes | Active | Active |
| Cognitive dysfunction | — | 09/27/2015 | 04/04/2017 | — | Resolved | — |
| Adjustment reaction, other | — | 05/16/2016 | — | — | Active | Active |
| Therapy | — | 06/02/2016 | — | — | Active | Active |
| Right arm pain | — | 06/02/2016 | — | — | Active | Active |
| Stiff neck | — | 06/02/2016 | — | — | Active | Active |

**Allergies**

Allergies last reviewed by Wang, Kevin (M.D.) on 11/6/2023 1053
No Known Allergies

**Immunizations**

Immunizations last reviewed by Aldana, Sheila Marie A (L.V.N.) on 4/7/2023 1606

**COVID-19 Moderna, External Administration**

| | | |
|---|---|---|
| Administered on: 5/6/2021 | Dose: .5 | Site: Left Deltoid |
| Route: Intramuscular | CVX code: 207 | |
| Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer: Moderna US, Inc. | Lot number: 006C21A |
| External: Non-Kaiser | Location: SAFEWAY PHARMACY 2621 | |
| Comment: CAIR Import- | | |

**Previous revisions**

**COVID-19 Moderna, External Administration**

| | | |
|---|---|---|
| Administered on: 5/6/2021 | Dose: .5 | CVX code: 207 |
| Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number: 006C21A | External: Non-Kaiser |
| Comment: CAIR Import- | | |

**COVID-19 Moderna, External Administration**

| | | |
|---|---|---|
| Administered on: 4/8/2021 | Dose: .5 | Site: Left Deltoid |
| Route: Intramuscular | CVX code: 207 | |

## Patient (continued)

### Immunizations (continued)

Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION Manufacturer: Moderna US, Inc. Lot number: 026B21A
External: Non-Kaiser Location: SAFEWAY PHARMACY 2621
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Administered on: 4/8/2021 Dose: .5 CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION Lot number: 026B21A External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Administered on: 11/30/2021 Dose: .5 Site: Left Deltoid
Route: Intramuscular CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION Manufacturer: Moderna US, Inc. Lot number: 012H21B
External: Non-Kaiser Location: CVS CORPORATE
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Administered on: 11/30/2021 Dose: .5 CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION Lot number: 012H21B External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Administered on: 7/18/2022 Site: Left Deltoid Route: Intramuscular
CVX code: 207
Manufacturer: Moderna US, Inc. Lot number: 006M21A Location: CVS CORPORATE

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Administered on: 7/18/2022 Dose: 0.25 mL CVX code: 229
Lot number: 006M21A Location: CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Administered on: 10/14/2022 Site: Left Deltoid Route: Intramuscular
CVX code: 229
Manufacturer: Moderna US, Inc. Lot number: 053D22A Location: CVS CORPORATE

**INF (Influenza) unspecified formulation**

Administered on: 10/14/2022
External: Patient reported

**INF (Influenza) unspecified formulation**

Administered on: 10/1/2022
External: Patient reported

**INFS Pres Free (quadrivalent) (influenza)**

Administered on: 2/7/2019 Dose: 0.5 mL
Lot number: UT6261KA Location: Sutter Health Affiliates and Community Connect Practices

**INFS Pres Free (quadrivalent) (influenza)**

## Patient (continued)

### Immunizations (continued)

Administered on: 9/27/2020

**Tdap (Tetanus, diphtheria, acellular pertussis)**

| | |
|---|---|
| Administered on: 7/10/2015 | Dose: 0.5 mL |
| Lot number: U4971AA | Location: Sutter Health Affiliates and Community Connect Practices |

**Tdap (Tetanus, diphtheria, acellular pertussis)**

Administered on: 4/9/2007

**ZOS (Herpes zoster recombinant) Shingrix**

| | | |
|---|---|---|
| Administered by: Perez, Michelle C Rios (L.V.N.) | Administered on: 1/18/2023 1401 | Dose: 0.5 mL |
| Site: Left Deltoid | Route: Intramuscular | NDC: 58160-0828-03 |
| Scanned barcode: 011035816082803117230924109CR25 | VIS date: 02/04/2022 | |
| Product: Shingrix gE Antigen Component | Manufacturer: GlaxoSmithKline | Lot number: 9CR25 |
| Expiration date: 9/24/2023 | | |

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

| | | |
|---|---|---|
| Dose: 0.5 mL | Route: Intramuscular | VIS date: 02/04/2022 |

**ZOS (Herpes zoster recombinant) Shingrix**

| | | |
|---|---|---|
| Administered by: Aldana, Sheila Marie A (L.V.N.) | Administered on: 4/7/2023 1609 | Dose: 0.5 mL |
| Site: Left Deltoid | Route: Intramuscular | NDC: 58160-0828-03 |
| Scanned barcode: 01103581608280311724012610B97G2 | VIS date: 02/04/2022 | |
| Product: Shingrix gE Antigen Component | Manufacturer: GlaxoSmithKline | Lot number: B97G2 |
| Expiration date: 1/26/2024 | | |

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

| | | |
|---|---|---|
| Dose: 0.5 mL | Route: Intramuscular | VIS date: 02/04/2022 |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Aldana, Sheila Marie A (L.V.N.) | 04/07/2023 1606 |

### PPD/Skin Test - PPD Results Key: 00 = Negative 01 = Positive

There is no flowsheet data to display.

### Current Medications

**Medications**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:

## Patient (continued)

### Current Medications (continued)

**Simethicone (MYLICON) 80 mg Oral Chew Tab**

Instructions: Take as directed in Gastroenterology Department Colonoscopy Prep instructions
Authorized by: Doan, Caitlin Chilan (M.D.) Ordered on: 11/28/2023
Start date: 11/28/2023 End date: 5/26/2024
Quantity: 4 tablet Refill: No refills remaining

**PEG 3350 - Electrolytes (GaviLyte-C) 240-22.72-6.72 -5.84 gram Oral Recon Soln**

Instructions: Take as directed in Gastroenterology Department Colonoscopy Prep instructions
Authorized by: Doan, Caitlin Chilan (M.D.) Ordered on: 11/28/2023
Start date: 11/28/2023 End date: 5/26/2024
Quantity: 4,000 mL Refill: No refills remaining

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: NON-CPM PHARMACY PROVIDER Ordered on: 11/16/2023
Start date: 11/16/2023 End date: 11/15/2025
Quantity: 100 mL Refill: Refill as needed

**Alendronate (FOSAMAX) 70 mg Oral Tab**

Instructions: Take 1 tablet by mouth every 7 days
Authorized by: Ho, Irene Oi Yin (M.D.) Ordered on: 10/9/2023
Start date: 10/9/2023 End date: 10/8/2025
Quantity: 12 tablet Refill: 3 refills remaining

**Pregabalin (LYRICA) 75 mg Oral Cap**

Instructions: Take 1 capsule by mouth 2 times a day
Authorized by: Lee, Brian Poeu (M.D.) Ordered on: 7/26/2023
Start date: 7/26/2023 End date: 1/25/2024
Quantity: 60 capsule Refill: 1 refill remaining

**Meloxicam (MOBIC) 15 mg Oral Tab**

Instructions: Take 1 tablet by mouth daily as needed for pain . Take with food
Authorized by: Ho, Irene Oi Yin (M.D.) Ordered on: 6/30/2023
Start date: 6/30/2023 End date: 6/29/2025
Quantity: 30 tablet Refill: 3 refills remaining

### Advance Care Planning

**Plan**

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Active Health Care Agents**

There are no active Health Care Agents on file.

**Patient (continued)**

**Documents — Patient Level:**

Documents: None found at the patient level.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 10/29/2023

## 10/29/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Hands update 2023-10-27**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 2:57 PM by Steven Weller | Weller, Steven | 10/31/2023 2:11 PM |

Mr. Weller,

Thank you for your email updates. Let's see how the improvement continues...!
Keep up the good work.

Take care,

Dr. Lee

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/1/2023 8:42 AM by Steven Weller | Weller, Steven | 10/29/2023 8:24 PM |

Thank you for your message. I'll be out of the office through 10/31/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the

Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-10-27**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 10/29/2023 8:24 PM |

Saturday and Sunday I had to use a computer. I did it in short bursts, like 10 minutes at a time, spread out to avoid getting into too much pain. Saturday was OK, but Sunday afternoon I had a painful left hand and the horrible pain was triggered by it. Dog wrangling later in the day needed both arms, and that made it much worse.
Left finger, hand, and elbow pain continued all of Monday, causing a lost day. Right hand was OK.
Tuesday saw worse finger, hand, and elbow pain.
Wednesday started to improve, Thursday was better still.
A little more computer use on Friday. Ended friday with some elbow pain, fragile hands, but no horrible pain.

I did 30 minutes pool walking every day this week.

On Wednesday I started to avoid leaning weight in my left elbow, having discovered that in bed and some other situations I habitually put a lot of weight on that side to reach things and maneuver myself. I think it is helping.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/5/2023

## 11/05/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/5/2023 3:12 PM by Steven Weller | Weller, Steven | 11/5/2023 3:10 PM |

Thank you for your message. I'll be out of the office through 11/7/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-03**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/5/2023 3:10 PM |

I'm keeping weight off my left arm and shoulder now, and I think it is helping. Overall this week my left arm pain has been duller and more consistently low-level, though I still managed to trigger the horrible pain on Thursday with just finger use. I'm experiencing less index finger pain generally.

Saturday and Sunday saw reducing pain. Light computer use on Monday brought back left hand and elbow pain. Left hand became very stiff.

Tuesday I had stinging hands, elbow pain, and generally unusable left arm and hand. Continued into Wednesday.
Got a new phone Thursday afternoon, and setting it up and fritzing with it was enough to hurt both hands and my left arm. Took until Friday evening for pain to subside, but once it had, it felt better than it had all week.

I've been to the pool and exercised for 30 minutes each weekday, walking and arm (shoulder) exercises. This can make my elbow hurt, but it subsides quickly.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

## 11/06/2023 - Patient Secure Message in PHYSICAL MEDICINE AND REHAB

**Visit Information**

**Provider Information**

**Encounter Provider**

Lau, Eunice Wan-Yew (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Messages**

**Your left arm electromyography results**

| From | To | Sent and Delivered |
|---|---|---|
| Eunice Wan-Yew (M.D.) Lau<br>Last Read in kp.org<br>11/15/2023 2:22 PM by Steven Weller | Weller, Steven | 11/6/2023 5:24 PM |

Dear Mr. Weller

Thank you for moving forward to have your left arm subjective muscle testing done by Dr. Kevin Wang today. I just received the report that all the muscles tested as which correspond to the various cervical nerve root innervation were normal.
This information means that there is no active negative effect or compressive effect in the neck nerve roots that is supplying nerve sensation to the left arm muscles.

It is still possible that there is some inflammatory effect of the C5-6 and/or C6-C7 nerve outlet narrowing on the exiting nerve, but not necessarily need surgery to open up the space. Whether a neck spine epidural steroid injection (to inject steroid into the spinal canal) in the mid to lower level will benefit the overall left arm discomfort will be less predictable.

Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable.

Please contact me if you have further questions.

Sincerely,

Eunice W. Lau, MD
Department of Physical Medicine and Rehabilitation/Spine clinic
Kaiser-Santa Clara
Phone: 408-530-2900
Https://mydoctor.kaiserpermanente.org/ncal/provider/eunicelau/

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

## 11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Wang, Kevin (M.D.) | Wang, Kevin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| PHYSICAL MEDICINE AND REHAB | 1263 E. ARQUES AVE<br>Sunnyvale CA 94085-4701 | 408-530-2900 |

**Follow-up and Dispositions**

**Level of Service**

| Level of Service |
|---|
| **PROCEDURE ONLY NO ADDL EXAM.** |

### Reason for Visit

**Chief Complaint**

- ELECTROMYOGRAM AND NERVE CONDUCTION STUDY

**Visit Diagnosis**

| Name | Code | Chronic? |
|---|---|---|
| **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes |

**Revision History**

| Action | Name | Code | Chronic? | User | Date/Time |
|---|---|---|---|---|---|
| Diagnosis #1 | | | | | |
| Add | **CERVICAL SPONDYLOSIS (primary)** | M47.812 | Yes | Wang, Kevin (M.D.) | 11/06/2023 1120 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 95860 | NDL EMG 1 XTR W/WO RELATED PARASPINAL AREAS | 11/6/2023 | Wang, Kevin (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Wang, Kevin (M.D.) at 11/6/2023 1048**

**Version 1 of 1**

Author: Wang, Kevin (M.D.)
Filed: 11/6/2023 12:27 PM
Status: Signed

Service: —
Encounter Date: 11/6/2023
Editor: Wang, Kevin (M.D.) (Physician)

Author Type: Physician
Creation Time: 11/6/2023 10:48 AM

## EMG Evaluation

**Indication:** Evaluation for Left Upper Extremity

**Referring Provider:** Eunice Lau, MD

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

**11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB (continued)**

**Clinical Notes (continued)**

**Summary:** Nerve conduction studies previous done STRNEU 6/5/2023 were normal and therefore not repeated today.

Monopolar needle EMG of involved muscles tested below were within normal.

**Interpretation:** normal LUE EMG

**Conclusion:** This is a normal study without evidence of cervical radiculopathy in the left upper extremity. Pure sensory radiculopathy cannot be excluded by these techniques.

| Muscle | Insertional Activity | MUAP |
|---|---|---|
| Left FDIH | NL | NL |
| Left APB | NL | NL |
| Left FCR | NL | NL |
| Left Deltoids | NL | NL |
| Left Biceps | NL | NL |
| Left Triceps | NL | NL |
| Left Paraspinals mid and low Cervical | NL | |
| | | |

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 12:27 PM

**Procedures**

**Procedures**

**EMG, 1 EXTREM, W RELATED PARASPINAL AREAS [1561064240] (Active)**

Electronically signed by: **Wang, Kevin (M.D.) on 11/06/23 1121** Status: **Active**
Ordering user: Wang, Kevin (M.D.) 11/06/23 1121 Authorized by: Wang, Kevin (M.D.)
Ordering mode: Standard
Frequency: Today 11/06/23 - Class: Back Office
Quantity: 1
Diagnoses
CERVICAL SPONDYLOSIS [M47.812]

**Provider Details**

| Provider | NPI |
|---|---|
| Wang, Kevin (M.D.) | 1700059151 |

**Indications**

CERVICAL SPONDYLOSIS [M47.812 (ICD-10-CM)]

**Patient Instructions**

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

**Patient Instructions (continued)**

What else should you know about these tests?
• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

Electronically signed by Wang, Kevin (M.D.) at 11/6/2023 11:21 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/6/2023

**11/06/2023 - Office Visit in PHYSICAL MEDICINE AND REHAB (continued)**

**After Visit Summary (continued)**

AFTER VISIT SUMMARY KAISER PERMANENTE®

**Steven Weller** MRN: 110018429889 11/6/2023 10:50 AM PHYSICAL MEDICINE AND REHAB 408-530-2900

## Instructions from KEVIN WANG MD

Your personalized instructions can be found at the end of this document.

## Today's Visit

You saw KEVIN WANG MD on Monday November 6, 2023. The following issue was addressed: CERVICAL SPONDYLOSIS.

Done Today
NEEDLE ELECTROMYOGRAPHY OF EXTREMITY

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Tuesday November 7, 2023
Time: 2:40 PM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 6, 2023 12:27 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

## Instructions from KEVIN WANG MD

Electromyogram (EMG) and Nerve Conduction Studies: About These Tests

What are they?
An electromyogram (EMG) measures the electrical activity of your muscles when you are not using them (at rest) and when you tighten them (muscle contraction).

Nerve conduction studies measure how well and how fast the nerves can send electrical signals. EMG and nerve conduction studies are often done together. If they are done together, the nerve conduction studies are done before the EMG.

Why are they done?
You may need an EMG to find diseases that damage your muscles or nerves or to find why you cannot move your muscles (paralysis), why they feel weak, or why they twitch.
You may need nerve conduction studies to find damage to the nerves that lead from the brain and spinal cord to the rest of the body (peripheral nervous system). Nerve conduction studies are often used to help find nerve disorders, such as carpal tunnel syndrome.

How can you prepare for these tests?
• Tell your doctor if you are taking any medicines, especially those that work on the nervous system. You may need to stop taking these medicines 3 to 6 days before an EMG.
• Tell your doctor if you have bleeding problems or take blood-thinning medicine, such as warfarin (Coumadin) or heparin. If you take these blood thinners, your doctor will tell you when to stop taking them before the test.
• Tell your doctor if you have a pacemaker.
• Do not smoke for 3 hours before the test.
• Do not eat or drink foods that contain caffeine (such as coffee, tea, cola, and chocolate) for 2 to 3 hours before the test.
• Wear loose-fitting clothing. You may be given a hospital gown to wear.

What happens during the tests?
You lie on a table or bed or sit in a reclining chair so your muscles are relaxed.

For an EMG:
• Your doctor will insert a needle electrode into a muscle. This will record the electrical activity while the muscle is at rest. You may feel a quick, sharp pain when the needle electrode is put into a muscle.
• Your doctor will ask you to tighten the same muscle slowly and steadily while the electrical activity is recorded.
• Your doctor may move the electrode to a different area of the muscle or a different muscle.

For nerve conduction studies:
• Your doctor will attach two types of electrodes to your skin.
• One type of electrode is placed over a nerve and will give the nerve an electrical pulse.
• The other type of electrode is placed over the muscle that the nerve controls. It will record how long it takes the muscle to react to the electrical pulse.
• You may feel a quick, burning pain followed by a tingling feeling and a twitching of the muscle each time you receive the electrical pulse.

What else should you know about these tests?

**After Visit Summary (continued)**

• After an EMG, you may be sore and have a tingling feeling in your muscles for 1 to 2 hours. You may have small bruises or swelling at the needle site.
• For an EMG, you may be asked to sign a consent form. Talk to your doctor about any concerns you have about the need for the test, its risks, how it will be done, or what the results will mean.

How long do they take?
• An EMG may take 30 to 60 minutes.
• Nerve conduction tests may take from 15 minutes to 1 hour or more. It depends on how many nerves and muscles your doctor tests.

What happens after these tests?
• You may be given pain medicine if any of the EMG test areas are sore.
• You will probably be able to go home right away.
• You can go back to your usual activities right away.

When should you call for help?
Watch closely for changes in your health, and be sure to contact your doctor if:
• Muscle pain from an EMG test gets worse or you have swelling, tenderness, or pus at any of the needle sites.
• You have any problems that you think may be from the test.
• You have any questions about the test or have not received your results.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to keep a list of the medicines you take. Ask your doctor when you can expect to have your test results.

Where can you learn more?
Go to http://www.kp.org
Enter W484 in the search box to learn more about "Electromyogram (EMG) and Nerve Conduction Studies: About These Tests".

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov


This is confidential information. Please don't throw away in a Kaiser Permanente trash can

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/7/2023

## 11/07/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

#### Provider Information

**Encounter Provider**
Mendoza, Angela Marie (P.T.)

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

#### Chief Complaint

- PHYSICAL THERAPY

#### Visit Diagnoses

- **LEFT ELBOW JOINT PAIN (primary) [M25.522]**
- RIGHT HIP JOINT PAIN [M25.551]

#### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT ELBOW JOINT PAIN (primary)** | M25.522 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |
| Diagnosis #2 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 11/07/2023 1517 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/7/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

#### THERAPIST, PHYSICAL

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/7/2023 1452**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 11/7/2023 3:18 PM Encounter Date: 11/7/2023 Creation Time: 11/7/2023 2:52 PM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**

Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/7/2023**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/7/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/7/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY in 12 weeks.//

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
===========================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 8/12

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb

Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

**Physical Medicine Notes (continued)**

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 5X/week, and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innvervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |

| | | |
|---|---|---|
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 10/10/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps

**Physical Medicine Notes (continued)**

- 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved LEFT UPPER EXTREMITY wrist ACTIVE RANGE OF MOTION 40 degrees ulnar deviation

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/7/2023 3:18 PM

**Procedures**

## 11/07/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064241] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/07/23 1517** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 11/07/23 1517 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/07/23 - Class: Back Office
Quantity: 3
Diagnoses
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAIN [M25.551]

**Provider Details**

| Provider | NPI |
| --- | --- |
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/7/2023

**11/07/2023 - Office Visit in REHABILITATION SVCS (continued)**

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

KAISER PERMANENTE®

**Steven Weller** MRN: 110018429889 11/7/2023 2:40 PM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Tuesday November 7, 2023. The following issues were addressed: LEFT ELBOW JOINT PAIN and RIGHT HIP JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday November 16, 2023
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday November 24, 2023
Time: 10:20 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 7, 2023 3:18 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/13/2023

## 11/13/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Hands update 2023-11-10**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/13/2023 3:50 PM |

Overall I've had less index finger and left hand pain this week than any previous week despite occasional computer use.

I'm not putting weight on my left shoulder. Elbow pain has been at least low level pain all the time plus. Hands sting all the time, but it's mostly at a level that is not distracting. Always noticeable when waking in the night.

Computer use on Saturday caused elbow, hand, and finger pain. That improved over Sunday, but both hands hurt by evening.
Monday morning saw both hands and forearms stinging, plus my hands were cold and my wrists were bad. EMG test today.
Wheelchair not in use since Saturday due to hip feeling better
Tuesday hurt left hand and elbow with computer use, but it was much better by bedtime
Wednesday drove 650 miles. Elbow pain grew and fell as usual. Felt really good by end of day. Hurt my hip by using it too much. Index finger only slightly painful.
Thursday and Friday had hip pain, but left arm, hand, finger were surprisingly usable.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/15/2023 10:08 AM |

From what I can determine, by medical level has now flipped from STD to unpaid leave of absence pending medical information as described below. Do I need to take any action, or are you in communication with Sedgwick and will fulfill?

Short-Term Disability (STD) Benefits
Your Claim Number: 4A2307CTYDV-0001
STD Claim Status: Pending receipt of additional medical information
Information Needed:
o KaiserAttendingPhysiciansStatementformfromBrianPoeuLee,MD
o October27,2023topresentofficevisitnotesfromyourKaiserprovider(s).
o Workrelease
Heres What You Need to Do:
Submit additional medical information that supports your disability as described above, by November 27, 2023.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in SPORTS MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

### Messages

**Re: Water walking and knee pain**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/20/2023 3:33 PM |

Hi Steven,
I sent a referral to Angela to help you with some exercises for PF syndrome.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Re: Water walking and knee pain**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/17/2023 4:04 PM |

I don't have any patellofemoral exercises to continue. Do you have some exercises I should be doing?

**Water walking and knee pain**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>11/30/2023 9:22 AM by Steven Weller | Weller, Steven | 11/17/2023 3:41 PM |

Hi Steven,
Do make sure that you are warming up and cooling down with some quadriceps stretching. Also continue with your patellofemoral exercises to be sure the patella is gliding correctly while you are walking. You are also correct in decreasing the intensity of the exercise, you may need to cut back on

**Messages (continued)**

the duration until you are not getting pain in the knee. I don't recommend pushing through the pain as it will likely make it worse but you can modify exercise as needed.

Hope that helps,

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Water walking and knee pain**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/15/2023 2:17 PM |

I've been doing water walking for the last month or so in order to get aerobic exercise while keeping weight off my hips. It's fine on my hips, but I'm getting increasing pain in my left knee, the one with femoral-patella syndrome. My knee is limiting the vigor and duration of my exercises. I'm water walking five times a week, 30 minutes a session. I go mainly forwards, but also backwards and sideways about a third of the time.

The pain was worsening with each session so I've now switched to more gentle walking, forwards only. The pain mostly goes away once I'm out of the pool, but lasts for several days at a low level if I stop visiting the pool.

Do you have suggestions for avoiding the pain while doing pool exercise, for experiments I can run, or for treating the condition? I'm currently mostly using a wheelchair at home to keep my hip pain manageable.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/15/2023

## 11/15/2023 - Patient Secure Message in REHABILITATION SVCS

### Visit Information

#### Provider Information

**Encounter Provider**

Mendoza, Angela Marie (P.T.)

#### Department

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Messages

#### PT for forearm and elbow

| From | To | Sent and Delivered |
|---|---|---|
| Angela Marie (P.T.) Mendoza<br>Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | Weller, Steven | 11/16/2023 11:10 AM |

Hi Steven,

I understand that the majority of the exercises I gave you hurt, but are you able to do the exercise 50% of the range pain free?

Ideally you would warm up using the same exercises only part of the range and hopefully after 1 set of 10-15 reps would be able to go slightly further pain free.

Are you able to do that modification with that result?

Angela

#### PT for forearm and elbow

| From | To | Sent |
|---|---|---|
| Weller, Steven | Angela Marie (P.T.) Mendoza | 11/15/2023 2:42 PM |

I've been out of town for a week, so am getting back into regular exercise.

Dr. Lau had said in an emai:

"Based on your recent spine clinic assessment, some of the left arm pain is due to repetitive strain. Therefore, I would recommend that you keep the physical therapy appointment tomorrow to address the forearm and elbow issues first and see if it improves the overall discomfort, before pursuing more invasive option in the neck region which is much higher risk and results are less predictable."

I'm not sure we addressed this specifically at our last appointment. Which exercises should I

**Messages (continued)**

be doing for this?

The bicep stretch and elbow flexion exercises aggravate the arthritis in my elbow. The palms down wrist flexion causes repetitive pain. The radial/ulnar deviation hurts at the elbow. I am doing whole arm movement in the pool (not bending elbow, but not keeping it straight) which hurts the elbow a little, but it seems to recover without triggering anything else.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/16/2023

## 11/16/2023 - Office Visit in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Level of Service**

| Level of Service |
|---|
| OUTPT EST LEVEL 3 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP ROUTINE

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 11/16/2023 1031 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN | 11/16/2023 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Lee, Brian Poeu (M.D.) at 11/16/2023 0904**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Lee, Brian Poeu (M.D.) | Service: — | Author Type: Physician |
| Filed: 11/16/2023 10:31 AM | Encounter Date: 11/16/2023 | Creation Time: 11/16/2023 9:04 AM |
| Status: Signed | Editor: Lee, Brian Poeu (M.D.) (Physician) | |

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. C6, C7 neuroforaminal narrowing may give milder inline effects not picked up on EMG but still contribute. Less to suggest brachial plexopathy but imaging studies can be pursued. Try 4-6 weeks of carpal tunnel syndrome treatment.

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex:
M
SSN:
Visit date: 11/16/2023

**11/16/2023 - Office Visit in NEUROLOGY (continued)**

**Clinical Notes (continued)**

Patient Active Problem List:
- RIGHT SHOULDER JOINT PAIN > 3 MONTHS
- RIGHT ULNAR NEUROPATHY
- OSTEOPOROSIS
- BILAT HEARING LOSS
- BILAT HAND PAIN
- SUBCUTANEOUS MASS
- MEDICATION REFILL
- CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 11/16/2023 10:31 AM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/16/2023

**11/16/2023 - Office Visit in NEUROLOGY (continued)**

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

11/16/2023 8:30 AM NEUROLOGY 408-851-4435

## Today's Visit

You saw BRIAN POEU LEE MD on Thursday November 16, 2023.

Blood Pressure
133/77

Pulse
64

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Friday November 24, 2023
Time: 10:20 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday January 4, 2024
Time: 10:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

**After Visit Summary (continued)**

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 16, 2023 10:31 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Vitals**

## 11/16/2023 - Office Visit in NEUROLOGY (continued)

**Vitals (continued)**

**Vital Signs - Last Recorded** Most recent update: 11/16/2023 8:34 AM

| BP | Pulse |
|---|---|
| 133/77 (Site: Left arm, Position: Sitting, Cuff Size: Adult) | 64 |

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/17/2023

## 11/17/2023 - Pharmacy Initiated Order in ADMINISTRATION

**Visit Information**

**Department**

| Name | Address | Phone |
|---|---|---|
| ADMINISTRATION | 1800 HARRISON STREET<br>Oakland CA 94612-3466 | 510-987-1000 |

**Other Orders**

**Medications**

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste [1561064242] (Active)**

Electronically signed by: **Pharmacy, User on 11/16/23 0000** Status: **Active**
Ordering user: Pharmacy, User 11/16/23 0000 Authorized by: NON-CPM PHARMACY PROVIDER
Ordering mode: Standard
Frequency: 11/16/23 - 11/15/25 Class: File

**Provider Details**

| Provider | NPI |
|---|---|
| NON-CPM PHARMACY PROVIDER | 1606530008 |
| PHARMACY USER | — |

Package: 11527-704-42
Reordered from: Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/19/2023

## 11/19/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/20/2023 3:58 PM by Steven Weller | Weller, Steven | 11/19/2023 9:10 PM |

Thank you for your message. I'll be out of the office through 11/21/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-17**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/19/2023 9:10 PM |

I started wearing the brace and taking ibuprofen on Friday 17th. No side effects from the ibuprofen that I can feel.

Started the week on Saturday with very stiff left hand and elbow hurting.
Sunday continued elbow pain and added right wrist pain
Monday slight triggering of index finger pain from elbow pain which got worse for no reason
Tuesday was a driving day. Same pattern of elbow pain as usual, but less intense at its worse

**11/19/2023 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

Wednesday included computer use and both hands felt cold and painful
Thursday Dr. Lee visit, plus computer use. Index finger with some pain.
Friday started wearing a wrist brace 24/7 on left wrist and taking 400mg Ibuprofen twice a day
Right wrist still hurting and being aggravated by additional use due to brace

Hands stills sting at night. That seems to be a constant. Any use of left elbow makes it hurt.
Index finger has been better generally this week.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

#### Department

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

#### Sedgwick information request

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 9:53 AM |

I do not recall getting anything from Sedgwick recently.

Irene Ho MD

#### Out of Office Auto-Reply for IRENE OI YIN HO MD

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 10:17 AM by Steven Weller | Weller, Steven | 11/24/2023 8:54 AM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick information request**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 8:54 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/24/2023 10:18 AM by Steven Weller | Weller, Steven | 11/24/2023 8:55 AM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick information request**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/24/2023 8:55 AM |

Pinging you in case there has been something missed between Kaiser and Sedgwick. I'm not sure who is responsible for what. I sent the following to Sedgwick today:

I am still off work until at least sometime in January 2024.
I see that short term disability and VDI payments have stopped, presumably at 12 weeks.
I understood that VDI would continue and be supplemented with integration, but that has not

happened.
The last I heard was that you had received information from Kaiser and it would take a few days to process, but that was a while ago now
Did you receive the materials from my doctor that had a deadline of 11/27?
Are you waiting for something from me?
Are you waiting for something from my doctor?

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in #498, ADMINISTRATION, FLR 4

**Visit Information**

**Department**

| Name | Address | Phone |
|---|---|---|
| #498, ADMINISTRATION, FLR 4 | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1000 |

**Messages**

**Physical Therapy Appointment**

| From | To | Sent and Delivered |
|---|---|---|
| Sylvester Singh<br>Last Read in kp.org<br>11/24/2023 1:20 PM by Steven Weller | Weller, Steven | 11/24/2023 12:29 PM |

Dear Member,

Welcome to the Department of Rehabilitation Services (Physical Therapy, Speech Therapy, and Occupational Therapy) at Kaiser Permanente, Santa Clara Medical Center. Your doctor has referred you to our department for care. If you want to set up an appointment, please call 408-851-1400 and have your medical record number ready. Our receptionists are here to assist you Monday-Friday between the hours of 8:30am and 5:00pm. If you have already scheduled an appointment, there is no need to call.

Thank you and we look forward to assisting you in your care.

Claudia Carhart, PT, MS, MBA
Director Rehabilitation Services
Santa Clara Medical Center

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Patient Secure Message in INTERNAL MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

**Messages**

**Colonoscopy**

| From | To | Sent and Delivered |
|---|---|---|
| Andrew Anping (N.P.) Shiah<br>Last Read in kp.org<br>11/24/2023 3:36 PM by Steven Weller | Weller, Steven | 11/24/2023 2:02 PM |

Hello Steven,

Your PCP is out of the office today. I am responding on their behalf.

According to your medical record, it looks like you had one polyp removed at Sutter in 2018. I have placed a referral for our gastroenterology department to follow up with you. If you do not hear from them in the next week, please call to schedule with their department by calling (408) 851-2750.

Take care,

Andrew Shiah, FNP-C
Department of Adult and Family Medicine
710 Lawrence Expressway, Dept. 372
Santa Clara, CA 95051
24/7 Appointments and Advice Line: (408) 554-9800

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/24/2023 3:33 PM by Steven Weller | Weller, Steven | 11/24/2023 1:20 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Colonoscopy**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/24/2023 1:20 PM |

I just checked my records and they show I had a screening colonoscopy done May 11 2018. Some polyps were removed and I was told to have another five years later.

It's past that now, so I should have another done. How do I set that up?

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnosis**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 11/24/2023 1103 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97110 | THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES | 11/24/2023 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 11/24/2023 1025**

**Version 1 of 1**

Author: Mendoza, Angela Marie (P.T.) Service: — Author Type: THERAPIST, PHYSICAL
Filed: 11/24/2023 11:03 AM Encounter Date: 11/24/2023 Creation Time: 11/24/2023 10:25 AM
Status: Signed Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL)

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023
Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 11/24/2023**

Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 11/24/2023**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Progressing 11/24/2023**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Progressing 11/24/2023**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=====================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 9/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:
Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 4/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
2/10 in left elbow, at its worst 6/10; 3/10 in the left knee

Observation: Presented in wheelchair, able to walk inside the clinic
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began

going to the Tympany pool 3X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior/ anterior/ lateral stepping

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis, iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Therapeutic Exercise for 40 minutes
-- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps

Patient tolerated well

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold

**Physical Medicine Notes (continued)**

- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Therapeutic exercise for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: See Plan of Care above. Progress with updated econsult from PCP

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 11/24/2023 11:03 AM

**Procedures**

**Procedures**

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN [1561064243] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 11/24/23 1103** Status: **Active**

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

## 11/24/2023 - Office Visit in REHABILITATION SVCS (continued)

**Procedures (continued)**

Ordering user: Mendoza, Angela Marie (P.T.) 11/24/23 1103
Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 11/24/23 -
Class: Back Office
Quantity: 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/24/2023

**11/24/2023 - Office Visit in REHABILITATION SVCS (continued)**

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

KAISER PERMANENTE®

**Steven Weller** MRN: 110018429889 11/24/2023 10:20 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday November 24, 2023. The following issue was addressed: LEFT KNEE JOINT PAIN.

Done Today
THERAPEUTIC EXERCISES

## What's Next

PT Office Visit
With: ANGELA MARIE MENDOZA PT
Date: Wednesday December 20, 2023
Time: 9:40 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept. 174

Office Visit
With: BRIAN POEU LEE MD
Date: Thursday January 4, 2024
Time: 10:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of November 24, 2023 11:03 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/25/2023

## 11/25/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**Irritation to palm from wrist brace**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/27/2023 10:11 AM |

I think just having you do not have the brace in contact with your palm should help. I do not see an actual rash there.

Take care,

Irene Ho MD

**Out of Office Auto-Reply for IRENE OI YIN HO MD**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/26/2023 10:38 AM by Steven Weller | Weller, Steven | 11/25/2023 9:53 PM |

Thank you for your message. I'll be out of the office through 11/26/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or

psychiatric emergency, call 911 or go to the nearest hospital.

**Irritation to palm from wrist brace**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/25/2023 9:53 PM |

I have been wearing a wrist brace on my left wrist 24/7 at the request of Dr Lee. However, after a week, this is causing itchiness and redness on the palm of that hand. The brace has since been modified so that my palm is not in contact with the brace material, which I hope will help. Anything else I should be doing to prevent or treat this? I have duyputrens in my left hand that contributes to the contour of my palm.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/26/2023

## 11/26/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/27/2023 12:09 PM by Steven Weller | Weller, Steven | 11/26/2023 10:59 AM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2023-11-24**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/26/2023 10:59 AM |

I've been wearing a brace in my left wrist 24/7 and taking ibuprofen 400mg twice a day for a week now. No side effects that I can detect. I am sleeping better.

The brace seems to be helping. My elbow has been a little better and more usable. Any use makes it hurt more, but hasn't triggered the horrible pain. I've had only small amounts of left index finger pain. We're sorting through accumulated stuff at home currently, so my hands and arms are getting used more than usual. Too much of that causes hand/palm/forearm pain, so

I'm being careful. Computer use is still limited to small bursts with rest.

Exercise in the pool continues to help arms/hands feel better, but that is aggravating my left knee pain and I can't do as much as I'd like to.

I'm getting irritation and redness on the palm of my left hand from the brace, so am getting my wife to adjust it to allow airflow. See email to my PCP that includes pictures.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/27/2023

## 11/27/2023 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**
Lee, Brian Poeu (M.D.)

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/28/2023 9:24 AM by Steven Weller | Weller, Steven | 11/27/2023 2:45 PM |

Thank you for your message. I'll be out of the office through 11/28/2023.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Sedgwick return to work date**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/27/2023 2:45 PM |

I've indicated to Sedgwick that Jan 8 24 is my new return to work date. That may be what they are missing, but I don't understand the system, so who know? I picked that because it is after my appointment with you on January 4th.

I've not had a reply to my questions yet, but I think it is likely that they will request paperwork from you that is consistent with that date.

Messages (continued)

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/27/2023

## 11/27/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

**Encounter Provider**

Nguyen, Mi-Mi Tra-Mi (M.A.)

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**PROCEDURE NEEDED**

| From | To | Sent and Delivered |
|---|---|---|
| Mi-Mi Tra-Mi (M.A.) Nguyen<br>Last Read in kp.org<br>11/28/2023 9:29 AM by Steven Weller | Weller, Steven | 11/27/2023 4:31 PM |

Dear Kaiser member,

Your health care provider has requested that we arrange for a colonoscopy. To improve the scheduling process, please note that you will need to take a day off for your procedure and have a designated driver. Please have a couple days in mind that will work best for you and your driver.

Please call us directly at (408) 851-2750. Our office hours at Monday through Friday, 8:30 am to 5:00 pm. We look forward to hearing from you soon.

Sincerely,

Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Re: Information needed for Sedgwick**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/30/2023 8:59 AM |

I contacted MR yesterday and responded to their questions, so hopefully things will move again.

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>11/30/2023 8:58 AM by Steven Weller | Weller, Steven | 11/28/2023 11:02 PM |

Mr. Weller,

Thank you for your email. They should be trying to contact Medical Records for the chart notes, and the department is usually pretty quick about responding.

Take care,

Dr. Lee

**Information needed for Sedgwick**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 11/28/2023 9:28 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. Can you provide this?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work

release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

KAISER PERMANENTE.

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in INTERNAL MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Ho, Irene Oi Yin (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| INTERNAL MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-554-9800 |

### Messages

**Information needed for Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Irene Oi Yin (M.D.) Ho<br>Last Read in kp.org<br>11/28/2023 12:11 PM by Steven Weller | Weller, Steven | 11/28/2023 10:48 AM |

You need to contact release of information.

We can help with your request to complete medical forms or obtain medical records. All such requests now start with our Release of Medical Information (ROMI) Department.

Please contact ROMI directly by email or phone
408-851-1750
Santa.Clara.ROI.Dept@kp.org

To learn more, visit ROMI online Release of Medical Information | My Doctor Online (kaiserpermanente.org).

Irene Ho MD

**Information needed for Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | P Scl Sjo Sm Afm Sb (supporting Irene Oi Yin (M.D.) Ho) | 11/28/2023 9:29 AM |

Sedgwick got back to me. It appears they have requested information from Kaiser that has not been provided. I have sent this same email to Dr Lee since I believe he would be providing this. Do you know where the ball is being dropped?

Hello, We've receive an off work note placing you out of work until 11/20/2023 with a work release for 11/21/2023 from Kaiser. We have not yet received any office visit notes/objective medical evidence to support your need to be out of work. A request was sent to Kaiser on 11/14/2023 but we haven't received anything back yet. I am going to send another request today to Kaiser for the needed medical, especially since you've stated you're still out of work

until 2024. Please follow up with your Kaiser provider to ensure the needed medical is sent back in to Sedgwick for review. Thank you

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Patient Secure Message in GI/GASTROENTEROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Guzman, Edith Yamilet (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

**Messages**

**COLONOSCOPY PREPARATION INSTRUCTIONS**

| From | To | Sent and Delivered |
|---|---|---|
| Edith Yamilet (M.A.) Guzman<br>Last Read in kp.org<br>11/28/2023 12:08 PM by Steven Weller | Weller, Steven | 11/28/2023 9:45 AM |

Dear Mr. Weller,
MRN: 110018429889

**Procedure appointment**
Procedure: **Colonoscopy**
Date: **December 20, 2023**
Arrival time: **8:30 AM**

Location:
Outpatient Procedure Center (OPPC), #240
Kaiser Santa Clara Medical Center
710 Lawrence Expressway
Santa Clara, CA 95051

1. Please check-in at your confirmed arrival time. Your procedure will typically **start within the hour** after our staff completes the intake process. A late arrival may result in your procedure being delayed.

2. You are required to have a friend or family member available to drive you home. The sedatives/anesthetics that are given will make it unsafe for you to drive or get home on your own. Our family notification texting program can update your driver and avoid having them stay in the waiting area. We will be asking their permission to be enrolled during check-in. Their number will be removed after your procedure is completed. Please print the pickup instructions to share with your driver from our website - <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/OPPC%20pickup%20map_tcm75-1588359.pdf ' target='_blank'>Click here</a>

3. You will be using the **Gavilyte/Colyte and Simethicone preparation**.

**To receive your prescription, go to kp.org/rxrefill, use our mobile apps, or call 1-888-218-6245 and choose one of the following options:**

-**Mail Delivery** in 5-7 days (free shipping)

-**Same Day or Next Day Delivery** (for an additional fee)

-**Priority pickup** to a KP Pharmacy, usually ready in 30 minutes.

-**Visit any CHECK-IN window** at a nearby KP pharmacy to request to have your medication filled.

4. Take the laxative as outlined in our instructions. **DO NOT** follow the manufacturer's instructions. Please read your preparation instructions carefully
at <a href='https://mydoctor.kaiserpermanente.org/ncal/Images/Colonoscopy%20Prep%20with%20Gavilyte_FINAL_tcm75-696518.pdf' target='_blank'>**www.Gavilyte/Colyte prep**</a>

You should **start the 2nd half of the preparation at 4:30 am. You should complete the remaining prep solution within 2 hours of starting.**

5. Here are additional resources to help you understand colonoscopy and the necessary diet changes.

Instructional video on colonoscopy - <a href='https://mydoctor.kaiserpermanente.org/ncal/mdo/presentation/common/healthToolPage.jsp?path=healthtool_152512.xml ' target='_blank'>Click here</a>

Low Fiber Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-low-fiber-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

Clear Liquid Diet - <a href='https://healthy.kaiserpermanente.org/content/dam/kporg/final/documents/health-education-materials/self-help-guides/gastroenterology-clear-liquid-diet-colonoscopy-preparation-wa-en.pdf' target='_blank'>Click here</a>

**Please note that our reminder messages will only send location and date information. Use the above time as your confirmed appointment time.**

If you develop the following symptoms: such as fever, nasal congestion, sore throat, cough, difficulty breathing, loss of taste and/or smell, muscle pain, chills or headache within 2 weeks of your scheduled procedure, please call us for further instructions. Also, if you have been in close contact with anyone who has tested positive or is isolating due to infection with COVID-19, please call us at 408-851-2750, option #2 for further instructions.

If you have any questions or need to cancel your appointment, please reply to this email or contact our department at 408-851-2750. If you need to cancel your procedure, please contact us at least 72 hours before your appointment. Our office hours are Monday-Friday from 8:30AM to 5:00PM.

Sincerely,

Edith
Medical Assistant
Department of Gastroenterology
Kaiser Santa Clara Medical Center
710 Lawrence Expressway, #248
Santa Clara, CA 95051

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Guzman, Edith Yamilet (M.A.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| GI/GASTROENTEROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-2750 |

### Reason for Visit

**Visit Diagnosis**

- **SCREENING COLONOSCOPY (primary) [Z12.11]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **SCREENING COLONOSCOPY (primary)** | Z12.11 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0940 |

### Other Orders

**Surgical Procedures**

**SURGICAL CASE REQUEST [1561064245] (Completed)**

Electronically signed by: **Guzman, Edith Yamilet (M.A.) on 11/28/23 0941** Status: **Completed**
Ordering user: Guzman, Edith Yamilet (M.A.) 11/28/23 0941
Authorized by: Fung, Spencer Thomas (M.D.)
Frequency: Routine X1 11/28/23 0945 - 1 occurrence
Quantity: 1
Ordering provider: Fung, Spencer Thomas (M.D.)
Ordering mode: Outpatient Standing Order (No Cosign)
Class: Normal
Instance released by: Guzman, Edith Yamilet (M.A.) (auto-released) 11/28/2023 9:41 AM

Diagnoses
SCREENING COLONOSCOPY [Z12.11]

**Provider Details**

| Provider | NPI |
|---|---|
| Fung, Spencer Thomas (M.D.) | 1669559506 |
| Guzman, Edith Yamilet (M.A.) | — |

**Questionnaire**

| Question | Answer |
|---|---|
| What date is the patient first available for surgery? | 11/28/2023 |
| Case Classification: | Elective |
| Patient Complexity: | No POM appt. required |
| Intended Post Operative Disposition: | Discharge |

Order comments: CLNSReferral Questions 1 Does the patient have a history of colorectal cancer or colon polyps? Yes 2 If patient on Anticoagulation/Antiplatelet therapy, which medication(s)? Does not include aspirin. None of these medications 3 If patient < 65 years old, does he/she have any of the following comorbidities: CHF, DM w/gastroparesis, Renal Insufficiency, Cirrhosis, IBD flare, Chronic Constipation? No, the patient is less than 65 years old without comorbidities 4 Patient History/Comments (Include date of polyp removal, CRC diagnosis; location of Polyp/CRC; date of last colon exam and any other pertinent info) CRC screening 5/2018 at Sutter. 1x Tubular adenoma. Recommended interval to next surveillance/screening colonoscopy: 5 years 5 Other medical conditions - check all that apply: None 6 Medications/other relevant medical conditions: Osteoporosis; alendronate, pregabalin, meloxicam 7 Does this patient use peritoneal dialysis? No 8 Special Procedural Considerations No Answer

**Indications**

**11/28/2023 - Ancillary Orders in GI/GASTROENTEROLOGY (continued)**

**Other Orders (continued)**

SCREENING COLONOSCOPY [Z12.11 (ICD-10-CM)]

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Reason for Visit

#### Visit Diagnosis

- **COLONOSCOPY (primary) [Z01.89]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **COLONOSCOPY (primary)** | Z01.89 | Guzman, Edith Yamilet (M.A.) | 11/28/2023 0948 |

### Other Orders

#### Medications

**Simethicone (MYLICON) 80 mg Oral Chew Tab [1561064246] (Active)**

Electronically signed by: **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status: **Active**
Ordering user: Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by: Doan, Caitlin Chilan (M.D.)
Ordering mode: Standard
Frequency: 11/28/23 - 05/26/24 2359 Class: File
Released by: Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

| Question | Answer |
|---|---|
| Is this a worker's compensation medication? | No |

Package: 57896-791-01
Status
Pharmacy, User 11/29/23 2345 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

**PEG 3350 - Electrolytes (GaviLyte-C) 240-22.72-6.72 -5.84 gram Oral Recon Soln [1615023454] (Active)**

Electronically signed by: **Doan, Caitlin Chilan (M.D.) on 11/28/23 0955** Status: **Active**
Ordering user: Doan, Caitlin Chilan (M.D.) 11/28/23 0955 Authorized by: Doan, Caitlin Chilan (M.D.)
Ordering mode: Standard
Frequency: 11/28/23 - 05/26/24 2359 Class: File
Released by: Doan, Caitlin Chilan (M.D.) 11/28/23 0955
Diagnoses
COLONOSCOPY [Z01.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Doan, Caitlin Chilan (M.D.) | 1285711135 |

**Questionnaire**

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/28/2023

## 11/28/2023 - Refill in GI/GASTROENTEROLOGY (continued)

**Other Orders (continued)**

| Question | Answer |
| --- | --- |
| Is this a worker's compensation medication? | No |

Package: 43386-060-19
Status
Pharmacy, User 11/29/23 0845 (Admin Instructions edited)

**Indications**

COLONOSCOPY [Z01.89 (ICD-10-CM)]

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Sex: M
SSN:
Visit date: 11/30/2023

## 11/30/2023 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Update on the state of everything 2023-11-30**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 11/30/2023 9:20 AM |

I've been wearing a brace on my left wrist 24/7 and taking 400mg ibuprofen twice daily for the last 3 weeks, as requested by Dr. Lee to treat carpal tunnel (which I may or may not have). I'm visiting Timpany pool to do water walking several times a week and that improves everything except my knee.

Left hip
Continues to be pain free at the level of use I'm giving it.

Right hip
Did we ever hear back from Dr. MacDonald? Pain is still limiting my mobility and I'm currently using a wheelchair around the house some of the time. I can't walk a block.

Left elbow
Has been improving recently. It's less sensitive to use, recovers faster if I overuse it, and has a lower level of constant pain.

Left knee
I'm having worsening femoral-patella pain caused by water walking. I've scale back exercise and am resting it to let the inflammation reduce. Pain is constant.

**From:**DIAS@LFG.COM
**Sent:**Mon, 18 Dec 2023 15:49:30 -0500
**To:**DIAS;Ghabour, Anthony;CLTCSUDocs
**Subject:**Apple LTD Claim Creation Request for Steven Weller 496090 12-18-2023

Please create a new LTD Claim based on the information provided.

Triage Status: In-Process
SSN :
Last Name : Weller
First Name : Steven
EE ID : 496090
Gender : M
Date of Birth:
Date of Hire: 06/13/2016
Address 1:
Address 2: nan
City:
State:
Zip:
Phone:
Cell Phone:
Email: nan
LDW: 08/18/2023
DOD: 07/24/2023
Approve Through Date: 01/05/2024
Work State: CA
ICD Code 1: M79.9
ICD Code 2: M79.642
Work Related: n
WC Offset Frequency: nan
WC Offset Amount: nan
Job Description: SW DEV ENG - SYSTEMS 4
Loc Code: SCV
Escalation Date: 2023-11-21
Escalation Week: 17
STD Claim Number: 4A2307CTYDV-0001
Benefit Status: OA - Approved
Product Coverage: LTD
State Disability Offset Frequency: Weekly
State Disability Offset Amount: 1620.0
CA VDI Deduction Opt In/Out: nan
STD Max Date: 02/18/2024
Salary: 219004.24

If you have further questions, please contact your Manager.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MR. STEVEN WELLER

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

December 20, 2023

Steven Weller

RE: Long Term Disability (LTD) Benefits
Apple Inc.
Claim #: 15113454

Dear Steven Weller:

While you've been out of work, Sedgwick has been guiding you through the process of receiving short-term disability (STD) payments. As you reach the end of your STD coverage, you may be eligible to receive long-term disability (LTD) payments, which Lincoln Life Assurance Company of Boston (Lincoln) would manage.

We understand this change from Sedgwick to Lincoln may be confusing for you. Sedgwick and Lincoln partner to manage STD and LTD for Apple, ensuring that you're fully supported throughout your absence. To help you with the potential transition from STD to LTD, Sedgwick has notified Lincoln of your claim so we could reach out.

Below, we've outlined what you need to know about your disability benefits, as well as what you will need to do if you wish to apply for LTD benefits. Please know that at Lincoln, we are here to help you through this process and answer any questions you may have.

**What You Need to Know About Your Disability Benefits:**

- Your short-term disability benefits will end soon. This benefit only covers the first 26 weeks (maximum) from the date of your illness/injury.
- You may be eligible for long-term disability (LTD) benefits. If approved, your long-term disability benefits would begin the day after your short-term disability benefits end, with no break in your coverage.
- There are steps you will need to take to apply for LTD benefits and continue to receive payments.

**What You Need to Do by January 17, 2024:**

- If you will return to work on or before the end of your short term disability, please call us at (844) 556-3270 to let us know.
- If you believe you'll be unable to return to work by that time, and you wish to apply for LTD benefits, please fill out the enclosed forms and return them by email, fax, or mail by

**January 17, 2024**:

1. Authorization to Obtain and Release Information – Medical
2. Authorization to Obtain and Release Information – Psychotherapy
3. Activities Questionnaire
4. Claimant Supplementary Statement
5. Copy of your Driver's License
6. Survivor/Estate Information Form
7. Training, Education, Experience Form
8. Treating Medical Professionals Form

You can return them by:

- Email to CLTCSUDocs@lfg.com
- Fax to 603-334-0380
- Mail using the enclosed envelope

Once we receive your forms, your claim will be assigned to your dedicated Long Term Disability Case Manager who will contact you by phone to let you know we have received your information and provide you with an update on your LTD claim. Please note that even if you were approved for STD payments, your situation may not qualify for LTD payments due to differences between these benefits. If that happens, we'll explain why and let you know what you can do if you disagree with the decision.

**More Help for You and Your Family**
Your employer, Apple, understands that this may be a difficult time for you and your household members. As such, we've enclosed helpful information for you about your Employee Assistance Program (EAP).

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ariel Willis
Svc Proc, Intake & Client
Phone No.: (844) 556-3270 Ext. 59822
Secure Fax No.: (866) 214-7839

Attachments: Activities Questionnaire Form
Claimant Supplementary Statement
Training Education Experience
Response Coversheet
Survivor / Estate Information Form
Authorization - CA

Authorization - Medical CA
Apple EAP Info Form
Treating Medical Professionals Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**Return To:** Ariel Owens ______



EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Apple Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? ______________________________

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | _______ | Right | _______ |
| Are you able to work in your garden? | Yes | _______ | No | _______ |
| Are you able to work on your house? | Yes | _______ | No | _______ |
| Are you able to wash your car? | Yes | _______ | No | _______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

______________________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 4*

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ____________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 4 of 4*

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**Return to:** Ariel Owens

**EMPLOYEE/CLAIMANT NAME:** Steven Weller **CLAIM #:** 15113454
**EMPLOYER:** Apple Inc. **DATE OF BIRTH:** ______

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

EMPLOYEE/CLAIMANT NAME: Steven Weller
CLAIM NO: 15113454
EMPLOYER/SPONSOR: Apple Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (     )** ______________



**Lincoln/Weller 2961**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 15113454

**Employee/Claimant Name:** Steven Weller

**Provider's Name:** Steven Weller

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy, mental health, drug/alcohol, chemical dependence, substance use or addiction medicine notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_______________________________________________

Name of legal representative, if applicable (print):

_______________________________________________

Relationship:

_______________________________________________

Signature of claimant or legal representative:

_______________________________________________

Date: ___________________________

Date of Birth: _______________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health, drug/alcohol, chemical dependence, substance use or addiction medicine and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_______________________________________________________

Name of legal representative, if applicable (print):

_______________________________________________________

Relationship: ____________________________________________

Signature of claimant or legal representative:

_______________________________________________________

Date: ______________________________

Date of Birth: _________________ Claim Number: 15113454

**A copy of this authorization will be considered as valid as the original.**

# Apple Resources

Apple provides resources that are available to you, and anyone in your household, during your time of need.

**ComPsych (EAP) is available to all employees:**
ComPsych EAPs delivers a comprehensive, global, resource based approach to support employees and their families. Their approach addresses a variety of life challenges before they become distractions that affect home life as well as work.

Confidential services include: Counseling, Legal Information and Consultation, Estate Guidance, Financial Information and Consultation

Available 24 hours a day, 7 days a week. Call: 844.862.0889 TDD: 800.697.0353 Online: guidanceresources.com (Your web ID: **Apple)**

**Sanvello:**
Sanvello is an on-demand help for stress, anxiety and depression. Sanvello offers 3 services: Digital Self-Care (age 13+), Coaching (age 18+) and Teletherapy (age 18+).

**How to access Sanvello services**:
**If enrolled in a medical plan with Apple**:

- Download directly from the App Store
- Create an account
- You'll be prompted to upgrade after account creation. Tap "Upgrade via Sponsor - Through Your Insurance"
- On the screen that says "Health Insurance Provide or Employer," search and select Apple from the dropdown list. Please note you must select Apple and not your insurance provider.
- Enter your name, date of birth, gender, member ID, and policy/group number.

**If not enrolled in a medical plan with Apple:**
1. Navigate to https://sanvello.app.link/AppleInsuranceWaiver
2. Fill out the sign-up page
3. Download the Sanvello app from the App Store
4. Sign into the Sanvello app with the account information you created on the signup page

**Stanford Health Navigator Service:**

**Stanford Health Navigator Service** is free, personalized support to help you make more informed healthcare decisions for a new or ongoing medical condition. Personal health navigators can help you with referrals to specialists, schedule appointments with the Stanford Medical network or an affiliate and share info and latest research about your condition. You can also learn more about health conditions and find resources in the Stanford Health Library.

- Works with your current medical coverage.
- Health benefits continue through your current health plan.
- If you get care from your primary care provider first, keep in mind that your medical plan determines your benefits.
- If you get care from a Stanford Medical provider or an affiliate, benefits will be paid based on your current medical coverage.

**Contact:** Stanford Health Navigator Service (24 hours a day, 7 days a week) US: 1-877-519-5605 Global: +1-650-736-5985 https://stanfordhealthcare.org/partners/apple.html **Email:** applenavigator@stanfordmed.org

**Expert Medical Opinion** is administered by Advance Medical and provides free support and advice about treatment plans and care options.

- You're matched with a physician who will support and guide you in navigating medical issues.
- Your case will then be reviewed by world-renowned specialists, to give you confidence in your healthcare decisions.
- With consent, receive a report with expert opinions and treatment options.
- Enrollment in an Apple medical plan is not required.

**Contact**: Advance Medical (24 hours a day, 7 days a week) US: 1-866-724-7783 https://advance-medical.net/Apple/ **Email:** apple@advance-medical.com

**For more information on these services, please visit wellness.apple.com**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (844) 556-3270
Secure Fax No.: (866) 214-7839

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Steven Weller CLAIM NUMBER: 15113454

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES July 24, 2023 TO present***

**DOCTORS:**

Name ____________ Specialty ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________

Name ____________ Specialty ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________

Name ____________ Specialty ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________

Name ____________ Specialty ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates Seen ____________ to ____________

**PHARMACIES:**

Name ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates: ____________ to ____________

Name ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates: ____________ to ____________

**HOSPITALS:**

Name ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates Confined: ____________ to ____________

Name ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone: ____________ Fax: ____________
Dates Confined: ____________ to ____________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________
Address ____________
City ____________ State _____ Zip Code _______
Phone Number: ____________

Policy Number ____________
Member ID ____________
Dates of Coverage ____________ to ____________
Fax Number: ____________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ____________ Date ____________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Patient**

KAISER PERMANENTE

### Kaiser Permanente Disclosure of Patient Medical Information

Kaiser Permanente documents patient medical record information in a Federally certified electronic medical record.

The output contained in this file is one or more of the following:

- A true and accurate copy of the requested patient medical record information for the timeframe requested as authorized by the patient or allowed by law or regulation
- If a medical certification form was requested, we may have substituted relevant medical records in lieu of form completion
- We may have also substituted a standardized electronic form, generated from our certified electronic medical record in lieu of form completion

State and federal law permit the use of electronic signatures (e-signatures) and electronic records in connection with transactions between parties.

- Medical certification forms and electronic records that are signed using electronic signatures can be audited and validated to prevent fraud

- The relevant laws provide that electronic signatures are as legally valid and as legally acceptable as wet signatures

This record output was generated on 8/20/24 and certified by Kaiser Permanente Release of Medical Information

**Patient Demographics**

**Patient Demographics**

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Weller, Steven | 110018429889 | Male | (62 yrs) |

| Address | Phone | Email |
|---|---|---|
| 547 BRYAN AVE SUNNYVALE CA 94086-6420 | (H)<br>(W)<br>(M) | bagelturf@mac.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Ho, Irene Oi Yin (M.D.)408-851-3215 x3215 | 07/15/23 | 11/29/50 |

| Marital Status | Religion | Alias |
|---|---|---|
| Unknown | — | — |

**Patient Preferred Languages**

Interpreter Needed: No Spoken Language: English Written Language: English

## Patient Demographics (continued)

**Patient Preferred Languages (continued)**

**Basic Information**

| Date Of Birth | Race | Ethnic Group |
|---|---|---|
| | Decline to State | Decline to State |

**Address History**

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2022 | 547 BRYAN AVE | SUNNYVALE | SANTA CLARA | California | 94086-6420 | UNITED STATES | | | |

## Patient (continued)

**Active Coverages** as of 8/20/2024

**KFHP 1000**

Plan: APPLE INC. NCR CORP - SAC [16876]
Effective from: 1/1/2023
Guarantor: WELLER,STEVEN

Group: 000008917-0000-000742020001
Subscriber: WELLER,STEVEN

Member: 110018429889
Subscriber ID: 110018429889

**VST MBR KP NORTHWEST**

Plan: KP INTRGNL NORTHWEST
Effective from: 3/1/2024
Guarantor: WELLER,STEVEN

Group: 3017851
Subscriber: WELLER,STEVEN

Member: 15500373
Subscriber ID: 15500373

**Care Team**

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Ho, Irene Oi Yin (M.D.) | 1114004058 | PCP - General | — | 408-851-3215 x3215 | 01/01/2023 - Present |
| Lee, Brian Poeu (M.D.) | 1962580464 | Neurologist | — | — | 08/05/2024 - Present |

**External**

| Name | Identifier | Relationship | Specialty | Phone | Start Date | Status |
|---|---|---|---|---|---|---|
| Dang, Yu-Xuan (M.D.) | 1225415631 | PCP - General | Internal Medicine | +1 408-730-4360 | 11/21/2019 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 10/24/2023 | | | | | | |
| Foster, Kellie R | — | PCP - General | Internal Medicine | +1 503-813-2000 | 03/05/2024 | Current |
| Last updated by organization: Kaiser Permanente Northwest on 05/08/2024 | | | | | | |
| GORDON, CAROLYN | — | PCP - General | — | — | 03/14/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 12/20/2023 | | | | | | |
| LADD, AMY L | — | PCP - General | — | — | 03/05/2019 | Current |
| Last updated by organization: Manifest Medex Community and Affinity Domain on 12/20/2023 | | | | | | |
| Ma, Kimberley Faith (M.D.) | 1023384260 | PCP - General | Family Practice | +1 408-730-4262 | 04/13/2021 | Current |
| Last updated by organization: Sutter Health Affiliates and Community Connect Practices on 01/02/2023 | | | | | | |
| Pcp, No | — | PCP - General | General Practice | — | 01/14/2019 | Current |
| Last updated by organization: Stanford Health Care and University Healthcare Alliance on 01/02/2023 | | | | | | |
| Pcp, Not Found | — | PCP - General | Family Medicine | — | 07/18/2022 | Current |
| Last updated by organization: CVS Health & MinuteClinic on 01/02/2023 | | | | | | |

## Patient (continued)

**Problem List** as of 8/20/2024

Problems last reviewed by Wang, Kevin (M.D.) on 11/6/2023 1053

**BILAT HAND PAIN**

Diagnosis: BILAT HAND PAIN — Noted on: 03/15/2023 — Chronic: No
ICD-10-CM: M79.641, M79.642

**BILAT HEARING LOSS**

Diagnosis: BILAT HEARING LOSS — Noted on: 03/15/2023 — Chronic: No
ICD-10-CM: H91.93

**CERVICAL SPONDYLOSIS**

Diagnosis: CERVICAL SPONDYLOSIS — Noted on: 10/24/2023 — Chronic: Yes
ICD-10-CM: M47.812

**MEDICATION REFILL**

Diagnosis: MEDICATION REFILL — Noted on: 06/30/2023 — Chronic: No
ICD-10-CM: Z76.0

**OSTEOPOROSIS**

Diagnosis: OSTEOPOROSIS — Noted on: 03/15/2023 — Chronic: Yes
ICD-10-CM: M81.0

**RIGHT SHOULDER JOINT PAIN > 3 MONTHS**

Diagnosis: RIGHT SHOULDER JOINT PAIN > 3 MONTHS — Noted on: 06/02/2016 — Chronic: No
ICD-10-CM: M25.511

**Reconciled Documentation from Outside Organizations**

**Chronic right shoulder pain**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on: 6/2/2016 — Status: Active — State: Active

**RIGHT ULNAR NEUROPATHY**

Diagnosis: RIGHT ULNAR NEUROPATHY — Noted on: 06/02/2016 — Chronic: No
ICD-10-CM: G56.21

**Reconciled Documentation from Outside Organizations**

**Ulnar neuropathy at elbow of right upper extremity**

Received from Sutter Health Affiliates and Community Connect Practices on 01/02/2023 0808

Noted on: 6/2/2016 — Status: Active — State: Active

**SCREENING COLONOSCOPY**

Diagnosis: SCREENING COLONOSCOPY — Noted on: 11/28/2023 — Chronic: No
ICD-10-CM: Z12.11

**SUBCUTANEOUS MASS**

Diagnosis: SUBCUTANEOUS MASS — Noted on: 03/15/2023 — Chronic: No
ICD-10-CM: R22.9

**Documentation from Outside Organizations - Unverified**

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
|---|---|---|---|---|---|---|

## Patient (continued)

**Problem List (continued)** as of 8/20/2024

Received from Kaiser Permanente Northwest on 05/08/2024 1322

| | | | | | | |
|---|---|---|---|---|---|---|
| ABNORMAL COLONOSCOPY, NEXT EXAM DUE 2033<br>Formatting of this note might be different from the original.<br>KP CA 12/2023. There was 1 polyp, but GI recommended 10 years to next colonoscopy | — | 03/21/2024 | — | — | Active | Active |

Received from Sutter Health Affiliates and Community Connect Practices on 03/08/2024 1229

| | | | | | | |
|---|---|---|---|---|---|---|
| History of colonic polyps<br>Formatting of this note might be different from the original.<br>POEDH003V2 Digestive Health Non-Malignant Neoplastic Polyp Data<br>Region/ Operator [1]: Camino/ Sanjay Ramrakhiani, MD<br>Date of Procedure [2]: 5/18/2018<br>Tubular adenoma(s) [3]: 1<br>Tubulovillous adenoma(s) [4]: 0<br>Villous adenoma(s) [5]: 0<br>Sessile serrated adenoma(s) [6]: 0<br>High risk hyperplastic polyp(s) [7]: 0<br>Other (specify) [8]: N/A<br>Colorectal cancer found (Yes/No) [9]: No<br>END POEDH003V2 | — | 05/18/2018 | — | — | Active | Active |
| Hearing loss<br>Formatting of this note might be different from the original.<br>wears hearing aides, followed by outside ENT | — | — | — | — | Active | Active |
| Osteopenia (femoral) | — | 08/16/2022 | — | — | Active | Active |
| Osteoporosis (lumbar) | — | 08/16/2022 | — | — | Active | Active |
| Backache | — | 10/13/2011 | — | — | Active | Active |
| Shoulder pain | — | 04/23/2012 | — | — | Active | Active |
| Elevated BP | — | 03/26/2015 | — | — | Active | Active |
| Osteoarthritis of both hands | — | 07/09/2015 | — | — | Active | Active |
| Hypercholesteremia | — | 07/09/2015 | — | — | Active | Active |
| Insomnia due to medical condition | — | 08/26/2015 | — | — | Active | Active |
| Obstructive sleep apnea (adult)<br>Formatting of this note might be different from the original.<br>DME: Pulmonary solutions<br>RDI:<br>CPAP/BiPAP Pressure:<br>Mask: | — | 09/27/2015 | — | Yes | Active | Active |
| Cognitive dysfunction | — | 09/27/2015 | 04/04/2017 | — | Resolved | — |
| Adjustment reaction, other | — | 05/16/2016 | — | — | Active | Active |
| Therapy | — | 06/02/2016 | — | — | Active | Active |
| Chronic right shoulder pain | — | 06/02/2016 | — | — | Active | Active |
| Right arm pain | — | 06/02/2016 | — | — | Active | Active |
| Ulnar neuropathy at elbow of right upper extremity | — | 06/02/2016 | — | — | Active | Active |
| Stiff neck | — | 06/02/2016 | — | — | Active | Active |

**Allergies**

Allergies last reviewed by Delmundo, Pamela Mamaril (L.V.N.) on 1/11/2024 1354
No Known Allergies

**Immunizations**

Immunizations last reviewed by Delmundo, Pamela Mamaril (L.V.N.) on 1/11/2024 1355

**COVID-19 Moderna, External Administration**

| | | |
|---|---|---|
| Date: 5/6/2021 | Dose: .5 | Site: Left Deltoid |
| Route: Intramuscular | CVX code: 207 | |
| Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer: Moderna US, Inc. | Lot number: 006C21A |
| External: Non-Kaiser | Admin Location (Facility): SAFEWAY PHARMACY 2621 | |

## Patient (continued)

### Immunizations (continued)

Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Date: 5/6/2021 | Dose: .5 | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number: 006C21A | External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Date: 4/8/2021 | Dose: .5 | Site: Left Deltoid
Route: Intramuscular | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer: Moderna US, Inc. | Lot number: 026B21A
External: Non-Kaiser | Admin Location (Facility): SAFEWAY PHARMACY 2621
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Date: 4/8/2021 | Dose: .5 | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number: 026B21A | External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Date: 11/30/2021 | Dose: .5 | Site: Left Deltoid
Route: Intramuscular | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Manufacturer: Moderna US, Inc. | Lot number: 012H21B
External: Non-Kaiser | Admin Location (Facility): CVS CORPORATE
Comment: CAIR Import-

**Previous revisions**

**COVID-19 Moderna, External Administration**

Date: 11/30/2021 | Dose: .5 | CVX code: 207
Product: COVID-19 MODERNA, EXTERNAL ADMINISTRATION | Lot number: 012H21B | External: Non-Kaiser
Comment: CAIR Import-

**COVID-19 Moderna, External Administration**

Date: 7/18/2022 | Site: Left Deltoid | Route: Intramuscular
CVX code: 207
Manufacturer: Moderna US, Inc. | Lot number: 006M21A | Admin Location (Facility): CVS CORPORATE

**COVID-19 mRNA LNP-S, PF, XBB 1.5 12YRS-Adult(Pfizer), 30mcg/0.3mL**

Given by: Delmundo, Pamela Mamaril (L.V.N.) | Date: 1/11/2024 1358 | Dose: 0.3 mL
Site: Left Deltoid | Route: Intramuscular | NDC: 00069-2362-01
CVX code: 309 | Scanned barcode: 0110300692362019172412311OHG5967 | VIS Publish Date: 10/19/2023
Product: Comirnaty 2023-24 (12y up)(PF) | Manufacturer: Pfizer US pharm | Lot number: HG5967
Expiration date: 12/31/2024

**Questionnaire**

## Patient (continued)

### Immunizations (continued)

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Date: 7/18/2022
Dose: 0.25 mL
CVX code: 229
Lot number: 006M21A
Admin Location (Facility): CVS Health & MinuteClinic

**COVID-19 mRNA LNP-S, bivalent PF 12yrs-adult (Moderna), 50 mcg/0.5 mL**

Date: 10/14/2022
Site: Left Deltoid
Route: Intramuscular
CVX code: 229
Manufacturer: Moderna US, Inc.
Lot number: 053D22A
Admin Location (Facility): CVS CORPORATE

**INF (Influenza) unspecified formulation**

Date: 10/14/2022
External: Patient reported

**INF (Influenza) unspecified formulation**

Date: 10/1/2022
External: Patient reported

**INFS Pres Free (quadrivalent) (influenza)**

Date: 2/7/2019
Dose: 0.5 mL
Lot number: UT6261KA
Admin Location (Facility): Sutter Health Affiliates and Community Connect Practices

**INFS Pres Free (quadrivalent) (influenza)**

Date: 9/27/2020

**INFS pres free 6mos-adult (Fluzone quadrivalent) (influenza)**

Given by: Delmundo, Pamela Mamaril (L.V.N.)
Date: 1/11/2024 1357
Dose: 0.5 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 49281-0423-88
Scanned barcode: 0100349281423888172406301OUT8219MA
VIS Publish Date: 08/06/2021
Product: FLUZONE QUAD 2023-2024 (PF)
Manufacturer: Sanofi Pasteur
Lot number: UT8219MA
Expiration date: 6/30/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

**Tdap (Tetanus, diphtheria, acellular pertussis)**

Date: 7/10/2015
Dose: 0.5 mL
Lot number: U4971AA
Admin Location (Facility): Sutter Health Affiliates and Community Connect Practices

**Tdap (Tetanus, diphtheria, acellular pertussis)**

Date: 4/9/2007

**ZOS (Herpes zoster recombinant) Shingrix**

Given by: Perez, Michelle C Rios (L.V.N.)
Date: 1/18/2023 1401
Dose: 0.5 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 58160-0828-03
Scanned barcode: 0110358160828031172309241O9CR25
VIS Publish Date: 02/04/2022
Product: Shingrix gE Antigen Component
Manufacturer: GlaxoSmithKline
Lot number: 9CR25
Expiration date: 9/24/2023

## Patient (continued)

### Immunizations (continued)

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

Dose: 0.5 mL | Route: Intramuscular | VIS Publish Date: 02/04/2022

**ZOS (Herpes zoster recombinant) Shingrix**

Given by: Aldana, Sheila Marie A (L.V.N.)
Date: 4/7/2023 1609
Dose: 0.5 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 58160-0828-03
Scanned barcode
VIS Publish Date: 02/04/2022
0110358160828031172401261 0B97G2
Product: Shingrix gE Antigen Component
Manufacturer: GlaxoSmithKline
Lot number: B97G2
Expiration date: 1/26/2024

**Previous revisions**

**[pending] ZOS (Herpes zoster recombinant) Shingrix**

The documentation on this immunization is incomplete.

Dose: 0.5 mL | Route: Intramuscular | VIS Publish Date: 02/04/2022

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | 01/11/2024 1355 |
| Delmundo, Pamela Mamaril (L.V.N.) | 01/11/2024 1354 |
| Aldana, Sheila Marie A (L.V.N.) | 04/07/2023 1606 |

### PPD/Skin Test - PPD Results Key: 00 = Negative 01 = Positive

ⓘ No data to display

### Current Medications

**Medications**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: NON-CPM PHARMACY PROVIDER
Ordered on: 11/16/2023
Start date: 11/16/2023
End date: 11/15/2024
Quantity: 100 mL
Refill: Refill as needed

**Sodium Fluoride-Potassium Nitrate (PREVIDENT 5000 SENSITIVE) 1.1-5 % Dent Paste**

Instructions: Use as directed to replace regular toothpaste
Authorized by: NON-CPM PHARMACY PROVIDER
Ordered on: 11/16/2023
Start date: 11/16/2023
End date: 11/15/2025
Action: Patient not taking
Quantity: 100 mL
Refill: Refill as needed

**Diclofenac Sodium (VOLTAREN) 1 % Top Gel**

Instructions: Apply to affected area(s) as directed in package insert
Authorized by: Dobler, Erin Alyson (P.A.-C)
Ordered on: 12/1/2023

## Patient (continued)

### Current Medications (continued)

Start date: 12/1/2023
Quantity: 100 g
Action: Patient not taking
Refill: No refills remaining

**Meloxicam (MOBIC) 15 mg Oral Tab**

Instructions: Take 1 tablet by mouth daily as needed for pain . Take with food
Authorized by: Ho, Irene Oi Yin (M.D.)
Ordered on: 6/30/2023
Start date: 6/30/2023
End date: 6/29/2025
Action: Patient not taking
Quantity: 30 tablet
Refill: 3 refills remaining

### History as of 8/20/2024

#### Surgical History

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| SCREENING COLONOSCOPY [246301] | N/A | 12/20/2023 | Performed by Cheng, Yao-Wen (M.D.) at SCH-OPPC-MOB-PRO | Provider |

### Advance Care Planning

#### Plan

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Prior | | | | | |

**Active Health Care Agents**

There are no active Health Care Agents on file.

## Patient (continued)

**Documents — Patient Level:**

Documents: None found at the patient level.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/2/2024

Legal

## 01/02/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Medical justification for Oregon move**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler<br>Last Read in kp.org<br>1/3/2024 9:10 AM by Weller, Steven | Weller, Steven | 1/2/2024 4:12 PM |

Hi Steven,
I cannot write a medical justification for this.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Medical justification for Oregon move**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/2/2024 2:24 PM |

My employer is requesting a medical justification for my family's planned move to Portland. Is that something that you or another professional could provide for this accommodation? If so, what form would this be in?

One of the reasons for moving permanently to our Portland condo from our Sunnyvale home is to better support for my limited mobility and need for a wheelchair.

These include:

Single-level condo in building with elevators vs. two-level single-family home with stairs
City center location close to everything vs. suburban location
Very close to multiple forms of frequent public transport vs. limited public transport
Wide doors and corridors vs. narrow doors and corridors
At-grade building entry/exit and automatic doors vs. steps and manual doors

Messages (continued)

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/4/2024

Legal

## 01/04/2024 - Patient Secure Message in SPORTS MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Dobler, Erin Alyson (P.A.-C) |

**Department**

| Name | Address | Phone |
|---|---|---|
| SPORTS MEDICINE | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1850 |

**Messages**

**Disabled placard renewal**

| From | To | Sent and Delivered |
|---|---|---|
| Erin Alyson (P.A.-C) Dobler | Weller, Steven | 1/4/2024 9:40 AM |
| Last Read in kp.org<br>1/4/2024 10:44 AM by Weller, Steven | | |

Hi Steve,
I'll leave the paper work for a temporary placard at the front desk of Dept 148. You or a friend/family member can pick it up between 830am and 445pm. It's good until June. When you move, you'll have to get a new one from your physician there to go through Oregon DMV.

Erin Dobler, PA-C
Kaiser Permanente
Orthopedics Dept 148
(408) 851-1850

**Disabled placard renewal**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Erin Alyson (P.A.-C) Dobler | 1/4/2024 8:39 AM |

Hello,

My current temporary disabled placard expires Jan 16. I am still using a wheelchair much of the time in the house and wheelchair/cane all of the time outside the house.

Please let me know how I can renew this.

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/4/2024

Legal

## 01/04/2024 - Office Visit in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Level of Service**

| Level of Service |
|---|
| OUTPT EST LEVEL 3 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP ROUTINE

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/04/2024 1059 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN | 1/4/2024 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Lee, Brian Poeu (M.D.) at 1/4/2024 1426**

Version 1 of 1

| | | |
|---|---|---|
| Author: Lee, Brian Poeu (M.D.) | Service: — | Author Type: Physician |
| Filed: 1/4/2024 2:29 PM | Encounter Date: 1/4/2024 | Creation Time: 1/4/2024 2:26 PM |
| Status: Signed | Editor: Lee, Brian Poeu (M.D.) (Physician) | |

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Splint appears to be helping.

As previously noted, left index and middle finger are the center of the pain symptoms. Left APB weaker. Pinprick shows fifth digit wins. EMG negative.

Continue with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. Imaging studies can be pursued for brachial plexopathy question, but anticipate it will be negative.

**Clinical Notes (continued)**

---

Patient Active Problem List:
- RIGHT SHOULDER JOINT PAIN > 3 MONTHS
- RIGHT ULNAR NEUROPATHY
- OSTEOPOROSIS
- BILAT HEARING LOSS
- BILAT HAND PAIN
- SUBCUTANEOUS MASS
- MEDICATION REFILL
- CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 1/4/2024 2:29 PM

## Imaging

### Imaging

**MR SPINE [1627500426] (Completed)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 01/04/24 1059**
Status: **Completed**
Ordering user: Lee, Brian Poeu (M.D.) 01/04/24 1059
Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard
Frequency: Routine 01/04/24 -
Class: Normal
Quantity: 1
Released by: Lee, Brian Poeu (M.D.) 01/04/24 1059
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

**Provider Details**

| Provider | NPI |
|---|---|
| Lee, Brian Poeu (M.D.) | 1962580464 |

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

## After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

**After Visit Summary (continued)**

After Visit Summary (below)

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889

1/4/2024 10:30 AM NEUROLOGY 408-851-4435

### Instructions from BRIAN POEU LEE MD

Imaging ordered today
MR SPINE
Complete as directed

### Today's Visit

You saw BRIAN POEU LEE MD on Thursday January 4, 2024

Blood Pressure
132/78

Pulse
61

### What's Next

PT Office visit
With: ANGELA MARIE MENDOZA PT
Date: Friday January 19, 2024
Time: 9:00 AM
Where to go: REHABILITATION SVCS
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-554-9810

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks.
Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept 174

**After Visit Summary (continued)**

What's Next (continued)

MRI
Date: Wednesday January 24, 2024
Time: 7:45 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 1, Dept 122

Office Visit
With: BRIAN POEU LEE MD
Date: Tuesday January 30, 2024
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.

Floor 4, Dept 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of January 4, 2024 2:29 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Messages**

**Questionnaire Submission**

**Messages (continued)**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 12/28/2023 9:03 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Visit Questionnaire

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Exercise
Question: Would you like to answer some questions about your exercise habits?
Answer: Yes

Question: How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)?
Answer: 0

Question: Comments
Answer: Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
| --- | --- | --- |
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>1/7/2024 1:59 PM by Weller, Steven | Weller, Steven | 12/28/2023 1:18 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 01/04/2024 - Office Visit in NEUROLOGY (continued)

### Questionnaires

**Legend:**

Triggered a BPA Scoring question

**Ncal Mychart Rooming Questionnaire**

| Question | 12/28/2023 9:03 AM PDT - Filed by Patient |
|---|---|
| Exercise | |
| Would you like to answer some questions about your exercise habits? | Yes |
| How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)? | 0 |
| Comments | Hip and knee pain has reduced exercise from two miles walking a day to wheelchair use and no exercise |

### Vitals

**Vital Signs - Last Recorded**

Most recent update: 1/4/2024 10:35 AM
Blood Pressure: 132/78 (Site: Left arm, Position: Sitting, Cuff Size: Adult)
Pulse: 61

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/5/2024

Legal

## 01/05/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Return to work date**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/5/2024 1:45 PM |

I've extended my return to work date to March 4 via Sedgwick. Last time I extended the date all the bureaucracy worked as it should.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/7/2024

Legal

## 01/07/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/9/2024 6:57 PM by Weller, Steven | Weller, Steven | 1/7/2024 1:59 PM |

Thank you for your message. I'll be out of the office through 1/16/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-05**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/7/2024 1:59 PM |

Not a lot of change. Back on ibuprofen since 2023-12-30 and wearing wrist brace all the time. I'm back to water walking, but can't do as much exercise as I want due to my left knee.

Elbow has had pain when I've used it, but it's inside the joint and there is little to no soreness on the tendons now. I'm definitely using my left arm more. I had a couple of days of a very stiff left hand and elbow pain together. Index finger has had some pain which correlates with elbow pain. Hand stinging continues, but is not distracting. Worse near the end of the day.

I also had right hand pain this week, quite badly, from iPad use (I'm using a Pencil). It ran from my pinky down my wrist and arm. It felt like tendinitis and I simply rested it.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/11/2024

Legal

## 01/11/2024 - Vaccine Visit in ADULT INJECTIONS

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Delmundo, Pamela Mamaril (L.V.N.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| ADULT INJECTIONS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-3497 |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 90686 | IIV4 VACC PRESRV FREE 0.5 ML FOR IM USE<br>Duration: 0m ( 1:57 PM - 1:57 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |
| G0008 | ADMIN INFLUENZA VIRUS VAC<br>Duration: 0m ( 1:57 PM - 1:57 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |

**Immunizations Given**

Immunizations never marked as reviewed

**INFS pres free 6mos-adult (Fluzone quadrivalent) (influenza)**

Given by: Delmundo, Pamela Mamaril (L.V.N.) | Date: 1/11/2024 1357 | Dose: 0.5 mL
Site: Left Deltoid | Route: Intramuscular | NDC: 49281-0423-88
Scanned barcode: 01003492814238881724063010UT8219MA | VIS Publish Date: 08/06/2021
Product: FLUZONE QUAD 2023-2024 (PF) | Manufacturer: Sanofi Pasteur | Lot number: UT8219MA
Expiration date: 6/30/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

**Other Orders**

**Immunization/Injection**

**VACC INFLUENZA VACCINE [1627500427] (Completed)**

Electronically signed by: **Delmundo, Pamela Mamaril (L.V.N.) on 01/11/24 1357** | Status: **Completed**
Ordering user: Delmundo, Pamela Mamaril (L.V.N.) 01/11/24 1357 | Authorized by: UNSPECIFIED,
Ordering mode: Standard
Frequency: Routine 01/11/24 - | Class: Normal
Quantity: 1

**Provider Details**

| Provider | NPI |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | — |
| UNSPECIFIED, | — |

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/11/2024

Legal

## 01/11/2024 - Vaccine Visit in ADULT INJECTIONS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Delmundo, Pamela Mamaril (L.V.N.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| ADULT INJECTIONS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-3497 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 91320 | SARSCOV2 VACC 30MCG/0.3ML TRIS-SUCROSE IM USE<br>Duration: 0m ( 1:58 PM - 1:58 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |
| 90480 | IMM ADMN SARSCOV2 VACCINE SINGLE DOSE<br>Duration: 0m ( 1:58 PM - 1:58 PM) | 1/11/2024 | Delmundo, Pamela Mamaril (L.V.N.) | | 1 |

### Immunizations Given

Immunizations never marked as reviewed

**COVID-19 mRNA LNP-S, PF, XBB 1.5 12YRS-Adult(Pfizer), 30mcg/0.3mL**

Given by: Delmundo, Pamela Mamaril (L.V.N.)
Date: 1/11/2024 1358
Dose: 0.3 mL
Site: Left Deltoid
Route: Intramuscular
NDC: 00069-2362-01
CVX code: 309
Scanned barcode: 011030069236201917241231 10HG5967
VIS Publish Date: 10/19/2023
Product: Comirnaty 2023-24 (12y up)(PF)
Manufacturer: Pfizer US pharm
Lot number: HG5967
Expiration date: 12/31/2024

**Questionnaire**

| Question | Answer |
|---|---|
| Is this EHS or OHSS? | — |

### Other Orders

**Immunization/Injection**

**VACC COVID-19, MRNA, LNP-S, PF, XBB 1.5 (PFIZER), 30 MCG/0.3 ML, IM [1627500428] (Completed)**

Electronically signed by: **Delmundo, Pamela Mamaril (L.V.N.) on 01/11/24 1358**
Status: **Completed**
Ordering user: Delmundo, Pamela Mamaril (L.V.N.) 01/11/24 1358
Authorized by: UNSPECIFIED,
Ordering mode: Standard
Frequency: Routine 01/11/24 -
Class: Normal
Quantity: 1

**Provider Details**

| Provider | NPI |
|---|---|
| Delmundo, Pamela Mamaril (L.V.N.) | — |
| UNSPECIFIED, | — |

## 01/15/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/15/2024 1:36 PM |
| Last Read in kp.org<br>1/15/2024 6:13 PM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/16/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-12**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/15/2024 1:36 PM |

I'm wearing the brace and taking 400mg ibuprofen twice daily. I've applied for long term disability from Lincoln now. Covid and flu shots did not affect my general level of pain.

I'm definitely getting more use out of my left arm with the improved condition of my elbow. Joint hurts, but the tendons don't unless I really over do it. I'm using that arm more for gross actions like picking things up, carrying. My right hand and wrist have been hurting somewhat, probably because it's doing everything left hand isn't doing (typing this with pancil on iPad for example).

**01/15/2024 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

Occasional index finger pain correlated with elbow pain. Both hands sting quite a lot by the end of the day (fingers, palms typically). Some days of coldness in hands.

Use of computer is still painful quickly and my elbow prevents me from using my left hand at all. No change there. My wife and I are now doing together the computer things I used to do myself so that she will eventually be able to take over.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/18/2024

Legal

## 01/18/2024 - Patient Secure Message in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Messages

**Work status report and Sedgwick**

| From | To | Sent and Delivered |
|---|---|---|
| Brian Poeu (M.D.) Lee<br>Last Read in kp.org<br>1/21/2024 9:58 AM by Weller, Steven | Weller, Steven | 1/19/2024 2:58 PM |

Mr. Weller,

Thank you for your email. Your new report is all set, and is written for six months beginning January 5.

Take care,

Dr. Lee

**Work status report and Sedgwick**

| From | To | Sent |
|---|---|---|
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/18/2024 12:18 PM |

Money has stopped flowing again and it seems that lack of a work status report past Jan 5 is the reason. Sedgwick never asked for one, despite my giving them later dates.

Please provide one to cover Jan 5 onwards. I have to navigate a change of disability insurance company, a change of provider area, and a move in the midst of this. In theory we will cut over to a new provider (Kaiser Oregon) at the start of March but it will take a while before I can get set up there, so as far past that as possible would be best.

## 01/19/2024 - Office Visit in REHABILITATION SVCS

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mendoza, Angela Marie (P.T.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| REHABILITATION SVCS | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-1400 |

### Reason for Visit

**Chief Complaint**

- PHYSICAL THERAPY

**Visit Diagnoses**

- **LEFT KNEE JOINT PAIN (primary) [M25.562]**
- LEFT ELBOW JOINT PAIN [M25.522]
- RIGHT HIP JOINT PAIN [M25.551]
- BILAT HAND PAIN [M79.641, M79.642]

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **LEFT KNEE JOINT PAIN (primary)** | M25.562 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #2 | | | | |
| Add | LEFT ELBOW JOINT PAIN | M25.522 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #3 | | | | |
| Add | RIGHT HIP JOINT PAIN | M25.551 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |
| Diagnosis #4 | | | | |
| Add | BILAT HAND PAIN | M79.641, M79.642 | Mendoza, Angela Marie (P.T.) | 01/19/2024 0911 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 97535 | SELF-CARE/HOME MGMT TRAINING EACH 15 MINUTES | 1/19/2024 | Mendoza, Angela Marie (P.T.) | GP | 3 |

### Physical Medicine Notes

**THERAPIST, PHYSICAL**

**Progress Notes by Mendoza, Angela Marie (P.T.) at 1/19/2024 0909**

Version 1 of 1

| | | |
|---|---|---|
| Author: Mendoza, Angela Marie (P.T.) | Service: — | Author Type: THERAPIST, PHYSICAL |
| Filed: 1/19/2024 9:41 AM | Encounter Date: 1/19/2024 | Creation Time: 1/19/2024 9:09 AM |
| Status: Signed | Editor: Mendoza, Angela Marie (P.T.) (THERAPIST, PHYSICAL) | |

**PLAN OF CARE** – established on 6/21/2023, updated 9/22/2023, 11/24/2023
Patient referred to Physical Therapy via eConsult on 05/17/2023, 09/29/2023, updated 11/20/2023

Referring Provider: Erin A Dobler, P.A.-C
Referring Diagnosis: L elbow chronic medial, lateral epicondylitis, some triceps tendonitis, mild ulnar neuropathy. R hip mild DJD, CAM impingement, flexor tendonitis, **Pat-Femoral Syndrome**

Treatment Goals:
PT Lower Extremity Goals: Patient will be able to walk/walking in the pool 150 minutes per week without assistive device with decreased pain in right hip 50% within 12 Week(s). // **Progressing 1/19/2024**
Patient will be able to tolerate standing for 10-30 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal met 1/19/2024**
Patient will be able to tolerate sitting in a bent knee position for 30-120 minutes with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to perform a functional squat at 60 - 70 degress of knee flexion with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to resume ACTIVITIES OF DAILY LIVING and work with decreased pain in right hip 50% within 12 Week(s). // **Goal Met 1/19/2024**
Patient will be able to complete self care and ACTIVITIES OF DAILY LIVING with decreased pain in the LEFT UPPER EXTREMITY and LEFT LOWER EXTREMITY knee in 12 weeks.// **Partially met, does not need wheelchair for bathroom use 1/19/2024**

Treatment may include:
- Patient Education
- Manual Therapy techniques as needed
- Therapeutic Exercise may include flexibility exercises, self mobilization, strength training, and neuromuscular reeducation.
- Gait training
- Functional Activity training
- Modalities as needed to address pain and inflammation
- Group exercise as appropriate
- Telephone and video visit encounters

Frequency and Duration of Treatment:
1 time(s) every 2 week(s) for 12 weeks.

**Re-certification due**: N/A.
=======================================================

**PHYSICAL THERAPY PROGRESS NOTE**
**Physical Therapist of Record: Angela Mendoza DPT, PHYSICAL THERAPIST**

visit # 10/18

**PROMPT UPDATED: YES**

Physical Therapy History/Interview: **HIP DYSFUNCTION**

Age: 61 Sex: M
Occupation: Software engineer

Area and nature of Symptoms:
10/10/2023
Patient reports sharp pain that radiates into the left thumb
Left knee pain, right hip sharp and aching pain

AGGRAVATING FACTORS:
Prolonged standing and walking for BILATERAL LOWER EXTREMITIES hips, and pain with ACTIVITIES OF DAILY LIVING and self care in the left elbow

EASING FACTORS:
History of pain medication, heat helps with the elbow, rest, patient has used a splint for left elbow at night that at first was helpful but irritated later.

24 hour behavior: activity dependent
Back sleeper

Current History: problem started 1/2023

Prior History/treatment:coritsone injections

Special questions:
General Health:
Patient Active Problem List:
*NEW MEMBER
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS

Radiology: Chart reviewed; 4/30/23 "Arthritis score: Mild Arthritis (Tonnis 1). "
3/15/23 "Mild osteoarthritis." right hand
Medications: Chart reviewed; none

Patient Goals: Patient would like to return to walking

**SUBJECTIVE:**
PHYSICAL EXAM:

Water consumption: 80 ounces
Tobacco use: Non-smoker
Stress Level: 3/5 (work stress)

Patient is moving in 3 weeks to Oregon.
Current Resting Pain/Symptoms: 0/10 (right hip), at its worst in the last two weeks 2/10 (more than 5 minute standing/walking); 0/10 left hip at the worst 1/10,
1-2/10 in left elbow (wearing brace for 8 weeks), at its worst 3/10; 0-1/10 in the left knee at the worst 3/10

Observation: Presented in wheelchair, able to walk inside the clinic. Patient stated reduced the use of the wheelchair by 50%
Patient reports improved standing time for 5 minutes, and functionally walking during the day. Patient began going to the Tympany pool 2X/week (posterior stepping and anterior stepping), and did 30 minutes walking in the water, posterior
Patient reports sitting resting 3 hours per day, broken up
Patient is using heat for pain management 2-3X/ day for 30 minutes. Patient educated on decreasing heat to no more than 20 minutes with 2 hour gaps in between.

**OBJECTIVE:**
RANGE OF MOTION:
Upper Quarter Screening
RIGHT UPPER EXTREMITY Elbow: 0-155 degrees; Wrist 70 degrees extension, 80 degrees flexion, 50 degrees radial deviation, 40 degrees ulnar deviation
**LEFT UPPER EXTREMITY** Elbow: 0-151 degrees; Wrist 78 degrees extension, 80 degrees flexion, 40 degrees radial deviation, 40 degrees ulnar deviation

Lower Quarter Screening:
Postural Assessment: Unremarkable
Quick Screen Active Range of Motion

| | |
|---|---|
| Lumbosacral Spine Active Range of Motion | WITHIN NORMAL LIMITS, tightness with extension |
| Right Lower Extremity Active Range of Motion | Knee: 0-133 degrees, Hip 100 degrees flexion, 40 degrees abduction, 40 Degrees adduction |
| Left Lower Extremity Active Range of Motion | *Knee: 0-133 degrees, Hip 100 degrees flexion, 38 degrees abduction, 45 Degrees adduction |

Sacroiliac Joint screen: cleared

Gait: Patient reports favoring the left leg and antalgic gait with pain

Flexibility: Patient demonstrated decreased flexibility of hamstrings, gastrocnemius, soleus, piriformis,

iliotibial band, and TENSOR FASCIA LATA

NEUROLOGICAL testing:

STRENGTH TESTING:
Resistive Testing (L1-S1)

| Resistive Test | Innervation Level | Left Grade |
|---|---|---|
| Hip flexion | L1-L2 | 4/5 |
| Knee extension | L3-L4 | 4/5 |
| Knee flexion | L3-L4 | 5/5 |
| Ankle Dorsiflexion | L4-L5 | 5/5 |
| Great toe extension | L5 | 5/5 |
| Ankle plantar flexion | S1 | 5/5 |

AS APPLICABLE:
+ LEFT UPPER EXTREMITY Varus stress test, -valgus and tinels

Hip Special Tests

| Special Test | Result (+/-/Not Tested) |
|---|---|
| Ely's Test | - |
| Ober's Test | + |
| Thomas Test | + BILATERAL LOWER EXTREMITIES |
| Tripod Sign | - |
| Patrick's Test (Faber test) | + |
| Quadrant scouring test | - |
| Trendelenberg Test | NOT TESTED |

Treatment:
Self care for 40 minutes
Patient educated how to gauge when it is appropriate to progress with pool and aerobic activity and when it is appropriate to maintain through symptoms acknowledgement. Patient verbalized understanding.

Patient tolerated treatment well.
Access Code: W7QAX9ET
URL: https://kaiserpermanente.medbridgego.com/
Date: 11/24/2023
Prepared by: Angela Mendoza

Exercises
- Supine Bridge - 1-2 x daily - 7 x weekly - 1-2 sets - 10 reps
- Supine Hamstring Stretch with Strap - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold

- Supine Quadriceps Stretch with Strap on Table - 1-2 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Bridge with Hip Abduction and Resistance - Ground Touches - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps - 3-5 hold
- Curl Up with Arms Crossed - 1 x daily - 7 x weekly - 1-3 sets - 10-12 reps
- Sit to Stand with Arms Crossed - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Standing March - 1 x daily - 7 x weekly - 1 sets - 5-10 reps - 1 second hold
- Standing Heel Raises - 1 x daily - 2-4 x weekly - 2-3 sets - 10 reps
- Gastroc Stretch on Wall - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30-60 sec hold
- Standing Quadriceps Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Seated Piriformis Stretch - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sitting Heel Slide with Towel - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Forward Trunk Flexion - 3-5 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Sidelying Hip Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Sidelying Hip Extension in Abduction - 1-3 x daily - 7 x weekly - 2-3 sets - 10 reps
- Supine Piriformis Stretch - 1-3 x daily - 7 x weekly - 2 sets - 1 reps - 30 seconds hold
- Prone Hip Extension - 1 x daily - 2 x weekly - 2 sets - 5 reps
- Gripping Sponge Neutral - 1-5 x daily - 7 x weekly - 1 sets - 10 reps - 1-6 seconds hold
- Wrist AROM Radial Ulnar Deviation - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Wrist Flexion Extension AROM - Palms Down - 1-5 x daily - 7 x weekly - 1 sets - 10 reps
- Seated Elbow Flexion AAROM - 1-8 x daily - 7 x weekly - 1 sets - 10 reps - 1-5 seconds hold
- Standing Bicep Stretch at Wall - 1-8 x daily - 7 x weekly - 1 sets - 1-6 reps - 5-30 seconds hold

==========================================================

Self care for 40 minutes

Total time: 40 minutes

Assessment: Patient demonstrated painful ACTIVE RANGE OF MOTION in RIGHT LOWER EXTREMITY hip, tight hip flexors and IT bands in BILATERAL LOWER EXTREMITIES, and discomfort with prolonged standing and walking. Patient tested + for lateral epicondylitis of left elbow, decreased ACTIVE RANGE OF MOTION in left wrist, and paresthesias

Patient demonstrated improved walking mobility in the home, decreased use of wheelchair by 50%

Patient will continue to benefit from skilled physical therapy services to facilitate return to walking pain free

Plan: Transfer care to PHYSICAL THERAPY in Oregon

In the event Steven Weller elects to discontinue Physical Therapy services prior to attaining the agreed upon goals and treatment Plan of Care, the patient will be considered discharged to a self management status. Patient will be discharged from Physical Therapy services if he is not seen for treatment within 90 days after last visit. For status at the time of discharge see the last Progress Note.

Electronically signed by Mendoza, Angela Marie (P.T.) at 1/19/2024 9:41 AM

**01/19/2024 - Office Visit in REHABILITATION SVCS (continued)**

**Physical Medicine Notes (continued)**

**Procedures**

**Procedures**

**TRNG, SELF CARE, HOME MGMT, ONE ON ONE, EA 15 MIN [1627500429] (Active)**

Electronically signed by: **Mendoza, Angela Marie (P.T.) on 01/19/24 0941** Status: **Active**
Ordering user: Mendoza, Angela Marie (P.T.) 01/19/24 0941 Authorized by: Mendoza, Angela Marie (P.T.)
Ordering mode: Standard
Frequency: Today 01/19/24 - Class: Back Office
Quantity: 3
Diagnoses
LEFT KNEE JOINT PAIN [M25.562]
LEFT ELBOW JOINT PAIN [M25.522]
RIGHT HIP JOINT PAIN [M25.551]
BILAT HAND PAIN [M79.641, M79.642]

**Provider Details**

| Provider | NPI |
|---|---|
| Mendoza, Angela Marie (P.T.) | 1548626443 |

**Indications**

LEFT KNEE JOINT PAIN [M25.562 (ICD-10-CM)]
LEFT ELBOW JOINT PAIN [M25.522 (ICD-10-CM)]
RIGHT HIP JOINT PAIN [M25.551 (ICD-10-CM)]
BILAT HAND PAIN [M79.641, M79.642 (ICD-10-CM)]

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/19/2024

Legal

**01/19/2024 - Office Visit in REHABILITATION SVCS (continued)**

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE

**Steven Weller** MRN: 110018429889 1/19/2024 8:00 AM REHABILITATION SVCS 408-554-9810

## Today's Visit

You saw ANGELA MARIE MENDOZA PT on Friday January 19, 2024. The following issues were addressed: LEFT KNEE JOINT PAIN, LEFT ELBOW JOINT PAIN, RIGHT HIP JOINT PAIN, and BILATERAL HAND PAIN.

Done Today
TRAINING SELF CARE, HOME MANAGEMENT

## What's Next

MRI
Date: Wednesday January 24, 2024
Time: 7:45 AM
Where to go: MRI
Address: 700 LAWRENCE EXPWY
SANTA CLARA CA 95051-5173
Phone: 408-851-5020

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 1, Dept. 122

Office Visit
With: BRIAN POEU LEE MD
Date: Tuesday January 30, 2024
Time: 8:30 AM
Where to go: NEUROLOGY
Address: 710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
Phone: 408-851-4435

Bring your membership card and identification and plan to allow for time for parking and possible pre-appointment tasks. Wear a well-fitted mask if you have cold or flu symptoms or if COVID-19 levels are medium or high in your community.
Floor 4, Dept. 460

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

Steven Weller (MRN: 110018429889) • Printed at 1/19/2024 9:41 AM Page 1 of 2 Epic
This is confidential information. Please don't throw away in a Kaiser Permanente trash can

## Today's Medication Changes as of January 19, 2024 9:41 AM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/19/2024

Legal

## 01/19/2024 - Ancillary Orders in NEUROLOGY

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

#### Department

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

### Reason for Visit

#### Visit Diagnoses

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**
- CERVICAL RADICULOPATHY [M54.12]

#### Revision History

| Action | Name | Code | User | Date/Time |
| --- | --- | --- | --- | --- |
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/19/2024 1457 |
| Diagnosis #2 | | | | |
| Add | CERVICAL RADICULOPATHY | M54.12 | Lee, Brian Poeu (M.D.) | 01/19/2024 1457 |

KAISER PERMANENTE®

LEE, BRIAN POEU (M.D.)
710 LAWRENCE EXPY
SANTA CLARA CA 95051-5173
408-851-1000

**Patient Name:** Weller,Steven
**Encounter Date:** 1/19/2024

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 1/5/2024 through 7/5/2024

This form has been electronically signed and authorized by LEE, BRIAN POEU (M.D.)

*This form contains your private health information that you may choose to release to another party; please review for accuracy.*

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/21/2024

Legal

## 01/21/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/21/2024 3:53 PM |
| Last Read in kp.org<br>1/22/2024 9:56 AM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/23/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-19**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/21/2024 3:53 PM |

Wearing brace and taking 400mg ibuprofen twice a day. Visiting pool 2-3 times a week for light exercise, limited by knee. Wheelchair use < 50% of the time around the house.

Still experiencing slow but steady improvement in left elbow. More usable and less pain, occasionally pain-free this week. Can't use it for computer since that aggravates it quickly.

**01/21/2024 - Patient Secure Message in NEUROLOGY (continued)**

**Messages (continued)**

Hands become painful after a few minutes computer use. Stinging in the evening is quite noticeable, but I'm not certain it's trending worse. It has a gradient of most bad at the pinkie and least bad at the index finger across both hands. A couple of episodes of cold hands also. Index finger has been only slightly painful.

I've been having pain in my right hand and wrist this week from iPad/Pencil use. It's on the pinkie side and extends down the arm through the wrist, so feels like tendons.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/28/2024

Legal

## 01/28/2024 - Patient Secure Message in NEUROLOGY

**Visit Information**

**Provider Information**

| Encounter Provider |
| --- |
| Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
| --- | --- | --- |
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Messages**

**Out of Office Auto-Reply for BRIAN POEU LEE MD**

| From | To | Sent and Delivered |
| --- | --- | --- |
| Brian Poeu (M.D.) Lee | Weller, Steven | 1/28/2024 4:08 PM |
| Last Read in kp.org<br>1/29/2024 5:48 AM by Weller, Steven | | |

Thank you for your message. I'll be out of the office through 1/30/2024.

While I'm out, you may find the following resources helpful:

Care for COVID-19 concerns (tests, vaccines, advice): https://kpdoc.org/COVID19
Find convenient options for your health concern: https://kp.org/GetCare
Refill prescriptions: https://kp.org/rxrefill
Schedule primary care appointments (Internal Medicine, Pediatrics, OB/GYN, Family Medicine): https://kp.org/appointments

If you have an urgent concern or need medical advice before I return, please call the Appointment and Advice Call Center 866-454-8855. If you think you have a medical or psychiatric emergency, call 911 or go to the nearest hospital.

**Hands update 2024-01-26**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/28/2024 4:08 PM |

I'm wearing the left wrist brace and taking 400mg ibuprofen twice a day. Improvement to my left elbow feels like it has leveled off. I still have pain, but it's inside the joint and it's not always present. I'm still getting more use than I was from my left arm. The left shoulder MRI caused me to have that arm straight for 30 minutes and that seems to have made it hurt later that day.

Hands stinging at night feels like it is slowly getting worse, but it's not bad enough to be distracting. I'm using my hands less on the computer since my wife has been taking over some

of things I need it for. iPad use has been hurting my right hand and wrist, not enough to trigger the horrible pain, but I have to limit use. I've had times when my right hand felt cold.

Left index finger continues to have only slight pain, corellating with elbow pain and use.

KAISER PERMANENTE

Weller, Steven
MRN: 110018429889, DOB:
Sex: M
SSN:
Visit date: 1/30/2024

Legal

## 01/30/2024 - Office Visit in NEUROLOGY

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Lee, Brian Poeu (M.D.) | Lee, Brian Poeu (M.D.) |

**Department**

| Name | Address | Phone |
|---|---|---|
| NEUROLOGY | 710 LAWRENCE EXPY<br>Santa Clara CA 95051-5173 | 408-851-4435 |

**Level of Service**

| Level of Service |
|---|
| OUTPT EST LEVEL 3 |

### Reason for Visit

**Chief Complaint**

- FOLLOW UP ROUTINE

**Visit Diagnosis**

- **WORK UP IN PROGRESS, NEUROLOGIC (primary) [ADMIN CODE]**

**Revision History**

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | **WORK UP IN PROGRESS, NEUROLOGIC (primary)** | ADMIN CODE | Lee, Brian Poeu (M.D.) | 01/30/2024 1739 |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN | 1/30/2024 | Lee, Brian Poeu (M.D.) | | 1 |

### Clinical Notes

**Unknown**

**Progress Notes by Lee, Brian Poeu (M.D.) at 1/30/2024 1736**

Version 1 of 1

Author: Lee, Brian Poeu (M.D.)
Filed: 1/30/2024 5:39 PM
Status: Signed

Service: —
Encounter Date: 1/30/2024
Editor: Lee, Brian Poeu (M.D.) (Physician)

Author Type: Physician
Creation Time: 1/30/2024 5:36 PM

Neurology Follow-Up

Mr. Weller returns today with his wife for follow up. Splint continues to be helping. Plans are in place for the move to Oregon. Will have KP there.
As previously noted, left index and middle finger are the main pain symptoms. The left abductor pollicis brevis (median, C8 less than T1) has been noted to be weak. Pinprick examination has shown fifth digit more sensitive than the dermatomal distribution of the median nerve. EMG negative.

Anticipate Mr. Weller will benefit from continuing with wrist splints and NSAIDs for presumptive left carpal tunnel syndrome. This is favored over a C7 radiculopathy.

**01/30/2024 - Office Visit in NEUROLOGY (continued)**

**Clinical Notes (continued)**

---

Patient Active Problem List:
RIGHT SHOULDER JOINT PAIN > 3 MONTHS
RIGHT ULNAR NEUROPATHY
OSTEOPOROSIS
BILAT HEARING LOSS
BILAT HAND PAIN
SUBCUTANEOUS MASS
MEDICATION REFILL
CERVICAL SPONDYLOSIS

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by Lee, Brian Poeu (M.D.) at 1/30/2024 5:39 PM

**After Visit Summary**

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

After Visit Summary (below)

**After Visit Summary (continued)**

## AFTER VISIT SUMMARY

KAISER PERMANENTE.

**Steven Weller** MRN: 110018429889

1/30/2024 8:30 AM NEUROLOGY 408-851-4435

## Today's Visit

You saw BRIAN POEU LEE MD on Tuesday January 30, 2024

Blood Pressure
127/73

Pulse
66

## What's Next

You currently have no upcoming appointments scheduled

## Stay Connected!

Download KP apps for your smartphone free from your favorite App Store.
**My Doctor Online** - get advice, preventive services alerts, email your doctor, video visits, schedule appointments, including lab tests
**KP** - refill prescriptions, check lab results, and review hospital or Emergency Department discharge instructions
**My KP Meds** - schedule reminders to take your medications or order refills

## Today's Medication Changes as of January 30, 2024 5:39 PM

No changes were made to your prescriptions during this visit.

## Medications Marked As Taking

No Medications Marked As Taking

For informational purpose:
The Open Payments database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov



**Messages**

**Questionnaire Submission**

**Messages (continued)**

| From | To | Sent |
| --- | --- | --- |
| Weller, Steven | Brian Poeu (M.D.) Lee | 1/24/2024 9:59 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Visit Questionnaire

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Exercise
Question: Would you like to answer some questions about your exercise habits?
Answer: Yes

Question: How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)?
Answer: 3

Question: How many minutes per day do you exercise at this level for each day you exercise?
Answer: 30

Question: Comments
Answer: Water walking, arm movement

**Questionnaire(s) Available**

| From | To | Sent and Delivered |
| --- | --- | --- |
| SECURE MESSAGE PROVIDER<br>Last Read in kp.org<br>1/24/2024 9:58 AM by Weller, Steven | Weller, Steven | 1/23/2024 1:20 AM |

Dear Steven Weller,
In preparation for your upcoming visit, please complete your questionnaire(s). Click on the link below to access your questionnaire(s):
https://kp.org/healthquestionnaire

Please note that your answers to these questionnaire(s) are linked to your appointment. If you change or cancel this appointment in any way, you will be prompted to complete the questionnaire again.

PLEASE DO NOT REPLY TO THIS MESSAGE
This notification is automatically generated.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## 01/30/2024 - Office Visit in NEUROLOGY (continued)

**Messages (continued)**

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Ncal Mychart Rooming Questionnaire**

| Question | 1/24/2024 9:59 AM PDT - Filed by Patient |
|---|---|
| Exercise | |
| Would you like to answer some questions about your exercise habits? | Yes |
| How many days per week do you exercise at a moderate or strenuous level (like a brisk walk)? | 3 |
| How many minutes per day do you exercise at this level for each day you exercise? | 30 |
| Comments | Water walking, arm movement |

**Vitals**

**Vital Signs - Last Recorded**

Most recent update: 1/30/2024 8:41 AM
Blood Pressure: 127/73 (Site: Left arm, Position: Sitting, Cuff Size: Adult)
Pulse: 66

KAISER PERMANENTE®

Weller, Steven
MRN: 110018429889, DOB: Legal
Sex: M
SSN:
Adm: 1/24/2024, D/C: 1/24/2024

## 01/24/2024 - MRI in MRI
## Hospital INFO

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Completed HOV |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 01/24/24 0715 | 01/24/24 2359 | | |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| SCH-HOSPITAL | SCH-MRI* >HOSPITAL | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care. | |

## 01/24/2024 - MRI in MRI (continued)

### Visit Information

#### Department

| Name | Address | Phone |
|---|---|---|
| MRI | 700 LAWRENCE EXPWY<br>Santa Clara CA 95051-5173 | 408-851-5020 |

### Reason for Visit

#### Visit Diagnoses

- SOFT TISSUE MASS [M79.9]
- WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

##### Revision History

| Action | Name | Code | User | Date/Time |
|---|---|---|---|---|
| Diagnosis #1 | | | | |
| Add | SOFT TISSUE MASS | M79.9 | System, Generated | 01/24/2024 0749 |
| Diagnosis #2 | | | | |
| Add | WORK UP IN PROGRESS, NEUROLOGIC | ADMIN CODE | System, Generated | 01/24/2024 0750 |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Weller, Steven | 3221110563 686 | Outpatient | Closed | KFHP 1000 - HMOX HMO(E) PLAN 4354310 |

#### Guarantor Account (for Hospital Account #3221110563686)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Weller, Steven | Self | NCAL | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| 547 BRYAN AVE<br>SUNNYVALE, CA 94086-6420 | | H)<br>O) | | |

## 01/24/2024 - MRI in MRI (continued)

### Visit Account Information (continued)

**Coverage Information (for Hospital Account #3221110563686)**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| KFHP 1000/APPLE INC. NCR CORP - SAC | | |
| **Subscriber** | | **Subscriber #** |
| Weller, Steven | | 110018429889 |
| **Address** | **Phone** | |
| 393 E WALNUT ST<br>PASADENA, CA 91188 | | |

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 71550 | MRI CHEST W/O CONTRAST MATERIAL | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | 26 | 1 |
| 70540 | MRI ORBIT FACE &/NECK W/O CONTRAST | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | 26 | 1 |
| 71550 | MRI CHEST W/O CONTRAST MATERIAL | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | | 1 |
| 70540 | MRI ORBIT FACE &/NECK W/O CONTRAST | 1/24/2024 8:49 AM | Jun, Peter (M.D.) | | 1 |

### Events

**Hospital Outpatient at 1/24/2024 0715**

Unit: MRI
Patient class: Outpatient

**Discharge at 1/24/2024 2359**

Unit: MRI
Patient class: Outpatient

### Imaging

**Imaging**

**MR MUSCULOSKELETAL [1627500431] (Active)**

Electronically signed by: **Fang, Andrew Sun (M.D.) on 08/29/23 1220** Status: **Active**
Ordering user: Fang, Andrew Sun (M.D.) 08/29/23 1220 Authorized by: Fang, Andrew Sun (M.D.)
Ordering mode: Standard
Frequency: Routine 01/24/24 0749 - 1 occurrence Class: Normal
Quantity: 1 Instance released by: Volpe, Maria C 1/24/2024 7:49 AM
Diagnoses
SOFT TISSUE MASS [M79.9]

**Provider Details**

| Provider | NPI |
|---|---|
| Fang, Andrew Sun (M.D.) | 1568540169 |

**Indications**

SOFT TISSUE MASS [M79.9 (ICD-10-CM)]

**MR SPINE [1627500433] (Final result)**

Electronically signed by: **Lee, Brian Poeu (M.D.) on 01/04/24 1059** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lee, Brian Poeu (M.D.) 01/04/24 1059 Authorized by: Lee, Brian Poeu (M.D.)
Ordering mode: Standard

**Imaging (continued)**

Frequency: Routine 01/24/24 0750 - 1 occurrence
Quantity: 1
Instance released by: Volpe, Maria C 1/24/2024 7:50 AM
Diagnoses
WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE]

Class: Normal
Lab status: Final result

**Provider Details**

| Provider | NPI |
| --- | --- |
| Lee, Brian Poeu (M.D.) | 1962580464 |

**End Exam Questions**

| | Answer | Comment |
| --- | --- | --- |
| Was contrast used? | No | |
| Contrast Agent Used | | |
| Dose Administered (in mL) | | |
| Comments | | |

**MR SPINE [1627500433]** Resulted: 01/24/24 0931, Result status: Final result

Order status: Completed
Filed by: Ps360,Results 01/24/24 0934
Accession number: 12205817337

Resulted by: Jun, Peter (M.D.)
Performed: 01/24/24 0849 - 01/24/24 0845
Resulting lab: NCAL PWS INTERFACE

Narrative:

MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST

** HISTORY **:
62 years old, rule out left brachial plexus lesion.

** TECHNIQUE **:
MR images of the left neck and chest in the region of the brachial plexus acquired without intravenous contrast

COMPARISON: MR 8/24/2023

** FINDINGS **:
BRACHIAL PLEXUS: Cervical nerve roots are intact. Visualized brachial plexus has normal course and signal intensity without mass or mass effect.

SOFT TISSUES: Muscle bulk is symmetric without denervation atrophy.

CERVICAL SPINE: Vertebral body alignment is normal. Visualized vertebral body heights are normal. Moderate left and mild right C6-C7 discogenic marrow edema. Mild left C6-C7 facet marrow edema. No cervical rib or enlarged C7 transverse process.

SPINAL CORD: Normal.

SPINAL CANAL: No spinal canal stenosis.

OTHER: Visualized posterior fossa is normal. Left and right T2 hyperintense latissimus dorsi intramuscular masses measuring 1.3 x 1.9 x 2.0 cm (AP x TR x CC) and 0.7 x 1.1 x 1.1 cm, respectively.

Impression:

Normal MRI brachial plexus.

At least mild left C6-C7 foraminal stenosis with moderate discogenic marrow edema and facet synovitis, which can be a source of neck pain and may be irritating the exiting nerve root. Correlate with left C7 radiculitis.

Acknowledged by: Lee, Brian Poeu (M.D.) on 03/15/24 1435

**Components**

## 01/24/2024 - MRI in MRI (continued)

**Imaging (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RADIOLOGY EXAM DESCRIPTION | MRI LEFT BRACHIAL PLEXUS WITHOUT CONTRAST | — | — | 1089 |

| Procedures Performed | Chargeables |
|---|---|
| MRI BRACHIAL PLEXUS NO CONTRAST. [250870] | |

**Recipients**

**Lee, Brian Poeu (M.D.)**

| Added By? | Delivery Method | Outcome | Message ID | Address Source |
|---|---|---|---|---|
| Scheme | In Basket | Result sent | 657462692 | Authorizing Provider |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1089 - Unknown** | NCAL PWS INTERFACE | Unknown | Unknown | 08/07/08 0802 - Present |

**MR SPINE [1627500433]** Resulted: 01/24/24 0756, Result status: In process

Order status: Completed
Filed by: Dore, Michael A 01/24/24 0756
Accession number: 12205817337

Resulted by: Jun, Peter (M.D.)
Performed: 01/24/24 0849 - 01/24/24 0845

| Procedures Performed | Chargeables |
|---|---|
| MRI BRACHIAL PLEXUS NO CONTRAST. [250870] | |

**Reviewed by**

Lee, Brian Poeu (M.D.) on 03/15/24 1436

**Indications**

WORK UP IN PROGRESS, NEUROLOGIC [ADMIN CODE (ICD-10-CM)]

**Signed**

Electronically signed by Jun, Peter (M.D.) on 1/24/24 at 0931 PST

**All Reviewers List**

Lee, Brian Poeu (M.D.) on 3/15/2024 14:36