IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN A. WELLER,

Plaintiff(s),

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

Civil No. 3:25-cv-02070-JR

**ORDER OF DISMISSAL**

Based on the parties' Joint Stipulation for Dismissal [18],

IT IS ORDERED that this action is DISMISSED with prejudice and with all costs taxed against the party that incurred them. Pending motions, if any, are DENIED AS MOOT.

Dated this 24th day of June, 2026.

by /s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge